AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| THE INTERCEPT MEDIA, INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-01515 |
| OPENAI, INC., et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The Intercept Media, Inc.

Date: 02/28/2024

/s/ Stephen Stich Match
*Attorney's signature*

Stephen Stich Match, Bar No. 5567854
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

match@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*