IH-32                                                                                                        Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

THE INTERCEPT MEDIA, INC.

**Plaintiff**

vs.

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, MICROSOFT CORPORATION

**Defendant**

**Case Number:** 1:24-cv-01515

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

THE NEW YORK TIMES COMPANY

**Plaintiff**

vs.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC

**Defendant**

**Case Number:** 23-cv-11195

IH-32  Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open — (If so, set forth procedural status and summarize any court rulings.)

Complaint was filed in December 2023. A motion to dismiss was filed February 26, 2024.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases include Digital Millennium Copyright Act claims against the same defendants based on the same conduct by defendants in removing copyright management information from copyright-protected works in connection with training their artificial intelligence products. The related case also includes other claims not included in this case.

Signature: /s/ Stephen Stich Match       Date: 2/28/2024

Firm: Loevy & Loevy