UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>                            Plaintiff,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                            Defendants. | Case No. 1:24-cv-1515 |

## AFFIDAVIT OF ANNETTE L. HURST IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COUNTY OF SAN MATEO    )
                                   ) :ss
STATE OF CALIFORNIA      )

Annette L. Hurst, being duly sworn, deposes and says as follows:

    1.    I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

    2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

    3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

    5.    I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Annette L. Hurst, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

_____
Annette L. Hurst

Sworn to before me
this 5th day of March, 2024

_____
Sema Virrueta, Notary Public

SEMA VIRRUETA
COMM. #2450531
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Exp. Jun. 17, 2027