UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION<br><br>Defendants. | Civil Action No. 1:24-cv-01515-JSR<br><br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* |

The motion of Lauren Carbajal for admission to appear *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California, and that her contact information is as follows:

> Lauren Carbajal
> LOEVY & LOEVY
> 311 N. Aberdeen Street, 3rd Floor
> Chicago, IL 60607
> Tel: (312) 243-5900
> Fax: (312) 243-5902
> carbajal@loevy.com

Lauren Carbajal, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff The Intercept Media, Inc. in the above entitled action:

**IT IS HEREBY ORDERED** that Lauren Carbajal is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

- 2 -

including the Rules governing the discipline of attorneys.


Dated: _____

United States District Court Judge