UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION<br><br>　　Defendants. | Civil Action No. 1:24-cv-01515-JSR<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

　　The motion of Lauren Carbajal for admission to appear *pro hac vice* in the above-captioned matter is granted.

　　Applicant has declared that she is a member in good standing of the Bar of the State of California, and that her contact information is as follows:

>Lauren Carbajal
>LOEVY & LOEVY
>311 N. Aberdeen Street, 3rd Floor
>Chicago, IL 60607
>Tel: (312) 243-5900
>Fax: (312) 243-5902
>carbajal@loevy.com

　　Lauren Carbajal, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff The Intercept Media, Inc. in the above entitled action:

　　**IT IS HEREBY ORDERED** that Lauren Carbajal is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

- 2 -

including the Rules governing the discipline of attorneys.

Dated: 3/14/2024

_____
Jed S. Rakoff, U.S.D.J.
United States District Court Judge

Case 1:24-cv-01515-JSR Document 103 Filed 03/14/24 Page 2 of 2

- 2 -