UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

THE INTERCEPT MEDIA, INC.,     :

    :   NO. 1:24-cv-01515

    Plaintiff,     :

    :

    v.     :

    :

OPENAI, INC., OPENAI GP, LLC,     :

OPENAI, LLC, OPENAI OPCO LLC,     :

OPENAI GLOBAL LLC, OAI     :

CORPORATION, LLC, OPENAI     :

HOLDINGS, LLC and MICROSOFT     X

CORPORATION,

    Defendants.

------------------------------------------------

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Vera Ranieri hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC.

I am good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the declaration pursuant to Local Rule 1.3.

sf-5839891

Dated: March 18, 2024                          MORRISON & FOERSTER LLP


                                       By: */s/ Vera Ranieri*
                                           Vera Ranieri (*pro hac vice pending*)
                                           vranieri@mofo.com
                                           425 Market Street
                                           San Francisco, CA 94105-2482
                                           Telephone:  415.268.7000
                                           Facsimile:  415.268.7522

                                           Attorneys for Defendants
                                           OPENAI, INC., OPENAI GP, LLC,
                                           OPENAI, LLC, OPENAI OPCO LLC,
                                           OPENAI GLOBAL LLC, OAI
                                           CORPORATION, LLC, and OPENAI
                                           HOLDINGS, LLC

sf-5839891