**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-01515-JSR-JLC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

> Joseph R. Wetzel
> Latham & Watkins LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111
> Telephone: (415) 391-0600
> Facsimile: (415) 395-8095
> Email: joe.wetzel@lw.com

*[Signature on following page]*

| | |
|---|---|
| Dated: March 21, 2024<br>San Francisco, CA | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Joseph R. Wetzel<br>Joseph R. Wetzel<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: joe.wetzel@lw.com<br><br>*Attorneys for OpenAI* |