**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>          Defendants. | Case No. 1:24-cv-01515-JSR-JLC<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

          Luke A. Budiardjo
          Latham & Watkins LLP
          1271 Avenue of the Americas
          New York, New York 10020
          Telephone: (212) 906-1200
          Facsimile: (212) 751-4864
          Email: luke.budiardjo@lw.com

*[Signature on following page]*

Dated: March 21, 2024
      New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>/s/ Luke A. Budiardjo</u>
Luke A. Budiardjo
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: luke.budiardjo@lw.com

*Attorneys for OpenAI*