UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION<br><br>　　　　Defendants. | Civil Action No. 1:24-cv-01515-JSR<br><br>**DECLARATION OF MICHAEL KANOVITZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

　　　　I, Michael Kanovitz, declare as follows:

　　　　1.　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I respectfully submit this Declaration in support of my motion for an Order for admission to practice *pro hac vice* to appear as counsel for The Intercept Media, Inc. in the above-captioned action.

　　　　2.　　I am a member in good standing of the bar of the State of Illinois. Attached as Exhibit A is a true and correct copy of the Certificate of my Good Standing from the Supreme Court of Illinois.

　　　　3.　　I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no disciplinary proceedings presently against me.

　　　　I certify under penalty of perjury that the foregoing is true and correct.

- 2 -

Executed on March 21, 2024

Chicago, Illinois

*/s/ Michael Kanovitz*

Michael Kanovitz