AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-1515 JSR |
| OPENAI, INC., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Microsoft Corporation.

Date: 03/22/2024

/s/ Lisa T. Simpson
*Attorney's signature*

Lisa T. Simpson  LS0694
*Printed name and bar number*

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*Address*

lsimpson@orrick.com
*E-mail address*

(212) 506-5000
*Telephone number*

(212) 506-5151
*FAX number*