UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-1515-JSR |

**AFFIDAVIT OF DANIEL JUSTICE IN SUPPORT OF**
**<u>MOTION TO ADMIT COUNSEL *PRO HAC VICE*</u>**

COUNTY OF SAN FRANCISCO)
                        ):ss
STATE OF CALIFORNIA     )

Daniel Justice, being duly sworn, deposes and says as follows:

      1.      I am an associate with the law firm of Orrick, Herrington & Sutcliffe LLP.

      2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

      3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

      4.      There are no pending disciplinary proceedings against me in any State or Federal court.

      5.      I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Daniel Justice, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

_____
Daniel Justice

Sworn to before me
this 22 day of March, 2024

_____
Notary Public

CHRISTINE J. FLORES
Notary Public - California
San Francisco County
Commission # 2451678
My Comm. Expires Jun 25, 2027