# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION <br><br> Defendants. | Civil Action No. 1:24-cv-01515-JSR <br><br> **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Jonathan Loevy for admission to appear *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Illinois, and that his contact information is as follows:

> Jonathan Loevy
> LOEVY & LOEVY
> 311 N. Aberdeen Street, 3rd Floor
> Chicago, IL 60607
> Tel: (312) 243-5900
> Fax: (312) 243-5902
> jon@loevy.com

Jonathan Loevy, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff The Intercept Media, Inc. in the above entitled action:

**IT IS HEREBY ORDERED** that Jonathan Loevy is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing the discipline of attorneys.

Dated: 3/23/24

_____
United States District Court Judge