UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-1515-JSR |

### [~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Daniel Justice for admission to appear *pro hac vice* in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California; and that his contact information is as follows:

> Daniel Justice
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
> Tel. (415) 773-5821
> Fax. (415) 773-5759
> djustice@orrick.com

Daniel Justice, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Microsoft Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Daniel Justice is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: March 25, 2024

_____
Jed S. Rakoff, U.S.D.J.
United States District Judge

2