UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

THE INTERCEPT MEDIA, INC.,

        Plaintiff,

        v.

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC and MICROSOFT CORPORATION,

        Defendants.

NO. 1:24-cv-01515-JSR

---------------------------------------------------------

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Allyson R. Bennett hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC.

I am good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

sf-5839796

Dated: March 26, 2024　　　　　　　　　　MORRISON & FOERSTER LLP

　　　　　　　　　　By: */s/ Allyson R. Bennett*
　　　　　　　　　　　　Allyson R. Bennett (*pro hac vice pending*)
　　　　　　　　　　　　abennett@mofo.com
　　　　　　　　　　　　707 Wilshire Boulevard
　　　　　　　　　　　　Suite 6000
　　　　　　　　　　　　Los Angeles, CA  90017
　　　　　　　　　　　　Telephone:  213.892.5200
　　　　　　　　　　　　Facsimile:  213.892.5454

　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　OPENAI, INC., OPENAI GP, LLC,
　　　　　　　　　　　　OPENAI, LLC, OPENAI OPCO LLC,
　　　　　　　　　　　　OPENAI GLOBAL LLC, OAI
　　　　　　　　　　　　CORPORATION, LLC, and OPENAI
　　　　　　　　　　　　HOLDINGS, LLC