UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE INTERCEPT MEDIA, INC.,

        Plaintiff,

        v.

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC and MICROSOFT CORPORATION,

        Defendants.

------------------------------------------------------- X

NO. 1:24-cv-01515-JSR

---

## ORDER GRANTING ADMISSION OF ALLYSON R. BENNETT *PRO HAC VICE*

The motion of Allyson R. Bennett for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

    Allyson R. Bennett
    Morrison & Foerster LLP
    707 Wilshire Boulevard, Suite 6000
    Los Angeles, CA 90017
    Telephone: 213.892.5200
    Facsimile: 213.892.5454
    abennett@mofo.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC in the above-entitled action:

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

-2-

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                    UNITED STATES DISTRICT JUDGE