UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE INTERCEPT MEDIA, INC.,

        Plaintiff,

        v.

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC and MICROSOFT CORPORATION,

        Defendants.

------------------------------------------------------- X

NO. 1:24-cv-01515

## ORDER GRANTING ADMISSION OF VERA RANIERI *PRO HAC VICE*

The motion of Vera Ranieri for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

    Vera Ranieri
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, CA 94105-2482
    Telephone: 415.268.7000
    Facsimile: 415.268.7522
    vranieri@mofo.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

sf-5839901

-2-

for Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/28/24

_____
UNITED STATES DISTRICT JUDGE