UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>                      Plaintiff,<br><br>         v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                      Defendants. | Case No. 1:24-cv-01515-JSR-JLC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

      The motion of Andrew M. Gass for admission to practice *pro hac vice* in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the Bar of the State of California and that his contact information is as follows:

      Applicant's Name: Andrew M. Gass

      Firm Name: Latham & Watkins LLP

      Address: 505 Montgomery Street, Suite 2000

      City/State/Zip: San Francisco, CA 94111

      Telephone: (415) 391-0600 / Facsimile: (415) 395-8095

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2024

_____<br>
United States District Judge Jed S. Rakoff