UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                    Defendants. | Case No. 1:24-cv-01515-JSR-JLC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

        Sarang V. Damle
        Latham & Watkins LLP
        1271 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864
        Email: sy.damle@lw.com

*[Signature on following page]*

2

Dated: March 29, 2024
       New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Sarang V. Damle
Sarang V. Damle
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: sy.damle@lw.com

*Attorneys for OpenAI*