UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-01515-JSR <br><br> **DEFENDANT MICROSOFT CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Microsoft Corporation ("Microsoft") states that it has no parent corporation, and that no entity owns 10% or more of Microsoft's stock.

Dated: April 15, 2024

San Francisco, CA

Orrick, Herrington & Sutcliffe LLP

By:  *s/ Annette L. Hurst*

Annette L. Hurst (admitted *pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
ahurst@orrick.com

Lisa T. Simpson
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3767
lsimpson@orrick.com

Christopher J. Cariello
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-3778
ccariello@orrick.com

*Attorneys for Defendant*
*Microsoft Corporation*