SEUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE INTERCEPT MEDIA, INC.,

        Plaintiff,

        v.

OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI
HOLDINGS, LLC and MICROSOFT
CORPORATION,

        Defendants.

------------------------------------------------------

NO. 1:24-cv-01515-JSR

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo L.L.C., OpenAI Global L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (together, the "OpenAI Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. OpenAI, Inc. states that it has no parent corporation and that no publicly held company has a financial interest of 10% or more.

2. OpenAI GP, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

3. OpenAI, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

4. OpenAI OpCo, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

5. OpenAI Global, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

6. OAI Corporation, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

7. OpenAI Holdings, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

Dated: April 15, 2024                                    Respectfully submitted,

                                                         MORRISON & FOERSTER LLP


                                                         By:  */s/ Joseph C. Gratz*
                                                             Joseph C. Gratz (*pro hac vice*)
                                                             JGratz@mofo.com
                                                             Vera Ranieri (*pro hac vice*)
                                                             VRanieri@mofo.com
                                                             425 Market Street
                                                             San Francisco, CA  94105-2482
                                                             Telephone:  415.268.7000
                                                             Facsimile:  415.268.7522

                                                             Allyson R. Bennett (*pro hac vice*)
                                                             abennett@mofo.com
                                                             Rose S. Lee (*pro hac vice*)
                                                             roselee@mofo.com
                                                             707 Wilshire Boulevard, Suite 6000
                                                             Los Angeles, CA  90017-3543
                                                             Telephone:  213.892.5200
                                                             Facsimile:  213.892.5454

                                                             Attorneys for Defendants
                                                             OPENAI, INC., OPENAI GP, LLC,
                                                             OPENAI, LLC, OPENAI OPCO LLC,
                                                             OPENAI GLOBAL LLC, OAI
                                                             CORPORATION, LLC, and OPENAI
                                                             HOLDINGS, LLC


                                                         LATHAM & WATKINS LLP


                                                         By:  */s/ Allison L. Stillman*
                                                             Joseph R. Wetzel
                                                             Joseph.wetzel@lw.com
                                                             Andrew M. Gass (*pro hac vice*)
                                                             andrew.gass@lw.com
                                                             505 Montgomery Street, Suite 2000
                                                             San Francisco, CA  94111
                                                             Telephone:  415.391.0600

Sarang V. Damle
sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
alli.stillman@lw.com
Luke A. Budiardjo
luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

Attorneys for Defendants
OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, and OPENAI
HOLDINGS, LLC