UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

THE INTERCEPT MEDIA, INC.,

                Plaintiff,

                v.

OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI
HOLDINGS, LLC and MICROSOFT
CORPORATION,

                Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
X

NO. 1:24-cv-01515-JSR

------------------------------------------------------

**DEFENDANTS OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, AND OPENAI HOLDINGS, LLC'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the annexed Declaration of Joseph C. Gratz, dated April 15, 2024, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendants OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC (hereinafter, "OpenAI"), by and through counsel, before the Honorable Jed S. Rakoff, United States District Judge for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, for an order dismissing the Complaint against OpenAI.

This Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and is based upon this Notice of Motion, the Memorandum of Law in support of this Motion, and the Proposed Order filed concurrently herewith, as well as all pleadings and papers on file in this action, and such further evidence that may be submitted to the Court at or before the hearing.

In accordance with the schedule set by the Court, plaintiffs' answering papers shall be filed on or before May 6, 2024, and OpenAI's reply papers shall be filed on or before May 16, 2024.  Oral argument shall be held on May 24, 2024 at 10:00am.

Dated: April 15, 2024

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*

    Joseph C. Gratz (*pro hac vice*)
    JGratz@mofo.com
    Vera Ranieri (*pro hac vice*)
    VRanieri@mofo.com
    425 Market Street
    San Francisco, CA  94105-2482
    Telephone:  415.268.7000
    Facsimile:  415.268.7522

    Allyson R. Bennett (*pro hac vice*)
    abennett@mofo.com
    Rose S. Lee (*pro hac vice*)
    roselee@mofo.com
    707 Wilshire Boulevard, Suite 6000
    Los Angeles, CA  90017-3543
    Telephone:  213.892.5200
    Facsimile:  213.892.5454

    Attorneys for Defendants
    OPENAI, INC., OPENAI GP, LLC,
    OPENAI, LLC, OPENAI OPCO LLC,
    OPENAI GLOBAL LLC, OAI
    CORPORATION, LLC, and OPENAI
    HOLDINGS, LLC

LATHAM & WATKINS LLP

By: */s/ Allison L. Stillman*

    Joseph R. Wetzel
    Joseph.wetzel@lw.com
    Andrew M. Gass (*pro hac vice*)
    andrew.gass@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA  94111
    Telephone:  415.391.0600

Sarang V. Damle
sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
alli.stillman@lw.com
Luke A. Budiardjo
luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

Attorneys for Defendants
OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, and OPENAI
HOLDINGS, LLC