UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE INTERCEPT MEDIA, INC.,

        Plaintiff,

        v.

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC and MICROSOFT CORPORATION,

        Defendants.

------------------------------------------------------- X

NO. 1:24-cv-01515-JSR

**[PROPOSED] ORDER GRANTING DEFENDANTS OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, AND OPENAI HOLDINGS, LLC'S MOTION TO DISMISS**

The Court, having considered OpenAI's Motion to Dismiss, the Opposition, the Reply, the materials submitted in support thereof, and any oral argument, hereby rules as follows:

The Court **GRANTS** OpenAI's Motion to Dismiss the Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Honorable Jed S. Rakoff
United States District Court Judge