UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>                      Plaintiff,<br><br>     v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                      Defendants. | Case No. 1:24-cv-01515-JSR-JLC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC, (together, "OpenAI").

                                          Yijun Zhong
                                          Latham & Watkins LLP
                                          1271 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: (212) 906-1200
                                          Facsimile: (212) 751-4864
                                          Email: elaine.zhong@lw.com

                                          *[Signature on following page]*

Dated: April 17, 2024
       New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Yijun Zhong
Yijun Zhong
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: elaine.zhong@lw.com

*Attorneys for OpenAI*