NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:24-cv-01515-JSR<br><br>Hon. Jed S. Rakoff<br><br>**NOTICE OF APPEARANCE** |

2638707

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert A. Van Nest Jr of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC in the above-captioned matter. He is admitted to practice in the State of California and his *Pro Hac Vice* application is pending before this Court. His address, telephone, facsimile, and email are as follows:

> Robert A. Van Nest Jr
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: rvannest@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: April 23, 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ *Robert A. Van Nest Jr*
ROBERT A. VAN NEST JR (*pro hac vice pending*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com

Attorneys for Defendants OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC