**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:24-cv-01515-JSR<br><br>Hon. Jed S. Rakoff<br><br>**DECLARATION OF R. JAMES SLAUGHTER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

2639528

R. James Slaughter, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a member of the law firm of Keker, Van Nest & Peters LLP.

2. I submit this declaration in support of my Motion to Admit Counsel Pro Hac Vice in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State o California since December 9, 1997.

4. I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as Exhibit A to my Motion to Admit Counsel Pro Hac Vice.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel Pro Hac Vice in this one case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.

2639528

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 24, 2024

                                            */s/ R. James Slaughter*
                                            R. JAMES SLAUGHTER