**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                              Defendants. | Civil Action No. 1:24-cv-01515-JSR<br><br>Hon. Jed S. Rakoff<br><br>**DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

2639329

I, Nicholas S. Goldberg, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I submit this declaration in support of the motion to admit my *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC in the above-captioned action.

2. As shown in the Certificate of Good Standing attached hereto as **Exhibit A**, I am a member in good standing of the Bar of the State of California.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings presently against me in any State or Federal court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 24, 2024

                                                */s/ Nicholas S. Goldberg*
                                                NICHOLAS S. GOLDBERG

2639329