**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., <br><br>                Plaintiffs, <br><br>     v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br>                Defendants. | Civil Action No. 1:24-cv-01515-JSR <br><br> Hon. Jed S. Rakoff <br><br> **DECLARATION OF KATIE LYNN JOYCE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

2643211

I, Katie Lynn Joyce, pursuant to 28 U.S.C § 1746, declares under penalty of perjury as follows:

1.      I am a member of the law firm of Keker, Van Nest & Peters LLP.

2.      I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3.      I have been a member in good standing of the Bar of the State of California since December 29, 2015.

4.      I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice.*

5.      I have never been convicted of a felony or been the subject of any criminal conviction.

6.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.      I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submit that she be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Defendants OpenAI Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC and OpenAI Holdings, LLC.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  April 25, 2024


                                                */s/ Katie Lynn Joyce*
                                                KATIE LYNN JOYCE

2643211