AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC. | ) | |
| *Plaintiffs* | ) | Case No. 1:24-cv-01514-CM |
| v. | ) | |
| OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC | ) | |
| *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC

Date:  May 3, 2024

_____
*Attorney's signature*

Eric K. Nikolaides, Bar No. 6079388
*Printed name and bar number*

MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019-9601
*Address*

ENikolaides@mofo.com
*E-mail address*

(212) 468-8000
*Telephone number*

(212) 468-7900
*FAX number*