UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
THE INTERCEPT MEDIA, INC.,

          Plaintiff,

     -v-

OPENAI, INC., et al.

          Defendants.
```

24-cv-1515 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On April 15, 2024, defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, and Microsoft Corporation filed motions to dismiss the complaint in its entirety. See Def. Microsoft Notice of Mot. and Mot. to Dismiss, ECF No. 49; Def. OpenAI Notice of Mot. to Dismiss, ECF No. 52. Upon due consideration of the parties' written submissions and oral argument, the Court has determined that plaintiff should be granted leave to amend its complaint to attempt to rectify some of the seeming lack of specificity in its current complaint, provided it is done promptly. Accordingly, plaintiff must file an amended complaint by Friday, June 21, 2024. Defendants may then file a supplemental brief in support of their motions to dismiss by Monday, July 8, 2024; the Court will treat defendants' already filed motions as aimed at the amended complaint. Plaintiff may then file a

supplemental brief in opposition to the renewed motions to dismiss by Monday, July 15, 2024. The Court will then promptly rule on the motions.

    SO ORDERED.

New York, NY
June 6, 2024

                                 JED S. RAKOFF, U.S.D.J.