UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>       Defendants. | Case No. 1:24-cv-01515-JSR-JLC<br><br>**DECLARATION OF ELANA NIGHTINGALE DAWSON IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Elana Nightingale Dawson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins LLP.

2. I submit this declaration in support of my Motion to Admit Counsel *pro hac vice* in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of Illinois since November 10, 2011, and the Bar of the District of Columbia since May 13, 2016.

4. I attach Certificates of Good Standing from the State of Illinois and the District of Columbia, which were issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *pro hac vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary

proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (together, "OpenAI").

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C.

Dated: June 6, 2024

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson
