# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Thomas Kayes

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 06/02/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 12th day of June, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



CLERK OF THE SUPREME COURT
STATE OF ILLINOIS
SPRINGFIELD
62701-1721

SPRINGFIELD IL 627
12 JUN 2024 PM 1 T

BLAKE BUNTING
LOEVY & LOEVY
311 NORTH ABERDEEN STREET, 3RD FLOOR
CHICAGO IL 60607

ZIP 62701
041M11452236