*The Intercept Media, Inc. v. OpenAI, Inc., et. al.*

**Case No. 1:24-cv-01515-JSR**

# Exhibit 2

## to Plaintiff's First Amended Complaint

Below is a list of URLs of each article from the web domain theintercept.com contained in the OpenWebText training set described in the First Amended Complaint. A data scientist employed by Plaintiff's counsel identified the articles by writing a code that searched through the subfolders at the website: https://mega.nz/folder/EZZD0YwJ#9_PlEQzdMVLaNdKv_ICNVQ/folder/cc4RgQQZ, which contains the links found in OpenWebText.

The text preceding each URL in the following list indicates the subfolder in which the URL is contained, and the line of the URL within that subfolder. For example, in the first item on the list, the URL https://theintercept.com/2016/09/01/dakota-access-export/ is contained in the subfolder entitled RS_2016-09.bz2.deduped.txt, and is the 4874th line of that subfolder.

RS_2016-09.bz2.deduped.txt:4874 - https://theintercept.com/2016/09/01/dakota-access-export/
RS_2016-09.bz2.deduped.txt:5994 - https://theintercept.com/2016/09/01/how-obamas-asia-pivot-nudged-china-towards-pakistan-but-helped-aggravate-india/
RS_2016-09.bz2.deduped.txt:6750 - https://theintercept.com/2016/08/31/california-isnt-sure-how-to-fix-sexual-assault-problem-without-adding-to-mass-incarceration/
RS_2016-09.bz2.deduped.txt:7257 - https://theintercept.com/2016/09/01/opaisinteiroestanopantano/
RS_2016-09.bz2.deduped.txt:8058 - https://theintercept.com/2016/09/01/official-named-to-election-cybersecurity-panel-oversaw-breach-of-millions-of-voters-private-data/
RS_2016-09.bz2.deduped.txt:9383 - https://theintercept.com/2016/09/01/leaked-catalogue-reveals-a-vast-array-of-military-spy-gear-offered-to-u-s-police/
RS_2016-09.bz2.deduped.txt:9423 - https://theintercept.com/2016/09/01/midia-brasileira-construiu-narrativa-novelizada-do-impeachment/
RS_2016-09.bz2.deduped.txt:18269 - https://theintercept.com/2016/09/02/media-continues-to-refer-to-brock-turner-as-a-stanford-swimmer-rather-than-a-rapist/
RS_2016-09.bz2.deduped.txt:18393 - https://theintercept.com/2016/09/02/trump-supporter-running-hungary-building-wall-keep-muslims/
RS_2016-09.bz2.deduped.txt:20332 - https://theintercept.com/2016/09/02/temer-pede-corte-medio-de-30-em-programas-sociais-mas-verba-para-militares-e-agronegocio-aumenta/
RS_2016-09.bz2.deduped.txt:20613 - https://theintercept.com/2016/09/02/um-golpe-bem-dado-em-nome-de-deus/
RS_2016-09.bz2.deduped.txt:24691 - https://theintercept.com/2016/09/03/hillary-clinton-courts-henry-kissingers-endorsement-even-after-meeting-his-victims/
RS_2016-09.bz2.deduped.txt:25132 - https://theintercept.com/2016/09/03/in-turkey-a-chechen-commander-makes-plans-for-war-in-syria/
RS_2016-09.bz2.deduped.txt:31460 - https://theintercept.com/2016/09/04/donald-trump-once-wanted-third-parties-in-presidential-debate-but-not-now/
RS_2016-09.bz2.deduped.txt:32991 - https://theintercept.com/2015/03/18/ukraine-part-3/
RS_2016-09.bz2.deduped.txt:37641 - https://theintercept.com/2016/09/03/in-turkey-a-chechen-commander-makes-plans-for-war-in-syria/?comments=1#comments/
RS_2016-09.bz2.deduped.txt:37799 - https://theintercept.com/2016/09/05/happy-labor-day-there-has-never-been-a-middle-class-without-strong-unions/

RS_2016-09.bz2.deduped.txt:41845 - https://theintercept.com/2016/09/05/politicos-querem-que-voce-esqueca-o-que-eles-ja-disseram-sobre-o-impeachment-mas-a-gente-lembra/
RS_2016-09.bz2.deduped.txt:44904 - https://theintercept.com/2016/09/06/nsa-menwith-hill-targeted-killing-surveillance/
RS_2016-09.bz2.deduped.txt:47618 - https://theintercept.com/2016/09/06/the-unrelenting-pundit-led-effort-to-delegitimize-all-negative-reporting-about-hillary-clinton/
RS_2016-09.bz2.deduped.txt:48855 - https://theintercept.com/2016/09/06/indians-staged-one-of-the-largest-strikes-in-history-but-no-one-on-u-s-cable-news-covered-it/
RS_2016-09.bz2.deduped.txt:58581 - https://theintercept.com/2016/09/07/white-house-report-concludes-that-bite-mark-analysis-is-junk-science/
RS_2016-09.bz2.deduped.txt:58655 - https://theintercept.com/2016/09/06/donald-trump-and-hillary-clinton-hold-dueling-rallies-but-trump-gets-most-of-the-tv-coverage/
RS_2016-09.bz2.deduped.txt:60897 - https://theintercept.com/2014/02/24/inside-mind-james-clapper/
RS_2016-09.bz2.deduped.txt:62699 - https://theintercept.com/2016/09/07/anti-racist-dutch-mp-refuses-shake-netanyahus-hand/
RS_2016-09.bz2.deduped.txt:63028 - https://theintercept.com/2016/09/07/opm-spent-less-than-nearly-all-other-federal-agencies-on-cybersecurity/
RS_2016-09.bz2.deduped.txt:63060 - https://theintercept.com/2016/09/07/paying-taxes-is-a-lot-better-than-phony-corporate-courage-apple/
RS_2016-09.bz2.deduped.txt:63517 - https://theintercept.com/2016/09/07/google-program-to-deradicalize-jihadis-will-be-used-for-right-wing-american-extremists-next/
RS_2016-09.bz2.deduped.txt:65423 - https://theintercept.com/2016/09/07/nbcs-military-forum-was-a-master-class-on-how-not-to-hold-candidates-accountable/
RS_2016-09.bz2.deduped.txt:65845 - https://theintercept.com/staff/freebarrett_/
RS_2016-09.bz2.deduped.txt:66413 - https://theintercept.com/2016/09/06/a-base-britanica-da-nsa-no-coracao-do-programa-de-assassinatos-seletivos-dos-eua/
RS_2016-09.bz2.deduped.txt:67491 - https://theintercept.com/2016/09/08/documents-show-u-s-military-expands-reach-of-special-operations-programs/
RS_2016-09.bz2.deduped.txt:70210 - https://theintercept.com/2016/09/08/obama-promises-lame-duck-tpp-push-despite-uproar-over-pro-corporate-provisions/
RS_2016-09.bz2.deduped.txt:73144 - https://theintercept.com/2016/09/08/hillary-clintons-national-security-advisors-are-a-whos-who-of-the-warfare-state/
RS_2016-09.bz2.deduped.txt:75831 - https://theintercept.com/2016/09/08/hillary-clintons-national-security-advisors-are-a-whos-who-of-the-warfare-state/?comments=1#comments
RS_2016-09.bz2.deduped.txt:80955 - https://theintercept.com/2016/09/09/wolf-blitzer-is-worried-defense-contractors-will-lose-jobs-if-u-s-stops-arming-saudi-arabia/
RS_2016-09.bz2.deduped.txt:81362 - https://theintercept.com/2016/09/09/whats-behind-obamas-ongoing-accommodation-of-vladimir-putin/
RS_2016-09.bz2.deduped.txt:82467 - https://theintercept.com/2016/09/09/from-russian-tv-network-little-love-for-donald-trump/
RS_2016-09.bz2.deduped.txt:85062 - https://theintercept.com/2016/09/09/chelsea-manning-begins-hunger-strike-demanding-dignity-and-respect-in-prison/
RS_2016-09.bz2.deduped.txt:88288 - https://theintercept.com/2016/09/09/whos-left-at-guantanamo-fates-of-61-prisoners-are-undecided/

RS_2016-09.bz2.deduped.txt:91754 - https://theintercept.com/2016/09/09/temer-pediu-cortes-profundas-em-areas-sociais-ainda-que-o-instituto-mercado-popular-nao-entenda/
RS_2016-09.bz2.deduped.txt:92992 - https://theintercept.com/2016/09/10/donald-trumps-view-of-military-sexual-assault-is-chauvinistic-and-not-uncommon/
RS_2016-09.bz2.deduped.txt:95898 - https://theintercept.com/2016/09/10/fifteen-years-after-911-neverending-war/
RS_2016-09.bz2.deduped.txt:96575 - https://theintercept.com/2016/09/11/as-vaias-ao-presidente-e-a-operacao-passa-pano/
RS_2016-09.bz2.deduped.txt:96829 - https://theintercept.com/2016/09/11/barbara-lees-lone-vote-on-sept-14-2001-was-as-prescient-as-it-was-brave-and-heroic/
RS_2016-09.bz2.deduped.txt:105175 - https://theintercept.com/2016/09/12/pharma-opioid-marijuana/
RS_2016-09.bz2.deduped.txt:106213 - https://theintercept.com/2016/09/12/11-de-setembro-um-unico-voto-tentou-impedir-carta-branca-a-guerra-ao-terror/
RS_2016-09.bz2.deduped.txt:106298 - https://theintercept.com/2016/09/12/foreign-spending-on-u-s-elections-threatens-national-security-fec-commissioner-says/
RS_2016-09.bz2.deduped.txt:107335 - https://theintercept.com/2016/09/12/long-secret-stingray-manuals-detail-how-police-can-spy-on-phones/
RS_2016-09.bz2.deduped.txt:107587 - https://theintercept.com/2016/09/12/facebook-is-collaborating-with-the-israeli-government-to-determine-what-should-be-censored/
RS_2016-09.bz2.deduped.txt:107744 - https://theintercept.com/2016/09/12/house-intelligence-committee-to-discuss-classified-report-on-snowden-ahead-of-movie-launch/
RS_2016-09.bz2.deduped.txt:108626 - https://theintercept.com/2016/09/12/donald-trump-after-blasting-iraq-war-picks-top-iraq-hawk-as-security-adviser/
RS_2016-09.bz2.deduped.txt:113423 - https://theintercept.com/2016/09/13/i-was-a-cia-whistleblower-now-im-a-black-inmate-heres-how-i-see-american-racism/
RS_2016-09.bz2.deduped.txt:115454 - https://theintercept.com/2016/09/13/clinton-aides-complain-about-double-standard-but-media-also-went-after-bush-foundation/
RS_2016-09.bz2.deduped.txt:117834 - https://theintercept.com/2016/09/13/hillary-clinton-boycotting-north-carolina-is-noble-and-just-boycotting-israel-is-bigoted-and-hateful/
RS_2016-09.bz2.deduped.txt:121706 - https://theintercept.com/2016/09/13/colin-powell-emails/?
RS_2016-09.bz2.deduped.txt:121734 - https://theintercept.com/2016/09/13/colin-powell-emails/
RS_2016-09.bz2.deduped.txt:122932 - https://theintercept.com/2016/09/13/in-leaked-emails-iraq-war-architect-expressed-relief-that-brexit-distracted-from-u-k-war-inquiry/
RS_2016-09.bz2.deduped.txt:123875 - https://theintercept.com/2016/09/13/more-proof-the-u-s-national-anthem-has-always-been-tainted-with-racism/
RS_2016-09.bz2.deduped.txt:125178 - https://theintercept.com/2016/09/13/in-leaked-emails-iraq-war-architect-expressed-relief-that-brexit-distracted-from-u-k-war-inquiry/?comments=1#comments
RS_2016-09.bz2.deduped.txt:127656 - https://theintercept.com/2016/09/14/beer-pot-ballot/
RS_2016-09.bz2.deduped.txt:128125 - https://theintercept.com/2016/09/14/chelsea-manning-ends-hunger-strike-will-get-gender-reassignment-surgery/
RS_2016-09.bz2.deduped.txt:128270 - https://theintercept.com/2016/09/14/paulinho-da-forca-no-controle-da-reforma-agraria/

RS_2016-09.bz2.deduped.txt:129666 - https://theintercept.com/2016/09/14/donald-trumps-not-anti-war-just-wants-u-s-military-focus-stealing-oil/

RS_2016-09.bz2.deduped.txt:130833 - https://theintercept.com/2016/09/14/latest-estimate-pegs-cost-of-wars-at-nearly-5-trillion/

RS_2016-09.bz2.deduped.txt:131474 - https://theintercept.com/2016/09/14/as-snowden-opens-three-largest-rights-groups-in-u-s-call-on-obama-for-a-pardon/

RS_2016-09.bz2.deduped.txt:131859 - https://theintercept.com/2016/09/13/i-was-a-cia-whistleblower-now-im-a-black-inmate-heres-how-i-see-american-racism/?utm_content=buffer7a9fa&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2016-09.bz2.deduped.txt:131875 - https://theintercept.com/2016/09/14/benjamin-netanyahu-added-100000-settlers-now-the-u-s-rewards-him-with-largest-aid-package-ever/

RS_2016-09.bz2.deduped.txt:134766 - https://theintercept.com/2016/09/15/elizabeth-warren-asks-newly-chatty-fbi-director-to-explain-why-doj-didnt-prosecute-banksters/

RS_2016-09.bz2.deduped.txt:135567 - https://theintercept.com/2016/09/14/flavio-bolsonaro-flagrado-ao-lado-de-suspeito-de-pedofilia-ameaca-quem-compartilhar-as-fotos/

RS_2016-09.bz2.deduped.txt:141067 - https://theintercept.com/2016/09/15/armas-defeituosas-da-taurus-matam-impunemente-blindadas-pelo-lobby-e-pelo-exercito/

RS_2016-09.bz2.deduped.txt:141783 - https://theintercept.com/2016/09/15/tech-money-lurks-behind-government-privacy-conference/

RS_2016-09.bz2.deduped.txt:142800 - https://theintercept.com/2016/09/15/the-teflon-toxin-goes-to-china/

RS_2016-09.bz2.deduped.txt:143469 - https://theintercept.com/2016/09/15/the-fbis-own-watchdog-signs-off-on-agents-impersonating-journalists/

RS_2016-09.bz2.deduped.txt:148904 - https://theintercept.com/2016/09/16/the-largest-prison-strike-in-u-s-history-enters-its-second-week/

RS_2016-09.bz2.deduped.txt:149418 - https://theintercept.com/2016/09/16/new-film-tells-the-story-of-edward-snowden-here-are-the-surveillance-programs-he-helped-expose/

RS_2016-09.bz2.deduped.txt:151193 - https://theintercept.com/2016/09/16/fec-republicans-kill-attempt-to-block-foreign-money-in-u-s-elections/

RS_2016-09.bz2.deduped.txt:151194 - https://theintercept.com/2016/09/16/donald-trump-keeps-using-his-campaign-to-market-his-own-businesses/

RS_2016-09.bz2.deduped.txt:151371 - https://theintercept.com/2016/09/16/family-of-italian-killed-in-drone-strike-gets-more-than-1-million-payment-from-u-s/

RS_2016-09.bz2.deduped.txt:151599 - https://theintercept.com/2016/09/16/reporters-complain-donald-trump-conning-media-even-help/

RS_2016-09.bz2.deduped.txt:151876 - https://theintercept.com/2016/09/16/former-prisoners-are-leading-the-fight-against-mass-incarceration/

RS_2016-09.bz2.deduped.txt:156973 - https://theintercept.com/2016/09/16/trump-supporter-running-office-moscow-focuses-campaign-trashing-clinton/

RS_2016-09.bz2.deduped.txt:158622 - https://theintercept.com/2016/09/16/a-morte-de-domingos-montagner-e-os-indios-da-bacia-do-xingu/

RS_2016-09.bz2.deduped.txt:158633 - https://theintercept.com/2016/09/16/retiring-nypd-commissioner-william-bratton-claims-police-will-reform-from-within-why-havent-they/

RS_2016-09.bz2.deduped.txt:161690 - https://theintercept.com/2016/09/17/how-an-art-exhibit-on-surveillance-says-too-little-by-showing-too-much/

RS_2016-09.bz2.deduped.txt:166171 - https://theintercept.com/2016/09/18/washpost-makes-history-first-paper-to-call-for-prosecution-of-its-own-source-after-accepting-pulitzer/
RS_2016-09.bz2.deduped.txt:173431 - https://theintercept.com/2016/09/18/a-cassacao-de-cunha-e-o-apartidarismo-de-fachada-do-mbl/
RS_2016-09.bz2.deduped.txt:175254 - https://theintercept.com/2016/09/19/weapons-makers-hold-lavish-lovefest-for-pentagon-official-who-manages-arms-sales/
RS_2016-09.bz2.deduped.txt:177122 - https://theintercept.com/2016/09/19/congressman-unwittingly-launches-you-are-welcome-colin-kaepernick-meme/
RS_2016-09.bz2.deduped.txt:177836 - https://theintercept.com/2016/09/19/why-obama-should-pardon-all-leakers-and-whistleblowers-not-just-edward-snowden/
RS_2016-09.bz2.deduped.txt:182011 - https://theintercept.com/2016/09/20/isis-letters-piece/
RS_2016-09.bz2.deduped.txt:184209 - https://theintercept.com/2016/09/19/how-new-york-city-crowdsourced-a-manhunt/
RS_2016-09.bz2.deduped.txt:186707 - https://theintercept.com/2016/09/20/nazi-who-originated-donald-trump-jr-s-skittles-metaphor-was-hanged-at-nuremberg/
RS_2016-09.bz2.deduped.txt:187863 - https://theintercept.com/2016/09/20/john-boehner-china/
RS_2016-09.bz2.deduped.txt:188356 - https://theintercept.com/2016/09/20/virginia-governor-photographed-with-willie-nelsons-pot-but-arrests-thousands-for-possession/
RS_2016-09.bz2.deduped.txt:190680 - https://theintercept.com/2016/09/20/justice-kennedy-citizens-united/
RS_2016-09.bz2.deduped.txt:191760 - https://theintercept.com/2016/09/20/ao-criticar-demagogia-intolerancia-e-nacionalismo-na-onu-temer-ataca-sua-propria-base/
RS_2016-09.bz2.deduped.txt:193731 - https://theintercept.com/2016/09/20/evidence-fbi-gathered-while-running-porn-site-thrown-out-again/
RS_2016-09.bz2.deduped.txt:194344 - https://theintercept.com/2016/09/21/com-57-mil-vereadores-brasil-elegera-verdadeira-cidade-legislativa-que-custa-r-10-bi-por-ano/
RS_2016-09.bz2.deduped.txt:194346 - https://theintercept.com/2016/09/20/throng-of-corporate-criminals-demands-rule-of-law-in-apple-eu-tax-case/
RS_2016-09.bz2.deduped.txt:198059 - https://theintercept.com/2016/09/21/in-syria-a-new-style-of-war-propaganda-emerges-influenced-by-video-games/
RS_2016-09.bz2.deduped.txt:198787 - https://theintercept.com/2016/09/21/here-are-eight-policies-that-can-prevent-police-killings/
RS_2016-09.bz2.deduped.txt:200316 - https://theintercept.com/2016/09/21/27-u-s-senators-rebel-against-arming-saudi-arabia/
RS_2016-09.bz2.deduped.txt:201365 - https://theintercept.com/2016/09/21/the-assassination-of-orlando-letelier-and-the-politics-of-silence/
RS_2016-09.bz2.deduped.txt:208419 - https://theintercept.com/2016/09/22/michel-temer-diz-que-impeachment-aconteceu-porque-dilma-rejeitou-ponte-para-o-futuro/
RS_2016-09.bz2.deduped.txt:209234 - https://theintercept.com/2016/09/22/the-money-is-gone/
RS_2016-09.bz2.deduped.txt:211222 - https://theintercept.com/2016/09/22/charlotte-police-chief-refuses-to-release-dashcam-video-of-officer-killing-keith-scott/
RS_2016-09.bz2.deduped.txt:216941 - https://theintercept.com/2016/09/23/brazils-president-michel-temer-says-rousseff-was-impeached-for-refusing-his-economic-agenda/
RS_2016-09.bz2.deduped.txt:219007 - https://theintercept.com/2016/09/23/we-want-the-tapes-charlotte-protesters-demand-justice-on-third-night-of-protests/

RS_2016-09.bz2.deduped.txt:219074 - https://theintercept.com/2016/09/23/who-decides-when-a-protest-becomes-a-facebook-disaster/

RS_2016-09.bz2.deduped.txt:220808 - https://theintercept.com/2016/09/23/students-are-pulling-a-kaepernick-all-over-america-and-being-threatened-for-it/

RS_2016-09.bz2.deduped.txt:221034 - https://theintercept.com/2016/09/23/fbi-and-doj-vow-to-continue-using-junk-science-rejected-by-white-house-report/

RS_2016-09.bz2.deduped.txt:221182 - https://theintercept.com/2016/09/23/big-players-little-stocks-and-naked-shorts/

RS_2016-09.bz2.deduped.txt:221568 - https://theintercept.com/2016/09/23/no-gun-near-keith-scotts-body-in-video-recorded-by-his-wife-seconds-after-killing-2/

RS_2016-09.bz2.deduped.txt:221873 - https://theintercept.com/2016/09/23/grande-midia-ignora-confissao-de-temer-exceto-por-acusacao-falsa-de-colunista-do-estadao/

RS_2016-09.bz2.deduped.txt:227147 - https://theintercept.com/2016/09/24/a-walking-tour-of-new-yorks-massive-surveillance-network/

RS_2016-09.bz2.deduped.txt:228114 - https://theintercept.com/2016/09/24/messages-of-anger-and-hope-from-charlotte-as-protests-continue/

RS_2016-09.bz2.deduped.txt:229217 - https://theintercept.com/2015/04/22/inside-morocco-clinton-influence-campaign/

RS_2016-09.bz2.deduped.txt:230220 - https://theintercept.com/2016/09/23/house-intelligence-panel-gets-dozens-of-whistleblower-complaints-every-year/

RS_2016-09.bz2.deduped.txt:230763 - https://theintercept.com/2016/09/24/charlotte-police-video-keith-scotts-killing-released/

RS_2016-09.bz2.deduped.txt:233774 - https://theintercept.com/2016/09/24/naked-shorts-cant-stay-naked-forever/

RS_2016-09.bz2.deduped.txt:234477 - https://theintercept.com/series/penny-stock-chronicles/

RS_2016-09.bz2.deduped.txt:234959 - https://theintercept.com/2016/09/25/casos-de-corrupcao-envolvendo-michel-temer-caem-no-ostracismo-e-eles-sao-muitos

RS_2016-09.bz2.deduped.txt:234961 - https://theintercept.com/2016/09/25/casos-de-corrupcao-envolvendo-michel-temer-caem-no-ostracismo-e-eles-sao-muitos/

RS_2016-09.bz2.deduped.txt:235318 - https://theintercept.com/2014/02/24/jtrig-manipulation/https://afewthoughtsfrombruce.wordpress.com/tag/bruce-gorcyca/http://www.washingtonsblog.com/2014/07/spy-agencies-dirty-trick-powers-revealed-snowden.html

RS_2016-09.bz2.deduped.txt:238465 - https://theintercept.com/2016/09/12/facebook-is-collaborating-with-the-israeli-government-to-determine-what-should-be-censored

RS_2016-09.bz2.deduped.txt:240603 - https://theintercept.com/2016/09/12/facebook-is-collaborating-with-the-israeli-government-to-determine-what-should-be-censored//

RS_2016-09.bz2.deduped.txt:245206 - https://theintercept.com/2016/09/26/turning-up-like-a-bad-penny/

RS_2016-09.bz2.deduped.txt:245564 - https://theintercept.com/2016/09/26/why-wells-fargos-executives-will-keep-their-bonuses-even-after-fake-accounts-scandal/

RS_2016-09.bz2.deduped.txt:246925 - https://theintercept.com/2016/09/26/comentario-no-facebook-criticando-a-policia-rende-prisao-no-rio-grande-do-norte/

RS_2016-09.bz2.deduped.txt:247426 - https://theintercept.com/liveblogs/firstdebate/the-questions-you-wont-hear-tonight-because-theyre-too-good/

RS_2016-09.bz2.deduped.txt:247817 - https://theintercept.com/liveblogs/firstdebate/the-hard-partying-surfer-turned-master-assassin-who-is-trumps-guest-at-the-debate/

RS_2016-09.bz2.deduped.txt:248491 - https://theintercept.com/liveblogs/firstdebate/why-no-third-parties-tonight-because-two-parties-control-the-process/

RS_2016-09.bz2.deduped.txt:248587 - https://theintercept.com/liveblogs/firstdebate/

RS_2016-09.bz2.deduped.txt:253424 - https://theintercept.com/2016/09/27/beyond-sniffles-and-sexism-what-the-hell-was-the-debate-about/

RS_2016-09.bz2.deduped.txt:254612 - https://theintercept.com/2016/09/27/were-paper-losses-the-goal-all-along/

RS_2016-09.bz2.deduped.txt:255635 - https://theintercept.com/liveblogs/firstdebate/hillary-clinton-in-the-1990s-personally-lobbied-business-to-push-harder-for-liberalized-trade-with-china/

RS_2016-09.bz2.deduped.txt:256079 - https://theintercept.com/2016/09/27/dilma-diz-que-michel-temer-e-seus-aliados-confessam-o-golpe/

RS_2016-09.bz2.deduped.txt:256314 - https://theintercept.com/2016/09/27/j-p-cuenca-deixa-a-folha-e-passa-a-escrever-para-the-intercept-brasil/

RS_2016-09.bz2.deduped.txt:257014 - https://theintercept.com/liveblogs/firstdebate/usgovernmenadvises/

RS_2016-09.bz2.deduped.txt:257613 - https://theintercept.com/2016/09/23/brazils-big-media-ignores-temers-confession-except-estadao-columnist-who-falsely-claimed-video-was-altered/

RS_2016-09.bz2.deduped.txt:258558 - https://theintercept.com/2016/09/27/trump-promises-no-first-nuclear-strike-sort-of-new-bill-would-make-it-illegal/

RS_2016-09.bz2.deduped.txt:263170 - https://theintercept.com/2016/09/28/u-s-sanctions-are-punishing-ordinary-syrians-and-crippling-aid-work-u-n-report-reveals/

RS_2016-09.bz2.deduped.txt:264223 - https://theintercept.com/2016/09/28/apple-logs-your-imessage-contacts-and-may-share-them-with-police/

RS_2016-09.bz2.deduped.txt:264483 - https://theintercept.com/2016/09/28/brazils-impeached-ex-president-dilma-rousseff-says-successor-confessed-to-the-coup/

RS_2016-09.bz2.deduped.txt:267996 - https://theintercept.com/2016/09/28/white-house-is-profoundly-wrong-about-the-most-embarrassing-thing-senate-has-done/

RS_2016-09.bz2.deduped.txt:268594 - https://theintercept.com/2016/09/28/the-half-billion-dollar-glitch/

RS_2016-09.bz2.deduped.txt:270072 - https://theintercept.com/2016/09/28/justice-department-is-fighting-fired-fbi-agents-use-of-whistleblower-defense/

RS_2016-09.bz2.deduped.txt:273521 - https://theintercept.com/2016/09/29/u-s-military-is-building-a-100-million-drone-base-in-africa/

RS_2016-09.bz2.deduped.txt:275565 - https://theintercept.com/2016/09/29/o-triunfo-do-isentao-como-e-a-censura-no-brasil-em-2016/

RS_2016-09.bz2.deduped.txt:277725 - https://theintercept.com/2016/09/29/maybe-donald-trump-listened-megyn-kelly-instead-roger-ailes/

RS_2016-09.bz2.deduped.txt:279585 - https://theintercept.com/2016/09/29/fbi-says-edward-snowden-is-reason-companies-are-resisting-handing-over-phone-records/

RS_2016-09.bz2.deduped.txt:279999 - https://theintercept.com/2016/09/29/the-fbi-wanted-to-target-yemenis-through-student-groups-and-mosques/

RS_2016-09.bz2.deduped.txt:280869 - https://theintercept.com/2016/09/29/five-lawmakers-are-challenging-gag-orders-on-fbi-national-security-letters/

RS_2016-09.bz2.deduped.txt:281353 - https://theintercept.com/2016/09/29/fec-stalemate-on-banning-foreign-money-in-u-s-elections-could-be-ending/

RS_2016-09.bz2.deduped.txt:287129 - https://theintercept.com/2016/09/30/lawmaker-who-pushed-bill-to-protect-people-filming-police-arrested-for-filming-police/

RS_2016-09.bz2.deduped.txt:288796 - https://theintercept.com/2016/09/30/echr-nsa-gchq-snowden-surveillance-privacy/

RS_2016-09.bz2.deduped.txt:289928 - https://theintercept.com/2016/09/30/media-hails-shimon-peres-as-man-of-peace-but-doesnt-bother-to-ask-arabs/

RS_2016-09.bz2.deduped.txt:290815 - https://theintercept.com/2016/09/30/apple-armazena-os-contatos-do-imessage-e-pode-divulga-los-para-a-policia/

RS_2016-09.bz2.deduped.txt:291230 - https://theintercept.com/2016/09/30/hillary-clinton-center-right/

RS_2017-03.bz2.deduped.txt:227 - https://theintercept.com/2017/02/28/trump-suggests-anti-semitic-acts-might-faked-make-movement-look-bad/

RS_2017-03.bz2.deduped.txt:5397 - https://theintercept.com/2017/03/01/trumps-use-of-navy-seals-wife-highlights-all-the-key-ingredients-of-u-s-war-propaganda/

RS_2017-03.bz2.deduped.txt:7136 - https://theintercept.com/2017/03/01/intercepted-podcast-donald-in-wonderland/

RS_2017-03.bz2.deduped.txt:7515 - https://theintercept.com/2017/03/01/the-only-concrete-takeaway-from-trumps-speech-medicaid-is-doomed/

RS_2017-03.bz2.deduped.txt:9762 - https://theintercept.com/2017/03/01/trumps-moderate-defense-secretary-has-already-brought-us-to-the-brink-of-war/

RS_2017-03.bz2.deduped.txt:10893 - https://theintercept.com/2017/03/01/new-bill-would-force-nypd-to-disclose-its-surveillance-tech-playbook/

RS_2017-03.bz2.deduped.txt:11775 - https://theintercept.com/2017/03/01/trump-wants-you-to-think-all-the-immigrants-hell-deport-are-criminals-theyre-not/

RS_2017-03.bz2.deduped.txt:14653 - https://theintercept.com/2017/03/01/trumps-moderate-defense-secretary-has-already-brought-us-to-the-brink-of-war/?comments=1#comments

RS_2017-03.bz2.deduped.txt:18071 - https://theintercept.com/2017/03/02/crony-capitalism-at-work-trump-adviser-carl-icahn-strong-arms-ethanol-lobby-to-save-his-company-millions/

RS_2017-03.bz2.deduped.txt:20649 - https://theintercept.com/2017/03/02/trump-may-choose-alternative-intelligence-to-support-his-alternative-facts-former-agents-warn/

RS_2017-03.bz2.deduped.txt:21088 - https://theintercept.com/2017/03/02/homeland-security-sees-anger-at-trump-as-a-driver-of-domestic-terrorist-violence/

RS_2017-03.bz2.deduped.txt:21499 - https://theintercept.com/2017/03/02/palantir-provides-the-engine-for-donald-trumps-deportation-machine/

RS_2017-03.bz2.deduped.txt:22785 - https://theintercept.com/2017/03/02/crony-capitalism-at-work-trump-adviser-carl-icahn-strong-arms-ethanol-lobby-to-save-his-company-millions/?comments=1#comments

RS_2017-03.bz2.deduped.txt:22809 - https://theintercept.com/2017/03/02/palantir-provides-the-engine-for-donald-trumps-deportation-machine/?a-b

RS_2017-03.bz2.deduped.txt:24586 - https://theintercept.com/2017/03/02/wisconsin-republican-senator-sends-cease-and-desist-letter-to-constituent-for-calling-too-much/

RS_2017-03.bz2.deduped.txt:25474 - https://theintercept.com/2017/03/02/sessionss-recusal-gives-senators-powerful-leverage-to-demand-russia-special-prosecutor/

RS_2017-03.bz2.deduped.txt:31595 - https://theintercept.com/staff/juan/

RS_2017-03.bz2.deduped.txt:32087 - https://theintercept.com/2017/03/03/geert-wilders-freedomcenters/
RS_2017-03.bz2.deduped.txt:32707 - https://theintercept.com/2017/03/03/statement-on-the-arrest-of-former-intercept-reporter-juan-thompson/
RS_2017-03.bz2.deduped.txt:33507 - https://theintercept.com/2017/03/03/segurancas-da-vale-sao-indiciados-por-ataque-violento-contra-agricultores-no-para/
RS_2017-03.bz2.deduped.txt:34875 - https://theintercept.com/2017/03/03/the-governments-privacy-watchdog-is-basically-dead-emails-reveal/
RS_2017-03.bz2.deduped.txt:41691 - https://theintercept.com/2017/03/04/trump-wants-nsa-program-reauthorized-but-wont-tell-congress-how-many-americans-it-spies-on/
RS_2017-03.bz2.deduped.txt:45604 - https://theintercept.com/2017/03/04/if-trump-tower-was-wiretapped-trump-can-declassify-that-right-now/
RS_2017-03.bz2.deduped.txt:49042 - https://theintercept.com/2017/03/05/a-mula-do-presidente-e-o-escandalo-sem-nome/
RS_2017-03.bz2.deduped.txt:49803 - https://theintercept.com/2017/03/05/did-angela-garcia-kill-her-own-daughters-arson-cover-up/
RS_2017-03.bz2.deduped.txt:57632 - https://theintercept.com/2017/03/06/democrats-now-demonize-the-same-russia-policies-that-obama-long-championed/
RS_2017-03.bz2.deduped.txt:61084 - https://theintercept.com/2017/03/06/repealing-the-affordable-care-act-would-jeopardize-womens-health/
RS_2017-03.bz2.deduped.txt:61239 - https://theintercept.com/2017/03/06/facts-are-in-the-eye-of-the-beholder-says-roger-stone-trump-confidante-in-exclusive-interview/
RS_2017-03.bz2.deduped.txt:62078 - https://theintercept.com/2017/03/06/intent-of-trumps-new-executive-order-is-basically-identical-to-his-original-muslim-ban/
RS_2017-03.bz2.deduped.txt:68337 - https://theintercept.com/2017/03/07/mesmo-tendo-modelos-bem-sucedidos-no-pais-brasil-busca-fora-politicas-ultrapassadas-sobre-crack/
RS_2017-03.bz2.deduped.txt:71250 - https://theintercept.com/2017/03/07/leading-putin-critic-warns-of-xenophobic-conspiracy-theories-drowning-u-s-discourse-and-helping-trump/
RS_2017-03.bz2.deduped.txt:72900 - https://theintercept.com/2017/03/07/wikileaks-dump-shows-cia-could-turn-smart-tvs-into-listening-devices/
RS_2017-03.bz2.deduped.txt:73968 - https://theintercept.com/2017/03/07/voce-tambem-deve-conhecer-uma-mulher-que-ja-abortou/
RS_2017-03.bz2.deduped.txt:74743 - https://theintercept.com/2017/03/07/kevin-brady-ahip/
RS_2017-03.bz2.deduped.txt:74796 - https://theintercept.com/2017/03/07/cia-has-an-impressive-list-of-ways-to-hack-into-your-smartphone-wikileaks-files-indicate/
RS_2017-03.bz2.deduped.txt:75178 - https://theintercept.com/2017/03/07/rep-jason-chaffetz-is-wrong-a-700-iphone-cant-cover-your-health-insurance/
RS_2017-03.bz2.deduped.txt:75864 - https://theintercept.com/2017/03/07/the-cia-didnt-break-signal-or-whatsapp-despite-what-youve-heard/
RS_2017-03.bz2.deduped.txt:77235 - https://theintercept.com/2017/03/07/senate-democrats-blow-best-chance-to-demand-special-russia-prosecutor/
RS_2017-03.bz2.deduped.txt:77589 - https://theintercept.com/2017/03/07/wikileaks-divulga-documentos-mostrando-que-a-cia-usa-smart-tvs-como-grampos/
RS_2017-03.bz2.deduped.txt:81358 - https://theintercept.com/2017/03/08/intercepted-podcast-ready-to-lie-2/

RS_2017-03.bz2.deduped.txt:83399 - https://theintercept.com/2017/03/08/the-dutch-trump-is-even-more-toxic-than-the-real-thing/

RS_2017-03.bz2.deduped.txt:83758 - https://theintercept.com/2017/03/08/encrypted-app-used-by-white-house-staffers-suffered-from-serious-security-flaws/

RS_2017-03.bz2.deduped.txt:84878 - https://theintercept.com/2017/03/08/is-trump-adviser-carl-icahn-an-illicit-lobbyist-or-a-corrupt-official/

RS_2017-03.bz2.deduped.txt:86085 - https://theintercept.com/2017/03/08/encrypted-app-used-by-white-house-staffers-suffered-from-serious-security-flaws/?new=true

RS_2017-03.bz2.deduped.txt:86450 - https://theintercept.com/2017/03/08/wikileaks-files-show-the-cia-repurposing-foreign-hacking-code-to-save-time-not-to-frame-russia/

RS_2017-03.bz2.deduped.txt:87205 - https://theintercept.com/2017/03/08/trump-picks-hawkish-critic-of-russia-as-nato-ambassador-veering-from-one-extreme-to-the-other/

RS_2017-03.bz2.deduped.txt:88019 - https://theintercept.com/2017/03/08/cias-new-digital-innovation-division-cant-seem-to-keep-its-own-secrets/

RS_2017-03.bz2.deduped.txt:88337 - https://theintercept.com/2017/03/08/texas-lawmakers-push-for-fetal-burial-bill-on-international-womens-day/

RS_2017-03.bz2.deduped.txt:88421 - https://theintercept.com/2017/03/08/trump-picks-hawkish-critic-of-russia-as-nato-ambassador-veering-from-one-extreme-to-the-other/?comments=1#comments

RS_2017-03.bz2.deduped.txt:88543 - https://theintercept.com/2017/03/08/womens-strike-organizers-arrested-new-york-day-protests-worldwide/

RS_2017-03.bz2.deduped.txt:94763 - https://theintercept.com/2017/03/09/women-and-children-in-yemeni-village-recall-horror-of-trumps-highly-successful-seal-raid/

RS_2017-03.bz2.deduped.txt:101176 - https://theintercept.com/2017/03/09/new-evidence-contradicts-pentagons-account-of-yemen-raid-but-general-closes-the-case/

RS_2017-03.bz2.deduped.txt:101803 - https://theintercept.com/2017/03/09/paul-ryan-fundraised-with-health-insurance-lobbying-firm-just-before-his-powerpoint/

RS_2017-03.bz2.deduped.txt:108706 - https://theintercept.com/2017/03/10/former-cia-director-michael-hayden-blames-millennials-for-government-leaks/

RS_2017-03.bz2.deduped.txt:109191 - https://theintercept.com/2017/03/10/as-trump-neuters-regulatory-commissions-chuck-schumer-needs-to-decide-if-he-will-fight-or-give-in/

RS_2017-03.bz2.deduped.txt:109425 - https://theintercept.com/2017/03/10/government-zero-days-7-years/

RS_2017-03.bz2.deduped.txt:110690 - https://theintercept.com/2017/03/10/marines-tasked-with-firing-howitzers-in-syria-are-just-advisers-says-sean-spicer/

RS_2017-03.bz2.deduped.txt:111733 - https://theintercept.com/2017/03/10/why-wont-trump-declassify-evidence-of-obamas-wiretap-sean-spicers-response-makes-no-sense/

RS_2017-03.bz2.deduped.txt:112834 - https://theintercept.com/2017/03/10/gop-repeal-strategy/

RS_2017-03.bz2.deduped.txt:117840 - https://theintercept.com/2017/03/11/rogue-twitter-accounts-fight-to-preserve-the-voice-of-government-science/

RS_2017-03.bz2.deduped.txt:122920 - https://theintercept.com/2017/03/10/em-nova-defesa-do-amigo-temer-gilmar-mendes-diz-que-caixa-2-nao-configura-abuso-de-poder-economico/

RS_2017-03.bz2.deduped.txt:125215 - https://theintercept.com/2017/03/12/refugees-fleeing-violence-in-central-america-hope-for-asylum-in-mexico/

RS_2017-03.bz2.deduped.txt:126611 - https://theintercept.com/2017/03/12/virginia-leone-bicudo-history-insists-on-covering-up-the-intellectual-production-of-black-women/

RS_2017-03.bz2.deduped.txt:127250 - https://theintercept.com/2017/03/12/mbl-e-vem-pra-rua-convocam-populacao-para-mais-uma-farsa/

RS_2017-03.bz2.deduped.txt:129218 - https://theintercept.com/2017/03/08/em-pleno-seculo-xxi-historia-insiste-em-apagar-a-producao-das-mulheres-negras/

RS_2017-03.bz2.deduped.txt:133627 - https://theintercept.com/2017/03/13/missouris-underfunded-public-defender-office-forces-the-poor-to-languish-in-jail/

RS_2017-03.bz2.deduped.txt:133642 - https://theintercept.com/2017/03/13/rand-paul-is-right-nsa-routinely-monitors-americans-communications-without-warrants/

RS_2017-03.bz2.deduped.txt:140192 - https://theintercept.com/2017/03/13/more-guns-less-medicine-trumps-military-spending-binge-would-swamp-savings-from-health-care-repeal/

RS_2017-03.bz2.deduped.txt:140811 - http://theintercept.com/2017/03/13/rand-paul-is-right-nsa-routinely-monitors-americans-communications-without-warrants/

RS_2017-03.bz2.deduped.txt:145511 - https://theintercept.com/2017/03/14/shannon-hurd-got-a-life-sentence-for-stealing-14-then-he-died-in-prison-from-untreated-cancer/

RS_2017-03.bz2.deduped.txt:149262 - https://theintercept.com/2017/03/14/edward-snowden-has-some-advice-for-donald-trump-about-surveillance/

RS_2017-03.bz2.deduped.txt:151868 - https://theintercept.com/2017/03/13/planalto-assume-o-risco-de-perder-mais-um-ministro-e-permite-volta-de-eliseu-padilha/

RS_2017-03.bz2.deduped.txt:156294 - https://theintercept.com/2017/03/15/intercepted-podcast-snowden-vs-trump/

RS_2017-03.bz2.deduped.txt:157966 - https://theintercept.com/2017/03/15/trump-has-called-the-afghan-war-a-mess-his-generals-want-to-escalate-it/

RS_2017-03.bz2.deduped.txt:162237 - https://theintercept.com/2017/03/15/trump-designating-the-muslim-brotherhood-as-terrorists-would-be-a-massive-victory-for-extremists/

RS_2017-03.bz2.deduped.txt:163279 - https://theintercept.com/2017/03/15/donald-trump-isnt-even-pretending-to-oppose-goldman-sachs-anymore/

RS_2017-03.bz2.deduped.txt:166992 - https://theintercept.com/2017/03/15/dutch-vote-droves-not-geert-wilders-breitbarts-candidate-prime-minister/

RS_2017-03.bz2.deduped.txt:168723 - https://theintercept.com/2017/03/16/moratoria-da-soja-solucao-contra-o-desmatamento-ou-marketing-corporativo/

RS_2017-03.bz2.deduped.txt:168898 - https://theintercept.com/2017/03/15/temer-gilmar-eunicio-e-maia-discutem-mudar-sistema-eleitoral-para-blindar-citados-na-lava-jato/

RS_2017-03.bz2.deduped.txt:169542 - https://theintercept.com/2017/03/16/qual-o-preco-que-o-brasil-paga-pela-criminalizacao-do-aborto/

RS_2017-03.bz2.deduped.txt:170219 - https://theintercept.com/2017/03/16/seal-team-6-attempted-a-second-yemen-raid-one-month-after-botched-operation/

RS_2017-03.bz2.deduped.txt:172131 - https://theintercept.com/2017/03/16/key-democratic-officials-now-warning-base-not-to-expect-evidence-of-trumprussia-collusion/

RS_2017-03.bz2.deduped.txt:173565 - http://theintercept.com/2017/03/16/key-democratic-officials-now-warning-base-not-to-expect-evidence-of-trumprussia-collusion/

RS_2017-03.bz2.deduped.txt:175907 - https://theintercept.com/2017/03/16/trump-the-outsider-outsources-his-budget-to-insider-think-tank/

RS_2017-03.bz2.deduped.txt:184488 - https://theintercept.com/2017/03/17/palantir-enables-immigration-agents-to-access-information-from-the-cia/

RS_2017-03.bz2.deduped.txt:185901 - https://theintercept.com/2017/03/17/outrage-over-donald-trump-is-spurring-activism-in-silicon-valley/

RS_2017-03.bz2.deduped.txt:186380 - https://theintercept.com/2017/03/17/trump-adviser-is-betting-millions-of-dollars-that-trump-will-take-his-advice/
RS_2017-03.bz2.deduped.txt:186702 - https://theintercept.com/2017/03/17/white-house-budget-bombs-on-front-pages-of-red-state-newspapers/
RS_2017-03.bz2.deduped.txt:187962 - https://theintercept.com/2017/03/17/pentagon-denies-bombing-syrian-mosque-but-its-own-photo-may-prove-that-it-did/
RS_2017-03.bz2.deduped.txt:191647 - https://theintercept.com/2017/03/16/key-democratic-officials-now-warning-base-not-to-expect-evidence-of-trumprussia-collusion/?comments=1#comments
RS_2017-03.bz2.deduped.txt:193149 - https://theintercept.com/2017/03/18/trump-administration-ousts-un-official-to-protect-israel-from-criticism/
RS_2017-03.bz2.deduped.txt:193782 - https://theintercept.com/2017/03/18/trumps-2005-tax-bill-doesnt-mean-the-tax-system-is-working/
RS_2017-03.bz2.deduped.txt:197061 - https://theintercept.com/2017/03/17/pentagon-denies-bombing-syrian-mosque-but-its-own-photo-may-prove-that-it-did/?comments=1#comments
RS_2017-03.bz2.deduped.txt:199615 - https://theintercept.com/2017/03/19/for-donald-trump-a-terror-attack-will-be-an-opportunity-not-a-curse/
RS_2017-03.bz2.deduped.txt:204801 - https://theintercept.com/2017/03/16/key-democratic-officials-now-warning-base-not-to-expect-evidence-of-trumprussia-collusion/?a=b
RS_2017-03.bz2.deduped.txt:205356 - https://theintercept.com/2017/01/31/hidden-loopholes-allow-fbi-agents-to-infiltrate-political-and-religious-groups/?2
RS_2017-03.bz2.deduped.txt:211975 - https://theintercept.com/2017/03/20/trump-budget-director-takes-aim-at-wasteful-social-security-program-that-helps-disabled-americans/
RS_2017-03.bz2.deduped.txt:212792 - https://theintercept.com/2017/03/20/globo-lula-temer-aecio-e-dilma-somos-todos-friboi/
RS_2017-03.bz2.deduped.txt:213172 - https://theintercept.com/2017/03/20/donald-trump-plans-to-eliminate-legal-aid-funding-that-supports-survivors-of-domestic-violence/
RS_2017-03.bz2.deduped.txt:213643 - https://theintercept.com/2017/03/20/marcelo-crivella-pede-demissao-de-jornalista-um-grave-atentado-a-democracia-e-a-liberdade-de-imprensa/
RS_2017-03.bz2.deduped.txt:214058 - https://theintercept.com/2017/03/20/fbi-director-forced-adopt-new-role-fact-checking-presidents-tweets/
RS_2017-03.bz2.deduped.txt:214344 - https://theintercept.com/2017/03/20/globo-lula-temer-aecio-e-dilma-somos-todos-friboi/?comments=1#comments
RS_2017-03.bz2.deduped.txt:219042 - https://theintercept.com/2017/03/21/newly-obtained-documents-prove-key-claim-of-snowdens-accusers-is-a-fraud/
RS_2017-03.bz2.deduped.txt:221983 - https://theintercept.com/2017/03/21/apesar-de-viverem-e-estudarem-mais-mulheres-ainda-ganham-bem-menos-que-homens-no-brasil-diz-pnud/
RS_2017-03.bz2.deduped.txt:223957 - https://theintercept.com/2017/03/21/brazilians-concern-over-animal-rights-depends-on-who-is-doing-the-killing/
RS_2017-03.bz2.deduped.txt:224485 - https://theintercept.com/2017/03/21/revolving-door-military/
RS_2017-03.bz2.deduped.txt:224737 - https://theintercept.com/2017/03/21/donald-trumps-muslim-laptop-ban-could-be-a-protectionist-scheme/
RS_2017-03.bz2.deduped.txt:227428 - https://theintercept.com/2017/03/21/acao-contra-blogueiro-critico-a-sergio-moro-e-tentativa-de-intimidacao-e-censura-diz-defesa/

RS_2017-03.bz2.deduped.txt:227452 - https://theintercept.com/2017/03/21/em-sintonia-com-temer-maia-adianta-votacao-de-projeto-sobre-terceirizacao-para-todas-as-atividades/
RS_2017-03.bz2.deduped.txt:231777 - https://theintercept.com/2017/03/22/top-israelis-have-warned-of-apartheid-so-why-the-outrage-at-a-un-report/
RS_2017-03.bz2.deduped.txt:232044 - https://theintercept.com/2017/03/19/oligopolio-da-comunicacao-direciona-debate-publico-brasileiro/
RS_2017-03.bz2.deduped.txt:233322 - https://theintercept.com/2017/03/22/congress-to-get-more-money-to-scrutinize-government-surveillance-and-spies/
RS_2017-03.bz2.deduped.txt:233587 - https://theintercept.com/2017/03/22/prison-dispatches-from-the-war-on-terror-american-explains-what-drove-him-to-extremism/
RS_2017-03.bz2.deduped.txt:234885 - https://theintercept.com/2017/03/22/intercepted-podcast-could-trump-start-world-war-iii/
RS_2017-03.bz2.deduped.txt:236652 - https://theintercept.com/2017/03/22/a-saga-da-famiglia-vilela-os-maiores-pecuaristas-e-destruidores-de-florestas-do-brasil/
RS_2017-03.bz2.deduped.txt:237067 - https://theintercept.com/2017/03/22/trump-wants-to-cut-public-broadcasting-where-mike-pences-daughter-got-her-start-as-a-filmmaker/
RS_2017-03.bz2.deduped.txt:238435 - https://theintercept.com/2017/03/22/real-time-face-recognition-threatens-to-turn-cops-body-cameras-into-surveillance-machines/
RS_2017-03.bz2.deduped.txt:238615 - https://theintercept.com/2017/03/22/war-correspondents-describe-recent-u-s-airstrikes-in-iraq-syria-and-yemen/
RS_2017-03.bz2.deduped.txt:238830 - https://theintercept.com/2017/03/22/aid-officials-beg-congress-to-help-yemen-while-trump-sends-more-bombs/
RS_2017-03.bz2.deduped.txt:241059 - https://theintercept.com/2017/03/22/congressmans-trump-surveillance-claims-have-an-obvious-mundane-explanation/
RS_2017-03.bz2.deduped.txt:243080 - https://theintercept.com/2017/03/23/fe-nao-deve-ser-posta-a-frente-do-debate-dizem-religiosas-sobre-aborto/
RS_2017-03.bz2.deduped.txt:245261 - https://theintercept.com/2017/03/23/the-life-and-death-issue-ignored-at-judge-gorsuchs-confirmation-hearings/
RS_2017-03.bz2.deduped.txt:245751 - https://theintercept.com/2017/03/23/video-tijuana-is-a-hub-of-exile-and-hope-for-deportees-and-migrants/
RS_2017-03.bz2.deduped.txt:249683 - https://theintercept.com/2017/03/23/the-senate-just-voted-to-sell-you-out-to-advertisers/
RS_2017-03.bz2.deduped.txt:249833 - https://theintercept.com/2017/03/23/reporters-uncritically-repeat-trump-administration-claims-on-laptop-ban/
RS_2017-03.bz2.deduped.txt:249968 - https://theintercept.com/2017/03/23/sergio-moro-quebrou-sigilo-de-eduardo-guimaraes-antes-de-ordenar-conducao-coercitivo/
RS_2017-03.bz2.deduped.txt:250566 - https://theintercept.com/2017/03/21/revolving-door-military/?wpisrc=nl_daily202&wpmm=1
RS_2017-03.bz2.deduped.txt:251280 - https://theintercept.com/2017/03/23/activists-worry-that-social-media-vetting-of-visa-applicants-could-quietly-expand-trumps-muslim-ban/
RS_2017-03.bz2.deduped.txt:257578 - https://theintercept.com/2017/03/24/florida-governor-rick-scott-is-punishing-a-prosecutor-for-opposing-the-death-penalty/
RS_2017-03.bz2.deduped.txt:257581 - https://theintercept.com/2017/03/24/a-louisiana-town-plagued-by-pollution-shows-why-cuts-to-the-epa-will-be-measured-in-illnesses-and-deaths/
RS_2017-03.bz2.deduped.txt:257721 - https://theintercept.com/2017/03/24/apple-says-it-fixed-cia-vulnerabilities-years-ago/

RS_2017-03.bz2.deduped.txt:258598 - https://theintercept.com/2017/03/24/direto-da-prisao-impressoes-sobre-a-guerra-ao-terror-americano-explica-o-que-o-levou-ao-extremismo/
RS_2017-03.bz2.deduped.txt:265779 - https://theintercept.com/2017/03/25/quem-ainda-aguenta-a-lava-jato/
RS_2017-03.bz2.deduped.txt:266980 - https://theintercept.com/2017/03/25/photo-essay-out-of-hiding-women-rebels-in-colombia-face-uneasy-transition-to-civilian-life/
RS_2017-03.bz2.deduped.txt:269662 - https://theintercept.com/2017/03/22/war-correspondents-describe-recent-u-s-airstrikes-in-iraq-syria-and-yemen/?0
RS_2017-03.bz2.deduped.txt:274501 - https://theintercept.com/2017/03/26/trump-insults-the-media-but-bush-bullied-and-defanged-it-to-sell-the-iraq-war/
RS_2017-03.bz2.deduped.txt:274790 - https://theintercept.com/2017/03/26/trumps-war-on-terror-has-quickly-become-as-barbaric-and-savage-as-he-promised/
RS_2017-03.bz2.deduped.txt:275577 - https://theintercept.com/2017/03/26/trumps-war-on-terror-has-quickly-become-as-barbaric-and-savage-as-he-promised/?0
RS_2017-03.bz2.deduped.txt:275930 - https://theintercept.com/2017/03/26/serraglio-nao-tem-condicao-moral-para-continuar-ministro-da-justica/
RS_2017-03.bz2.deduped.txt:286467 - https://theintercept.com/2017/03/27/lawsuit-seeks-transparency-as-searches-of-cellphones-and-laptops-skyrocket-at-borders/
RS_2017-03.bz2.deduped.txt:294293 - https://theintercept.com/2017/03/28/after-12-rejections-apple-accepts-app-that-tracks-u-s-drone-strikes/
RS_2017-03.bz2.deduped.txt:295072 - https://theintercept.com/2017/03/28/apos-12-rejeicoes-apple-aceita-aplicativo-que-rastreia-ataques-de-drones-dos-eua/
RS_2017-03.bz2.deduped.txt:297822 - https://theintercept.com/2017/03/28/u-n-ambassador-nikki-haley-doubled-down-on-threats-to-punish-criticism-of-israel/
RS_2017-03.bz2.deduped.txt:299382 - https://theintercept.com/2017/03/28/donald-trump-rewards-fossil-fuel-industry-by-signing-climate-denial-executive-order/
RS_2017-03.bz2.deduped.txt:299887 - https://theintercept.com/2017/03/28/london-attack-masood-government-scapegoats-whatsapp-encryption/
RS_2017-03.bz2.deduped.txt:302219 - https://theintercept.com/2017/03/28/advogado-diz-que-temer-ocupa-ilegalmente-a-presidencia-da-republica-e-e-xingado-por-deputados/
RS_2017-03.bz2.deduped.txt:303784 - https://theintercept.com/2017/03/28/after-12-rejections-apple-accepts-app-that-tracks-u-s-drone-strikes
RS_2017-03.bz2.deduped.txt:305001 - https://theintercept.com/2017/03/29/intercepted-podcast-trump-war-planet/
RS_2017-03.bz2.deduped.txt:306386 - https://theintercept.com/2017/03/29/you-shouldnt-blame-islam-for-terrorism-religion-isnt-a-crucial-factor-in-attacks/
RS_2017-03.bz2.deduped.txt:307462 - https://theintercept.com/2017/03/29/isp-civil-rights/
RS_2017-03.bz2.deduped.txt:307799 - https://theintercept.com/2017/03/29/to-serve-att-and-comcast-congressional-gop-votes-to-destroy-online-privacy/
RS_2017-03.bz2.deduped.txt:309403 - https://theintercept.com/2017/03/29/i-spent-a-week-trying-to-make-internet-providers-answer-a-simple-question-about-selling-your-data/
RS_2017-03.bz2.deduped.txt:309874 - https://theintercept.com/2017/03/29/isp-civil-rights/?comments=1#comments
RS_2017-03.bz2.deduped.txt:310117 - https://theintercept.com/2017/03/29/undocumented-victims-of-domestic-violence-weigh-seeking-help-against-risk-of-deportation/

RS_2017-03.bz2.deduped.txt:312780 - https://theintercept.com/2017/03/29/com-10-senadores-investigados-na-lava-jato-comissao-analisa-projeto-que-pune-abuso-de-autoridade/
RS_2017-03.bz2.deduped.txt:314376 - https://theintercept.com/2017/03/28/former-democratic-senators-advised-group-funding-anti-muslim-extremist-frank-gaffney/
RS_2017-03.bz2.deduped.txt:318582 - https://theintercept.com/2017/03/30/why-has-trust-in-media-collapsed-look-at-actions-of-wsj-yahoo-business-insider-and-slate/
RS_2017-03.bz2.deduped.txt:320272 - https://theintercept.com/2017/03/30/russia-investigation-heading-toward-a-train-wreck-because-republicans-dont-care-what-happened/
RS_2017-03.bz2.deduped.txt:320636 - https://theintercept.com/2017/03/30/meet-the-midwestern-contractor-that-appears-hundreds-of-times-in-the-cia-wikileaks-dump/
RS_2017-03.bz2.deduped.txt:322360 - https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate/
RS_2017-03.bz2.deduped.txt:324142 - https://theintercept.com/2017/03/30/larry-summers-had-the-power-to-punish-wall-street-now-hes-slamming-obamas-gentle-treatment/
RS_2017-03.bz2.deduped.txt:324495 - https://theintercept.com/2017/03/30/apos-condenar-cunha-moro-aproveita-ida-a-camara-para-criticar-projeto-que-pune-abuso-de-autoridade/
RS_2017-03.bz2.deduped.txt:324644 - https://theintercept.com/2017/03/30/house-republicans-launch-a-new-assault-on-the-epa/
RS_2017-03.bz2.deduped.txt:324899 - https://theintercept.com/2017/03/30/eduardo-cunha-e-condenado-menos-de-um-ano-depois-de-pedir-que-deus-tivesse-misericordia-da-nacao/
RS_2017-03.bz2.deduped.txt:331084 - https://theintercept.com/2017/03/31/texas-can-no-longer-fabricate-its-own-medical-standards-to-justify-executions/
RS_2017-03.bz2.deduped.txt:331997 - https://theintercept.com/2017/03/31/bernie-sanders-wants-to-expand-medicare-to-everybody-exactly-what-its-architects-wanted/
RS_2017-03.bz2.deduped.txt:332994 - https://theintercept.com/2017/03/31/aprovacao-de-temer-cai-para-10-mesmo-percentual-de-dilma-as-vesperas-do-impeachment/
RS_2017-03.bz2.deduped.txt:333817 - https://theintercept.com/2017/03/31/repeal-votes-obamacare/
RS_2017-03.bz2.deduped.txt:333973 - https://theintercept.com/2017/03/22/witness-accounts-attack-british-parliament-london/
RS_2017-03.bz2.deduped.txt:334861 - https://theintercept.com/2017/03/31/o-facebook-nao-protegeu-30-milhoes-de-usuarios-de-terem-dados-acessados-por-uma-das-empresas-da-campanha-de-trump/
RS_2016-03.bz2.deduped.txt:153 - https://theintercept.com/2016/02/29/apple-wins-major-court-victory-in-its-battle-against-fbi-in-a-case-similar-to-san-bernardino/
RS_2016-03.bz2.deduped.txt:4092 - https://theintercept.com/2016/03/01/the-new-york-times-strange-behavior-in-the-controversy-over-trumps-off-the-record-comments/
RS_2016-03.bz2.deduped.txt:4093 - https://theintercept.com/2016/03/01/former-guantanamo-commander-ignores-summons-from-french-court-probing-torture/
RS_2016-03.bz2.deduped.txt:7705 - https://theintercept.com/2016/03/01/nra-lobbyist-will-co-host-clinton-fundraiser/
RS_2016-03.bz2.deduped.txt:7905 - https://theintercept.com/2016/03/01/the-new-york-times-strange-behavior-in-the-controversy-over-trumps-off-the-record-comments/?comments=1
RS_2016-03.bz2.deduped.txt:9946 - https://theintercept.com/2016/03/01/life-in-president-donald-trumps-america/

RS_2016-03.bz2.deduped.txt:9947 - https://theintercept.com/2016/03/01/congressman-suggests-fbi-is-taking-advantage-of-san-bernardino-tragedy-to-push-agenda/

RS_2016-03.bz2.deduped.txt:10180 - https://theintercept.com/2016/03/01/refugees-in-calais-evicted-with-tear-gas-police-violence/

RS_2016-03.bz2.deduped.txt:10614 - https://theintercept.com/2016/03/01/now-hes-guarded-secret-service-federal-law-criminalizes-protesting-trump/

RS_2016-03.bz2.deduped.txt:18912 - https://theintercept.com/2016/03/02/threat-against-trump-on-facebook-leads-to-deportation-order-for-egyptian-student/

RS_2016-03.bz2.deduped.txt:20157 - https://theintercept.com/2016/03/02/larry-fink-and-his-blackrock-team-poised-to-take-over-hillary-clintons-treasury-department/

RS_2016-03.bz2.deduped.txt:20896 - https://theintercept.com/2016/03/02/demeaning-sexist-emails-about-rula-jebreal-between-ex-aipac-spokesman-josh-block-and-voa-producer/

RS_2016-03.bz2.deduped.txt:21449 - https://theintercept.com/2016/03/02/joe-wilson-to-hillary-clinton-in-2010-baghdad-has-been-bled-to-death/

RS_2016-03.bz2.deduped.txt:21578 - https://theintercept.com/2016/03/02/huge-numbers-of-gop-voters-favor-trumps-proposal-to-ban-muslim-immigration/

RS_2016-03.bz2.deduped.txt:21579 - https://theintercept.com/2016/03/02/spains-party-radical-left-refuses-support-centrist-coalition/

RS_2016-03.bz2.deduped.txt:29217 - https://theintercept.com/2016/03/03/in-recent-trials-of-violent-cops-the-broader-police-force-gets-a-pass/

RS_2016-03.bz2.deduped.txt:30230 - https://theintercept.com/2015/04/24/badforensics/

RS_2016-03.bz2.deduped.txt:31767 - https://theintercept.com/2016/03/03/new-teflon-toxin-causes-cancer-in-lab-animals/

RS_2016-03.bz2.deduped.txt:31768 - https://theintercept.com/2016/03/03/how-dupont-concealed-the-dangers-of-the-new-teflon-toxin/

RS_2016-03.bz2.deduped.txt:31861 - https://theintercept.com/2016/03/03/nsa-is-mysteriously-absent-from-fbi-apple-fight/

RS_2016-03.bz2.deduped.txt:33002 - https://theintercept.com/2016/02/24/bahrain-finds-opposition-leader-guilty-opposition/

RS_2016-03.bz2.deduped.txt:33885 - https://theintercept.com/2016/03/03/husband-whose-wife-was-shot-in-san-bernardino-calls-for-stronger-gun-laws-not-weaker-privacy-protections/

RS_2016-03.bz2.deduped.txt:38710 - https://theintercept.com/2016/03/04/trumps-policies-are-not-anathema-to-the-u-s-mainstream-but-an-uncomfortably-vivid-reflection-of-it/

RS_2016-03.bz2.deduped.txt:38711 - https://theintercept.com/2016/03/04/pro-torture-warmongers-attack-trump-for-going-overboard/

RS_2016-03.bz2.deduped.txt:39093 - https://theintercept.com/2016/03/04/no-turning-on-your-phone-is-not-consenting-to-being-tracked-by-police/

RS_2016-03.bz2.deduped.txt:39557 - https://theintercept.com/2016/03/04/donald-trump-and-ted-cruz-brazenly-admit-that-campaign-money-buys-influence/

RS_2016-03.bz2.deduped.txt:40629 - https://theintercept.com/2016/03/04/donald-trumps-sworn-testimony-about-his-university-i-dont-know-the-people/

RS_2016-03.bz2.deduped.txt:43427 - https://theintercept.com/2016/03/04/a-call-for-freedom-in-india-set-to-a-dubstep-beat/

RS_2016-03.bz2.deduped.txt:43744 - https://theintercept.com/2016/03/04/at-cpac2016-fear-of-a-muslim-planet-dominates-a-mainstream-republican-conference/

RS_2016-03.bz2.deduped.txt:47430 - https://theintercept.com/2016/03/05/redaction-art-how-secrets-are-made-visible/

RS_2016-03.bz2.deduped.txt:54643 - https://theintercept.com/2016/03/06/homegrown-delves-into-fbi-arrests-of-youths-for-future-crimes-they-might-commit/

RS_2016-03.bz2.deduped.txt:61153 - https://theintercept.com/2016/03/07/what-the-past-of-silvio-berlusconi-tells-us-about-the-future-of-donald-trump/

RS_2016-03.bz2.deduped.txt:65760 - https://theintercept.com/2016/03/07/the-noxious-legacy-of-fracking-king-aubrey-mcclendon/

RS_2016-03.bz2.deduped.txt:67654 - https://theintercept.com/2016/03/07/drone-casualty-report-promised-as-u-s-airstrike-kills-150-al-shabaab-members/

RS_2016-03.bz2.deduped.txt:72788 - https://theintercept.com/2016/03/08/the-fbi-vs-apple-debate-just-got-less-white/

RS_2016-03.bz2.deduped.txt:76601 - https://theintercept.com/2016/03/08/nobody-knows-the-identity-of-the-150-people-killed-by-u-s-in-somalia-but-most-are-certain-they-deserved-it/

RS_2016-03.bz2.deduped.txt:77903 - https://theintercept.com/2016/03/08/snowden-fbi-claim-that-only-apple-can-unlock-phone-is-bullshit/

RS_2016-03.bz2.deduped.txt:82572 - https://theintercept.com/2016/03/08/trumps-penis-becomes-campaign-issue-to-shocked-nation/

RS_2016-03.bz2.deduped.txt:84309 - https://theintercept.com/2016/03/09/hillary-clinton-wants-to-regulate-fracking-but-still-accepts-a-lot-of-fracking-money/

RS_2016-03.bz2.deduped.txt:86519 - https://theintercept.com/2016/03/08/was-a-palestinian-suspected-of-killing-an-american-in-israel-executed-by-the-police/

RS_2016-03.bz2.deduped.txt:88102 - https://theintercept.com/2016/03/09/bernie-sanders-promises-level-playing-field-on-israel-palestine/

RS_2016-03.bz2.deduped.txt:88722 - https://theintercept.com/2016/03/09/bernie-sanders-won-americas-largest-arab-community-by-being-open-to-them/

RS_2016-03.bz2.deduped.txt:94528 - https://theintercept.com/2016/03/10/hillary-clinton-stalwart-friend-of-worlds-worst-despots-attacks-sanders-latin-american-activism/

RS_2016-03.bz2.deduped.txt:94791 - https://theintercept.com/2016/03/10/hillary-clinton-stalwart-friend-of-worlds-worst-despots-attacks-sanders-latin-american-activism/?comments=1#comments

RS_2016-03.bz2.deduped.txt:95995 - https://theintercept.com/2016/03/10/high-school-students-debate-surveillance-in-post-snowden-america/

RS_2016-03.bz2.deduped.txt:97143 - https://theintercept.com/2016/03/10/donald-trumps-get-rich-quick-advice-makes-a-mockery-of-his-campaign-rhetoric/

RS_2016-03.bz2.deduped.txt:100477 - https://theintercept.com/2016/03/10/israeli-police-officer-shot-subdued-palestinian-suspect-face-charges/

RS_2016-03.bz2.deduped.txt:106926 - https://theintercept.com/2016/03/11/chris-matthewss-hardball-guests-have-given-79050-to-his-wife-kathleens-congressional-campaign/

RS_2016-03.bz2.deduped.txt:107253 - https://theintercept.com/2016/03/11/donald-trump-to-ted-cruz-only-a-corrupter-like-me-can-fix-corruption/

RS_2016-03.bz2.deduped.txt:109237 - https://theintercept.com/2016/03/11/hillary-clinton-falsely-credits-the-reagans-with-starting-a-national-conversation-on-hivaids/

RS_2016-03.bz2.deduped.txt:109476 - https://theintercept.com/2016/03/11/the-seven-most-vitriolic-passages-in-dojs-response-to-apple/

RS_2016-03.bz2.deduped.txt:110250 - https://theintercept.com/2016/03/11/trumps-good-old-days-when-battering-protesters-was-celebrated-in-the-white-house/
RS_2016-03.bz2.deduped.txt:110559 - https://theintercept.com/2016/03/11/obama-wants-nonexistent-middle-ground-on-encryption-warns-against-fetishizing-our-phones/
RS_2016-03.bz2.deduped.txt:110758 - https://theintercept.com/2016/03/11/drugs-dams-and-power-the-murder-of-honduran-activist-berta-caceres/
RS_2016-03.bz2.deduped.txt:121075 - https://theintercept.com/2016/03/13/hillary-clinton-has-long-history-of-collaboration-with-gop-on-foreign-policy/
RS_2016-03.bz2.deduped.txt:129279 - https://theintercept.com/2016/03/14/the-rise-of-trump-shows-the-danger-and-sham-of-compelled-journalistic-neutrality/
RS_2016-03.bz2.deduped.txt:132007 - https://theintercept.com/2016/03/14/sikh-americans-fight-for-civil-rights-in-donald-trumps-america/
RS_2016-03.bz2.deduped.txt:132188 - https://theintercept.com/2016/03/14/john-oliver-produces-fake-ad-for-apple-about-protecting-data/
RS_2016-03.bz2.deduped.txt:133127 - https://theintercept.com/2016/03/14/florida-attorney-general-endorses-trump-after-taking-his-money-and-backing-off-trump-university-investigation/
RS_2016-03.bz2.deduped.txt:133137 - https://theintercept.com/2016/03/14/strangest-weekend-american-political-history/
RS_2016-03.bz2.deduped.txt:141188 - https://theintercept.com/2016/03/15/terrorist-watchlist-errors-spread-to-criminal-rap-sheets/
RS_2016-03.bz2.deduped.txt:141549 - https://theintercept.com/2016/03/15/lawmaker-who-was-cia-agent-wants-big-data-not-apples-encryption/
RS_2016-03.bz2.deduped.txt:141938 - https://theintercept.com/2016/03/15/mohamedou-slahi-author-of-guantanamo-diary-to-get-hearing-on-possible-release/
RS_2016-03.bz2.deduped.txt:143076 - https://theintercept.com/2016/03/15/one-year-on-no-justice-for-giovanni-lo-porto-italian-hostage-killed-in-us-drone-strike/
RS_2016-03.bz2.deduped.txt:143409 - https://theintercept.com/2016/03/15/uk-parliament-debates-snoopers-charter/
RS_2016-03.bz2.deduped.txt:151479 - https://theintercept.com/2016/03/16/trump-campaign-ads/
RS_2016-03.bz2.deduped.txt:151940 - https://theintercept.com/2016/03/16/securus-settles-lawsuit-alleging-improper-recording-of-privileged-inmate-calls/
RS_2016-03.bz2.deduped.txt:153403 - https://theintercept.com/2016/03/16/donald-trump-warns-riots-convention-denied-nomination/
RS_2016-03.bz2.deduped.txt:153596 - https://theintercept.com/2016/03/16/u-s-airstrike-on-isis-in-libya-killed-serbian-diplomats/
RS_2016-03.bz2.deduped.txt:161763 - https://theintercept.com/2016/03/17/new-bill-would-turn-gops-xenophobic-rhetoric-about-refugees-into-law/
RS_2016-03.bz2.deduped.txt:162889 - https://theintercept.com/2016/03/17/hillary-clintons-indefensible-stance-on-the-death-penalty/
RS_2016-03.bz2.deduped.txt:163270 - https://theintercept.com/2016/03/17/five-big-unanswered-questions-about-the-u-s-s-worldwide-spying/
RS_2016-03.bz2.deduped.txt:166276 - https://theintercept.com/2016/03/17/ted-cruzs-new-foreign-policy-team-makes-him-as-extreme-as-donald-trump/
RS_2016-03.bz2.deduped.txt:166277 - https://theintercept.com/2016/03/17/the-u-s-government-is-still-fighting-to-bury-the-senate-torture-report/

RS_2016-03.bz2.deduped.txt:172078 - https://theintercept.com/2016/03/18/sheldon-adelsons-israeli-tabloid-crush-donald-trump/
RS_2016-03.bz2.deduped.txt:173174 - https://theintercept.com/2016/03/18/brazil-is-engulfed-by-ruling-class-corruption-and-a-dangerous-subversion-of-democracy/
RS_2016-03.bz2.deduped.txt:174794 - https://theintercept.com/2016/03/18/brazil-is-engulfed-by-ruling-class-corruption-and-a-dangerous-subversion-of-democracy/?comments=1#comments
RS_2016-03.bz2.deduped.txt:175844 - https://theintercept.com/2016/03/18/donald-trump-welcomed-at-aipac2016-but-many-journalists-and-activists-denied-access/
RS_2016-03.bz2.deduped.txt:176367 - https://theintercept.com/2016/03/18/aipac-rejects-sanders-offer-to-speak-via-video-as-romney-and-gingrich-did-in-2012/
RS_2016-03.bz2.deduped.txt:177182 - https://theintercept.com/2016/03/18/o-brasil-esta-sendo-engolido-pela-corrupcao-da-classe-dominante-e-por-uma-perigosa-subversao-da-democracia/
RS_2016-03.bz2.deduped.txt:180197 - https://theintercept.com/2016/03/18/chairman-of-government-commission-on-global-religious-freedom-unironically-endorses-ted-cruz/
RS_2016-03.bz2.deduped.txt:185140 - https://theintercept.com/2016/03/19/drone-warfares-ethical-dilemmas-are-focus-of-film-eye-in-the-sky/
RS_2016-03.bz2.deduped.txt:186592 - https://theintercept.com/2016/03/20/mysterious-powerful-lobbying-group-wont-even-say-who-its-lobbying-for/
RS_2016-03.bz2.deduped.txt:193446 - https://theintercept.com/2016/03/21/women-hate-donald-trump-even-more-than-men-hate-hillary-clinton/
RS_2016-03.bz2.deduped.txt:193808 - https://theintercept.com/2016/03/18/critics-of-israel-boycott-warn-of-harm-to-u-s-corporate-interests/
RS_2016-03.bz2.deduped.txt:194697 - https://theintercept.com/2016/03/21/saudi-arabia-continues-hiring-spree-of-lobbyists-retains-former-washington-post-reporter/
RS_2016-03.bz2.deduped.txt:196640 - https://theintercept.com/2016/03/21/video-shows-donald-trump-incites-violence/
RS_2016-03.bz2.deduped.txt:198247 - https://theintercept.com/2016/03/21/ed-snowden-and-the-wires-david-simon-talk-surveillance-and-its-limits-on-twitter/
RS_2016-03.bz2.deduped.txt:200919 - https://theintercept.com/2016/03/21/government-showdown-with-apple-delayed/
RS_2016-03.bz2.deduped.txt:204905 - https://theintercept.com/a-conversation-about-privacy/
RS_2016-03.bz2.deduped.txt:205591 - https://theintercept.com/2016/02/06/refugee-camps-are-factories-for-terrorists-not-really/
RS_2016-03.bz2.deduped.txt:205594 - https://theintercept.com/2016/03/22/dramatic-images-chaos-brussels-following-attacks-airport-metro/
RS_2016-03.bz2.deduped.txt:206522 - https://theintercept.com/2016/03/17/hillary-clintons-indefensible-stance-on-the-death-penalty/?comments=1#comments
RS_2016-03.bz2.deduped.txt:206698 - https://theintercept.com/2016/03/22/families-were-blown-up-scenes-from-a-saudi-led-bombing-in-yemen/
RS_2016-03.bz2.deduped.txt:206837 - https://theintercept.com/2016/03/22/bernie-sanders-spoke-up-for-suffering-palestinians-but-few-in-broadcast-media-covered-it/
RS_2016-03.bz2.deduped.txt:207604 - https://theintercept.com/2016/03/22/clinton-attacks-israeli-boycott-movement-in-aipac-speech/
RS_2016-03.bz2.deduped.txt:215590 - https://theintercept.com/2016/03/23/house-intel-panel-pushes-for-staff-access-to-classified-information/

- 19 -

RS_2016-03.bz2.deduped.txt:216296 - https://theintercept.com/fieldofvision/concerned-student-1950/

RS_2016-03.bz2.deduped.txt:217252 - https://theintercept.com/2016/03/23/house-intel-panel-pushes-for-staff-access-to-classified-information/?comments=1

RS_2016-03.bz2.deduped.txt:217973 - https://theintercept.com/2016/03/23/islamic-state-bragged-that-its-attacks-would-help-break-up-the-european-union/

RS_2016-03.bz2.deduped.txt:219676 - https://theintercept.com/2016/03/23/university-of-california-adopts-policy-linking-anti-zionism-to-anti-semitism/

RS_2016-03.bz2.deduped.txt:222597 - https://theintercept.com/2016/03/24/blackwater-founder-erik-prince-under-federal-investigation/

RS_2016-03.bz2.deduped.txt:224056 - https://theintercept.com/2016/03/22/concerned-student-1950-new-film-shows-inside-account-of-university-of-missouri-protests/?comments=1#comments

RS_2016-03.bz2.deduped.txt:224059 - https://theintercept.com/2016/03/24/ted-cruz-police-state/

RS_2016-03.bz2.deduped.txt:224407 - https://theintercept.com/2016/03/24/blackwater-founder-erik-prince-under-federal-investigation

RS_2016-03.bz2.deduped.txt:225134 - https://theintercept.com/2016/03/24/what-the-guilty-verdict-of-radovan-karadzic-tells-us-about-war-crimes-after-911/

RS_2016-03.bz2.deduped.txt:226000 - https://theintercept.com/2016/03/24/bernie-sanders-would-now-outraise-clinton-almost-2-to-1-with-small-donor-matching-funds/

RS_2016-03.bz2.deduped.txt:226197 - https://theintercept.com/2016/03/23/georgias-felony-driving-law-targets-blacks-latinos-undocumented-immigrants/

RS_2016-03.bz2.deduped.txt:227073 - https://theintercept.com/2016/03/24/high-court-asks-administration-to-weigh-in-on-predatory-lending-case/

RS_2016-03.bz2.deduped.txt:228044 - https://theintercept.com/2016/03/24/israeli-rights-group-releases-video-soldier-executing-wounded-palestinian-suspect/

RS_2016-03.bz2.deduped.txt:235264 - https://theintercept.com/2016/03/25/in-las-vegas-embattled-forensics-experts-respond-to-scandals-and-flawed-convictions/

RS_2016-03.bz2.deduped.txt:237108 - https://theintercept.com/2016/03/25/congressman-praises-bernie-sanderss-israel-palestine-stance-i-totally-agree-with-him/

RS_2016-03.bz2.deduped.txt:237964 - https://theintercept.com/2016/03/25/highlighting-western-victims-while-ignoring-victims-of-western-violence/

RS_2016-03.bz2.deduped.txt:241948 - https://theintercept.com/2016/03/26/shooting-up-how-war-and-drugs-go-together/

RS_2016-03.bz2.deduped.txt:249804 - https://theintercept.com/2016/03/27/house-gop-muslims/

RS_2016-03.bz2.deduped.txt:256782 - https://theintercept.com/2016/03/28/bank-of-america-microsoft-denounce-north-carolinas-anti-lgbt-law-but-fund-politicians-who-passed-it/

RS_2016-03.bz2.deduped.txt:258011 - https://theintercept.com/2016/03/28/the-culture-that-created-donald-trump-was-liberal-not-conservative/

RS_2016-03.bz2.deduped.txt:260019 - https://theintercept.com/2016/03/28/israelis-reject-murder-charge-army-medic-killed-wounded-suspect/

RS_2016-03.bz2.deduped.txt:262054 - https://theintercept.com/2016/03/28/the-culture-that-created-donald-trump-was-liberal-not-conservative/?comments=1#comments

RS_2016-03.bz2.deduped.txt:265852 - https://theintercept.com/2016/03/28/fbi-got-into-san-bernardino-killers-iphone-without-apples-help/

RS_2016-03.bz2.deduped.txt:267096 - https://theintercept.com/2016/03/29/debate-ducking-hillary-clinton-in-08-candidates-should-be-tough-enough-to-debate-anytime-anywhere/
RS_2016-03.bz2.deduped.txt:267885 - https://theintercept.com/2016/03/29/antonin-scalias-death-just-saved-public-employee-unions/
RS_2016-03.bz2.deduped.txt:268366 - https://theintercept.com/2016/03/29/top-privacy-watchdog-suddenly-resigns/
RS_2016-03.bz2.deduped.txt:268619 - https://theintercept.com/2016/03/29/growing-international-movement-seeks-to-place-arms-embargo-on-saudi-arabia/
RS_2016-03.bz2.deduped.txt:270086 - https://theintercept.com/2016/03/29/video-trumps-club-proves-campaign-manager-lied-grabbing-reporter/
RS_2016-03.bz2.deduped.txt:270209 - https://theintercept.com/2016/03/29/i-do-not-care-to-finish-reading-this-mediocre-kissinger-biography-by-niall-ferguson/
RS_2016-03.bz2.deduped.txt:270518 - https://theintercept.com/2016/03/29/this-obama-endorsement-is-a-sign-pro-corporate-democrats-are-getting-nervous/
RS_2016-03.bz2.deduped.txt:277986 - https://theintercept.com/2016/03/30/fbi-honeypot-ensnares-michigan-man/
RS_2016-03.bz2.deduped.txt:278972 - https://theintercept.com/2016/01/23/clinton-goldman-sachs-laugh
RS_2016-03.bz2.deduped.txt:280423 - https://theintercept.com/2016/03/30/majority-of-americans-now-support-trumps-proposed-muslim-ban-poll-shows/
RS_2016-03.bz2.deduped.txt:281361 - https://theintercept.com/2016/03/30/complying-with-israeli-censorship-order-nyt-conceals-name-of-soldier-who-shot-wounded-palestinian/
RS_2016-03.bz2.deduped.txt:283132 - https://theintercept.com/2016/03/30/edward-snowden-noam-chomsky-glenn-greenwald-a-conversation-on-privacy/
RS_2016-03.bz2.deduped.txt:288804 - https://theintercept.com/2016/03/31/maryland-appellate-court-rebukes-police-for-concealing-use-of-stingrays/
RS_2016-03.bz2.deduped.txt:289020 - https://theintercept.com/2016/03/30/turkey-wants-ban-on-mocking-its-leader-enforced-abroad-too/
RS_2016-03.bz2.deduped.txt:290136 - https://theintercept.com/2016/03/30/activists-and-legislators-shine-a-spotlight-on-the-criminalization-of-black-girls/
RS_2016-03.bz2.deduped.txt:291239 - https://theintercept.com/2016/03/31/foreign-money-is-flowing-into-u-s-elections-alitos-lying-lips-notwithstanding/
RS_2016-03.bz2.deduped.txt:293168 - https://theintercept.com/2016/03/31/news-quiz-erdogan-event-trump-rally/
RS_2016-10.bz2.deduped.txt:128 - http://theintercept.com/2016/09/30/hillary-clinton-center-right/
RS_2016-10.bz2.deduped.txt:617 - https://m.theintercept.com/2016/09/30/lawmaker-who-pushed-bill-to-protect-people-filming-police-arrested-for-filming-police/
RS_2016-10.bz2.deduped.txt:885 - https://theintercept.com/2016/09/30/deas-army-of-18000-informants-pocketed-237-million-over-five-years/
RS_2016-10.bz2.deduped.txt:3322 - https://theintercept.com/2016/10/01/syrias-white-helmets-risk-everything-to-save-the-victims-of-airstrikes/
RS_2016-10.bz2.deduped.txt:5584 - https://theintercept.com/2016/10/01/occupy-wall-street-brooklyn-bridge-five-years/

RS_2016-10.bz2.deduped.txt:7027 -
https://theintercept.com/document/2016/09/28/humanitarian-impact-of-syria-related-unilateral-restrictive-measures/
RS_2016-10.bz2.deduped.txt:7961 - https://theintercept.com/2016/10/01/jornalistas-do-voz-da-comunidade-sao-presos-e-agredidos-pela-policia-militar-por-fazer-jornalismo
RS_2016-10.bz2.deduped.txt:13089 - https://theintercept.com/2016/10/02/as-trapalhadas-de-alexandre-de-moraes-no-governo-das-aparencias/
RS_2016-10.bz2.deduped.txt:15428 - https://theintercept.com/2016/09/26/donald-trump-leads-the-war-on-truth-but-he-didnt-start-it/
RS_2016-10.bz2.deduped.txt:18038 - https://theintercept.com/2016/10/03/former-cia-detainees-describe-previously-unknown-torture-tactic-a-makeshift-electric-chair/
RS_2016-10.bz2.deduped.txt:18544 - https://theintercept.com/2016/10/03/45-years-after-attica-uprising-prisoners-are-rebelling-again/
RS_2016-10.bz2.deduped.txt:21188 - https://theintercept.com/2016/10/03/gop-ad-attacks-tim-kaine-for-refusing-to-execute-man-who-thought-he-was-jesus/
RS_2016-10.bz2.deduped.txt:22821 - https://theintercept.com/2016/10/03/obama-worries-future-presidents-will-wage-perpetual-covert-drone-war/
RS_2016-10.bz2.deduped.txt:23066 - https://theintercept.com/2016/10/03/it-takes-a-remorseful-tax-cheat-to-catch-a-tax-cheat-and-donald-trump-isnt/
RS_2016-10.bz2.deduped.txt:28436 - https://theintercept.com/2016/10/03/obama-worries-future-presidents-will-wage-perpetual-covert-drone-war/?comments=1#comments
RS_2016-10.bz2.deduped.txt:29327 - https://theintercept.com/2016/09/27/sim-somos-corruptos-uma-lista-de-politicos-admitindo-que-o-dinheiro-controla-washington/
RS_2016-10.bz2.deduped.txt:32755 - https://theintercept.com/2016/10/04/kaine-pence-trade/
RS_2016-10.bz2.deduped.txt:33425 - https://theintercept.com/2016/10/04/delete-your-yahoo-account/
RS_2016-10.bz2.deduped.txt:33493 - https://theintercept.com/2016/10/04/donald-trump-bjp/
RS_2016-10.bz2.deduped.txt:33941 - https://theintercept.com/2016/10/04/minirreforma-coordenada-por-eduardo-cunha-permitiu-que-candidatos-driblassem-a-lei-ficha-limpa/
RS_2016-10.bz2.deduped.txt:34951 - https://theintercept.com/2016/10/04/police-raid-indianas-largest-voter-registration-office-following-fraud-accusations-from-gop/
RS_2016-10.bz2.deduped.txt:35485 - https://theintercept.com/2016/10/04/tim-kaine-john-negroponte-and-the-priest-who-was-thrown-from-a-helicopter/
RS_2016-10.bz2.deduped.txt:39204 - https://theintercept.com/2016/10/05/brazilian-muslims-face-a-wave-of-persecution-and-prejudice-stoked-by-new-government/
RS_2016-10.bz2.deduped.txt:40658 - https://theintercept.com/2016/10/05/during-debate-tim-kaine-and-mike-pence-agreed-on-some-terrifying-policies/
RS_2016-10.bz2.deduped.txt:40754 - https://theintercept.com/2016/10/05/yahoo-offers-non-denial-denial-of-bombshell-spy-report/
RS_2016-10.bz2.deduped.txt:43437 - https://theintercept.com/2016/10/05/neighbor-describes-nsa-contractors-arrest-i-thought-the-third-world-war-started/
RS_2016-10.bz2.deduped.txt:44598 - https://theintercept.com/2016/10/05/fbi-secret-methods-for-recruiting-informants-at-the-border/
RS_2016-10.bz2.deduped.txt:45847 - https://theintercept.com/2016/10/05/nsa-theft-suspect-works-for-contractor-that-sells-the-government-tech-for-spotting-rogue-employees/

RS_2016-10.bz2.deduped.txt:46821 - https://theintercept.com/2016/10/05/did-tim-kaine-and-mike-pence-realize-that-safe-zones-in-syria-would-require-u-s-troops/
RS_2016-10.bz2.deduped.txt:50718 - https://theintercept.com/2016/10/06/in-the-chicago-police-department-if-the-bosses-say-it-didnt-happen-it-didnt-happen/
RS_2016-10.bz2.deduped.txt:50719 - https://theintercept.com/2016/10/06/corrupt-chicago-police-were-taxing-drug-dealers-and-targeting-their-rivals/
RS_2016-10.bz2.deduped.txt:50720 - https://theintercept.com/2016/10/06/how-the-chicago-police-department-covered-up-for-a-gang-of-criminal-cops/
RS_2016-10.bz2.deduped.txt:50723 - https://theintercept.com/2016/10/06/chicago-police-bosses-targeted-cops-who-exposed-corruption/
RS_2016-10.bz2.deduped.txt:51006 - https://theintercept.com/2016/10/06/u-s-admits-israel-is-building-permanent-apartheid-regime-weeks-after-giving-it-38-billion/
RS_2016-10.bz2.deduped.txt:52608 - https://theintercept.com/series/code-of-silence/
RS_2016-10.bz2.deduped.txt:54461 - https://theintercept.com/2016/10/06/a-prison-strike-organizer-suffers-retaliation-for-speaking-with-journalists/
RS_2016-10.bz2.deduped.txt:55854 - https://theintercept.com/2016/10/06/democratic-senators-question-fcc-about-interference-caused-by-covert-cellphone-trackers/
RS_2016-10.bz2.deduped.txt:56969 - https://theintercept.com/2016/10/06/testing-obamas-transparency-pledge-groups-send-list-of-drone-strikes-to-investigate/
RS_2016-10.bz2.deduped.txt:57568 - https://theintercept.com/2016/10/06/equivoco-oportuno-apaga-melhores-escolas-publicas-do-quadro-do-enem-dando-forca-ao-discurso-da-privatizacao/
RS_2016-10.bz2.deduped.txt:62653 - https://theintercept.com/2016/10/07/ex-yahoo-employee-government-spy-program-could-have-given-a-hacker-access-to-all-email/
RS_2016-10.bz2.deduped.txt:62953 - https://theintercept.com/2016/10/06/to-sell-weapons-defense-contractors-make-war-seem-fun/
RS_2016-10.bz2.deduped.txt:65612 - https://theintercept.com/2016/10/07/both-campaigns-enthusiastically-violate-ban-on-super-pac-coordination-watchdog-says/
RS_2016-10.bz2.deduped.txt:66249 - https://theintercept.com/2016/10/07/harvey-weinstein-urged-clinton-campaign-to-silence-sanderss-black-lives-matter-message/
RS_2016-10.bz2.deduped.txt:67398 - https://theintercept.com/2016/10/07/excerpts-of-hillary-clintons-paid-speeches-to-goldman-sachs-finally-leaked/
RS_2016-10.bz2.deduped.txt:67655 - http://theintercept.com/2016/10/07/excerpts-of-hillary-clintons-paid-speeches-to-goldman-sachs-finally-leaked/
RS_2016-10.bz2.deduped.txt:68456 - https://theintercept.com/2016/10/07/un-critic-donald-trump-geert-wilders-must-silenced-russia-says/
RS_2016-10.bz2.deduped.txt:69392 - https://theintercept.com/2016/10/07/excerpts-of-hillary-clintons-paid-speeches-to-goldman-sachs-finally-leaked/?comments=1#comments
RS_2016-10.bz2.deduped.txt:78346 - https://theintercept.com/2016/10/09/police-unions-reject-charges-of-bias-find-a-hero-in-donald-trump/
RS_2016-10.bz2.deduped.txt:79774 - https://theintercept.com/2016/10/09/exclusive-new-email-leak-reveals-clinton-campaigns-cozy-press-relationship/
RS_2016-10.bz2.deduped.txt:80085 - https://theintercept.com/2016/10/05/fbi-secret-methods-for-recruiting-informants-at-the-border/?comments=1#comments
RS_2016-10.bz2.deduped.txt:82255 - https://theintercept.com/2016/10/09/exclusive-new-email-leak-reveals-clinton-campaigns-cozy-press-relationship/?comments=1#comments

RS_2016-10.bz2.deduped.txt:83570 - https://theintercept.com/liveblogs/seconddebate/muslims-have-helped-foil-2-out-of-every-5-al-qaeda-plots-between-911-and-2013/
RS_2016-10.bz2.deduped.txt:83996 - https://theintercept.com/liveblogs/seconddebate/people-are-mad-about-the-debates-unasked-questions/
RS_2016-10.bz2.deduped.txt:84626 - https://theintercept.com/liveblogs/seconddebate/hillary-clinton-should-release-the-full-transcripts-of-her-speeches-to-clear-everything-up/
RS_2016-10.bz2.deduped.txt:84677 - https://theintercept.com/liveblogs/seconddebate/trump-may-go-away-but-the-people-he-has-empowered-will-not/
RS_2016-10.bz2.deduped.txt:84799 - https://theintercept.com/liveblogs/seconddebate/hillary-clinton-says-donald-trump-is-the-only-republican-nominee-ever-to-be-unfit/
RS_2016-10.bz2.deduped.txt:87015 - https://theintercept.com/2016/10/10/report-finds-loose-laws-on-data-and-surveillance-in-latin-america/
RS_2016-10.bz2.deduped.txt:88112 - https://theintercept.com/2016/10/10/debate-recap-hillary-clinton-lets-donald-trump-self-destruct/
RS_2016-10.bz2.deduped.txt:88783 - https://theintercept.com/2016/10/10/u-s-and-u-k-continue-to-actively-participate-in-saudi-war-crimes-targeting-of-yemeni-civilians/
RS_2016-10.bz2.deduped.txt:89480 - https://theintercept.com/2016/10/10/subpoena-to-encrypted-app-provider-highlights-overbroad-fbi-requests-for-information/
RS_2016-10.bz2.deduped.txt:91249 - https://theintercept.com/2016/10/10/center-for-american-progress-advised-clinton-team-against-15-minimum-wage-leaked-emails-show/
RS_2016-10.bz2.deduped.txt:92030 - https://theintercept.com/2016/10/10/in-secret-goldman-sachs-speech-hillary-clinton-admitted-no-fly-zone-would-kill-a-lot-of-syrians/
RS_2016-10.bz2.deduped.txt:92379 - https://theintercept.com/2016/10/10/clinton-fracking-theworld/
RS_2016-10.bz2.deduped.txt:92729 - https://theintercept.com/2016/10/10/photos-show-fragments-of-u-s-bombs-at-site-of-yemen-funeral-masssacre/
RS_2016-10.bz2.deduped.txt:92852 - https://theintercept.com/2016/10/10/hillary-clinton-privately-pitched-corporations-on-really-low-tax-rate-for-money-stashed-abroad/
RS_2016-10.bz2.deduped.txt:95329 - https://theintercept.com/2016/10/10/hillary-clinton-privately-pitched-corporations-on-really-low-tax-rate-for-money-stashed-abroad/?comments=1#comments
RS_2016-10.bz2.deduped.txt:98298 - https://theintercept.com/2016/10/11/in-the-democratic-echo-chamber-inconvenient-truths-are-recast-as-putin-plots/
RS_2016-10.bz2.deduped.txt:99016 - https://theintercept.com/2016/10/11/us-military-operations-are-biggest-motivation-for-homegrown-terrorists-fbi-study-finds/
RS_2016-10.bz2.deduped.txt:100405 - https://theintercept.com/2016/10/11/warren-goldman-dccc/
RS_2016-10.bz2.deduped.txt:102234 - https://theintercept.com/2016/10/11/donald-trump-ugly-attack-on-central-park-five-reflects-all-too-common-attitude/
RS_2016-10.bz2.deduped.txt:103149 - https://theintercept.com/2016/10/11/verizon-lawyer-argues-for-greater-legal-protection-for-customer-location-data/
RS_2016-10.bz2.deduped.txt:103164 - https://theintercept.com/2016/10/11/behind-closed-doors-hillary-clinton-sympathized-with-goldman-sachs-over-financial-reform/
RS_2016-10.bz2.deduped.txt:106115 - http://theintercept.com/2016/10/11/behind-closed-doors-hillary-clinton-sympathized-with-goldman-sachs-over-financial-reform/

RS_2016-10.bz2.deduped.txt:108301 - https://theintercept.com/2016/10/12/pec-241-e-planos-de-saude-populares-enfraquecem-o-sus-e-beneficiam-empresas/
RS_2016-10.bz2.deduped.txt:109072 - https://theintercept.com/2016/10/12/report-every-25-seconds-cops-arrest-someone-for-drug-possession/
RS_2016-10.bz2.deduped.txt:111364 - https://theintercept.com/2016/10/12/do-not-resist-the-police-militarization-documentary-everyone-should-see/
RS_2016-10.bz2.deduped.txt:111550 - https://theintercept.com/2016/10/11/in-the-democratic-echo-chamber-inconvenient-truths-are-recast-as-putin-plots/?comments=1#comments
RS_2016-10.bz2.deduped.txt:115432 - https://theintercept.com/2016/10/12/do-not-resist-the-police-militarization-documentary-everyone-should-see/?utm_content=39953238&utm_medium=social&utm_source=facebook
RS_2016-10.bz2.deduped.txt:115885 - https://theintercept.com/2016/10/12/hacked-emails-show-hillary-clinton-repeatedly-praised-wal-mart-in-paid-speeches/
RS_2016-10.bz2.deduped.txt:116084 - https://theintercept.com/2016/10/12/report-every-25-seconds-cops-arrest-someone-for-drug-possession
RS_2016-10.bz2.deduped.txt:116392 - https://theintercept.com/2016/10/12/hacked-emails-show-hillary-clinton-repeatedly-praised-wal-mart-in-paid-speeches
RS_2016-10.bz2.deduped.txt:116483 - https://theintercept.com/2016/10/12/hillary-clinton-acknowledges-saudi-terror-financing-in-hacked-email-hinting-at-tougher-approach/
RS_2016-10.bz2.deduped.txt:116598 - https://theintercept.com/2016/10/12/do-not-resist-the-police-militarization-documentary-everyone-should-see
RS_2016-10.bz2.deduped.txt:116754 - https://theintercept.com/2016/10/12/just-four-months-ago-new-wells-fargo-head-said-no-changes-in-sales-strategy/
RS_2016-10.bz2.deduped.txt:121169 - https://theintercept.com/2016/10/13/how-a-facial-recognition-mismatch-can-ruin-your-life/
RS_2016-10.bz2.deduped.txt:122766 - https://theintercept.com/2016/10/13/pec-241-e-uma-tragedia-politica-e-juridica/
RS_2016-10.bz2.deduped.txt:123082 - https://theintercept.com/2016/10/13/pentagon-video-warns-of-unavoidable-dystopian-future-for-worlds-biggest-cities/
RS_2016-10.bz2.deduped.txt:123999 - https://theintercept.com/2016/10/10/in-secret-goldman-sachs-speech-hillary-clinton-admitted-no-fly-zone-would-kill-a-lot-of-syrians/?comments=1#comments
RS_2016-10.bz2.deduped.txt:125065 - https://theintercept.com/2016/10/13/donald-trump-finds-an-easy-mark-in-urine-mogul-robert-mercer/
RS_2016-10.bz2.deduped.txt:125775 - https://theintercept.com/2016/10/13/dear-clinton-team-we-noticed-you-might-need-some-email-security-tips/
RS_2016-10.bz2.deduped.txt:126156 - https://theintercept.com/2016/10/13/on-wikileaks-journalism-and-privacy-reporting-on-the-podesta-archive-is-an-easy-call/
RS_2016-10.bz2.deduped.txt:127034 - https://theintercept.com/2016/10/13/u-s-enters-yemen-war-directly-for-the-first-time-with-attack-on-houthis/
RS_2016-10.bz2.deduped.txt:127462 - https://theintercept.com/2016/10/13/cable-hosts-show-how-not-to-treat-survivors-of-sexual-assault/
RS_2016-10.bz2.deduped.txt:128108 - https://theintercept.com/2016/10/13/para-o-unico-liberal-brasileiro-o-brasil-nao-tem-liberais-de-verdade/
RS_2016-10.bz2.deduped.txt:136953 - https://theintercept.com/2016/10/14/aide-planted-anti-bank-comments-in-one-paid-clinton-speech-to-throw-reporters-off-the-scent/

RS_2016-10.bz2.deduped.txt:137984 - https://theintercept.com/2016/10/14/freed-from-gag-order-google-reveals-it-received-secret-fbi-subpoena/
RS_2016-10.bz2.deduped.txt:138107 - https://theintercept.com/2016/10/14/ignorancia-de-jo-soares-sobre-black-blocs-expoe-midia-que-desinforma/
RS_2016-10.bz2.deduped.txt:138705 - https://theintercept.com/2016/10/14/hillary-clintons-encryption-proposal-was-impossible-said-top-adviser/
RS_2016-10.bz2.deduped.txt:139237 - https://theintercept.com/2016/10/14/rio-antes-e-depois-de-beltrame-10-anos-depois-estamos-na-estaca-zero/
RS_2016-10.bz2.deduped.txt:144280 - https://theintercept.com/2016/10/15/d-c-hivemind-mulls-how-clinton-can-pass-huge-corporate-tax-cut/
RS_2016-10.bz2.deduped.txt:146231 - https://theintercept.com/2016/10/14/nao-a-pec-do-teto-nao-e-o-melhor-que-temos-para-hoje-existem-alternativas/
RS_2016-10.bz2.deduped.txt:149087 - https://theintercept.com/2016/04/22/googles-remarkably-close-relationship-with-the-obama-white-house-in-two-charts/?&c=1
RS_2016-10.bz2.deduped.txt:150050 - https://theintercept.com/2016/10/16/i-am-fully-capable-of-entertaining-myself-in-prison-for-decades-if-need-be/
RS_2016-10.bz2.deduped.txt:151908 - https://theintercept.com/2016/10/14/nao-a-pec-do-teto-nao-e-o-melhor-que-temos-para-hoje-existem-alternativas/?comments=1#comments
RS_2016-10.bz2.deduped.txt:160943 - https://theintercept.com/2016/10/17/muslim-students-speak-out-against-fbi-informant-plan-exposed-by-the-intercept/
RS_2016-10.bz2.deduped.txt:161069 - https://theintercept.com/2016/10/06/in-the-chicago-police-department-if-the-bosses-say-it-didnt-happen-it-didnt-happen
RS_2016-10.bz2.deduped.txt:163095 - https://theintercept.com/2016/10/17/gchq-mi5-investigatory-powers-tribunal-bulk-datasets/
RS_2016-10.bz2.deduped.txt:163370 - https://theintercept.com/2016/10/17/how-israel-became-a-hub-for-surveillance-technology/
RS_2016-10.bz2.deduped.txt:165340 - https://theintercept.com/2016/10/17/guantanamo-diary-author-freed-after-14-years-of-imprisonment/
RS_2016-10.bz2.deduped.txt:166670 - https://theintercept.com/2016/10/17/state-ohio-investigate-satirical-tweet-fooled-drudge-limbaugh/
RS_2016-10.bz2.deduped.txt:169851 - https://theintercept.com/2014/09/23/nobel-peace-prize-fact-day-syria-7th-country-bombed-obama/
RS_2016-10.bz2.deduped.txt:170550 - https://theintercept.com/2016/10/18/hillary-superpac-coordination/
RS_2016-10.bz2.deduped.txt:170953 - https://theintercept.com/2016/10/18/hillary-superpac-coordination/?comments=1#comments
RS_2016-10.bz2.deduped.txt:174282 - https://theintercept.com/2016/10/18/despite-ongoing-abuses-u-s-seeks-to-restore-aid-to-mexicos-security-forces/
RS_2016-10.bz2.deduped.txt:174469 - https://theintercept.com/2016/10/18/study-lack-of-face-recognition-oversight-threatens-privacy-of-millions/
RS_2016-10.bz2.deduped.txt:175668 - https://theintercept.com/2016/10/18/trump-foreign-lobbyist/
RS_2016-10.bz2.deduped.txt:175890 - https://theintercept.com/2016/10/18/how-chicago-police-convinced-courts-to-let-them-track-cellphones-without-a-warrant/
RS_2016-10.bz2.deduped.txt:176180 - https://theintercept.com/2016/10/18/bill-oreilly-and-barack-obama-agree-that-donald-trump-should-stop-whining/

RS_2016-10.bz2.deduped.txt:177784 - https://theintercept.com/2016/10/18/ecuador-cuts-internet-access-julian-assange-preserve-neutrality-us-election/
RS_2016-10.bz2.deduped.txt:179678 - https://theintercept.com/2016/10/18/hillary-superpac-coordination
RS_2016-10.bz2.deduped.txt:183157 - https://theintercept.com/2016/10/19/is-disclosure-of-podestas-emails-a-step-too-far-a-conversation-with-naomi-klein/
RS_2016-10.bz2.deduped.txt:185631 - https://theintercept.com/2016/10/19/donald-trumps-voter-fraud-lies-are-part-of-the-gops-dna/
RS_2016-10.bz2.deduped.txt:185819 - https://theintercept.com/2016/10/19/democratic-sen-chuck-schumer-says-top-priority-for-next-year-is-giant-corporate-tax-cut/
RS_2016-10.bz2.deduped.txt:187179 - https://theintercept.com/2016/10/19/aclu-wants-secret-surveillance-laws-made-public/
RS_2016-10.bz2.deduped.txt:187654 - https://theintercept.com/2016/10/19/a-peek-into-the-clinton-campaign-in-damage-control-mode-from-the-podesta-emails/
RS_2016-10.bz2.deduped.txt:188732 - https://theintercept.com/2016/10/19/aclu-wants-secret-surveillance-laws-made-public
RS_2016-10.bz2.deduped.txt:189335 - https://theintercept.com/2016/10/19/um-cunha-sai-centenas-de-cunhas-ficam-e-o-jogo-continua-o-mesmo/
RS_2016-10.bz2.deduped.txt:189722 - https://theintercept.com/liveblogs/thirddebate/trump-mistakes-c-section-for-abortion/
RS_2016-10.bz2.deduped.txt:190696 - https://theintercept.com/liveblogs/thirddebate/trump-says-womans-right-to-choose-will-be-overturned-automatically/
RS_2016-10.bz2.deduped.txt:192359 - https://theintercept.com/liveblogs/thirddebate/
RS_2016-10.bz2.deduped.txt:193997 - https://theintercept.com/2016/10/20/eles-mentem-e-nos-sabemos-que-eles-mentem/
RS_2016-10.bz2.deduped.txt:194296 - https://theintercept.com/2016/10/20/debate-recap-donald-trumps-grand-finale-ends-with-a-cliff-hanger/
RS_2016-10.bz2.deduped.txt:195179 - https://theintercept.com/2016/10/20/hard-line-prosecutors-face-rejection-from-voters-in-elections-across-the-u-s/
RS_2016-10.bz2.deduped.txt:195581 - https://theintercept.com/2016/10/20/donald-trump-o-jair-bolsonaro-americano-nao-sabe-o-que-e-um-aborto-mas-ainda-quer-proibi-lo/
RS_2016-10.bz2.deduped.txt:197341 - https://theintercept.com/2016/10/19/a-peek-into-the-clinton-campaign-in-damage-control-mode-from-the-podesta-emails/?comments=1#
RS_2016-10.bz2.deduped.txt:197888 - https://theintercept.com/liveblogs/thirddebate/trump-blithely-craps-on-americas-most-important-tradition/
RS_2016-10.bz2.deduped.txt:198145 - https://theintercept.com/2016/10/20/debate-moderators-under-the-spell-of-deficit-obsessed-billionaire-pete-peterson/
RS_2016-10.bz2.deduped.txt:198327 - https://theintercept.com/2016/10/20/trump-despreza-a-mais-importante-tradicao-democratica/
RS_2016-10.bz2.deduped.txt:198944 - https://theintercept.com/liveblogs/thirddebate/donald-trump-now-accepts-saudi-arabias-lobby-cash/
RS_2016-10.bz2.deduped.txt:204869 - https://theintercept.com/2016/10/21/the-u-s-government-wants-to-read-travelers-tweets-before-letting-them-in/
RS_2016-10.bz2.deduped.txt:205274 - https://theintercept.com/2016/10/21/governo-americano-quer-ver-facebook-dos-visitantes-antes-de-deixa-los-entrar-no-pais/

RS_2016-10.bz2.deduped.txt:206289 - https://theintercept.com/2016/10/21/alexandre-de-moraes-minimiza-guerra-entre-cv-e-pcc-e-acaba-beneficiando-o-trafico/
RS_2016-10.bz2.deduped.txt:208072 - https://theintercept.com/2016/10/21/major-new-court-ruling-says-even-the-president-cant-declare-torture-lawful/
RS_2016-10.bz2.deduped.txt:208295 - https://theintercept.com/2016/10/21/the-smearing-of-donald-trumps-accusers/
RS_2016-10.bz2.deduped.txt:208485 - https://theintercept.com/2016/10/21/it-isnt-just-donald-trump-the-bush-campaign-plotted-to-reject-election-results-in-2000/
RS_2016-10.bz2.deduped.txt:209731 - https://theintercept.com/liveblogs/trumpdown/donald-trump-somehow-managed-lose-charity-dinner-hillary-clinton/
RS_2016-10.bz2.deduped.txt:209922 - https://theintercept.com/liveblogs/trumpdown/donald-trump-attacks-michelle-obama-by-distorting-her-words/
RS_2016-10.bz2.deduped.txt:210351 - https://theintercept.com/liveblogs/trumpdown/khizr-khan-one-question-mr-trump-son-place-america/
RS_2016-10.bz2.deduped.txt:211203 - https://theintercept.com/liveblogs/thirddebate/russia-or-putin-have-been-mentioned-45-times-more-than-climate-change-in-the-debates-so-far/
RS_2016-10.bz2.deduped.txt:213339 - https://theintercept.com/2016/10/22/black-mirrors-new-season-is-excellent-and-disturbingly-close-to-reality/
RS_2016-10.bz2.deduped.txt:214938 - https://theintercept.com/2016/10/22/get-ready-to-ignore-donald-trump-starting-on-november-9-or-hell-never-go-away/
RS_2016-10.bz2.deduped.txt:217253 - https://theintercept.com/2016/10/09/a-velha-nova-politica-de-joao-doria-junior/
RS_2016-10.bz2.deduped.txt:217342 - https://theintercept.com/liveblogs/trumpdown/almost-no-one-attended-curt-schillings-trump-rally-in-boston/
RS_2016-10.bz2.deduped.txt:219928 - https://theintercept.com/2016/10/23/endace-mass-surveillance-gchq-governments/
RS_2016-10.bz2.deduped.txt:220246 - https://theintercept.com/2016/10/23/os-vexames-da-nova-politica-internacional-brasileira/
RS_2016-10.bz2.deduped.txt:220830 - https://theintercept.com/2016/10/23/how-syrias-forgotten-revolutionaries-rose-up-to-kill-this-fear/
RS_2016-10.bz2.deduped.txt:221411 - https://theintercept.com/2016/10/23/how-syrias-forgotten-revolutionaries-rose-up-to-kill-this-fear
RS_2016-10.bz2.deduped.txt:223886 - https://theintercept.com/liveblogs/trumpdown/violence-hillary-clinton-becomes-theme-trump-rallies/
RS_2016-10.bz2.deduped.txt:229108 - https://theintercept.com/2016/10/24/darkmatter-united-arab-emirates-spies-for-hire/
RS_2016-10.bz2.deduped.txt:231313 - https://theintercept.com/2016/10/24/moreira-franco-com-tucanos-e-oncas-em-volta-o-gato-angora-tem-r30-bilhoes-na-carteira/
RS_2016-10.bz2.deduped.txt:232560 - https://theintercept.com/2016/10/23/endace-mass-surveillance-gchq-governments
RS_2016-10.bz2.deduped.txt:235563 - https://theintercept.com/2016/10/24/donald-trump-is-naive-about-nukes-says-head-of-missile-defense-group/
RS_2016-10.bz2.deduped.txt:235681 - https://theintercept.com/liveblogs/trumpdown/heres-donald-trump-deluded-expect-another-brexit/
RS_2016-10.bz2.deduped.txt:239877 - https://theintercept.com/2016/10/25/open-data-projects-are-fueling-the-fight-against-police-misconduct/

RS_2016-10.bz2.deduped.txt:240593 - https://theintercept.com/2016/10/25/votacao-da-pec-241-chega-ao-segundo-turno-na-camara-dos-deputados/
RS_2016-10.bz2.deduped.txt:242563 - https://theintercept.com/2016/10/25/assista-a-diversidade-de-evangelicos-por-que-alguns-estao-apoiando-freixo/
RS_2016-10.bz2.deduped.txt:242908 - https://theintercept.com/2016/10/25/pension-trump-pence/
RS_2016-10.bz2.deduped.txt:244240 - https://theintercept.com/2016/10/25/intelligence-director-wouldnt-put-it-past-russia-to-fire-at-u-s-aircraft-in-syria/
RS_2016-10.bz2.deduped.txt:245736 - https://theintercept.com/2016/10/25/video-police-viciously-attacked-peaceful-protestors-at-the-dakota-access-pipeline/
RS_2016-10.bz2.deduped.txt:246929 - https://theintercept.com/liveblogs/trumpdown/man-holding-blacks-trump-sign-rally-former-member-violent-cult/
RS_2016-10.bz2.deduped.txt:247041 - https://theintercept.com/2016/10/25/pentagon-ignored-evidence-of-civilian-casualties-in-isis-strikes-human-rights-group-says/
RS_2016-10.bz2.deduped.txt:251609 - https://theintercept.com/2016/10/26/gaffes-mistakes-and-humiliations-define-brazils-new-foreign-policy/
RS_2016-10.bz2.deduped.txt:252593 - https://theintercept.com/2016/10/26/estudantes-pedem-dialogo-e-governo-responde-com-ameacas-no-debate-da-reforma-do-ensino-medio/
RS_2016-10.bz2.deduped.txt:253733 - https://theintercept.com/2016/10/26/syria-yassin-al-haj-saleh-interview/
RS_2016-10.bz2.deduped.txt:253796 - https://theintercept.com/2016/10/26/justice-department-releases-guidelines-on-controversial-anti-hacking-law/
RS_2016-10.bz2.deduped.txt:254919 - https://theintercept.com/2016/10/26/fewer-polluters-criminally-prosecuted-as-epa-cowers-from-gop-attacks/
RS_2016-10.bz2.deduped.txt:256495 - https://theintercept.com/2016/10/26/at-hillary-clintons-favorite-think-tank-a-doubling-down-on-anti-iran-pro-saudi-policy/
RS_2016-10.bz2.deduped.txt:256792 - https://theintercept.com/2016/10/26/inside-donald-trumps-self-congratulatory-hotel-opening-extravaganza/
RS_2016-10.bz2.deduped.txt:258044 - https://theintercept.com/liveblogs/trumpdown/trump-makes-bizarre-claim-clinton-got-answers-debate/
RS_2016-10.bz2.deduped.txt:258210 - https://theintercept.com/2016/10/18/best-of-luck-with-the-wall/
RS_2016-10.bz2.deduped.txt:263713 - https://theintercept.com/2016/10/27/when-cia-and-nsa-workers-blow-the-whistle-congress-plays-deaf/
RS_2016-10.bz2.deduped.txt:264391 - https://theintercept.com/2016/10/27/mozilla-presses-white-house-to-do-more-to-prevent-cyberattacks/
RS_2016-10.bz2.deduped.txt:264593 - https://theintercept.com/liveblogs/trumpdown/trump-edits-video-distort-obamas-remarks-preventing-rigged-elections/
RS_2016-10.bz2.deduped.txt:265287 - https://theintercept.com/2016/10/27/voter-suppression-is-the-real-election-scandal/
RS_2016-10.bz2.deduped.txt:266643 - https://theintercept.com/2016/10/27/crivella-no-terreno-da-universal-e-um-antonio-conselheiro-ao-contrario/
RS_2016-10.bz2.deduped.txt:275146 - https://theintercept.com/2016/10/28/if-clinton-campaign-believes-wikileaks-emails-are-forged-why-dont-they-prove-it/
RS_2016-10.bz2.deduped.txt:275775 - https://theintercept.com/2016/10/28/trump-super-pac-sting-shows-how-citizens-united-opened-door-to-foreign-money/

RS_2016-10.bz2.deduped.txt:276499 - https://theintercept.com/2016/10/26/best-of-luck-with-the-wall/

RS_2016-10.bz2.deduped.txt:276668 - https://theintercept.com/2016/10/28/money-manager-thinks-high-decibel-elizabeth-warren-doesnt-know-her-place/

RS_2016-10.bz2.deduped.txt:276669 - https://theintercept.com/2016/10/28/lgbt-drug-price/

RS_2016-10.bz2.deduped.txt:278975 - https://theintercept.com/2016/10/28/if-clinton-campaign-believes-wikileaks-emails-are-forged-why-dont-they-prove-it/?comments=1#comments

RS_2016-10.bz2.deduped.txt:280825 - https://theintercept.com/2016/10/28/lgbt-drug-price/?comments=1#comments

RS_2016-10.bz2.deduped.txt:283621 - https://theintercept.com/2016/10/29/the-u-s-and-russia-ensure-a-balance-of-terror-in-syria/

RS_2016-10.bz2.deduped.txt:288410 - https://theintercept.com/liveblogs/trumpdown/f-b-not-yet-read-abedin-emails-trump-lets-imagination-run-wild/

RS_2016-10.bz2.deduped.txt:292230 - https://theintercept.com/2016/10/30/reagan-alumni-for-trump-remind-america-that-gop-didnt-start-making-things-up-in-2016/

RS_2016-10.bz2.deduped.txt:292281 - https://theintercept.com/2016/10/30/manifestantes-pro-trump-e-anti-clinton-mostram-como-a-direita-brasileira-esta-extremamente-confusa-sobre-a-politica-dos-eua/

RS_2016-10.bz2.deduped.txt:299419 - https://theintercept.com/2016/10/31/south-african-spy-company-used-by-gadaffi-touts-its-nsa-like-capabilities/

RS_2016-10.bz2.deduped.txt:299699 - https://theintercept.com/2016/10/31/a-grande-derrota-do-psol-no-rio-evidencia-o-maior-desafio-da-esquerda-mundial-e-especialmente-no-brasil/

RS_2016-10.bz2.deduped.txt:300454 - https://theintercept.com/2016/10/31/fbis-go-hackers/

RS_2016-10.bz2.deduped.txt:301936 - https://theintercept.com/2016/10/31/trump-fan-peter-thiel-says-single-digit-millionaires-have-no-effective-access-to-our-legal-system/

RS_2016-10.bz2.deduped.txt:302274 - https://theintercept.com/liveblogs/trumpdown/trump-supporter-blames-anti-semitic-rant-mexicans/

RS_2016-10.bz2.deduped.txt:303846 - https://theintercept.com/2016/10/31/peter-thiels-cia-backed-data-mining-company-wins-court-battle-against-the-u-s-army/

RS_2016-10.bz2.deduped.txt:304635 - https://theintercept.com/2016/10/31/comeys-disclosures-set-stage-for-a-public-interest-exception-to-fbi-secrecy/

RS_2016-10.bz2.deduped.txt:304666 - https://theintercept.com/2016/10/31/gawker-killer-peter-thiel-gets-softballs-from-the-national-press-club/

RS_2016-10.bz2.deduped.txt:304750 - https://theintercept.com/liveblogs/trumpdown/white-supremacist-trump-makes-homophobic-calls-utah-slurring-independent-candidate-evan-mcmullin/

RS_2015-11.bz2.deduped.txt:11081 - https://theintercept.com/2015/07/06/gop-senators-support-sanders-obamacare-expansion/

RS_2015-11.bz2.deduped.txt:12627 - https://theintercept.com/2015/11/02/the-deepest-state-the-safari-club-allen-dulles-and-the-devils-chessboard/

RS_2015-11.bz2.deduped.txt:20079 - https://theintercept.com/2015/11/03/facing-growing-encryption-law-enforcement-recommends-more-informants/

RS_2015-11.bz2.deduped.txt:20752 - https://theintercept.com/2015/11/03/facing-growing-encryption-law-enforcement-recommends-more-informants

RS_2015-11.bz2.deduped.txt:23137 - https://theintercept.com/2015/11/03/lesson-of-cisa-success-or-how-to-fight-a-zombie/

RS_2015-11.bz2.deduped.txt:23152 - https://theintercept.com/2015/11/03/europe-still-angry-at-u-s-spying-prepares-to-increase-its-own/
RS_2015-11.bz2.deduped.txt:23668 - https://theintercept.com/2015/11/03/epa-used-monsanto-funded-research/
RS_2015-11.bz2.deduped.txt:24512 - https://theintercept.com/2015/11/03/chelsea-manning-wants-u-s-government-to-abolish-secret-court/
RS_2015-11.bz2.deduped.txt:24622 - https://theintercept.com/2015/11/03/soft-on-crime-ads/
RS_2015-11.bz2.deduped.txt:27976 - https://theintercept.com/2015/11/03/in-defense-of-the-late-ahmad-chalabi/
RS_2015-11.bz2.deduped.txt:32923 - https://theintercept.com/2015/11/04/u-k-government-proposes-more-not-less-electronic-snooping/
RS_2015-11.bz2.deduped.txt:33878 - https://theintercept.com/2015/11/03/epa-used-monsanto-funded-research
RS_2015-11.bz2.deduped.txt:33936 - https://theintercept.com/2015/11/04/erasing-mossville-how-pollution-killed-a-louisiana-town/
RS_2015-11.bz2.deduped.txt:34510 - https://theintercept.com/2015/11/04/police-officer-staged-murder-stole-thousands/
RS_2015-11.bz2.deduped.txt:39616 - https://theintercept.com/2015/11/05/seven-major-takeaways-from-the-u-k-s-proposed-surveillance-rules/
RS_2015-11.bz2.deduped.txt:42527 - https://theintercept.com/2015/11/05/chaffetz-uses-house-chairmanship-to-shield-his-big-pharma-backers/
RS_2015-11.bz2.deduped.txt:43297 - https://theintercept.com/2015/11/05/leaked-emails-from-pro-clinton-group-reveal-censorship-of-staff-on-israel-aipac-pandering-warped-militarism/
RS_2015-11.bz2.deduped.txt:43631 - https://theintercept.com/2015/11/05/george-h-w-bush-was-so-bored-by-peace-he-wanted-to-quit/
RS_2015-11.bz2.deduped.txt:43791 - https://theintercept.com/2015/11/05/day-before-deadly-bombing-u-s-official-asked-if-any-taliban-were-holed-up-at-msf-hospital/
RS_2015-11.bz2.deduped.txt:44019 - https://theintercept.com/2015/11/04/what-the-intercepts-new-audience-measurement-system-means-for-reader-privacy/
RS_2015-11.bz2.deduped.txt:50024 - https://theintercept.com/2015/11/06/u-s-journalists-who-instantly-exonerated-their-government-of-the-kunduz-hospital-attack-declaring-it-an-accident/
RS_2015-11.bz2.deduped.txt:51121 - https://theintercept.com/2015/11/06/how-law-enforcement-can-use-google-timeline-to-track-your-every-move/
RS_2015-11.bz2.deduped.txt:52364 - https://theintercept.com/2015/11/06/how-law-enforcement-can-use-google-timeline-to-track-your-every-move/?utm_source=vicenewsfb
RS_2015-11.bz2.deduped.txt:53718 - https://theintercept.com/2015/11/06/destroying-us-from-the-inside-retired-politicians-launch-attack-on-big-money-politics/
RS_2015-11.bz2.deduped.txt:53827 - https://theintercept.com/2015/11/06/ttp-trade-pact-would-give-wall-street-a-trump-card-to-block-regulations/
RS_2015-11.bz2.deduped.txt:55133 - https://theintercept.com/2015/11/06/how-law-enforcement-can-use-google-timeline-to-track-your-every-move/?comments=1#comments
RS_2015-11.bz2.deduped.txt:56629 - https://theintercept.com/2015/11/05/leaked-emails-from-pro-clinton-group-reveal-censorship-of-staff-on-israel-aipac-pandering-warped-militarism?page=all

RS_2015-11.bz2.deduped.txt:56948 - https://theintercept.com/2015/11/05/leaked-emails-from-pro-clinton-group-reveal-censorship-of-staff-on-israel-aipac-pandering-warped-militarism/?comments=1#comments
RS_2015-11.bz2.deduped.txt:61740 - https://theintercept.com/2015/11/05/new-zealand-spy-watchdog-investigating-countrys-ties-to-cia-torture/
RS_2015-11.bz2.deduped.txt:61751 - https://theintercept.com/2015/11/06/giving-intelligence-community-contractors-whistleblower-protections-doesnt-have-to-be-complicated/
RS_2015-11.bz2.deduped.txt:73941 - https://theintercept.com/2015/11/04/erasing-mossville-how-pollution-killed-a-louisiana-town?ref=readthisthing
RS_2015-11.bz2.deduped.txt:76275 - https://theintercept.com/2015/11/09/netanyahu-has-never-actually-supported-a-palestinian-state-despite-what-he-told-obama/
RS_2015-11.bz2.deduped.txt:76306 - https://theintercept.com/2015/11/09/only-edward-snowden-can-save-james-bond/
RS_2015-11.bz2.deduped.txt:79144 - https://theintercept.com/2015/11/09/judge-throws-wrench-in-gears-of-nearly-dead-nsa-phone-records-program/
RS_2015-11.bz2.deduped.txt:82479 - https://theintercept.com/2015/11/10/homeland-goes-rogue-against-the-espionage-act/
RS_2015-11.bz2.deduped.txt:84284 - https://theintercept.com/2015/11/10/turkish-president-ignores-isis-stokes-civil-war-with-kurds/
RS_2015-11.bz2.deduped.txt:85395 - https://theintercept.com/2015/11/10/navient-fox-debate/
RS_2015-11.bz2.deduped.txt:88129 - https://theintercept.com/2015/11/10/congress-overwhelmingly-votes-to-block-guantanamo-closure/
RS_2015-11.bz2.deduped.txt:93510 - https://theintercept.com/2015/11/11/securus-hack-prison-phone-company-exposes-thousands-of-calls-lawyers-and-clients/
RS_2015-11.bz2.deduped.txt:96083 - https://theintercept.com/2015/11/11/trump-was-right-about-tpp-benefitting-china/
RS_2015-11.bz2.deduped.txt:96318 - https://theintercept.com/2015/05/15/disabled-veterans-and-the-myth-of-american-warfare/
RS_2015-11.bz2.deduped.txt:97948 - https://theintercept.com/2015/11/11/securus-hack-prison-phone-company-exposes-thousands-of-calls-lawyers-and-clients
RS_2015-11.bz2.deduped.txt:102109 - https://theintercept.com/2015/11/12/edward-snowden-explains-how-to-reclaim-your-privacy/
RS_2015-11.bz2.deduped.txt:102971 - https://theintercept.com/2015/11/12/nominee-to-oversee-wall-street-works-at-think-tank-dedicated-to-blocking-regulation/
RS_2015-11.bz2.deduped.txt:103489 - https://theintercept.com/2015/11/11/fbi-left-out-top-muslim-american-groups-when-vetting-anti-extremist-game/
RS_2015-11.bz2.deduped.txt:106556 - https://theintercept.com/2015/11/11/trump-was-right-about-tpp-benefitting-china/?comments=1#comments
RS_2015-11.bz2.deduped.txt:112104 - https://theintercept.com/2015/11/13/pogo-contractors-study/
RS_2015-11.bz2.deduped.txt:115565 - https://theintercept.com/2015/11/13/code-name-uk-probe-snowden-reporting-revealed-operation-curable/
RS_2015-11.bz2.deduped.txt:118674 - https://theintercept.com/2015/11/14/michigan-prosecutors-lab-falsify-medical-marijuana-results/
RS_2015-11.bz2.deduped.txt:118903 - https://theintercept.com/2015/11/13/kurdish-forces-retake-town-from-isis-in-effort-to-cut-caliphate-in-half/

RS_2015-11.bz2.deduped.txt:119375 - https://theintercept.com/2015/11/12/edward-snowden-explains-how-to-reclaim-your-privacy

RS_2015-11.bz2.deduped.txt:124355 - https://theintercept.com/2015/11/15/exploiting-emotions-about-paris-to-blame-snowden-distract-from-actual-culprits-who-empowered-isis/

RS_2015-11.bz2.deduped.txt:124688 - https://theintercept.com/2015/11/10/42692/

RS_2015-11.bz2.deduped.txt:133021 - https://theintercept.com/2015/11/16/stock-prices-of-weapons-manufacturers-soaring-since-paris-attack/

RS_2015-11.bz2.deduped.txt:133605 - https://theintercept.com/2015/11/16/stock-prices-of-weapons-manufacturers-soaring-since-paris-attack/?comments=1#comments

RS_2015-11.bz2.deduped.txt:135317 - https://theintercept.com/2015/11/16/u-s-and-saudi-bombs-target-yemens-ancient-heritage/

RS_2015-11.bz2.deduped.txt:144797 - https://theintercept.com/2015/11/17/u-s-mass-surveillance-has-no-record-of-thwarting-large-terror-attacks-regardless-of-snowden-leaks/

RS_2015-11.bz2.deduped.txt:146392 - https://theintercept.com/2015/11/17/islamic-states-goal-eliminating-the-grayzone-of-coexistence-between-muslims-and-the-west/

RS_2015-11.bz2.deduped.txt:151834 - https://theintercept.com/2015/11/18/nyt-editorial-slams-disgraceful-cia-exploitation-of-paris-attacks-but-submissive-media-role-is-key/

RS_2015-11.bz2.deduped.txt:152622 - https://theintercept.com/2015/11/18/overwhelmed-nsa-surprised-to-discover-its-own-surveillance-goldmine-on-venezuelas-oil-executives/

RS_2015-11.bz2.deduped.txt:153112 - https://theintercept.com/2015/11/18/signs-point-to-unencrypted-communications-between-terror-suspects/

RS_2015-11.bz2.deduped.txt:154271 - https://theintercept.com/2015/11/18/terrorists-were-already-known-to-authorities/

RS_2015-11.bz2.deduped.txt:161620 - https://theintercept.com/2015/11/15/exploiting-emotions-about-paris-to-blame-snowden-distract-from-actual-culprits-who-empowered-isis/?comments=1#comments

RS_2015-11.bz2.deduped.txt:162861 - https://theintercept.com/2014/07/23/blacklisted/

RS_2015-11.bz2.deduped.txt:164481 - https://theintercept.com/2015/11/19/an-fbi-informant-seduced-eric-mcdavid-into-a-bomb-plot-then-the-government-lied-about-it/

RS_2015-11.bz2.deduped.txt:165441 - https://theintercept.com/2015/11/19/former-drone-operators-say-they-were-horrified-by-cruelty-of-assassination-program/

RS_2015-11.bz2.deduped.txt:165671 - https://theintercept.com/2015/11/19/as-france-bombs-isis-civilians-are-caught-in-the-middle/

RS_2015-11.bz2.deduped.txt:166130 - https://theintercept.com/2015/11/19/outside-powers-must-end-proxy-wars-in-syria/

RS_2015-11.bz2.deduped.txt:166524 - https://theintercept.com/2015/11/19/an-fbi-informant-seduced-eric-mcdavid-into-a-bomb-plot-then-the-government-lied-about-it/?comments=1#comments

RS_2015-11.bz2.deduped.txt:172735 - https://theintercept.com/2015/11/18/syrian-jews-refugees/

RS_2015-11.bz2.deduped.txt:173297 - https://theintercept.com/2015/11/20/in-mali-and-rest-of-africa-the-u-s-military-fights-a-hidden-war/

RS_2015-11.bz2.deduped.txt:173775 - https://theintercept.com/2015/11/20/cnns-punishment-of-refugee-defending-journalist-highlights-media-abdication/

RS_2015-11.bz2.deduped.txt:175013 - https://theintercept.com/2015/11/20/venezuelan-president-calls-nsa-spying-on-state-oil-company-vulgar-orders-official-inquiry/

RS_2015-11.bz2.deduped.txt:177546 - https://theintercept.com/2015/08/07/psychologists-work-gchq-deception-unit-inflames-debate-among-peers/
RS_2015-11.bz2.deduped.txt:183615 - https://theintercept.com/fieldofvision/eric-anna/
RS_2015-11.bz2.deduped.txt:192991 - https://theintercept.com/2014/08/25/icreach-nsa-cia-secret-google-crisscross-proton/
RS_2015-11.bz2.deduped.txt:194904 - https://theintercept.com/2015/11/23/car-dealers-have-their-way-with-congress/
RS_2015-11.bz2.deduped.txt:195661 - https://theintercept.com/2015/11/23/this-fake-bomb-detector-is-blamed-for-hundreds-of-deaths-its-still-in-use/
RS_2015-11.bz2.deduped.txt:197250 - https://theintercept.com/fieldofvision/the-above/
RS_2015-11.bz2.deduped.txt:203278 - https://theintercept.com/2015/11/24/wto-ruling-on-dolphin-safe-tuna-labeling-illustrates-supremacy-of-trade-agreements/
RS_2015-11.bz2.deduped.txt:203854 - https://theintercept.com/2015/11/24/nothing-funny-about-trump-spreading-racist-propaganda-on-crime/
RS_2015-11.bz2.deduped.txt:205667 - https://theintercept.com/2015/11/24/isis-recruitment-thrives-in-brutal-prisons-run-by-u-s-backed-egypt/
RS_2015-11.bz2.deduped.txt:206302 - https://theintercept.com/2015/11/24/lobbyists-refugee-crisis/
RS_2015-11.bz2.deduped.txt:208669 - https://theintercept.com/2015/11/24/court-rules-assassination-memo-can-stay-secret/
RS_2015-11.bz2.deduped.txt:216816 - https://theintercept.com/2015/11/25/koch-alliance-on-criminal-justice-reform-exposed-as-trojan-horse/
RS_2015-11.bz2.deduped.txt:222287 - https://theintercept.com/2015/11/19/french-muslims-resist-the-lure-of-fear/
RS_2015-11.bz2.deduped.txt:230661 - https://theintercept.com/2015/11/25/how-the-gates-foundation-reflects-the-good-and-the-bad-of-hacker-philanthropy/
RS_2015-11.bz2.deduped.txt:232781 - https://theintercept.com/2015/03/02/signal-iphones-encrypted-messaging-app-now-supports-text/
RS_2015-11.bz2.deduped.txt:233140 - https://theintercept.com/2015/11/27/lamar-smith-murray/
RS_2015-11.bz2.deduped.txt:240289 - https://theintercept.com/2015/11/28/snowden-effect-in-action-nsa-authority-to-collect-bulk-phone-metadata-expires/
RS_2015-11.bz2.deduped.txt:243815 - https://theintercept.com/2015/11/29/what-debate-means-on-face-the-nation/
RS_2015-11.bz2.deduped.txt:250256 - https://theintercept.com/2015/11/27/lamar-smith-murray/?comments=1#comments
RS_2015-11.bz2.deduped.txt:251746 - https://theintercept.com/2015/11/30/lets-not-whitewash-george-w-bushs-actual-heinous-record-on-muslims-in-the-u-s/
RS_2015-11.bz2.deduped.txt:254598 - https://theintercept.com/2015/11/30/scope-of-secretive-fbi-national-security-letters-revealed-by-first-lifted-gag-order/
RS_2016-08.bz2.deduped.txt:6493 - https://theintercept.com/2016/08/01/cnn-and-fox-news-are-finally-covering-the-tpp-after-ignoring-it-for-two-years/
RS_2016-08.bz2.deduped.txt:8270 - https://theintercept.com/2016/08/01/u-s-says-new-bombing-campaign-against-isis-in-libya-has-no-end-point-at-this-particular-moment/
RS_2016-08.bz2.deduped.txt:10180 - https://theintercept.com/2016/07/31/video-shows-arkansas-democrats-barring-bernie-sanders-delegate-from-convention-floor

RS_2016-08.bz2.deduped.txt:14132 - https://theintercept.com/2016/08/02/donald-trump-and-islamic-state-agree-no-room-for-people-like-khizr-khan/
RS_2016-08.bz2.deduped.txt:14282 - https://theintercept.com/2016/08/02/bem-vindo-ao-the-intercept-brasil/
RS_2016-08.bz2.deduped.txt:15635 - https://theintercept.com/2016/08/02/jeff-wood-didnt-kill-anyone-but-texas-is-about-to-execute-him-anyway/
RS_2016-08.bz2.deduped.txt:24587 - https://theintercept.com/2016/08/03/court-throws-out-terrorism-conviction-in-canada-citing-police-entrapment/
RS_2016-08.bz2.deduped.txt:25850 - https://theintercept.com/2016/08/01/ultra-right-annotated-edition-of-pocket-constitution-tops-amazon-charts-after-khizr-khans-dnc-speech/
RS_2016-08.bz2.deduped.txt:26690 - https://theintercept.com/2016/08/03/eua-afirmam-que-novos-bombardeios-contra-ei-na-libia-nao-tem-data-para-acabar/
RS_2016-08.bz2.deduped.txt:27413 - https://theintercept.com/2016/08/03/18-year-old-arrested-on-terrorism-charges-is-mentally-like-a-child/
RS_2016-08.bz2.deduped.txt:27477 - https://theintercept.com/2016/08/03/gop-lawyer-chinese-owned-company-us-presidential-politics/
RS_2016-08.bz2.deduped.txt:27496 - https://theintercept.com/2016/08/03/citizens-united-foreign-money-us-elections/
RS_2016-08.bz2.deduped.txt:27532 - https://theintercept.com/2016/08/03/chinese-couple-million-dollar-donation-jeb-bush-super-pac/
RS_2016-08.bz2.deduped.txt:27533 - https://theintercept.com/2016/08/03/gary-locke-ambassador-to-china-house-sale-chinese-tycoon/
RS_2016-08.bz2.deduped.txt:27534 - https://theintercept.com/2016/08/03/black-lives-matter-answers-the-question-what-are-your-demands/
RS_2016-08.bz2.deduped.txt:30537 - https://theintercept.com/series/foreign-money-2016/
RS_2016-08.bz2.deduped.txt:30650 - https://theintercept.com/2016/08/03/widely-reported-dc-metro-police-terrorism-arrest-involved-gift-cards-not-violence/
RS_2016-08.bz2.deduped.txt:31004 - https://theintercept.com/2016/08/03/donald-trumps-spokeswoman-katrina-pierson-says-alot-things-not-true/
RS_2016-08.bz2.deduped.txt:36748 - https://theintercept.com/2016/08/04/donald-trumps-tiff-with-paul-ryan-symbolizes-growing-divisions-in-the-gop-over-corporate-power/
RS_2016-08.bz2.deduped.txt:37762 - https://theintercept.com/2016/08/04/microsoft-pitches-technology-that-can-read-facial-expressions-at-political-rallies/
RS_2016-08.bz2.deduped.txt:41517 - https://theintercept.com/2016/08/04/sheriff-raids-house-to-find-anonymous-blogger-who-called-him-corrupt/
RS_2016-08.bz2.deduped.txt:41639 - https://theintercept.com/2016/08/04/fbi-had-undercover-agent-at-scene-of-draw-muhammad-shooting-in-garland/
RS_2016-08.bz2.deduped.txt:42238 - https://theintercept.com/2016/08/04/mais-uma-praga-desce-no-rio-a-midia-internacional-paraquedista/
RS_2016-08.bz2.deduped.txt:48083 - https://theintercept.com/2016/08/05/guia-olimpico-the-intercept-dos-novos-lideres-brasileiros/
RS_2016-08.bz2.deduped.txt:49314 - https://theintercept.com/2016/08/05/the-intercepts-olympics-guide-for-identifying-brazils-new-leaders/
RS_2016-08.bz2.deduped.txt:52139 - https://theintercept.com/2016/08/05/donald-trump-admits-doesnt-understand-sees-television/

RS_2016-08.bz2.deduped.txt:54951 - https://theintercept.com/2016/07/31/as-israel-prospers-obama-set-to-give-billions-more-in-aid-while-netanyahu-demands-more?whatever

RS_2016-08.bz2.deduped.txt:55289 - https://theintercept.com/2016/08/06/more-than-100-americans-are-rich-enough-to-buy-the-presidential-election-outright/

RS_2016-08.bz2.deduped.txt:58560 - https://theintercept.com/2016/08/06/white-house-finally-releases-its-playbook-for-killing-and-capturing-terror-suspects/

RS_2016-08.bz2.deduped.txt:58656 - https://theintercept.com/2016/08/06/accusing-wikileaks-bias-beside-point/

RS_2016-08.bz2.deduped.txt:59365 - https://theintercept.com/2016/08/05/israeli-company-that-helped-build-gazas-wall-is-less-sure-about-donald-trumps/

RS_2016-08.bz2.deduped.txt:62642 - https://theintercept.com/2016/08/07/jesus-com-x-dilma-na-terra-da-lei-de-ricupero/

RS_2016-08.bz2.deduped.txt:72302 - https://theintercept.com/2016/08/08/dems-tactic-of-accusing-adversaries-of-kremlin-ties-and-russia-sympathies-has-long-history-in-us/

RS_2016-08.bz2.deduped.txt:72674 - https://theintercept.com/2016/08/08/projeto-que-da-licenca-para-matar-a-militares-para-as-olimpiadas-sequer-cita-as-olimpiadas/

RS_2016-08.bz2.deduped.txt:73265 - https://theintercept.com/2016/08/08/facebook-removes-potential-evidence-of-police-brutality-too-readily-activists-say/

RS_2016-08.bz2.deduped.txt:80207 - https://theintercept.com/2016/08/09/fbi-agent-goaded-garland-shooter-to-tear-up-texas-raising-new-alarms-about-bureaus-methods/

RS_2016-08.bz2.deduped.txt:80323 - https://theintercept.com/2016/08/09/privacy-scandal-haunts-pokemon-gos-ceo/

RS_2016-08.bz2.deduped.txt:80959 - https://theintercept.com/2016/08/08/dems-tactic-of-accusing-adversaries-of-kremlin-ties-and-russia-sympathies-has-long-history-in-us//

RS_2016-08.bz2.deduped.txt:81860 - https://theintercept.com/2016/08/09/as-temer-weakens-sanders-denounces-brazils-impeachment-as-undemocratic-calls-for-new-elections/

RS_2016-08.bz2.deduped.txt:84026 - https://theintercept.com/2016/08/09/ceo-de-pokemon-go-ja-era-mestre-em-capturar-seus-dados-muito-antes-do-jogo/

RS_2016-08.bz2.deduped.txt:84036 - https://theintercept.com/2016/08/09/capitalism-is-a-lot-more-important-than-democracy-says-donald-trumps-economic-adviser/

RS_2016-08.bz2.deduped.txt:84200 - https://theintercept.com/2016/08/09/ex-cia-chief-who-endorsed-clinton-calls-for-killing-iranians-and-russians-in-syria/

RS_2016-08.bz2.deduped.txt:91442 - https://theintercept.com/2016/08/08/sensacao-de-seguranca-para-a-familia-olimpica-e-criada-a-custo-de-mortes-no-suburbio/

RS_2016-08.bz2.deduped.txt:91743 - https://theintercept.com/2016/08/10/how-the-u-s-spies-on-medical-nonprofits-and-health-defenses-worldwide/

RS_2016-08.bz2.deduped.txt:92293 - https://theintercept.com/2016/08/10/jose-serra-propos-reducao-de-punicoes-e-impostos-que-beneficia-empreiteiras/

RS_2016-08.bz2.deduped.txt:93322 - https://theintercept.com/2016/08/10/iraqi-insurgents-stymied-the-nsa-and-other-highlights-from-263-internal-agency-reports/

RS_2016-08.bz2.deduped.txt:93566 - https://theintercept.com/2016/08/10/the-great-white-hype-no-one-is-energizing-the-white-working-class-not-even-donald-trump/

RS_2016-08.bz2.deduped.txt:103013 - https://theintercept.com/2016/08/11/u-s-government-using-gang-databases-to-deport-undocumented-immigrants/

RS_2016-08.bz2.deduped.txt:103252 - https://theintercept.com/2016/08/11/new-nypd-commissioners-focus-on-community-policing-is-a-distraction-not-a-solution/

RS_2016-08.bz2.deduped.txt:104497 - https://theintercept.com/2016/08/11/lopsided-peace-talks-collapse-saudis-resume-yemen-bombing-and-u-s-sells-more-weapons/
RS_2016-08.bz2.deduped.txt:104733 - https://theintercept.com/2016/08/11/kleber-mendonca-filho-fala-sobre-onda-reacionaria-contra-aquarius-apos-sua-manifestacao-em-cannes/
RS_2016-08.bz2.deduped.txt:105507 - https://theintercept.com/2016/08/11/donald-trump-talks-tough-about-military-contractors-but-quietly-signals-friendship/
RS_2016-08.bz2.deduped.txt:106241 - https://theintercept.com/2016/08/11/fec-commissioner-citing-the-intercept-calls-for-new-ban-on-foreign-money-in-politics/
RS_2016-08.bz2.deduped.txt:110413 - https://theintercept.com/2015/06/22/controversial-gchq-unit-domestic-law-enforcement-propaganda/
RS_2016-08.bz2.deduped.txt:110484 - https://theintercept.com/2016/08/12/eua-espionam-ongs-medicas-e-orgaos-de-saude-por-todo-o-mundo/
RS_2016-08.bz2.deduped.txt:112196 - https://theintercept.com/2016/08/10/vindication-for-baltimore-police-critics-but-no-action/
RS_2016-08.bz2.deduped.txt:122588 - https://theintercept.com/2016/08/12/canadian-man-killed-during-police-raid-had-built-online-life-around-supporting-isis/
RS_2016-08.bz2.deduped.txt:124674 - https://theintercept.com/2016/08/11/at-swanky-federal-reserve-retreat-computer-glitch-cancels-minority-protesters-hotel-reservations/
RS_2016-08.bz2.deduped.txt:125936 - https://theintercept.com/2016/08/12/donald-trump-demanded-speedy-retreat-iraq-now-says-created-isis/
RS_2016-08.bz2.deduped.txt:131692 - https://theintercept.com/2016/08/14/nsa-gcsb-prism-surveillance-fullman-fiji/
RS_2016-08.bz2.deduped.txt:134755 - https://theintercept.com/2016/08/14/o-fenomeno-jose-serra/
RS_2016-08.bz2.deduped.txt:135136 - https://theintercept.com/2016/01/21/the-seven-stages-of-establishment-backlash-corbynsanders-edition/?comments=1
RS_2016-08.bz2.deduped.txt:136284 - https://theintercept.com/2016/08/15/documents-confirm-cia-censorship-of-guantanamo-trials/
RS_2016-08.bz2.deduped.txt:139946 - https://theintercept.com/2016/08/15/doctors-without-borders-hospital-bombing-in-yemen-earns-rare-saudi-rebuke-at-state-department/
RS_2016-08.bz2.deduped.txt:140607 - https://theintercept.com/2016/08/15/aid-worker-in-aleppo-says-joint-u-s-russian-airstrikes-would-be-diabolical/
RS_2016-08.bz2.deduped.txt:142728 - https://theintercept.com/2016/08/15/fact-check-911-happened/
RS_2016-08.bz2.deduped.txt:145455 - https://theintercept.com/2016/08/16/remilitarizada-abin-busca-se-fortalecer-disseminando-o-medo-do-terrorismo-nas-olimpiadas/
RS_2016-08.bz2.deduped.txt:146688 - https://theintercept.com/2016/08/16/why-the-presidential-debates-will-suck-even-though-they-dont-have-to/
RS_2016-08.bz2.deduped.txt:147075 - https://theintercept.com/2016/08/16/brazilian-intelligence-service-stokes-olympic-terrorism-fear-for-its-own-benefit/
RS_2016-08.bz2.deduped.txt:149609 - https://theintercept.com/2016/08/16/ceo-tim-cook-decides-apple-doesnt-have-to-pay-corporate-tax-rate-because-its-unfair/
RS_2016-08.bz2.deduped.txt:150465 - https://theintercept.com/2016/08/16/hillary-clinton-picks-tpp-and-fracking-advocate-to-set-up-her-white-house/
RS_2016-08.bz2.deduped.txt:152275 - https://theintercept.com/2016/08/16/serb-inspired-ethnic-cleansing-bosnia-leads-vote-trump-rally-belgrade/

RS_2016-08.bz2.deduped.txt:158649 - https://theintercept.com/2016/08/17/donald-trump-proposes-banning-immigrants-based-on-ideology-but-bush-and-obama-got-there-first/
RS_2016-08.bz2.deduped.txt:159061 - https://theintercept.com/2015/03/02/uk-media-regulator-threatens-rt-bias-airing-anti-western-views/
RS_2016-08.bz2.deduped.txt:160490 - https://theintercept.com/2016/08/17/u-s-jails-fail-to-meet-basic-needs-of-growing-population-of-women/
RS_2016-08.bz2.deduped.txt:160739 - https://theintercept.com/2016/08/17/npr-cant-accept-assange-protect-sources/
RS_2016-08.bz2.deduped.txt:162368 - https://theintercept.com/2016/08/17/npr-cant-accept-assange-protect-sources/?comments=1#comments
RS_2016-08.bz2.deduped.txt:168560 - https://theintercept.com/snowden-sidtoday/2830120-sid-around-the-world-a-tdy-to-guantanamo-bay/
RS_2016-08.bz2.deduped.txt:168901 - https://theintercept.com/2016/08/18/forcas-armadas-investem-na-propria-imagem-ao-patrocinar-atletas-olimpicos/
RS_2016-08.bz2.deduped.txt:169299 - https://theintercept.com/2016/08/18/white-house-official-cozied-up-to-google-before-antitrust-lawsuit-was-shelved/
RS_2016-08.bz2.deduped.txt:172307 - https://theintercept.com/2016/08/17/com-queda-da-odebrecht-elbit-fabricante-israelense-de-drones-tenta-decolar-no-brasil/
RS_2016-08.bz2.deduped.txt:174122 - https://theintercept.com/2016/08/18/justice-department-done-with-private-prisons-will-ice-drop-them-too/
RS_2016-08.bz2.deduped.txt:174477 - https://theintercept.com/2016/08/18/revealed-the-secret-donor-behind-children-of-israel-the-2nd-largest-ghost-corporation-funding-gop-super-pacs/
RS_2016-08.bz2.deduped.txt:177320 - https://theintercept.com/2016/08/19/the-nsa-was-hacked-snowden-documents-confirm/
RS_2016-08.bz2.deduped.txt:178646 - https://theintercept.com/2016/08/19/nato-weapons-industry/
RS_2016-08.bz2.deduped.txt:178867 - https://theintercept.com/2016/08/19/arquivo-snowden-confirma-que-novo-vazamento-da-nsa-e-autentico/
RS_2016-08.bz2.deduped.txt:179855 - https://theintercept.com/staff/sambiddle/
RS_2016-08.bz2.deduped.txt:180302 - https://theintercept.com/2016/08/18/bad-news-mr-brexit-unlike-britons-americans-favor-immigration/
RS_2016-08.bz2.deduped.txt:186646 - https://theintercept.com/2016/08/07/a-veteran-novel-that-finds-no-redemption-in-war/
RS_2016-08.bz2.deduped.txt:187209 - https://theintercept.com/2016/08/19/fec-commissioner-wants-help-getting-foreign-money-out-of-u-s-elections/
RS_2016-08.bz2.deduped.txt:190566 - https://theintercept.com/2016/08/19/o-que-pensa-o-homem-por-tras-da-reforma-da-previdencia-brasileira/
RS_2016-08.bz2.deduped.txt:194770 - https://theintercept.com/2016/08/21/gilmar-mendes-e-a-anormalidade-das-instituicoes/
RS_2016-08.bz2.deduped.txt:195732 - https://theintercept.com/2016/08/21/temendo-vaias-michel-temer-evita-encerramento-das-olimpiadas-por-que-tanto-desprezo-pelo-interino/
RS_2016-08.bz2.deduped.txt:198904 - https://theintercept.com/2016/08/19/nato-weapons-industry/?comments=1#comments
RS_2016-08.bz2.deduped.txt:201905 - https://theintercept.com/2016/08/22/coast-guard-fired-at-migrant-boats-european-border-agency-documents-show/

RS_2016-08.bz2.deduped.txt:202944 - https://theintercept.com/2016/08/22/a-congressman-campaigns-to-stop-the-madness-of-u-s-support-for-saudi-bombing-in-yemen/
RS_2016-08.bz2.deduped.txt:204836 - https://theintercept.com/2016/08/22/recorde-de-medalhas-e-bolha-especulativa-resultado-deste-ano-nao-coloca-brasil-na-elite-olimpica/
RS_2016-08.bz2.deduped.txt:206073 - https://theintercept.com/2016/08/22/coast-guard-fired-at-migrant-boats-european-border-agency-documents-show/?utm_content=buffer14b8c&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer
RS_2016-08.bz2.deduped.txt:206640 - https://theintercept.com/2016/08/22/peabody-hillary-clinton/
RS_2016-08.bz2.deduped.txt:214189 - https://theintercept.com/2016/08/23/whats-next-for-turkeys-exiled-cleric-fethullah-gulen/
RS_2016-08.bz2.deduped.txt:215486 - https://theintercept.com/2016/08/23/trumps-new-billionaire-backer-also-funds-huge-stockpile-of-human-urine/
RS_2016-08.bz2.deduped.txt:216831 - https://theintercept.com/2016/08/23/twenty-years-later-poverty-is-up-but-architects-of-welfare-reform-have-no-regrets/
RS_2016-08.bz2.deduped.txt:218556 - https://theintercept.com/2016/08/23/militant-leader-talks-about-break-with-al-qaeda-and-possible-syrian-rebel-merger/
RS_2016-08.bz2.deduped.txt:226170 - https://theintercept.com/2016/08/24/donald-trump-is-spending-more-on-hats-and-other-merchandise-than-on-campaign-staff/
RS_2016-08.bz2.deduped.txt:226891 - https://theintercept.com/2016/08/24/epipen-uproar-highlights-companys-family-ties-to-congress/
RS_2016-08.bz2.deduped.txt:229341 - https://theintercept.com/2016/08/24/deadly-heat-in-u-s-prisons-is-killing-inmates-and-spawning-lawsuits/
RS_2016-08.bz2.deduped.txt:232104 - https://theintercept.com/2016/08/24/french-police-create-propaganda-for-isis-by-ticketing-muslim-women-on-beaches/
RS_2016-08.bz2.deduped.txt:234542 - https://theintercept.com/2015/08/26/jorge-ramos-commits-journalism-gets-immediately-attacked-journalists/
RS_2016-08.bz2.deduped.txt:234737 - https://theintercept.com/2016/08/25/why-did-the-saudi-regime-and-other-gulf-tyrannies-donate-millions-to-the-clinton-foundation/
RS_2016-08.bz2.deduped.txt:235199 - https://theintercept.com/2016/08/25/in-staying-jeff-woods-execution-a-texas-judge-casts-more-doubt-on-the-states-death-machine/
RS_2016-08.bz2.deduped.txt:237184 - https://theintercept.com/2016/08/25/u-s-military-now-says-isis-leader-was-held-in-notorious-abu-ghraib-prison/
RS_2016-08.bz2.deduped.txt:237308 - https://theintercept.com/2016/08/25/the-death-toll-in-yemen-is-so-high-the-red-cross-has-started-donating-morgues-to-hospitals/
RS_2016-08.bz2.deduped.txt:244996 - https://theintercept.com/2016/08/26/clinton-foundation-spin/
RS_2016-08.bz2.deduped.txt:245451 - https://theintercept.com/2016/08/26/bae-systems-sells-internet-surveillance-gear-to-united-arab-emirates/
RS_2016-08.bz2.deduped.txt:248954 - https://theintercept.com/2016/08/26/sheriffs-raid-to-find-blogger-who-criticized-him-was-unconstitutional-court-rules/
RS_2016-08.bz2.deduped.txt:249221 - https://theintercept.com/2016/08/26/private-prison-donald-trump/
RS_2016-08.bz2.deduped.txt:254068 - https://theintercept.com/2016/08/27/obamacares-faltering-for-one-simple-reason-profit/

RS_2016-08.bz2.deduped.txt:256462 - https://theintercept.com/2016/08/25/why-did-the-saudi-regime-and-other-gulf-tyrannies-donate-millions-to-the-clinton-foundation?whatever

RS_2016-08.bz2.deduped.txt:260177 - https://theintercept.com/2016/08/28/o-romance-entre-psdb-e-pmdb-na-ponte-de-volta-para-o-futuro/

RS_2016-08.bz2.deduped.txt:262114 - https://theintercept.com/2016/08/28/colin-kaepernick-is-righter-than-you-know-the-national-anthem-is-a-celebration-of-slavery/

RS_2016-08.bz2.deduped.txt:266927 - https://theintercept.com/2016/08/29/os-novos-donos-do-trono-no-reino-da-hipocrisia/

RS_2016-08.bz2.deduped.txt:270171 - https://theintercept.com/2016/08/29/maines-instant-runoff-proposal-could-banish-its-governor-from-state-politics/

RS_2016-08.bz2.deduped.txt:272117 - https://theintercept.com/2016/08/29/entrevista-impeachment-de-dilma-caminha-para-o-fim-e-ameaca-democracia-brasileira/

RS_2016-08.bz2.deduped.txt:272118 - https://theintercept.com/2016/08/29/interview-dilma-rousseffs-impeachment-trial-nears-an-end-endangering-brazilian-democracy/

RS_2016-08.bz2.deduped.txt:274547 - https://theintercept.com/2016/08/28/colin-kaepernick-is-righter-than-you-know-the-national-anthem-is-a-celebration-of-slavery/?comments=1#comments

RS_2016-08.bz2.deduped.txt:278780 - https://theintercept.com/2016/08/30/black-activists-in-missouri-are-fighting-to-preserve-the-right-to-vote/

RS_2016-08.bz2.deduped.txt:280576 - https://theintercept.com/2016/08/30/petra-costa-diz-que-e-surreal-suporem-que-presidente-dilma-rousseff-esta-atuando-para-seu-filme/

RS_2016-08.bz2.deduped.txt:282628 - https://theintercept.com/2016/08/30/donald-trump-wins-over-secretive-children-of-israel-megadonor/

RS_2016-08.bz2.deduped.txt:283322 - https://theintercept.com/2016/08/30/dont-expect-donald-trump-stop-lying-huma-abedin/

RS_2016-08.bz2.deduped.txt:289548 - https://theintercept.com/2016/08/31/former-anti-terror-fbi-employee-now-finds-himself-a-target/

RS_2016-08.bz2.deduped.txt:290697 - https://theintercept.com/2016/08/31/u-s-strategy-to-fight-isis-has-set-off-a-new-conflict-in-syria/

RS_2016-08.bz2.deduped.txt:291948 - https://theintercept.com/2016/08/31/congressional-dems-call-on-fbi-to-investigate-their-political-adversaries-kremlin-ties/

RS_2016-08.bz2.deduped.txt:292248 - https://theintercept.com/2016/08/31/veteransforkaepernick-stand-right-sit/

RS_2016-08.bz2.deduped.txt:292683 - https://theintercept.com/2015/08/03/17-years-reporter-exposed-echelon-finds-vindication-snowden-archive/

RS_2016-08.bz2.deduped.txt:294834 - https://theintercept.com/2016/08/31/obama-appoints-social-security-critic-to-fix-puerto-ricos-budget/

RS_2018-01.xz.deduped.txt:2791 - https://theintercept.com/2018/01/01/the-complex-legacy-of-cia-counterintelligence-chief-james-angleton/

RS_2018-01.xz.deduped.txt:4472 - https://theintercept.com/2018/01/01/2018-progress-erica-garner-midterms-progress/

RS_2018-01.xz.deduped.txt:12631 - https://theintercept.com/2018/01/02/ben-carson-hud-housing-voucher/

RS_2018-01.xz.deduped.txt:12642 - https://theintercept.com/2018/01/02/donald-trump-administration-executive-orders/

RS_2018-01.xz.deduped.txt:13719 - https://theintercept.com/2016/10/07/harvey-weinstein-urged-clinton-campaign-to-silence-sanderss-black-lives-matter-message/?comments=1#comments
RS_2018-01.xz.deduped.txt:18743 - https://theintercept.com/2018/01/03/my-life-as-a-new-york-times-reporter-in-the-shadow-of-the-war-on-terror/
RS_2018-01.xz.deduped.txt:20158 - https://static.theintercept.com/amp/facebook-says-it-is-deleting-accounts-at-the-direction-of-the-u-s-and-israeli-governments.html?__twitter_impression=true
RS_2018-01.xz.deduped.txt:21071 - https://theintercept.com/2018/01/03/all-the-news-unfit-to-print-james-risen-on-his-battles-with-bush-obama-and-the-new-york-times/
RS_2018-01.xz.deduped.txt:21922 - https://theintercept.com/2018/01/03/project-veritas-james-okeefe-washington-post-roy-moore/
RS_2018-01.xz.deduped.txt:23488 - https://theintercept.com/2018/01/03/facebook-esta-apagando-perfis-por-ordem-dos-governos-dos-eua-e-de-israel/
RS_2018-01.xz.deduped.txt:24400 - https://theintercept.com/2018/01/03/my-life-as-a-new-york-times-reporter-in-the-shadow-of-the-war-on-terror
RS_2018-01.xz.deduped.txt:28717 - https://theintercept.com/2018/01/03/my-life-as-a-new-york-times-reporter-in-the-shadow-of-the-war-on-terror/?comments=1#comments
RS_2018-01.xz.deduped.txt:34345 - https://theintercept.com/2018/01/04/cartersville-georgia-ounce-marijuana-arrests-weed/
RS_2018-01.xz.deduped.txt:45577 - https://theintercept.com/2018/01/05/san-antonio-police-immigrant-smuggling-ice/
RS_2018-01.xz.deduped.txt:47035 - https://theintercept.com/2018/01/05/new-republic-hamilton-fish-alternet-don-hazen/
RS_2018-01.xz.deduped.txt:47976 - https://theintercept.com/2018/01/04/trump-saudi-arabia-fire-and-fury-michael-wolff/
RS_2018-01.xz.deduped.txt:51486 - https://theintercept.com/2018/01/06/iran-protests-working-class-rouhani/
RS_2018-01.xz.deduped.txt:51608 - https://theintercept.com/2018/01/06/rupert-murdoch-trump-fire-and-fury-steve-bannon/
RS_2018-01.xz.deduped.txt:59391 - https://theintercept.com/2018/01/05/falhei-com-minha-familia-por-escolher-ser-policial/
RS_2018-01.xz.deduped.txt:59930 - https://theintercept.com/2018/01/07/palestine-israel-fordham-sjp-lawsuit-bds/
RS_2018-01.xz.deduped.txt:60071 - https://theintercept.com/2018/01/07/black-mirror-season-4-netflix-metalhead/
RS_2018-01.xz.deduped.txt:66026 - https://theintercept.com/2018/01/08/dollar-general-unionize-missouri-manager-fired/
RS_2018-01.xz.deduped.txt:66454 - https://theintercept.com/2018/01/08/new-jim-crow-ban-prisons-nj-new-jersey-aclu/
RS_2018-01.xz.deduped.txt:67909 - https://theintercept.com/2018/01/03/my-life-as-a-new-york-times-reporter-in-the-shadow-of-the-war-on-terror/?source=reddit
RS_2018-01.xz.deduped.txt:72430 - https://theintercept.com/2018/01/08/oprah-winfrey-president-2020-trump/
RS_2018-01.xz.deduped.txt:73126 - https://theintercept.com/2018/01/08/north-south-korea-talks-comfort-women-olympics-trump/

RS_2018-01.xz.deduped.txt:79509 - https://theintercept.com/2018/01/09/dark-side-fbi-dea-illegal-searches-secret-evidence/
RS_2018-01.xz.deduped.txt:80109 - https://theintercept.com/2018/01/09/trump-judicial-nominees-2018-senate-democrats/
RS_2018-01.xz.deduped.txt:81054 - https://theintercept.com/2018/01/09/nsa-surveillance-fisa-section-702-reauthorization-fbi/
RS_2018-01.xz.deduped.txt:83572 - https://theintercept.com/2018/01/09/dakota-access-pipeline-leak-energy-transfer-partners/
RS_2018-01.xz.deduped.txt:85875 - https://theintercept.com/2018/01/09/keith-noreika-occ-trump-simpson-thacher/
RS_2018-01.xz.deduped.txt:90082 - https://theintercept.com/2018/01/10/first-france-now-brazil-unveils-plans-to-empower-the-government-to-censure-the-internet-in-the-name-of-stopping-fake-news/
RS_2018-01.xz.deduped.txt:91492 - https://theintercept.com/2018/01/10/haiti-raid-united-nations-police-grand-ravine/
RS_2018-01.xz.deduped.txt:92670 - https://theintercept.com/2018/01/10/puerto-rico-electricity-prepa-hurricane-maria/
RS_2018-01.xz.deduped.txt:97325 - https://theintercept.com/2018/01/10/dutch-reporters-stun-trumps-ambassador-pressing-admit-lied-no-go-zones/
RS_2018-01.xz.deduped.txt:102295 - https://theintercept.com/2018/01/11/copacabana-tera-pela-primeira-vez-bloco-evangelico-paulista-na-segunda-de-carnaval/
RS_2018-01.xz.deduped.txt:102740 - https://theintercept.com/2018/01/11/ice-detention-solitary-confinement/
RS_2018-01.xz.deduped.txt:106936 - https://theintercept.com/2018/01/11/new-york-city-big-oil-fossil-fuels-climate-change/
RS_2018-01.xz.deduped.txt:107687 - https://theintercept.com/2018/01/11/nsa-pelosi-democrats-spy-american-section-702/
RS_2018-01.xz.deduped.txt:107984 - https://theintercept.com/2018/01/11/aflac-fraud-lawsuit-sales-associates/
RS_2018-01.xz.deduped.txt:110728 - https://theintercept.com/2018/01/11/new-orleans-bds-movement-israel/
RS_2018-01.xz.deduped.txt:114076 - https://theintercept.com/2018/01/12/haiti-donald-trump-shithole-america-history/
RS_2018-01.xz.deduped.txt:115314 - https://theintercept.com/2018/01/12/the-same-democrats-who-denounce-trump-as-a-lawless-treasonous-authoritarian-just-voted-to-give-him-vast-warrantless-spying-powers/
RS_2018-01.xz.deduped.txt:118801 - https://theintercept.com/2018/01/11/aflac-fraud-lawsuit-sales-associates/?comments=1#comments
RS_2018-01.xz.deduped.txt:120202 - https://theintercept.com/2018/01/12/mr-president-racist-right-question-ask-trump-shithole-slur/
RS_2018-01.xz.deduped.txt:125067 - https://theintercept.com/2018/01/13/we-dont-consider-you-a-legitimate-journalist-how-i-got-blacklisted-by-the-pentagons-africa-command/
RS_2018-01.xz.deduped.txt:132926 - https://theintercept.com/2018/01/14/na-era-das-fake-news-brasileiro-engana-todo-mundo-e-causa-incidente-diplomatico/
RS_2018-01.xz.deduped.txt:133208 - https://theintercept.com/2017/12/21/mineradora-quer-construir-barragem-7-vezes-maior-do-que-a-de-mariana-na-mesma-regiao/

RS_2018-01.xz.deduped.txt:133932 - https://theintercept.com/2018/01/14/florida-prison-strike-unpaid-labor-brutal-conditions/
RS_2018-01.xz.deduped.txt:134344 - https://theintercept.com/2018/01/14/2020-election-oprah-trump-michelle-obama-bernie-sanders-joe-biden/
RS_2018-01.xz.deduped.txt:134837 - https://theintercept.com/2018/01/14/facebook-warrant-pipeline-protest-whatcom-county-justice-department/
RS_2018-01.xz.deduped.txt:140310 - https://theintercept.com/2018/01/15/martin-luther-king-jr-mlk-day-2018/
RS_2018-01.xz.deduped.txt:141726 - https://theintercept.com/2018/01/15/centrist-dems-launch-smear-campaign-against-young-trans-woman-all-to-keep-an-old-straight-white-man-in-power/
RS_2018-01.xz.deduped.txt:144330 - https://theintercept.com/2018/01/15/fake-news-brazil-venezuela/
RS_2018-01.xz.deduped.txt:144940 - https://theintercept.com/2018/01/15/em-seu-ultimo-ano-de-vida-martin-luther-king-passou-a-ser-detestado-pela-elite-liberal-dos-eua/
RS_2018-01.xz.deduped.txt:144949 - https://static.theintercept.com/amp/puerto-rico-electricity-prepa-hurricane-maria.html
RS_2018-01.xz.deduped.txt:154187 - https://theintercept.com/2018/01/09/dakota-access-pipeline-leak-energy-transfer-partners/?utm_source=The+Intercept+Newsletter&utm_campaign=5048b151ca-EMAIL_CAMPAIGN_2018_01_12&utm_medium=email&utm_term=0_e00a5122d3-5048b151ca-131920749
RS_2018-01.xz.deduped.txt:155065 - https://theintercept.com/2018/01/16/puerto-rico-utility-workers-charge-that-federal-government-is-hoarding-reconstruction-supplies/
RS_2018-01.xz.deduped.txt:157535 - https://theintercept.com/2018/01/16/trump-administration-skews-terror-data-to-justify-anti-muslim-travel-ban/
RS_2018-01.xz.deduped.txt:162758 - https://theintercept.com/2018/01/17/intercepted-podcast-white-mirror/
RS_2018-01.xz.deduped.txt:165607 - https://theintercept.com/2018/01/17/resistance-nsa-pelosi-schiff-darth-vader-spy/
RS_2018-01.xz.deduped.txt:167255 - https://theintercept.com/2018/01/17/fisa-section-702-nsa-internet-surveillance-senate/
RS_2018-01.xz.deduped.txt:170685 - https://theintercept.com/2018/01/17/u-s-border-patrol-systematically-destroyed-water-supplies-left-for-migrants-in-desert-report-says/
RS_2018-01.xz.deduped.txt:170947 - https://theintercept.com/2018/01/17/fracking-lobbyists-ipaa-trump-hotel/
RS_2018-01.xz.deduped.txt:172642 - https://theintercept.com/2018/01/17/section-504-house-spending-bill-changes-law-to-let-trump-administration-secretly-shift-intelligence-money/
RS_2018-01.xz.deduped.txt:177535 - https://theintercept.com/2018/01/18/transgender-woman-prison-prea/
RS_2018-01.xz.deduped.txt:178044 - https://theintercept.com/2018/01/18/puerto-rico-trump-administration-tells-its-too-rich-for-aid-money/
RS_2018-01.xz.deduped.txt:180962 - https://theintercept.com/2018/01/18/elizabeth-warren-albert-kelly-epa/
RS_2018-01.xz.deduped.txt:183539 - https://theintercept.com/2018/01/18/kim-kataguiri-mbl-fake-news-lula/

RS_2018-01.xz.deduped.txt:189511 - https://theintercept.com/2018/01/19/gop-candidate-for-pennsylvania-special-election-is-a-former-abu-ghraib-interrogation-consultant/
RS_2018-01.xz.deduped.txt:189522 - https://theintercept.com/2018/01/19/voice-recognition-technology-nsa/
RS_2018-01.xz.deduped.txt:190496 - https://theintercept.com/2018/01/19/betsy-devos-obama-campus-sexual-assault/
RS_2018-01.xz.deduped.txt:191696 - https://theintercept.com/2018/01/19/wisconsin-special-election-scott-walker-foxconn/
RS_2018-01.xz.deduped.txt:193372 - https://theintercept.com/2018/01/19/ice-new-sanctuary-movement-ravi-ragbir-deportation/
RS_2018-01.xz.deduped.txt:193553 - https://theintercept.com/2018/01/19/republicans-have-four-easy-ways-to-releasethememo-and-the-evidence-for-it-not-doing-so-will-prove-them-to-be-shameless-frauds/
RS_2018-01.xz.deduped.txt:193675 - https://theintercept.com/2018/01/19/charges-dropped-j20-trump-inauguration-j20-aaron-cantu/
RS_2018-01.xz.deduped.txt:193969 - https://theintercept.com/2018/01/19/a-lesson-for-the-marchforlife-colorado-invested-in-contraceptive-access-and-cut-teen-abortions-by-half/
RS_2018-01.xz.deduped.txt:194480 - https://theintercept.com/2018/01/19/republicans-have-four-easy-ways-to-releasethememo-and-the-evidence-for-it-not-doing-so-will-prove-them-to-be-shameless-frauds//
RS_2018-01.xz.deduped.txt:194627 - https://theintercept.com/2018/01/19/facebook-fake-news-trustworthy-zuckerberg/
RS_2018-01.xz.deduped.txt:198105 - https://theintercept.com/2018/01/20/surveillance-bill-fisa-section-702-donald-trump/
RS_2018-01.xz.deduped.txt:198280 - https://theintercept.com/2018/01/20/you-think-your-landlord-is-bad-try-renting-from-wall-street/
RS_2018-01.xz.deduped.txt:198731 - https://theintercept.com/2018/01/20/chip-shutdown-repubclicans-plucked-out-chip-but-let-a-slew-of-other-health-programs-languish/
RS_2018-01.xz.deduped.txt:199204 - https://theintercept.com/2018/01/20/sadiq-khan-trump-isis-london-mayor/
RS_2018-01.xz.deduped.txt:199256 - https://theintercept.com/2018/01/20/tulsi-gabbard-syria-isis-al-qaeda/
RS_2018-01.xz.deduped.txt:199857 - https://theintercept.com/2018/01/19/jeffrey-sterling-cia-leaking-prison/
RS_2018-01.xz.deduped.txt:202891 - https://theintercept.com/2018/01/20/metoo-aziz-ansar-bari-weiss-feminist-divisions/
RS_2018-01.xz.deduped.txt:204161 - https://theintercept.com/2018/01/19/wisconsin-special-election-scott-walker-foxconn/?
RS_2018-01.xz.deduped.txt:206692 - https://theintercept.com/2018/01/21/isis-defeated-syria-iraq-islamic-state/
RS_2018-01.xz.deduped.txt:207014 - https://theintercept.com/2018/01/21/marxist-scholar-david-harvey-on-trump-wall-street-and-debt-peonage/
RS_2018-01.xz.deduped.txt:207814 - https://theintercept.com/2018/01/21/labor-movement-us-unions/
RS_2018-01.xz.deduped.txt:215950 - https://theintercept.com/2018/01/22/palestinian-legislators-bundled-israeli-parliament-protesting-mike-pence-speech/

RS_2018-01.xz.deduped.txt:217688 - https://theintercept.com/2018/01/22/blowback-cia-drones-middle-east/

RS_2018-01.xz.deduped.txt:217928 - https://theintercept.com/2018/01/22/amazon-headquarters-shortlist-hq2/

RS_2018-01.xz.deduped.txt:218191 - https://theintercept.com/2018/01/22/joseph-berrios-fritz-kaegi-chicago-property-taxes-cook-county-assessor/

RS_2018-01.xz.deduped.txt:218569 - https://theintercept.com/2014/11/10/mike-gravel-senator-put-pentagon-papers-public-record-urges-udall-torture-report/

RS_2018-01.xz.deduped.txt:220095 - https://theintercept.com/2018/01/22/linda-birnbaum-niehs-house-science-committee/

RS_2018-01.xz.deduped.txt:221191 - https://theintercept.com/2018/01/22/the-top-republican-warns-under-new-spending-bill-the-intelligence-community-could-expend-funds-as-it-sees-fit/

RS_2018-01.xz.deduped.txt:222768 - https://theintercept.com/2018/01/17/section-504-house-spending-bill-changes-law-to-let-trump-administration-secretly-shift-intelligence-money/?comments=1#comments

RS_2018-01.xz.deduped.txt:227662 - https://theintercept.com/2018/01/23/israel-syria-safe-buffer-zone-golan-heights/

RS_2018-01.xz.deduped.txt:229945 - https://theintercept.com/2018/01/23/dccc-democratic-primaries-congress-progressives/

RS_2018-01.xz.deduped.txt:230503 - https://static.theintercept.com/amp/robert-de-niro-barbuda-hotel-hurricane-irma.html

RS_2018-01.xz.deduped.txt:232393 - https://theintercept.com/2018/01/23/dccc-democratic-primaries-congress-progressives/?link_id=4&can_id=8f9891ddae34cf619c28ce36c23ca57f&source=email-the-dead-enders-candidates-who-signed-up-to-battle-trump-are-finding-their-first-foe-is-the-democratic-party&email_referrer=email_290373&email_subject=the-dead-enders-candidates-who-signed-up-to-battle-trump-are-finding-their-first-foe-is-the-democratic-party

RS_2018-01.xz.deduped.txt:233005 - https://theintercept.com/2018/01/23/robert-de-niro-barbuda-hotel-hurricane-irma/

RS_2018-01.xz.deduped.txt:234088 - https://theintercept.com/2018/01/23/cnn-threat-fake-news-brandon-griesemer-trump/

RS_2018-01.xz.deduped.txt:235145 - https://theintercept.com/2018/01/23/no-more-deaths-arizona-border-littering-charges-immigration/

RS_2018-01.xz.deduped.txt:236396 - https://theintercept.com/2018/01/22/olivio-dutra-o-pt-tem-que-fazer-sua-autocritica-se-explicar/

RS_2018-01.xz.deduped.txt:237929 - https://theintercept.com/2018/01/23/do-pt-a-abstencao-a-desesperanca-politica-de-uma-regiao-onde-lula-era-rei/

RS_2018-01.xz.deduped.txt:238105 - https://theintercept.com/2018/01/24/intercepted-podcast-first-they-came-for-the-immigrants/

RS_2018-01.xz.deduped.txt:238764 - https://theintercept.com/2018/01/24/nsa-core-values-honesty-deleted/

RS_2018-01.xz.deduped.txt:243234 - https://theintercept.com/2018/01/24/lula-brazil-corruption-conviction-car-wash/

RS_2018-01.xz.deduped.txt:245204 - https://theintercept.com/2018/01/24/puerto-rico-prepa-opportunity-government-plans-to-privatize-electric-power/

RS_2018-01.xz.deduped.txt:247130 - https://static.theintercept.com/amp/no-more-deaths-arizona-border-littering-charges-immigration.html?__twitter_impression=true
RS_2018-01.xz.deduped.txt:248761 - https://theintercept.com/2015/08/28/emails-show-koch-industries-backed-effort-undermine-renewable-energy-kansas/
RS_2018-01.xz.deduped.txt:250989 - https://theintercept.com/2018/01/25/donald-rumsfeld-snowflakes-afghanistan-9-11/
RS_2018-01.xz.deduped.txt:254003 - https://theintercept.com/2018/01/25/donald-rumsfeld-snowflakes-afghanistan-9-11/?comments=1#comments
RS_2018-01.xz.deduped.txt:254090 - https://theintercept.com/2018/01/25/harvards-endowment-is-profiting-from-puerto-rican-debt-as-the-islands-schools-face-crippling-cuts/
RS_2018-01.xz.deduped.txt:254709 - https://theintercept.com/2018/01/23/dccc-democratic-primaries-congress-progressives/?comments=1#comments
RS_2018-01.xz.deduped.txt:256457 - https://theintercept.com/2018/01/25/syria-tps-renewal-trump/
RS_2018-01.xz.deduped.txt:256471 - https://theintercept.com/2018/01/25/israeli-official-mocked-bizarre-claim-detained-palestinian-teen-paid-actor/
RS_2018-01.xz.deduped.txt:256912 - https://theintercept.com/2018/01/25/pennsylvania-death-row-solitary-confinement-aclu/
RS_2018-01.xz.deduped.txt:257142 - https://theintercept.com/2018/01/25/lula-dilma-policial-violencia-pt/
RS_2018-01.xz.deduped.txt:257583 - https://theintercept.com/2018/01/25/marijuana-legalization-weed-drug-arrest/
RS_2018-01.xz.deduped.txt:263264 - https://theintercept.com/2018/01/26/st-paul-teachers-union-strike/
RS_2018-01.xz.deduped.txt:266263 - https://theintercept.com/2018/01/26/fox-news-black-lives-matter-essex-county-college/
RS_2018-01.xz.deduped.txt:267184 - https://theintercept.com/2018/01/26/new-orleans-city-council-resolution-bds/
RS_2018-01.xz.deduped.txt:274437 - https://theintercept.com/2018/01/27/a-4-year-old-girl-was-the-sole-survivor-of-a-u-s-drone-strike-in-afghanistan-then-she-disappeared/
RS_2018-01.xz.deduped.txt:274801 - https://theintercept.com/2018/01/27/12-strong-war-movies-masculinity/
RS_2018-01.xz.deduped.txt:275916 - https://theintercept.com/2018/01/27/nypd-predictive-policing-documents-lawsuit-crime-forecasting-brennan/
RS_2018-01.xz.deduped.txt:276562 - https://theintercept.com/2018/01/25/epa-genx-chemours-west-virginia/
RS_2018-01.xz.deduped.txt:276618 - https://theintercept.com/2018/01/27/a-4-year-old-girl-was-the-sole-survivor-of-a-u-s-drone-strike-in-afghanistan-then-she-disappeared
RS_2018-01.xz.deduped.txt:281708 - https://theintercept.com/2018/01/28/revolutionary-musical-artist-seun-kuti-carries-felas-afrobeat-torch-into-a-new-era/
RS_2018-01.xz.deduped.txt:282324 - https://theintercept.com/2018/01/28/chicago-gangs-immigration-ice/
RS_2018-01.xz.deduped.txt:289324 - https://theintercept.com/2018/01/28/apreensao-do-passaporte-de-lula-marca-o-fim-de-mais-um-capitulo-da-perseguicao-juridica/
RS_2018-01.xz.deduped.txt:291067 - https://theintercept.com/2018/01/29/isis-iraq-war-islamic-state-blowback/

RS_2018-01.xz.deduped.txt:294667 - https://theintercept.com/2018/01/29/strava-heat-map-fitness-tracker-us-military-base/

RS_2018-01.xz.deduped.txt:295429 - https://theintercept.com/2018/01/29/the-republican-war-on-women-continues-with-yet-another-bill-to-ban-abortion-after-20-weeks/

RS_2018-01.xz.deduped.txt:298351 - https://theintercept.com/2018/01/29/dan-lipinski-illinois-3rd-district-marie-newman/

RS_2018-01.xz.deduped.txt:303181 - https://theintercept.com/2018/01/30/jay-clayton-sec-donald-trump-wall-street/

RS_2018-01.xz.deduped.txt:305412 - https://theintercept.com/2018/01/30/new-york-times-tax-reform-opportunity-zones/

RS_2018-01.xz.deduped.txt:305546 - https://theintercept.com/2018/01/30/standing-rock-red-fawn-fallis-plea-deal/

RS_2018-01.xz.deduped.txt:307503 - https://theintercept.com/2018/01/30/scott-pruitt-epa-senate-hearing/

RS_2018-01.xz.deduped.txt:307988 - https://theintercept.com/2018/01/30/reality-winner-update-bail-nsa/

RS_2018-01.xz.deduped.txt:308132 - https://theintercept.com/2018/01/30/u-k-court-finds-governments-surveillance-law-unlawful/

RS_2018-01.xz.deduped.txt:309402 - https://theintercept.com/2018/01/30/presidente-de-associacao-que-defende-auxilio-moradia-de-bretas-e-casado-com-juiza-e-tambem-recebe/

RS_2018-01.xz.deduped.txt:312088 - https://theintercept.com/2018/01/30/donald-trump-state-of-the-union-north-korea/

RS_2018-01.xz.deduped.txt:313672 - https://theintercept.com/2018/01/31/democratic-party-political-fundraising-dccc/

RS_2018-01.xz.deduped.txt:313716 - https://theintercept.com/2018/01/31/intercepted-podcast-hate-of-the-union/

RS_2018-01.xz.deduped.txt:317562 - https://theintercept.com/2018/01/31/kansas-bds-law-free-speech/

RS_2018-01.xz.deduped.txt:321505 - https://theintercept.com/2018/01/31/joe-kennedy-response-opioid-crisis/

RS_2018-06.xz.deduped.txt:685 - https://theintercept.com/2018/05/31/google-leaked-emails-drone-ai-pentagon-lucrative/

RS_2018-06.xz.deduped.txt:4027 - https://theintercept.com/2018/06/01/food-stamps-drug-conviction-snap-welfare/

RS_2018-06.xz.deduped.txt:5742 - https://theintercept.com/2018/06/01/border-patrol-agent-assault-statistics-fbi/

RS_2018-06.xz.deduped.txt:6589 - https://theintercept.com/2018/06/01/california-primary-house-races-wealthy-democrats-have-spent-16-million-of-their-money-so-far/

RS_2018-06.xz.deduped.txt:7709 - https://theintercept.com/2018/06/01/election-hacking-voting-systems-email/

RS_2018-06.xz.deduped.txt:9645 - https://theintercept.com/2018/06/01/google-drone-ai-project-maven-contract-renew/

RS_2018-06.xz.deduped.txt:13250 - http://theintercept.com/2018/05/31/google-leaked-emails-drone-ai-pentagon-lucrative/

RS_2018-06.xz.deduped.txt:13643 - https://theintercept.com/2018/06/01/maryland-primary-prince-georges-county-executive/

RS_2018-06.xz.deduped.txt:15116 - https://theintercept.com/2018/06/02/reality-winner-whistleblower-without-constituency/
RS_2018-06.xz.deduped.txt:15830 - https://theintercept.com/2018/06/02/seymour-hersh-memoir-reporter/
RS_2018-06.xz.deduped.txt:17369 - https://theintercept.com/2018/06/02/working-class-candidates-congressional-primaries/
RS_2018-06.xz.deduped.txt:22800 - https://theintercept.com/2018/06/03/torture-discreet-airlift-field-of-vision/
RS_2018-06.xz.deduped.txt:22801 - https://theintercept.com/2018/06/03/reality-winner-nsa-paul-manafort/
RS_2018-06.xz.deduped.txt:23181 - https://theintercept.com/2018/06/03/minnesota-attorney-general-democratic-primary/
RS_2018-06.xz.deduped.txt:32519 - https://theintercept.com/2018/06/04/democrats-set-to-re-nominate-sen-bob-menendez-after-preventing-challengers-showing-how-calcified-the-party-is/
RS_2018-06.xz.deduped.txt:34397 - http://theintercept.com/2018/05/29/zero-tolerance-border-policy-immigration-mass-trials-children/
RS_2018-06.xz.deduped.txt:35884 - https://theintercept.com/2018/06/04/trumps-ambassador-berlin-promises-help-far-right-nationalists-take-power/
RS_2018-06.xz.deduped.txt:37982 - https://theintercept.com/2018/06/04/keith-ellison-minnesota-ag/
RS_2018-06.xz.deduped.txt:38595 - https://theintercept.com/2018/06/04/mick-mulvaney-cfpb-consumer-advisory-board/
RS_2018-06.xz.deduped.txt:39117 - https://theintercept.com/2018/06/04/midterm-elections-2018-toxic-chemicals-drinking-water/
RS_2018-06.xz.deduped.txt:42392 - https://theintercept.com/2018/06/05/syria-airstrikes-isis-united-states/
RS_2018-06.xz.deduped.txt:42735 - https://theintercept.com/2018/06/02/bolsonaro-greve-caminhoneiros-arregou/
RS_2018-06.xz.deduped.txt:42894 - https://theintercept.com/2018/06/05/jovens-sexo-estupro-escola-sem-partido/
RS_2018-06.xz.deduped.txt:42899 - https://theintercept.com/2018/06/01/politica-identitaria-asad-haider/
RS_2018-06.xz.deduped.txt:44256 - https://theintercept.com/2018/06/05/ocasio-cortez-new-york-14th-district-democratic-primary-campaign-video/
RS_2018-06.xz.deduped.txt:44455 - https://theintercept.com/2018/06/05/chelsea-manning-video-twitter-police-mental-health/
RS_2018-06.xz.deduped.txt:48117 - https://theintercept.com/2018/06/05/zephyr-teachout-attorney-general-eric-schneiderman/
RS_2018-06.xz.deduped.txt:52894 - https://theintercept.com/2018/06/05/herbert-lee-campaign-claiming-to-be-democratic-in-a-key-california-house-race-is-being-run-by-a-consultant-with-trump-ties/
RS_2018-06.xz.deduped.txt:55004 - https://theintercept.com/2018/06/06/ken-salazar-colorado-governor-race-fracking/
RS_2018-06.xz.deduped.txt:56205 - https://theintercept.com/2018/06/06/the-persecution-of-reality-winner/

RS_2018-06.xz.deduped.txt:56787 - https://theintercept.com/2018/06/06/ken-salazar-colorado-governor-race-fracking/?comments=1#comments

RS_2018-06.xz.deduped.txt:57181 - https://theintercept.com/2018/06/06/argentina-wont-play-israel-soccer-slaughtering-palestinians-consequences/

RS_2018-06.xz.deduped.txt:60515 - https://theintercept.com/2018/06/06/california-primary-election-results-2018/

RS_2018-06.xz.deduped.txt:60693 - https://theintercept.com/2018/06/06/inauguration-protest-trials-police-brutality/

RS_2018-06.xz.deduped.txt:62804 - https://theintercept.com/puerto-rico/

RS_2018-06.xz.deduped.txt:63267 - https://theintercept.com/2018/06/06/alice-johnson-im-looking-forward-to-holding-and-rocking-my-twin-grandchildren/

RS_2018-06.xz.deduped.txt:68317 - https://theintercept.com/2018/06/07/animal-rights-activists-face-multiple-felony-charges-brought-by-prosecutors-with-ties-to-smithfield-foods/

RS_2018-06.xz.deduped.txt:70189 - https://theintercept.com/2018/06/07/ice-immigration-detention-ramadan-religious-accomodation/

RS_2018-06.xz.deduped.txt:70550 - https://theintercept.com/2018/06/07/rico-gang-prosecution-nyc/

RS_2018-06.xz.deduped.txt:75217 - https://theintercept.com/2018/06/07/yemen-hodeidah-uae-saudi-arabia-houthis/

RS_2018-06.xz.deduped.txt:79089 - https://theintercept.com/2018/06/08/elizabeth-warren-v-the-district-of-corruption/

RS_2018-06.xz.deduped.txt:79788 - https://theintercept.com/2018/06/08/cdc-suicide-rates-guns/

RS_2018-06.xz.deduped.txt:80247 - https://theintercept.com/2018/06/08/crimes-bernardo-paz-do-inhotim/

RS_2018-06.xz.deduped.txt:81999 - https://theintercept.com/2018/06/08/israel-attempts-smear-razan-al-najjar-palestinian-medic-killed-calling-no-angel/

RS_2018-06.xz.deduped.txt:83920 - https://theintercept.com/2018/06/08/immigration-family-separation-children/

RS_2018-06.xz.deduped.txt:85879 - https://theintercept.com/2018/06/08/donald-trump-new-york-times-reporter-leak-investigation/

RS_2018-06.xz.deduped.txt:87631 - https://theintercept.com/2018/06/08/feira-livro-aluguel-mbl-marchezan/

RS_2018-06.xz.deduped.txt:87635 - https://theintercept.com/2018/06/08/racismo-direito-puc/

RS_2018-06.xz.deduped.txt:89982 - https://theintercept.com/2018/06/09/immigration-terrorism-prosecutions-material-support-united-states/

RS_2018-06.xz.deduped.txt:90276 - https://theintercept.com/2018/06/09/joe-crowley-alexandria-ocasio-cortez/

RS_2018-06.xz.deduped.txt:90706 - https://theintercept.com/2018/06/09/paul-manafort-bail-inequality/

RS_2018-06.xz.deduped.txt:97502 - https://theintercept.com/2018/06/10/venezuela-crisis-sterilization-women-abortion/

RS_2018-06.xz.deduped.txt:98847 - https://theintercept.com/2018/06/10/more-than-just-russia-theres-a-strong-case-for-the-trump-team-colluding-with-saudi-arabia-israel-and-the-uae/

RS_2018-06.xz.deduped.txt:99617 - https://theintercept.com/2015/04/07/political-rhetoric-us-never-changes-nyts-attack-mlks-anti-war-speeches/

RS_2018-06.xz.deduped.txt:99890 - https://theintercept.com/2018/06/08/nevada-governor-race-teachers-unions/

RS_2018-06.xz.deduped.txt:101459 - https://theintercept.com/2018/06/10/tacla-duran-reforca-suspeita-de-existencia-de-industria-da-delacao-dentro-da-lava-jato/

RS_2018-06.xz.deduped.txt:104807 - https://theintercept.com/2018/06/10/guantanamo-bay-debi-cornwall-camp-america/

RS_2018-06.xz.deduped.txt:107353 - https://theintercept.com/2018/06/11/new-york-gang-database-expanded-by-70-percent-under-mayor-bill-de-blasio/

RS_2018-06.xz.deduped.txt:108294 - https://theintercept.com/2018/06/11/save-our-tips-initiative-77-dc-minimum-wage-tipped-employees/

RS_2018-06.xz.deduped.txt:108748 - https://static.theintercept.com/amp/robert-de-niro-barbuda-hotel-hurricane-irma.html?__twitter_impression=true

RS_2018-06.xz.deduped.txt:109323 - https://theintercept.com/2018/06/11/italys-far-right-deputy-premier-channels-trump-turning-away-migrants-saved-drowning/

RS_2018-06.xz.deduped.txt:116418 - https://theintercept.com/2018/06/11/who-cares-what-trump-gives-north-korea-at-the-summit-what-matters-is-preventing-him-from-starting-a-nuclear-war/

RS_2018-06.xz.deduped.txt:116437 - https://theintercept.com/2018/06/12/elizabeth-warren-dodd-frank-rollback/

RS_2018-06.xz.deduped.txt:116828 - https://theintercept.com/2018/06/12/watch-glenn-greenwald-interviews-democratic-primary-challenger-alexandria-ocasio-cortez-of-new-york/

RS_2018-06.xz.deduped.txt:120720 - https://theintercept.com/2018/06/12/donald-trump-tried-get-kim-jong-un-surrender-arms-showing-weird-video/

RS_2018-06.xz.deduped.txt:122585 - https://theintercept.com/2018/06/12/the-democratic-partys-2018-view-of-identity-politics-is-confusing-and-thus-appears-cynical-and-opportunistic/

RS_2018-06.xz.deduped.txt:122594 - https://theintercept.com/2018/06/12/border-zero-tolerance-immigration-family-separation-operation-streamline/

RS_2018-06.xz.deduped.txt:122989 - https://theintercept.com/2015/01/28/petulant-entitlement-syndrome-journalists/

RS_2018-06.xz.deduped.txt:124298 - https://theintercept.com/2018/06/12/the-democratic-partys-2018-view-of-identity-politics-is-confusing-and-thus-appears-cynical-and-opportunistic/?comments=1#comments

RS_2018-06.xz.deduped.txt:127759 - https://theintercept.com/2018/06/13/bipartisan-war-party-panics-as-kim-meets-trump/

RS_2018-06.xz.deduped.txt:129446 - https://theintercept.com/2018/06/13/abin-mais-poderes-nova-lei/

RS_2018-06.xz.deduped.txt:129459 - https://theintercept.com/2018/06/13/direita-bolsonaro-lula-judiciario/

RS_2018-06.xz.deduped.txt:129463 - https://theintercept.com/2018/06/13/marielle-franco-veradores-mortos/

RS_2018-06.xz.deduped.txt:132958 - https://theintercept.com/2018/06/12/charlottesville-protest-alt-right-anti-fascist/

RS_2018-06.xz.deduped.txt:133587 - https://theintercept.com/2018/06/13/supreme-court-anti-lgbt-jury-bias-charles-rhines/

RS_2018-06.xz.deduped.txt:134151 - https://theintercept.com/2018/06/13/sesta-fosta-sex-work-criminalize-advocacy/

RS_2018-06.xz.deduped.txt:134443 - https://theintercept.com/2018/06/13/fact-check-america-not-brink-war-north-korea-trump-took-office/
RS_2018-06.xz.deduped.txt:134783 - https://theintercept.com/2018/06/13/ro-khanna-joe-crowley-alexandria-ocasio-cortez/
RS_2018-06.xz.deduped.txt:142200 - https://theintercept.com/2018/06/14/bay-area-muslim-leader-has-her-award-rescinded-by-inter-faith-group-after-pro-israel-activists-objected/
RS_2018-06.xz.deduped.txt:143011 - https://theintercept.com/2018/06/14/joe-crowley-congress-new-york/
RS_2018-06.xz.deduped.txt:143053 - https://theintercept.com/2018/06/14/bernie-sanders-criminal-justice-reform/
RS_2018-06.xz.deduped.txt:147336 - https://theintercept.com/2018/06/13/single-payer-healthcare-steven-horsford-nevada/
RS_2018-06.xz.deduped.txt:147402 - https://theintercept.com/2018/06/14/jahana-hayes-kamala-harris-endorses-connecticut-primary/
RS_2018-06.xz.deduped.txt:152316 - https://theintercept.com/2018/06/15/domestic-violence-asylum-jeff-sessions/
RS_2018-06.xz.deduped.txt:153429 - https://theintercept.com/2018/06/15/prosecutors-misconduct-criminal-justice-reform-texas/
RS_2018-06.xz.deduped.txt:162421 - https://theintercept.com/2018/06/16/yemen-foreign-policy-united-states/
RS_2018-06.xz.deduped.txt:162650 - https://theintercept.com/2018/06/16/immigration-border-asylum-central-america/
RS_2018-06.xz.deduped.txt:162773 - https://theintercept.com/2018/06/16/two-very-different-democrats-joe-crowley-and-alexandria-ocasio-cortez-squared-off-in-debate-friday-night/
RS_2018-06.xz.deduped.txt:167559 - https://theintercept.com/2018/06/16/yemen-wedding-airstrike/
RS_2018-06.xz.deduped.txt:169438 - https://theintercept.com/2018/06/17/anthony-ray-hinton-death-row/
RS_2018-06.xz.deduped.txt:169473 - https://theintercept.com/2018/06/17/lynching-museum-alabama-death-penalty/
RS_2018-06.xz.deduped.txt:176403 - https://static.theintercept.com/amp/jeff-sessions-wants-to-make-legalized-theft-great-again.html
RS_2018-06.xz.deduped.txt:178787 - https://theintercept.com/2018/06/18/2020-presidential-election-democratic-party/
RS_2018-06.xz.deduped.txt:180206 - https://theintercept.com/2018/06/18/islamic-reformation-trump-administration/
RS_2018-06.xz.deduped.txt:181301 - https://theintercept.com/2018/06/18/joe-crowley-moveon-endorses-primary-challenger-to-the-potential-next-speaker-of-the-house/
RS_2018-06.xz.deduped.txt:182952 - https://theintercept.com/2018/06/18/donald-trump-angela-merkel-germany-refugees-immigration/
RS_2018-06.xz.deduped.txt:191131 - https://theintercept.com/2018/06/18/casey-cagle-georgia-sanctuary-immigration-enforcement-review-board/
RS_2018-06.xz.deduped.txt:192097 - https://theintercept.com/2018/06/19/capitol-ministries-trump-family-separation/
RS_2018-06.xz.deduped.txt:195587 - https://theintercept.com/2018/06/19/children-separated-from-parents-family-separation-immigration/

RS_2018-06.xz.deduped.txt:195651 - https://theintercept.com/2018/06/19/joe-crowley-gop-lobbyist-bgr-fundraiser/

RS_2018-06.xz.deduped.txt:197242 - https://theintercept.com/2018/06/19/empresario-assedio-mulher-video-russia-desculpas-alcool/

RS_2018-06.xz.deduped.txt:199930 - https://theintercept.com/2018/06/20/administration-of-hate-the-snatching-and-caging-of-immigrant-children-it-is-happening-here/

RS_2018-06.xz.deduped.txt:201077 - https://theintercept.com/2018/06/20/haim-saban-bernie-sanders-israel-gaza-letter/

RS_2018-06.xz.deduped.txt:203899 - https://theintercept.com/2018/06/20/maryland-46th-district-robbyn-lewis-nate-loewentheil/

RS_2018-06.xz.deduped.txt:204153 - https://theintercept.com/2018/06/12/fotos-funcionarios-itaipu-incendio-indigenas/

RS_2018-06.xz.deduped.txt:204904 - https://theintercept.com/2018/06/20/state-election-russia-hacking-voting-system/

RS_2018-06.xz.deduped.txt:205321 - https://theintercept.com/2018/06/20/family-separation-immigration-history-slavery-mass-incarceration/

RS_2018-06.xz.deduped.txt:208199 - https://theintercept.com/2018/06/20/scott-pruitt-epa-security-total-expenses-foia/

RS_2018-06.xz.deduped.txt:208879 - https://theintercept.com/2018/06/20/libya-us-drone-strikes/

RS_2018-06.xz.deduped.txt:212662 - https://theintercept.com/2018/06/21/trump-family-separation-immigration-children-reunification/

RS_2018-06.xz.deduped.txt:216712 - https://theintercept.com/2018/06/21/the-intercept-welcomes-tech-whistleblowers-as-part-of-a-global-partnership/

RS_2018-06.xz.deduped.txt:219309 - https://static.theintercept.com/amp/private-prison-corporation-wrote-texas-bill-extending-how-long-immigrant-children-can-be-detained.html

RS_2018-06.xz.deduped.txt:224889 - https://theintercept.com/2018/06/22/is-it-time-to-reckon-with-obamas-foreign-policy-legacy/

RS_2018-06.xz.deduped.txt:225167 - https://theintercept.com/2018/06/22/steny-hoyer-family-separations-congressional-hispanic-caucus/

RS_2018-06.xz.deduped.txt:225969 - https://theintercept.com/2018/06/22/new-york-prosecutorial-misconduct-andrew-cuomo/

RS_2018-06.xz.deduped.txt:227669 - https://theintercept.com/2018/06/22/broidy-circinus-spying-tunisia-romania-uae/

RS_2018-06.xz.deduped.txt:228097 - https://theintercept.com/2018/06/22/chuck-schumer-sec-katheryn-rosen/

RS_2018-06.xz.deduped.txt:228558 - https://theintercept.com/2018/06/21/yemen-war-humanitarian-crisis/

RS_2018-06.xz.deduped.txt:229331 - https://theintercept.com/2018/06/22/family-separation-lawsuit/

RS_2018-06.xz.deduped.txt:229484 - https://theintercept.com/2018/06/22/the-american-right-wing-had-another-great-week-online/

RS_2018-06.xz.deduped.txt:229754 - https://theintercept.com/2018/06/22/supreme-court-rules-that-government-must-get-a-warrant-before-accessing-cell-phone-location-data/

RS_2018-06.xz.deduped.txt:237136 - https://theintercept.com/2018/06/23/deportation-family-separation-ice-barrios-vasquez-immigration-sanctuary/

RS_2018-06.xz.deduped.txt:238059 - https://theintercept.com/2018/06/23/guantanamo-bay-force-feeding-fasting/

RS_2018-06.xz.deduped.txt:242864 - https://theintercept.com/2018/06/24/students-for-justice-in-palestine-fbi-sjp/

RS_2018-06.xz.deduped.txt:243563 - https://theintercept.com/2018/06/24/mal-hyman-south-carolina-7th-congressional-district-palestine/

RS_2018-06.xz.deduped.txt:250806 - https://theintercept.com/2018/06/25/att-internet-nsa-spy-hubs/

RS_2018-06.xz.deduped.txt:250836 - https://theintercept.com/2018/06/25/alguem-ja-foi-punido-pela-lei-contra-racismo-no-rio-nao-encontramos/

RS_2018-06.xz.deduped.txt:252109 - https://theintercept.com/2018/06/25/swedens-world-cup-team-two-words-fans-hate-immigrants-fuck-racism/

RS_2018-06.xz.deduped.txt:254272 - https://theintercept.com/2018/06/25/att-internet-nsa-spy-hubs/#chicago

RS_2018-06.xz.deduped.txt:255279 - https://theintercept.com/2018/06/25/sarah-huckabee-sanders-virginia-restaurant/

RS_2018-06.xz.deduped.txt:258222 - https://theintercept.com/2018/06/25/interpol-voice-identification-database/

RS_2018-06.xz.deduped.txt:261732 - https://theintercept.com/2018/06/26/in-new-york-women-are-taking-on-the-new-york-machine-but-emilys-list-is-staying-on-the-sidelines/

RS_2018-06.xz.deduped.txt:262419 - https://theintercept.com/2018/06/26/trump-family-detention-dhs-ice/

RS_2018-06.xz.deduped.txt:264643 - https://theintercept.com/2018/06/26/reality-winner-plea-deal/

RS_2018-06.xz.deduped.txt:266943 - https://theintercept.com/2018/06/26/google-and-facebook-are-quietly-fighting-californias-privacy-rights-initiative-emails-reveal/

RS_2018-06.xz.deduped.txt:267368 - https://theintercept.com/2018/06/26/immigration-detention-center-abuse-ice/

RS_2018-06.xz.deduped.txt:268592 - https://theintercept.com/2018/06/26/reality-winner-hearing-plea-deal/

RS_2018-06.xz.deduped.txt:270118 - https://theintercept.com/2018/06/26/the-white-supremacy-court-upholds-the-muslim-ban/

RS_2018-06.xz.deduped.txt:275240 - https://theintercept.com/2018/06/25/immigration-protest-texas-border-separated-children/

RS_2018-06.xz.deduped.txt:275552 - https://theintercept.com/2018/06/27/ocasio-cortez-upset-joe-crowley-democrats/

RS_2018-06.xz.deduped.txt:276395 - https://theintercept.com/2018/06/27/immigration-families-dna-testing/

RS_2018-06.xz.deduped.txt:276702 - https://theintercept.com/2018/06/27/american-express-supreme-court-ruling/

RS_2018-06.xz.deduped.txt:277044 - https://static.theintercept.com/amp/2020-presidential-election-democratic-party.html?    twitter_impression=true

RS_2018-06.xz.deduped.txt:277307 - https://theintercept.com/2018/06/27/help-us-find-the-children-the-trump-administration-has-taken-from-their-parents/

RS_2018-06.xz.deduped.txt:277468 - https://theintercept.com/2018/06/27/trump-travel-ban-supreme-court-decision-muslim/

RS_2018-06.xz.deduped.txt:277551 - https://theintercept.com/2018/06/27/federal-judge-frees-salvadoran-teen-ice-detention/
RS_2018-06.xz.deduped.txt:279350 - https://theintercept.com/2018/06/27/an-interview-with-alexandria-ocasio-cortez-the-young-democratic-socialist-who-just-shocked-the-establishment/
RS_2018-06.xz.deduped.txt:280177 - https://theintercept.com/2018/05/30/white-fear-as-the-gop-veers-toward-fascism-establishment-democrats-face-a-grassroots-insurgency/?shewon
RS_2018-06.xz.deduped.txt:280526 - https://theintercept.com/2018/06/27/abolish-ice-alexandria-ocasio-cortez/
RS_2018-06.xz.deduped.txt:281071 - https://theintercept.com/2018/06/27/thomson-reuters-defends-its-work-for-ice/
RS_2018-06.xz.deduped.txt:281097 - https://theintercept.com/2018/06/27/intercepted-live-from-brooklyn-with-sy-hersh-mariame-kaba-lee-gelernt-and-narcy/
RS_2018-06.xz.deduped.txt:281683 - https://theintercept.com/2018/06/27/lobbyists-and-business-friendly-pundits-mourn-democratic-socialist-alexandria-ocasio-cortezs-victory/
RS_2018-06.xz.deduped.txt:282611 - https://theintercept.com/2018/06/27/andrew-smith-ftc/
RS_2018-06.xz.deduped.txt:285734 - https://theintercept.com/2018/06/28/farewell-to-anthony-kennedy-author-of-some-of-the-most-ludicrous-words-in-supreme-court-history/
RS_2018-06.xz.deduped.txt:286185 - https://theintercept.com/2018/06/28/trump-tps-shithole-countries-lawsuit/
RS_2018-06.xz.deduped.txt:291064 - https://theintercept.com/2018/06/27/american-express-supreme-court-ruling/?comments=1#comments
RS_2018-06.xz.deduped.txt:291807 - https://theintercept.com/2018/06/28/israel-boycott-law-bds/
RS_2018-06.xz.deduped.txt:291810 - https://theintercept.com/2018/06/28/janus-decision-supreme-court-unions/
RS_2018-06.xz.deduped.txt:297147 - https://theintercept.com/2018/06/29/coal-bailout-rick-perry-department-of-energy/
RS_2018-06.xz.deduped.txt:301525 - https://theintercept.com/2018/06/29/birthright-israel-trip-palestine/
RS_2018-06.xz.deduped.txt:302559 - https://theintercept.com/2018/06/29/alexandria-ocasio-cortez-congressional-hispanic-caucus/
RS_2018-06.xz.deduped.txt:303802 - https://theintercept.com/2018/06/29/syria-war-saudi-arabia-qatar/
RS_2018-06.xz.deduped.txt:304983 - https://theintercept.com/2018/06/27/intercepted-live-from-brooklyn-with-sy-hersh-mariame-kaba-lee-gelernt-and-narcy
RS_2018-06.xz.deduped.txt:309175 - https://theintercept.com/2018/06/30/janus-bleed-unions-state-policy-network/
RS_2018-06.xz.deduped.txt:309206 - https://theintercept.com/2018/06/30/family-separation-reunification-brownsville-texas-court/
RS_2018-06.xz.deduped.txt:309516 - https://theintercept.com/2018/06/30/theres-an-easy-answer-to-why-alexandria-ocasio-cortez-won-socialism/
RS_2017-08.bz2.deduped.txt:629 - https://theintercept.com/2017/07/31/com-5-de-aprovacao-michel-temer-ja-nao-luta-por-sobrevivencia-mas-por-sobrevida/
RS_2017-08.bz2.deduped.txt:6756 - https://theintercept.com/2017/08/01/thousands-died-in-opioid-crisis-while-trump-commission-stalled-on-delivering-crucial-report/

RS_2017-08.bz2.deduped.txt:7281 - https://theintercept.com/2017/08/01/dutch-wary-trumps-ambassador-imagines-no-go-zones-netherlands/

RS_2017-08.bz2.deduped.txt:9789 - https://theintercept.com/2017/08/01/scholars-say-mother-jones-distorted-their-research-for-anti-homeless-article/

RS_2017-08.bz2.deduped.txt:12636 - https://static.theintercept.com/amp/seymour-hersh-blasts-media-for-uncritically-promoting-russian-hacking-story.html

RS_2017-08.bz2.deduped.txt:14939 - https://theintercept.com/2017/07/29/duterte-hell-philippines-drug-war-goodman-liwanag-field-of-vision/?comments=1#comments

RS_2017-08.bz2.deduped.txt:15638 - https://theintercept.com/2017/08/02/the-intercept-brasil-completes-its-first-year-with-plans-to-grow-further/

RS_2017-08.bz2.deduped.txt:20337 - https://theintercept.com/2017/08/02/white-house-says-russias-hackers-are-too-good-to-be-caught-but-nsa-partner-called-them-morons/

RS_2017-08.bz2.deduped.txt:21729 - https://theintercept.com/2017/08/02/treasury-secretary-steve-mnuchin-allegedly-lied-under-oath-will-the-justice-department-investigate/

RS_2017-08.bz2.deduped.txt:24548 - https://theintercept.com/2017/08/02/grafico-interativo-mostra-os-votos-dos-deputados-e-os-valores-das-emendas-liberadas/

RS_2017-08.bz2.deduped.txt:29101 - https://theintercept.com/2017/08/03/brazils-corrupt-congress-protects-its-bribe-drenched-president-finalizing-elites-two-year-plot/

RS_2017-08.bz2.deduped.txt:30525 - https://theintercept.com/2017/08/03/epa-staffers-are-being-forced-to-prioritize-energy-industrys-wish-list-says-official-who-resigned-in-protest/

RS_2017-08.bz2.deduped.txt:32016 - https://theintercept.com/2017/08/03/jared-kushners-pro-israel-bias-is-nothing-new-for-u-s-mideast-envoys-its-just-the-most-blatant/

RS_2017-08.bz2.deduped.txt:32317 - https://theintercept.com/2017/08/03/texas-police-say-sb4-is-damaging-public-safety-before-even-taking-effect/

RS_2017-08.bz2.deduped.txt:32380 - https://theintercept.com/2017/08/03/trumps-objections-russia-sanctions-law-suggest-might-trade-crimea-away/

RS_2017-08.bz2.deduped.txt:33540 - https://theintercept.com/2017/08/03/jerusalem-al-aqsa-israel-palestine-protest-waqf/

RS_2017-08.bz2.deduped.txt:34768 - https://theintercept.com/2017/08/03/jabari-brisport-new-york-city-council-dsa-democratic-socialists/

RS_2017-08.bz2.deduped.txt:42920 - https://theintercept.com/2017/08/04/cve-trump-cuts-worse-coming-radicalization-islamic-extremism/

RS_2017-08.bz2.deduped.txt:45037 - https://theintercept.com/2017/08/04/jeff-sessions-promises-to-crack-down-on-leaks-threatening-to-subpoena-reporters/

RS_2017-08.bz2.deduped.txt:46663 - https://theintercept.com/2017/08/04/dsa-democratic-socialists-convention-record-membership-chicago/

RS_2017-08.bz2.deduped.txt:47493 - https://theintercept.com/2017/08/03/homens-de-bem-de-2016-esquecem-discursos-sobre-corrupcao-e-familia-para-salvar-temer-em-2017/

RS_2017-08.bz2.deduped.txt:51532 - https://theintercept.com/2017/08/05/our-allies-film-highlights-the-role-of-iranian-backed-militias-in-americas-anti-isis-coalition/

RS_2017-08.bz2.deduped.txt:51628 - https://theintercept.com/2017/08/05/baltimore-police-bodycam-planting-drugs-accountability/

RS_2017-08.bz2.deduped.txt:52161 - https://theintercept.com/2017/08/05/whats-worse-trumps-campaign-agenda-or-empowering-generals-and-cia-operatives-to-subvert-it/

RS_2017-08.bz2.deduped.txt:56756 - https://theintercept.com/2017/08/04/dsa-democratic-socialists-convention-record-membership-chicago

RS_2017-08.bz2.deduped.txt:58782 - https://theintercept.com/2017/08/06/chicago-police-mental-health-swat-raids-militarized/

RS_2017-08.bz2.deduped.txt:59293 - https://theintercept.com/2017/08/06/donald-trump-north-korea-intercepted-podcast-john-feffer/

RS_2017-08.bz2.deduped.txt:60130 - https://theintercept.com/2017/08/06/dsa-democratic-socialists-bds-israel-palestine/

RS_2017-08.bz2.deduped.txt:61997 - https://theintercept.com/2017/08/02/intercepted-podcast-pyongyang-and-the-white-house-gang/

RS_2017-08.bz2.deduped.txt:66673 - https://theintercept.com/2017/08/07/florida-deportation-trump-supporter-gonzalez-carillo-chavez-palm-beach/

RS_2017-08.bz2.deduped.txt:66830 - https://theintercept.com/2017/08/04/verdadeiramente-assustador-ex-comandante-da-pmerj-critica-visao-de-general-para-a-ocupacao-militar-no-rio/

RS_2017-08.bz2.deduped.txt:69916 - https://theintercept.com/2017/08/07/these-are-the-technology-firms-lining-up-to-build-trumps-extreme-vetting-program/

RS_2017-08.bz2.deduped.txt:70632 - https://theintercept.com/2017/08/07/orrin-hatch-the-original-antitrust-hipster-turns-on-his-own-kind/

RS_2017-08.bz2.deduped.txt:80086 - https://theintercept.com/2017/08/05/whats-worse-trumps-campaign-agenda-or-empowering-generals-and-cia-operatives-to-subvert-it/?comments=1#comments

RS_2017-08.bz2.deduped.txt:80142 - https://theintercept.com/2017/08/08/documents-reveal-the-behind-the-scenes-chaos-of-the-muslim-ban/

RS_2017-08.bz2.deduped.txt:82969 - https://theintercept.com/2017/08/08/citizen-groups-will-sue-dupont-and-chemours-for-contaminating-drinking-water-in-north-carolina/

RS_2017-08.bz2.deduped.txt:88031 - https://theintercept.com/2017/08/09/atlas-network-alejandro-chafuen-libertarian-think-tank-latin-america-brazil/

RS_2017-08.bz2.deduped.txt:88085 - https://theintercept.com/2017/08/09/intercepted-podcast-atlas-golfed/

RS_2017-08.bz2.deduped.txt:91235 - https://theintercept.com/2017/08/09/trumps-opioid-commission-had-some-stunningly-good-recommendations-he-ignored-them-for-80s-drug-war-nostalgia/

RS_2017-08.bz2.deduped.txt:91787 - https://theintercept.com/2017/08/09/the-madman-with-nuclear-weapons-is-donald-trump-not-kim-jong-un/

RS_2017-08.bz2.deduped.txt:93299 - https://theintercept.com/2017/08/09/os-privilegiados-estao-preparados-para-a-verdadeira-meritocracia/

RS_2017-08.bz2.deduped.txt:95598 - https://theintercept.com/2017/08/09/atlas-network-alejandro-chafuen-libertarian-think-tank-latin-america-brazil

RS_2017-08.bz2.deduped.txt:97180 - https://theintercept.com/2017/08/09/gulf-government-gave-secret-20-million-gift-to-d-c-think-tank/

RS_2017-08.bz2.deduped.txt:112539 - https://theintercept.com/2017/08/11/illinois-democrat-says-elect-him-governor-and-hell-commute-all-low-level-drug-sentences/

RS_2017-08.bz2.deduped.txt:114885 - https://theintercept.com/2017/08/11/steve-bannons-tall-tale-about-how-he-visited-pakistan-in-the-navy-and-saw-the-muslim-threat/

RS_2017-08.bz2.deduped.txt:115190 - https://theintercept.com/2017/08/11/o-louco-com-armas-nucleares-e-donald-trump-nao-kim-jong-un/

RS_2017-08.bz2.deduped.txt:115317 - https://theintercept.com/2017/08/11/netanyahu-israel-saudi-iran-deal-enrichment

RS_2017-08.bz2.deduped.txt:116587 - https://theintercept.com/2017/08/10/adelson-mcmaster-zoa-brietbart-trump-donor-iran-israel/
RS_2017-08.bz2.deduped.txt:117108 - https://theintercept.com/2017/08/11/esfera-de-influencia-como-os-libertarios-americanos-estao-reinventando-a-politica-latino-americana/
RS_2017-08.bz2.deduped.txt:119413 - https://theintercept.com/2017/08/11/netanyahu-israel-saudi-iran-deal-enrichment/
RS_2017-08.bz2.deduped.txt:122086 - https://static.theintercept.com/amp/steve-bannons-tall-tale-about-how-he-visited-pakistan-in-the-navy-and-saw-the-muslim-threat.html
RS_2017-08.bz2.deduped.txt:122625 - https://theintercept.com/2017/08/12/film-the-tiny-west-virginia-town-haunted-by-an-nsa-secret/
RS_2017-08.bz2.deduped.txt:122911 - https://theintercept.com/2017/08/12/the-battle-for-venezuela-and-its-oil/
RS_2017-08.bz2.deduped.txt:123637 - https://theintercept.com/2017/08/12/theres-a-new-wells-fargo-scandal-this-time-its-the-trucoat/
RS_2017-08.bz2.deduped.txt:129051 - https://theintercept.com/2017/08/13/exxon-mobil-is-still-pumping-toxins-into-black-community-in-texas-17-years-after-civil-rights-complaint/
RS_2017-08.bz2.deduped.txt:129744 - https://theintercept.com/2017/08/13/the-misguided-attacks-on-aclu-for-defending-neo-nazis-free-speech-rights-in-charlottesville/
RS_2017-08.bz2.deduped.txt:134764 - https://theintercept.com/2017/08/13/tribal-liaison-in-minnesota-pipeline-review-is-sidelined-after-oil-company-complains-to-governor/
RS_2017-08.bz2.deduped.txt:136807 - https://theintercept.com/2017/08/14/reporter-and-press-freedom-advocate-james-risen-to-join-the-intercept-and-first-look-media/
RS_2017-08.bz2.deduped.txt:138021 - https://theintercept.com/2017/08/14/big-money-runs-illinois-can-small-donor-backed-daniel-biss-change-that/
RS_2017-08.bz2.deduped.txt:139480 - https://theintercept.com/2017/08/14/we-can-stop-north-korea-from-attacking-us-all-we-have-to-do-is-not-attack-them/
RS_2017-08.bz2.deduped.txt:140114 - https://theintercept.com/2017/08/13/the-voices-of-syria-have-always-been-ignored-by-the-west/
RS_2017-08.bz2.deduped.txt:142804 - https://theintercept.com/2017/08/14/leaked-emails-saudi-power-behind-the-throne-wants-out-of-yemen/
RS_2017-08.bz2.deduped.txt:143810 - https://theintercept.com/2017/08/14/backed-by-police-unions-legislators-standby-laws-to-protect-drivers-who-kill-protesters/
RS_2017-08.bz2.deduped.txt:148022 - https://theintercept.com/2017/08/15/fearful-villagers-see-the-u-s-using-afghanistan-as-a-playground-for-their-weapons/
RS_2017-08.bz2.deduped.txt:149944 - https://theintercept.com/2017/08/15/mad-dog-mattis-making-life-interesting-for-pentagon-stenographers/
RS_2017-08.bz2.deduped.txt:151104 - https://theintercept.com/2017/08/15/donald-trump-has-been-a-racist-all-his-life-and-he-isnt-going-to-change-after-charlottesville/
RS_2017-08.bz2.deduped.txt:156142 - https://theintercept.com/2017/08/15/longe-de-charlottesville-sao-paulo-tambem-celebra-o-lado-errado-da-historia/
RS_2017-08.bz2.deduped.txt:161581 - https://theintercept.com/2017/08/16/roy-moore-nearly-lost-a-statewide-race-in-2012-doug-jones-could-beat-him-this-time/
RS_2017-08.bz2.deduped.txt:171435 - https://theintercept.com/2017/08/17/the-north-korea-standoff-like-the-cuban-missile-crisis-exposes-the-reckless-u-s-worldview/
RS_2017-08.bz2.deduped.txt:173305 - https://theintercept.com/2017/08/17/this-group-has-successfully-converted-white-supremacists-using-compassion-trump-defunded-it/

RS_2017-08.bz2.deduped.txt:173888 - https://theintercept.com/2017/08/17/weapons-money-intended-for-economic-development-being-secretly-diverted-to-lobbying/
RS_2017-08.bz2.deduped.txt:174942 - https://theintercept.com/2017/08/17/wells-fargo-pwc-board-reshuffle/
RS_2017-08.bz2.deduped.txt:175966 - https://theintercept.com/2017/08/17/email-shows-uaes-ambassador-worried-about-targeting-of-civilian-sites-in-yemen-war/
RS_2017-08.bz2.deduped.txt:176108 - https://theintercept.com/2017/08/17/cia-torture-settlement-aclu-mitchell-jessen/
RS_2017-08.bz2.deduped.txt:176878 - https://theintercept.com/2017/08/16/ao-criar-editoria-de-guerra-jornal-extra-endossa-politica-de-seguranca-fracassada-do-estado/
RS_2017-08.bz2.deduped.txt:177665 - https://theintercept.com/2017/08/15/donald-trump-has-been-a-racist-all-his-life-and-he-isnt-going-to-change-after-charlottesville/?0
RS_2017-08.bz2.deduped.txt:177782 - https://theintercept.com/2017/08/17/rural-hospitals-suffer-as-pakistani-doctors-denied-visas-to-u-s/
RS_2017-08.bz2.deduped.txt:186396 - https://theintercept.com/2017/08/18/epa-welcomed-industry-feedback-before-reversing-chlorpyrifos-pesticide-ban-ignoring-health-concerns/
RS_2017-08.bz2.deduped.txt:187248 - https://theintercept.com/2017/08/18/more-trump-populism-doj-shuts-down-an-operation-that-was-successfully-combatting-consumer-fraud/
RS_2017-08.bz2.deduped.txt:188895 - https://theintercept.com/2017/08/18/steve-bannon-is-gone-but-his-bigotry-stays-in-the-white-house/
RS_2017-08.bz2.deduped.txt:195870 - https://theintercept.com/2017/08/18/bannon-fired-trump-isolated-from-conservatives-team-congress/
RS_2017-08.bz2.deduped.txt:197511 - https://theintercept.com/2017/08/19/nsa-spy-hub-cia-pine-gap-australia/
RS_2017-08.bz2.deduped.txt:197612 - https://theintercept.com/2017/08/17/this-group-has-successfully-converted-white-supremacists-using-compassion-trump-defunded-it/?0
RS_2017-08.bz2.deduped.txt:201272 - https://theintercept.com/2017/08/20/a-relacao-carnal-entre-governo-temer-e-emissoras-de-tv/
RS_2017-08.bz2.deduped.txt:201733 - https://theintercept.com/2017/08/20/atlanitc-sunrise-pipeline-pennsylvania-lancaster-county-nuns-protest/
RS_2017-08.bz2.deduped.txt:207699 - https://theintercept.com/2017/08/18/epa-welcomed-industry-feedback-before-reversing-chlorpyrifos-pesticide-ban-ignoring-health-concerns/https://theintercept.com/2017/08/18/epa-welcomed-industry-feedback-before-reversing-chlorpyrifos-pesticide-ban-ignoring-health-concerns/
RS_2017-08.bz2.deduped.txt:212136 - https://theintercept.com/2017/08/21/sem-gilmar-mendes-como-padrinho-221-mil-pessoas-aguardam-julgamento-na-cadeia/
RS_2017-08.bz2.deduped.txt:212235 - https://theintercept.com/2017/08/21/donald-trump-afghanistan-us-get-out/
RS_2017-08.bz2.deduped.txt:213235 - https://theintercept.com/2017/08/21/trump-may-not-survive-his-term-but-the-assassination-complex-will/
RS_2017-08.bz2.deduped.txt:215766 - https://theintercept.com/2017/08/21/com-distritao-e-financiamento-misto-reforma-politica-reune-o-pior-dos-mundos/
RS_2017-08.bz2.deduped.txt:217192 - https://theintercept.com/2017/08/22/donald-trump-new-afghanistan-plan-promises-more-killing-and-little-else/
RS_2017-08.bz2.deduped.txt:219897 - https://theintercept.com/2017/08/22/syrian-civilians-brace-for-humanitarian-disaster-of-a-final-confrontation-between-assad-and-jihadists/

RS_2017-08.bz2.deduped.txt:221601 - https://theintercept.com/2017/08/22/reforma-politica-ignora-propostas-que-dariam-mais-poder-ao-eleitor/
RS_2017-08.bz2.deduped.txt:223558 - https://theintercept.com/2017/08/22/projeto-de-lei-quer-garantir-subsistencia-de-politicos-acusados-de-corrupcao/
RS_2017-08.bz2.deduped.txt:223965 - https://theintercept.com/2017/08/22/texas-seeks-trumps-help-to-defund-planned-parenthood/
RS_2017-08.bz2.deduped.txt:224597 - https://theintercept.com/2017/08/22/afghanistan-donald-trump-taliban-surrender-here-we-are/
RS_2017-08.bz2.deduped.txt:225353 - https://theintercept.com/2017/08/22/federal-funding-local-police-sanctuary-city-sb54-california/
RS_2017-08.bz2.deduped.txt:226981 - https://static.theintercept.com/amp/jabari-brisport-new-york-city-council-dsa-democratic-socialists.html
RS_2017-08.bz2.deduped.txt:231559 - https://theintercept.com/2017/08/23/boston-alt-right-police-black-lives-matter-counter-demonstration/
RS_2017-08.bz2.deduped.txt:232946 - https://theintercept.com/2017/08/23/trumps-inability-to-hit-his-own-deadlines-is-becoming-darkly-comical/
RS_2017-08.bz2.deduped.txt:235577 - https://theintercept.com/2017/08/23/california-sheriffs-immigration-battle-sb54-sanctuary-state/
RS_2017-08.bz2.deduped.txt:236301 - https://theintercept.com/2017/08/23/populist-challenger-stuns-in-birmingham-mayoral-election-will-go-to-runoff/
RS_2017-08.bz2.deduped.txt:236398 - https://projects.theintercept.com/eo-tracker/
RS_2017-08.bz2.deduped.txt:236565 - https://theintercept.com/2017/08/23/new-bill-would-force-arrested-protesters-to-pay-police-overtime-other-fees/
RS_2017-08.bz2.deduped.txt:238456 - https://theintercept.com/2017/08/23/o-taliba-ja-tentou-se-render-os-estados-unidos-rejeitaram-e-guerra-do-afeganistao-nao-tem-fim/
RS_2017-08.bz2.deduped.txt:242587 - https://theintercept.com/2017/08/23/man-waving-blacks-trump-sign-presidents-rally-bizarre-beliefs-race-war/
RS_2017-08.bz2.deduped.txt:244875 - https://theintercept.com/2017/08/24/i-asked-the-u-s-military-for-its-leaflets-about-joseph-kony-they-sidestepped-the-request-then-burned-them/
RS_2017-08.bz2.deduped.txt:246532 - https://theintercept.com/2017/08/10/is-the-queer-brigade-fighting-isis-in-syria-a-force-for-liberation-or-alienation/
RS_2017-08.bz2.deduped.txt:246605 - https://theintercept.com/2017/08/24/com-tuberculose-rafael-braga-segue-sendo-o-retrato-do-sistema-carcerario-brasileiro/
RS_2017-08.bz2.deduped.txt:249023 - https://theintercept.com/2017/08/24/trump-labor-department-announces-it-will-honor-ronald-reagan-the-man-who-broke-american-labor/
RS_2017-08.bz2.deduped.txt:250139 - https://theintercept.com/2017/08/24/court-trump-protester-data-inauguration-disruptj20/
RS_2017-08.bz2.deduped.txt:257536 - https://theintercept.com/2017/08/25/even-wikileaks-haters-shouldnt-want-it-labeled-a-hostile-intelligence-agency/
RS_2017-08.bz2.deduped.txt:258159 - https://theintercept.com/2017/08/25/video-how-white-nationalism-became-normal-online/
RS_2017-08.bz2.deduped.txt:258177 - https://theintercept.com/2017/08/25/north-korea-keeps-saying-it-might-give-up-its-nuclear-weapons-but-most-news-outlets-wont-tell-you-that/
RS_2017-08.bz2.deduped.txt:259391 - https://theintercept.com/2017/08/25/mark-lillas-book-criticizes-identity-politics-but-falls-short-on-proposing-an-alternative/
RS_2017-08.bz2.deduped.txt:259542 - https://theintercept.com/2017/08/25/kirstjen-nielsen-dhs/

RS_2017-08.bz2.deduped.txt:260076 - https://theintercept.com/2017/08/25/border-patrol-checkpoints-in-texas-will-stay-open-as-hurricane-evacuation-is-underway/
RS_2017-08.bz2.deduped.txt:265271 - https://theintercept.com/2017/08/26/dapl-security-firm-tigerswan-responded-to-pipeline-vandalism-by-launching-multistate-dragnet/
RS_2017-08.bz2.deduped.txt:271304 - https://theintercept.com/2017/08/27/hit-app-sarahah-quietly-uploads-your-address-book/
RS_2017-08.bz2.deduped.txt:271545 - https://theintercept.com/2017/08/27/mbl-tira-a-mascara-e-entra-firme-na-politica-partidaria/
RS_2017-08.bz2.deduped.txt:279531 - https://theintercept.com/2017/08/28/entire-families-are-being-killed-by-u-s-airstrikes-in-raqqa-syria/
RS_2017-08.bz2.deduped.txt:282889 - https://theintercept.com/2017/08/28/harvey-batters-houston-donald-trump-focused-like-laser-beam-twitter-feed/
RS_2017-08.bz2.deduped.txt:284211 - https://theintercept.com/2017/08/28/harvey-didnt-come-out-of-the-blue-now-is-the-time-to-talk-about-climate-change/
RS_2017-08.bz2.deduped.txt:291455 - https://theintercept.com/2017/08/29/at-guantanamo-men-accused-in-911-attacks-faced-their-24th-round-of-pretrial-hearings/
RS_2017-08.bz2.deduped.txt:292494 - https://theintercept.com/2017/08/29/in-europe-hate-speech-laws-are-often-used-to-suppress-and-punish-left-wing-viewpoints/
RS_2017-08.bz2.deduped.txt:295867 - https://theintercept.com/2017/08/28/are-texas-shelters-safe-for-undocumented-immigrants/
RS_2017-08.bz2.deduped.txt:296240 - https://theintercept.com/2017/08/29/honduras-coup-us-defense-departmetnt-center-hemispheric-defense-studies-chds/
RS_2017-08.bz2.deduped.txt:297688 - https://theintercept.com/2017/08/28/jerry-brown-sb54-california-sanctuary-state-ice-prisons/
RS_2017-08.bz2.deduped.txt:300699 - https://theintercept.com/2017/08/29/georgia-gop-rep-tells-former-colleague-she-may-go-missing-over-criticism-of-confederate-monuments/
RS_2017-08.bz2.deduped.txt:304758 - https://theintercept.com/2017/08/30/bola-da-vez-do-pacote-de-maldades-nova-taxa-do-bndes-pode-travar-investimento-e-geracao-de-emprego/
RS_2017-08.bz2.deduped.txt:306336 - https://theintercept.com/2017/08/30/national-flood-insurance-program-harvey-who-gets-to-rebuild/
RS_2017-08.bz2.deduped.txt:306499 - https://theintercept.com/2017/08/30/google-funded-think-tank-fired-google-critics-after-they-dared-criticize-google/
RS_2017-08.bz2.deduped.txt:307185 - https://theintercept.com/2017/08/30/uae-ambassador-yousef-al-otaiba-double-life-prostitutes-sex-work/
RS_2017-08.bz2.deduped.txt:314063 - https://theintercept.com/2017/08/31/how-i-got-fired-from-a-d-c-think-tank-for-fighting-against-the-power-of-google/
RS_2017-08.bz2.deduped.txt:315599 - https://theintercept.com/2017/08/31/harvey-victims-face-toxic-pollution-as-hurricane-recovery-begins/
RS_2017-08.bz2.deduped.txt:316837 - https://theintercept.com/2017/08/31/nyts-newest-op-ed-hire-bari-weiss-embodies-its-worst-failings-and-its-lack-of-viewpoint-diversity/
RS_2017-08.bz2.deduped.txt:317012 - https://theintercept.com/2017/08/31/the-new-ceo-of-uber-sits-on-the-board-of-the-new-york-times-company/
RS_2017-08.bz2.deduped.txt:317344 - https://theintercept.com/2017/08/31/harvey-houston-flooding-congress-funds-al-green/
RS_2017-08.bz2.deduped.txt:319329 - https://theintercept.com/2017/08/31/antifa-violence-gives-far-right-provocateurs-crave/

RS_2016-01.bz2.deduped.txt:2641 - https://theintercept.com/2016/01/01/gchq-play-a-british-spy-game-the-solutions/
RS_2016-01.bz2.deduped.txt:8309 - https://theintercept.com/2016/01/02/i-was-wrong-big-banks-actually-were-exactly-like-counterfeiters/
RS_2016-01.bz2.deduped.txt:20380 - https://theintercept.com/2015/07/09/spying-internet-orders-magnitude-invasive-phone-metadata/
RS_2016-01.bz2.deduped.txt:25143 - https://theintercept.com/2016/01/04/saudi-pr-machine/
RS_2016-01.bz2.deduped.txt:25731 - https://theintercept.com/2016/01/04/a-redaction-re-visited-nsa-targeted-the-two-leading-encryption-chips/
RS_2016-01.bz2.deduped.txt:26149 - https://theintercept.com/2016/01/04/assassins-were-paid-less-than-30000-to-kill-mexican-mayor/
RS_2016-01.bz2.deduped.txt:33882 - https://theintercept.com/2016/01/04/saudi-pr-machine/?comments=1#comments
RS_2016-01.bz2.deduped.txt:35422 - https://theintercept.com/2016/01/05/saudi-coalition-just-bombed-a-center-for-the-blind-in-yemen/
RS_2016-01.bz2.deduped.txt:35516 - https://theintercept.com/2016/01/05/after-obamas-executive-orders-gun-stocks-explode/
RS_2016-01.bz2.deduped.txt:40604 - https://theintercept.com/2016/01/06/the-deceptive-debate-over-what-causes-terrorism-against-the-west/
RS_2016-01.bz2.deduped.txt:41583 - https://theintercept.com/2016/01/06/why-its-scary-that-the-mall-of-america-can-crush-dissent/
RS_2016-01.bz2.deduped.txt:43349 - https://theintercept.com/2016/01/06/one-map-that-explains-the-dangerous-saudi-iranian-conflict/
RS_2016-01.bz2.deduped.txt:43717 - https://theintercept.com/2016/01/06/ex-obama-aide-known-as-hedge-funds-secret-weapon-assails-bernie-sanders-plan-to-rein-in-wall-street/
RS_2016-01.bz2.deduped.txt:44949 - https://theintercept.com/2016/01/06/wasserman-schultz-fueled-by-booze-pacs-blasts-legal-pot/
RS_2016-01.bz2.deduped.txt:45268 - https://theintercept.com/2016/01/06/north-korea-missile-waste/
RS_2016-01.bz2.deduped.txt:53146 - https://theintercept.com/2016/01/07/report-nebraska-lets-juveniles-be-locked-in-solitary-confinement-for-90-days/
RS_2016-01.bz2.deduped.txt:54217 - https://theintercept.com/2016/01/07/as-chris-christie-rises-in-polls-appeal-of-his-fort-dix-terrorism-case-moves-ahead/
RS_2016-01.bz2.deduped.txt:54218 - https://theintercept.com/2016/01/07/the-problem-with-hillary-clinton-using-gary-gensler-to-attack-bernie-sanders/
RS_2016-01.bz2.deduped.txt:57321 - https://theintercept.com/2015/01/09/solidarity-charlie-hebdo-cartoons/
RS_2016-01.bz2.deduped.txt:60430 - https://theintercept.com/2016/01/08/where-were-the-post-hebdo-free-speech-crusaders-as-france-spent-the-last-year-crushing-free-speech/
RS_2016-01.bz2.deduped.txt:62941 - https://theintercept.com/2016/01/08/hillary-clinton-earned-more-from-12-speeches-to-big-banks-than-most-americans-earn-in-their-lifetime/
RS_2016-01.bz2.deduped.txt:62942 - https://theintercept.com/2016/01/08/one-by-one-south-sudan-tries-to-name-its-war-victims/
RS_2016-01.bz2.deduped.txt:63504 - https://theintercept.com/2016/01/08/white-house-raises-encryption-threat-in-silicon-valley-summit/

RS_2016-01.bz2.deduped.txt:65189 - https://theintercept.com/2016/01/08/jean-wyllys-israel-pinkwashing/

RS_2016-01.bz2.deduped.txt:69417 - https://theintercept.com/2016/01/09/weapons-gold-rush-global/

RS_2016-01.bz2.deduped.txt:72426 - https://theintercept.com/2016/01/09/jean-wyllys-um-heroi-da-esquerda-brasileira-e-duramente-criticado-por-viagem-a-israel-e-comentarios-anti-palestinos/

RS_2016-01.bz2.deduped.txt:83459 - https://theintercept.com/2016/01/11/toxic-reform-law-would-gut-state-rules-on-dangerous-chemicals/

RS_2016-01.bz2.deduped.txt:84880 - https://theintercept.com/2016/01/11/companies-scientists-and-activists-worldwide-call-on-global-leaders-to-protect-strong-encryption/

RS_2016-01.bz2.deduped.txt:84941 - https://theintercept.com/2016/01/11/in-yemen-civilians-suffer-relentless-bombing-by-saudi-led-coalition/

RS_2016-01.bz2.deduped.txt:85302 - https://theintercept.com/2016/01/11/sentencing-reform-mandatory-minimums-election-surveillance-drug-treatment/

RS_2016-01.bz2.deduped.txt:87750 - https://theintercept.com/2016/01/11/video-game-bans-muslim-professor-because-his-name-is-like-a-terrorist-financiers/

RS_2016-01.bz2.deduped.txt:93462 - https://theintercept.com/2016/01/12/hillary-clinton-whiffs-on-reforming-wall-streets-rating-agencies/

RS_2016-01.bz2.deduped.txt:95706 - https://theintercept.com/2016/01/12/sean-penn-el-chapo-opsec/

RS_2016-01.bz2.deduped.txt:98656 - https://theintercept.com/2016/01/12/hillary-clinton-in-2008-since-when-do-other-democrats-attack-each-other-on-universal-healthcare/

RS_2016-01.bz2.deduped.txt:98957 - https://theintercept.com/2016/01/12/apples-tim-cook-lashes-out-at-white-house-officials-for-being-wishy-washy-on-encryption/

RS_2016-01.bz2.deduped.txt:102782 - https://theintercept.com/2016/01/13/us-media-condemns-irans-aggression-in-intercepting-us-naval-ships-in-iranian-waters/

RS_2016-01.bz2.deduped.txt:103613 - https://theintercept.com/2016/01/13/obama-delivers-more-pretty-words-ugly-inaction-on-money-in-politics/

RS_2016-01.bz2.deduped.txt:104894 - https://theintercept.com/2016/01/13/hillary-clinton-single-payer/

RS_2016-01.bz2.deduped.txt:106429 - https://theintercept.com/2016/01/13/al-jazeera-america-terminates-all-tv-and-digital-operations/

RS_2016-01.bz2.deduped.txt:107456 - https://theintercept.com/2016/01/13/the-state-of-the-union-for-muslim-americans/

RS_2016-01.bz2.deduped.txt:107457 - https://theintercept.com/2016/01/13/from-google-payroll-to-government-and-back-to-google-again/

RS_2016-01.bz2.deduped.txt:107771 - https://theintercept.com/2016/01/13/hagan-special-interest/

RS_2016-01.bz2.deduped.txt:114144 - https://theintercept.com/2016/01/14/howard-dean-lobbyist/

RS_2016-01.bz2.deduped.txt:115711 - https://theintercept.com/2016/01/14/13-hours-splashes-blood-across-the-screen-and-misses-real-story-of-benghazi/

RS_2016-01.bz2.deduped.txt:120045 - https://theintercept.com/2016/01/14/fearmongering-around-muslim-immigrants-echoes-anti-asian-hysteria-of-past/

RS_2016-01.bz2.deduped.txt:120891 - https://theintercept.com/2016/01/14/guantanamo-prisoners-transferred-oman-fewer-than-100-remain/

RS_2016-01.bz2.deduped.txt:120968 - https://theintercept.com/2016/01/14/ted-cruz-hates-new-york-values-but-sure-loves-new-york-money/
RS_2016-01.bz2.deduped.txt:124208 - https://theintercept.com/2016/01/15/john-kasich-saudi-arabia/
RS_2016-01.bz2.deduped.txt:125583 - https://theintercept.com/2016/01/15/the-u-s-radically-changes-its-story-of-the-boats-in-iranian-waters-to-an-even-more-suspicious-version/
RS_2016-01.bz2.deduped.txt:134009 - https://theintercept.com/2016/01/16/in-1993-meeting-hillary-clinton-acknowledged-convincing-case-for-single-payer/
RS_2016-01.bz2.deduped.txt:139270 - https://theintercept.com/2016/01/17/police-in-colombia-accused-of-spying-on-journalist-investigating-prostitution-ring/
RS_2016-01.bz2.deduped.txt:143403 - https://theintercept.com/2016/01/17/ten-years-after-last-execution-californias-death-row-continues-to-grow/
RS_2016-01.bz2.deduped.txt:148800 - https://theintercept.com/2016/01/18/martin-luther-king-jr-celebrations-overlook-his-critiques-of-capitalism-and-militarism/
RS_2016-01.bz2.deduped.txt:156373 - https://theintercept.com/2016/01/19/navy-seal-turns-over-picture-of-bin-ladens-body-faces-investigation-of-business-ties/
RS_2016-01.bz2.deduped.txt:156701 - https://theintercept.com/2016/01/19/miranda-appeal-uk-terrorism-fundamental-rights-violated/
RS_2016-01.bz2.deduped.txt:160318 - https://theintercept.com/2016/01/19/meet-debbie-wasserman-schultzs-first-ever-primary-challenger-tim-canova/
RS_2016-01.bz2.deduped.txt:160612 - https://theintercept.com/2016/01/19/richard-masterson-did-a-dubious-confession-sway-a-medical-examiners-autopsy-in-a-texas-death-penalty-case/
RS_2016-01.bz2.deduped.txt:169016 - https://theintercept.com/2016/01/20/the-white-house-asked-social-media-companies-to-look-for-terrorists-heres-why-theyd-fail/
RS_2016-01.bz2.deduped.txt:169756 - https://theintercept.com/2016/01/20/cia-director-john-brennan-visits-egypt-amid-sisi-crackdown/
RS_2016-01.bz2.deduped.txt:171102 - https://theintercept.com/2016/01/20/obama-justice-department-likes-criminally-prosecuting-people-but-not-corporations/
RS_2016-01.bz2.deduped.txt:171189 - https://theintercept.com/2016/01/20/sarah-palin-is-making-sense-really/
RS_2016-01.bz2.deduped.txt:173225 - https://theintercept.com/2016/01/20/bill-to-block-syrian-and-iraqi-refugees-stalls-in-the-senate/
RS_2016-01.bz2.deduped.txt:178202 - https://theintercept.com/2016/01/21/how-a-young-american-escaped-the-no-fly-list/
RS_2016-01.bz2.deduped.txt:178554 - https://theintercept.com/2016/01/21/the-seven-stages-of-establishment-backlash-corbynsanders-edition/
RS_2016-01.bz2.deduped.txt:180797 - https://theintercept.com/2016/01/21/howard-dean-despite-denials-has-long-sad-history-of-selling-himself-on-k-street/
RS_2016-01.bz2.deduped.txt:181571 - https://theintercept.com/2016/01/21/nsa-chief-stakes-out-pro-encryption-position-in-contrast-to-fbi/
RS_2016-01.bz2.deduped.txt:182641 - https://theintercept.com/2016/01/21/u-s-escalates-battle-to-keep-guantanamo-force-feeding-tapes-hidden/
RS_2016-01.bz2.deduped.txt:184115 - https://theintercept.com/2016/01/21/clinton-foreign-policy-experts/
RS_2016-01.bz2.deduped.txt:187903 - https://theintercept.com/2016/01/21/nsa-chief-stakes-out-pro-encryption-position-in-contrast-to-fbi

RS_2016-01.bz2.deduped.txt:190610 - https://theintercept.com/2016/01/22/bernie-sanders-gets-group-endorsements-when-members-decide-hillary-clinton-when-leaders-decide/
RS_2016-01.bz2.deduped.txt:192566 - https://theintercept.com/2016/01/22/n-y-governor-hands-top-wall-street-regulatory-job-to-a-defender-of-wall-street/
RS_2016-01.bz2.deduped.txt:198728 - https://theintercept.com/2016/01/23/clinton-goldman-sachs-laugh/
RS_2016-01.bz2.deduped.txt:200079 - https://theintercept.com/2016/01/23/surveillance-bernard-harcourt-why-do-we-expose-ourselves/
RS_2016-01.bz2.deduped.txt:213641 - https://theintercept.com/2016/01/25/how-a-small-company-in-switzerland-is-fighting-a-surveillance-law-and-winning/
RS_2016-01.bz2.deduped.txt:214259 - https://theintercept.com/2016/01/25/watch-bill-clinton-defend-bernie-sanderss-health-care-plan-in-2009/
RS_2016-01.bz2.deduped.txt:216517 - https://theintercept.com/2016/01/25/anti-corruption-crusader-zephyr-teachout-running-for-congress/
RS_2016-01.bz2.deduped.txt:216597 - https://theintercept.com/2016/01/25/anti-corruption-crusader-zephyr-teachout-running-for-congress/?comments=1#comments
RS_2016-01.bz2.deduped.txt:217559 - https://theintercept.com/2016/01/25/u-s-air-force-veteran-saadiq-long-smeared-as-an-isis-fighter-just-returned-to-the-u-s/
RS_2016-01.bz2.deduped.txt:226714 - https://theintercept.com/2016/01/25/daniel-holtzclaw-and-the-limits-of-community-policing/
RS_2016-01.bz2.deduped.txt:227458 - https://theintercept.com/2016/01/26/hillary-clinton-doing-back-to-back-finance-industry-fundraisers-just-before-iowa/
RS_2016-01.bz2.deduped.txt:228591 - https://theintercept.com/2016/01/26/ha-ha-hillary-clintons-top-financial-supporter-now-controls-the-onion/
RS_2016-01.bz2.deduped.txt:228684 - https://theintercept.com/2016/01/26/hillary-clinton-doing-back-to-back-finance-industry-fundraisers-just-before-iowa/?comments=1#comments
RS_2016-01.bz2.deduped.txt:229090 - https://theintercept.com/2015/08/18/yes-absolutely-definitely-corrupt-another-list-politicians-admitting-money-controls-politics/
RS_2016-01.bz2.deduped.txt:229261 - https://theintercept.com/2015/07/30/politicians-admitting-obvious-fact-money-affects-vote/
RS_2016-01.bz2.deduped.txt:232634 - https://theintercept.com/2016/01/26/almost-12-years-after-calling-a-reporter-doj-whistleblower-slapped-with-ethics-charges/
RS_2016-01.bz2.deduped.txt:234053 - https://theintercept.com/2016/01/27/the-u-s-intervention-in-libya-was-such-a-smashing-success-that-a-sequel-is-coming/
RS_2016-01.bz2.deduped.txt:238115 - https://theintercept.com/2016/01/26/montgomery-v-louisiana-supreme-court-gives-new-hope-to-juvenile-lifers-will-states-deliver/
RS_2016-01.bz2.deduped.txt:241804 - https://theintercept.com/2016/01/27/yemeni-american-tells-how-the-u-s-separated-him-from-his-wife-and-three-children/
RS_2016-01.bz2.deduped.txt:245581 - https://theintercept.com/2016/01/28/paul-krugman-unironically-anoints-himself-arbiter-of-seriousness-only-clinton-supporters-eligible/
RS_2016-01.bz2.deduped.txt:246779 - https://theintercept.com/2016/01/28/congressional-hearings-on-surveillance-programs-to-kick-off-in-secret/
RS_2016-01.bz2.deduped.txt:247042 - https://theintercept.com/2016/01/27/donald-trump-in-2000-i-support-the-ban-on-assault-weapons/
RS_2016-01.bz2.deduped.txt:249490 - https://theintercept.com/2016/01/28/black-americans-for-a-better-future-super-pac-100-funded-by-rich-white-guys/

RS_2016-01.bz2.deduped.txt:249595 - https://theintercept.com/2016/01/27/the-u-s-intervention-in-libya-was-such-a-smashing-success-that-a-sequel-is-coming/?comments=1#comments

RS_2016-01.bz2.deduped.txt:249899 - https://theintercept.com/2016/01/28/canada-cuts-off-some-intelligence-sharing-with-u-s-out-of-fear-for-canadians-privacy/

RS_2016-01.bz2.deduped.txt:253329 - https://theintercept.com/2016/01/28/hacked-images-from-israels-drone-fleet/

RS_2016-01.bz2.deduped.txt:253330 - https://theintercept.com/2016/01/28/israeli-drone-feeds-hacked-by-british-and-american-intelligence/

RS_2016-01.bz2.deduped.txt:255390 - https://theintercept.com/2016/01/29/elizabeth-warren-challenges-clinton-sanders-to-prosecute-corporate-crime-better-than-obama/

RS_2016-01.bz2.deduped.txt:255853 - https://theintercept.com/2016/01/28/israeli-drone-feeds-hacked-by-british-and-american-intelligence/?comments=1#comments

RS_2016-01.bz2.deduped.txt:256350 - https://theintercept.com/2016/01/29/nyt-outside-spending/

RS_2016-01.bz2.deduped.txt:259961 - https://theintercept.com/2016/01/29/discriminatory-new-visa-law-keeps-german-iranian-professor-out-of-u-s/

RS_2016-01.bz2.deduped.txt:261258 - https://theintercept.com/2016/01/29/the-intercept-welcomes-robert-mackey-to-its-staff/

RS_2016-01.bz2.deduped.txt:272654 - https://theintercept.com/2016/01/31/the-bernie-bros-narrative-a-cheap-false-campaign-tactic-masquerading-as-journalism-and-social-activism/

RS_2016-01.bz2.deduped.txt:273116 - https://theintercept.com/2016/01/31/rubio-donor-dollars/

RS_2016-01.bz2.deduped.txt:274089 - https://theintercept.com/2016/01/31/brandon-astor-jones-georgia-death-row-inmate-reminder-of-death-penalty-racist-roots/

RS_2017-04.bz2.deduped.txt:3713 - https://theintercept.com/2017/03/31/europe-keeps-its-rescue-ships-far-from-the-coast-of-libya-where-thousands-of-refugees-have-drowned/

RS_2017-04.bz2.deduped.txt:11013 - https://theintercept.com/2017/04/02/new-evidence-undermines-eu-report-tying-refugee-rescue-group-to-smugglers/

RS_2017-04.bz2.deduped.txt:13150 - https://theintercept.com/2017/04/02/joao-doria-como-prefeito-e-um-grande-representante-comercial/

RS_2017-04.bz2.deduped.txt:17596 - https://theintercept.com/2017/04/03/morte-com-arma-taurus-une-algoz-e-familia-da-vitima-contra-a-empresa-e-o-estado-de-sp/

RS_2017-04.bz2.deduped.txt:19173 - https://theintercept.com/2017/04/03/trumpcare-is-dying-now-lets-kill-the-insane-ideology-behind-it/

RS_2017-04.bz2.deduped.txt:20296 - https://theintercept.com/2017/04/03/white-house-meeting-with-egypts-tyrant-highlights-key-trump-effect-unmasking-u-s-policy/

RS_2017-04.bz2.deduped.txt:29424 - https://theintercept.com/2017/04/04/aborto-stf-e-palco-da-batalha-definitiva-pela-descriminalizacao/

RS_2017-04.bz2.deduped.txt:30879 - https://theintercept.com/2017/04/03/brexit-off-absurd-start-rumors-war-gibraltar/

RS_2017-04.bz2.deduped.txt:31401 - https://theintercept.com/2017/04/04/koch-trump-wh/

RS_2017-04.bz2.deduped.txt:34044 - https://theintercept.com/2017/04/04/julgamento-da-chapa-dilma-temer-no-tse-segue-o-rito-esperado-pelo-planalto-o-da-postergacao/

RS_2017-04.bz2.deduped.txt:34514 - https://theintercept.com/2017/04/04/scott-gottlieb-opioid/

RS_2017-04.bz2.deduped.txt:35793 - https://theintercept.com/2017/04/04/de-martin-luther-king-a-maria-eduarda-alves-a-violencia-que-ameaca-os-sonhos/

RS_2017-04.bz2.deduped.txt:35861 - https://theintercept.com/2017/04/04/lawmakers-move-to-stop-warrantless-cell-phone-searches-at-the-u-s-border/

RS_2017-04.bz2.deduped.txt:36151 - https://theintercept.com/2017/04/04/an-enemy-of-the-wall-street-foreclosure-machine-is-running-to-unseat-a-gop-lawmaker-in-california/

RS_2017-04.bz2.deduped.txt:41184 - https://theintercept.com/2017/04/05/intercepted-podcast-trumps-secret-little-prince/

RS_2017-04.bz2.deduped.txt:43810 - https://theintercept.com/2017/04/05/rep-jan-schakowsky-calls-for-investigation-into-trumps-ties-to-blackwater-founder-erik-prince/

RS_2017-04.bz2.deduped.txt:45419 - https://theintercept.com/2017/04/05/attorney-general-jeff-sessions-plans-to-roll-back-decades-of-police-reform/

RS_2017-04.bz2.deduped.txt:46308 - https://theintercept.com/2017/01/13/obama-opens-nsas-vast-trove-of-warrantless-data-to-entire-intelligence-community-just-in-time-for-trump/?true=true

RS_2017-04.bz2.deduped.txt:46642 - https://theintercept.com/2017/04/05/rep-jan-schakowsky-calls-for-investigation-into-trumps-ties-to-blackwater-founder-erik-prince

RS_2017-04.bz2.deduped.txt:47571 - https://theintercept.com/2017/04/05/minnesota-is-trying-to-crush-black-lives-movement-highway-protests-a-tactic-activists-have-used-for-decades/

RS_2017-04.bz2.deduped.txt:48010 - https://theintercept.com/2017/04/05/sob-olhar-branco-sofrimento-negro-vira-espetaculo/

RS_2017-04.bz2.deduped.txt:49201 - https://theintercept.com/2017/04/05/environmental-groups-sue-epa-to-force-ban-of-pesticide-linked-to-autism/

RS_2017-04.bz2.deduped.txt:53866 - https://theintercept.com/2017/04/06/top-democrats-are-wrong-trump-supporters-were-more-motivated-by-racism-than-economic-issues/

RS_2017-04.bz2.deduped.txt:55602 - https://theintercept.com/2017/04/06/nem-hashtags-nem-desculpas-assedio-sexual-nao-e-erro-e-crime/

RS_2017-04.bz2.deduped.txt:56039 - https://theintercept.com/2017/04/06/lideres-democratas-estao-errados-partidarios-de-trump-sao-movidos-mais-por-racismo-do-que-por-questoes-economicas/

RS_2017-04.bz2.deduped.txt:57327 - https://theintercept.com/2017/04/06/jair-bolsonaro-na-hebraica-mostra-o-racha-irreconciliavel-entre-ser-esquerda-e-sionista/

RS_2017-04.bz2.deduped.txt:58632 - https://theintercept.com/2017/04/06/terrorism-smear-campaign-against-democratic-contender-for-congress-run-by-saudi-lobbyist/

RS_2017-04.bz2.deduped.txt:60295 - https://theintercept.com/2017/04/06/the-u-s-government-is-trying-to-unmask-an-anonymous-anti-trump-twitter-account/

RS_2017-04.bz2.deduped.txt:60764 - https://theintercept.com/2017/04/06/u-s-weighs-saturation-strike-on-syrian-government-in-response-to-chemical-attack/

RS_2017-04.bz2.deduped.txt:61851 - https://theintercept.com/2017/04/06/top-democrats-are-wrong-trump-supporters-were-more-motivated-by-racism-than-economic-issues/?comments=1#comments

RS_2017-04.bz2.deduped.txt:67289 - https://theintercept.com/2017/04/07/trump-surrenders-element-surprise-warning-russia-planned-strike-ally-syria/

RS_2017-04.bz2.deduped.txt:68090 - https://theintercept.com/2017/04/07/the-spoils-of-war-trump-lavished-with-media-and-bipartisan-praise-for-bombing-syria/

RS_2017-04.bz2.deduped.txt:69615 - https://theintercept.com/2017/04/07/a-federal-reserve-bank-ignored-insider-trading-investigation-when-reappointing-its-president/

RS_2017-04.bz2.deduped.txt:70491 - https://theintercept.com/2017/04/07/mec-corta-homofobia-da-lista-de-preconceitos-que-devem-ser-combatidos-na-educacao/
RS_2017-04.bz2.deduped.txt:71565 - https://theintercept.com/2017/04/07/donald-trumps-own-defense-secretary-warned-in-2013-against-rushing-to-war-against-syria/
RS_2017-04.bz2.deduped.txt:72266 - https://theintercept.com/2017/04/07/sen-ron-wyden-government-must-explain-why-it-tried-to-expose-twitter-user/
RS_2017-04.bz2.deduped.txt:72959 - https://theintercept.com/2017/04/07/legal-experts-question-whether-trumps-syria-strike-was-constitutional/
RS_2017-04.bz2.deduped.txt:73781 - https://theintercept.com/2017/04/07/bate-boca-entre-temer-e-renan-mostra-que-brasilia-virou-um-grande-jardim-da-infancia/
RS_2017-04.bz2.deduped.txt:75937 - https://theintercept.com/2017/04/07/the-spoils-of-war-trump-lavished-with-media-and-bipartisan-praise-for-bombing-syria//
RS_2017-04.bz2.deduped.txt:76593 - https://theintercept.com/2017/04/07/legal-experts-question-whether-trumps-syria-strike-was-constitutional//
RS_2017-04.bz2.deduped.txt:77086 - https://theintercept.com/2017/04/08/arkansas-plans-to-execute-seven-people-this-month-continuing-long-tradition-of-assembly-line-killing/
RS_2017-04.bz2.deduped.txt:79146 - https://theintercept.com/2017/04/07/the-spoils-of-war-trump-lavished-with-media-and-bipartisan-praise-for-bombing-syria/?comments=1#comments
RS_2017-04.bz2.deduped.txt:83858 - https://theintercept.com/2017/04/09/fernando-holiday-do-mbl-quer-aplicar-escola-sem-partido-na-marra/
RS_2017-04.bz2.deduped.txt:87593 - https://theintercept.com/2015/03/26/passphrases-can-memorize-attackers-cant-guess/
RS_2017-04.bz2.deduped.txt:92263 - https://theintercept.com/2017/04/10/snowden-documents-reveal-scope-of-secrets-exposed-to-china-in-2001-spy-plane-incident/
RS_2017-04.bz2.deduped.txt:93105 - https://theintercept.com/2017/04/10/a-servico-do-agronegocio-governo-temer-ataca-terras-e-direitos-indigenas/
RS_2017-04.bz2.deduped.txt:97459 - https://theintercept.com/2017/04/10/drug-price-astroturf/
RS_2017-04.bz2.deduped.txt:99225 - https://theintercept.com/2017/04/06/top-democrats-are-wrong-trump-supporters-were-more-motivated-by-racism-than-economic-issues//
RS_2017-04.bz2.deduped.txt:100303 - https://theintercept.com/2017/04/07/a-federal-reserve-bank-ignored-insider-trading-investigation-when-reappointing-its-president//
RS_2017-04.bz2.deduped.txt:100307 - https://theintercept.com/2017/04/07/sen-ron-wyden-government-must-explain-why-it-tried-to-expose-twitter-user//
RS_2017-04.bz2.deduped.txt:100316 - https://theintercept.com/2017/04/07/trump-surrenders-element-surprise-warning-russia-planned-strike-ally-syria//
RS_2017-04.bz2.deduped.txt:104931 - https://static.theintercept.com/amp/top-democrats-are-wrong-trump-supporters-were-more-motivated-by-racism-than-economic-issues.html
RS_2017-04.bz2.deduped.txt:106299 - https://theintercept.com/2017/04/11/trump-trial-balloon-to-eliminate-social-security-tax-undermines-key-defense-of-the-program/
RS_2017-04.bz2.deduped.txt:106897 - https://theintercept.com/2017/04/11/sen-ron-wyden-talks-trump-russia-warrantless-backdoor-queries-and-hacking-of-u-s-phone-system/
RS_2017-04.bz2.deduped.txt:108197 - https://theintercept.com/2017/04/11/sean-spicer-justifies-syria-strike-by-claiming-hitler-who-gassed-millions-didnt-use-chemical-weapons/
RS_2017-04.bz2.deduped.txt:114690 - https://theintercept.com/2017/04/12/intercepted-podcast-the-emperors-new-cruise-missiles/

RS_2017-04.bz2.deduped.txt:116098 - https://theintercept.com/2017/04/12/victims-of-criminal-cops-in-chicago-are-fighting-to-overturn-their-wrongful-convictions/
RS_2017-04.bz2.deduped.txt:116374 - https://theintercept.com/2017/04/12/msnbcs-rachel-maddow-sees-a-russia-connection-lurking-around-every-corner/
RS_2017-04.bz2.deduped.txt:116823 - https://theintercept.com/2017/04/12/odebrecht-afirma-que-pagou-para-interferir-em-ao-menos-12-medidas-provisorias/
RS_2017-04.bz2.deduped.txt:117822 - https://theintercept.com/2017/04/12/how-to-jam-the-trump-brand/
RS_2017-04.bz2.deduped.txt:119484 - https://theintercept.com/2017/04/12/vladimir-putin-doesnt-know-syria-conspiracy-theory-believe/
RS_2017-04.bz2.deduped.txt:120344 - https://theintercept.com/2017/04/11/apropriacao-ideologica-e-o-meme-da-globo-feminista/
RS_2017-04.bz2.deduped.txt:128234 - https://theintercept.com/2017/04/13/burmese-nobel-prize-winner-aung-san-suu-kyi-has-turned-into-an-apologist-for-genocide-against-muslims/
RS_2017-04.bz2.deduped.txt:130599 - https://theintercept.com/2017/04/13/contractor-whose-business-model-is-price-gouging-the-pentagon-has-powerful-wall-st-backers/
RS_2017-04.bz2.deduped.txt:131445 - https://theintercept.com/2017/04/13/some-populist-trump-caves-to-big-business-in-epic-bank-of-boeing-flip-flop/
RS_2017-04.bz2.deduped.txt:133933 - https://theintercept.com/2017/04/13/telecom-cash-isp/
RS_2017-04.bz2.deduped.txt:133934 - https://theintercept.com/2017/04/13/trump-90-days-ago-my-people-will-have-a-full-report-on-hacking-within-90-days/
RS_2017-04.bz2.deduped.txt:134683 - https://theintercept.com/2017/04/13/mother-of-all-bombs-never-used-before-due-to-civilian-casualty-concerns/
RS_2017-04.bz2.deduped.txt:135251 - https://theintercept.com/2017/04/13/o-amigo-de-35-milhoes-como-o-ex-presidente-lula-esta-envolvido-nas-delacoes-da-lava-jato/
RS_2017-04.bz2.deduped.txt:137525 - https://theintercept.com/2017/04/13/mother-of-all-bombs-never-used-before-due-to-civilian-casualty-concerns
RS_2017-04.bz2.deduped.txt:138100 - https://theintercept.com/2017/04/13/the-strangers-who-got-snowdens-secrets-in-the-mail/
RS_2017-04.bz2.deduped.txt:140072 - https://theintercept.com/2017/04/14/trumps-cia-director-pompeo-targeting-wikileaks-explicitly-threatens-speech-and-press-freedoms/
RS_2017-04.bz2.deduped.txt:142310 - https://theintercept.com/2017/04/14/as-arkansas-prepares-for-seven-back-to-back-executions-a-victim-requests-clemency/
RS_2017-04.bz2.deduped.txt:143713 - https://theintercept.com/2017/04/14/leaked-nsa-malware-threatens-windows-users-around-the-world/
RS_2017-04.bz2.deduped.txt:145166 - https://theintercept.com/2017/04/14/new-york-times-promises-truth-and-diversity-then-hires-climate-denying-anti-arab-white-guy/
RS_2017-04.bz2.deduped.txt:145874 - https://theintercept.com/2017/04/12/how-to-jam-the-trump-brand/?0
RS_2017-04.bz2.deduped.txt:149549 - https://theintercept.com/2017/04/15/paul-ryan-cash/
RS_2017-04.bz2.deduped.txt:150419 - https://theintercept.com/2017/04/14/trumps-deepening-embrace-of-bahrains-repressive-monarchy-may-lead-to-more-instability/
RS_2017-04.bz2.deduped.txt:152122 - https://theintercept.com/2017/04/14/students-pakistani-university-lynch-classmate-falsely-accused-blasphemy/

RS_2017-04.bz2.deduped.txt:152579 - https://theintercept.com/2017/04/14/trumps-cia-director-pompeo-targeting-wikileaks-explicitly-threatens-speech-and-press-freedoms/?comments=1#comments

RS_2017-04.bz2.deduped.txt:153360 - http://theintercept.com/2016/04/15/barack-obama-never-said-money-wasnt-corrupting-in-fact-he-said-the-opposite/

RS_2017-04.bz2.deduped.txt:156199 - https://theintercept.com/2017/04/16/a-father-describes-saving-his-daughter-from-u-s-bombardment-of-mosul/

RS_2017-04.bz2.deduped.txt:164155 - https://theintercept.com/2017/04/17/trumps-abrupt-regime-change-pivot-raises-concerns-about-a-mad-max-syria-should-assad-fall/

RS_2017-04.bz2.deduped.txt:164210 - https://theintercept.com/2017/04/17/happy-tax-day-heres-how-corporations-plan-to-screw-you-over/

RS_2017-04.bz2.deduped.txt:165588 - https://theintercept.com/2017/04/17/os-desconhecidos-que-receberam-os-segredos-de-snowden-pelo-correio/

RS_2017-04.bz2.deduped.txt:166657 - https://theintercept.com/2017/04/17/empreiteiros-odebrecht-ignoraram-trajetoria-da-familia-ao-crescer-ancorados-em-politicos/

RS_2017-04.bz2.deduped.txt:171059 - https://theintercept.com/2017/04/17/aecio-pulverizou-pagamentos-em-contas-no-exterior-diz-delator/

RS_2017-04.bz2.deduped.txt:171220 - https://theintercept.com/document/2017/01/31/domestic-investigations-and-operations-guide/#page-1

RS_2017-04.bz2.deduped.txt:174352 - https://theintercept.com/2017/04/18/frances-bernie-sanders-started-his-own-party-and-is-surging-in-the-polls/

RS_2017-04.bz2.deduped.txt:177054 - https://theintercept.com/2017/04/13/governo-esta-comprando-apoio-editorial-a-reforma-da-previdencia/

RS_2017-04.bz2.deduped.txt:177136 - https://theintercept.com/2017/04/18/fhc-e-lula-dois-investimentos-certeiros-da-odebrecht/

RS_2017-04.bz2.deduped.txt:177423 - https://theintercept.com/2017/04/18/former-arkansas-death-row-chief-shocked-at-execution-binge-what-are-they-going-to-tell-their-kids/

RS_2017-04.bz2.deduped.txt:177832 - https://theintercept.com/2017/04/18/british-prime-minister-wants-election-now-cost-brexit-becomes-clear/

RS_2017-04.bz2.deduped.txt:178001 - https://theintercept.com/2017/04/18/todos-estao-surdos-de-uma-orelha/

RS_2017-04.bz2.deduped.txt:182140 - https://theintercept.com/2017/04/18/trumps-indonesian-allies-in-bed-with-isis-backed-militia-seeking-to-oust-elected-president/

RS_2017-04.bz2.deduped.txt:183018 - https://theintercept.com/2017/04/18/trumps-indonesian-allies-in-bed-with-isis-backed-militia-seeking-to-oust-elected-president/?comments=1#comments

RS_2017-04.bz2.deduped.txt:184800 - https://theintercept.com/2017/04/19/intercepted-podcast-julian-assange-speaks-out-as-trumps-cia-director-threatens-to-end-wikileaks/

RS_2017-04.bz2.deduped.txt:185646 - https://theintercept.com/2017/04/19/assange-strikes-back-at-cia-and-talks-trump-russia-and-hillary-clinton/

RS_2017-04.bz2.deduped.txt:185824 - https://theintercept.com/2017/04/19/a-sanders-campaign-adviser-was-a-russian-vitali-shkliarov-speaks-out/

RS_2017-04.bz2.deduped.txt:189927 - https://theintercept.com/2017/04/19/governo-apresenta-calculo-com-erros-basicos-e-omite-dados-de-material-para-justificar-reforma-da-previdencia/

RS_2017-04.bz2.deduped.txt:190005 - https://theintercept.com/2017/04/19/u-s-bombed-mosque-syria-killing-dozens-civilians-investigators-conclude/

RS_2017-04.bz2.deduped.txt:191765 - https://theintercept.com/2017/04/19/donald-trump-expected-to-pick-shadow-banker-for-key-position-at-the-fed/
RS_2017-04.bz2.deduped.txt:192262 - https://theintercept.com/2017/04/19/key-official-in-trump-russia-investigation-will-step-down/
RS_2017-04.bz2.deduped.txt:198884 - https://theintercept.com/2017/04/20/the-syrian-people-have-been-betrayed-by-all-sides/
RS_2017-04.bz2.deduped.txt:199315 - https://theintercept.com/2017/04/20/staff-for-sale/
RS_2017-04.bz2.deduped.txt:199738 - https://theintercept.com/2017/04/20/o-povo-sirio-foi-traido-por-todos-os-lados/
RS_2017-04.bz2.deduped.txt:200479 - https://theintercept.com/2017/04/20/trump-should-let-us-see-alleged-documents-showing-russian-plans-to-sway-the-u-s-election/
RS_2017-04.bz2.deduped.txt:201596 - https://theintercept.com/2017/04/20/more-than-400-people-convicted-of-terrorism-in-the-u-s-have-been-released-since-911/
RS_2017-04.bz2.deduped.txt:201599 - https://theintercept.com/2017/04/20/fbi-stings-zero-in-on-isis-sympathizers-few-have-terrorist-links/
RS_2017-04.bz2.deduped.txt:201600 - https://theintercept.com/2017/04/20/the-governments-own-data-shows-country-of-origin-is-a-poor-predictor-of-terrorist-threat/
RS_2017-04.bz2.deduped.txt:203393 - https://trial-and-terror.theintercept.com/
RS_2017-04.bz2.deduped.txt:203408 - https://trial-and-terror.theintercept.com
RS_2017-04.bz2.deduped.txt:204037 - https://theintercept.com/2017/04/20/arkansas-fights-to-execute-two-men-without-testing-dna-evidence-that-could-exonerate-them/
RS_2017-04.bz2.deduped.txt:205626 - https://theintercept.com/2017/04/20/donald-trumps-inauguration/
RS_2017-04.bz2.deduped.txt:206355 - https://theintercept.com/2017/04/20/temer-revela-meandros-do-golpe-mas-jornal-nacional-so-fala-em-lula/
RS_2017-04.bz2.deduped.txt:207158 - https://theintercept.com/2017/04/20/serra-e-alckmin-sao-os-maiores-beneficiarios-da-odebrecht-em-22-anos-de-hegemonia-tucana-em-sao-paulo/
RS_2017-04.bz2.deduped.txt:209391 - https://theintercept.com/2017/04/21/in-secret-court-hearing-lawyer-objected-to-fbi-sifting-through-nsa-data-like-it-was-google/
RS_2017-04.bz2.deduped.txt:212139 - https://theintercept.com/2017/04/20/terrorism-defendants-with-concrete-ties-to-violent-extremists-leverage-their-connections-to-avoid-prison/
RS_2017-04.bz2.deduped.txt:213102 - https://theintercept.com/2017/04/21/trump-administration-ramps-up-threat-to-prosecute-immigrant-parents/
RS_2017-04.bz2.deduped.txt:215138 - https://theintercept.com/2017/04/21/border-agency-under-investigation-for-trying-to-unmask-anonymous-twitter-account/
RS_2017-04.bz2.deduped.txt:215310 - https://theintercept.com/2017/04/21/portland-executive-covertly-donates-1-million-to-inauguration-after-being-shamed-over-trump-support/
RS_2017-04.bz2.deduped.txt:215981 - https://theintercept.com/2017/04/21/cybersecurity-for-the-people-how-to-protect-your-privacy-at-a-protest/
RS_2017-04.bz2.deduped.txt:220451 - https://theintercept.com/2017/04/22/at-border-security-expo-officials-dismiss-trumps-wall-ive-got-200-foot-bluffs-on-my-border/
RS_2017-04.bz2.deduped.txt:220497 - https://theintercept.com/2017/04/20/border-officials-float-big-ideas-for-mining-social-media/
RS_2017-04.bz2.deduped.txt:221627 - https://theintercept.com/2017/04/22/why-they-march-science-and-scientists-are-now-under-attack/

RS_2017-04.bz2.deduped.txt:227690 - https://theintercept.com/2017/04/23/fear-city-explores-how-donald-trump-exploited-the-new-york-debt-crisis-to-boost-his-own-fortune/
RS_2017-04.bz2.deduped.txt:232071 - https://theintercept.com/2017/04/23/macron-le-pen-fight-french-presidency-definition-patriotism/
RS_2017-04.bz2.deduped.txt:234375 - https://theintercept.com/2017/04/24/japans-secret-deals-with-the-nsa-that-expand-global-surveillance/
RS_2017-04.bz2.deduped.txt:236524 - https://theintercept.com/2017/04/24/nsa-blimp-spied-in-the-united-states/
RS_2017-04.bz2.deduped.txt:236525 - https://theintercept.com/2017/04/24/nsa-kept-watch-over-democratic-and-republican-conventions-snowden-documents-reveal/
RS_2017-04.bz2.deduped.txt:236932 - https://theintercept.com/2015/06/24/greatest-obstacle-anti-muslim-fear-mongering-bigotry-reality/
RS_2017-04.bz2.deduped.txt:237105 - https://theintercept.com/snowden-sidtoday/3676149-finding-genetic-sequences-in-sigint/
RS_2017-04.bz2.deduped.txt:237725 - https://theintercept.com/2017/04/24/why-soviet-weather-was-secret-a-critical-gap-in-korea-and-other-nsa-newsletter-tales/
RS_2017-04.bz2.deduped.txt:238634 - https://theintercept.com/2017/04/24/stop-using-unroll-me-right-now-it-sold-your-data-to-uber/
RS_2017-04.bz2.deduped.txt:239497 - https://theintercept.com/2017/04/24/marine-le-pen-is-what-happens-when-you-try-to-meet-racism-in-the-middle/
RS_2017-04.bz2.deduped.txt:240575 - https://theintercept.com/2017/04/24/trumps-new-state-department-spokesperson-spread-anti-muslim-hate-as-fox-anchor/
RS_2017-04.bz2.deduped.txt:240781 - https://theintercept.com/2017/04/24/greg-gianforte-oracle/
RS_2017-04.bz2.deduped.txt:242970 - https://theintercept.com/2017/04/24/stop-using-unroll-me-right-now-it-sold-your-data-to-uber/?f
RS_2017-04.bz2.deduped.txt:243838 - https://theintercept.com/snowden-sidtoday/3675963-the-9-11-commission-report-hot-off-the-press/
RS_2017-04.bz2.deduped.txt:245469 - https://theintercept.com/2017/04/20/staff-for-sale/?_snoobound=1
RS_2017-04.bz2.deduped.txt:247553 - https://theintercept.com/2017/04/25/koch-industries-and-other-corporations-lobbied-for-donald-trumps-cabinet-picks-filings-show/
RS_2017-04.bz2.deduped.txt:252180 - https://theintercept.com/2017/04/25/members-of-congress-demand-trump-provide-legal-justification-for-syria-attack/
RS_2017-04.bz2.deduped.txt:252607 - https://theintercept.com/2017/04/25/mentira-pura-desmontando-argumentos-do-governo-sobre-a-reforma-da-previdencia/
RS_2017-04.bz2.deduped.txt:259406 - https://theintercept.com/2016/09/22/the-money-is-gone/?comments=1#comments
RS_2017-04.bz2.deduped.txt:260640 - https://theintercept.com/2017/04/26/donald-trump-is-slashing-programs-linking-climate-change-to-u-s-national-security/
RS_2017-04.bz2.deduped.txt:262426 - https://theintercept.com/2017/04/26/innocent-people-have-been-sentenced-to-death-in-oklahoma-commission-concludes/
RS_2017-04.bz2.deduped.txt:264246 - https://theintercept.com/2017/04/26/lobistas-de-bancos-industrias-e-transportes-quem-esta-por-tras-das-emendas-da-reforma-trabalhista/
RS_2017-04.bz2.deduped.txt:273563 - https://theintercept.com/2017/04/27/tennessees-billionaire-governor-works-with-his-corporate-buddies-to-privatize-government-jobs/

RS_2017-04.bz2.deduped.txt:273728 - https://theintercept.com/2017/04/27/bush-already-tried-trumps-proposed-corporate-tax-holiday-and-it-was-a-total-failure/
RS_2017-04.bz2.deduped.txt:275673 - https://theintercept.com/2017/04/27/formerly-imprisoned-journalist-barrett-brown-taken-back-into-custody-before-pbs-interview/
RS_2017-04.bz2.deduped.txt:276513 - https://theintercept.com/2017/04/27/le-pen-promotes-holocaust-denier-plans-ban-kosher-butchers-yarmulkes/
RS_2017-04.bz2.deduped.txt:277153 - https://theintercept.com/2017/04/27/wall-street-firm-paying-obama-400000-faced-internal-controversy-after-pocketing-huge-911-settlement/
RS_2017-04.bz2.deduped.txt:277827 - https://theintercept.com/2017/04/27/formerly-imprisoned-journalist-barrett-brown-taken-back-into-custody-before-pbs-interview/?comments=1#comments
RS_2017-04.bz2.deduped.txt:277955 - https://theintercept.com/2017/04/27/formerly-imprisoned-journalist-barrett-brown-taken-back-into-custody-before-pbs-interview
RS_2017-04.bz2.deduped.txt:279457 - https://theintercept.com/2017/04/27/a-clt-prestes-a-ser-modificada-e-mesmo-responsavel-pelo-desemprego/
RS_2017-04.bz2.deduped.txt:283667 - https://theintercept.com/2017/04/27/tennessees-billionaire-governor-works-with-his-corporate-buddies-to-privatize-government-jobs/?comments=1#comments
RS_2017-04.bz2.deduped.txt:284653 - https://theintercept.com/2017/04/28/100-days-of-deportations-trump-policies-terrorize-immigrant-families-and-neglect-criminals/
RS_2017-04.bz2.deduped.txt:286844 - https://theintercept.com/2017/04/28/u-s-signals-possible-airstrikes-in-somalia-by-asking-aid-groups-for-their-locations/
RS_2017-04.bz2.deduped.txt:287616 - https://theintercept.com/2017/04/28/how-a-professional-climate-change-denier-discovered-the-lies-and-decided-to-fight-for-science/
RS_2017-04.bz2.deduped.txt:288788 - https://theintercept.com/2017/04/28/brazil-paralyzed-by-nationwide-strike-driven-by-a-familiar-global-dynamic-of-elite-corruption/
RS_2017-04.bz2.deduped.txt:289278 - https://theintercept.com/2017/04/28/nsa-backs-down-on-major-surveillance-program-that-captured-americans-communications-without-a-warrant/
RS_2017-04.bz2.deduped.txt:289419 - https://theintercept.com/2017/04/28/reforma-trabalhista-fortalece-o-patrao-e-o-trabalhador-nao-vai-ter-a-quem-recorrer/
RS_2017-04.bz2.deduped.txt:290948 - https://theintercept.com/2017/04/28/melenchon-hero-frances-far-left-will-not-vote-le-pen-wont-endorse-macron/
RS_2017-04.bz2.deduped.txt:293609 - https://theintercept.com/2017/04/29/photo-essay-a-new-pipeline-encroaches-on-floridas-fragile-everglades/
RS_2017-04.bz2.deduped.txt:293734 - https://theintercept.com/2017/04/28/greve-nacional-impulsionada-pela-conhecida-dinamica-global-de-corrupcao-e-impunidade-da-elite/
RS_2017-04.bz2.deduped.txt:293921 - https://theintercept.com/2017/04/29/water-protectors-from-polluted-communities-lead-peoples-climate-march/
RS_2017-04.bz2.deduped.txt:294952 - https://theintercept.com/2017/04/29/heres-why-we-shouldnt-laugh-at-donald-trumps-100-day-faceplant/
RS_2017-04.bz2.deduped.txt:301143 - https://theintercept.com/2017/04/30/taser-will-use-police-body-camera-videos-to-anticipate-criminal-activity/
RS_2017-04.bz2.deduped.txt:301411 - https://theintercept.com/2017/04/30/os-numeros-nao-mentem-rolo-compressor-midiatico-trabalha-em-favor-das-reformas/
RS_2017-04.bz2.deduped.txt:304248 - https://theintercept.com/2017/04/26/how-a-daughters-search-for-her-biological-father-led-her-to-an-execution-in-arkansas/

RS_2017-06.bz2.deduped.txt:423 - https://theintercept.com/2017/05/31/the-numbers-dont-lie-white-far-right-terrorists-pose-a-clear-danger-to-us-all/?comments=1#comments

RS_2017-06.bz2.deduped.txt:5249 - https://theintercept.com/2017/06/01/elizabeth-warren-debt-collection-call-sheila-bair-fcc/

RS_2017-06.bz2.deduped.txt:7142 - https://theintercept.com/2017/06/01/will-trumps-slow-mo-walkaway-world-in-flames-behind-him-finally-provoke-consequences-for-planetary-arson/

RS_2017-06.bz2.deduped.txt:8020 - https://theintercept.com/2017/06/01/james-okeefe-sued-sting-democracy-partners-million-dollar-lawsuit/

RS_2017-06.bz2.deduped.txt:9083 - https://theintercept.com/2017/06/01/trump-putin-form-axis-mass-destruction-climate-french-minister-fears/

RS_2017-06.bz2.deduped.txt:12219 - https://theintercept.com/2017/06/01/blue-cross-blue-shield-wants-people-in-georgia-to-self-diagnose-before-heading-to-the-emergency-room/

RS_2017-06.bz2.deduped.txt:13253 - https://theintercept.com/2017/06/01/french-president-emmanuel-macron-offers-refuge-american-climate-scientists/

RS_2017-06.bz2.deduped.txt:14820 - https://static.theintercept.com/amp/intercepted-podcast-theres-something-about-jared.html

RS_2017-06.bz2.deduped.txt:18358 - https://theintercept.com/2017/06/02/hna-group-corruption-scaramucci-trump-jeb-bush-clinton-guo-wengui/

RS_2017-06.bz2.deduped.txt:20606 - https://theintercept.com/2017/06/02/jared-kushner-still-has-a-job-because-washington-only-fears-republicans/

RS_2017-06.bz2.deduped.txt:21673 - https://theintercept.com/2017/06/02/hillary-clinton-barack-obama-an-attractive-good-looking-man/

RS_2017-06.bz2.deduped.txt:22039 - https://theintercept.com/2017/06/02/ireland-set-first-gay-prime-minister-leo-varadkar/

RS_2017-06.bz2.deduped.txt:22852 - https://theintercept.com/2017/06/02/scott-pelley-iraq-war-wmd-cbs/

RS_2017-06.bz2.deduped.txt:28145 - https://theintercept.com/2017/06/03/hacked-emails-show-top-uae-diplomat-coordinating-with-pro-israel-neocon-think-tank-against-iran/

RS_2017-06.bz2.deduped.txt:29504 - https://theintercept.com/2017/06/03/standing-rock-documents-expose-inner-workings-of-surveillance-industrial-complex/

RS_2017-06.bz2.deduped.txt:32309 - https://theintercept.com/2017/06/03/standing-rock-documents-expose-inner-workings-of-surveillance-industrial-complex/#comment-408415

RS_2017-06.bz2.deduped.txt:34982 - https://theintercept.com/2017/06/04/tory-uk-saudi-arabia-gifts-money/

RS_2017-06.bz2.deduped.txt:36479 - https://theintercept.com/2017/06/04/paris-accord-trump-lobby-ceo-withdraw/

RS_2017-06.bz2.deduped.txt:36676 - https://theintercept.com/2017/06/04/american-president-responds-to-london-attack-with-range-of-awful-twitter-behavior/

RS_2017-06.bz2.deduped.txt:37570 - https://theintercept.com/2017/06/04/tory-uk-saudi-arabia-gifts-money/?comments=1#comments

RS_2017-06.bz2.deduped.txt:40865 - https://theintercept.com/2017/06/03/hacked-emails-show-top-uae-diplomat-coordinating-with-pro-israel-neocon-think-tank-against-iran/?link_id=1&can_id=495c9fb930ed2b2985fdfae23cc78427&source=email-the-most-well-connected-man-in-washington-just-had-his-inbox-hacked-hoo-boy&email_referrer=the-most-well-connected-man-in-washington-just-had-his-inbox-hacked-hoo-boy&email_subject=the-most-connected-man-in-washington-just-had-his-inbox-hacked-hoo-boy

- 73 -

RS_2017-06.bz2.deduped.txt:43906 - https://theintercept.com/2017/06/05/a-50-year-occupation-israels-six-day-war-started-with-a-lie/

RS_2017-06.bz2.deduped.txt:48219 - https://theintercept.com/2017/06/05/be-careful-celebrating-googles-new-ad-blocker-heres-whats-really-going-on/

RS_2017-06.bz2.deduped.txt:48392 - https://theintercept.com/2017/06/05/top-secret-nsa-report-details-russian-hacking-effort-days-before-2016-election/

RS_2017-06.bz2.deduped.txt:48928 - https://theintercept.com/2017/06/05/top-secret-nsa-report-details-russian-hacking-effort-days-before-2016-election/?link_id=1&can_id=&source=email-russia-hacked-into-election-infrastructure-just-days-ahead-of-the-election-top-secret-analysis-concluded-2&email_referrer=russia-hacked-into-election-infrastructure-just-days-ahead-of-the-election-top-secret-analysis-concluded-2&email_subject=exclusive-russia-hacked-into-election-infrastructure-just-days-ahead-of-the-vote-top-secret-analysis-concluded

RS_2017-06.bz2.deduped.txt:48933 - https://theintercept.com/2017/06/05/top-secret-nsa-report-details-russian-hacking-effort-days-before-2016-election/?comments=1#comments

RS_2017-06.bz2.deduped.txt:49124 - https://theintercept.com/2017/06/05/fresno-state-cancels-a-middle-east-studies-professorship-after-pressure-from-right-wing-pro-israel-group/

RS_2017-06.bz2.deduped.txt:51415 - https://theintercept.com/2017/06/05/be-careful-celebrating-googles-new-ad-blocker-heres-whats-really-going-on/?comments=1#comments

RS_2017-06.bz2.deduped.txt:56539 - https://theintercept.com/2017/06/06/exclusivo-relatorio-secreto-da-nsa-mostra-hacking-russo-dias-antes-da-eleicao-americana/

RS_2017-06.bz2.deduped.txt:57725 - https://theintercept.com/2017/06/06/statement-on-justice-department-allegations/

RS_2017-06.bz2.deduped.txt:57895 - https://theintercept.com/2017/06/06/fifty-years-later-nsa-keeps-details-of-israels-uss-liberty-attack-secret/

RS_2017-06.bz2.deduped.txt:58818 - https://theintercept.com/2017/06/06/private-toll-operators-love-trump-infrastructure-plan/

RS_2017-06.bz2.deduped.txt:58895 - https://theintercept.com/2017/06/06/gilmar-mendes-agora-esta-no-twitter-e-the-intercept-brasil-tem-umas-perguntas-para-ele/

RS_2017-06.bz2.deduped.txt:60519 - https://theintercept.com/2017/06/06/trump-twitter-block-knight-first-amendment-institute/

RS_2017-06.bz2.deduped.txt:60602 - https://theintercept.com/2017/06/06/two-london-mayors-called-trumps-muslim-ban-ignorant-attacking-one/

RS_2017-06.bz2.deduped.txt:67708 - https://theintercept.com/2017/06/07/intercepted-podcast-the-woman-democrats-love-to-hate/

RS_2017-06.bz2.deduped.txt:69130 - https://theintercept.com/2017/06/07/west-virginias-senate-president-mitch-carmichael-fired-broadband-frontier-communications/

RS_2017-06.bz2.deduped.txt:71807 - https://theintercept.com/2017/06/07/clintonworld-reuniting-to-boost-one-of-their-own-in-a-democratic-primary/

RS_2017-06.bz2.deduped.txt:73660 - https://theintercept.com/2017/06/07/coats-rogers-nsa-odni-fbi-stonewall-congress-about-their-talks-with-trump-on-russia-and-comey/

RS_2017-06.bz2.deduped.txt:74013 - https://theintercept.com/2017/06/07/bucking-bernie-sanders-democrats-move-forward-on-iran-sanctions-after-terror-attack-in-tehran/

RS_2017-06.bz2.deduped.txt:84599 - https://theintercept.com/2017/06/08/james-comey-senate-hearing-trump-russia-obstruction-of-justice/

RS_2017-06.bz2.deduped.txt:86507 - https://theintercept.com/2017/06/08/obstruction-of-justice-heres-the-legal-definition/

RS_2017-06.bz2.deduped.txt:86614 - https://theintercept.com/2017/06/07/quem-e-o-empresario-milionario-que-fez-a-reforma-trabalhista-passar-irretocada-em-comissao-do-senado/
RS_2017-06.bz2.deduped.txt:86967 - https://theintercept.com/2017/06/08/portland-alt-right-milita-police-dhs-arrest-protester/
RS_2017-06.bz2.deduped.txt:93325 - https://theintercept.com/2017/06/09/election-setback-theresa-may-clings-power-u-k-thanks-ulster-extremists/
RS_2017-06.bz2.deduped.txt:94357 - https://theintercept.com/2017/06/09/jeremy-corbyns-critics-predicted-he-would-destroy-labour-they-were-radically-wrong/
RS_2017-06.bz2.deduped.txt:102486 - https://theintercept.com/2017/06/10/the-worst-of-donald-trumps-toxic-agenda-is-lying-in-wait-a-major-u-s-crisis-will-unleash-it/
RS_2017-06.bz2.deduped.txt:102854 - https://theintercept.com/2017/06/10/the-worst-of-donald-trumps-toxic-agenda-is-lying-in-wait-a-major-u-s-crisis-will-unleash-it/?comments=1#comments
RS_2017-06.bz2.deduped.txt:110508 - https://theintercept.com/2017/06/11/jeremy-corbyn-is-leading-the-left-out-of-the-wilderness-and-toward-power/
RS_2017-06.bz2.deduped.txt:120522 - https://theintercept.com/2017/06/12/trump-assigned-himself-an-awful-lot-of-homework-that-isnt-getting-done/
RS_2017-06.bz2.deduped.txt:121887 - https://theintercept.com/2017/06/12/one-year-after-pulse-shooting-in-orlando-fbi-hasnt-publicly-addressed-its-counterterrorism-failures/
RS_2017-06.bz2.deduped.txt:122277 - https://theintercept.com/2017/06/12/virginia-governor-race-perriello-northam-pipeline-dominion/
RS_2017-06.bz2.deduped.txt:122769 - https://theintercept.com/2017/06/12/trump-saudi-arms-deal-secret-briefing-mcconnell-chris-murphy/
RS_2017-06.bz2.deduped.txt:123624 - https://theintercept.com/2017/06/12/the-u-s-government-has-become-the-ultimate-extension-of-donald-trumps-for-profit-brand/
RS_2017-06.bz2.deduped.txt:124487 - https://theintercept.com/2017/06/12/judge-in-infamous-sleeper-cell-case-agrees-to-hear-new-evidence-that-could-help-convicted-terrorist/
RS_2017-06.bz2.deduped.txt:130259 - https://theintercept.com/2017/06/13/drone-strikes-columbia-law-human-rights-yemen/
RS_2017-06.bz2.deduped.txt:131270 - https://theintercept.com/2017/06/12/one-year-after-pulse-shooting-in-orlando-fbi-hasnt-publicly-addressed-its-counterterrorism-failures/?comments=1#comments
RS_2017-06.bz2.deduped.txt:132764 - https://theintercept.com/2017/06/13/theres-a-new-way-to-make-walmart-pay-for-the-food-stamps-employees-rely-on/
RS_2017-06.bz2.deduped.txt:133496 - https://theintercept.com/2017/06/13/video-how-to-resist-trumps-shock-doctrine/
RS_2017-06.bz2.deduped.txt:133772 - https://theintercept.com/2017/06/13/theresa-may-puts-peace-northern-ireland-risk-remain-u-k-prime-minister/
RS_2017-06.bz2.deduped.txt:134369 - https://theintercept.com/2017/06/13/the-interior-departments-first-memo-for-donald-trump-is-a-real-howler/
RS_2017-06.bz2.deduped.txt:136787 - https://theintercept.com/2017/06/13/saudi-arms-sale-senate-opposition-rand-paul-chris-murphy/
RS_2017-06.bz2.deduped.txt:137899 - https://theintercept.com/2017/06/13/jeff-sessions-cant-remember-anything-james-comey-trump-russia/
RS_2017-06.bz2.deduped.txt:138919 - https://theintercept.com/2017/06/13/a-transgender-candidate-won-her-virginia-primary-with-a-focus-on-fixing-route-28/

RS_2017-06.bz2.deduped.txt:141293 - https://theintercept.com/2017/06/14/intercepted-podcast-the-trump-mixtape-dantes-inferno-meets-disco-inferno/
RS_2017-06.bz2.deduped.txt:149831 - https://theintercept.com/2017/06/14/cgcn-group-congressional-black-caucus-hispanic-poverty/
RS_2017-06.bz2.deduped.txt:155379 - https://theintercept.com/2017/06/15/the-murder-of-mexican-journalists-points-to-u-s-role-in-fueling-drug-war-violence/
RS_2017-06.bz2.deduped.txt:156260 - https://theintercept.com/2017/06/15/hhs-trump-health-care-insurance-lobbyists-aca-repeal/
RS_2017-06.bz2.deduped.txt:159072 - https://theintercept.com/2017/06/15/theresa-may-avoids-survivors-grenfell-tower-fire-visit-scene-disaster/
RS_2017-06.bz2.deduped.txt:170404 - https://theintercept.com/2017/06/16/fcc-prison-phone-call-rates-court-deregulate-trump/
RS_2017-06.bz2.deduped.txt:177454 - https://theintercept.com/2017/06/17/new-teflon-toxin-found-in-north-carolina-drinking-water/
RS_2017-06.bz2.deduped.txt:177842 - https://theintercept.com/2017/06/17/brad-pitts-war-machine-offers-an-absurd-and-scathing-critique-of-americas-delusional-generals/
RS_2017-06.bz2.deduped.txt:180123 - https://theintercept.com/2017/06/17/arizona-border-patrol-raid-surveillance-no-more-deaths-humanitarian-immigration/
RS_2017-06.bz2.deduped.txt:184588 - https://theintercept.com/2017/06/18/amazon-whole-foods-merger-conflicts-trump-officials/
RS_2017-06.bz2.deduped.txt:184822 - https://theintercept.com/2017/06/18/syrian-archives-add-new-details-to-henry-kissingers-disastrous-record-in-the-middle-east/
RS_2017-06.bz2.deduped.txt:185454 - https://theintercept.com/2017/06/18/the-history-channel-is-finally-telling-the-stunning-secret-story-of-the-war-on-drugs/
RS_2017-06.bz2.deduped.txt:188485 - https://theintercept.com/2017/06/18/as-doacoes-premiadas-da-gestao-doria/
RS_2017-06.bz2.deduped.txt:192996 - https://theintercept.com/2017/06/19/joe-manchin-saudi-arabia-arms-primary-swearengin/
RS_2017-06.bz2.deduped.txt:193469 - https://theintercept.com/2017/06/19/attack-muslims-london-terrorism-u-k-theresa-may-finsbury-park-mosque/
RS_2017-06.bz2.deduped.txt:194096 - https://theintercept.com/2017/06/19/republican-data-mining-firm-exposed-personal-information-for-virtually-every-american-voter/
RS_2017-06.bz2.deduped.txt:194615 - https://theintercept.com/2017/06/19/rex-tillerson-venezuela-oas-summit-exxonmobil-maduro/
RS_2017-06.bz2.deduped.txt:199734 - https://theintercept.com/2017/06/19/mitch-mcconnell-senate-gop-healthcare-snub-patient-groups-fundraising-dinners/
RS_2017-06.bz2.deduped.txt:204263 - https://theintercept.com/2017/06/20/jeremy-corbyn-grenfell-fire-luxury-apartments-world-war-ii-churchill/
RS_2017-06.bz2.deduped.txt:204809 - https://theintercept.com/2017/06/20/feliciano-e-outros-87-deputados-se-contradizem-em-votos-da-pec-do-teto-e-da-reforma-da-previdencia/
RS_2017-06.bz2.deduped.txt:206255 - https://theintercept.com/2017/06/20/theresa-may-wants-to-fight-islamophobia-in-the-uk-you-must-be-joking/
RS_2017-06.bz2.deduped.txt:206354 - https://theintercept.com/2017/06/20/secretario-de-estado-de-trump-foge-de-reuniao-da-oea-e-de-suas-brigas-recentes-com-a-venezuela/
RS_2017-06.bz2.deduped.txt:211196 - https://theintercept.com/2017/06/20/justica-decide-que-agricultores-devem-deixar-terras-reclamadas-por-desmatadores/

RS_2017-06.bz2.deduped.txt:211449 - https://theintercept.com/2017/06/20/texas-couple-exonerated-25-years-after-being-convicted-of-lurid-crimes-that-never-happened/
RS_2017-06.bz2.deduped.txt:215839 - https://theintercept.com/2017/06/21/intercepted-podcast-dispatch-from-the-dirtbag-left/
RS_2017-06.bz2.deduped.txt:218495 - https://theintercept.com/2017/06/21/as-standing-rock-camps-cleared-out-tigerswan-expanded-surveillance-to-array-of-progressive-causes/
RS_2017-06.bz2.deduped.txt:220575 - https://theintercept.com/2014/05/19/data-pirates-caribbean-nsa-recording-every-cell-phone-call-bahamas/
RS_2017-06.bz2.deduped.txt:221186 - https://theintercept.com/2017/06/21/dakota-access-style-policing-moves-to-pennsylvanias-mariner-east-2-pipeline/
RS_2017-06.bz2.deduped.txt:222113 - https://theintercept.com/2017/06/21/jared-kushners-pursuit-middle-east-peace-looks-lot-like-total-surrender-israel/
RS_2017-06.bz2.deduped.txt:222254 - https://theintercept.com/2017/06/21/mark-warner-reality-winner-nsa-russia-hacking-election/
RS_2017-06.bz2.deduped.txt:222975 - https://theintercept.com/2017/06/21/connie-lawson-russia-election-hacking-dhs-states/
RS_2017-06.bz2.deduped.txt:230789 - https://theintercept.com/2017/06/22/the-pentagon-says-one-civilian-died-in-drone-strike-on-syrian-mosque-witnesses-say-it-killed-dozens/
RS_2017-06.bz2.deduped.txt:240822 - https://theintercept.com/2017/06/23/democratic-lobbyists-donald-trump-mottur-podesta-comcast-prudential/
RS_2017-06.bz2.deduped.txt:243657 - https://theintercept.com/2017/06/23/california-gov-jerry-brown-thinks-single-payer-cant-work-watch-presidential-candidate-jerry-brown-disagree/
RS_2017-06.bz2.deduped.txt:248167 - https://theintercept.com/2017/06/23/flimsy-evidence-and-fringe-sources-land-people-on-secretive-banking-watch-list/
RS_2017-06.bz2.deduped.txt:259500 - https://theintercept.com/2017/06/25/ralph-nader-the-democrats-are-unable-to-defend-the-u-s-from-the-most-vicious-republican-party-in-history/
RS_2017-06.bz2.deduped.txt:261083 - https://theintercept.com/2017/06/25/ralph-nader-the-democrats-are-unable-to-defend-the-u-s-from-the-most-vicious-republican-party-in-history/?comments=1#comments
RS_2017-06.bz2.deduped.txt:268917 - https://theintercept.com/2017/06/26/organization-american-states-oas-venezuela-maduro-amalgro/
RS_2017-06.bz2.deduped.txt:269612 - https://theintercept.com/2017/06/26/new-u-k-government-held-together-fear-prime-minister-jeremy-corbyn/
RS_2017-06.bz2.deduped.txt:278408 - https://theintercept.com/2017/06/27/cnn-journalists-resign-latest-example-of-media-recklessness-on-the-russia-threat/
RS_2017-06.bz2.deduped.txt:282503 - https://theintercept.com/2017/06/27/germany-sex-marriage-week-merkel-announces-change-heart/
RS_2017-06.bz2.deduped.txt:282968 - https://theintercept.com/2017/06/23/a-justica-que-serve-a-abdelmassih-e-andrea-neves-e-cega-para-os-presos-comuns/
RS_2017-06.bz2.deduped.txt:288989 - https://theintercept.com/2017/06/28/memo-to-democrats-you-need-a-clear-message-for-universal-healthcare/
RS_2017-06.bz2.deduped.txt:290999 - https://theintercept.com/2017/06/28/trump-interrupts-call-irish-leader-harass-irish-reporter/
RS_2017-06.bz2.deduped.txt:293122 - https://theintercept.com/2017/06/28/uber-but-for-workers-comp-companys-plan-neglects-injured-drivers/

RS_2017-06.bz2.deduped.txt:293698 - https://theintercept.com/2017/06/28/epas-new-water-safety-official-is-a-lobbyist-with-deep-ties-to-the-dakota-access-pipeline/
RS_2017-06.bz2.deduped.txt:295896 - https://theintercept.com/2017/06/27/will-virginia-execute-a-man-whose-crimes-were-driven-by-delusions/
RS_2017-06.bz2.deduped.txt:296668 - https://theintercept.com/2017/06/28/intercepted-podcast-house-of-trump/
RS_2017-06.bz2.deduped.txt:297720 - https://theintercept.com/2017/06/28/tigerswan-faces-lawsuit-over-unlicensed-security-operations-in-north-dakota/
RS_2017-06.bz2.deduped.txt:301905 - https://theintercept.com/2017/06/29/aplicativos-de-celular-mostram-historias-da-regiao-portuaria-esquecidas-pela-prefeitura/
RS_2017-06.bz2.deduped.txt:307399 - https://theintercept.com/2017/06/29/temer-cunha-e-aecio-lideram-ranking-de-desaplaudidos/
RS_2017-06.bz2.deduped.txt:311599 - https://theintercept.com/2017/06/30/heres-the-audio-of-donald-trumps-private-rnc-fundraiser-at-his-own-hotel/
RS_2017-06.bz2.deduped.txt:314473 - https://theintercept.com/2017/06/30/trump-obiang-corruption-kleptocracy-equatorial-guinea-teodorin/
RS_2017-06.bz2.deduped.txt:316545 - https://theintercept.com/2017/06/30/california-single-payer-organizers-are-deceiving-their-supporters-its-time-to-stop/
RS_2017-06.bz2.deduped.txt:316980 - https://theintercept.com/2017/06/30/cory-booker-will-pause-fundraising-from-big-pharma-because-it-arouses-so-much-criticism/
RS_2017-06.bz2.deduped.txt:316983 - https://theintercept.com/2017/06/30/uae-otaiba-emails-rob-malley-human-rights-watch-saudi-arabia/
RS_2017-06.bz2.deduped.txt:317811 - https://theintercept.com/2017/06/30/israel-propaganda-hasbara-app-security-flaw-rallyware-maccabee/
RS_2017-06.bz2.deduped.txt:320050 - https://theintercept.com/2017/06/27/will-virginia-execute-a-man-whose-crimes-were-driven-by-delusions/?comments=1#comments
RS_2018-03.xz.deduped.txt:6889 - https://theintercept.com/2018/03/01/school-shooting-statistics-parkland-florida/
RS_2018-03.xz.deduped.txt:7914 - https://theintercept.com/2018/03/01/norway-nsa-victory-garden-surveillance/
RS_2018-03.xz.deduped.txt:8025 - https://theintercept.com/2018/03/01/nsa-global-surveillance-sigint-seniors/
RS_2018-03.xz.deduped.txt:8026 - https://theintercept.com/2018/03/01/iraq-porn-nsa-snowden-files-sidtoday/
RS_2018-03.xz.deduped.txt:9362 - https://theintercept.com/2018/03/01/london-7-7-bombings-gchq-nsa-surveillance/
RS_2018-03.xz.deduped.txt:9885 - https://theintercept.com/2018/03/01/sex-trafficking-bill-free-speech/
RS_2018-03.xz.deduped.txt:10337 - https://theintercept.com/snowden-sidtoday
RS_2018-03.xz.deduped.txt:11052 - https://theintercept.com/2018/03/01/louisiana-bayou-bridge-pipeline-protest/
RS_2018-03.xz.deduped.txt:12813 - https://theintercept.com/2015/08/03/life-unmasking-british-eavesdroppers/
RS_2018-03.xz.deduped.txt:16380 - https://theintercept.com/2018/03/02/jared-kushner-real-estate-qatar-blockade/

RS_2018-03.xz.deduped.txt:18133 - https://theintercept.com/2018/03/02/consumers-are-revolting-against-animal-cruelty-so-the-poultry-industry-is-lobbying-for-laws-to-force-stores-to-sell-their-eggs/
RS_2018-03.xz.deduped.txt:18473 - https://static.theintercept.com/amp/jared-kushner-real-estate-qatar-blockade.html
RS_2018-03.xz.deduped.txt:18684 - https://theintercept.com/2018/03/02/consumers-are-revolting-against-animal-cruelty-so-the-poultry-industry-is-lobbying-for-laws-to-force-stores-to-sell-their-eggs/?comments=1#comments
RS_2018-03.xz.deduped.txt:18881 - https://theintercept.com/2018/03/01/exercito-direitos-brasil/
RS_2018-03.xz.deduped.txt:19597 - https://theintercept.com/2018/03/02/jared-kushner-real-estate-qatar-blockade/?link_id=0&can_id=de2e6333b2236667a4739883476fdcb9&source=email-jared-kushners-real-estate-firm-sought-money-directly-from-qatar-government-weeks-before-blockade&email_referrer=email_310769&email_subject=jared-kushners-real-estate-firm-sought-money-directly-from-qatar-government-weeks-before-blockade
RS_2018-03.xz.deduped.txt:20168 - https://theintercept.com/2018/03/02/novo-hamburgo-satanico-inquerito/
RS_2018-03.xz.deduped.txt:20343 - https://theintercept.com/2018/03/02/puerto-rico-hurricane-relief-bernie-sanders/
RS_2018-03.xz.deduped.txt:21008 - https://theintercept.com/2018/03/02/crapo-instead-of-taking-on-gun-control-democrats-are-teaming-with-republicans-for-a-stealth-attack-on-wall-street-reform/
RS_2018-03.xz.deduped.txt:29177 - https://theintercept.com/2018/03/03/baltimore-police-brutality-lawsuits-accountability/
RS_2018-03.xz.deduped.txt:30454 - https://theintercept.com/2018/03/02/crapo-instead-of-taking-on-gun-control-democrats-are-teaming-with-republicans-for-a-stealth-attack-on-wall-street-reform/?comments=1#comments
RS_2018-03.xz.deduped.txt:31322 - https://theintercept.com/2018/03/03/even-poland-never-enforces-new-holocaust-law-lot-damage-already-done/
RS_2018-03.xz.deduped.txt:31931 - https://theintercept.com/2018/03/03/doyle-hamm-alabama-execution-lethal-injection/
RS_2018-03.xz.deduped.txt:32061 - https://theintercept.com/document/2018/03/01/contact-chaining-gchq/
RS_2018-03.xz.deduped.txt:35434 - https://theintercept.com/2018/03/04/bonus-intercepted-podcast-mat-johnson-incognegro/
RS_2018-03.xz.deduped.txt:35672 - https://theintercept.com/2018/03/04/somali-deportation-flight-ice-detention-center/
RS_2018-03.xz.deduped.txt:36398 - https://theintercept.com/2018/03/01/nsa-global-surveillance-sigint-seniors/?utm_source=The+Intercept+Newsletter&utm_campaign=26982098db-EMAIL_CAMPAIGN_2018_03_03&utm_medium=email&utm_term=0_e00a5122d3-26982098db-124030089
RS_2018-03.xz.deduped.txt:37065 - https://theintercept.com/2018/03/04/oscars-2018-nominations-ranked-choice-voting/
RS_2018-03.xz.deduped.txt:45135 - https://theintercept.com/2018/03/05/guantanamo-trials-abd-al-rahim-al-nashiri/

RS_2018-03.xz.deduped.txt:46613 - https://theintercept.com/2018/03/05/crapo-bill-dodd-frank-bank-regulations/
RS_2018-03.xz.deduped.txt:47414 - https://theintercept.com/2018/03/02/consumers-are-revolting-against-animal-cruelty-so-the-poultry-industry-is-lobbying-for-laws-to-force-stores-to-s
RS_2018-03.xz.deduped.txt:49133 - https://theintercept.com/2018/03/05/steel-tariffs-wilbur-ross-pollution/
RS_2018-03.xz.deduped.txt:49644 - https://theintercept.com/2018/03/05/dccc-laura-moser-california-democrats/
RS_2018-03.xz.deduped.txt:49956 - https://theintercept.com/2018/03/05/as-the-trial-of-omar-mateens-wife-begins-new-evidence-undermines-beliefs-about-the-pulse-massacre-including-motive/
RS_2018-03.xz.deduped.txt:55905 - https://theintercept.com/2018/03/06/why-do-u-s-politicians-think-killing-millions-of-koreans-would-be-worth-it/
RS_2018-03.xz.deduped.txt:58509 - https://theintercept.com/2018/03/06/bank-regulation-citigroup-cbo/
RS_2018-03.xz.deduped.txt:59706 - https://theintercept.com/2018/03/06/oklahoma-teacher-strike-west-virginia/
RS_2018-03.xz.deduped.txt:59795 - https://theintercept.com/2018/03/06/google-is-quietly-providing-ai-technology-for-drone-strike-targeting-project/
RS_2018-03.xz.deduped.txt:59798 - https://theintercept.com/2018/03/06/new-orleans-surveillance-cameras-nopd-police/
RS_2018-03.xz.deduped.txt:66764 - https://theintercept.com/2018/03/06/leaked-files-show-how-nsa-tracks-other-countries-hackers/
RS_2018-03.xz.deduped.txt:66953 - https://theintercept.com/2018/03/07/intercepted-podcast-covert-history-revolutionary-hip-hop-and-the-politics-of-american-empire/
RS_2018-03.xz.deduped.txt:67310 - https://theintercept.com/2018/03/07/laura-moser-race/
RS_2018-03.xz.deduped.txt:68782 - https://theintercept.com/2018/03/07/kamala-harris-israel-aipac/
RS_2018-03.xz.deduped.txt:70057 - https://theintercept.com/2018/03/07/illinois-democratic-party-michael-madigan-mailers/
RS_2018-03.xz.deduped.txt:70521 - https://theintercept.com/2018/03/06/landslide-win-italian-candidate-promised-defend-white-race/
RS_2018-03.xz.deduped.txt:70811 - https://theintercept.com/2018/03/07/gary-cohn-mission-accomplished-wall-street-goldman-sachs/
RS_2018-03.xz.deduped.txt:71548 - https://theintercept.com/2018/03/07/west-virginia-teacher-strike-midterm-elections/
RS_2018-03.xz.deduped.txt:72708 - https://theintercept.com/2018/03/07/single-payer-health-care-bill-keith-ellison/
RS_2018-03.xz.deduped.txt:80273 - https://theintercept.com/2018/03/08/the-nyts-bari-weiss-falsely-denies-her-years-of-attacks-on-the-academic-freedom-of-arab-scholars-who-criticize-israel/
RS_2018-03.xz.deduped.txt:82319 - https://theintercept.com/2018/03/08/brazil-women-female-prison/
RS_2018-03.xz.deduped.txt:82514 - https://theintercept.com/2018/03/08/senate-bank-bill-wall-street-banking/

RS_2018-03.xz.deduped.txt:88791 - https://theintercept.com/2018/03/08/robert-mueller-george-nader-child-pornography/

RS_2018-03.xz.deduped.txt:91793 - https://theintercept.com/2018/03/09/amazon-echo-alexa-uk-police/

RS_2018-03.xz.deduped.txt:93504 - https://theintercept.com/2018/03/09/education-department-student-debt-rule/

RS_2018-03.xz.deduped.txt:96721 - https://theintercept.com/2018/03/09/elizabeth-warren-wall-street-bank-deregulation-bill/

RS_2018-03.xz.deduped.txt:98128 - https://theintercept.com/2018/03/09/u-k-rolls-out-red-carpet-for-saudi-prince-on-anniversary-of-u-s-saudi-u-k-car-bombing-that-killed-83-civilians/

RS_2018-03.xz.deduped.txt:99335 - https://theintercept.com/2018/03/09/guerra-psol-reuniao-petista-tarso-genro-desencadeou-o-inferno/

RS_2018-03.xz.deduped.txt:101530 - https://theintercept.com/2018/03/10/poderosa-alianca-global-espionagem/

RS_2018-03.xz.deduped.txt:102809 - https://theintercept.com/2018/03/10/ivanka-trump-organization-russia-investigation/

RS_2018-03.xz.deduped.txt:103267 - https://theintercept.com/2018/03/10/daca-program-congress-dreamers/

RS_2018-03.xz.deduped.txt:103619 - https://theintercept.com/2018/03/10/nazista-robos-fake-maconha/

RS_2018-03.xz.deduped.txt:103733 - https://theintercept.com/2018/03/10/police-shootings-public-health/

RS_2018-03.xz.deduped.txt:109952 - https://theintercept.com/2018/03/11/israel-mossad-assassination-book/

RS_2018-03.xz.deduped.txt:110019 - https://theintercept.com/2018/03/11/anti-muslim-activities-politics-terrorism-islamophobia/

RS_2018-03.xz.deduped.txt:110412 - https://theintercept.com/2018/03/11/a-trajetoria-de-ney-santos-e-um-retrato-do-fracasso-das-nossas-instituicoes/

RS_2018-03.xz.deduped.txt:120356 - https://theintercept.com/2018/03/12/tigerswan-dapl-private-security-climate-disaster-response/

RS_2018-03.xz.deduped.txt:123694 - https://theintercept.com/2018/03/12/single-payer-health-care-democrats/

RS_2018-03.xz.deduped.txt:126343 - https://theintercept.com/2018/03/12/senado-votar-lei-do-abate-de-pessoas/

RS_2018-03.xz.deduped.txt:127162 - https://theintercept.com/2018/03/12/tim-kaine-democrats-offer-last-minute-pretend-defense-of-fair-lending-laws-as-they-prepare-to-weaken-them/

RS_2018-03.xz.deduped.txt:127261 - https://theintercept.com/2018/03/12/former-spy-poisoned-military-grade-nerve-agent-developed-russia-uk-says/

RS_2018-03.xz.deduped.txt:130657 - https://static.theintercept.com/amp/trumps-cia-chief-selects-major-torture-operative-to-be-agencys-deputy-director.html?__twitter_impression=true

RS_2018-03.xz.deduped.txt:131151 - https://theintercept.com/2018/03/13/the-young-karl-marx-a-film-whose-time-has-come/

RS_2018-03.xz.deduped.txt:132198 - https://static.theintercept.com/amp/trumps-cia-chief-selects-major-torture-operative-to-be-agencys-deputy-director.html?

RS_2018-03.xz.deduped.txt:133930 - https://theintercept.com/2018/03/13/tillerson-fired-trump-hours-blaming-russia-chemical-attack-uk/

RS_2018-03.xz.deduped.txt:141602 - https://theintercept.com/2018/03/14/intercepted-podcast-the-lyin-the-rich-and-the-warmongers/
RS_2018-03.xz.deduped.txt:141904 - https://theintercept.com/2018/03/14/campus-free-speech-bds-israel-boycott/
RS_2018-03.xz.deduped.txt:142331 - https://theintercept.com/2018/03/14/dan-lipinski-marie-newman-railroads/
RS_2018-03.xz.deduped.txt:143417 - https://theintercept.com/2018/03/13/west-virginia-teacher-strike-international-womens-day/
RS_2018-03.xz.deduped.txt:143423 - https://theintercept.com/2018/03/13/opioid-crisis-new-hampshire-drug-dealing-prison/
RS_2018-03.xz.deduped.txt:144558 - https://theintercept.com/2018/03/14/u-k-expels-russian-diplomats-following-chemical-attack-wont-sanction-oligarchs/
RS_2018-03.xz.deduped.txt:145017 - https://theintercept.com/2018/03/14/marijuana-legalization-expunge-convictions/
RS_2018-03.xz.deduped.txt:145494 - https://theintercept.com/2018/03/14/yemen-war-centcom-elizabeth-warren/
RS_2018-03.xz.deduped.txt:146160 - https://theintercept.com/2018/03/14/facebook-election-meddling/
RS_2018-03.xz.deduped.txt:146991 - https://theintercept.com/2018/03/14/cia-director-gina-haspel-senate-confirmation/
RS_2018-03.xz.deduped.txt:147351 - https://theintercept.com/2018/03/14/sen-doug-joness-grassroots-supporters-ask-him-to-withdraw-support-of-bank-deregulation-bill/
RS_2018-03.xz.deduped.txt:147937 - https://theintercept.com/2018/03/14/us-arms-sales-saudi-arabia-yemen/
RS_2018-03.xz.deduped.txt:150050 - https://theintercept.com/2015/03/19/us-threatened-germany-snowden-vice-chancellor-says/
RS_2018-03.xz.deduped.txt:155569 - https://theintercept.com/2018/03/15/washington-breaks-out-the-just-following-orders-nazi-defense-for-cia-director-designate-gina-haspel/
RS_2018-03.xz.deduped.txt:157830 - https://theintercept.com/2018/03/15/austin-package-bombs/
RS_2018-03.xz.deduped.txt:157942 - https://theintercept.com/2018/03/15/betsy-devos-education-department-afge-union/
RS_2018-03.xz.deduped.txt:160636 - https://theintercept.com/2018/03/13/lower-voting-age-to-16-youth-activism/
RS_2018-03.xz.deduped.txt:161220 - http://theintercept.com/2015/03/19/us-threatened-germany-snowden-vice-chancellor-says/
RS_2018-03.xz.deduped.txt:168009 - https://theintercept.com/2018/03/16/marielle-franco-cpi-ex-vereador-miliciano-camara-rio/
RS_2018-03.xz.deduped.txt:168847 - https://theintercept.com/2018/03/16/twitter-bot-detector-software/
RS_2018-03.xz.deduped.txt:168849 - https://theintercept.com/2018/03/16/twitter-bot-detector-software/Hackers Are So Fed Up With Twitter Bots They're Hunting Them Down Themselves
RS_2018-03.xz.deduped.txt:171623 - https://theintercept.com/2018/03/16/marielle-franco-assassination-brazil-police-brutality/
RS_2018-03.xz.deduped.txt:172056 - https://theintercept.com/2018/03/16/hurricane-harvey-disaster-recovery-wage-theft/

RS_2018-03.xz.deduped.txt:172399 - https://theintercept.com/2018/03/16/dismay-ireland-leader-promised-confront-trump-boasts-aiding/
RS_2018-03.xz.deduped.txt:177394 - https://theintercept.com/2018/03/17/new-york-times-iran-israel-washington-think-tanks/
RS_2018-03.xz.deduped.txt:177524 - https://theintercept.com/2018/03/17/trump-russia-apple-whatsapp/
RS_2018-03.xz.deduped.txt:177919 - https://theintercept.com/2018/03/17/richard-spencer-college-tour-antifa-alt-right/
RS_2018-03.xz.deduped.txt:179480 - https://theintercept.com/2018/03/17/the-hilarious-terrifying-british-death-of-stalin-shows-how-american-comedys-gone-wrong/
RS_2018-03.xz.deduped.txt:180785 - https://theintercept.com/2018/03/17/essa-e-a-historia-dos-tres-crimes-que-marielle-franco-denunciou-antes-de-morrer/
RS_2018-03.xz.deduped.txt:186633 - https://theintercept.com/2018/03/18/safaa-al-shakarchi-asylum-detention-ice/
RS_2018-03.xz.deduped.txt:187616 - https://theintercept.com/2018/03/18/adversary-examines-trumps-mini-me-carl-paladino-and-how-to-beat-trumpism/
RS_2018-03.xz.deduped.txt:189770 - https://theintercept.com/2018/03/18/alt-right-jason-jorjani/
RS_2018-03.xz.deduped.txt:193091 - https://theintercept.com/2018/03/19/ranked-choice-voting-minnesota-republicans/
RS_2018-03.xz.deduped.txt:195505 - https://theintercept.com/2018/03/19/just-as-u-s-media-does-with-mlk-brazils-media-now-trying-to-whitewash-and-exploit-marielle-francos-political-radicalism/
RS_2018-03.xz.deduped.txt:196261 - https://theintercept.com/2018/03/19/nao-deixe-que-a-politica-radical-de-marielle-seja-explorada-ou-apagada-como-o-fantastico-tentou-fazer-ontem-a-noite/
RS_2018-03.xz.deduped.txt:196402 - https://theintercept.com/2018/03/19/black-lives-matter-fbi-surveillance/
RS_2018-03.xz.deduped.txt:196458 - https://theintercept.com/2018/03/19/the-cbs-interview-with-saudi-arabias-mohammed-bin-salman-was-a-crime-against-journalism/
RS_2018-03.xz.deduped.txt:202304 - https://theintercept.com/2018/03/19/erik-prince-frontier-services-group-chris-wray-fbi/
RS_2018-03.xz.deduped.txt:206191 - https://theintercept.com/2018/03/20/california-39th-congressional-district-election-2018/
RS_2018-03.xz.deduped.txt:208505 - https://theintercept.com/2018/03/20/alibaba-chinese-corporation-alibaba-joins-group-ghostwriting-american-laws/
RS_2018-03.xz.deduped.txt:208549 - https://theintercept.com/2018/03/20/the-nsa-worked-to-track-down-bitcoin-users-snowden-documents-reveal/
RS_2018-03.xz.deduped.txt:209590 - https://theintercept.com/2018/03/20/puerto-rico-hurricane-maria-recovery/
RS_2018-03.xz.deduped.txt:209663 - http://theintercept.com/2018/03/20/the-nsa-worked-to-track-down-bitcoin-users-snowden-documents-reveal/
RS_2018-03.xz.deduped.txt:210782 - https://theintercept.com/2018/03/20/liz-cheney-torture-wyoming-primary/
RS_2018-03.xz.deduped.txt:211797 - https://theintercept.com/2018/03/20/reforma-previdencia-globo-levou-milhoes-temer-publicidade/

RS_2018-03.xz.deduped.txt:212129 - https://theintercept.com/2018/03/20/larry-krasner-philadelphia-da/
RS_2018-03.xz.deduped.txt:215508 - https://theintercept.com/2018/03/20/fritz-kaegi-chicago-the-democratic-machine-is-defeated-by-an-insurgent-candidate-battling-municipal-inequality/
RS_2018-03.xz.deduped.txt:215880 - https://theintercept.com/2018/03/20/larry-krasner-philadelphia-da/?comments=1#comments
RS_2018-03.xz.deduped.txt:217995 - https://theintercept.com/2018/03/21/us-war-iraq-legacy-of-blood/
RS_2018-03.xz.deduped.txt:222710 - https://theintercept.com/2018/03/21/democrats-progressive-policies-swing-districts/
RS_2018-03.xz.deduped.txt:222958 - https://theintercept.com/2018/03/20/the-nsa-worked-to-track-down-bitcoin-users-snowden-documents-reveal
RS_2018-03.xz.deduped.txt:224389 - https://theintercept.com/2018/03/21/marielle-franco-death-brazil-violence-police/
RS_2018-03.xz.deduped.txt:225445 - https://theintercept.com/2018/03/21/ftc-facebook-chuck-schumer/
RS_2018-03.xz.deduped.txt:225496 - https://theintercept.com/2018/03/21/jared-kushner-saudi-crown-prince-mohammed-bin-salman/
RS_2018-03.xz.deduped.txt:226034 - https://theintercept.com/2018/03/21/pipeline-protest-necessity-defense-tar-sands/
RS_2018-03.xz.deduped.txt:226584 - https://theintercept.com/2018/03/19/the-cbs-interview-with-saudi-arabias-mohammed-bin-salman-was-a-crime-against-journalism/https://theintercept.com/2018/03/19/the-cbs-interview-with-saudi-arabias-mohammed-bin-salman-was-a-crime-against-journalism/
RS_2018-03.xz.deduped.txt:226596 - https://theintercept.com/2018/03/21/jared-kushner-saudi-crown-prince-mohammed-bin-salman/?
RS_2018-03.xz.deduped.txt:228711 - https://theintercept.com/2018/03/21/what-the-dan-lipinski-marie-newman-democratic-primary-in-illinois-means/
RS_2018-03.xz.deduped.txt:228898 - https://theintercept.com/2018/03/21/sanctuary-cities-deportation-ice-trump/
RS_2018-03.xz.deduped.txt:229470 - https://theintercept.com/2018/03/14/facebook-election-meddling/?utm_campaign=Revue%20newsletter&utm_medium=Newsletter&utm_source=The%20Interface
RS_2018-03.xz.deduped.txt:234649 - https://theintercept.com/2018/03/22/corecivic-solitary-confinement-ice-detention/
RS_2018-03.xz.deduped.txt:235575 - https://theintercept.com/2018/03/22/israel-jails-palestinian-mother-facebook-live-video-daughter-slapping-soldier/
RS_2018-03.xz.deduped.txt:237555 - https://theintercept.com/2018/03/22/ireland-hooded-men-torture/
RS_2018-03.xz.deduped.txt:239522 - https://theintercept.com/2018/03/22/at-trial-of-omar-mateens-wife-judges-questioning-reveals-a-huge-hole-in-prosecutions-case-and-deceit-by-prosecutors/
RS_2018-03.xz.deduped.txt:242748 - https://theintercept.com/2018/03/23/deconstructed-podcast-we-need-to-talk-about-inequality-with-bernie-sanders/
RS_2018-03.xz.deduped.txt:244455 - https://theintercept.com/2018/03/23/gatestone-institute-john-bolton-chairs-an-actual-fake-news-publisher-infamous-for-spreading-anti-muslim-hate/

RS_2018-03.xz.deduped.txt:245336 - https://theintercept.com/podcasts/deconstructed/
RS_2018-03.xz.deduped.txt:245793 - https://theintercept.com/2018/03/23/climate-change-washington-state/
RS_2018-03.xz.deduped.txt:246634 - https://theintercept.com/2018/03/23/georgia-democratic-governor-candidate-stacey-abrams-evans-gop-banks-regulation/
RS_2018-03.xz.deduped.txt:246890 - https://theintercept.com/2018/03/23/texas-23rd-congressional-district-democratic-primary-dccc/
RS_2018-03.xz.deduped.txt:248254 - https://theintercept.com/2018/03/23/maior-conjunto-minha-casa-minha-vida-desabando/
RS_2018-03.xz.deduped.txt:248461 - https://theintercept.com/2018/03/23/joshua-kushner-met-with-government-of-qatar-to-discuss-financing-in-the-same-week-father-charles-kushner-did/
RS_2018-03.xz.deduped.txt:248937 - https://theintercept.com/2018/03/23/heres-john-bolton-promising-regime-change-iran-end-2018/
RS_2018-03.xz.deduped.txt:250083 - https://theintercept.com/2018/03/23/heres-john-bolton-promising-regime-change-iran-end-2018/?comments=1#comments
RS_2018-03.xz.deduped.txt:251025 - https://theintercept.com/2018/03/23/gatestone-institute-john-bolton-chairs-an-actual-fake-news-publisher-infamous-for-spreading-anti-muslim-hate/?utm_source=fark&utm_medium=website&utm_content=link&ICID=ref_fark
RS_2018-03.xz.deduped.txt:251303 - https://theintercept.com/2018/03/23/puerto-rico-prisons-hurricane-maria/
RS_2018-03.xz.deduped.txt:253102 - https://theintercept.com/2015/05/18/exploitation-social-issues-generate-support-militarism-imperialism/
RS_2018-03.xz.deduped.txt:253721 - https://theintercept.com/2018/03/24/week-of-hell-dozens-of-african-detainees-allege-serial-abuse-and-hate-crimes-at-notorious-private-immigration-jail/
RS_2018-03.xz.deduped.txt:254200 - https://theintercept.com/2018/03/24/un-united-nations-sexual-assault/
RS_2018-03.xz.deduped.txt:254517 - https://theintercept.com/2018/03/20/the-nsa-worked-to-track-down-bitcoin-users-snowden-documents-reveal/?utm_source=The+Intercept+Newsletter&utm_campaign=5c426328c5-EMAIL_CAMPAIGN_2018_03_24&utm_medium=email&utm_term=0_e00a5122d3-5c426328c5-131569233
RS_2018-03.xz.deduped.txt:254533 - https://theintercept.com/2018/03/24/demand-abolition-sex-work-nonprofit-prosecutors-king-county/
RS_2018-03.xz.deduped.txt:261473 - https://theintercept.com/2018/03/25/the-only-good-thing-about-john-bolton-in-the-white-house-is-that-hes-not-a-general/
RS_2018-03.xz.deduped.txt:262056 - https://theintercept.com/2018/03/25/ministros-transformam-stf-em-campo-de-varzea/
RS_2018-03.xz.deduped.txt:262151 - https://theintercept.com/2018/03/25/guantanamo-bay-haiti-tps-trump/
RS_2018-03.xz.deduped.txt:273479 - https://theintercept.com/2018/03/26/uber-drivers-union-seattle/
RS_2018-03.xz.deduped.txt:274084 - https://theintercept.com/2018/03/26/plea-deals-prosecutors-natalie-pollard-criminal-justice/
RS_2018-03.xz.deduped.txt:275034 - https://theintercept.com/2018/03/26/facebook-data-ice-immigration/

RS_2018-03.xz.deduped.txt:275654 - https://theintercept.com/2018/03/26/yemen-drone-strike-civilians-war-on-terror/
RS_2018-03.xz.deduped.txt:276474 - https://theintercept.com/2018/03/26/omar-mateen-father-fbi-noor-salman-pulse-shooting/
RS_2018-03.xz.deduped.txt:284536 - https://theintercept.com/2018/03/27/michigan-governor-race-shri-thanedar/
RS_2018-03.xz.deduped.txt:287935 - https://theintercept.com/2018/03/27/dccc-texas-democrats-emilys-list/
RS_2018-03.xz.deduped.txt:292508 - https://theintercept.com/2018/03/28/brasileiros-pobres-sao-a-maior-resistencia-a-bolsonaro/
RS_2018-03.xz.deduped.txt:297599 - https://theintercept.com/2018/03/28/jpmorgan-crapo-banking-bill/
RS_2018-03.xz.deduped.txt:297757 - https://theintercept.com/2018/03/27/cambridge-analytica-facebook-scandal-advertising-research-foundation/
RS_2018-03.xz.deduped.txt:297898 - https://theintercept.com/2018/03/28/brazil-journalists-sexual-harassment-deixaelatrabalhar/
RS_2018-03.xz.deduped.txt:299609 - https://theintercept.com/snowden-sidtoday/4389915-letter-to-the-editor-more-comments-on-social/
RS_2018-03.xz.deduped.txt:299881 - https://theintercept.com/2018/03/28/trump-jose-bustani-john-bolton-iraque/
RS_2018-03.xz.deduped.txt:300379 - https://theintercept.com/2018/03/28/veja-epoca-e-istoe-deram-de-presente-ao-governo-temer-capas-a-favor-da-reforma-da-previdencia/
RS_2018-03.xz.deduped.txt:300524 - https://theintercept.com/2018/03/28/minnesota-fbi-agent-whistleblower-leak/
RS_2018-03.xz.deduped.txt:305854 - https://theintercept.com/2018/03/29/noor-salman-orlando-omar-mateen-wife-trial/
RS_2018-03.xz.deduped.txt:306504 - https://theintercept.com/2018/03/29/denver-dsa-democrats-socialism/
RS_2018-03.xz.deduped.txt:309404 - https://theintercept.com/2018/03/29/john-bolton-trump-bush-bustani-kids-opcw/
RS_2018-03.xz.deduped.txt:309994 - https://theintercept.com/2018/03/29/epa-superfund-scott-pruitt-peter-wright/
RS_2018-03.xz.deduped.txt:310758 - https://theintercept.com/2018/03/29/the-u-s-government-is-finally-scrambling-to-regulate-facebook/
RS_2018-03.xz.deduped.txt:313627 - https://theintercept.com/2018/03/30/deconstructed-podcast-will-john-bolton-get-us-all-killed/
RS_2018-03.xz.deduped.txt:315815 - https://theintercept.com/2018/03/30/noor-salman-widow-of-pulse-killer-omar-mateen-is-found-not-guilty-of-all-charges/
RS_2018-03.xz.deduped.txt:316545 - https://theintercept.com/2018/03/30/dan-lipinski-marie-newman-no-labels-illinois-primary-election/
RS_2018-03.xz.deduped.txt:316706 - https://theintercept.com/2018/03/30/msu-richard-spencer-antifa/
RS_2018-03.xz.deduped.txt:317746 - https://theintercept.com/2018/03/30/stephon-clark-police-shooting-unarmed-black-man/
RS_2018-03.xz.deduped.txt:320570 - https://theintercept.com/2018/03/30/israel-gaza-march-killed-protest/

RS_2018-03.xz.deduped.txt:323665 - https://theintercept.com/2018/03/31/ice-detention-immigration-somalia-refugee/

RS_2018-03.xz.deduped.txt:323960 - https://theintercept.com/2018/03/31/the-500000-gofundme-charity-campaign-for-wealthy-ex-fbi-official-andrew-mccabe-is-obscene/

RS_2018-03.xz.deduped.txt:324186 - https://theintercept.com/2018/03/31/louisiana-minnesota-anti-protest-bills-bayou-bridge-enbridge-pipelines/

RS_2018-03.xz.deduped.txt:324623 - https://theintercept.com/2018/03/31/census-2020-citizenship-question-providence-immigrants/

RS_2018-03.xz.deduped.txt:326771 - https://theintercept.com/2018/03/31/guaranteed-safety-by-the-u-s-former-guantanamo-detainee-now-faces-deportation-to-war-torn-libya-and-likely-death/

RS_2018-09.xz.deduped.txt:999 - https://theintercept.com/2018/05/26/professor-da-rede-publica-de-sao-paulo-cata-lixo-para-sobreviver/

RS_2018-09.xz.deduped.txt:3092 - https://theintercept.com/2018/09/01/metoo-fbi-informant-environmental-activism-rod-coronado/

RS_2018-09.xz.deduped.txt:3836 - https://theintercept.com/2018/09/01/act-for-america-conference-thomas-homan/

RS_2018-09.xz.deduped.txt:5238 - https://theintercept.com/2018/08/27/hold-the-plaudits-john-mccains-2008-campaign-paved-the-way-for-donald-trump/?utm_source=The+Intercept+Newsletter&utm_campaign=6d25fa9584-EMAIL_CAMPAIGN_2018_09_01&utm_medium=email&utm_term=0_e00a5122d3-6d25fa9584-131853565

RS_2018-09.xz.deduped.txt:7071 - https://theintercept.com/2018/09/01/tom-carper-delaware-senate-debate-tom-carper-drugs-canada/

RS_2018-09.xz.deduped.txt:10154 - https://theintercept.com/2018/09/02/border-patrol-immigrant-detention-medical-neglect-texas/

RS_2018-09.xz.deduped.txt:10656 - https://theintercept.com/2018/09/02/americas-war-narrative-focuses-on-its-heroes-and-victims-afghans-and-iraqis-are-brushed-aside/

RS_2018-09.xz.deduped.txt:11654 - https://theintercept.com/2018/09/02/familias-tradicionais-dominam-a-politica-brasileira-e-isso-nao-tem-hora-pra-acabar/

RS_2018-09.xz.deduped.txt:19785 - https://theintercept.com/2018/09/03/las-ramblas-terrorist-attacks-es-satty/

RS_2018-09.xz.deduped.txt:26486 - https://theintercept.com/2018/09/03/50-empresas-metade-alimentos-mundo/

RS_2018-09.xz.deduped.txt:26799 - https://theintercept.com/2018/09/04/election-results-voting-system/

RS_2018-09.xz.deduped.txt:28433 - https://theintercept.com/2018/09/04/brett-kavanaugh-no-grassroots-energy-rallying/

RS_2018-09.xz.deduped.txt:28858 - https://theintercept.com/2018/09/04/pastor-bolsonaro-gasolina-paga-eleitor/

RS_2018-09.xz.deduped.txt:35048 - https://theintercept.com/2018/09/04/nancy-pelosi-2018-midterms-democrats/

RS_2018-09.xz.deduped.txt:36105 - http://theintercept.com/2018/09/01/metoo-fbi-informant-environmental-activism-rod-coronado/

RS_2018-09.xz.deduped.txt:38762 - https://theintercept.com/2018/09/05/susan-collins-activists-raise-270000-in-pledges-for-susan-collinss-democratic-opponent-if-she-votes-for-kavanaugh/

RS_2018-09.xz.deduped.txt:39254 - https://theintercept.com/2018/09/05/mansao-bretas-juizes-auxilio-moradia/

RS_2018-09.xz.deduped.txt:41582 - https://theintercept.com/2018/09/05/steve-bannon-new-yorker-festival-david-remnick/

RS_2018-09.xz.deduped.txt:41815 - https://theintercept.com/2018/09/05/u-k-charges-two-suspected-russian-intelligence-agents-nerve-agent-attack/

RS_2018-09.xz.deduped.txt:42951 - https://theintercept.com/2018/09/05/colin-kaepernick-nike-ad-black-police/

RS_2018-09.xz.deduped.txt:44005 - https://theintercept.com/2018/09/05/colin-kaepernick-nike-ad-black-police/?comments=1#comments

RS_2018-09.xz.deduped.txt:44099 - https://theintercept.com/2018/09/05/kerri-harris-glenn-greenwald-interview/

RS_2018-09.xz.deduped.txt:50092 - https://theintercept.com/2018/09/06/nypd-surveillance-camera-skin-tone-search/

RS_2018-09.xz.deduped.txt:51549 - https://theintercept.com/2018/09/06/dear-anonymous-trump-official-there-is-no-redemption-in-your-cowardly-op-ed/

RS_2018-09.xz.deduped.txt:51724 - https://theintercept.com/2018/09/06/florida-voting-rights-restoration-felons/

RS_2018-09.xz.deduped.txt:53920 - https://theintercept.com/2018/09/06/kerri-evelyn-harris-delaware-primary-tom-carper/

RS_2018-09.xz.deduped.txt:54669 - https://theintercept.com/2018/09/06/lava-jato-entrevista-procurador/

RS_2018-09.xz.deduped.txt:54953 - https://theintercept.com/2018/09/06/trump-shows-reporters-article-praising-lies-says/

RS_2018-09.xz.deduped.txt:55575 - https://theintercept.com/2018/09/05/facebook-senate-hearing-sheryl-sandberg/

RS_2018-09.xz.deduped.txt:58880 - https://theintercept.com/2018/09/05/hipocritas-choram-museu-nacional/

RS_2018-09.xz.deduped.txt:59209 - https://theintercept.com/2018/09/06/kerri-harris-got-more-votes-than-she-thought-she-needed-but-it-wasnt-enough/

RS_2018-09.xz.deduped.txt:60834 - https://theintercept.com/2018/09/07/boston-suffolk-county-district-attorney-rachael-rollins/

RS_2018-09.xz.deduped.txt:61337 - https://theintercept.com/2018/09/07/fundo-social-de-riqueza/

RS_2018-09.xz.deduped.txt:65821 - https://theintercept.com/2018/09/07/asylum-seekers-child-separation-border-patrol/

RS_2018-09.xz.deduped.txt:71960 - https://theintercept.com/2018/09/08/anonymous-op-ed-new-york-times/

RS_2018-09.xz.deduped.txt:72208 - https://theintercept.com/2018/09/08/jeremy-corbyn-labour-climate-change/

RS_2018-09.xz.deduped.txt:72209 - https://theintercept.com/2018/09/08/zephyr-teachout-sean-patrick-maloney-new-york-attorney-general/

RS_2018-09.xz.deduped.txt:73938 - https://theintercept.com/2018/09/08/linknyc-free-wifi-kiosks/

RS_2018-09.xz.deduped.txt:79655 - https://theintercept.com/2018/09/09/wendell-lindsey-murder-drowning-forensic-science/

RS_2018-09.xz.deduped.txt:79713 - https://theintercept.com/2018/09/09/the-good-mothers-review-italy-mafia-ndrangheta/
RS_2018-09.xz.deduped.txt:87344 - https://theintercept.com/2018/08/20/vedetes-homens-bolsonaro-bondes/
RS_2018-09.xz.deduped.txt:90491 - https://theintercept.com/2018/09/10/sweden-election-immigration-far-right-inequality/
RS_2018-09.xz.deduped.txt:90726 - https://theintercept.com/2018/09/10/syria-death-notices-assad/
RS_2018-09.xz.deduped.txt:92014 - https://theintercept.com/2018/09/10/matt-brown-gina-raimondo-democratic-primary-rhode-island/
RS_2018-09.xz.deduped.txt:92992 - https://theintercept.com/2018/09/10/pontodomarido/
RS_2018-09.xz.deduped.txt:99004 - https://theintercept.com/2018/09/11/egypt-crackdown-moustafa-kassem/
RS_2018-09.xz.deduped.txt:100999 - https://theintercept.com/2018/09/11/zephyr-teachout-attorney-general-new-york/
RS_2018-09.xz.deduped.txt:101759 - https://theintercept.com/2018/09/11/anrew-cuomo-cynthia-nixon-primary/
RS_2018-09.xz.deduped.txt:102714 - https://theintercept.com/2018/09/11/coca-cola-ruralistas-relatorio/
RS_2018-09.xz.deduped.txt:109583 - https://theintercept.com/2018/09/12/donald-trump-the-democrats-and-the-illusion-of-american-greatness/
RS_2018-09.xz.deduped.txt:112537 - https://theintercept.com/2018/09/12/john-bolton-icc-afghanistan-war-crimes/
RS_2018-09.xz.deduped.txt:116266 - https://theintercept.com/2018/09/12/brett-kavanaugh-confirmation-dianne-feinstein/
RS_2018-09.xz.deduped.txt:118922 - https://theintercept.com/2018/09/12/yemen-pompeo-uae-saudi-certification-human-rights/
RS_2018-09.xz.deduped.txt:122167 - https://theintercept.com/2018/09/13/oslo-accords-anniversary-palestine/
RS_2018-09.xz.deduped.txt:122190 - https://theintercept.com/2018/09/13/oslo-accords-palestinian-women-first-intifada-naila-and-the-uprising/
RS_2018-09.xz.deduped.txt:124842 - https://theintercept.com/2018/09/13/google-china-search-engine-employee-resigns/
RS_2018-09.xz.deduped.txt:127251 - https://theintercept.com/2018/09/13/new-york-democratic-primary-cuomo-idc/
RS_2018-09.xz.deduped.txt:127889 - https://theintercept.com/2018/09/13/national-anthem-meaning-colin-kaepernick/
RS_2018-09.xz.deduped.txt:134138 - https://theintercept.com/2018/09/14/rotulos-lobby-nestle/
RS_2018-09.xz.deduped.txt:136777 - https://theintercept.com/2018/09/14/facebook-weekly-standard-suppressed-a-story-about-brett-kavanaughs-opposition-to-roe-v-wade-were-republishing-it/
RS_2018-09.xz.deduped.txt:136867 - https://theintercept.com/2018/09/14/veterans-day-parade-trump/
RS_2018-09.xz.deduped.txt:137370 - https://theintercept.com/2018/09/14/marina-silva-entrevista/

RS_2018-09.xz.deduped.txt:138402 - https://theintercept.com/2018/09/14/google-china-prototype-links-searches-to-phone-numbers/

RS_2018-09.xz.deduped.txt:139560 - https://static.theintercept.com/amp/facebook-weekly-standard-suppressed-a-story-about-brett-kavanaughs-opposition-to-roe-v-wade-were-republishing-it.html?__twitter_impression=true

RS_2018-09.xz.deduped.txt:140146 - https://static.theintercept.com/amp/obama-killed-a-16-year-old-american-in-yemen-trump-just-killed-his-8-year-old-sister.html

RS_2018-09.xz.deduped.txt:143049 - https://theintercept.com/2018/09/15/verizon-alec-david-horowitz/

RS_2018-09.xz.deduped.txt:143556 - https://theintercept.com/2018/09/15/julia-salazar-new-york-senate-dsa/

RS_2018-09.xz.deduped.txt:143933 - https://theintercept.com/2018/09/15/jess-king-pennsylvania-lancaster-stands-up/

RS_2018-09.xz.deduped.txt:144166 - https://theintercept.com/2018/09/15/oregon-pesticides-aerial-spray-ban/

RS_2018-09.xz.deduped.txt:145098 - https://static.theintercept.com/amp/google-china-prototype-links-searches-to-phone-numbers.html

RS_2018-09.xz.deduped.txt:145685 - https://theintercept.com/2018/09/13/oslo-accords-palestinian-women-first-intifada-naila-and-the-uprising/?utm_source=The+Intercept+Newsletter&utm_campaign=bf8ae9d653-EMAIL_CAMPAIGN_2018_09_15&utm_medium=email&utm_term=0_e00a5122d3-bf8ae9d653-132008353

RS_2018-09.xz.deduped.txt:150550 - https://theintercept.com/2018/09/16/border-patrol-no-more-deaths-prosecution-arizona-immigrants/

RS_2018-09.xz.deduped.txt:150809 - https://theintercept.com/2018/09/16/isis-has-not-vanished-it-is-fighting-a-guerrilla-war-against-the-iraqi-state/

RS_2018-09.xz.deduped.txt:151480 - https://theintercept.com/2018/09/14/por-que-geraldo-alckmin-ainda-nao-e-ficha-suja/

RS_2018-09.xz.deduped.txt:154373 - https://theintercept.com/2018/09/15/oregon-pesticides-aerial-spray-ban/?comments=1#comments

RS_2018-09.xz.deduped.txt:159555 - https://theintercept.com/2018/09/16/migrant-rescue-mediterranean-sea/

RS_2018-09.xz.deduped.txt:160694 - https://theintercept.com/2018/09/17/journalists-fisa-court-spying/

RS_2018-09.xz.deduped.txt:163258 - https://theintercept.com/2018/09/17/cyrus-sanai-federal-court-employees-attempted-to-come-forward-to-chuck-grassley-and-dianne-feinstein-neither-responded/

RS_2018-09.xz.deduped.txt:163930 - https://theintercept.com/2018/09/17/botham-jean-black-mental-health-police-shootings/

RS_2018-09.xz.deduped.txt:164962 - https://theintercept.com/2018/09/17/cyrus-sanai-federal-court-employees-attempted-to-come-forward-to-chuck-grassley-and-dianne-feinstein-neither-responded/?comments=1#comments

RS_2018-09.xz.deduped.txt:166812 - https://theintercept.com/2018/09/17/agrotoxico-aborto-leite/

RS_2018-09.xz.deduped.txt:169269 - https://theintercept.com/2018/09/18/2016-election-race-class-trump/

RS_2018-09.xz.deduped.txt:171353 - https://theintercept.com/2018/09/18/mcdonalds-strike-sexual-harassment-me-too/
RS_2018-09.xz.deduped.txt:173436 - https://theintercept.com/2018/09/18/un-drug-policy-trump-united-nations/
RS_2018-09.xz.deduped.txt:175545 - https://theintercept.com/2018/09/18/german-spymaster-ousted-suggesting-real-video-far-right-rampage-fake/
RS_2018-09.xz.deduped.txt:182484 - https://theintercept.com/2018/09/19/hurricane-colonialism-the-economic-political-and-environmental-war-on-puerto-rico/
RS_2018-09.xz.deduped.txt:184661 - https://theintercept.com/2018/09/19/the-mercatus-center-is-a-part-of-george-mason-university-until-its-not/
RS_2018-09.xz.deduped.txt:186861 - https://theintercept.com/2018/09/19/congressional-leadership-fund-ad-paul-ryan/
RS_2018-09.xz.deduped.txt:189631 - https://theintercept.com/2018/09/19/brett-kavanaugh-maryland-prosecutor-well-address-it/
RS_2018-09.xz.deduped.txt:192870 - https://theintercept.com/2018/09/20/border-patrol-agent-immigrant-abuse/
RS_2018-09.xz.deduped.txt:194699 - https://theintercept.com/2018/09/20/is-ilhan-omar-donald-trumps-worst-nightmare/
RS_2018-09.xz.deduped.txt:198451 - https://theintercept.com/2018/09/20/berkshire-county-district-attorney-election-andrea-harrington/
RS_2018-09.xz.deduped.txt:198993 - https://theintercept.com/2018/09/20/alex-kozinski-brett-kavanaugh-judge-9th-circuit/
RS_2018-09.xz.deduped.txt:199553 - https://theintercept.com/2018/09/20/bolsonaro-economia/
RS_2018-09.xz.deduped.txt:204312 - https://theintercept.com/2018/09/21/climate-change-policy-jobs-guarantee/
RS_2018-09.xz.deduped.txt:206746 - https://theintercept.com/2018/09/21/mike-pompeo-yemen-war-raytheon/
RS_2018-09.xz.deduped.txt:208306 - https://theintercept.com/2018/09/21/puerto-rico-hurricane-maria-disaster-capitalism/
RS_2018-09.xz.deduped.txt:208808 - https://theintercept.com/2018/09/21/michael-moores-fahrenheit-119-aims-not-at-trump-but-at-those-who-created-the-conditions-that-led-to-his-rise/
RS_2018-09.xz.deduped.txt:208902 - https://theintercept.com/2018/09/21/google-suppresses-memo-revealing-plans-to-closely-track-search-users-in-china/
RS_2018-09.xz.deduped.txt:210862 - https://theintercept.com/2018/09/21/25th-amendment-trump/
RS_2018-09.xz.deduped.txt:215367 - https://theintercept.com/2018/09/22/mercatus-center-george-mason-university/
RS_2018-09.xz.deduped.txt:215368 - https://theintercept.com/2018/09/22/facebook-brushed-off-the-un-five-separate-times-over-calls-for-murder-of-human-rights-worker/
RS_2018-09.xz.deduped.txt:215476 - https://theintercept.com/2018/09/22/mark-judge-wasted-brett-kavanaugh/
RS_2018-09.xz.deduped.txt:215646 - https://theintercept.com/2018/09/22/maryland-brett-kavanaugh-accusations-maryland/
RS_2018-09.xz.deduped.txt:216303 - https://theintercept.com/2018/09/21/farsa-historia-ditadura-militar-comunista/

RS_2018-09.xz.deduped.txt:220726 - https://theintercept.com/2018/09/22/na-ditadura-tudo-era-melhor-entenda-a-maior-fake-news-da-historia-do-brasil/
RS_2018-09.xz.deduped.txt:223180 - https://theintercept.com/2018/09/16/conheca-a-trupe-de-bolsonaro/
RS_2018-09.xz.deduped.txt:226357 - https://theintercept.com/2018/09/20/colin-kaepernick-eric-reid-nfl/
RS_2018-09.xz.deduped.txt:233365 - https://theintercept.com/2018/09/24/brett-kavanaughs-calendar-doesnt-show-binge-drinking-prove/
RS_2018-09.xz.deduped.txt:236560 - https://theintercept.com/2018/09/24/ice-informants-deportation/
RS_2018-09.xz.deduped.txt:243078 - https://theintercept.com/2018/09/25/family-separation-border-crossings-zero-tolerance/
RS_2018-09.xz.deduped.txt:244066 - https://theintercept.com/2018/09/25/brett-kavanaugh-alex-kozinski-chris-coons/
RS_2018-09.xz.deduped.txt:245730 - https://theintercept.com/2018/09/25/carlisle-indian-industrial-school-indigenous-children-disappeared/
RS_2018-09.xz.deduped.txt:246187 - https://theintercept.com/2018/09/25/donald-trump-united-nations-drugs/
RS_2018-09.xz.deduped.txt:246786 - https://theintercept.com/2018/09/12/boko-haram-isis-west-africa-africom/
RS_2018-09.xz.deduped.txt:248379 - https://theintercept.com/2018/09/25/brett-kavanaugh-accusations-mike-judge/
RS_2018-09.xz.deduped.txt:253383 - https://theintercept.com/2018/09/26/trump-united-nations-noam-chomsky/
RS_2018-09.xz.deduped.txt:253800 - https://theintercept.com/2018/09/26/public-charge-immigration-green-card/
RS_2018-09.xz.deduped.txt:254789 - https://theintercept.com/2018/09/26/reality-winner-jail-isolation/
RS_2018-09.xz.deduped.txt:255194 - https://theintercept.com/2018/09/25/ideias-nazifascistas-bolsonarismo/
RS_2018-09.xz.deduped.txt:255200 - https://theintercept.com/2018/09/25/doria-cracolandia/
RS_2018-09.xz.deduped.txt:256307 - https://theintercept.com/2018/09/26/julia-salazar-new-york-gentrification-idc/
RS_2018-09.xz.deduped.txt:258048 - https://theintercept.com/2018/09/25/jon-burge-chicago-police-torture/
RS_2018-09.xz.deduped.txt:258543 - https://theintercept.com/2018/09/26/brett-kavanaugh-accusations-hank-johnson/
RS_2018-09.xz.deduped.txt:258696 - https://theintercept.com/2018/09/26/yemen-us-military-house-resolution/
RS_2018-09.xz.deduped.txt:259868 - https://theintercept.com/2018/09/26/nomiki-konst-new-york-city-public-advocate-election/
RS_2018-09.xz.deduped.txt:259950 - https://theintercept.com/2018/09/26/airport-facial-recognition-flight-delay/
RS_2018-09.xz.deduped.txt:263450 - https://theintercept.com/2018/09/26/what-this-kavanaugh-scandal-says-about-america/

RS_2018-09.xz.deduped.txt:267278 - https://theintercept.com/2018/09/27/live-christine-blasey-ford-brett-kavanaugh-testify/
RS_2018-09.xz.deduped.txt:268850 - https://theintercept.com/2018/09/27/cameroon-video-execution-forensic-analysis/
RS_2018-09.xz.deduped.txt:269073 - https://theintercept.com/2018/09/27/google-executive-declines-to-say-if-china-censors-its-citizens/
RS_2018-09.xz.deduped.txt:273592 - http://theintercept.com/2018/09/21/mike-pompeo-yemen-war-raytheon/
RS_2018-09.xz.deduped.txt:279473 - https://theintercept.com/2018/09/28/kavanaughs-high-school-georgetown-prep-warned-parents-in-1990-of-sexual-or-violent-behavior-at-parties/
RS_2018-09.xz.deduped.txt:279592 - https://theintercept.com/2018/09/27/mercado-lula-sistema-financeiro-pt/
RS_2018-09.xz.deduped.txt:279776 - http://theintercept.com/2018/09/15/jess-king-pennsylvania-lancaster-stands-up/
RS_2018-09.xz.deduped.txt:280580 - https://theintercept.com/2018/09/28/puerto-rico-hurricane-maria-recovery-funds/
RS_2018-09.xz.deduped.txt:282075 - https://theintercept.com/2018/09/28/california-privacy-law-big-tech/
RS_2018-09.xz.deduped.txt:282448 - https://theintercept.com/2018/09/28/elizabeth-warren-affordable-housing-bill/
RS_2018-09.xz.deduped.txt:284943 - https://theintercept.com/2018/09/28/protest-matters-senate-asks-f-b-investigate-kavanaugh-flake-confronted-sexual-assault-survivors/
RS_2018-09.xz.deduped.txt:288121 - https://theintercept.com/2018/09/28/north-carolina-coal-ash-hurricane-florence/
RS_2018-09.xz.deduped.txt:288203 - https://theintercept.com/2018/09/29/here-are-5-questions-the-fbi-should-ask-mark-judge-about-brett-kavanaugh/
RS_2018-09.xz.deduped.txt:288204 - https://theintercept.com/2018/09/29/the-unbearable-dishonesty-of-brett-kavanaugh/
RS_2018-09.xz.deduped.txt:288205 - https://theintercept.com/2018/09/29/joseph-otting-occ-onewest-bank-merger-cit/
RS_2018-09.xz.deduped.txt:288706 - https://theintercept.com/2018/09/29/ice-deportation-immigration-system/
RS_2018-09.xz.deduped.txt:292514 - https://theintercept.com/2018/09/29/our-silence-will-serve-no-one-alumni-of-brett-kavanaughs-high-school-urge-graduates-to-share-information-about-sexual-assaults/
RS_2018-09.xz.deduped.txt:295635 - https://theintercept.com/2018/09/30/pack-the-supreme-court/
RS_2018-09.xz.deduped.txt:296123 - https://theintercept.com/2018/09/30/conservatives-capitalism-book-peter-kolozi/
RS_2016-04.bz2.deduped.txt:4245 - https://theintercept.com/2016/04/01/intelligence-community-olive-branch-on-data-sharing-greeted-with-skepticism/
RS_2016-04.bz2.deduped.txt:5584 - http://theintercept.com/2016/03/29/this-obama-endorsement-is-a-sign-pro-corporate-democrats-are-getting-nervous/
RS_2016-04.bz2.deduped.txt:6062 - https://theintercept.com/2016/04/01/ted-cruzs-climate-denial-hearing-attracts-cash-from-coal-king-bob-murray/

RS_2016-04.bz2.deduped.txt:6217 - https://theintercept.com/2016/04/01/british-authorities-demand-encryption-keys-in-closely-watched-case/
RS_2016-04.bz2.deduped.txt:7728 - https://theintercept.com/2016/04/01/law-school-sells-naming-rights-to-secretive-antonin-scalia-fan/
RS_2016-04.bz2.deduped.txt:8443 - https://theintercept.com/2016/04/01/bernie-sanders-took-money-from-the-fossil-fuel-lobby-too-just-not-much/
RS_2016-04.bz2.deduped.txt:10987 - https://theintercept.com/2016/04/01/german-television-pulls-satire-mocking-turkeys-erdogan/
RS_2016-04.bz2.deduped.txt:15182 - https://theintercept.com/2016/04/02/sanders-and-trump-voters-are-more-skeptical-of-war-than-clinton-cruz-voters/
RS_2016-04.bz2.deduped.txt:17293 - https://theintercept.com/2016/04/02/netanyahu-uses-same-fill-in-the-blanks-response-to-criticism-as-isis-and-al-qaeda/
RS_2016-04.bz2.deduped.txt:21409 - https://theintercept.com/2016/04/03/fighting-israeli-occupying-forces-is-terrorism-boycotting-is-anti-semitism-whats-allowed/
RS_2016-04.bz2.deduped.txt:22438 - https://theintercept.com/2016/04/03/trump-campaign-spread-dirty-meme-paid-protesters/
RS_2016-04.bz2.deduped.txt:28697 - https://theintercept.com/2016/04/04/a-key-similarity-between-snowden-leak-and-panamapapers-scandal-is-whats-been-legalized/
RS_2016-04.bz2.deduped.txt:33936 - https://theintercept.com/2016/04/04/panama-papers-leak-sparks-protests-iceland-prime-ministers-secret-ties-banks/
RS_2016-04.bz2.deduped.txt:34317 - https://theintercept.com/2016/04/04/prisoners-in-multiple-states-call-for-strikes-to-protest-forced-labor/
RS_2016-04.bz2.deduped.txt:40141 - https://theintercept.com/2016/04/05/heres-the-price-countries-pay-for-tax-evasion-exposed-in-panama-papers/
RS_2016-04.bz2.deduped.txt:42049 - https://theintercept.com/2016/04/05/skeptics-said-15-minimum-wage-movement-was-unrealistic-60-million-people-are-now-slated-to-get-it/
RS_2016-04.bz2.deduped.txt:42589 - https://theintercept.com/2016/04/05/icelands-prime-minister-resigns-first-casualty-panamapapers/
RS_2016-04.bz2.deduped.txt:43929 - https://theintercept.com/2016/03/30/edward-snowden-noam-chomsky-glenn-greenwald-a-conversation-on-privacy/?comments=1#comments
RS_2016-04.bz2.deduped.txt:50784 - https://theintercept.com/2016/04/06/l-a-activists-want-to-bring-surveillance-conversation-down-to-earth/
RS_2016-04.bz2.deduped.txt:52816 - https://theintercept.com/2016/04/06/class-action-suit-targets-system-that-added-a-baby-to-terrorist-watchlist/
RS_2016-04.bz2.deduped.txt:53233 - https://theintercept.com/2016/04/06/field-notes-stephen-maing-director-of-the-surrender-and-release/
RS_2016-04.bz2.deduped.txt:53480 - https://theintercept.com/2016/04/06/obamas-gift-to-donald-trump-a-policy-of-cracking-down-on-journalists-and-their-sources/
RS_2016-04.bz2.deduped.txt:54071 - https://theintercept.com/2016/04/06/superdelegates-lobbyists/
RS_2016-04.bz2.deduped.txt:54723 - https://theintercept.com/2016/04/06/while-stockpiling-banned-landmines-u-s-boasts-about-its-record-of-clearing-them/
RS_2016-04.bz2.deduped.txt:55937 - https://theintercept.com/2016/04/06/hillary-clinton-fundraiser-hosted-by-all-star-cast-of-financial-regulators-who-left-to-join-wall-street/
RS_2016-04.bz2.deduped.txt:62674 - https://theintercept.com/2016/04/07/a-better-approach-to-countering-violent-extremism/

RS_2016-04.bz2.deduped.txt:62675 - https://theintercept.com/2016/04/07/super-pac-backer-reveals-that-big-money-entitles-donors-to-campaign-oversight/

RS_2016-04.bz2.deduped.txt:64844 - https://theintercept.com/2016/04/07/icelands-government-tries-cling-protesters-pirates-gates/

RS_2016-04.bz2.deduped.txt:65521 - https://theintercept.com/2016/04/07/pregnant-on-medicaid-and-being-watched/

RS_2016-04.bz2.deduped.txt:65841 - https://theintercept.com/2016/04/07/u-s-bombs-were-used-in-saudi-led-attack-on-market-in-yemen-rights-group-finds/

RS_2016-04.bz2.deduped.txt:70508 - https://theintercept.com/2016/02/29/donald-trumps-appeal-to-white-nationalism/

RS_2016-04.bz2.deduped.txt:72146 - https://theintercept.com/2016/04/08/cia-skincare-startup/

RS_2016-04.bz2.deduped.txt:72395 - https://theintercept.com/2016/04/08/surveillance-debate-gets-a-needed-dose-of-racial-perspective/

RS_2016-04.bz2.deduped.txt:73928 - https://theintercept.com/2016/04/08/alabamas-solution-to-prison-riots-build-more-prisons/

RS_2016-04.bz2.deduped.txt:74281 - https://theintercept.com/2016/04/08/convicted-of-a-crime-that-never-happened-why-wont-texas-exonerate-fran-and-dan-keller/

RS_2016-04.bz2.deduped.txt:74959 - https://theintercept.com/2016/04/08/ges-jeffrey-immelt-now-slamming-sanders-once-said-it-was-his-task-to-outsource/

RS_2016-04.bz2.deduped.txt:75727 - https://theintercept.com/2016/04/08/bill-that-would-ban-end-to-end-encryption-savaged-by-critics/

RS_2016-04.bz2.deduped.txt:84197 - https://theintercept.com/2016/04/09/bernie-sanders-confused-numbers-of-dead-and-wounded-in-gaza-war-but-israels-mass-killing-of-civilians-is-a-fact/

RS_2016-04.bz2.deduped.txt:86042 - https://theintercept.com/2016/04/09/israelis-attack-defend-bernie-sanders-saying-israels-mass-killing-civilians-wrong/

RS_2016-04.bz2.deduped.txt:90296 - https://theintercept.com/2016/04/10/tpp-lobbyist-opeds/

RS_2016-04.bz2.deduped.txt:94964 - https://theintercept.com/2016/04/11/watch-exclusive-interview-with-former-brazilian-president-lula-da-silva/

RS_2016-04.bz2.deduped.txt:95164 - https://theintercept.com/2016/04/11/assista-entrevista-exclusiva-com-ex-presidente-lula/

RS_2016-04.bz2.deduped.txt:95414 - https://theintercept.com/2016/04/11/blackwater-founder-erik-prince-drive-to-build-private-air-force/

RS_2016-04.bz2.deduped.txt:101727 - https://theintercept.com/2016/04/11/lawsuits-charge-that-3m-knew-about-the-dangers-of-pfcs/

RS_2016-04.bz2.deduped.txt:109133 - https://theintercept.com/2016/04/12/apple-bug-exposed-chat-history-with-a-single-click/

RS_2016-04.bz2.deduped.txt:109453 - https://theintercept.com/2016/04/12/death-squads-are-back-in-honduras-honduran-activists-tell-congress/

RS_2016-04.bz2.deduped.txt:110368 - https://theintercept.com/2016/04/12/democracy-spring-media-coverage/

RS_2016-04.bz2.deduped.txt:113410 - https://theintercept.com/2016/04/12/germany-charge-comic-insulting-turkeys-president/

RS_2016-04.bz2.deduped.txt:115003 - https://theintercept.com/2016/04/12/what-we-know-and-dont-know-about-mass-shootings-and-gun-deaths/

RS_2016-04.bz2.deduped.txt:120508 - https://theintercept.com/2016/04/13/secure-cars-but-not-phones-government-doublespeak-on-cybersecurity/

RS_2016-04.bz2.deduped.txt:120914 - https://theintercept.com/2016/04/13/young-iraqis-overwhelmingly-consider-u-s-their-enemy-poll-says/

RS_2016-04.bz2.deduped.txt:122790 - https://theintercept.com/2016/04/13/verizon-ceo-attack-on-bernie-sanders-receives-gushing-praise-from-fellow-execs/

RS_2016-04.bz2.deduped.txt:123964 - https://theintercept.com/2016/04/12/death-squads-are-back-in-honduras-honduran-activists-tell-congress/?comments=1#comments

RS_2016-04.bz2.deduped.txt:131329 - https://theintercept.com/2016/04/14/to-protect-clinton-democrats-wage-war-on-their-own-core-citizens-united-argument/

RS_2016-04.bz2.deduped.txt:132335 - https://theintercept.com/2015/08/17/teflon-toxin-case-against-dupont/

RS_2016-04.bz2.deduped.txt:132340 - https://theintercept.com/2015/08/20/teflon-toxin-dupont-slipped-past-epa/

RS_2016-04.bz2.deduped.txt:132526 - https://theintercept.com/2016/04/14/to-protect-clinton-democrats-wage-war-on-their-own-core-citizens-united-argument

RS_2016-04.bz2.deduped.txt:133336 - https://theintercept.com/2016/04/14/aclu-sues-bureau-of-prisons-over-missing-torture-documents/

RS_2016-04.bz2.deduped.txt:133690 - https://theintercept.com/2016/04/14/in-undisclosed-cia-investments-social-media-mining-looms-large/

RS_2016-04.bz2.deduped.txt:134651 - https://theintercept.com/2016/04/14/microsoft-says-u-s-is-abusing-secret-warrants/

RS_2016-04.bz2.deduped.txt:143125 - https://theintercept.com/2016/04/15/barack-obama-never-said-money-wasnt-corrupting-in-fact-he-said-the-opposite/

RS_2016-04.bz2.deduped.txt:143955 - https://theintercept.com/2016/04/15/the-brooklyn-dodgers-non-answers-from-hillary-clinton-bernie-sanders/

RS_2016-04.bz2.deduped.txt:145493 - https://theintercept.com/2016/04/15/germany-repeal-dumb-law-first-using-prosecute-comic-insulting-erdogan/

RS_2016-04.bz2.deduped.txt:145797 - https://theintercept.com/2016/04/15/u-s-report-on-saudi-arabia-downplays-civilian-casualties-in-yemen/

RS_2016-04.bz2.deduped.txt:150925 - https://theintercept.com/2016/04/16/racial-justice-takes-center-stage-in-new-york-primary/

RS_2016-04.bz2.deduped.txt:157397 - https://theintercept.com/2016/04/17/heres-a-way-to-shut-down-panama-papers-style-tax-havens-if-we-wanted-to/

RS_2016-04.bz2.deduped.txt:167059 - https://theintercept.com/2016/04/18/after-vote-to-remove-brazils-president-key-opposition-figure-holds-meetings-in-washington/

RS_2016-04.bz2.deduped.txt:167381 - https://theintercept.com/2016/04/18/trapped-guantanamo-letters-mohammed-al-hamiri/

RS_2016-04.bz2.deduped.txt:167853 - https://theintercept.com/2016/04/18/hysteria-watch-iraqi-refugee-kicked-off-plane-speaking-arabic-l/

RS_2016-04.bz2.deduped.txt:168755 - https://theintercept.com/2016/04/18/porque-o-sen-aloysio-nunes-foi-a-washington-um-dia-depois-da-votacao-do-impeachment/

RS_2016-04.bz2.deduped.txt:169342 - https://theintercept.com/2016/04/18/an-interview-with-gustavo-castro-sole-witness-of-the-murder-of-berta-caceres/

RS_2016-04.bz2.deduped.txt:169642 - https://theintercept.com/2016/04/18/una-entrevista-con-gustavo-castro-testigo-principal-del-asesinato-de-berta-caceres/

RS_2016-04.bz2.deduped.txt:176708 - https://theintercept.com/2016/04/19/obama-went-from-condemning-saudis-for-abuses-to-arming-them-to-the-teeth/
RS_2016-04.bz2.deduped.txt:176709 - https://theintercept.com/2016/04/19/teflon-toxin-contamination-has-spread-throughout-the-world/
RS_2016-04.bz2.deduped.txt:178251 - https://theintercept.com/2016/04/19/how-i-was-arrested-by-a-war-crimes-tribunal-for-my-journalism/
RS_2016-04.bz2.deduped.txt:179896 - https://theintercept.com/2016/04/19/ted-cruzs-senate-office-turns-muslim-constituents-away/
RS_2016-04.bz2.deduped.txt:181775 - https://theintercept.com/2016/04/19/thousands-israelis-rally-support-soldier-executed-wounded-palestinian/
RS_2016-04.bz2.deduped.txt:190339 - https://theintercept.com/2016/04/20/false-plagiarism-accusation-against-shaun-king-shows-dangers-of-online-mob-journalism/
RS_2016-04.bz2.deduped.txt:190713 - https://theintercept.com/2016/04/20/how-a-simple-request-got-me-blacklisted-by-the-pentagon/
RS_2016-04.bz2.deduped.txt:191343 - https://theintercept.com/2016/04/20/harriet-tubman-will-replace-andrew-jackson-20-bill/
RS_2016-04.bz2.deduped.txt:191876 - https://theintercept.com/2016/04/20/repetitive-encryption-tirades-could-be-giving-way-to-debate-over-lawful-hacking/
RS_2016-04.bz2.deduped.txt:192570 - https://theintercept.com/2016/04/20/bill-that-obama-extolled-is-leading-to-pension-cuts-for-retirees/
RS_2016-04.bz2.deduped.txt:193815 - https://theintercept.com/2016/04/20/uk-surveillance-bulk-datasets-gchq/
RS_2016-04.bz2.deduped.txt:198532 - https://theintercept.com/2016/04/21/listen-to-an-fbi-honeypot-on-the-job/
RS_2016-04.bz2.deduped.txt:198997 - https://theintercept.com/2016/04/21/racially-charged-testimony-helped-put-duane-buck-on-death-row-will-the-supreme-court-step-in/
RS_2016-04.bz2.deduped.txt:203371 - https://theintercept.com/2016/04/21/fbi-mass-child-porn-hack-ruled-illegal-on-a-technicality/
RS_2016-04.bz2.deduped.txt:203439 - https://theintercept.com/2016/04/21/senator-says-bombing-yemen-is-distracting-saudis-from-fighting-terror/
RS_2016-04.bz2.deduped.txt:208827 - https://theintercept.com/2016/04/22/googles-remarkably-close-relationship-with-the-obama-white-house-in-two-charts/
RS_2016-04.bz2.deduped.txt:210794 - https://theintercept.com/2016/04/22/to-see-the-real-story-in-brazil-look-at-who-is-being-installed-as-president-and-finance-chiefs/
RS_2016-04.bz2.deduped.txt:211295 - https://theintercept.com/2016/04/22/para-entender-a-verdade-no-brasil-veja-quem-esta-sendo-implantado-na-presidencia-e-na-chefia-das-financas/
RS_2016-04.bz2.deduped.txt:211810 - https://theintercept.com/2016/04/22/colorad-single-payer/
RS_2016-04.bz2.deduped.txt:212535 - https://theintercept.com/2016/04/22/stymied-by-nsa-members-of-congress-ask-really-basic-question-again/
RS_2016-04.bz2.deduped.txt:218235 - https://theintercept.com/2016/04/22/to-see-the-real-story-in-brazil-look-at-who-is-being-installed-as-president-and-finance-chiefs/??
RS_2016-04.bz2.deduped.txt:218362 - https://theintercept.com/2016/04/22/judge-grants-torture-victims-their-first-chance-to-pursue-justice/
RS_2016-04.bz2.deduped.txt:225029 - https://theintercept.com/2016/04/23/andrew-bacevich-and-americas-long-misguided-war-to-control-the-greater-middle-east/

RS_2016-04.bz2.deduped.txt:232517 - https://theintercept.com/2016/04/25/how-the-cia-writes-history/

RS_2016-04.bz2.deduped.txt:233829 - https://theintercept.com/2016/04/25/spy-chief-complains-that-edward-snowden-sped-up-spread-of-encryption-by-7-years/

RS_2016-04.bz2.deduped.txt:234938 - https://theintercept.com/2016/04/25/spy-chief-complains-that-edward-snowden-sped-up-spread-of-encryption-by-7-years/?comments=1#comments

RS_2016-04.bz2.deduped.txt:235416 - https://theintercept.com/2016/04/25/joao-roberto-marinho-me-atacou-no-guardian-e-tentou-enganar-o-mundo-eis-minha-resposta/

RS_2016-04.bz2.deduped.txt:236707 - https://theintercept.com/2016/04/25/pro-israel-billionaire-haim-saban-drops-100000-against-donna-edwards-in-maryland-senate-race/

RS_2016-04.bz2.deduped.txt:237305 - https://theintercept.com/2016/04/25/tamir-rices-family-should-spend-money-warning-of-toy-guns-say-cops-who-shot-him-with-real-one/

RS_2016-04.bz2.deduped.txt:242697 - https://theintercept.com/2016/04/26/facebook-no-longer-secret-weapon-egypts-protesters-turn-signal/

RS_2016-04.bz2.deduped.txt:243459 - https://theintercept.com/2016/04/25/globos-billionaire-heir-joao-roberto-marinho-attacked-me-in-the-guardian-heres-my-response/

RS_2016-04.bz2.deduped.txt:244150 - https://theintercept.com/2016/04/26/a-year-after-the-baltimore-uprising-the-real-work-is-just-beginning/

RS_2016-04.bz2.deduped.txt:244477 - https://theintercept.com/2016/04/25/independent-investigators-leave-mexico-without-solving-the-case-of-43-disappeared-students/

RS_2016-04.bz2.deduped.txt:245973 - https://theintercept.com/2016/04/26/new-york-times-finds-verizon-strike-beneath-notice/

RS_2016-04.bz2.deduped.txt:246083 - https://theintercept.com/2016/04/26/dark-money-hypocrisy/

RS_2016-04.bz2.deduped.txt:248305 - https://theintercept.com/2016/04/26/brazilian-cybercrime-bills-threaten-open-internet-for-200-million-people/

RS_2016-04.bz2.deduped.txt:250225 - https://theintercept.com/2016/04/26/snowden-debates-cnns-fareed-zakaria-on-encryption/

RS_2016-04.bz2.deduped.txt:251280 - https://theintercept.com/2016/04/26/propostas-da-cpi-dos-crimes-ciberneticos-ameacam-a-internet-livre-para-200-milhoes-de-pessoas/

RS_2016-04.bz2.deduped.txt:254875 - https://theintercept.com/2016/04/27/congress-tax-lobbyists/

RS_2016-04.bz2.deduped.txt:258480 - https://theintercept.com/2016/04/27/luxembourg-puts-journalist-and-whistleblowers-on-trial-for-ruining-its-magical-fairyland-of-tax-avoidance/

RS_2016-04.bz2.deduped.txt:259124 - https://theintercept.com/2016/04/27/email-privacy-bill-passes-house-unanimously/

RS_2016-04.bz2.deduped.txt:264994 - https://theintercept.com/2016/04/25/spy-chief-complains-that-edward-snowden-sped-up-spread-of-encryption-by-7-years

RS_2016-04.bz2.deduped.txt:266560 - https://theintercept.com/2016/04/28/new-study-shows-mass-surveillance-breeds-meekness-fear-and-self-censorship/

RS_2016-04.bz2.deduped.txt:267833 - https://theintercept.com/2016/04/28/letter-details-fbi-plan-for-secretive-anti-radicalization-committees/

RS_2016-04.bz2.deduped.txt:271002 - https://theintercept.com/2016/04/28/supreme-court-gives-fbi-more-hacking-power/

RS_2016-04.bz2.deduped.txt:272974 - https://theintercept.com/2016/04/28/searching-for-ground-truth-in-the-kunduz-hospital-bombing/

RS_2016-04.bz2.deduped.txt:275613 - https://theintercept.com/2016/04/29/nyt-photographer-mauricio-lima-2016-pulitzer-winner-denounces-globo-and-the-coup-in-brazil/
RS_2016-04.bz2.deduped.txt:276416 - https://theintercept.com/2016/04/29/as-more-american-boots-hit-the-ground-in-syria-u-s-parses-boots-and-ground/
RS_2016-04.bz2.deduped.txt:276973 - https://theintercept.com/2016/04/29/the-joke-of-u-s-justice-and-accountability-when-they-bomb-a-hospital/
RS_2016-04.bz2.deduped.txt:277088 - https://theintercept.com/2016/04/29/the-joke-of-u-s-justice-and-accountability-when-they-bomb-a-hospital/?comments=1#comments
RS_2016-04.bz2.deduped.txt:277162 - https://theintercept.com/2016/04/29/mauricio-lima-fotografo-do-nyt-e-ganhador-do-pulitzer-2016-denuncia-a-globo-e-o-golpe-no-brasil/
RS_2016-04.bz2.deduped.txt:277798 - https://theintercept.com/2016/04/29/banks-assert-constitutional-right-to-billions-in-subsidies/
RS_2016-04.bz2.deduped.txt:278033 - https://theintercept.com/2016/04/29/texas-prisons-assert-right-to-censor-inmates-families-on-social-media/
RS_2016-04.bz2.deduped.txt:281507 - http://theintercept.com/2016/04/29/the-joke-of-u-s-justice-and-accountability-when-they-bomb-a-hospital/
RS_2015-12.bz2.deduped.txt:4213 - https://theintercept.com/2015/12/01/inside-saudi-charm-campaign/
RS_2015-12.bz2.deduped.txt:4618 - https://theintercept.com/2015/12/01/court-ruling-against-chicago-sheriff-proves-thuggish-anti-wikileaks-blockade-was-unconstitutional/
RS_2015-12.bz2.deduped.txt:9073 - https://theintercept.com/2015/12/01/congress-moves-again-to-block-investigation-of-congressional-insider-trading/
RS_2015-12.bz2.deduped.txt:9593 - https://theintercept.com/2015/12/01/big-banks-suffer-rare-fail-as-congress-cuts-nearly-1-billion-a-year-in-handouts/
RS_2015-12.bz2.deduped.txt:10647 - https://theintercept.com/2015/12/01/no-more-excuses-for-not-prosecuting-government-officials-for-torture/
RS_2015-12.bz2.deduped.txt:13983 - https://theintercept.com/2015/12/01/a-new-documentary-challenges-tasers-corporate-mythology/
RS_2015-12.bz2.deduped.txt:19169 - https://theintercept.com/2015/12/02/activists-urge-attorney-general-to-call-attack-on-planned-parenthood-clinic-an-act-of-terror/
RS_2015-12.bz2.deduped.txt:20730 - https://theintercept.com/2015/07/13/chechen-georgia-became-feared-leader-isis/
RS_2015-12.bz2.deduped.txt:23909 - https://theintercept.com/2015/12/03/pentagon-task-force-spent-nearly-150m-on-villas-and-3-star-meals-in-afghanistan/
RS_2015-12.bz2.deduped.txt:23962 - https://theintercept.com/2015/12/03/mass-shooting-wall-st/
RS_2015-12.bz2.deduped.txt:27002 - https://theintercept.com/2015/01/30/nypd-says-wont-carry-machine-guns-protests/
RS_2015-12.bz2.deduped.txt:28815 - https://theintercept.com/2015/12/03/donald-trump-booed-by-pro-israel-group-after-telling-them-he-cant-be-bought/
RS_2015-12.bz2.deduped.txt:33258 - https://theintercept.com/2015/12/04/u-s-first-shields-its-torturers-and-war-criminals-from-prosecution-now-officially-honors-them/
RS_2015-12.bz2.deduped.txt:37281 - https://theintercept.com/2015/12/04/clinton-super-pac-donor-is-former-goldman-exec-and-foreclosure-crisis-profiteer/
RS_2015-12.bz2.deduped.txt:38597 - https://theintercept.com/2015/12/04/defense-contractors-cite-benefits-of-escalating-conflicts-in-the-middle-east/

RS_2015-12.bz2.deduped.txt:43422 - https://theintercept.com/2015/12/01/specter-of-drones-firing-tear-gas-on-crowds-worries-human-rights-group/

RS_2015-12.bz2.deduped.txt:46950 - https://theintercept.com/2015/06/25/fort-dix-five-terror-plot-the-real-story/

RS_2015-12.bz2.deduped.txt:53884 - https://theintercept.com/2014/08/05/watch-commander/

RS_2015-12.bz2.deduped.txt:59063 - https://theintercept.com/2015/12/07/obama-hints-at-renewed-pressure-on-encryption-clinton-waves-off-first-amendment/

RS_2015-12.bz2.deduped.txt:66270 - https://theintercept.com/2015/12/08/donald-trumps-ban-muslims-proposal-is-wildly-dangerous-but-not-far-outside-the-u-s-mainstream/

RS_2015-12.bz2.deduped.txt:70879 - https://theintercept.com/2015/12/04/defense-contractors-cite-benefits-of-escalating-conflicts-in-the-middle-east/?comments=1#comments

RS_2015-12.bz2.deduped.txt:72738 - https://theintercept.com/2015/12/08/as-footage-of-police-violence-is-made-public-pressure-builds-on-chicago-officials/

RS_2015-12.bz2.deduped.txt:72937 - https://theintercept.com/2015/07/28/sen-wyden-challenges-provision-require-tech-companies-report-terrorist-activity/

RS_2015-12.bz2.deduped.txt:77715 - https://theintercept.com/2015/12/09/gw-palestinian-flag/

RS_2015-12.bz2.deduped.txt:77718 - https://theintercept.com/2015/12/09/one-year-after-the-senate-torture-report-no-ones-read-it-and-it-might-be-destroyed/

RS_2015-12.bz2.deduped.txt:79306 - https://theintercept.com/2015/12/09/comey-calls-on-tech-companies-offering-end-to-end-encryption-to-reconsider-their-business-model/

RS_2015-12.bz2.deduped.txt:79564 - https://theintercept.com/2015/12/09/fundraiser-for-heroic-chicago-independent-journalists-and-future-police-brutality-investigations/

RS_2015-12.bz2.deduped.txt:84219 - https://theintercept.com/2015/12/09/gw-palestinian-flag/?comments=1#comments

RS_2015-12.bz2.deduped.txt:87479 - https://theintercept.com/2015/12/10/cbs-chief-cheers-trump-go-donald-keep-getting-out-there/

RS_2015-12.bz2.deduped.txt:88505 - https://theintercept.com/2015/12/10/a-muslim-american-air-force-veteran-was-widely-smeared-with-a-fabricated-story-about-isis-charges/

RS_2015-12.bz2.deduped.txt:93303 - https://theintercept.com/2015/12/09/in-greenpeace-sting-professors-agree-to-produce-research-for-fossil-fuel-industry-without-disclosure/

RS_2015-12.bz2.deduped.txt:98862 - https://theintercept.com/2015/12/11/defense-contractors-laud-themselves-for-steering-candidates-toward-militarism/

RS_2015-12.bz2.deduped.txt:99439 - https://theintercept.com/2015/12/09/floridas-ex-felons-struggle-to-regain-their-voting-rights/

RS_2015-12.bz2.deduped.txt:99612 - https://theintercept.com/2015/12/10/cbs-chief-cheers-trump-go-donald-keep-getting-out-there/?comments=1#comments

RS_2015-12.bz2.deduped.txt:102988 - https://theintercept.com/2015/12/11/death-penalty-dysfunction-in-2015/

RS_2015-12.bz2.deduped.txt:103030 - https://theintercept.com/2015/12/11/big-banks-in-a-tizzy-want-to-take-their-billions-and-go-home/

RS_2015-12.bz2.deduped.txt:106123 - https://theintercept.com/2015/12/12/threats-and-violent-attacks-against-muslims-in-the-u-s-just-from-this-week/

RS_2015-12.bz2.deduped.txt:106310 - https://theintercept.com/2015/12/12/terrorist-attacks-spark-crackdown-constitutional-changes-in-france/

RS_2015-12.bz2.deduped.txt:119035 - https://theintercept.com/2015/08/20/wave-anti-iran-deal-tv-ads-organized-saudi-arabian-lobbyist/

RS_2015-12.bz2.deduped.txt:121050 - https://theintercept.com/2015/12/14/in-rahm-emanuels-chicago-surveillance-state-controlling-the-data-is-key/
RS_2015-12.bz2.deduped.txt:122981 - https://theintercept.com/2015/12/14/marco-rubio-pushes-to-block-low-cost-high-speed-broadband/
RS_2015-12.bz2.deduped.txt:128446 - https://theintercept.com/2015/12/14/purple-strategies-guns/?comments=1#comments
RS_2015-12.bz2.deduped.txt:128681 - https://theintercept.com/2015/12/15/when-the-state-department-tries-to-choose-muslim-thought-leaders-to-win-hearts-and-minds/
RS_2015-12.bz2.deduped.txt:129735 - https://theintercept.com/2015/12/15/interview-with-theopi-skarlatos-director-of-thisisacoup/
RS_2015-12.bz2.deduped.txt:130541 - https://theintercept.com/fieldofvision/episode-one-angela-suck-our-balls/
RS_2015-12.bz2.deduped.txt:134095 - https://theintercept.com/2015/12/07/obama-hints-at-renewed-pressure-on-encryption-clinton-waves-off-first-amendment/?comments=1#comments
RS_2015-12.bz2.deduped.txt:139357 - https://theintercept.com/2015/12/16/toxic-firefighting-foam-has-contaminated-u-s-drinking-water-with-pfcs/
RS_2015-12.bz2.deduped.txt:141611 - https://theintercept.com/2015/12/16/why-are-drug-monopolies-running-amok-meet-deborah-feinstein/
RS_2015-12.bz2.deduped.txt:143976 - https://theintercept.com/2015/12/16/gop-candidates-compete-on-toughness-by-pledging-to-kill-children/
RS_2015-12.bz2.deduped.txt:149616 - https://theintercept.com/2015/12/17/wheres-bernie-media-ignores-sanders-though-hes-more-popular-than-trump/?utm_source=Anonymous+News&utm_medium=twitter
RS_2015-12.bz2.deduped.txt:149993 - https://theintercept.com/2015/12/17/wheres-bernie-media-ignores-sanders-though-hes-more-popular-than-trump/
RS_2015-12.bz2.deduped.txt:150040 - https://theintercept.com/2015/12/17/interview-with-paul-mason-producer-of-thisisacoup/
RS_2015-12.bz2.deduped.txt:150879 - https://theintercept.com/2015/12/17/a-secret-catalogue-of-government-gear-for-spying-on-your-cellphone/
RS_2015-12.bz2.deduped.txt:151625 - https://theintercept.com/surveillance-catalogue/
RS_2015-12.bz2.deduped.txt:151974 - https://theintercept.com/2015/12/17/senators-want-social-media-firms-to-hunt-for-terrorists/
RS_2015-12.bz2.deduped.txt:157419 - https://theintercept.com/document/2015/12/17/government-cellphone-surveillance-catalogue/
RS_2015-12.bz2.deduped.txt:158124 - https://theintercept.com/2015/12/18/last-minute-budget-bill-allows-new-privacy-invading-surveillance-in-the-name-of-cybersecurity/
RS_2015-12.bz2.deduped.txt:160641 - https://theintercept.com/2015/12/18/beacon-global-strategies/
RS_2015-12.bz2.deduped.txt:161046 - https://theintercept.com/2015/12/18/heres-the-al-jazeera-article-on-saudi-arabia-you-cant-read-outside-the-u-s/
RS_2015-12.bz2.deduped.txt:161089 - https://theintercept.com/2015/12/18/al-jazeera-blocks-anti-saudi-arabia-article/
RS_2015-12.bz2.deduped.txt:161565 - https://theintercept.com/2015/12/18/erroneous-claims-made-about-basic-classification-data-in-the-intercepts-spy-gear-documents/
RS_2015-12.bz2.deduped.txt:162483 - https://theintercept.com/2015/12/18/congress-just-put-iranian-americans-and-others-at-risk-for-becoming-second-class-citizens/

RS_2015-12.bz2.deduped.txt:166865 - https://theintercept.com/2015/12/19/elite-lawyers-now-selling-caribbean-tax-havens-as-havens-from-terror-too/
RS_2015-12.bz2.deduped.txt:167386 - https://theintercept.com/2015/12/19/hasty-fearful-passage-of-cybersecurity-bill-recalls-patriot-act/
RS_2015-12.bz2.deduped.txt:169495 - https://theintercept.com/2015/12/17/a-secret-catalogue-of-government-gear-for-spying-on-your-cellphone
RS_2015-12.bz2.deduped.txt:170089 - https://theintercept.com/2015/05/22/one-group-americans-drool-wall-wall-presidential-campaign-ads-next-year-media-companies/
RS_2015-12.bz2.deduped.txt:172687 - https://theintercept.com/2015/12/20/cbs-edits-out-criticisms-of-u-s-policy-from-frank-luntz-focus-group-with-muslim-americans/
RS_2015-12.bz2.deduped.txt:175059 - https://theintercept.com/2015/12/20/interview-with-heba-yehia-amin-caram-kapp-and-don-karl-of-homeland-is-not-a-series/
RS_2015-12.bz2.deduped.txt:180417 - https://theintercept.com/2015/12/21/u-s-officials-warned-of-mali-terror-strike-prior-to-november-attack/
RS_2015-12.bz2.deduped.txt:182290 - https://theintercept.com/2015/12/21/poll-voters-strongly-favor-small-donor-matching-funds/
RS_2015-12.bz2.deduped.txt:182737 - https://theintercept.com/2015/12/21/democratic-debate-spawns-fantasy-talk-on-encryption/
RS_2015-12.bz2.deduped.txt:183514 - https://theintercept.com/2015/12/21/obama-is-right-terrorism-has-taken-over-cable-news/
RS_2015-12.bz2.deduped.txt:185133 - https://theintercept.com/2015/05/11/former-professor-reported-basics-hershs-bin-laden-story-2011-seemingly-different-sources/
RS_2015-12.bz2.deduped.txt:190346 - https://theintercept.com/2015/12/22/geo-group-explains-crime/
RS_2015-12.bz2.deduped.txt:191444 - https://theintercept.com/2015/06/20/wikileaks-jacob-appelbaum-google-investigation/
RS_2015-12.bz2.deduped.txt:198132 - https://theintercept.com/2015/12/23/oxycontin-cdc-politics/
RS_2015-12.bz2.deduped.txt:199290 - https://theintercept.com/2015/12/23/juniper-firewalls-successfully-targeted-by-nsa-and-gchq/
RS_2015-12.bz2.deduped.txt:205967 - https://theintercept.com/2015/12/24/cruzs-smearing-of-syrian-refugees-echoes-his-fathers-attacks-on-cuban-refugees/
RS_2015-12.bz2.deduped.txt:206281 - https://theintercept.com/2015/03/18/mall-americas-intelligence-analyst-catfished-black-lives-matter-activists-collect-information/
RS_2015-12.bz2.deduped.txt:209575 - https://theintercept.com/2015/12/24/cisa-party/
RS_2015-12.bz2.deduped.txt:212801 - https://theintercept.com/2015/12/25/gchq-play-a-british-spy-game/
RS_2015-12.bz2.deduped.txt:212875 - https://theintercept.com/2015/04/24/central-war-terror-propaganda-tool-western-victims-acknowledged/
RS_2015-12.bz2.deduped.txt:216390 - https://theintercept.com/2015/12/26/sanders-would-dominate-money-race-with-small-donor-matching-funds/
RS_2015-12.bz2.deduped.txt:219111 - https://theintercept.com/2015/02/26/fbi-manufacture-plots-terrorism-isis-grave-threats/
RS_2015-12.bz2.deduped.txt:222601 - https://theintercept.com/2014/10/07/key-democrats-led-hillary-clinton-leave-doubt-endless-war-u-s-doctrine/

RS_2015-12.bz2.deduped.txt:227265 - https://theintercept.com/2015/12/28/recently-bought-a-windows-computer-microsoft-probably-has-your-encryption-key/
RS_2015-12.bz2.deduped.txt:228748 - https://theintercept.com/2015/12/28/obama-program-hurt-homeowners-and-helped-big-banks-now-its-dead/
RS_2015-12.bz2.deduped.txt:233403 - https://theintercept.com/2015/12/29/those-demanding-free-speech-limits-to-fight-isis-pose-a-greater-threat-to-u-s-than-isis/
RS_2015-12.bz2.deduped.txt:235654 - https://theintercept.com/2015/12/29/clinton-senior-adviser-authored-paper-arguing-for-paid-leave-proposal-she-now-opposes/
RS_2015-12.bz2.deduped.txt:235832 - https://theintercept.com/2015/12/29/those-demanding-free-speech-limits-to-fight-isis-pose-a-greater-threat-to-u-s-than-isis/?comments=1#comments
RS_2015-12.bz2.deduped.txt:242382 - https://theintercept.com/2015/12/30/pharma-exec-for-maker-of-150000-cancer-drug-tells-investors-its-pricing-is-very-responsible/
RS_2015-12.bz2.deduped.txt:244275 - https://theintercept.com/2015/12/30/americas-incarcerated-population-largest-in-world-grew-even-more-last-year/
RS_2015-12.bz2.deduped.txt:244735 - https://theintercept.com/2015/12/30/spying-on-congress-and-israel-nsa-cheerleaders-discover-value-of-privacy-only-when-their-own-is-violated/
RS_2015-12.bz2.deduped.txt:248531 - https://theintercept.com/2014/03/20/inside-nsa-secret-efforts-hunt-hack-system-administrators/
RS_2015-12.bz2.deduped.txt:250515 - https://theintercept.com/2015/12/31/rubio-outraged-by-spying-on-israels-government-ok-with-mass-surveillance-of-americans/
RS_2015-12.bz2.deduped.txt:251741 - https://theintercept.com/2015/12/31/prior-to-san-bernardino-attack-many-were-trained-to-spot-terrorists-none-did/
RS_2016-05.bz2.deduped.txt:4863 - https://theintercept.com/2016/05/01/d-c-elite-hated-larry-wilmores-drone-joke-last-night-but-loved-obamas-in-2010/
RS_2016-05.bz2.deduped.txt:10205 - https://theintercept.com/2016/05/02/fbi-chooses-secrecy-over-locking-up-criminals/
RS_2016-05.bz2.deduped.txt:13867 - https://theintercept.com/2016/05/02/republicans-dont-want-to-know-costs-of-u-s-nuclear-arsenal/
RS_2016-05.bz2.deduped.txt:14072 - https://theintercept.com/2016/05/02/whatsapp-used-by-100-million-brazilians-was-shut-down-nationwide-today-by-a-single-judge/
RS_2016-05.bz2.deduped.txt:15368 - https://theintercept.com/2016/05/02/whatsapp-used-by-100-million-brazilians-was-shut-down-nationwide-today-by-a-single-judge/?=1
RS_2016-05.bz2.deduped.txt:20035 - https://theintercept.com/2016/05/03/edward-snowden-whistleblowing-is-not-just-leaking-its-an-act-of-political-resistance/
RS_2016-05.bz2.deduped.txt:20394 - https://theintercept.com/2016/04/29/pentagon-denies-war-crimes-allegations-in-kunduz-hospital-killings/
RS_2016-05.bz2.deduped.txt:21989 - https://theintercept.com/2016/05/02/whatsapp-used-by-100-million-brazilians-was-shut-down-nationwide-today-by-a-single-judge/https://theintercept.com/2016/05/02/whatsapp-used-by-100-million-brazilians-was-shut-down-nationwide-today-by-a-single-judge/
RS_2016-05.bz2.deduped.txt:24316 - https://theintercept.com/2016/05/03/single-payer-dems-colo/
RS_2016-05.bz2.deduped.txt:24960 - https://theintercept.com/2016/05/03/nsa-and-cia-double-their-warrantless-searches-on-americans-in-two-years/
RS_2016-05.bz2.deduped.txt:27113 - https://theintercept.com/2016/05/03/edward-snowden-whistleblowing-is-not-just-leaking-its-an-act-of-political-resistance/?comments=1#comments

RS_2016-05.bz2.deduped.txt:34702 - https://theintercept.com/2016/05/04/beyond-schadenfreude-the-spectacular-pundit-failure-on-trump-is-worth-remembering/
RS_2016-05.bz2.deduped.txt:36024 - https://theintercept.com/2016/05/04/the-untold-story-of-bill-clintons-other-crime-bill/
RS_2016-05.bz2.deduped.txt:36936 - https://theintercept.com/2016/05/04/democratic-senator-urges-business-elites-to-get-more-involved-in-politics/
RS_2016-05.bz2.deduped.txt:38938 - https://theintercept.com/2016/05/04/the-untold-story-of-bill-clintons-other-crime-bill/?comments=1#comments
RS_2016-05.bz2.deduped.txt:43445 - https://theintercept.com/2016/05/05/egypts-newspapers-open-revolt-police-attack-press-freedom/
RS_2016-05.bz2.deduped.txt:46389 - https://theintercept.com/2016/05/05/fbi-told-cops-to-recreate-evidence-from-secret-cell-phone-trackers/
RS_2016-05.bz2.deduped.txt:47717 - https://theintercept.com/2016/05/05/david-cameron-not-sorry-calling-donald-trumps-muslim-ban-stupid-wrong/
RS_2016-05.bz2.deduped.txt:47827 - https://theintercept.com/2016/05/05/bernie-sanders-misses-chance-to-explain-why-d-c-s-rich-outlive-u-s-s-poor/
RS_2016-05.bz2.deduped.txt:48612 - https://theintercept.com/2016/05/05/hate-crimes-rise-along-with-donald-trumps-anti-muslim-rhetoric/
RS_2016-05.bz2.deduped.txt:49187 - https://theintercept.com/2016/05/05/foreign-intelligence-services-targeted-2008-campaign-officials-were-warned/
RS_2016-05.bz2.deduped.txt:51979 - https://theintercept.com/2016/05/05/at-conference-of-elites-the-distress-of-others-is-an-investment-opportunity/
RS_2016-05.bz2.deduped.txt:55582 - https://theintercept.com/2016/05/06/hillary-super-pac-draft-oped/
RS_2016-05.bz2.deduped.txt:56786 - https://theintercept.com/2016/05/06/former-u-s-diplomats-decry-the-u-s-backed-saudi-war-in-yemen/
RS_2016-05.bz2.deduped.txt:57521 - https://theintercept.com/2016/05/06/panama-papers-source-wants-whistleblower-immunity-aid-law-enforcement/
RS_2016-05.bz2.deduped.txt:58944 - https://theintercept.com/2016/05/05/at-conference-of-elites-the-distress-of-others-is-an-investment-opportunity/?comments=1#comments
RS_2016-05.bz2.deduped.txt:59261 - https://theintercept.com/2016/05/05/at-conference-of-elites-the-distress-of-others-is-an-investment-opportunity
RS_2016-05.bz2.deduped.txt:60728 - https://theintercept.com/2016/05/06/daniel-berrigan-a-leader-of-peaceful-opposition-to-vietnam-war-inspired-a-generation-of-activists/
RS_2016-05.bz2.deduped.txt:71064 - https://theintercept.com/2016/05/06/donald-trumps-got-hairspray-riff-hes-gonna-use/
RS_2016-05.bz2.deduped.txt:72823 - https://theintercept.com/2015/08/07/kim-kardashian-raises-money-armenian-genocide-denier-hillary-clinton/
RS_2016-05.bz2.deduped.txt:73245 - https://theintercept.com/2016/05/06/hillary-super-pac-draft-oped/?comments=1#comments
RS_2016-05.bz2.deduped.txt:75278 - https://theintercept.com/2015/02/24/report-chicago-police-operating-domestic-black-site/
RS_2016-05.bz2.deduped.txt:90080 - https://theintercept.com/2016/05/10/uk-hacker-lauri-love-encryption-court-victory/
RS_2016-05.bz2.deduped.txt:92118 - https://theintercept.com/2016/05/10/senate-kicks-off-debate-over-reauthorizing-controversial-nsa-programs/

RS_2016-05.bz2.deduped.txt:92565 - https://theintercept.com/2016/05/10/striking-prisoners-in-alabama-accuse-officials-of-using-food-as-weapon/
RS_2016-05.bz2.deduped.txt:94033 - https://theintercept.com/2016/05/10/hackers-attempt-to-hold-capitol-hill-data-for-ransom/
RS_2016-05.bz2.deduped.txt:95392 - https://theintercept.com/2016/05/10/gps-tracking-devices-catch-major-u-s-recyclers-in-improper-e-waste-exports/
RS_2016-05.bz2.deduped.txt:99893 - https://theintercept.com/2016/05/11/brazils-democracy-to-suffer-grievous-blow-today-as-unelectable-corrupt-neoliberal-is-installed/
RS_2016-05.bz2.deduped.txt:99894 - https://theintercept.com/2016/05/11/lobbyists-dnc-2016-convention/
RS_2016-05.bz2.deduped.txt:99984 - https://theintercept.com/2016/05/11/lobbyists-dnc-2016-convention/?comments=1#comments
RS_2016-05.bz2.deduped.txt:101184 - https://theintercept.com/2016/05/11/a-democracia-brasileira-sofrera-um-duro-reves-com-a-posse-de-um-inelegivel-e-corrupto-neoliberal/
RS_2016-05.bz2.deduped.txt:102081 - https://theintercept.com/2016/05/11/the-secret-nsa-diary-of-an-abu-ghraib-interrogator/
RS_2016-05.bz2.deduped.txt:111774 - https://theintercept.com/2016/05/12/mozilla-wants-heads-up-from-fbi-on-tor-browser-hack/
RS_2016-05.bz2.deduped.txt:111775 - https://theintercept.com/2016/05/12/donald-trump-calls-hillary-clinton-trigger-happy-as-she-courts-neocons/
RS_2016-05.bz2.deduped.txt:114514 - https://theintercept.com/2016/05/12/myth-of-the-ferguson-effect-is-hard-to-kill/
RS_2016-05.bz2.deduped.txt:116373 - https://theintercept.com/2016/05/12/state-department-fails-to-vet-or-monitor-military-aid-to-egypt/
RS_2016-05.bz2.deduped.txt:120582 - https://theintercept.com/2016/05/13/interview-with-bds-advocate-omar-barghouti-banned-by-israel-from-traveling-threatened-with-worse/
RS_2016-05.bz2.deduped.txt:123901 - https://theintercept.com/2016/05/13/walter-jones-bank-lobby/
RS_2016-05.bz2.deduped.txt:125790 - https://theintercept.com/2016/05/13/too-poor-for-justice/
RS_2016-05.bz2.deduped.txt:126120 - https://theintercept.com/2016/05/13/bahrain-pakistan-limits-social-media-outrage-shield-dissidents/
RS_2016-05.bz2.deduped.txt:130974 - https://theintercept.com/2016/05/14/orange-county-scandal-jailhouse-informants/
RS_2016-05.bz2.deduped.txt:131158 - https://theintercept.com/2016/05/14/leaks-show-senate-aide-threatened-colombia-over-cheap-cancer-drug/
RS_2016-05.bz2.deduped.txt:138467 - http://theintercept.com/2016/05/14/orange-county-scandal-jailhouse-informants/
RS_2016-05.bz2.deduped.txt:138957 - https://theintercept.com/2016/05/14/leaks-show-senate-aide-threatened-colombia-over-cheap-cancer-drug/?comments=1#comments
RS_2016-05.bz2.deduped.txt:141374 - https://theintercept.com/2016/05/09/barrett-brown-dean-rusk-also-missing-feared-dead/
RS_2016-05.bz2.deduped.txt:144573 - https://theintercept.com/2016/05/16/donald-trumps-pledge-to-defend-spending-for-old-and-poor-belied-by-staff-picks/
RS_2016-05.bz2.deduped.txt:146346 - https://theintercept.com/2016/05/16/the-intercept-is-broadening-access-to-the-snowden-archive-heres-why/
RS_2016-05.bz2.deduped.txt:146433 - https://theintercept.com/snowden-sidtoday/

RS_2016-05.bz2.deduped.txt:146439 - https://theintercept.com/2016/05/16/how-we-prepared-the-nsas-sensitive-internal-reports-for-release/
RS_2016-05.bz2.deduped.txt:146441 - https://theintercept.com/2016/05/16/what-its-like-to-read-the-nsas-newspaper-for-spies/
RS_2016-05.bz2.deduped.txt:146442 - https://theintercept.com/2016/05/16/the-most-intriguing-spy-stories-from-166-internal-nsa-reports/
RS_2016-05.bz2.deduped.txt:146443 - https://theintercept.com/2016/05/16/nsa-closely-involved-in-guantanamo-interrogations-documents-show/
RS_2016-05.bz2.deduped.txt:148666 - https://theintercept.com/2014/09/25/managing-nightmare-cia-media-destruction-gary-webb/
RS_2016-05.bz2.deduped.txt:157493 - https://theintercept.com/2016/05/17/hillary-clinton-wasnt-always-this-one-sided-on-israel/
RS_2016-05.bz2.deduped.txt:157566 - https://theintercept.com/2016/05/17/new-evidence-about-the-dangers-of-monsantos-roundup/
RS_2016-05.bz2.deduped.txt:158512 - https://theintercept.com/snowden-sidtoday/2830111-mathematician-an-insider-s-view/
RS_2016-05.bz2.deduped.txt:166928 - https://theintercept.com/2016/05/02/billionaire-nike-co-founder-confuses-his-net-worth-with-u-s-economic-growth/
RS_2016-05.bz2.deduped.txt:167102 - https://theintercept.com/2016/05/18/fleeing-gangs-central-american-refugees-fight-deportation-from-the-u-s/
RS_2016-05.bz2.deduped.txt:167897 - https://theintercept.com/2016/05/18/ca-marijuana-measure/
RS_2016-05.bz2.deduped.txt:169994 - https://theintercept.com/2016/05/18/foreclosure-fraud-is-supposed-to-be-a-thing-of-the-past-but-it-happens-every-day/
RS_2016-05.bz2.deduped.txt:172116 - https://theintercept.com/2016/05/18/neocon-bashers-headline-koch-event-as-political-realignment-on-foreign-policy-continues/
RS_2016-05.bz2.deduped.txt:179795 - https://theintercept.com/document/2015/06/22/behavioural-science-support-jtrig/
RS_2016-05.bz2.deduped.txt:180739 - https://theintercept.com/2016/05/19/pfizers-death-penalty-ban-highlights-the-black-market-in-execution-drugs/
RS_2016-05.bz2.deduped.txt:181053 - https://theintercept.com/2016/05/19/with-new-pfoa-drinking-water-advisory-dozens-of-communities-suddenly-have-dangerous-water/
RS_2016-05.bz2.deduped.txt:181618 - https://theintercept.com/2016/05/19/watch-first-interview-with-brazils-president-dilma-rousseff-since-the-senates-impeachment-vote/
RS_2016-05.bz2.deduped.txt:181907 - https://theintercept.com/2016/05/19/chelsea-manning-appeals-unprecedented-conviction/
RS_2016-05.bz2.deduped.txt:186729 - https://theintercept.com/2016/05/19/general-advising-donald-trump-says-killing-terrorists-families-might-be-ok/
RS_2016-05.bz2.deduped.txt:189359 - https://theintercept.com/2016/05/20/pentagon-official-once-told-morley-safer-that-reporters-who-believe-the-government-are-stupid/
RS_2016-05.bz2.deduped.txt:192613 - https://theintercept.com/2016/05/20/high-school-debaters-bring-surveillance-encryption-arguments-to-capitol-hill/
RS_2016-05.bz2.deduped.txt:198260 - https://theintercept.com/2016/05/21/top-democrats-ally-with-oil-and-gas-industry-to-fight-colorado-anti-fracking-ballot-measures/
RS_2016-05.bz2.deduped.txt:210486 - https://theintercept.com/2016/05/19/trauma-and-deprivation-lead-syrian-youths-to-extremist-groups-says-new-report/

RS_2016-05.bz2.deduped.txt:211889 - https://theintercept.com/2016/05/23/new-political-earthquake-in-brazil-is-it-now-time-for-media-outlets-to-call-this-a-coup/
RS_2016-05.bz2.deduped.txt:213668 - https://theintercept.com/2016/05/23/vindication-for-edward-snowden-from-a-new-player-in-nsa-whistleblowing-saga/
RS_2016-05.bz2.deduped.txt:214338 - https://theintercept.com/2016/05/23/hillary-clinton-fracking/
RS_2016-05.bz2.deduped.txt:214715 - https://theintercept.com/2016/05/23/second-freddie-gray-trial-ends-in-acquittal-raises-questions-about-reasonable-suspicion/
RS_2016-05.bz2.deduped.txt:217242 - https://theintercept.com/2016/05/23/brother-of-guantanamo-diary-author-barred-from-entering-u-s/
RS_2016-05.bz2.deduped.txt:224112 - https://theintercept.com/2016/05/24/oklahomas-insane-rush-to-execute/
RS_2016-05.bz2.deduped.txt:231741 - https://theintercept.com/2016/05/25/american-sniper-chris-kyle-distorted-his-military-record-documents-show/
RS_2016-05.bz2.deduped.txt:231862 - https://theintercept.com/2016/05/24/dire-predictions-about-obama-overtime-rule-overblown/
RS_2016-05.bz2.deduped.txt:232139 - https://theintercept.com/2014/02/24/jtrig-manipulation
RS_2016-05.bz2.deduped.txt:232489 - https://theintercept.com/2016/05/25/former-911-commissioner-wont-rule-out-saudi-royal-family-foreknowledge-of-911-plot/
RS_2016-05.bz2.deduped.txt:236070 - https://theintercept.com/2016/05/25/american-sniper-chris-kyle-distorted-his-military-record-documents-show/?123
RS_2016-05.bz2.deduped.txt:236683 - https://theintercept.com/2016/05/25/hillary-clinton-debbie-wasserman-schultz-pick-corporate-influence-peddlers-to-guide-dnc-platform/
RS_2016-05.bz2.deduped.txt:238776 - https://theintercept.com/2016/05/25/bill-would-require-dna-samples-from-americans-when-sponsoring-family-visas/
RS_2016-05.bz2.deduped.txt:244280 - https://theintercept.com/2016/05/26/to-avoid-regulations-uber-describes-itself-as-either-neither-and-nor/
RS_2016-05.bz2.deduped.txt:244961 - https://theintercept.com/2016/05/26/the-new-york-times-and-clinton-campaigns-abject-cowardice-on-israel/
RS_2016-05.bz2.deduped.txt:247948 - https://theintercept.com/2016/05/26/secret-text-in-senate-bill-would-give-fbi-warrantless-access-to-email-records/
RS_2016-05.bz2.deduped.txt:251402 - https://theintercept.com/2015/06/12/paula-cooper-dead-at-45/
RS_2016-05.bz2.deduped.txt:256577 - https://theintercept.com/2016/05/27/wells-fargo-sponsorship-of-black-lives-matter-panel-draws-scorn/
RS_2016-05.bz2.deduped.txt:257615 - https://theintercept.com/2016/05/27/senator-scolds-obama-for-preaching-nuclear-temperance-from-a-bar-stool/
RS_2016-05.bz2.deduped.txt:257883 - https://theintercept.com/2016/05/27/hillary-clinton-wont-say-how-much-goldman-sachs-ceo-invested-with-her-son-in-law/
RS_2016-05.bz2.deduped.txt:259275 - https://theintercept.com/2016/05/27/virginia-cabbie-faces-48-years-in-prison-after-driving-aspiring-terrorist-to-airport/
RS_2016-05.bz2.deduped.txt:262961 - https://theintercept.com/2016/05/28/mold-infested-prisons-sicken-guards-and-prisoners/
RS_2016-05.bz2.deduped.txt:263198 - https://theintercept.com/2016/05/27/california-supreme-court-overturns-bill-richardss-murder-conviction-based-on-flawed-bite-mark-evidence/

RS_2016-05.bz2.deduped.txt:269551 - https://theintercept.com/2015/02/18/destroyed-by-the-espionage-act/

RS_2016-05.bz2.deduped.txt:270453 - https://theintercept.com/2016/05/29/samantha-power-to-receive-prize-from-henry-kissinger-whom-she-once-harshly-criticized/

RS_2016-05.bz2.deduped.txt:285465 - https://theintercept.com/2016/05/31/congress-boosts-rehab-but-gives-opioid-pushers-a-pass/

RS_2016-05.bz2.deduped.txt:288871 - https://theintercept.com/2016/05/31/appeals-court-delivers-devastating-blow-to-cell-phone-privacy-advocates/

RS_2016-05.bz2.deduped.txt:289444 - https://theintercept.com/2016/05/31/fired-for-speaking-out-on-guantanamo-former-prosecutor-settles-with-library-of-congress/

RS_2018-04.xz.deduped.txt:3065 - https://theintercept.com/2018/04/01/federal-job-guaranteed-jobs-program/

RS_2018-04.xz.deduped.txt:4002 - https://theintercept.com/2018/03/29/herman-bell-black-panther-parole-nypd-new-york/

RS_2018-04.xz.deduped.txt:10226 - https://theintercept.com/2018/04/02/chacina-alemao-brasil-corte-interamericana/

RS_2018-04.xz.deduped.txt:11434 - https://theintercept.com/2018/04/02/donald-trumps-embrace-of-abstinence-only-sex-ed-is-an-absurd-twist-on-a-failed-policy/

RS_2018-04.xz.deduped.txt:11627 - https://theintercept.com/document/2014/09/04/email-correspondence-reporters-cia-flacks/

RS_2018-04.xz.deduped.txt:13762 - https://theintercept.com/2018/04/02/cfpb-mick-mulvaney-will-push-for-congressional-control-of-cfpb-hemming-in-its-independence/

RS_2018-04.xz.deduped.txt:15699 - https://theintercept.com/2018/04/02/israel-killing-palestine-civilian-liberal-humanitarian/

RS_2018-04.xz.deduped.txt:21278 - https://theintercept.com/2018/04/03/politics-liberal-democrat-conservative-republican/

RS_2018-04.xz.deduped.txt:22999 - https://theintercept.com/2018/04/02/rental-assistance-demonstration-housing-congress-private-tenants-rights/

RS_2018-04.xz.deduped.txt:25164 - https://theintercept.com/2018/04/03/north-korea-nuclear-trump-john-bolton/

RS_2018-04.xz.deduped.txt:26167 - https://theintercept.com/2018/04/03/immigration-detention-asylum-seeker-medical-exam/

RS_2018-04.xz.deduped.txt:28614 - https://theintercept.com/2018/04/03/epa-complaints-civil-rights-discrimination-court-ruling/

RS_2018-04.xz.deduped.txt:31627 - https://theintercept.com/2018/04/02/israel-killing-palestine-civilian-liberal-humanitarian

RS_2018-04.xz.deduped.txt:33291 - https://theintercept.com/2018/04/04/intercepted-podcast-injustice-league/

RS_2018-04.xz.deduped.txt:33648 - https://theintercept.com/2018/04/04/parkland-florida-shooting-survivor-activists/

RS_2018-04.xz.deduped.txt:38004 - https://theintercept.com/2018/04/02/israel-killing-palestine-civilian-liberal-humanitarian/?link_id=2&can_id=8cb9f456d2e69d840d17665d4fb11e0c&source=email-everything-you-wanted-to-know-about-jared-kushnerand-more&email_referrer=email_328737&email_subject=everything-you-wanted-to-know-about-jared-kushnerand-more

RS_2018-04.xz.deduped.txt:39701 - https://theintercept.com/2018/04/04/ut-focus-act-labor-union-tennessee-billionaire-governor/
RS_2018-04.xz.deduped.txt:42761 - https://theintercept.com/2018/04/04/a-frente-ampla-proibida-ha-50-anos-pela-ditadura-e-uma-boa-ideia-para-o-brasil-de-hoje/
RS_2018-04.xz.deduped.txt:43602 - https://theintercept.com/2018/04/05/muslims-violence-media-attention-prosecution/
RS_2018-04.xz.deduped.txt:48201 - https://theintercept.com/2018/04/05/marijuana-legalization-oregon/
RS_2018-04.xz.deduped.txt:48423 - https://theintercept.com/2018/04/05/milicia-controle-rio-de-janeiro/
RS_2018-04.xz.deduped.txt:52407 - https://theintercept.com/2018/04/05/israel-prepared-kill-protesters-gaza/
RS_2018-04.xz.deduped.txt:58099 - https://theintercept.com/2018/04/05/policia-sigilo-vereadores-investigacoes-morte-marielle/
RS_2018-04.xz.deduped.txt:58300 - https://theintercept.com/2018/04/05/migrant-caravan-mexico-border-immigration/
RS_2018-04.xz.deduped.txt:59176 - https://theintercept.com/2018/04/06/deconstructed-podcast-stephon-clarks-fiancee-speaks-out-on-police-shooting/
RS_2018-04.xz.deduped.txt:60664 - https://theintercept.com/2018/04/06/shri-thanedar-michigan-millionaire-bernie-sanders-republican/
RS_2018-04.xz.deduped.txt:62205 - https://theintercept.com/2018/04/06/border-patrol-us-mexico-esequiel-hernandez/
RS_2018-04.xz.deduped.txt:68754 - https://theintercept.com/2018/04/07/andrew-cuomo-cynthia-nixon-student-loans-new-york/
RS_2018-04.xz.deduped.txt:69761 - https://theintercept.com/2018/04/07/guatemala-anti-corruption-trolls-smear-campaign/
RS_2018-04.xz.deduped.txt:70564 - https://theintercept.com/2018/04/03/politics-liberal-democrat-conservative-republican/?0
RS_2018-04.xz.deduped.txt:72028 - https://theintercept.com/2018/03/31/the-500000-gofundme-charity-campaign-for-wealthy-ex-fbi-official-andrew-mccabe-is-obscene/?utm_source=The+Intercept+Newsletter&utm_campaign=13f9e66b27-EMAIL_CAMPAIGN_2018_04_07&utm_medium=email&utm_term=0_e00a5122d3-13f9e66b27-123201345
RS_2018-04.xz.deduped.txt:74393 - https://theintercept.com/2018/04/07/foreign-spies-meddled-hungarys-election-smear-non-candidate-george-soros/
RS_2018-04.xz.deduped.txt:77714 - https://theintercept.com/2018/04/06/shri-thanedar-michigan-millionaire-bernie-sanders-republican/?link_id=1&can_id=f7701b63787ab6ac4a1e51e449223950&source=email-a-completely-bonkers-story-in-michigan&email_referrer=email_331866&email_subject=a-completely-bonkers-story-in-michigan
RS_2018-04.xz.deduped.txt:84520 - https://theintercept.com/2018/04/09/a-radical-lesson-from-the-invasion-of-iraq-our-war-monuments-should-honor-the-sacrifice-of-civilians-not-soldiers/
RS_2018-04.xz.deduped.txt:86032 - https://theintercept.com/2018/04/09/marie-colvin-syria-assad/
RS_2018-04.xz.deduped.txt:88210 - https://theintercept.com/2018/04/09/plant-based-meat-alternatives-missouri-agriculture/

RS_2018-04.xz.deduped.txt:89106 - https://theintercept.com/2018/04/09/epa-scott-pruitt-condo-j-steven-hart/

RS_2018-04.xz.deduped.txt:89429 - https://theintercept.com/2018/04/09/gaza-protest-yaser-murtaja-journalist-israel-palestine/

RS_2018-04.xz.deduped.txt:91657 - https://theintercept.com/2018/04/09/video-a-brief-history-of-u-s-intervention-in-iraq-over-the-past-half-century/

RS_2018-04.xz.deduped.txt:95898 - https://theintercept.com/2018/04/10/ahed-tamimi-palestinian-teen-israel-interrogation-video/

RS_2018-04.xz.deduped.txt:97521 - https://theintercept.com/2018/04/10/ahed-tamimi-palestinian-teen-israel-interrogation-video/?comments=1#comments

RS_2018-04.xz.deduped.txt:99109 - https://theintercept.com/2018/04/10/gaza-protests-palestine-israel-sniper-video/

RS_2018-04.xz.deduped.txt:99195 - https://theintercept.com/2018/04/10/kevin-williamson-atlantic-ideological-diversity/

RS_2018-04.xz.deduped.txt:99880 - https://theintercept.com/2018/04/10/arizona-teacher-strike-corporate-tax-breaks/

RS_2018-04.xz.deduped.txt:99896 - https://theintercept.com/2018/04/10/district-attorney-race-2018-police/

RS_2018-04.xz.deduped.txt:102218 - https://theintercept.com/2018/04/10/ice-raids-tennessee-meatpacking-plant/

RS_2018-04.xz.deduped.txt:105083 - https://theintercept.com/2018/04/10/facebook-the-senate-is-afraid-to-govern-thats-great-news-for-facebook/

RS_2018-04.xz.deduped.txt:107308 - https://theintercept.com/2018/04/11/a-nation-addicted-to-war-syria-trump/

RS_2018-04.xz.deduped.txt:109781 - https://theintercept.com/2018/04/11/uber-data-sharing-egypt-government-surveillance/

RS_2018-04.xz.deduped.txt:109969 - https://theintercept.com/2018/04/11/the-trump-administration-continues-to-be-more-confrontational-toward-russia-than-obama-was/

RS_2018-04.xz.deduped.txt:111619 - https://theintercept.com/2018/04/11/immigration-detention-sexual-abuse-ice-dhs/

RS_2018-04.xz.deduped.txt:112961 - https://theintercept.com/2018/04/11/prisao-lula-odio-golpes/

RS_2018-04.xz.deduped.txt:112974 - https://theintercept.com/2018/04/11/saheed-vassell-brooklyn-gentrification-nypd/

RS_2018-04.xz.deduped.txt:113092 - https://theintercept.com/2018/04/11/mike-pompeo-secretary-of-state-senate-confirmation/

RS_2018-04.xz.deduped.txt:114737 - https://theintercept.com/2018/04/11/school-to-prison-pipeline-milwaukee/

RS_2018-04.xz.deduped.txt:115510 - https://theintercept.com/2018/04/11/mark-zuckerberg-is-either-ignorant-deliberately-misleading-congress-or-both/

RS_2018-04.xz.deduped.txt:115709 - https://theintercept.com/2018/04/11/facebook-mark-zuckerberg-ftc-hearing/

RS_2018-04.xz.deduped.txt:115887 - https://theintercept.com/2018/04/11/justice-department-jeff-sessions-immigration-detention-legal-aid/

RS_2018-04.xz.deduped.txt:120525 - https://theintercept.com/2018/04/12/teachers-strike-west-virginia-oklahoma-kentucky-fossil-fuels/

RS_2018-04.xz.deduped.txt:123508 - https://theintercept.com/2018/04/12/trump-russia-intermediary-joseph-mifsud-missing-case-for-collusion/
RS_2018-04.xz.deduped.txt:123957 - https://theintercept.com/2018/04/12/israel-palestine-conflict-elizabeth-warren/
RS_2018-04.xz.deduped.txt:125228 - https://theintercept.com/2018/04/12/scott-pruitt-oklahoma-superfund-audit-suppression/
RS_2018-04.xz.deduped.txt:126371 - https://theintercept.com/2018/04/12/marielle-digitais-milicianos-queima-arquivo/
RS_2018-04.xz.deduped.txt:126661 - https://theintercept.com/2018/04/12/israel-denounced-smear-campaign-palestinian-journalist-killed-gaza/
RS_2018-04.xz.deduped.txt:127350 - https://theintercept.com/2018/04/12/dccc-national-democrats-new-york-primary/
RS_2018-04.xz.deduped.txt:127597 - https://theintercept.com/2018/04/11/o-general-villas-boas-deu-uma-otima-ideia-contra-a-violencia-no-rio-mas-ela-ja-existe-ha-24-anos/
RS_2018-04.xz.deduped.txt:128195 - https://theintercept.com/2018/04/11/de-apaixonado-pelo-pt-a-psdb-10-dias-ex-presidente-da-camara-ensina/
RS_2018-04.xz.deduped.txt:132745 - https://theintercept.com/2018/04/13/deconstructed-podcast-is-trump-about-to-start-an-illegal-war-with-syria/
RS_2018-04.xz.deduped.txt:133477 - https://theintercept.com/2018/04/12/north-carolina-republican-primary-george-soros/
RS_2018-04.xz.deduped.txt:133598 - https://theintercept.com/2018/04/13/syrian-refugees-malaysia/
RS_2018-04.xz.deduped.txt:133855 - https://theintercept.com/2018/04/13/brazil-lula-prison-generals-military-coup/
RS_2018-04.xz.deduped.txt:136158 - https://theintercept.com/2018/04/13/facebook-advertising-data-artificial-intelligence-ai/
RS_2018-04.xz.deduped.txt:137827 - https://theintercept.com/2018/04/13/cynthia-nixon-governor-new-york-andrew-cuomo/
RS_2018-04.xz.deduped.txt:139634 - https://theintercept.com/2018/04/13/russia-says-irrefutable-evidence-chemical-attack-syria-staged-lets-see/
RS_2018-04.xz.deduped.txt:144505 - https://theintercept.com/2018/04/14/syria-rania-abouzeid-alia-malek/
RS_2018-04.xz.deduped.txt:145145 - https://theintercept.com/2018/04/14/donald-trump-ordered-syria-strike-based-on-a-secret-legal-justification-even-congress-cant-see/
RS_2018-04.xz.deduped.txt:148304 - https://theintercept.com/2018/04/14/donald-trump-ordered-syria-strike-based-on-a-secret-legal-justification-even-congress-cant-see
RS_2018-04.xz.deduped.txt:149636 - https://theintercept.com/2018/04/14/andrew-cuomo-sees-whats-coming-he-doesnt-know-whether-to-run-join-it-or-destroy-it/
RS_2018-04.xz.deduped.txt:151665 - https://theintercept.com/2018/04/15/iraq-war-translators-trump-refugee-visa/
RS_2018-04.xz.deduped.txt:151770 - https://theintercept.com/2018/04/15/jornalista-da-globo-pode-dar-opiniao-desde-que-seja-a-mesma-da-empresa/
RS_2018-04.xz.deduped.txt:153658 - https://theintercept.com/2018/04/15/hungarians-take-streets-protest-election-seen-hammer-blow-democracy/
RS_2018-04.xz.deduped.txt:156648 - https://theintercept.com/2018/04/11/immigration-detention-sexual-abuse-ice-dhs

RS_2018-04.xz.deduped.txt:161174 - https://theintercept.com/2018/04/16/john-conyers-detroit-rashida-tlaib-congress/
RS_2018-04.xz.deduped.txt:168700 - https://theintercept.com/2018/04/16/operacao-policial-contra-milicianos/
RS_2018-04.xz.deduped.txt:171640 - https://theintercept.com/2018/04/17/climate-change-denial-trump-germany/
RS_2018-04.xz.deduped.txt:173837 - https://theintercept.com/2018/04/17/teacher-strikes-west-virginia-oklahoma-kentucky-arizona/
RS_2018-04.xz.deduped.txt:178585 - https://theintercept.com/2018/04/17/bernie-sanders-israel-palestine-2020-presidential-race/
RS_2018-04.xz.deduped.txt:181255 - https://theintercept.com/2018/04/17/the-restaurant-industry-ran-a-private-poll-on-the-minimum-wage-it-did-not-go-well-for-them/
RS_2018-04.xz.deduped.txt:183683 - https://theintercept.com/2018/04/18/intercepted-podcast-evening-at-the-talk-house/
RS_2018-04.xz.deduped.txt:184101 - https://theintercept.com/2018/04/18/james-comey-sees-himself-as-a-victim-of-trump-he-refuses-to-see-the-victims-of-the-justice-system/
RS_2018-04.xz.deduped.txt:185629 - https://theintercept.com/2018/04/18/ice-hsi-special-agent-training-manuals/
RS_2018-04.xz.deduped.txt:188035 - https://theintercept.com/2018/04/18/josh-butner-congress-california-democratic-primary/
RS_2018-04.xz.deduped.txt:196632 - https://theintercept.com/2018/04/19/jeitinho-brasileiro-empresas-confessam-dividas-para-proteger-patrimonio-donos/
RS_2018-04.xz.deduped.txt:197165 - https://theintercept.com/2018/04/19/amazon-snap-subsidies-warehousing-wages/
RS_2018-04.xz.deduped.txt:200936 - https://theintercept.com/2018/04/18/walter-jones-north-carolina-primary-republican-gop-establishment/
RS_2018-04.xz.deduped.txt:201027 - https://theintercept.com/2018/04/19/dear-bashar-al-assad-apologists-your-hero-is-a-war-criminal-even-if-he-didnt-gas-syrians/
RS_2018-04.xz.deduped.txt:203051 - https://theintercept.com/2018/04/19/torture-mohammed-al-qahtani-guantanamo/
RS_2018-04.xz.deduped.txt:204160 - https://theintercept.com/2018/04/19/alec-debbie-lesko-arizona-congress/
RS_2018-04.xz.deduped.txt:210458 - https://theintercept.com/2018/04/17/grileiros-assentamento-dorothy-stang/
RS_2018-04.xz.deduped.txt:210701 - https://theintercept.com/2018/04/19/james-comey-amazon-to-speak-at-amazon-monday/?ncid=newsltushpmgnews__TheMorningEmail__042018
RS_2018-04.xz.deduped.txt:210969 - https://theintercept.com/2018/04/20/how-fake-news-and-western-propaganda-about-russian-interference-in-catalonia-coerced-ecuador-to-silence-julian-assange/
RS_2018-04.xz.deduped.txt:210988 - https://theintercept.com/2018/04/20/russia-sows-doubts-chemical-attack-syria-aided-pro-trump-cable-channel/
RS_2018-04.xz.deduped.txt:211016 - https://theintercept.com/2018/04/19/ady-barkan-als-gop-tax-law/
RS_2018-04.xz.deduped.txt:213426 - https://theintercept.com/2018/04/20/elliott-broidy-trump-russia-sanctions/

RS_2018-04.xz.deduped.txt:214803 - https://theintercept.com/2018/04/20/marijuana-legalization-alcohol-consumption/

RS_2018-04.xz.deduped.txt:214815 - https://theintercept.com/2018/04/20/andrew-cuomo-voting-rights-parolees-cynthia-nixon/

RS_2018-04.xz.deduped.txt:215074 - https://theintercept.com/2018/04/20/elliott-broidy-trump-russia-sanctions/?ref=hvper.com&utm_source=hvper.com&utm_medium=website

RS_2018-04.xz.deduped.txt:215642 - https://theintercept.com/2018/04/20/marijuana-legalization-arrests-increase/

RS_2018-04.xz.deduped.txt:216095 - https://theintercept.com/2018/04/20/marijuana-legalization-arrests-increase/https://theintercept.com/2018/04/20/marijuana-legalization-arrests-increase/

RS_2018-04.xz.deduped.txt:216569 - https://theintercept.com/2018/04/20/republicans-have-found-a-nuclear-option-to-kill-regulations/

RS_2018-04.xz.deduped.txt:217813 - https://theintercept.com/2018/04/20/the-dncs-lawsuit-against-wikileaks-poses-a-serious-threat-to-press-freedom/

RS_2018-04.xz.deduped.txt:220625 - https://theintercept.com/2018/04/21/terry-albury-fbi-race-whistleblowing/

RS_2018-04.xz.deduped.txt:220992 - https://theintercept.com/2018/04/21/donald-trump-war-powers/

RS_2018-04.xz.deduped.txt:227385 - https://theintercept.com/gchq-appendix/

RS_2018-04.xz.deduped.txt:227924 - https://theintercept.com/2018/04/22/to-defeat-isis-the-u-s-helped-turn-old-mosul-into-rubble-but-wont-help-rebuild-it/

RS_2018-04.xz.deduped.txt:228282 - https://theintercept.com/2018/04/19/amazon-snap-subsidies-warehousing-wages/?utm_source=The+Intercept+Newsletter&utm_campaign=dcbd5b0770-EMAIL_CAMPAIGN_2018_04_21&utm_medium=email&utm_term=0_e00a5122d3-dcbd5b0770-131523885

RS_2018-04.xz.deduped.txt:229283 - https://theintercept.com/2018/04/22/junk-forensics-mississippi-cadaver-king-country-dentist-interview/

RS_2018-04.xz.deduped.txt:229433 - https://theintercept.com/2018/04/22/georgia-bus-drivers-joined-the-school-uprising-and-paid-a-price/

RS_2018-04.xz.deduped.txt:236505 - https://theintercept.com/2018/04/20/elliott-broidy-trump-russia-sanctions/?link_id=0&can_id=ac0db8830bce17b5fe86a245e09540da&source=email-trump-fundraiser-offered-russian-gas-company-plan-to-get-sanctions-lifted-for-26-million&email_referrer=email_339850&email_subject=trump-fundraiser-offered-russian-gas-company-plan-to-get-sanctions-lifted-for-26-million

RS_2018-04.xz.deduped.txt:237936 - https://theintercept.com/2018/04/23/border-patrol-agents-assaulted-cbp-fbi/

RS_2018-04.xz.deduped.txt:239312 - https://theintercept.com/2018/04/20/senadora-ana-amelia-aproxima-al-jazeera-do-estado-islamico-nao-e-ignorancia-e-calculo-politico/

RS_2018-04.xz.deduped.txt:240755 - https://theintercept.com/2018/04/23/puerto-rico-power-outage-prepa-privatization/

RS_2018-04.xz.deduped.txt:241631 - https://theintercept.com/2018/04/23/james-comey-trump-jail-reporters-leaks/

RS_2018-04.xz.deduped.txt:247662 - https://theintercept.com/2018/04/23/russian-tv-interview-syrian-boy-secretly-conducted-army-facility/

RS_2018-04.xz.deduped.txt:249819 - https://theintercept.com/2018/04/24/msnbcs-joy-reid-claims-her-website-was-hacked-and-bigoted-anti-lgbt-content-added-a-bizarre-story-liberal-outlets-ignore/
RS_2018-04.xz.deduped.txt:251507 - https://theintercept.com/2018/04/24/mohammed-bin-salman-mbs-saudi-arabia-yemen-war-crimes/
RS_2018-04.xz.deduped.txt:254224 - https://theintercept.com/2018/04/24/james-comey-mlk-martin-luther-king-surveillance-muslims/
RS_2018-04.xz.deduped.txt:256593 - https://theintercept.com/chomsky-ellsberg/
RS_2018-04.xz.deduped.txt:259532 - https://theintercept.com/2018/04/25/intercepted-podcast-the-haspel-ultimatum/
RS_2018-04.xz.deduped.txt:259960 - https://theintercept.com/2018/04/25/herman-bell-nypd-release-parole-new-york-police/
RS_2018-04.xz.deduped.txt:263906 - https://theintercept.com/2018/04/25/hillary-clinton-email-dnc-democratic-party/
RS_2018-04.xz.deduped.txt:265907 - https://theintercept.com/2018/04/25/stephon-clark-police-shooting-district-attorney/
RS_2018-04.xz.deduped.txt:268306 - https://theintercept.com/2018/04/25/israeli-police-officer-jailed-killing-unarmed-palestinian-protester-without-permission/
RS_2018-04.xz.deduped.txt:271772 - https://theintercept.com/2018/04/26/steny-hoyer-audio-levi-tillemann/
RS_2018-04.xz.deduped.txt:272079 - https://theintercept.com/2018/04/26/russia-jill-stein-senate-intelligence/
RS_2018-04.xz.deduped.txt:274638 - https://theintercept.com/2018/04/26/cliven-bundy-case-nevada-prosecutorial-misconduct/
RS_2018-04.xz.deduped.txt:277767 - https://theintercept.com/2018/04/26/california-39th-congressional-district-2018-gil-cisneros-dccc/
RS_2018-04.xz.deduped.txt:277904 - https://theintercept.com/2018/04/26/steny-hoyer-audio-levi-tillemann
RS_2018-04.xz.deduped.txt:278433 - https://theintercept.com/2018/04/26/ice-sends-threatening-letters-to-immigrants-increasing-climate-of-fear-in-new-york-city/
RS_2018-04.xz.deduped.txt:278786 - https://theintercept.com/2018/04/26/wells-fargo-cfpb-mick-mulvaney/
RS_2018-04.xz.deduped.txt:280692 - https://theintercept.com/2018/04/26/facebook-is-demanding-personal-information-from-political-advertisers-raising-privacy-concerns/
RS_2018-04.xz.deduped.txt:281020 - https://theintercept.com/2018/04/26/russia-brings-syrians-hague-make-underwhelming-case-chemical-attack-fake/
RS_2018-04.xz.deduped.txt:283988 - https://theintercept.com/2018/04/27/deconstructed-podcast-israeli-activists-speak-out-against-the-occupation-of-gaza/
RS_2018-04.xz.deduped.txt:285938 - https://theintercept.com/2018/04/18/james-comey-sees-himself-as-a-victim-of-trump-he-refuses-to-see-the-victims-of-the-justice-system/?comments=1#comments
RS_2018-04.xz.deduped.txt:287314 - https://theintercept.com/2018/04/27/muslim-ban-supreme-court-trump-vetting-muslims/
RS_2018-04.xz.deduped.txt:288268 - https://theintercept.com/2018/04/27/pacs-democrats-campaign-finance-reform-pacs-big-money/

RS_2018-04.xz.deduped.txt:290669 - https://theintercept.com/2018/04/27/ice-287g-mecklenburg-county-sheriff-election/
RS_2018-04.xz.deduped.txt:295520 - https://theintercept.com/2018/04/25/stephon-clark-police-shooting-district-attorney/?0
RS_2018-04.xz.deduped.txt:295711 - https://theintercept.com/2018/04/28/sarkozy-gaddafi-libya-bombing/
RS_2018-04.xz.deduped.txt:295905 - https://theintercept.com/2018/04/28/computer-malware-tampering/
RS_2018-04.xz.deduped.txt:296327 - https://theintercept.com/2018/04/28/juanita-perez-williams-emilys-list-dccc-new-york-abortion-juanita-perez-williams/
RS_2018-04.xz.deduped.txt:301931 - https://theintercept.com/2018/04/29/ralph-nader-gina-haspel-john-bolton-democratic-party/
RS_2018-04.xz.deduped.txt:307985 - https://theintercept.com/2018/04/27/direito-penal-aecio-neves-eduardo-cunha/
RS_2018-04.xz.deduped.txt:311119 - https://theintercept.com/2018/04/30/tiros-lula-curitiba-silencio-lava-jato/
RS_2018-04.xz.deduped.txt:313567 - https://theintercept.com/2018/04/30/israel-palestine-netanyahu-idf-gaza/
RS_2018-04.xz.deduped.txt:315573 - https://theintercept.com/2018/04/30/were-gonna-take-everyone-border-patrol-targets-prominent-humanitarian-group-as-criminal-organization/
RS_2018-04.xz.deduped.txt:315600 - https://theintercept.com/2018/04/30/federal-job-guarantee-program-cost/
RS_2017-11.bz2.deduped.txt:5555 - https://theintercept.com/2017/11/01/rescue-at-oakland-slaughterhouse-shows-new-potent-tactics-of-growing-animal-rights-movement/
RS_2017-11.bz2.deduped.txt:7845 - https://theintercept.com/2017/11/01/steve-bannon-aft-teachers-union-randi-weingarten/
RS_2017-11.bz2.deduped.txt:15826 - https://theintercept.com/2017/11/02/when-an-attacker-is-muslim-mental-health-questions-rarely-seem-to-get-raised/
RS_2017-11.bz2.deduped.txt:16194 - https://theintercept.com/2017/11/02/nypd-rape-charges-new-york-law/
RS_2017-11.bz2.deduped.txt:19371 - https://theintercept.com/2017/11/02/amazon-amendment-online-marketplaces/
RS_2017-11.bz2.deduped.txt:20965 - https://theintercept.com/2017/11/02/war-crimes-youtube-facebook-syria-rohingya/
RS_2017-11.bz2.deduped.txt:27720 - https://theintercept.com/2017/11/03/maine-ranked-choice-voting/
RS_2017-11.bz2.deduped.txt:30010 - https://theintercept.com/2017/11/02/republican-tax-plan-salt-deductions/
RS_2017-11.bz2.deduped.txt:30978 - https://theintercept.com/2017/11/03/republican-abortion-ban-adoption-tax-credit/
RS_2017-11.bz2.deduped.txt:31034 - https://theintercept.com/2017/11/03/dnc-donna-brazile-hillary-clinton-barack-obama/
RS_2017-11.bz2.deduped.txt:38903 - https://theintercept.com/2017/11/04/atlanta-mayor-election-keisha-lance-bottoms/
RS_2017-11.bz2.deduped.txt:39887 - https://theintercept.com/2017/11/04/navy-seal-under-investigation-in-death-of-green-beret-is-a-former-mixed-martial-arts-fighter/

RS_2017-11.bz2.deduped.txt:47294 - https://theintercept.com/2017/11/05/what-happened-in-saudi-arabia-last-night-and-how-washington-corruption-enabled-it/

RS_2017-11.bz2.deduped.txt:47341 - https://theintercept.com/2017/11/05/o-partido-novo-que-ja-nasceu-velho/

RS_2017-11.bz2.deduped.txt:47353 - https://theintercept.com/2017/11/05/four-viral-claims-spread-by-journalists-on-twitter-in-the-last-week-alone-that-are-false/

RS_2017-11.bz2.deduped.txt:47410 - https://theintercept.com/2017/11/05/john-kelly-loves-america-he-just-hates-americans/

RS_2017-11.bz2.deduped.txt:47851 - https://theintercept.com/2017/11/04/uganda-lesbian-us-asylum-seeker/

RS_2017-11.bz2.deduped.txt:52691 - https://theintercept.com/2017/11/03/dnc-donna-brazile-hillary-clinton-barack-obama///

RS_2017-11.bz2.deduped.txt:56605 - https://theintercept.com/2017/11/06/how-twitter-secretly-benefits-from-bots-and-fake-accounts/

RS_2017-11.bz2.deduped.txt:58638 - https://theintercept.com/2017/11/06/donald-trumps-vow-to-hit-isis-ten-times-harder-guarantees-more-terrorism-against-americans/

RS_2017-11.bz2.deduped.txt:58682 - https://theintercept.com/2017/11/06/paul-manafort-tom-barrack-1-5-million-loan/

RS_2017-11.bz2.deduped.txt:61290 - https://theintercept.com/2017/11/06/rahm-emmanuel-on-donna-brazile-claims-this-is-really-totally-irrelevant/

RS_2017-11.bz2.deduped.txt:67295 - https://theintercept.com/2017/11/07/republicans-in-minnesota-try-a-new-line-of-attack-on-a-socialist-candidate-shes-not-a-democrat/

RS_2017-11.bz2.deduped.txt:67722 - https://theintercept.com/2017/11/07/dnc-hack-trump-cia-director-william-binney-nsa/

RS_2017-11.bz2.deduped.txt:68622 - https://theintercept.com/2017/11/07/em-plena-crise-marcelo-crivella-reajusta-diarias-para-viagens-ao-exterior-em-quase-50/

RS_2017-11.bz2.deduped.txt:71748 - https://theintercept.com/2017/11/07/uk-surveillance-case-european-court-human-rights/

RS_2017-11.bz2.deduped.txt:71831 - https://theintercept.com/2017/11/07/virginia-voters-get-mysterious-robocalls-telling-them-their-polling-place-has-changed/

RS_2017-11.bz2.deduped.txt:71874 - https://theintercept.com/2017/11/07/watch-members-of-congress-attempt-to-explain-why-they-wont-vote-on-war-in-yemen/

RS_2017-11.bz2.deduped.txt:73457 - https://theintercept.com/series/oil-and-water/

RS_2017-11.bz2.deduped.txt:73632 - https://theintercept.com/2017/11/07/dnc-hack-trump-cia-director-william-binney-nsa/?link_id=4&can_id=5c1706f43e460c94be4cc82403cfa474&source=email-at-trumps-request-cia-director-met-with-chief-advocate-of-theory-that-russia-didnt-hack-the-dnc&email_referrer=email_259202&email_subject=at-trumps-request-cia-director-met-with-chief-advocate-of-theory-that-russia-didnt-hack-the-dnc

RS_2017-11.bz2.deduped.txt:74317 - https://theintercept.com/2017/11/07/judith-butler-bruxa-manifestacoes-sao-paulo-ideologia-genero/

RS_2017-11.bz2.deduped.txt:74401 - https://theintercept.com/2017/11/07/texas-shooting-gun-sales-assault-rifle-trump/

RS_2017-11.bz2.deduped.txt:74743 - https://theintercept.com/2017/11/07/danica-roem-to-becomes-first-transgender-state-or-federal-lawmaker-in-america/

RS_2017-11.bz2.deduped.txt:75129 - https://theintercept.com/2017/11/07/danica-roem-to-become-first-transgender-lawmaker-in-virginia/
RS_2017-11.bz2.deduped.txt:75399 - https://theintercept.com/2017/11/07/prosecutor-who-convicted-white-police-officer-for-killing-black-teen-is-re-elected-in-contentious-race/
RS_2017-11.bz2.deduped.txt:75874 - https://theintercept.com/2017/11/07/trump-says-ed-gillespie-did-not-embrace-me-or-what-i-stand-for-but-he-tried-and-voters-rejected-it/
RS_2017-11.bz2.deduped.txt:78349 - https://theintercept.com/2017/11/08/intercepted-podcast-say-hello-to-my-little-hands/
RS_2017-11.bz2.deduped.txt:80293 - https://theintercept.com/2017/11/08/a-year-after-trump-democrats-socialists-and-populists-sweep-elections/
RS_2017-11.bz2.deduped.txt:82516 - https://theintercept.com/2017/11/08/puerto-rico-schools-system-with-post-katrina-new-orleans-as-the-model/
RS_2017-11.bz2.deduped.txt:84228 - https://theintercept.com/2017/11/08/texas-shooting-devin-kelley-white-privilege/
RS_2017-11.bz2.deduped.txt:84275 - https://theintercept.com/2015/03/26/new-low-obama-doj-federal-courts-abusing-state-secrets-privilege/
RS_2017-11.bz2.deduped.txt:85669 - https://theintercept.com/2017/11/08/wilbur-ross-paradise-papers-trump-russia/
RS_2017-11.bz2.deduped.txt:91109 - https://theintercept.com/2017/11/09/uae-qatar-oitaba-rowland-banque-havilland-world-cup/
RS_2017-11.bz2.deduped.txt:94405 - https://theintercept.com/2017/11/09/puerto-rico-hurricane-fossil-fuels-congress/
RS_2017-11.bz2.deduped.txt:95510 - https://theintercept.com/2017/11/09/ro-khanna-congress-yemen-war-saudi-arabia/
RS_2017-11.bz2.deduped.txt:96119 - https://theintercept.com/2017/11/09/britains-top-diplomat-tries-save-iran-deal-causes-another-international-incident/
RS_2017-11.bz2.deduped.txt:97030 - https://theintercept.com/2017/11/09/race-islam-racist-asks-race-dickhead-australian-lawmaker-replies/
RS_2017-11.bz2.deduped.txt:97458 - https://theintercept.com/2017/11/09/dreamers-dream-act-protest-daca-immigration/
RS_2017-11.bz2.deduped.txt:97942 - https://theintercept.com/2017/11/09/baltimore-police-deescalation-video/
RS_2017-11.bz2.deduped.txt:106748 - https://theintercept.com/2017/11/10/sayfullo-saipov-new-york-attack-nypd-spying-mosque/
RS_2017-11.bz2.deduped.txt:107502 - https://theintercept.com/2017/11/10/philippine-president-praised-trump-boasts-stabbed-man-death/
RS_2017-11.bz2.deduped.txt:107944 - https://theintercept.com/2017/11/10/the-next-roy-moore-question-for-republicans-if-hes-elected-will-the-senate-expel-him/
RS_2017-11.bz2.deduped.txt:110274 - https://theintercept.com/2017/11/10/roy-moores-republican-opponents-chased-rumors-about-women-issues-for-years-but-could-never-nail-them-down/
RS_2017-11.bz2.deduped.txt:111002 - https://theintercept.com/2017/11/10/trump-administration-suddenly-cancels-refugee-program-that-saved-lives-of-central-american-children/
RS_2017-11.bz2.deduped.txt:112862 - https://theintercept.com/2017/11/10/education-department-civil-rights-betsy-devos/

RS_2017-11.bz2.deduped.txt:115266 - https://static.theintercept.com/amp/the-bizarre-story-behind-the-fbis-fake-documentary-about-the-bundy-family.html
RS_2017-11.bz2.deduped.txt:116286 - https://theintercept.com/2017/11/11/professor-told-trump-adviser-russia-dirt-clinton-met-boris-johnson/
RS_2017-11.bz2.deduped.txt:121681 - https://theintercept.com/2017/05/16/the-bizarre-story-behind-the-fbis-fake-documentary-about-the-bundy-family/?DEEP_STATE_COMMIES
RS_2017-11.bz2.deduped.txt:121836 - https://theintercept.com/2017/11/12/arkansas-death-row-executions-kenneth-williams/
RS_2017-11.bz2.deduped.txt:127572 - https://theintercept.com/2017/11/11/egypt-war-on-terror-extrajudicial-killings/
RS_2017-11.bz2.deduped.txt:130526 - https://theintercept.com/2017/11/09/baltimore-police-deescalation-video/?comments=1#comments
RS_2017-11.bz2.deduped.txt:131518 - https://theintercept.com/2017/11/13/ahmad-saadaldin-florida-muslim-candidate/
RS_2017-11.bz2.deduped.txt:134247 - https://theintercept.com/2017/11/13/saudi-arabia-crown-prince-mohammed-bin-salman-mbs/
RS_2017-11.bz2.deduped.txt:135133 - https://theintercept.com/2017/11/13/iran-nuclear-deal-trump-eu-european-union/
RS_2017-11.bz2.deduped.txt:135158 - https://theintercept.com/2017/11/13/hurricane-harvey-houston-immigrant-construction-workers/
RS_2017-11.bz2.deduped.txt:135202 - https://theintercept.com/2017/11/13/epa-michael-dourson-nomination-republicans/
RS_2017-11.bz2.deduped.txt:136336 - https://theintercept.com/2017/11/13/dazzled-red-carpet-trump-gives-philippine-strongman-pass-killing-spree/
RS_2017-11.bz2.deduped.txt:141013 - https://theintercept.com/2017/11/14/j20-defendants-inauguration-protest-police-foundation/
RS_2017-11.bz2.deduped.txt:143147 - https://theintercept.com/2017/11/14/puerto-rico-hurricane-maria-promesa-andrew-biggs/
RS_2017-11.bz2.deduped.txt:143533 - https://theintercept.com/2017/11/14/bank-deregulation-bipartisan-senate-equifax/
RS_2017-11.bz2.deduped.txt:145264 - https://theintercept.com/2017/11/14/congress-palestinian-children-israel-us-military-aid/
RS_2017-11.bz2.deduped.txt:146937 - https://theintercept.com/2017/11/14/congress-yemen-war-unauthorized/
RS_2017-11.bz2.deduped.txt:148127 - https://theintercept.com/2017/11/14/las-vegas-shooting-gun-sales/
RS_2017-11.bz2.deduped.txt:150457 - https://theintercept.com/2017/11/14/chris-murphy-accuses-u-s-of-complicity-in-war-crimes-from-the-floor-of-the-senate/
RS_2017-11.bz2.deduped.txt:153014 - https://theintercept.com/2017/11/15/intercepted-podcast-the-distraction-in-chief/
RS_2017-11.bz2.deduped.txt:153333 - https://theintercept.com/2017/11/14/nuclear-war-donald-trump-nuclear-authority/
RS_2017-11.bz2.deduped.txt:154797 - https://theintercept.com/2017/11/15/deportations-plea-bargains-immigration/
RS_2017-11.bz2.deduped.txt:156312 - https://theintercept.com/2017/11/15/mbl-congresso/

RS_2017-11.bz2.deduped.txt:157310 - https://theintercept.com/2017/11/15/new-mothers-program-miechv-republicans-congress/

RS_2017-11.bz2.deduped.txt:157770 - https://theintercept.com/2017/11/15/dakota-access-pipeline-dapl-tigerswan-energy-transfer-partners-rico-lawsuit/

RS_2017-11.bz2.deduped.txt:158262 - https://theintercept.com/2017/11/15/wikileaks-julian-assange-donald-trump-jr-hillary-clinton/

RS_2017-11.bz2.deduped.txt:160861 - https://theintercept.com/2017/11/15/anwr-gop-plans-to-win-the-tax-and-obamacare-fight-by-opening-up-alaskas-wildlife-refuge-to-drilling/?link_id=4&can_id=4639f1698091b555d44d67849aa99f50&source=email-two-more-moore-accusers-and-how-tax-cuts-could-pass&email_referrer=email_263601&email_subject=two-more-moore-accusers-and-how-tax-cuts-could-pass

RS_2017-11.bz2.deduped.txt:161674 - https://theintercept.com/2017/11/15/anwr-gop-plans-to-win-the-tax-and-obamacare-fight-by-opening-up-alaskas-wildlife-refuge-to-drilling/?link_id=4&can_id=c9f60493466bb07d2859fbe9c76f2263&source=email-two-more-moore-accusers-and-how-tax-cuts-could-pass&email_referrer=email_263601&email_subject=two-more-moore-accusers-and-how-tax-cuts-could-pass

RS_2017-11.bz2.deduped.txt:166032 - https://theintercept.com/2017/11/15/anwr-gop-plans-to-win-the-tax-and-obamacare-fight-by-opening-up-alaskas-wildlife-refuge-to-drilling/

RS_2017-11.bz2.deduped.txt:166807 - https://theintercept.com/2017/11/16/trumps-extreme-vetting-software-will-discriminate-against-immigrants-under-a-veneer-of-objectivity-say-experts/

RS_2017-11.bz2.deduped.txt:167621 - https://static.theintercept.com/amp/dnc-hack-trump-cia-director-william-binney-nsa.html

RS_2017-11.bz2.deduped.txt:168388 - https://theintercept.com/2017/11/16/rensselaer-rpi-student-union-protest-free-speech/

RS_2017-11.bz2.deduped.txt:168591 - https://theintercept.com/2017/11/10/amazon-amendment-ndaa-congress/

RS_2017-11.bz2.deduped.txt:170709 - https://theintercept.com/2017/11/16/immigration-asylum-seekers-denied-border-entry-lawsuit/

RS_2017-11.bz2.deduped.txt:171481 - https://theintercept.com/2017/11/16/rensselaer-rpi-student-union-protest-free-speech/?comments=1#comments

RS_2017-11.bz2.deduped.txt:171924 - https://theintercept.com/2017/11/16/trump-border-wall-sterling-construction-company-blackrock-jpmorgan-wells-fargo/

RS_2017-11.bz2.deduped.txt:174359 - https://theintercept.com/2017/11/16/al-franken-news-broke-senators-didnt-know-how-respond/

RS_2017-11.bz2.deduped.txt:174928 - https://static.theintercept.com/amp/trump-border-wall-sterling-construction-company-blackrock-jpmorgan-wells-fargo.html

RS_2017-11.bz2.deduped.txt:176511 - https://theintercept.com/2017/11/15/wikileaks-julian-assange-donald-trump-jr-hillary-clinton/?comments=1#comments

RS_2017-11.bz2.deduped.txt:178644 - https://theintercept.com/2017/11/17/saudi-arabia-incompetence-iran-rivalry/

RS_2017-11.bz2.deduped.txt:183224 - https://theintercept.com/2017/11/17/mundial-greve-direitos-trabalhistas/

RS_2017-11.bz2.deduped.txt:189116 - https://theintercept.com/2017/11/18/wall-street-wants-to-kill-the-agency-protecting-americans-from-financial-scams/
RS_2017-11.bz2.deduped.txt:196138 - https://theintercept.com/2017/11/19/how-to-protect-yourself-against-spearphishing-a-comic-explanation/
RS_2017-11.bz2.deduped.txt:197245 - https://theintercept.com/2017/11/19/cruel-and-unusual-a-second-failed-execution-in-ohio/
RS_2017-11.bz2.deduped.txt:205748 - https://theintercept.com/2017/11/20/cop23-un-climate-change-clean-coal-ccs/
RS_2017-11.bz2.deduped.txt:208547 - https://theintercept.com/2017/11/20/60-minutes-yemen-war-us-involvement/
RS_2017-11.bz2.deduped.txt:209873 - https://theintercept.com/2017/11/20/nebraska-approves-keystone-xl-pipeline-as-opponents-face-criminalization-of-protests/
RS_2017-11.bz2.deduped.txt:212042 - https://theintercept.com/2017/11/20/young-turks-and-reporter-abruptly-part-ways-following-sexual-assault-allegations/
RS_2017-11.bz2.deduped.txt:216244 - https://theintercept.com/2017/11/21/u-s-generals-might-stop-trump-from-an-illegal-nuclear-strike-but-who-will-save-us-from-a-legal-one/
RS_2017-11.bz2.deduped.txt:217175 - https://theintercept.com/2017/11/19/as-entranhas-do-3o-congresso-do-mbl/
RS_2017-11.bz2.deduped.txt:217535 - https://theintercept.com/2017/11/21/under-the-gop-tax-plan-top-republican-orrin-hatchs-own-american-dream-would-have-been-out-of-reach/
RS_2017-11.bz2.deduped.txt:218620 - https://static.theintercept.com/amp/young-turks-and-reporter-abruptly-part-ways-following-sexual-assault-allegations.html
RS_2017-11.bz2.deduped.txt:220470 - https://theintercept.com/2017/11/21/senador-ignora-apelos-e-mantem-relatorio-contra-plantio-de-maconha-para-uso-proprio/
RS_2017-11.bz2.deduped.txt:223878 - https://theintercept.com/2017/11/21/trump-birth-control-mandate-religion/
RS_2017-11.bz2.deduped.txt:224257 - https://theintercept.com/2017/11/21/cfpb-director-richard-cordray-mick-mulvaney-trump/
RS_2017-11.bz2.deduped.txt:227537 - https://theintercept.com/2017/11/21/prison-rape-sexual-assault-violence/
RS_2017-11.bz2.deduped.txt:229309 - https://theintercept.com/2017/11/22/thanksgiving-trump-climate-change-rick-joyner/
RS_2017-11.bz2.deduped.txt:230209 - https://theintercept.com/2017/11/22/ice-deportation-trump-immigration-thanksgiving/
RS_2017-11.bz2.deduped.txt:230956 - https://theintercept.com/2017/11/22/canada-prepares-for-a-new-wave-of-refugees-as-haitians-flee-trumps-america/
RS_2017-11.bz2.deduped.txt:231607 - https://theintercept.com/2017/11/22/donna-brazile-bill-clinton-campaign-trail-democrats/
RS_2017-11.bz2.deduped.txt:231671 - https://theintercept.com/2017/11/22/uae-yemen-war-hagar-chemali-united-nations-samantha-power/
RS_2017-11.bz2.deduped.txt:239690 - https://theintercept.com/2017/11/23/donald-trump-lavar-ball-ucla-china/
RS_2017-11.bz2.deduped.txt:240630 - https://theintercept.com/2017/11/23/baltimore-police-shooting-lockdown/
RS_2017-11.bz2.deduped.txt:243959 - https://theintercept.com/2017/11/22/bosnia-ratko-mladic-verdict-siege-warfare-yemen/

RS_2017-11.bz2.deduped.txt:248570 - https://theintercept.com/2017/11/24/staggering-variety-of-clandestine-trackers-found-in-popular-android-apps/

RS_2017-11.bz2.deduped.txt:254179 - https://theintercept.com/2017/11/24/richard-cordray-sets-up-titanic-struggle-for-control-of-the-consumer-protection-bureau-with-last-minute-move/

RS_2017-11.bz2.deduped.txt:257964 - https://theintercept.com/2017/11/25/information-warfare-social-media-book-review-gaza/

RS_2017-11.bz2.deduped.txt:266150 - https://theintercept.com/2017/11/26/honduras-election-pacheco-security-minister-is-running-drugs-according-to-court-testimony/

RS_2017-11.bz2.deduped.txt:273886 - https://theintercept.com/2017/11/27/white-house-memo-justifying-cfpb-takeover-was-written-by-payday-lender-attorney/

RS_2017-11.bz2.deduped.txt:274618 - https://theintercept.com/2017/11/27/the-first-amendment-case-that-could-upend-abortion-law/

RS_2017-11.bz2.deduped.txt:275192 - https://theintercept.com/2017/11/27/white-house-memo-justifying-cfpb-takeover-was-written-by-payday-lender-attorney/?

RS_2017-11.bz2.deduped.txt:276491 - https://theintercept.com/2017/11/27/net-neutrality-trump-breitbart-julian-assange-kim-dotcom/

RS_2017-11.bz2.deduped.txt:284241 - https://theintercept.com/2017/11/26/a-reforma-do-mercado-financeiro-contra-o-povo-brasileiro/

RS_2017-11.bz2.deduped.txt:285837 - https://theintercept.com/2017/11/28/blackwaters-erik-prince-met-with-ceo-of-russian-direct-investment-fund/

RS_2017-11.bz2.deduped.txt:288878 - https://theintercept.com/2017/11/28/john-conyers-google-zoe-lofgren-house-judiciary-committee/

RS_2017-11.bz2.deduped.txt:293489 - https://theintercept.com/2017/11/28/bernie-sanders-puerto-rico-elizabeth-warren-propose-146-billion-marshall-plan-for-puerto-rico/

RS_2017-11.bz2.deduped.txt:296408 - https://theintercept.com/2017/11/29/met-police-snowden-leaks-operation-curable/

RS_2017-11.bz2.deduped.txt:299409 - https://theintercept.com/2017/11/25/libya-coast-guard-europe-refugees/

RS_2017-11.bz2.deduped.txt:299972 - https://theintercept.com/2017/11/29/facial-recognition-homeland-security-borders/

RS_2017-11.bz2.deduped.txt:301495 - https://theintercept.com/2017/11/29/president-united-states-spent-morning-retweeting-british-fascists/

RS_2017-11.bz2.deduped.txt:302420 - https://theintercept.com/2017/11/29/supreme-court-cellphone-location-tracking-privacy/

RS_2017-11.bz2.deduped.txt:302494 - http://theintercept.com/2017/11/28/blackwaters-erik-prince-met-with-ceo-of-russian-direct-investment-fund/

RS_2017-11.bz2.deduped.txt:302632 - https://theintercept.com/2017/11/29/donald-trump-anti-muslim-tweets-britain-first/

RS_2017-11.bz2.deduped.txt:302633 - https://theintercept.com/2017/11/29/in-unprecedented-move-ten-democratic-senators-write-to-israeli-leader-netanyahu-and-demand-he-halt-demolition-of-palestinian-village/

RS_2017-11.bz2.deduped.txt:303399 - https://theintercept.com/2017/11/29/trumps-rules-for-spying-on-journalists-sought-in-federal-lawsuit/

RS_2017-11.bz2.deduped.txt:303540 - https://theintercept.com/2017/11/29/trump-administration-acting-director-cfpb-mick-mulvaney/

RS_2017-11.bz2.deduped.txt:308338 - https://theintercept.com/2017/11/30/oklahoma-special-election-budget-cuts/
RS_2017-11.bz2.deduped.txt:308761 - https://theintercept.com/2017/11/30/drone-strikes-gchq-trump-menwith-hill-uk/
RS_2017-11.bz2.deduped.txt:309834 - https://theintercept.com/2017/11/29/atlanta-feeding-homeless-permit-police/
RS_2017-11.bz2.deduped.txt:310134 - https://theintercept.com/2017/11/29/health-and-human-services-alex-azar-eli-lilly-ap/
RS_2017-11.bz2.deduped.txt:310478 - https://theintercept.com/2017/11/30/nsa-surveillance-fisa-section-702/
RS_2017-11.bz2.deduped.txt:310667 - https://theintercept.com/2017/11/30/kingdom-united-revulsion-donald-trumps-embrace-far-right-racists/
RS_2015-09.bz2.deduped.txt:11671 - https://theintercept.com/2015/09/01/yemen-hidden-war-saudi-coalition-killing-civilians/
RS_2015-09.bz2.deduped.txt:14801 - https://theintercept.com/2015/09/02/tv-station-owners-report-unexpected-flood-money-iran-deal-opponents/
RS_2015-09.bz2.deduped.txt:15764 - https://theintercept.com/2015/08/25/coal-giant-bankruptcy-reveals-secret-ties-republican-dark-money-groups/
RS_2015-09.bz2.deduped.txt:15846 - https://theintercept.com/2015/09/01/charges-filed-case-rendition-torture-maher-arar/
RS_2015-09.bz2.deduped.txt:18923 - https://theintercept.com/2015/09/02/former-nsa-chief-fisa-body-secret-court/
RS_2015-09.bz2.deduped.txt:19133 - https://theintercept.com/2015/09/02/hillary-clinton-just-picked-sides-democrats-warren-wing-rubin-wing/
RS_2015-09.bz2.deduped.txt:23157 - https://theintercept.com/2015/09/03/nyt-claims-u-s-abides-cluster-bomb-ban-exact-opposite-reality/
RS_2015-09.bz2.deduped.txt:25103 - https://theintercept.com/2015/04/07/10-things-didnt-know-weve-done-iran/
RS_2015-09.bz2.deduped.txt:27146 - https://theintercept.com/2015/09/01/onion-farmers-letter-support-arctic-drilling-lifts-language-oil-lobby-group/
RS_2015-09.bz2.deduped.txt:34053 - https://theintercept.com/2015/09/04/hillary-clinton-now-last-top-democratic-candidate-sign-money-politics-pledge/
RS_2015-09.bz2.deduped.txt:34495 - https://theintercept.com/2015/09/04/richard-glossip-time-is-running-out/
RS_2015-09.bz2.deduped.txt:41898 - https://theintercept.com/2015/09/05/kirstin-lobato-justice-delayed-justice-denied/
RS_2015-09.bz2.deduped.txt:58205 - https://theintercept.com/2015/07/23/private-prison-lobbyists-raising-cash-hillary-clinton/
RS_2015-09.bz2.deduped.txt:60673 - https://theintercept.com/2015/08/31/big-telecom-funded-civil-rights-group-joins-lawsuit-block-net-neutrality-instantly-contradicts/
RS_2015-09.bz2.deduped.txt:61576 - https://theintercept.com/2015/09/08/how-putin-controls-the-russian-internet/
RS_2015-09.bz2.deduped.txt:64663 - https://theintercept.com/2015/09/08/hillary-clintons-campaign-finance-reform-plan-genuinely-good/
RS_2015-09.bz2.deduped.txt:70949 - https://theintercept.com/2015/09/09/u-s-special-forces-expand-training-allies-histories-abuse/

RS_2015-09.bz2.deduped.txt:72396 - https://theintercept.com/2015/09/09/hillary-clinton-goes-militaristic-hawkish-think-tank-gives-militaristic-hawkish-speech/

RS_2015-09.bz2.deduped.txt:72660 - https://theintercept.com/2015/09/09/field-of-vision-interview-laura-poitras-aj-schnack-charlotte-cook/

RS_2015-09.bz2.deduped.txt:73428 - https://theintercept.com/2015/09/09/makers-zero-dark-thirty-seduced-cia-tequila-fake-earrings/

RS_2015-09.bz2.deduped.txt:74074 - https://theintercept.com/2015/09/09/jeb-courts-adviser-whos-big-believer-democracy/

RS_2015-09.bz2.deduped.txt:74364 - https://theintercept.com/2015/03/10/ispy-cia-campaign-steal-apples-secrets/

RS_2015-09.bz2.deduped.txt:81274 - https://theintercept.com/2015/09/10/rep-schiff-says-post-snowden-press-rush-publish/

RS_2015-09.bz2.deduped.txt:83547 - https://theintercept.com/2015/09/10/female-rikers-inmates-medical-care-sexual-abuse-allegations/

RS_2015-09.bz2.deduped.txt:83549 - https://theintercept.com/2015/09/10/adults-privacy-right-use-drugs-brazils-supreme-court-decides/

RS_2015-09.bz2.deduped.txt:89947 - https://theintercept.com/2015/09/11/new-york-state-may-get-15-minimum-wage-ford-paid-workers-100-years-ago/

RS_2015-09.bz2.deduped.txt:91649 - https://theintercept.com/2015/09/10/comey-asserts-tors-dark-web-longer-dark-fbi/

RS_2015-09.bz2.deduped.txt:92590 - https://theintercept.com/2015/09/11/today-14th-anniversary-enormous-opportunity/

RS_2015-09.bz2.deduped.txt:93191 - https://theintercept.com/2015/09/11/obama-administration-accused-ignoring-geneva-convention-refusal-release-74-pound-guantanamo-detainee/

RS_2015-09.bz2.deduped.txt:97140 - https://theintercept.com/2015/09/12/accusations-anti-semitism-jeremy-corbyn-nothing-anti-semitism/

RS_2015-09.bz2.deduped.txt:97344 - https://theintercept.com/2015/07/09/oklahoma-prepares-resume-executions-richard-glossip-first-line-die/

RS_2015-09.bz2.deduped.txt:102253 - https://theintercept.com/2015/09/13/two-short-paragraphs-summarize-us-approach-human-rights-advocacy/

RS_2015-09.bz2.deduped.txt:108944 - https://theintercept.com/2015/09/14/officials-cover-housing-bubbles-scummy-residue-fraudulent-foreclosure-document/

RS_2015-09.bz2.deduped.txt:111143 - https://theintercept.com/2015/09/14/koch-letters-congress/

RS_2015-09.bz2.deduped.txt:114569 - https://theintercept.com/2015/09/14/federal-court-fully-lifts-fbi-gag-order-first-time-14-years/

RS_2015-09.bz2.deduped.txt:119915 - https://theintercept.com/2015/09/15/great-bbc-interview-british-loyalist-saudi-regime-shows-journalists-first-duty/

RS_2015-09.bz2.deduped.txt:120992 - https://theintercept.com/2015/09/15/richard-glossip-set-to-die/

RS_2015-09.bz2.deduped.txt:121405 - https://theintercept.com/2015/09/15/fbi-keeps-telling-purely-theoretical-encryption-horror-stories/

RS_2015-09.bz2.deduped.txt:121629 - https://theintercept.com/2015/09/15/wall-street-journals-scary-bernie-sanders-price-tag-ignores-health-savings/

RS_2015-09.bz2.deduped.txt:124234 - https://theintercept.com/2015/09/15/heritage-foundation/

RS_2015-09.bz2.deduped.txt:128412 - https://theintercept.com/2015/09/16/arrest-14-year-old-student-making-clock-fruits-15-years-fear-mongering-anti-muslim-animus/

RS_2015-09.bz2.deduped.txt:129705 - https://theintercept.com/2015/09/16/seven-things-reagan-wont-mentioned-tonight-gops-debate/

RS_2015-09.bz2.deduped.txt:129977 - https://theintercept.com/2015/09/16/top-intel-lawyer-pushing-anti-encryption-legislation-says-terror-attack-help/

RS_2015-09.bz2.deduped.txt:130658 - https://theintercept.com/2015/09/16/getting-hacked-doesnt-bad/

RS_2015-09.bz2.deduped.txt:132467 - https://theintercept.com/2015/09/16/air-marshals-investigated-sharing-videos-sex-underage-prostitutes-europe/

RS_2015-09.bz2.deduped.txt:132881 - https://theintercept.com/2015/09/16/counterintelligence-agency-shrugs-responsibility-opm-breach/

RS_2015-09.bz2.deduped.txt:133336 - https://theintercept.com/2015/09/16/air-marshals-investigated-sharing-videos-sex-prostitutes-europe/

RS_2015-09.bz2.deduped.txt:133436 - https://theintercept.com/2015/09/16/glossip-questions-over-guilt-court-issues-stay-execution/

RS_2015-09.bz2.deduped.txt:140067 - https://theintercept.com/2015/09/17/facebook/

RS_2015-09.bz2.deduped.txt:140535 - https://theintercept.com/2015/09/16/tsa-doesnt-really-care-luggage-locks-hacked/

RS_2015-09.bz2.deduped.txt:141776 - https://theintercept.com/2015/09/17/peter-bouckaert-refugee-crisis-social-media/

RS_2015-09.bz2.deduped.txt:144114 - https://theintercept.com/2015/09/17/congressman-air-marshals-posed-pornographers-arrange-sex-romp/

RS_2015-09.bz2.deduped.txt:148054 - https://theintercept.com/2015/09/18/prominent-anti-muslim-group-says-ahmed-mohameds-clock-resembles-ied-trigger-produced-iranians/

RS_2015-09.bz2.deduped.txt:148201 - https://theintercept.com/2015/09/18/assassination-assassination-government-says/

RS_2015-09.bz2.deduped.txt:151087 - https://theintercept.com/2015/09/18/halfabomb-explodes-twitter-think-tank-calls-boys-clock-threat/

RS_2015-09.bz2.deduped.txt:151467 - https://theintercept.com/2015/09/18/prominent-anti-muslim-group-says-ahmed-mohameds-clock-resembles-ied-trigger-produced-iranians/?comments=1#comments

RS_2015-09.bz2.deduped.txt:151636 - https://theintercept.com/2015/09/18/leaked-seattle-audit-concludes-many-mortgage-documents-void/

RS_2015-09.bz2.deduped.txt:152150 - https://theintercept.com/2015/09/18/government-argues-mobile-phone-provider-knows-shouldnt/

RS_2015-09.bz2.deduped.txt:155108 - https://theintercept.com/2015/09/17/tsa-doesnt-really-care-luggage-locks-hacked/

RS_2015-09.bz2.deduped.txt:155530 - https://theintercept.com/document/2015/03/10/strawhorse-attacking-macos-ios-software-development-kit/

RS_2015-09.bz2.deduped.txt:156681 - https://theintercept.com/2015/09/19/teflon-toxin-goes-to-court/

RS_2015-09.bz2.deduped.txt:168254 - https://theintercept.com/2015/09/21/yahoo-finance-drops-mars-explain-money-doesnt-buy-politics/

RS_2015-09.bz2.deduped.txt:178319 - https://theintercept.com/2015/09/22/history-of-us-surveillance-shows-need-for-new-limits/

RS_2015-09.bz2.deduped.txt:181807 - https://theintercept.com/2015/09/22/apples-app-store-infected-type-malware-cia-developed/

RS_2015-09.bz2.deduped.txt:182190 - https://theintercept.com/2015/09/22/ted-cruz-tells-stephen-colbert-running-president-real-simple-spend-every-waking-moment-asking-people-money/

RS_2015-09.bz2.deduped.txt:182557 - https://theintercept.com/2015/09/21/anti-muslim-controversies-last-week-reimagined/

RS_2015-09.bz2.deduped.txt:183129 - https://theintercept.com/2015/09/22/meth-drugs-pesticides-jeb-bushs-campaign-managers-ran-stealth-lobbying-campaigns-big-business/

RS_2015-09.bz2.deduped.txt:184416 - https://theintercept.com/2015/09/22/china-pressures-u-s-companies-buckle-strong-encryption-surveillance/

RS_2015-09.bz2.deduped.txt:184613 - https://theintercept.com/2015/09/22/group-denounces-dojs-inaction-nine-months-torture-report/

RS_2015-09.bz2.deduped.txt:187241 - https://theintercept.com/2015/09/21/anti-muslim-controversies-last-week-reimagined/?comments=1#comment-166186

RS_2015-09.bz2.deduped.txt:189577 - https://theintercept.com/2015/09/23/u-s-state-department-welcomes-news-close-ally-saudi-arabia-chosen-head-u-n-human-rights-council-panel/

RS_2015-09.bz2.deduped.txt:189832 - https://theintercept.com/2015/09/23/ayotzinapa-disappearances-in-mexico-one-year-later/

RS_2015-09.bz2.deduped.txt:190806 - https://theintercept.com/2015/09/23/one-thing-pope-say-congress-truly-stun/

RS_2015-09.bz2.deduped.txt:191969 - https://theintercept.com/2015/09/23/glossip-case-is-crumbling/

RS_2015-09.bz2.deduped.txt:199702 - https://theintercept.com/2015/03/16/howthefbicreatedaterrorist/

RS_2015-09.bz2.deduped.txt:200645 - https://theintercept.com/2015/09/24/pope-decries-shameful-culpable-silence-arms-sales-drenched-innocent-blood/

RS_2015-09.bz2.deduped.txt:200776 - https://theintercept.com/2015/09/24/snowden-treaty-calls-end-mass-surveillance-protections-whistleblowers/

RS_2015-09.bz2.deduped.txt:200943 - https://theintercept.com/2015/09/24/state-senator-files-lawsuit-says-ban-lobbyist-gifts-violates-freedom-speech/

RS_2015-09.bz2.deduped.txt:202449 - https://theintercept.com/2015/09/24/guantanamo-moroccan-prison-cell/

RS_2015-09.bz2.deduped.txt:205499 - https://theintercept.com/2015/09/25/gchq-radio-porn-spies-track-web-users-online-identities/

RS_2015-09.bz2.deduped.txt:208685 - https://theintercept.com/2015/09/25/despite-pledge-u-s-still-letting-gitmo-detainees-tell-stories/

RS_2015-09.bz2.deduped.txt:209668 - https://theintercept.com/2015/09/25/secret-surveillance-court-picks-first-outsider-get-look/

RS_2015-09.bz2.deduped.txt:210004 - https://theintercept.com/2015/08/20/iraq-war-surge-general-ray-odierno-gets-new-job-jp-morgan-chase/

RS_2015-09.bz2.deduped.txt:210527 - https://theintercept.com/2015/09/25/dianne-feinstein-husband-threaten-univ-calif-demanding-ban-excessive-israel-criticism/

RS_2015-09.bz2.deduped.txt:214314 - https://theintercept.com/2015/07/04/nsa-top-brazilian-political-and-financial-targets-wikileaks

RS_2015-09.bz2.deduped.txt:218082 - https://theintercept.com/documents/

RS_2015-09.bz2.deduped.txt:220970 - https://theintercept.com/2015/09/25/gchq-radio-porn-spies-track-web-users-online-identities/?utw-media-campaign_src=56ju_tw

RS_2015-09.bz2.deduped.txt:220986 - https://theintercept.com/2015/09/27/black-flags-behind-rise-isis/

RS_2015-09.bz2.deduped.txt:223106 - https://theintercept.com/2014/09/25/defense-contractors-making-killing/

RS_2015-09.bz2.deduped.txt:225178 - https://theintercept.com/2015/08/24/email-ashley-madison-user/

RS_2015-09.bz2.deduped.txt:228074 - https://theintercept.com/2015/09/28/lobbyists-lament-speaker-john-boehners-departure/

RS_2015-09.bz2.deduped.txt:228378 - https://theintercept.com/2015/09/28/hacking/

RS_2015-09.bz2.deduped.txt:233607 - https://theintercept.com/2015/09/28/death-athens-rogue-nsa-operation/

RS_2015-09.bz2.deduped.txt:236030 - https://theintercept.com/2015/09/29/glossip-to-die-tomorrow/

RS_2015-09.bz2.deduped.txt:236228 - https://theintercept.com/2015/09/28/reigniting-caci-torture-suit/

RS_2015-09.bz2.deduped.txt:238688 - https://theintercept.com/2015/09/29/sec-touts-inflated-numbers-look-way-tougher/

RS_2015-09.bz2.deduped.txt:238692 - https://theintercept.com/2015/09/29/edward-snowden-twitter-snowden/

RS_2015-09.bz2.deduped.txt:239480 - https://theintercept.com/2015/09/29/iva-radivojevic-interview-notes-from-the-border/

RS_2015-09.bz2.deduped.txt:247703 - https://theintercept.com/2015/09/30/u-s-bombs-somehow-keep-falling-in-the-places-where-obama-boasts-he-ended-wars/

RS_2015-09.bz2.deduped.txt:248167 - https://theintercept.com/2015/09/30/report-shows-matching-funds-huge-boost-sanders-cruz-carson/

RS_2015-09.bz2.deduped.txt:249092 - https://theintercept.com/fieldofvision/god-artist

RS_2016-02.bz2.deduped.txt:6722 - https://theintercept.com/2016/02/01/top-hillary-clinton-pac-donation-amounts-to-222000-bernie-sanders-donations/

RS_2016-02.bz2.deduped.txt:8137 - https://theintercept.com/2016/02/01/is-law-enforcement-going-dark-because-of-encryption-hardly-says-new-report/

RS_2016-02.bz2.deduped.txt:15867 - https://theintercept.com/2016/02/02/barrett-brown-the-rule-of-law-enforcement/

RS_2016-02.bz2.deduped.txt:16768 - https://theintercept.com/2016/02/02/bandage-me-quickly-the-death-of-a-journalist-in-yemen/

RS_2016-02.bz2.deduped.txt:18108 - https://theintercept.com/2016/02/02/a-note-to-readers/

RS_2016-02.bz2.deduped.txt:19098 - https://theintercept.com/2016/02/02/insiders-predicted-that-bernie-sanders-would-be-no-threat-to-hillary-clinton/

RS_2016-02.bz2.deduped.txt:24486 - https://theintercept.com/2016/02/02/goldman-sachs-pharma/

RS_2016-02.bz2.deduped.txt:26875 - https://theintercept.com/2016/02/03/nh-media-interest-groups/

RS_2016-02.bz2.deduped.txt:29240 - https://theintercept.com/2016/02/03/new-safe-harbor-data-deal-may-be-more-politicking-than-surveillance-reform/
RS_2016-02.bz2.deduped.txt:30150 - https://theintercept.com/2016/01/31/the-bernie-bros-narrative-a-cheap-false-campaign-tactic-masquerading-as-journalism-and-social-activism/?comments=1#comments
RS_2016-02.bz2.deduped.txt:37566 - https://theintercept.com/2016/02/04/an-idiots-guide-to-prosecuting-corporate-fraud/
RS_2016-02.bz2.deduped.txt:39192 - https://theintercept.com/2016/02/02/insiders-predicted-that-bernie-sanders-would-be-no-threat-to-hillary-clinton/?platform=hootsuite
RS_2016-02.bz2.deduped.txt:40028 - https://theintercept.com/2016/02/04/eric-holder-makes-ads-for-clinton-while-making-deals-for-corporate-clients/
RS_2016-02.bz2.deduped.txt:41848 - https://theintercept.com/2016/02/04/millennials-rising-super-pac-is-95-funded-by-old-men/
RS_2016-02.bz2.deduped.txt:44661 - https://theintercept.com/2016/02/04/hillary-clinton-refuses-to-say-if-she-will-release-transcripts-of-her-goldman-sachs-speeches/
RS_2016-02.bz2.deduped.txt:45024 - https://theintercept.com/2016/02/05/hillary-clinton-and-bernie-sanders-brawl-over-his-insinuation-that-shes-corrupt/
RS_2016-02.bz2.deduped.txt:47889 - https://theintercept.com/2016/02/05/mahdi-hashi-metropolitan-correctional-center-manhattan-guantanamo-pretrial-solitary-confinement/
RS_2016-02.bz2.deduped.txt:50354 - https://theintercept.com/2016/02/05/heres-what-clintons-paid-speaking-contract-looks-like/
RS_2016-02.bz2.deduped.txt:52031 - https://theintercept.com/2016/02/05/pentagon-releases-photos-of-detainee-abuse-in-iraq-and-afghanistan/
RS_2016-02.bz2.deduped.txt:52304 - https://theintercept.com/2016/02/05/julian-assange-remains-deprived-of-liberty-after-u-k-rejects-u-n-ruling/
RS_2016-02.bz2.deduped.txt:54272 - https://theintercept.com/2016/02/05/heres-what-clintons-paid-speaking-contract-looks-like//
RS_2016-02.bz2.deduped.txt:64250 - https://theintercept.com/2016/02/05/ted-cruzs-promise-that-big-donors-will-match-campaign-donations-could-break-rules/
RS_2016-02.bz2.deduped.txt:64563 - https://theintercept.com/2016/02/07/no-questions-about-climate-change-at-gop-debate-sponsored-by-big-oil/
RS_2016-02.bz2.deduped.txt:71548 - https://theintercept.com/2016/02/08/hrc-inner-circle-lobbyists/
RS_2016-02.bz2.deduped.txt:72907 - https://theintercept.com/2016/02/08/after-years-of-violence-pakistan-is-winning-its-fight-against-terrorism/
RS_2016-02.bz2.deduped.txt:74136 - https://theintercept.com/2016/02/08/why-goldman-ceo-lloyd-blankfein-called-sanders-dangerous/
RS_2016-02.bz2.deduped.txt:74786 - https://theintercept.com/2016/02/08/taxpayers-give-big-pensions-to-ex-presidents-precisely-so-they-dont-have-to-sell-out/
RS_2016-02.bz2.deduped.txt:85798 - https://theintercept.com/2016/02/09/gop-candidates-compete-over-who-will-commit-most-war-crimes-once-elected/
RS_2016-02.bz2.deduped.txt:86164 - https://theintercept.com/2016/02/09/quakers-are-making-sure-candidates-are-grilled-on-substantive-issues/
RS_2016-02.bz2.deduped.txt:91337 - https://theintercept.com/2016/02/10/bill-would-ban-state-efforts-to-weaken-encryption/

RS_2016-02.bz2.deduped.txt:91927 - https://theintercept.com/2016/02/10/lobbyists-consultants-fret-over-bernie-sanders-victory/
RS_2016-02.bz2.deduped.txt:93670 - https://theintercept.com/2016/02/10/obama-proposes-removing-human-rights-conditions-on-aid-to-egypt/
RS_2016-02.bz2.deduped.txt:95404 - https://theintercept.com/2016/02/10/where-to-invade-next-is-the-most-subversive-movie-michael-moore-has-ever-made/
RS_2016-02.bz2.deduped.txt:97675 - https://theintercept.com/2016/02/10/obama-celebrates-nine-years-of-doing-nothing-about-money-in-politics/
RS_2016-02.bz2.deduped.txt:102248 - https://theintercept.com/2016/02/11/new-survey-suggests-u-s-encryption-ban-would-just-send-market-overseas/
RS_2016-02.bz2.deduped.txt:104791 - https://theintercept.com/2016/02/11/why-is-remax-selling-properties-in-illegal-israeli-settlements/
RS_2016-02.bz2.deduped.txt:105625 - https://theintercept.com/2016/02/11/elizabeth-warren-catches-investment-advisors-fibbing/
RS_2016-02.bz2.deduped.txt:106240 - https://theintercept.com/2016/02/11/congressional-black-caucus-hillary/
RS_2016-02.bz2.deduped.txt:106995 - https://theintercept.com/2016/02/11/pit-maneuver-how-police-use-anti-terrorism-tactic-to-end-pursuits/
RS_2016-02.bz2.deduped.txt:107523 - https://theintercept.com/2016/02/11/new-york-police-have-used-stingrays-widely-new-documents-show/
RS_2016-02.bz2.deduped.txt:107563 - https://theintercept.com/2016/02/11/congressional-black-caucus-hillary/?comments=1#comments
RS_2016-02.bz2.deduped.txt:108718 - https://theintercept.com/2016/02/11/lawsuit-demands-information-on-shadowy-countering-violent-extremism-programs-in-u-s/
RS_2016-02.bz2.deduped.txt:110602 - https://theintercept.com/2016/02/11/ted-cruzs-definition-of-torture-is-so-extreme-his-fathers-torture-might-not-even-qualify/
RS_2016-02.bz2.deduped.txt:116734 - https://theintercept.com/2016/02/12/henry-kissingers-war-crimes-are-central-to-the-divide-between-hillary-clinton-and-bernie-sanders/
RS_2016-02.bz2.deduped.txt:118114 - https://theintercept.com/2016/02/12/not-so-securus-lawyers-speak-out-about-massive-hack-of-prisoners-phone-records/
RS_2016-02.bz2.deduped.txt:123569 - https://theintercept.com/2016/02/13/john-kasich-and-the-clintons-collaborated-on-law-that-helped-double-extreme-poverty-in-america/
RS_2016-02.bz2.deduped.txt:138141 - https://theintercept.com/2016/02/15/putin-doesnt-need-to-censor-books-publishers-do-it-for-him/
RS_2016-02.bz2.deduped.txt:145401 - https://theintercept.com/2015/07/06/clinton-honduras-coup/
RS_2016-02.bz2.deduped.txt:147841 - https://theintercept.com/2016/02/16/two-former-u-s-presidents-simultaneously-advocate-for-a-close-family-member-as-the-next-u-s-president/
RS_2016-02.bz2.deduped.txt:151749 - https://theintercept.com/2016/02/16/greatest-threat-to-free-speech-in-the-west-criminalizing-activism-against-israeli-occupation/
RS_2016-02.bz2.deduped.txt:156242 - https://theintercept.com/2016/02/10/last-call-the-life-and-death-of-an-ambulance-driver-in-yemen/
RS_2016-02.bz2.deduped.txt:158130 - https://theintercept.com/2016/02/16/two-former-u-s-presidents-simultaneously-advocate-for-a-close-family-member-as-the-next-u-s-president/https://theintercept.com/2016/02/16/two-former-u-s-presidents-simultaneously-advocate-for-a-close-family-member-as-the-next-u-s-president/

RS_2016-02.bz2.deduped.txt:159320 - https://theintercept.com/2016/02/17/flint-residents-may-have-been-drinking-pfcs-in-addition-to-lead/
RS_2016-02.bz2.deduped.txt:161785 - https://theintercept.com/2016/02/17/apple-slams-order-to-hack-a-killers-iphone-inflaming-encryption-debate/
RS_2016-02.bz2.deduped.txt:162708 - https://theintercept.com/2016/02/17/voters-be-damned/
RS_2016-02.bz2.deduped.txt:163436 - https://theintercept.com/2016/02/17/hedge-fund-billionaires-fund-super-pac-ad-against-bernie-sanders-and-minimum-wage-hike/
RS_2016-02.bz2.deduped.txt:164112 - https://theintercept.com/2016/02/17/wife-of-cia-whistleblower-jeffrey-sterling-asks-obama-to-pardon-him/
RS_2016-02.bz2.deduped.txt:165676 - https://theintercept.com/2016/02/17/apple-leads-the-charge-on-security-but-who-will-follow/
RS_2016-02.bz2.deduped.txt:165845 - https://theintercept.com/2016/01/26/ha-ha-hillary-clintons-top-financial-supporter-now-controls-the-onion/?
RS_2016-02.bz2.deduped.txt:166044 - https://theintercept.com/2016/02/16/refugees-worked-with-british-american-forces/
RS_2016-02.bz2.deduped.txt:169288 - https://theintercept.com/2016/02/18/hillary-clinton-with-little-notice-vows-to-embrace-an-extremist-agenda-on-israel/
RS_2016-02.bz2.deduped.txt:169720 - https://theintercept.com/2016/02/17/the-horror-story-of-publishing-childrens-books-in-moscow/
RS_2016-02.bz2.deduped.txt:170637 - https://theintercept.com/2016/02/18/trump-is-right-bush-lied-a-little-known-part-of-the-bogus-case-for-war/
RS_2016-02.bz2.deduped.txt:171127 - https://theintercept.com/2016/02/18/coming-of-age-under-surveillance-in-new-york/
RS_2016-02.bz2.deduped.txt:174643 - https://theintercept.com/2016/02/18/passcodes-that-can-defeat-fbi-ios-backdoor/
RS_2016-02.bz2.deduped.txt:176278 - https://theintercept.com/2016/02/18/fbi-wont-explain-its-bizarre-new-way-of-measuring-its-success-fighting-terror/
RS_2016-02.bz2.deduped.txt:178327 - https://theintercept.com/2016/02/19/clinton-and-sanders-refuse-to-choose-between-apple-and-the-fbi/
RS_2016-02.bz2.deduped.txt:181768 - https://theintercept.com/2016/02/19/hillary-clinton-goldman-sachs-transcripts/
RS_2016-02.bz2.deduped.txt:182650 - https://theintercept.com/2016/02/19/siding-with-a-victim-of-fraudulent-foreclosure-california-court-exposes-a-failure-of-law-enforcement/
RS_2016-02.bz2.deduped.txt:183275 - https://theintercept.com/2016/02/19/for-russia-censors-only-suicide-is-worse-than-homosexuality/
RS_2016-02.bz2.deduped.txt:189282 - https://theintercept.com/2016/02/19/5-questions-for-cia-director-john-brennan/
RS_2016-02.bz2.deduped.txt:190432 - https://theintercept.com/2016/02/20/wall-street-analyst-says-hillary-clinton-would-be-the-best-president-for-healthcare-investors/
RS_2016-02.bz2.deduped.txt:197485 - https://theintercept.com/2016/02/21/backed-by-airline-dollars-congress-rejects-effort-to-address-shrinking-legroom/
RS_2016-02.bz2.deduped.txt:202431 - https://theintercept.com/2015/05/07/congress-argues-cant-investigated-insider-trading/
RS_2016-02.bz2.deduped.txt:204582 - https://theintercept.com/2016/02/22/wounded-in-iraq-ugandan-contractors-fight-for-compensation-in-america/

RS_2016-02.bz2.deduped.txt:208076 - https://theintercept.com/2016/02/22/saudi-christmas-present/

RS_2016-02.bz2.deduped.txt:208212 - https://theintercept.com/2016/02/22/saudi-christmas-present/?comments=1#comments

RS_2016-02.bz2.deduped.txt:208488 - https://theintercept.com/2016/02/22/fbi-says-apple-court-order-is-narrow-but-other-law-enforcers-hungry-to-exploit-it/

RS_2016-02.bz2.deduped.txt:210396 - https://theintercept.com/2016/02/22/msnbc-cuts-away-from-bernie-sanders-as-he-condemns-trans-pacific-partnership/

RS_2016-02.bz2.deduped.txt:210555 - https://theintercept.com/2016/02/22/in-1974-call-to-abolish-cia-sanders-followed-in-footsteps-of-jfk-truman/

RS_2016-02.bz2.deduped.txt:211781 - https://theintercept.com/2016/02/22/wikileaks-nsa-spied-on-israels-attempts-to-repair-relations-with-us/

RS_2016-02.bz2.deduped.txt:212545 - https://theintercept.com/2016/02/22/msnbc-cuts-away-from-bernie-sanders-as-he-condemns-trans-pacific-partnership/?comments=1#comments

RS_2016-02.bz2.deduped.txt:216715 - https://theintercept.com/2016/02/23/obamas-new-rationale-for-1-trillion-nuclear-program-augurs-a-new-arms-race-with-russia/

RS_2016-02.bz2.deduped.txt:216759 - https://theintercept.com/2016/02/23/georgetown-law-professors-complain-conservative-students-are-traumatized-by-criticisms-of-scalia-demand-remedies/

RS_2016-02.bz2.deduped.txt:217150 - https://theintercept.com/2015/05/08/former-cia-director-porter-goss-registers-lobby-turkey/

RS_2016-02.bz2.deduped.txt:218842 - https://theintercept.com/2016/02/23/new-court-filing-reveals-apple-faces-12-other-requests-to-break-into-locked-iphones/

RS_2016-02.bz2.deduped.txt:219592 - https://theintercept.com/2016/02/23/department-of-defense-white-paper-describes-wearing-hijab-as-passive-terrorism/

RS_2016-02.bz2.deduped.txt:221094 - https://theintercept.com/2016/02/23/running-for-congress-surveillance/

RS_2016-02.bz2.deduped.txt:223699 - https://theintercept.com/2016/02/23/hillary-clinton-now-says-shell-only-release-big-bank-speeches-if-the-republicans-do/

RS_2016-02.bz2.deduped.txt:229012 - https://theintercept.com/2016/02/23/obamas-plan-to-close-guantanamo-would-establish-indefinite-detention-on-us-soil/

RS_2016-02.bz2.deduped.txt:230571 - https://theintercept.com/2016/02/24/top-gop-pollster-young-americans-are-terrifyingly-liberal/

RS_2016-02.bz2.deduped.txt:230572 - https://theintercept.com/2016/02/24/the-absurd-timing-of-michael-haydens-drone-campaign/

RS_2016-02.bz2.deduped.txt:231141 - https://theintercept.com/2016/02/24/with-trump-looming-should-dems-take-a-huge-electability-gamble-by-nominating-hillary-clinton/

RS_2016-02.bz2.deduped.txt:238055 - https://theintercept.com/2016/02/25/us-extends-drone-war-deeper-into-africa-with-secretive-base/

RS_2016-02.bz2.deduped.txt:240663 - https://theintercept.com/2016/02/25/fbi-director-admits-apple-case-could-be-a-game-changer/

RS_2016-02.bz2.deduped.txt:242629 - https://theintercept.com/2016/02/25/tv-pundits-praise-hillary-clinton-on-air-fail-to-disclose-financial-ties-to-her-campaign/

RS_2016-02.bz2.deduped.txt:243022 - https://theintercept.com/2016/02/25/fbi-director-james-comey-who-signed-off-on-waterboarding-is-now-losing-sleep-over-an-iphone/

RS_2016-02.bz2.deduped.txt:244668 - https://theintercept.com/2016/02/25/activists-want-hillary-clinton-apologize-hyping-myth-superpredators-1996/
RS_2016-02.bz2.deduped.txt:245429 - https://theintercept.com/2016/02/18/coming-of-age-under-surveillance-in-new-york/?comments=1#comments
RS_2016-02.bz2.deduped.txt:252894 - https://theintercept.com/2016/02/26/fbi-vs-apple-post-crypto-wars/
RS_2016-02.bz2.deduped.txt:253873 - https://theintercept.com/2016/02/26/eight-memorable-passages-from-apples-fiery-response-to-the-fbi/
RS_2016-02.bz2.deduped.txt:254503 - https://theintercept.com/2016/02/26/farooks-iphone-is-probably-useless-even-the-police-say-so/
RS_2016-02.bz2.deduped.txt:259569 - https://theintercept.com/2016/02/27/antonin-scalia-the-billion-dollar-supreme-court-justice/
RS_2016-02.bz2.deduped.txt:270447 - https://theintercept.com/2016/02/23/department-of-defense-white-paper-describes-wearing-hijab-as-passive-terrorism/?comments=1#comments
RS_2016-02.bz2.deduped.txt:276496 - https://theintercept.com/2016/02/29/summoned-to-capitol-hill-apple-comes-armed-with-questions-for-congress/
RS_2016-02.bz2.deduped.txt:276666 - https://theintercept.com/2016/02/29/neoconservatives-declare-war-on-donald-trump/
RS_2016-02.bz2.deduped.txt:277895 - https://theintercept.com/2016/02/29/california-courts-demand-total-access-to-email-and-social-media-accounts/
RS_2016-02.bz2.deduped.txt:279361 - https://theintercept.com/2016/02/29/cbs-donald-trump/
RS_2016-02.bz2.deduped.txt:279440 - https://theintercept.com/2016/02/29/neoconservatives-declare-war-on-donald-trump
RS_2018-10.xz.deduped.txt:3638 - https://theintercept.com/2018/10/01/ted-cruz-lobbyist-google/
RS_2018-10.xz.deduped.txt:4823 - https://theintercept.com/2018/09/30/gelson-merisio-hidreletricas-governo-sc/
RS_2018-10.xz.deduped.txt:6231 - https://theintercept.com/2018/10/01/video-a-short-history-of-u-s-meddling-in-foreign-elections/
RS_2018-10.xz.deduped.txt:8068 - https://theintercept.com/2018/10/01/new-dark-money-documentary-shines-light-into-the-shadows-cast-by-the-super-rich/
RS_2018-10.xz.deduped.txt:9056 - https://theintercept.com/2018/10/01/trump-says-kavanaugh-drinking-problem-youth/
RS_2018-10.xz.deduped.txt:12119 - https://theintercept.com/2018/09/26/trump-united-nations-noam-chomsky/?campaign=homepage-podcast-intercepted
RS_2018-10.xz.deduped.txt:15003 - https://theintercept.com/2018/10/02/lula-brazil-election-noam-chomsky/
RS_2018-10.xz.deduped.txt:15282 - https://theintercept.com/2018/10/02/noam-chomsky-visita-lula/
RS_2018-10.xz.deduped.txt:16815 - https://theintercept.com/2018/09/30/pack-the-supreme-court
RS_2018-10.xz.deduped.txt:18003 - https://theintercept.com/2018/10/02/jeff-flake-wont-vote-for-brett-kavanaugh-if-hes-shown-to-have-lied-to-the-judiciary-committee-but-which-lies-matter/
RS_2018-10.xz.deduped.txt:18569 - https://theintercept.com/2018/10/02/modern-monetary-theory-conference/

RS_2018-10.xz.deduped.txt:20883 - https://theintercept.com/2018/10/02/brett-kavanaugh-fbi-investigation/
RS_2018-10.xz.deduped.txt:23076 - https://theintercept.com/2018/10/02/mulheres-pro-bolsonaro-feminista-antifeminino/
RS_2018-10.xz.deduped.txt:25352 - https://theintercept.com/2018/10/03/brett-kavanaugh-georgetown-prep-petition/
RS_2018-10.xz.deduped.txt:26806 - https://theintercept.com/2018/10/02/havan-voto-cabresto/
RS_2018-10.xz.deduped.txt:28130 - https://theintercept.com/2018/10/03/raging-bullshit-the-injustice-of-brett-kavanaugh-and-his-enablers/
RS_2018-10.xz.deduped.txt:30228 - https://theintercept.com/2018/10/03/brett-kavanaugh-rachel-mitchell-report/
RS_2018-10.xz.deduped.txt:30261 - https://theintercept.com/2018/10/03/base-president-trump-mocks-lies-christine-blasey-fords-testimony/
RS_2018-10.xz.deduped.txt:31464 - https://theintercept.com/2018/10/03/zero-tolerance-policy-jeff-sessions-kirstjen-nielsen/
RS_2018-10.xz.deduped.txt:33302 - https://theintercept.com/2018/10/03/brett-kavanaugh-yearbook-georgetown-prep-1983/
RS_2018-10.xz.deduped.txt:33798 - https://theintercept.com/2018/10/03/keith-ellison-allegations-karen-monahan-retains-new-attorney/
RS_2018-10.xz.deduped.txt:39229 - https://theintercept.com/2018/10/03/deputado-zeca-viana-enriqueceu-168-milhoes/
RS_2018-10.xz.deduped.txt:39398 - https://theintercept.com/2018/10/04/brett-kavanaugh-supreme-court-confirmation-corporate-regulations/
RS_2018-10.xz.deduped.txt:40457 - https://theintercept.com/2018/10/04/brett-kavanaugh-laquan-mcdonald-trial-central-park-five/
RS_2018-10.xz.deduped.txt:40539 - https://theintercept.com/2018/10/04/donald-trump-nominee-federal-reserve-board/
RS_2018-10.xz.deduped.txt:41199 - https://theintercept.com/2018/10/04/brett-kavanaugh-high-school-friends-loyalty/
RS_2018-10.xz.deduped.txt:42538 - https://theintercept.com/2018/10/04/judge-restores-temporary-protected-status-trump-racism/
RS_2018-10.xz.deduped.txt:42937 - https://theintercept.com/2018/10/04/brett-kavanaugh-environmental-rulings/
RS_2018-10.xz.deduped.txt:45599 - https://theintercept.com/2018/10/04/riz-ahmed-on-politics-identity-and-being-brown-in-hollywood/
RS_2018-10.xz.deduped.txt:46528 - https://theintercept.com/2018/10/04/brett-kavanaugh-perjury-warrantless-surveillance/
RS_2018-10.xz.deduped.txt:51024 - https://theintercept.com/2018/10/05/from-nation-state-to-empire-state-a-radical-history-of-how-we-got-to-trump/
RS_2018-10.xz.deduped.txt:51212 - https://theintercept.com/2018/10/05/from-nation-state-to-empire-state-a-radical-history-of-how-we-got-to-trump
RS_2018-10.xz.deduped.txt:51997 - https://theintercept.com/2018/10/05/jair-bolsonaro-brazil-election-stabbinng/
RS_2018-10.xz.deduped.txt:52268 - https://theintercept.com/2018/10/04/doria-processo-facebook/

RS_2018-10.xz.deduped.txt:52303 - https://theintercept.com/2018/10/05/russian-tv-brett-kavanaugh-victim-malignant-feminism-like-harvey-weinstein-cristiano-ronaldo/
RS_2018-10.xz.deduped.txt:55138 - https://theintercept.com/2018/10/05/claude-garrett-parole-arson-fire-junk-science/
RS_2018-10.xz.deduped.txt:55776 - https://theintercept.com/2018/10/05/fake-news-tse/
RS_2018-10.xz.deduped.txt:55914 - https://theintercept.com/2018/10/05/brett-kavanaugh-confirmation-susan-collins/
RS_2018-10.xz.deduped.txt:56261 - https://theintercept.com/2018/10/05/dear-susan-collins-the-opposition-to-brett-kavanaugh-includes-churches-law-professors-and-conservatives-even-his-own-friends/
RS_2018-10.xz.deduped.txt:57542 - https://theintercept.com/2018/10/05/key-senators-say-disappearance-of-washington-post-columnist-should-end-u-s-blank-check-to-saudi-arabia/
RS_2018-10.xz.deduped.txt:58033 - https://theintercept.com/2018/10/05/susan-collins-kavanaugh-vote-jeff-flake/
RS_2018-10.xz.deduped.txt:58102 - https://static.theintercept.com/amp/pack-the-supreme-court.html
RS_2018-10.xz.deduped.txt:58852 - https://theintercept.com/2018/10/05/brett-kavanaugh-susan-collins-bush/
RS_2018-10.xz.deduped.txt:59423 - https://theintercept.com/2018/10/02/lula-brazil-election-noam-chomsky/?comments=1#comments
RS_2018-10.xz.deduped.txt:59805 - https://static.theintercept.com/amp/dear-susan-collins-the-opposition-to-brett-kavanaugh-includes-churches-law-professors-and-conservatives-even-his-own-friends.html
RS_2018-10.xz.deduped.txt:61581 - https://theintercept.com/2018/10/06/saudi-arabia-women-driving-activists-exile/
RS_2018-10.xz.deduped.txt:62100 - https://theintercept.com/2018/10/06/dupont-pfas-chemicals-lawsuit/
RS_2018-10.xz.deduped.txt:63190 - https://theintercept.com/2018/10/06/lisa-murkowski-admits-that-the-reasonable-doubt-standard-doesnt-apply-to-brett-kavanaughs-confirmation/
RS_2018-10.xz.deduped.txt:65661 - https://theintercept.com/2018/10/06/episode-special-the-right-won-the-battle-over-kavanaugh-can-the-left-win-the-war/
RS_2018-10.xz.deduped.txt:69444 - https://theintercept.com/2018/10/07/brett-kavanaugh-feminism-women-rage/
RS_2018-10.xz.deduped.txt:70183 - https://theintercept.com/2018/10/07/israel-palestine-us-drone-strikes/
RS_2018-10.xz.deduped.txt:70491 - https://theintercept.com/2018/10/06/bolsonaro-seguranca-morte-de-negros-e-pobres/
RS_2018-10.xz.deduped.txt:71465 - https://theintercept.com/2018/10/07/brett-kavanaugh-evangelicals-council-for-national-policy/
RS_2018-10.xz.deduped.txt:76988 - https://theintercept.com/2018/10/08/california-prop-12-animal-welfare-dairy-calves/
RS_2018-10.xz.deduped.txt:77002 - https://theintercept.com/2018/10/07/congresso-prepara-votar-retrocessos/
RS_2018-10.xz.deduped.txt:77094 - https://theintercept.com/2018/10/07/judiciario-fake-news-bolsonaro-eleicao/

RS_2018-10.xz.deduped.txt:78202 - https://theintercept.com/2018/10/08/food-stamps-snap-program-usda/

RS_2018-10.xz.deduped.txt:79185 - https://theintercept.com/2018/10/08/brazils-bolsonaro-led-far-right-wins-a-victory-far-more-sweeping-and-dangerous-than-anyone-predicted-its-lessons-are-global/

RS_2018-10.xz.deduped.txt:79348 - https://theintercept.com/2018/10/08/ice-detention-suicide-solitary-confinement/

RS_2018-10.xz.deduped.txt:82147 - https://theintercept.com/2018/10/08/brett-kavanaugh-affirmative-action-at-universities/

RS_2018-10.xz.deduped.txt:83255 - https://theintercept.com/2018/10/08/brazil-congressional-elections-michel-temer/

RS_2018-10.xz.deduped.txt:88255 - https://theintercept.com/2018/10/09/bolsonaro-trabalho-escravo/

RS_2018-10.xz.deduped.txt:89158 - https://theintercept.com/2018/10/09/brett-kavanaugh-supreme-court-bush-administration/

RS_2018-10.xz.deduped.txt:89160 - https://theintercept.com/2018/10/09/google-china-censored-search-engine/

RS_2018-10.xz.deduped.txt:89658 - https://theintercept.com/2018/10/09/un-report-climate-change-fossil-fuels/

RS_2018-10.xz.deduped.txt:93692 - https://theintercept.com/2018/10/09/government-report-an-entire-generation-of-american-weapons-is-wide-open-to-hackers/

RS_2018-10.xz.deduped.txt:95658 - https://theintercept.com/2018/10/09/moa-do-katende-vitima-eleicoes/

RS_2018-10.xz.deduped.txt:99363 - https://theintercept.com/2018/10/09/bolsonaro-ameaca-ativismos/

RS_2018-10.xz.deduped.txt:101090 - https://theintercept.com/2018/10/10/watch-the-stunning-rise-of-brazils-far-right-and-what-it-shows-about-western-democracies/

RS_2018-10.xz.deduped.txt:104510 - https://theintercept.com/2018/10/10/donald-trump-inherited-wealth/

RS_2018-10.xz.deduped.txt:111379 - https://theintercept.com/2018/10/11/notre-dame-health-insurance-birth-control-trump/

RS_2018-10.xz.deduped.txt:113653 - https://theintercept.com/2018/10/11/trump-family-separation-immigration/

RS_2018-10.xz.deduped.txt:113962 - https://theintercept.com/2018/10/11/brazil-elections-bolsonaro-workers-party/

RS_2018-10.xz.deduped.txt:113979 - https://theintercept.com/2018/10/11/dianne-feinstein-senate-election-kevin-de-leon/

RS_2018-10.xz.deduped.txt:114139 - https://theintercept.com/2018/10/11/nikki-haley-resigns-un-ambassador/

RS_2018-10.xz.deduped.txt:115049 - https://theintercept.com/2018/10/11/mental-health-professionals-denounce-cnn-and-don-lemons-show-for-mocking-and-stigmatizing-kanye-wests-hospitalization/

RS_2018-10.xz.deduped.txt:115967 - https://theintercept.com/2018/10/11/adelanto-ice-detention-center-abuse/

RS_2018-10.xz.deduped.txt:116734 - https://theintercept.com/2018/10/11/is-this-the-beginning-of-the-end-of-the-us-saudi-alliance/

RS_2018-10.xz.deduped.txt:120162 - https://theintercept.com/2018/10/10/bancada-bolsonaro-camara-deputados/
RS_2018-10.xz.deduped.txt:120224 - https://theintercept.com/2018/10/10/novos-reis-baixo-clero-governabilidade/
RS_2018-10.xz.deduped.txt:120296 - https://theintercept.com/2018/10/11/egypt-american-citizen-torture-rape-khaled-hassan/
RS_2018-10.xz.deduped.txt:122705 - https://theintercept.com/2018/10/11/jamal-khashoggi-saudi-arabia-twitter/
RS_2018-10.xz.deduped.txt:123552 - https://theintercept.com/2018/10/11/combustiveis-fosseis-ameaca-civilizacao-onu/
RS_2018-10.xz.deduped.txt:123557 - https://theintercept.com/2018/10/11/um-passeio-pelo-mercado-do-voto-no-interior-do-piaui/
RS_2018-10.xz.deduped.txt:124225 - https://theintercept.com/2018/10/11/trump-family-separation-immigration/?wpisrc=nl_health202&wpmm=1
RS_2018-10.xz.deduped.txt:126680 - https://theintercept.com/2018/10/12/prop-10-california-rent-control-wall-street/
RS_2018-10.xz.deduped.txt:127598 - https://theintercept.com/2018/10/12/jamal-khashoggi-saudi-arabia-dissidents/
RS_2018-10.xz.deduped.txt:127700 - https://theintercept.com/2018/10/12/google-search-engine-china-censorship/
RS_2018-10.xz.deduped.txt:127728 - https://theintercept.com/2018/10/11/some-silicon-valley-superstars-ditching-saudi-advisory-board-after-khashoggi-disappearance-some-stay-silent/
RS_2018-10.xz.deduped.txt:128647 - https://theintercept.com/2018/10/12/wild-horses-california-slaughter/
RS_2018-10.xz.deduped.txt:130730 - http://theintercept.com/2017/12/30/facebook-says-it-is-deleting-accounts-at-the-direction-of-the-u-s-and-israeli-governments/
RS_2018-10.xz.deduped.txt:133327 - https://theintercept.com/2018/10/12/google-search-engine-china-censorship/?comments=1#comments
RS_2018-10.xz.deduped.txt:134060 - https://theintercept.com/2018/10/13/jd-scholten-monopolies-not-immigrants-steve-king/
RS_2018-10.xz.deduped.txt:134210 - https://theintercept.com/2018/10/13/max-boot-book/
RS_2018-10.xz.deduped.txt:134402 - https://theintercept.com/2018/10/13/khashoggi-saudi-media/
RS_2018-10.xz.deduped.txt:135033 - https://theintercept.com/2018/10/13/bastidores-universal-edir-macedo-apoio-portal-r7-bolsonaro/
RS_2018-10.xz.deduped.txt:140382 - https://theintercept.com/2018/10/14/congressional-progressive-caucus-corporate-pac-money/
RS_2018-10.xz.deduped.txt:149135 - https://theintercept.com/2018/10/15/elizabeth-warren-reveals-dna-evidence-native-american-ancestry-rebuking-trump/
RS_2018-10.xz.deduped.txt:151152 - https://theintercept.com/2018/10/15/the-washington-post-as-it-shames-others-continues-to-pay-and-publish-undisclosed-saudi-lobbyists-and-other-regime-propagandists/
RS_2018-10.xz.deduped.txt:151670 - https://theintercept.com/2018/10/15/trump-fake-news-lesley-stahl-60-minutes/
RS_2018-10.xz.deduped.txt:155795 - https://theintercept.com/2018/10/15/frank-gaffney-military-generals-anti-muslim-islamophobia/

RS_2018-10.xz.deduped.txt:163674 - https://theintercept.com/2018/10/16/beto-o-rourke-campaign-donations/
RS_2018-10.xz.deduped.txt:163838 - https://theintercept.com/2018/10/16/ted-cruz-campaign-donor-valero-energy-rins/
RS_2018-10.xz.deduped.txt:164587 - https://theintercept.com/2018/10/16/elizabeth-warren-dna-video-native-american-harvard/
RS_2018-10.xz.deduped.txt:164801 - https://theintercept.com/2018/10/16/chicago-police-shooting-video-ricky-hayes/
RS_2018-10.xz.deduped.txt:165392 - https://theintercept.com/2018/10/16/donald-trump-saudi-arabia/
RS_2018-10.xz.deduped.txt:165811 - https://theintercept.com/2018/10/16/tom-carper-big-pharma-campaign-finance/
RS_2018-10.xz.deduped.txt:165995 - https://theintercept.com/2018/10/16/jama-khashoggi-disappearance-saudi-arabia/
RS_2018-10.xz.deduped.txt:168741 - https://theintercept.com/2018/10/16/tipos-eleitores-bolsonaro/
RS_2018-10.xz.deduped.txt:172854 - https://theintercept.com/2018/10/17/upheaval-brazil-on-the-brink-the-saudi-regime-under-fire/
RS_2018-10.xz.deduped.txt:173750 - https://theintercept.com/2018/10/17/lloyd-smucker-family-drywall-osha/
RS_2018-10.xz.deduped.txt:176094 - https://theintercept.com/2018/10/17/hoeschl-antifraude-urnas/
RS_2018-10.xz.deduped.txt:176167 - https://theintercept.com/2018/10/17/israel-targeted-killings-noura-erakat-palestine-gabriella-blum/
RS_2018-10.xz.deduped.txt:179597 - https://theintercept.com/2018/10/17/sri-kulkarni-congress-texas/
RS_2018-10.xz.deduped.txt:179609 - https://theintercept.com/2018/10/17/north-carolina-death-penalty/
RS_2018-10.xz.deduped.txt:180483 - https://theintercept.com/2018/10/16/bolsonarista-noite-dos-cristais/
RS_2018-10.xz.deduped.txt:180906 - https://theintercept.com/2018/10/17/data-for-progress-state-legislative-races-democrats/
RS_2018-10.xz.deduped.txt:183357 - https://theintercept.com/2018/10/18/why-wont-trump-condemn-the-saudis-hint-its-israel-also-iran/
RS_2018-10.xz.deduped.txt:183784 - https://theintercept.com/2018/10/18/terry-albury-sentencing-fbi/
RS_2018-10.xz.deduped.txt:183995 - https://theintercept.com/2018/10/18/nova-padua-cidade-mais-votou-bolsonaro/
RS_2018-10.xz.deduped.txt:187886 - https://theintercept.com/2018/10/18/john-cheney-lippold-bds-aaup/
RS_2018-10.xz.deduped.txt:187991 - https://theintercept.com/2018/10/18/border-patrol-no-more-deaths-arrest/
RS_2018-10.xz.deduped.txt:188118 - https://theintercept.com/2018/10/18/rick-scott-florida-pension-fund/
RS_2018-10.xz.deduped.txt:189642 - https://theintercept.com/2018/10/17/bolsonaro-50-anos/

RS_2018-10.xz.deduped.txt:190876 - https://theintercept.com/2018/10/18/jair-bolsonaro-elections-brazil-police-brutality/
RS_2018-10.xz.deduped.txt:195269 - https://theintercept.com/2018/10/19/question-1-massachusetts-nurse-staffing-ratio/
RS_2018-10.xz.deduped.txt:195287 - https://static.theintercept.com/amp/from-nation-state-to-empire-state-a-radical-history-of-how-we-got-to-trump.html?__twitter_impression=true
RS_2018-10.xz.deduped.txt:198868 - https://theintercept.com/2018/10/19/south-carolina-foster-parent-discrimination-miracle-hill-ministries/
RS_2018-10.xz.deduped.txt:200262 - https://theintercept.com/2018/10/19/elizabeth-warren-dna-native-americans/
RS_2018-10.xz.deduped.txt:200276 - https://theintercept.com/2018/10/19/taser-chinedu-okobi-less-lethal/
RS_2018-10.xz.deduped.txt:206437 - https://theintercept.com/2018/10/20/keith-ellison-abuse-allegations-islamophobia/
RS_2018-10.xz.deduped.txt:206690 - https://theintercept.com/2018/10/20/public-pensions-crisis-wall-street-fees/
RS_2018-10.xz.deduped.txt:207345 - https://theintercept.com/2018/10/20/in-bolsonaros-new-brazil-far-right-evangelical-billionaire-edir-macedos-media-empire-is-being-exploited-to-investigate-journalists-including-the-intercept/
RS_2018-10.xz.deduped.txt:208665 - https://theintercept.com/2018/10/20/evangelicas-pobres-contra-bolsonaro/
RS_2018-10.xz.deduped.txt:208680 - https://theintercept.com/2018/10/20/no-novo-brasil-do-bolsonaro-o-imperio-midiatico-do-bilionario-edir-macedo-e-usado-para-investigar-e-tentar-intimidar-jornalistas-inclusive-the-intercept/
RS_2018-10.xz.deduped.txt:213107 - https://theintercept.com/2018/10/21/us-foreign-policy-after-cold-war-books/
RS_2018-10.xz.deduped.txt:213743 - https://theintercept.com/2018/10/21/kentucky-pensions-crisis-hedge-funds/
RS_2018-10.xz.deduped.txt:215678 - https://theintercept.com/2018/10/21/question-3-massachusetts-transgender-bathroom-bill/
RS_2018-10.xz.deduped.txt:216782 - https://theintercept.com/2018/10/17/north-carolina-death-penalty/?fbclid=IwAR3FAr4Uie-8vLidM0eCMQB5bHynpbU93yvX1WEgv3DADiovN1bFT0oLDOo
RS_2018-10.xz.deduped.txt:219418 - https://theintercept.com/2018/10/22/2018-midterms-muslim-candidates-islamophobia/
RS_2018-10.xz.deduped.txt:220869 - https://theintercept.com/2018/10/22/general-etchegoyen-tem-vigilancia-estado/
RS_2018-10.xz.deduped.txt:221972 - https://theintercept.com/2018/10/20/public-pensions-crisis-wall-street-fees/?
RS_2018-10.xz.deduped.txt:222434 - https://theintercept.com/2018/10/22/illinois-governor-bruce-rauner-pensions/
RS_2018-10.xz.deduped.txt:224731 - https://theintercept.com/2018/10/22/msnbc-and-daily-beast-feature-uae-lobbyist-david-rothkopf-with-no-disclosure-a-scandalous-media-wide-practice/
RS_2018-10.xz.deduped.txt:226978 - https://theintercept.com/2018/10/22/jamal-khashoggi-saudi-arabia-yemen-congress/

RS_2018-10.xz.deduped.txt:232140 - https://theintercept.com/2018/10/23/federal-judiciary-henry-manne-law-economics/
RS_2018-10.xz.deduped.txt:232723 - https://theintercept.com/2018/10/23/yousef-al-otaiba-khashoggi-washington/
RS_2018-10.xz.deduped.txt:237177 - https://theintercept.com/2018/10/23/border-patrol-union-killing-free-speech-video/
RS_2018-10.xz.deduped.txt:237225 - https://theintercept.com/2018/10/22/whatsapp-politicos/
RS_2018-10.xz.deduped.txt:242240 - https://theintercept.com/2018/10/17/upheaval-brazil-on-the-brink-the-saudi-regime-under-fire/?campaign=homepage-podcast-intercepted
RS_2018-10.xz.deduped.txt:243875 - https://theintercept.com/2018/10/20/in-bolsonaros-new-brazil-far-right-evangelical-billionaire-edir-macedos-media-empire-is-being-exploited-to-investigate-journalists-including-the-intercept/?utm_source=Daily+Lab+email+list&utm_campaign=b051cf0807-dailylabemail3&utm_medium=email&utm_term=0_d68264fd5e-b051cf0807-395844961
RS_2018-10.xz.deduped.txt:244679 - https://theintercept.com/2018/10/24/west-virginia-coal-third-congressional-district/
RS_2018-10.xz.deduped.txt:246180 - https://theintercept.com/2018/10/24/mohammed-bin-salman-donald-trump-and-the-bipartisan-brotherhood-with-saudi-arabia/
RS_2018-10.xz.deduped.txt:246191 - https://theintercept.com/2018/10/24/brexit-ireland-border-issue/
RS_2018-10.xz.deduped.txt:248013 - https://theintercept.com/2018/10/24/steve-king-spending-expense-account-taxpayer-private-club/
RS_2018-10.xz.deduped.txt:252667 - https://theintercept.com/2018/10/23/bolsonaro-censura/
RS_2018-10.xz.deduped.txt:252675 - https://theintercept.com/2018/10/23/bolsonaro-partidarios-ensaiam-nova-ditadura/
RS_2018-10.xz.deduped.txt:256542 - https://theintercept.com/2018/10/25/jamal-khashoggi-death-freedom-of-speech/
RS_2018-10.xz.deduped.txt:257115 - https://theintercept.com/2018/10/25/porque-guaribas-votou-pt/
RS_2018-10.xz.deduped.txt:259596 - https://theintercept.com/2018/10/25/brazil-election-jair-bolsonaro-us-investors/
RS_2018-10.xz.deduped.txt:260985 - https://theintercept.com/2018/10/25/epa-pfoa-pfas-pfos-chemicals/
RS_2018-10.xz.deduped.txt:261197 - https://theintercept.com/2018/10/25/from-caravans-to-cages-why-trump-bashes-migrants/
RS_2018-10.xz.deduped.txt:261794 - https://theintercept.com/2018/10/25/west-virginia-senate-race-patrick-morrisey/
RS_2018-10.xz.deduped.txt:261812 - https://theintercept.com/2018/10/25/roger-waters-marielle-franco-and-the-power-of-inspiration-in-the-face-of-darkness-and-danger/
RS_2018-10.xz.deduped.txt:262893 - https://theintercept.com/2018/10/25/louisville-kroger-shooting-racist-motive/
RS_2018-10.xz.deduped.txt:267970 - https://theintercept.com/2018/10/26/jamal-khashoggi-killing-tareq-ayoub/
RS_2018-10.xz.deduped.txt:270125 - https://theintercept.com/2018/10/26/pastores-intimidacao-malafaia-bolsonaro/

RS_2018-10.xz.deduped.txt:271364 - https://theintercept.com/2018/10/26/tax-havens-and-other-dirty-tricks-let-u-s-corporations-steal-180-billion-from-the-rest-of-the-world-every-year/
RS_2018-10.xz.deduped.txt:271915 - https://theintercept.com/2018/10/25/roger-waters-marielle-franco-e-o-poder-da-inspiracao-frente-as-trevas-e-ao-perigo/
RS_2018-10.xz.deduped.txt:272117 - https://theintercept.com/2018/10/26/latino-voters-midterms-democrats/
RS_2018-10.xz.deduped.txt:272260 - https://theintercept.com/2018/10/26/doug-wardlow-minnesota-attorney-general/
RS_2018-10.xz.deduped.txt:272976 - https://theintercept.com/2018/10/26/universidades-censura/?fbclid=IwAR3kMNwd-3C_EOj7JM5muwBEUVYbjNRd-yf90f46JWrVTEh8rUqfUQl-cQk
RS_2018-10.xz.deduped.txt:273212 - https://theintercept.com/2018/10/26/jeff-bezos-with-honor-fund-lauren-baer/
RS_2018-10.xz.deduped.txt:274080 - https://theintercept.com/2018/10/26/cesar-sayoc-bomb-suspect-trump/
RS_2018-10.xz.deduped.txt:274123 - https://theintercept.com/2018/10/15/the-washington-post-as-it-shames-others-continues-to-pay-and-publish-undisclosed-saudi-lobbyists-and-other-regime-propagandists/?comments=1#comments
RS_2018-10.xz.deduped.txt:274824 - https://theintercept.com/2018/10/26/cesar-sayoc-foreclosure-steven-mnuchin/
RS_2018-10.xz.deduped.txt:275822 - https://theintercept.com/2018/10/26/universidades-censura/
RS_2018-10.xz.deduped.txt:277744 - https://theintercept.com/2018/10/26/cesar-sayoc-foreclosure-steven-mnuchin/?fbclid=IwAR0T1MMCky9p5nL5wt4kHaCR3fWD7eGLkEpDE-O67NUPDYorIr-Aj8NJge8
RS_2018-10.xz.deduped.txt:278626 - https://theintercept.com/2018/10/27/voter-suppression-georgia-election/
RS_2018-10.xz.deduped.txt:279264 - https://theintercept.com/2018/10/26/joice-hasselmann-mentiras/
RS_2018-10.xz.deduped.txt:279402 - https://theintercept.com/2018/10/27/trump-inf-treaty-cuban-missile-crisis-nuclear-war/
RS_2018-10.xz.deduped.txt:279690 - https://theintercept.com/2018/10/27/here-is-a-list-of-far-right-attackers-trump-inspired-cesar-sayoc-wasnt-the-first-and-wont-be-the-last/
RS_2018-10.xz.deduped.txt:280099 - https://theintercept.com/2018/10/27/here-is-a-list-of-far-right-attackers-trump-inspired-cesar-sayoc-wasnt-the-first-and-wont-be-the-last/?fbclid=IwAR3Lnt6syvm5Od_oGpEQrQZ1sfS68is4_vqrnZTiLClb2CBzqe7WTMCP6h0
RS_2018-10.xz.deduped.txt:281422 - https://theintercept.com/2018/09/19/bolsonaristas-negam-holocausto-desprezam-mulheres-marielle/?fbclid=IwAR1-yYmnV0P8PpPG4-zDJcYHI8gS0qgoD7TpkbJl9meKcLlDH59-AaD53bQ
RS_2018-10.xz.deduped.txt:283732 - https://theintercept.com/2018/10/27/nao-editorial-bolsonaro/
RS_2018-10.xz.deduped.txt:286330 - https://theintercept.com/2018/10/28/shawki-omar-iraq-detention-torture/
RS_2018-10.xz.deduped.txt:286485 - https://theintercept.com/2018/10/27/ice-first-amendment-rights-ravi-ragbir/

RS_2018-10.xz.deduped.txt:289569 - https://theintercept.com/2018/10/28/jair-bolsonaro-elected-president-brazil/

RS_2018-10.xz.deduped.txt:290676 - https://theintercept.com/2018/10/28/nao-ignore-o-brasil-de-bolsonaro/

RS_2018-10.xz.deduped.txt:291988 - https://theintercept.com/2018/10/28/novo-brasil-esculpido-olavo-de-carvalho/

RS_2018-10.xz.deduped.txt:292821 - https://theintercept.com/2018/10/28/olavo-de-carvalho-conservadorismo-paranoico/

RS_2018-10.xz.deduped.txt:293518 - https://theintercept.com/2018/10/28/south-dakota-rodney-berget-execution/

RS_2018-10.xz.deduped.txt:294254 - https://theintercept.com/2018/10/29/ady-barkan-reporting-fellowship-the-intercept/

RS_2018-10.xz.deduped.txt:296942 - https://theintercept.com/2018/10/27/trump-inf-treaty-cuban-missile-crisis-nuclear-war/?

RS_2018-10.xz.deduped.txt:297830 - https://theintercept.com/2018/10/29/trump-manufacturing-border-crisis-families-caravan/

RS_2018-10.xz.deduped.txt:299491 - https://theintercept.com/2018/10/29/the-lessons-for-western-democracies-from-the-stunning-victory-of-brazils-jair-bolsonaro/

RS_2018-10.xz.deduped.txt:299594 - https://theintercept.com/2018/10/29/pittsburgh-shooting-trump-response-white-nationalism/

RS_2018-10.xz.deduped.txt:302713 - https://theintercept.com/2018/10/29/forcas-progressistas-o-que-fazer/

RS_2018-10.xz.deduped.txt:304928 - https://theintercept.com/2018/10/29/lava-jato-imprensa-entrevista-assessora/

RS_2018-10.xz.deduped.txt:308802 - https://theintercept.com/2018/10/29/marco-civil-ajudou-eleger-bolsonaro/

RS_2018-10.xz.deduped.txt:310025 - https://theintercept.com/2018/10/30/axios-hbo-trump-birthright-citizenship/

RS_2018-10.xz.deduped.txt:310093 - https://theintercept.com/2018/10/30/donald-trump-anti-semitism-synagogue-shooting/

RS_2018-10.xz.deduped.txt:310142 - https://theintercept.com/2018/10/30/fox-news-has-done-more-to-incite-domestic-political-violence-than-donald-trump/

RS_2018-10.xz.deduped.txt:310736 - https://theintercept.com/2018/10/30/pittsburgh-netanyahu-faces-backlash-endorsing-trump-smearing-soros/

RS_2018-10.xz.deduped.txt:311733 - https://theintercept.com/2018/10/30/buffy-wicks-jovanka-beckles-billionaire-backed-democrat-facing-off-against-democratic-socialist-in-berkeley/

RS_2018-10.xz.deduped.txt:311911 - https://theintercept.com/2018/10/30/afghanistan-war-taliban-abdul-raziq/

RS_2018-10.xz.deduped.txt:313849 - https://theintercept.com/2018/10/30/steve-king-tree-of-life/

RS_2018-10.xz.deduped.txt:315284 - https://theintercept.com/2018/10/30/buffy-wicks-jovanka-beckles-billionaire-backed-democrat-facing-off-against-democratic-socialist-in-berkeley/?fbclid=IwAR0Ms-mush0B3cYC8JEFpK6X5hmDg1IBWe1nJe-jNbQVhZ4ElwurCbWbeXs

RS_2018-10.xz.deduped.txt:316529 - https://theintercept.com/2018/10/30/pacificacao-bolsonaro-rendicao-do-brasil/

RS_2018-10.xz.deduped.txt:316580 - https://theintercept.com/2018/10/31/pittsburgh-shooting-anti-semitism-media-bias/
RS_2018-10.xz.deduped.txt:317117 - https://theintercept.com/2018/10/31/california-proposition-8-dialysis/
RS_2018-10.xz.deduped.txt:317298 - https://theintercept.com/2018/10/29/deconstructed-episode-special-is-donald-trump-inciting-far-right-terror-in-the-u-s/
RS_2018-10.xz.deduped.txt:317534 - https://theintercept.com/2018/10/31/donald-trump-fascism-and-the-doctrine-of-american-mythology/
RS_2018-10.xz.deduped.txt:319923 - https://theintercept.com/2016/04/19/ted-cruzs-senate-office-turns-muslim-constituents-away/?fbclid=IwAR2s__QDhOJ1Q2TPHwQ7B1E70QabxciVOC02gM0PRBYIK0qjXVFg-2qKazk
RS_2018-10.xz.deduped.txt:322614 - https://theintercept.com/2018/10/31/midterm-elections-2018-rural-progressives/
RS_2018-10.xz.deduped.txt:322927 - https://theintercept.com/2018/10/31/operation-faithful-patriot-border-troops-bad-intel/
RS_2018-10.xz.deduped.txt:323013 - https://theintercept.com/2018/10/31/kara-eastman-congress-nebraska-2nd-district/
RS_2018-10.xz.deduped.txt:323372 - https://theintercept.com/2018/10/31/donald-trump-2016-election-economic-distress/
RS_2018-10.xz.deduped.txt:323610 - https://theintercept.com/2018/10/31/tom-reed-new-york-debt-collection-company/
RS_2018-02.xz.deduped.txt:4030 - https://theintercept.com/2018/02/01/the-nfls-violent-ballet-concussion/
RS_2018-02.xz.deduped.txt:4723 - https://theintercept.com/2018/02/01/cfpb-mick-mulvaney-lending-housing-discrimination/
RS_2018-02.xz.deduped.txt:4913 - https://theintercept.com/2018/01/31/aflac-insurance-sales-policies/
RS_2018-02.xz.deduped.txt:5104 - https://theintercept.com/2018/02/01/nfl-concussion-super-bowl-protocol-football/
RS_2018-02.xz.deduped.txt:6039 - https://theintercept.com/2018/01/31/trump-ftc-google-facebook-twitter/
RS_2018-02.xz.deduped.txt:8608 - https://theintercept.com/2018/02/01/release-the-memo-trump-russia-fisa/
RS_2018-02.xz.deduped.txt:8886 - https://theintercept.com/2018/02/01/michigan-governor-race-muslim-abdul-el-sayed/
RS_2018-02.xz.deduped.txt:9808 - https://theintercept.com/2018/02/01/subsecretaria-de-orgao-ambiental-ajuda-mineradora-a-aprovar-barragem-maior-que-mariana/
RS_2018-02.xz.deduped.txt:9901 - https://theintercept.com/2018/02/01/rick-saccone-congress-pennsylvania/
RS_2018-02.xz.deduped.txt:13318 - https://theintercept.com/2018/02/01/hud-subsidized-housing-rent-increase-work-requirement/
RS_2018-02.xz.deduped.txt:16467 - https://theintercept.com/2018/02/02/aflac-ceo-dan-amos-false-allegations-investors/
RS_2018-02.xz.deduped.txt:19372 - https://theintercept.com/2018/02/02/six-insurgent-candidates-just-out-raised-their-establishment-democratic-opponents/

RS_2018-02.xz.deduped.txt:20110 - https://theintercept.com/2018/02/02/ohio-iowa-pipeline-protest-critical-infrastructure-bills/
RS_2018-02.xz.deduped.txt:20430 - https://theintercept.com/2018/02/02/supreme-court-union-dues-agency-fees/
RS_2018-02.xz.deduped.txt:24122 - https://theintercept.com/2018/02/02/nunes-memo-fisa-trump-russia
RS_2018-02.xz.deduped.txt:24512 - https://theintercept.com/2018/02/02/supreme-court-union-dues-agency-fees/?
RS_2018-02.xz.deduped.txt:28316 - https://theintercept.com/2018/02/03/puerto-rico-debt-fiscal-plan/
RS_2018-02.xz.deduped.txt:28587 - https://theintercept.com/2018/02/03/epa-iris-toxic-chemicals/
RS_2018-02.xz.deduped.txt:36756 - https://theintercept.com/2018/02/04/california-wildfires-homeless-climate-change/
RS_2018-02.xz.deduped.txt:36968 - https://theintercept.com/2018/02/04/robert-parry-journalistic-giant-tribute/
RS_2018-02.xz.deduped.txt:37252 - https://theintercept.com/2018/02/04/lewis-conway-jr-austin-city-council-texas/
RS_2018-02.xz.deduped.txt:40775 - https://theintercept.com/2018/02/01/concussion-protocol/
RS_2018-02.xz.deduped.txt:43803 - https://theintercept.com/2018/02/05/mitch-mcconnell-elaine-chao-offshore-paradise-papers/
RS_2018-02.xz.deduped.txt:44209 - https://theintercept.com/2018/02/05/iran-cia-coup-mossadegh-ayatollah/
RS_2018-02.xz.deduped.txt:44616 - https://theintercept.com/2018/02/05/mass-incarceration-class-predictor-race/
RS_2018-02.xz.deduped.txt:46395 - https://theintercept.com/2018/02/05/the-nunes-memo-and-katie-roiphe-article-show-how-concerns-for-due-process-and-civil-liberties-are-highly-selective-and-self-centered/
RS_2018-02.xz.deduped.txt:46532 - https://theintercept.com/2018/02/02/medico-abuso-ginastas-eua/
RS_2018-02.xz.deduped.txt:48581 - https://theintercept.com/2018/02/05/ahmad-sheikhzadeh-spy-iran-nuclear-program-fbi/
RS_2018-02.xz.deduped.txt:49838 - https://theintercept.com/2018/02/05/republican-retreat-2018-west-virginia-protest/
RS_2018-02.xz.deduped.txt:52783 - https://theintercept.com/2018/02/02/nunes-memo-fisa-trump-russia/?comments=1#comments
RS_2018-02.xz.deduped.txt:55530 - https://theintercept.com/2018/02/06/steve-king-iowa-4th-congressional-district/
RS_2018-02.xz.deduped.txt:55976 - https://theintercept.com/2018/02/06/citing-u-s-prison-conditions-british-appeals-court-refuses-to-extradite-accused-hacker-lauri-love-to-the-u-s/
RS_2018-02.xz.deduped.txt:56935 - https://theintercept.com/2018/02/06/lie-after-lie-what-colin-powell-knew-about-iraq-fifteen-years-ago-and-what-he-told-the-un/
RS_2018-02.xz.deduped.txt:67560 - https://theintercept.com/2018/02/07/coal-lobbyist-andrew-wheeler-epa-deputy-confirmation/
RS_2018-02.xz.deduped.txt:67921 - https://theintercept.com/2018/02/07/intercepted-podcast-memo-and-memoer-the-bipartisan-love-affair-with-mass-surveillance/

RS_2018-02.xz.deduped.txt:69338 - https://theintercept.com/2018/02/07/coal-lobbyist-andrew-wheeler-epa-deputy-confirmation/?utm_source=EHN&utm_campaign=c45b0f1d95-RSS_EMAIL_CAMPAIGN&utm_medium=email&utm_term=0_8573f35474-c45b0f1d95-99389085

RS_2018-02.xz.deduped.txt:69949 - https://theintercept.com/2018/02/07/laquan-mcdonald-case-first-amdendment/

RS_2018-02.xz.deduped.txt:70339 - https://theintercept.com/2018/02/07/seal-team-6-green-beret-mali/

RS_2018-02.xz.deduped.txt:72190 - https://theintercept.com/2018/02/07/congress-spending-bill-vote-miechv/

RS_2018-02.xz.deduped.txt:72720 - https://theintercept.com/2018/02/07/rob-porter-wives-abuse-trump-aide/

RS_2018-02.xz.deduped.txt:74174 - https://theintercept.com/2018/02/07/trumps-military-parade-is-ridiculous-but-hes-not-the-first-u-s-politician-to-use-humvees-and-f-16s-as-props/

RS_2018-02.xz.deduped.txt:75592 - https://theintercept.com/2018/02/07/congress-spending-bill-vote-miechv/?

RS_2018-02.xz.deduped.txt:79822 - https://theintercept.com/2017/08/25/inteligencia-nao-teve-sequer-um-real-no-orcamento-da-seguranca-publica-do-rio-em-2016/

RS_2018-02.xz.deduped.txt:80765 - https://theintercept.com/2018/02/08/ice-nypd-ravi-ragbir-city-council/

RS_2018-02.xz.deduped.txt:81076 - https://theintercept.com/2018/02/08/donald-trump-nuclear-war/

RS_2018-02.xz.deduped.txt:84882 - https://theintercept.com/2018/02/08/stock-market-crash-jobs-report-wages/

RS_2018-02.xz.deduped.txt:85688 - https://theintercept.com/2018/02/08/spending-bill-creates-act-drug-prices/

RS_2018-02.xz.deduped.txt:87712 - https://theintercept.com/2018/02/06/lie-after-lie-what-colin-powell-knew-about-iraq-fifteen-years-ago-and-what-he-told-the-un/?comments=1#comments

RS_2018-02.xz.deduped.txt:88859 - https://theintercept.com/2018/02/08/construtoras-de-condominio-da-rio-2016-trocaram-escolas-publicas-por-parque-onde-ninguem-entra/

RS_2018-02.xz.deduped.txt:96974 - https://theintercept.com/2018/02/09/rob-porter-white-house-job-powerful-men-clearance-kelly/

RS_2018-02.xz.deduped.txt:97417 - https://theintercept.com/2018/02/09/ravi-ragbir-ice-immigration-deportation/

RS_2018-02.xz.deduped.txt:97468 - https://theintercept.com/2018/02/09/arizona-death-row-barry-jones-evidentiary-hearing/

RS_2018-02.xz.deduped.txt:98879 - https://theintercept.com/2018/02/09/tax-bill-democrats/

RS_2018-02.xz.deduped.txt:98934 - https://theintercept.com/2018/02/09/donald-trump-russia-election-nsa/

RS_2018-02.xz.deduped.txt:99451 - https://static.theintercept.com/amp/donald-trump-russia-election-nsa.html

RS_2018-02.xz.deduped.txt:102913 - https://theintercept.com/2018/02/09/donald-trump-russia-election-nsa/?comments=1#comments

RS_2018-02.xz.deduped.txt:104151 - https://theintercept.com/2018/02/10/trump-mueller-cooperation-unprecedented-russia-special-counsel/

RS_2018-02.xz.deduped.txt:104152 - https://theintercept.com/2018/02/10/firefighting-foam-afff-pfos-pfoa-epa/

RS_2018-02.xz.deduped.txt:104200 - https://theintercept.com/2018/02/10/pfos-pfoa-epa-chemical-contamination/

RS_2018-02.xz.deduped.txt:104927 - https://static.theintercept.com/amp/donald-trump-russia-election-nsa.html?__twitter_impression=true

RS_2018-02.xz.deduped.txt:105807 - https://theintercept.com/2018/02/09/crash-queda-bolsas-pior-2008/

RS_2018-02.xz.deduped.txt:106690 - https://theintercept.com/2018/02/10/missouri-sentencing-judge-juvenile-bobby-bostic/

RS_2018-02.xz.deduped.txt:109349 - https://theintercept.com/2018/02/05/mitch-mcconnell-elaine-chao-offshore-paradise-papers/?utm_source=The+Intercept+Newsletter&utm_campaign=7bb4cf3612-EMAIL_CAMPAIGN_2018_02_09&utm_medium=email&utm_term=0_e00a5122d3-7bb4cf3612-124030089

RS_2018-02.xz.deduped.txt:112892 - https://theintercept.com/2018/02/11/foster-care-congress-did-something-extraordinary-for-vulnerable-children/

RS_2018-02.xz.deduped.txt:112975 - https://theintercept.com/2018/02/11/ice-schools-immigrant-students-ms-13-long-island/

RS_2018-02.xz.deduped.txt:115514 - https://theintercept.com/2018/02/06/lie-after-lie-what-colin-powell-knew-about-iraq-fifteen-years-ago-and-what-he-told-the-un

RS_2018-02.xz.deduped.txt:119095 - https://theintercept.com/2018/02/08/nfl-boycott-super-bowl-colin-kaepernick/

RS_2018-02.xz.deduped.txt:119168 - https://theintercept.com/2018/02/12/lissa-lucas-west-virginia-democratic-candidate-removed-from-legislative-hearing-for-listing-off-corporate-donors-to-fossil-fuel-friendly-lawmakers/

RS_2018-02.xz.deduped.txt:119662 - https://theintercept.com/2018/02/12/bonus-intercepted-podcast-jim-risen-goes-inside-the-nsas-secret-channel-to-russia/

RS_2018-02.xz.deduped.txt:119983 - https://theintercept.com/2018/02/12/torture-terrorists-guantanamo-abu-ghraib/

RS_2018-02.xz.deduped.txt:120012 - https://theintercept.com/2018/02/12/dutch-official-admits-lying-about-meeting-with-putin-is-fake-news-used-by-russia-or-about-russia/

RS_2018-02.xz.deduped.txt:122175 - https://theintercept.com/2018/02/12/harvards-laurence-tribe-has-become-a-deranged-russia-conspiracist-today-was-his-most-humiliating-debacle/

RS_2018-02.xz.deduped.txt:122408 - https://theintercept.com/2018/02/12/gop-law-enforcement-chiefs-invited-donors-to-help-set-policy-via-secret-bulletin-board/

RS_2018-02.xz.deduped.txt:123489 - https://theintercept.com/2018/02/12/dominion-virginia-legislature-energy/

RS_2018-02.xz.deduped.txt:135356 - https://theintercept.com/2018/02/13/virginia-dominion-energy-bill/

RS_2018-02.xz.deduped.txt:135710 - https://theintercept.com/2018/02/13/georgia-governor-race-democratic-primary/

RS_2018-02.xz.deduped.txt:135880 - https://theintercept.com/2015/07/08/nyu-spyware-uae/

RS_2018-02.xz.deduped.txt:138326 - https://theintercept.com/2018/02/13/candidate-thrown-out-of-west-virginia-legislature-for-reading-off-fossil-fuel-donors-raises-historic-sum-of-campaign-money/

RS_2018-02.xz.deduped.txt:139650 - https://theintercept.com/2018/02/13/florida-special-election-sanctuary-cities/
RS_2018-02.xz.deduped.txt:143111 - https://theintercept.com/2018/02/14/intercepted-podcast-americas-distribution-of-violence/
RS_2018-02.xz.deduped.txt:143674 - https://theintercept.com/2018/02/14/alt-right-campus-free-speech-adl-splc/
RS_2018-02.xz.deduped.txt:148100 - https://theintercept.com/2018/02/14/aslyum-seekers-trump-uscis/
RS_2018-02.xz.deduped.txt:148345 - https://theintercept.com/2018/02/14/julian-assange-wikileaks-election-clinton-trump/
RS_2018-02.xz.deduped.txt:149507 - https://theintercept.com/2018/02/14/dana-rohrabacher-trump-russia-wikileaks-julian-assange/
RS_2018-02.xz.deduped.txt:149885 - https://theintercept.com/2018/02/14/ice-denaturalization-naturalized-citizen-immigration/
RS_2018-02.xz.deduped.txt:157057 - https://theintercept.com/2018/02/15/chinese-state-owned-chemical-firm-joins-dark-money-group-pouring-cash-into-u-s-elections/
RS_2018-02.xz.deduped.txt:158055 - https://theintercept.com/2018/02/15/randy-bryce-union-campaign-workers-guild/
RS_2018-02.xz.deduped.txt:158631 - https://theintercept.com/2018/02/15/jason-kopser-texas-primary-democrats-immigration-border/
RS_2018-02.xz.deduped.txt:159291 - https://theintercept.com/2018/02/13/pela-culatra-golpe-cia-levou-a-aiatolas-no-ira/
RS_2018-02.xz.deduped.txt:161412 - https://theintercept.com/2018/02/15/trump-irs-charles-rettig-girls-gone-wild/
RS_2018-02.xz.deduped.txt:166692 - https://theintercept.com/2018/02/16/trump-russia-election-hacking-investigation/
RS_2018-02.xz.deduped.txt:168309 - https://theintercept.com/2018/02/16/trump-russia-election-hacking-investigation/#pq=JiRxBM
RS_2018-02.xz.deduped.txt:172395 - https://theintercept.com/2018/02/16/native-american-activist-critical-of-elizabeth-warren-says-her-speech-was-a-step-in-the-right-direction/
RS_2018-02.xz.deduped.txt:173484 - https://theintercept.com/2018/02/16/florida-shooting-nikolas-cruz/
RS_2018-02.xz.deduped.txt:176772 - https://theintercept.com/2018/02/17/gchq-belgacom-investigation-europe-hack/
RS_2018-02.xz.deduped.txt:177443 - https://theintercept.com/2018/02/17/bonus-intercepted-podcast-the-laundering-of-american-empire/
RS_2018-02.xz.deduped.txt:177726 - https://theintercept.com/2018/02/17/baltimore-homicide-rate-ceasefire-police/
RS_2018-02.xz.deduped.txt:178435 - https://theintercept.com/2018/02/17/jess-king-becomes-the-second-congressional-candidate-nationwide-whose-campaign-workers-have-unionized/
RS_2018-02.xz.deduped.txt:180353 - https://theintercept.com/2018/02/17/nra-membership-muslim-florida-shooting/
RS_2018-02.xz.deduped.txt:185263 - https://theintercept.com/2018/02/18/paper-ballots-amidst-election-security-worries-suddenly-paper-ballots-are-making-a-comeback/
RS_2018-02.xz.deduped.txt:185460 - https://theintercept.com/2018/02/18/niger-air-base-201-africom-drones/

RS_2018-02.xz.deduped.txt:186191 - https://theintercept.com/2018/02/18/yemen-terrorism-trump-travel-ban/

RS_2018-02.xz.deduped.txt:187109 - https://theintercept.com/2018/02/18/for-presidents-day-heres-one-vicious-ghastly-andor-fascinating-fact-about-every-u-s-president/

RS_2018-02.xz.deduped.txt:193420 - https://theintercept.com/2018/02/19/dennis-kucinich-vows-to-end-all-oil-and-gas-drilling-in-ohio-if-elected-governor-and-then-take-the-industry-to-court/

RS_2018-02.xz.deduped.txt:194025 - https://theintercept.com/2018/02/19/hamas-israel-palestine-conflict/

RS_2018-02.xz.deduped.txt:195154 - https://theintercept.com/2018/02/19/elizabeth-warren-opens-up-about-her-choices-in-every-presidential-election-since-1972/

RS_2018-02.xz.deduped.txt:195216 - https://theintercept.com/2018/02/19/a-consensus-emerges-russia-committed-an-act-of-war-on-par-with-pearl-harbor-and-911-should-the-u-s-response-be-similar/

RS_2018-02.xz.deduped.txt:209645 - https://theintercept.com/2018/02/20/honduras-election-protest-tigres/

RS_2018-02.xz.deduped.txt:216015 - https://theintercept.com/2018/02/21/intercepted-podcast-russiamania-glenn-greenwald-vs-james-risen/

RS_2018-02.xz.deduped.txt:216458 - https://theintercept.com/2018/02/21/citigroup-citi-puerto-rico-debt/

RS_2018-02.xz.deduped.txt:219584 - https://theintercept.com/2018/02/21/gop-senator-says-trump-is-ready-to-start-war-with-north-korea-that-would-be-one-of-the-worst-catastrophic-events-in-history/

RS_2018-02.xz.deduped.txt:222001 - https://theintercept.com/2018/02/21/failed-attempt-smear-jeremy-corbyn-reveals-waning-power-britains-tabloid-press/

RS_2018-02.xz.deduped.txt:223334 - https://theintercept.com/2018/02/21/intervencao-militar-rio-de-janeiro-1994/

RS_2018-02.xz.deduped.txt:223812 - https://theintercept.com/2018/02/21/jared-kushner-mueller-qatar/

RS_2018-02.xz.deduped.txt:225106 - https://theintercept.com/2018/02/21/video-glenn-greenwald-and-james-risen-debate-the-trumprussia-investigation/

RS_2018-02.xz.deduped.txt:228098 - https://theintercept.com/2018/02/22/gretchen-whitmer-executives-are-working-hard-against-a-pro-single-payer-candidate-for-governor/

RS_2018-02.xz.deduped.txt:231542 - https://theintercept.com/2018/02/22/toomey-pennsylvania-gerrymandered-map/

RS_2018-02.xz.deduped.txt:232042 - https://theintercept.com/2018/02/22/patrick-ryan-congress-berico-dataminr/

RS_2018-02.xz.deduped.txt:232461 - https://theintercept.com/2018/02/22/u-s-citizenship-and-immigration-services-will-remove-nation-of-immigrants-from-mission-statement/

RS_2018-02.xz.deduped.txt:233572 - https://theintercept.com/2018/02/22/emilys-list-laura-moser-texas-congress/

RS_2018-02.xz.deduped.txt:233765 - https://theintercept.com/2018/02/22/ncaa-student-athletes-unpaid-prison/

RS_2018-02.xz.deduped.txt:235236 - https://theintercept.com/2018/02/22/puerto-rico-schools-betsy-devos/

RS_2018-02.xz.deduped.txt:235673 - https://theintercept.com/2018/02/22/ohio-governors-race-gun-control-assault-weapons/
RS_2018-02.xz.deduped.txt:236088 - https://theintercept.com/2018/02/22/trump-blames-gun-free-zones-school-shootings-echoing-myth-spread-n-r/
RS_2018-02.xz.deduped.txt:238677 - https://theintercept.com/2018/02/22/national-democrats-go-nuclear-publicly-slam-a-dem-candidate-as-corrupt-for-far-less-than-its-own-officials-do/
RS_2018-02.xz.deduped.txt:238891 - https://theintercept.com/2018/02/22/black-panther-brazil-protest/
RS_2018-02.xz.deduped.txt:242082 - https://theintercept.com/2018/02/23/3m-lawsuit-pfcs-pollution/
RS_2018-02.xz.deduped.txt:242504 - https://theintercept.com/2018/02/23/ice-search-seizure-handbook-manual-secret/
RS_2018-02.xz.deduped.txt:242748 - https://theintercept.com/2018/02/23/purdue-pharma-oxycontin-opioid-crisis/
RS_2018-02.xz.deduped.txt:244936 - https://theintercept.com/2018/02/23/in-a-first-u-s-senator-demands-government-oversight-of-predatory-loot-boxes-in-video-games/
RS_2018-02.xz.deduped.txt:245259 - https://theintercept.com/2018/02/23/teen-confronts-dccc-endorsed-candidate-over-his-100-percent-nra-rating/
RS_2018-02.xz.deduped.txt:247105 - https://theintercept.com/2018/02/23/donald-trump-tells-media-not-to-give-protester-who-interrupted-his-cpac-speech-a-headline/
RS_2018-02.xz.deduped.txt:251315 - https://static.theintercept.com/amp/in-a-first-u-s-senator-demands-government-oversight-of-predatory-loot-boxes-in-video-games.html
RS_2018-02.xz.deduped.txt:251581 - https://theintercept.com/2018/02/24/iona-craig-won-a-polk-award-for-her-investigation-of-a-seal-team-raid-that-killed-women-and-children-in-yemen-heres-how-she-did-it/
RS_2018-02.xz.deduped.txt:258795 - https://theintercept.com/2018/02/22/national-democrats-go-nuclear-publicly-slam-a-dem-candidate-as-corrupt-for-far-less-than-its-own-officials-do/?clear
RS_2018-02.xz.deduped.txt:259200 - https://theintercept.com/2018/02/25/koch-brothers-trump-administration/
RS_2018-02.xz.deduped.txt:259316 - https://theintercept.com/2018/02/25/california-democrats-deny-dianne-feinstein-their-endorsement-for-senate/
RS_2018-02.xz.deduped.txt:259795 - https://www.theintercept.com/2018/02/23/3m-lawsuit-pfcs-pollution/
RS_2018-02.xz.deduped.txt:260037 - https://theintercept.com/2018/02/25/california-democrats-deny-dianne-feinstein-their-endorsement-for-senate
RS_2018-02.xz.deduped.txt:260293 - https://theintercept.com/2018/02/25/young-people-guns-marketing-video-games/
RS_2018-02.xz.deduped.txt:260411 - https://theintercept.com/2018/02/25/conservatives-public-sector-unions-janus/
RS_2018-02.xz.deduped.txt:267426 - https://theintercept.com/2018/02/26/libya-bombing-gaddafi-uk-terror-attacks/
RS_2018-02.xz.deduped.txt:271074 - https://theintercept.com/2018/02/26/pre-dawn-raid-israel-arrests-badly-wounded-cousin-ahed-tamimi-jailed-protest-icon/
RS_2018-02.xz.deduped.txt:273435 - https://theintercept.com/2018/02/26/delta-nra-georgia-tax-break/

RS_2018-02.xz.deduped.txt:274029 - https://theintercept.com/2018/02/26/california-democrats-endorse-campa-najjar-despite-israeli-press-reports/

RS_2018-02.xz.deduped.txt:279171 - https://theintercept.com/2018/02/27/u-s-military-opened-secretive-drone-base-to-visitors-after-the-intercept-wrote-about-it/

RS_2018-02.xz.deduped.txt:282214 - https://theintercept.com/2018/02/27/dccc-internal-polling-congress-single-payer/

RS_2018-02.xz.deduped.txt:284020 - https://theintercept.com/2018/02/27/contested-endorsement-california-democratic-party-convention/

RS_2018-02.xz.deduped.txt:291110 - https://theintercept.com/2018/02/26/pre-dawn-raid-israel-arrests-badly-wounded-cousin-ahed-tamimi-jailed-protest-icon/?comments=1#comments

RS_2018-02.xz.deduped.txt:291427 - https://theintercept.com/2018/02/28/intercepted-podcast-white-supremacy-and-the-church-of-the-second-amendment/

RS_2018-02.xz.deduped.txt:291882 - https://theintercept.com/2018/02/28/criminalization-of-debt-imprisonment-aclu-report/

RS_2018-02.xz.deduped.txt:294018 - https://static.theintercept.com/amp/intercepted-podcast-white-supremacy-and-the-church-of-the-second-amendment.html?__twitter_impression=true

RS_2018-02.xz.deduped.txt:296517 - https://theintercept.com/2018/02/28/parkland-florida-school-shootings-arming-teachers/

RS_2018-02.xz.deduped.txt:297748 - https://theintercept.com/2018/02/28/murdered-slovak-journalist-investigating-reputed-italian-mafia-figure-linked-prime-ministers-aide/

RS_2018-02.xz.deduped.txt:299124 - https://theintercept.com/2018/02/28/yemen-war-bernie-sanders-saudi-arabia/

RS_2018-05.xz.deduped.txt:3996 - https://theintercept.com/2018/05/01/ten-journalists-were-just-killed-in-afghanistan-please-stfu-about-the-white-house-correspondents-dinner/

RS_2018-05.xz.deduped.txt:9164 - https://theintercept.com/2018/05/01/ndaa-2018-aumf-detention/

RS_2018-05.xz.deduped.txt:9165 - https://theintercept.com/2018/05/01/albert-kelly-resignation-epa-scott-pruitt/

RS_2018-05.xz.deduped.txt:9285 - https://theintercept.com/2018/04/13/facebook-advertising-data-artificial-intelligence-ai/?__hstc=12316075.da6bbbae0990ba9e64585b1c99cb3001.1525203005600.1525203005601.1525203005601.1&__hssc=12316075.1.1525203005602&__hsfp=2743036777

RS_2018-05.xz.deduped.txt:9859 - https://theintercept.com/2018/05/01/syria-isis-defeat-landmines-humanitarian-aid/

RS_2018-05.xz.deduped.txt:10719 - https://theintercept.com/2018/05/01/haji-juma-khan-afghanistan-drug-trafficking-cia-dea/

RS_2018-05.xz.deduped.txt:14754 - https://theintercept.com/2018/05/02/intercepted-podcast-war-games/

RS_2018-05.xz.deduped.txt:20149 - https://theintercept.com/2018/05/02/los-angeles-charter-schools-teachers-union/

RS_2018-05.xz.deduped.txt:21917 - https://theintercept.com/2018/05/02/8-decades-syrias-civil-war-spanish-fascists-claimed-guernica-false-flag/

RS_2018-05.xz.deduped.txt:25143 - https://theintercept.com/2018/05/01/ndaa-2018-aumf-detention/#.WuqP_7puOtc.reddit

RS_2018-05.xz.deduped.txt:27470 - https://theintercept.com/2018/05/03/uk-far-right-terrorism-national-action/

RS_2018-05.xz.deduped.txt:30232 - https://theintercept.com/2018/05/03/argentina-protest-police-violence-plaza-de-mayo/
RS_2018-05.xz.deduped.txt:37882 - https://theintercept.com/2017/11/28/georgia-governor-race-bds-israel/
RS_2018-05.xz.deduped.txt:39759 - https://theintercept.com/2018/05/04/six-animal-rights-activists-charged-with-felonies-for-investigation-and-rescue-that-led-to-punishment-of-a-utah-turkey-farm/
RS_2018-05.xz.deduped.txt:39917 - https://theintercept.com/2018/05/04/epa-scott-pruitt-oklahoma-illinois-river/
RS_2018-05.xz.deduped.txt:41936 - https://theintercept.com/2018/05/03/criador-de-milicia-sai-da-cadeia/
RS_2018-05.xz.deduped.txt:45505 - https://theintercept.com/2018/05/04/greg-edwards-susan-wild-pennsylvania-democratic-primary-pits-bernie-sanders-against-emilys-list-against-trump/
RS_2018-05.xz.deduped.txt:47099 - https://theintercept.com/2018/05/04/greg-edwards-susan-wild-pennsylvania-democratic-primary-pits-bernie-sanders-against-emilys-list-against-trump/?comments=1#comments
RS_2018-05.xz.deduped.txt:49869 - https://theintercept.com/2018/05/05/puerto-rico-hurricane-maria-natural-gas/
RS_2018-05.xz.deduped.txt:50542 - https://theintercept.com/2018/05/04/six-animal-rights-activists-charged-with-felonies-for-investigation-and-rescue-that-led-to-punishment-of-a-utah-turkey-farm/?comments=1#comments
RS_2018-05.xz.deduped.txt:50963 - https://theintercept.com/2018/05/05/homeless-sex-offenders-florida-miami-dade/
RS_2018-05.xz.deduped.txt:52944 - https://static.theintercept.com/amp/ndaa-2018-aumf-detention.html
RS_2018-05.xz.deduped.txt:54540 - https://theintercept.com/2018/05/03/nao-denunciam-autoritarismo-israel/
RS_2018-05.xz.deduped.txt:57911 - https://theintercept.com/2018/05/06/newsroom-diversity-new-york-times-washington-post-newspapers/
RS_2018-05.xz.deduped.txt:58135 - https://theintercept.com/2018/05/06/american-islamophobia-khaled-beydoun-interview/
RS_2018-05.xz.deduped.txt:67525 - https://theintercept.com/2018/05/07/tennessee-governor-bill-haslam-privatization-university-jobs/
RS_2018-05.xz.deduped.txt:67526 - https://theintercept.com/2018/05/07/cbp-alt-uscis-twitter/
RS_2018-05.xz.deduped.txt:70261 - https://theintercept.com/2018/05/07/effort-israeli-spies-smear-obama-aides-echoes-attack-critics-hungarys-leader/
RS_2018-05.xz.deduped.txt:75761 - https://theintercept.com/2018/05/08/kara-eastman-nebraska-democratic-primary-kara-eastman-congress-pro-choice/
RS_2018-05.xz.deduped.txt:76135 - https://theintercept.com/2018/05/08/neonazistas-em-ascensao-no-reino-unido/
RS_2018-05.xz.deduped.txt:80016 - https://theintercept.com/2018/05/08/will-democrats-unite-to-block-trumps-torturer-gina-haspel-as-cia-chief-if-not-what-do-they-resist/
RS_2018-05.xz.deduped.txt:81966 - https://theintercept.com/2018/05/08/donald-trump-iran-nuclear-deal-john-bolton/

RS_2018-05.xz.deduped.txt:82908 - https://theintercept.com/2018/05/08/the-trump-administration-is-making-it-easier-to-evade-housing-desegregation-law-triggering-civil-rights-lawsuit/

RS_2018-05.xz.deduped.txt:88330 - https://theintercept.com/2018/05/09/saheed-vassell-nypd-plain-clothes/

RS_2018-05.xz.deduped.txt:88957 - https://theintercept.com/2018/05/09/just-following-orders/

RS_2018-05.xz.deduped.txt:90133 - https://theintercept.com/2018/05/09/its-insanely-hard-to-turn-off-facebook-tracking/

RS_2018-05.xz.deduped.txt:92600 - https://theintercept.com/2018/05/09/facebook-ads-tracking-algorithm/

RS_2018-05.xz.deduped.txt:94319 - https://theintercept.com/2018/05/09/new-york-county-democratic-party-cuomo-loyalty-pledge/

RS_2018-05.xz.deduped.txt:95774 - https://theintercept.com/2018/05/09/twitter-troll-takes-post-u-s-ambassador-germany-immediately-offends-germans/

RS_2018-05.xz.deduped.txt:96241 - https://theintercept.com/2018/05/09/ice-irwin-carmichael-mecklenberg-immigration-sheriff/

RS_2018-05.xz.deduped.txt:100681 - https://theintercept.com/2018/05/09/russian-hacking-us-election-senate-reality-winner/

RS_2018-05.xz.deduped.txt:101020 - https://theintercept.com/2018/05/10/syria-refugee-medical-aid/

RS_2018-05.xz.deduped.txt:112994 - https://theintercept.com/2018/05/11/is-trump-trying-to-start-a-war-with-iran/

RS_2018-05.xz.deduped.txt:113165 - https://theintercept.com/2018/05/11/west-virginia-primary-teacher-strikes/

RS_2018-05.xz.deduped.txt:113226 - https://theintercept.com/2018/05/11/gbhq-surveillance-spying-technology/

RS_2018-05.xz.deduped.txt:113601 - https://theintercept.com/2018/05/11/predictive-policing-surveillance-los-angeles/

RS_2018-05.xz.deduped.txt:116351 - https://theintercept.com/2018/05/11/experts-say-keep-amazons-alexa-away-from-your-kids/

RS_2018-05.xz.deduped.txt:117491 - https://theintercept.com/2018/04/27/stacey-abrams-georgia-republican-voting-rights-gerrymandering/

RS_2018-05.xz.deduped.txt:118034 - https://theintercept.com/2018/05/11/american-saudi-arabia-weapons-deal-yemen-uae/

RS_2018-05.xz.deduped.txt:120518 - https://theintercept.com/2018/05/06/newsroom-diversity-new-york-times-wall-street-journal/

RS_2018-05.xz.deduped.txt:123491 - https://theintercept.com/2018/05/12/oliver-north-nra-iran-contra/

RS_2018-05.xz.deduped.txt:123883 - https://theintercept.com/2018/05/12/tennessee-ice-raid-immigration-postville-iowa/

RS_2018-05.xz.deduped.txt:124615 - https://theintercept.com/2018/05/12/navy-seals-face-sexual-assault-charges-and-drug-investigation/

RS_2018-05.xz.deduped.txt:131337 - https://theintercept.com/2018/05/12/policia-federal-a-lei-e-para-todos-so-que-nao/

RS_2018-05.xz.deduped.txt:131612 - https://theintercept.com/2018/05/13/as-gaza-sinks-into-desperation-a-new-book-makes-the-case-against-israeli-brutality/

RS_2018-05.xz.deduped.txt:131796 - https://theintercept.com/2018/05/13/maes-com-filhos-assassinados-pelo-estado/
RS_2018-05.xz.deduped.txt:139449 - https://theintercept.com/2018/05/14/ice-prolonged-immigration-detention/
RS_2018-05.xz.deduped.txt:142320 - https://theintercept.com/2018/05/14/ivanka-trump-opens-u-s-embassy-jerusalem-israeli-massacre-palestinians/
RS_2018-05.xz.deduped.txt:142768 - https://theintercept.com/2018/05/14/waffle-house-police-video-starbucks-arrest-black-men/
RS_2018-05.xz.deduped.txt:144138 - https://theintercept.com/2018/05/14/haspel-memo-ahead-of-vote-on-gina-haspel-senate-pulls-access-to-damning-classified-memo/
RS_2018-05.xz.deduped.txt:154395 - https://theintercept.com/2018/05/15/gina-haspel-and-the-fiction-of-a-feminist-cia/
RS_2018-05.xz.deduped.txt:156476 - https://theintercept.com/2018/05/15/gaza-protests-israel-palestine-conflict-steny-hoyer/
RS_2018-05.xz.deduped.txt:161431 - https://theintercept.com/2018/05/16/war-crimes-and-collective-punishment-senator-ron-wyden-on-gina-haspel-and-the-cia-and-norman-finkelstein-on-gaza/
RS_2018-05.xz.deduped.txt:161862 - https://theintercept.com/2018/05/16/wall-street-bank-regulation-bill/
RS_2018-05.xz.deduped.txt:165605 - https://theintercept.com/2018/05/16/ecuadors-ex-president-rafael-correa-denounces-treatment-of-julian-assange-as-torture/
RS_2018-05.xz.deduped.txt:165606 - https://theintercept.com/2018/05/16/gazans-have-the-right-to-invade-israel-at-least-if-you-believe-one-of-israels-justifications-for-the-six-day-war/
RS_2018-05.xz.deduped.txt:165873 - https://theintercept.com/2018/05/16/michael-cohen-qatari-investor-ahmed-al-rumaihi-michael-cohen-solicited-a-million-dollars-from-me/
RS_2018-05.xz.deduped.txt:166658 - https://theintercept.com/2018/05/16/scott-pruitt-epa-industry-lobbyists/
RS_2018-05.xz.deduped.txt:169938 - https://theintercept.com/2018/05/16/marielle-assassino-pode-ser-do-bope/
RS_2018-05.xz.deduped.txt:176957 - https://theintercept.com/2018/05/17/gina-haspel-cia-director-torture/
RS_2018-05.xz.deduped.txt:178776 - https://theintercept.com/2018/05/17/inside-the-barbaric-u-s-industry-of-dog-experimentation/
RS_2018-05.xz.deduped.txt:180609 - https://theintercept.com/2018/05/17/ftc-bureau-of-consumer-protection-director-andrew-smith/
RS_2018-05.xz.deduped.txt:185656 - https://theintercept.com/2018/05/18/how-the-trumps-screwed-palestine/
RS_2018-05.xz.deduped.txt:185853 - https://theintercept.com/2018/05/17/inside-the-barbaric-u-s-industry-of-dog-experimentation
RS_2018-05.xz.deduped.txt:187389 - https://theintercept.com/2018/05/18/the-epas-leadership-summit-on-pfoa-pollution-will-exclude-victims-and-community-groups/
RS_2018-05.xz.deduped.txt:189536 - https://theintercept.com/2018/05/18/single-payer-health-care-al-franken-senate/
RS_2018-05.xz.deduped.txt:190874 - https://theintercept.com/2018/05/18/medical-marijuana-new-york-city/

RS_2018-05.xz.deduped.txt:196715 - https://theintercept.com/2018/05/19/japan-dfs-surveillance-agency/

RS_2018-05.xz.deduped.txt:196914 - https://theintercept.com/2018/05/19/blue-lives-matter-bill-police-brutality/

RS_2018-05.xz.deduped.txt:197476 - https://theintercept.com/2018/05/19/the-fbi-informant-who-monitored-the-trump-campaign-stefan-halper-oversaw-a-cia-spying-operation-in-the-1980-presidential-election/

RS_2018-05.xz.deduped.txt:198555 - https://theintercept.com/2018/05/19/the-fbi-informant-who-monitored-the-trump-campaign-stefan-halper-oversaw-a-cia-spying-operation-in-the-1980-presidential-election?s=19

RS_2018-05.xz.deduped.txt:203777 - https://theintercept.com/2018/05/20/pittsburgh-flint-veolia-privatization-public-water-systems-lead/

RS_2018-05.xz.deduped.txt:203904 - https://theintercept.com/2018/05/20/norman-finkelstein-gaza-iran-israel-jerusalem-embassy/

RS_2018-05.xz.deduped.txt:206998 - https://theintercept.com/2018/05/20/code-name-jaguar-how-a-top-police-official-carried-out-a-reign-of-terror-in-mexico/

RS_2018-05.xz.deduped.txt:209888 - https://theintercept.com/2018/05/19/the-fbi-informant-who-monitored-the-trump-campaign-stefan-halper-oversaw-a-cia-spying-operation-in-the-1980-presidential-election/?comments=1#comments

RS_2018-05.xz.deduped.txt:210398 - https://theintercept.com/2018/05/21/texas-21-congressional-district-joseph-kopser-mary-wilson/

RS_2018-05.xz.deduped.txt:213805 - https://theintercept.com/2018/05/21/chuck-schumer-is-the-worst-possible-democratic-leader-on-foreign-policy-at-the-worst-possible-time/

RS_2018-05.xz.deduped.txt:214212 - https://theintercept.com/2018/05/21/jahana-hayes-connecticut-democratic-primary/

RS_2018-05.xz.deduped.txt:221478 - https://theintercept.com/2018/05/22/joseph-crowley-alexandra-ocasio-cortez-new-york-primary/

RS_2018-05.xz.deduped.txt:223978 - https://theintercept.com/2018/05/22/afghanistan-mining-talc-taliban-islamic-state/

RS_2018-05.xz.deduped.txt:225463 - https://theintercept.com/2018/05/22/medal-of-honor-navy-seal-team-6-britt-slabinski/

RS_2018-05.xz.deduped.txt:225623 - https://theintercept.com/2018/05/22/west-virginia-3rd-congressional-district-carol-miller-richard-ojeda/

RS_2018-05.xz.deduped.txt:227000 - https://theintercept.com/2018/05/22/trump-torture-bahrain/

RS_2018-05.xz.deduped.txt:228677 - https://theintercept.com/2018/05/22/lesley-stahl-donald-trump-said-he-attacks-the-media-so-when-you-write-negative-stories-about-me-no-one-will-believe-you/

RS_2018-05.xz.deduped.txt:233918 - https://theintercept.com/2018/05/22/negras-perderam-emprego-de-diplomata/

RS_2018-05.xz.deduped.txt:234312 - https://theintercept.com/2018/05/23/the-killing-machine-legalized-torture-propaganda-and-endless-war-in-the-time-of-trump/

RS_2018-05.xz.deduped.txt:235404 - https://theintercept.com/2018/05/23/texas-teen-isis-mall-shooting/

RS_2018-05.xz.deduped.txt:240207 - https://theintercept.com/2018/05/23/democratic-party-leadership-moderates-dccc/

RS_2018-05.xz.deduped.txt:240217 - https://theintercept.com/2018/05/23/j20-trial-project-veritas-video/
RS_2018-05.xz.deduped.txt:242251 - https://theintercept.com/2018/05/23/planned-parenthood-union-nlrb/
RS_2018-05.xz.deduped.txt:243781 - https://theintercept.com/2018/05/23/isis-files-podcast-new-york-times-iraq/
RS_2018-05.xz.deduped.txt:250025 - https://theintercept.com/2018/05/24/shri-thanedar-marco-rubio-michigan-governor-race/
RS_2018-05.xz.deduped.txt:251250 - https://theintercept.com/2018/05/24/domestic-gag-rule-title-x-abortion-birth-control/
RS_2018-05.xz.deduped.txt:253964 - https://theintercept.com/2018/05/24/yemen-war-uae-torture-ro-khanna/
RS_2018-05.xz.deduped.txt:257896 - https://theintercept.com/2018/05/24/us-military-drones-greece/
RS_2018-05.xz.deduped.txt:259555 - https://theintercept.com/2018/05/25/deconstructed-the-edward-snowden-interview/
RS_2018-05.xz.deduped.txt:260409 - https://theintercept.com/2018/05/24/irelands-sex-marriage-vote-easy-win-ending-abortion-ban-might-not/
RS_2018-05.xz.deduped.txt:260480 - https://theintercept.com/2018/05/25/israel-palestine-aid-taylor-force-act/
RS_2018-05.xz.deduped.txt:262377 - https://theintercept.com/2018/05/25/amazon-surveillance-facial-recognition-congress/
RS_2018-05.xz.deduped.txt:262985 - https://theintercept.com/2018/05/25/nfl-owners-white-kaepernick-protest-rule/
RS_2018-05.xz.deduped.txt:264713 - https://theintercept.com/2018/05/25/donald-trump-has-liberated-koreans-from-the-illusion-that-america-is-helping-them/
RS_2018-05.xz.deduped.txt:267976 - https://theintercept.com/2018/05/25/caminhoneiros-avisaram-governo-de-greve/
RS_2018-05.xz.deduped.txt:268583 - https://theintercept.com/2018/05/25/in-apple-mail-theres-no-protecting-pgp-encrypted-messages/
RS_2018-05.xz.deduped.txt:268875 - https://theintercept.com/2018/05/25/exit-polls-in-ireland-predict-landslide-vote-in-favor-of-lifting-ban-on-abortion/
RS_2018-05.xz.deduped.txt:271219 - https://theintercept.com/2018/05/26/uganda-american-aid-birth-control/
RS_2018-05.xz.deduped.txt:271348 - https://theintercept.com/2018/05/26/dodd-frank-repeal-senate-democrats/
RS_2018-05.xz.deduped.txt:278723 - https://theintercept.com/2018/05/22/shri-thanedar-michigan-governor-race-shri-thanedar-abdul-el-sayed/
RS_2018-05.xz.deduped.txt:278822 - https://theintercept.com/2018/05/27/identity-politics-book-asad-haider/
RS_2018-05.xz.deduped.txt:278825 - https://theintercept.com/2018/05/27/temer-mandou-tropas-para-cima-de-grevistas-que-descumpriram-acordo-que-nunca-assinaram/
RS_2018-05.xz.deduped.txt:285402 - https://theintercept.com/2018/05/28/allan-nairn-trump-revolution/

RS_2018-05.xz.deduped.txt:285690 - https://static.theintercept.com/amp/private-prison-corporation-wrote-texas-bill-extending-how-long-immigrant-children-can-be-detained.html?__twitter_impression=true
RS_2018-05.xz.deduped.txt:293074 - https://theintercept.com/2018/05/25/deconstructed-the-edward-snowden-interview/?campaign=homepage-podcast-deconstructed
RS_2018-05.xz.deduped.txt:298597 - https://theintercept.com/2018/05/29/zero-tolerance-border-policy-immigration-mass-trials-children/
RS_2018-05.xz.deduped.txt:299857 - https://theintercept.com/2018/05/29/roseanne-barrs-apology-racist-islamophobic-tweet-confirms-racism-islamophobia/
RS_2018-05.xz.deduped.txt:305364 - https://theintercept.com/2018/05/30/white-fear-as-the-gop-veers-toward-fascism-establishment-democrats-face-a-grassroots-insurgency/
RS_2018-05.xz.deduped.txt:309675 - https://theintercept.com/2018/05/30/face-recognition-schools-school-shootings/
RS_2018-05.xz.deduped.txt:310359 - https://theintercept.com/2018/05/30/job-guarantee-bill-ro-khanna/
RS_2018-05.xz.deduped.txt:311191 - https://theintercept.com/2018/05/30/google-engine-advocacy-tech-startups/
RS_2018-05.xz.deduped.txt:314526 - https://theintercept.com/2018/05/30/guilherme-boulos-glenn-greenwald-entrevista/
RS_2018-05.xz.deduped.txt:318029 - https://theintercept.com/2018/05/31/trump-russia-mueller-investigation-obstruction-of-justice/
RS_2018-05.xz.deduped.txt:320269 - https://theintercept.com/2018/05/31/university-of-puerto-rico-protests/
RS_2018-05.xz.deduped.txt:321275 - https://theintercept.com/2018/05/31/spygate-trump-russia-fbi-informants/
RS_2018-05.xz.deduped.txt:324091 - https://theintercept.com/2018/05/31/missing-and-murdered-indigenous-women/
RS_2018-07.xz.deduped.txt:1146 - https://theintercept.com/2018/06/30/cartilha-globo-jornalistas-redes-sociais/
RS_2018-07.xz.deduped.txt:3386 - https://theintercept.com/2018/07/01/separated-children-adoption-immigration/
RS_2018-07.xz.deduped.txt:3633 - https://theintercept.com/2018/07/01/nuclear-war-movies/
RS_2018-07.xz.deduped.txt:5386 - https://theintercept.com/2018/07/01/separated-children-adoption-immigration
RS_2018-07.xz.deduped.txt:6148 - https://theintercept.com/2018/07/01/nuuca-bakken-oil-boom-sexual-violence/
RS_2018-07.xz.deduped.txt:7895 - https://theintercept.com/2018/07/01/ocasio-cortez-data-suggests-that-gentrifying-neighborhoods-powered-alexandria-ocasio-cortezs-victory-over-the-democratic-establishment/
RS_2018-07.xz.deduped.txt:13480 - http://theintercept.com/2017/04/13/trump-90-days-ago-my-people-will-have-a-full-report-on-hacking-within-90-days/
RS_2018-07.xz.deduped.txt:14146 - https://theintercept.com/2018/07/02/charlottesville-neo-nazi-washington-kessler/
RS_2018-07.xz.deduped.txt:14604 - https://theintercept.com/2018/07/02/soda-tax-ban-california/
RS_2018-07.xz.deduped.txt:15094 - https://theintercept.com/2018/07/02/cop24-poland-surveillance-law/

RS_2018-07.xz.deduped.txt:22154 - https://theintercept.com/2018/07/03/israel-palestine-agriculture-gaza/

RS_2018-07.xz.deduped.txt:22155 - https://theintercept.com/2018/07/03/us-niger-drone-base/

RS_2018-07.xz.deduped.txt:26469 - https://theintercept.com/2018/07/03/julia-salazar-state-senate-new-york-das/

RS_2018-07.xz.deduped.txt:27629 - https://theintercept.com/2018/07/03/julia-salazar-state-senate-new-york-dsa/

RS_2018-07.xz.deduped.txt:27739 - https://theintercept.com/2018/07/03/kirstjen-nielsen-family-separation-texas-detention-visit/

RS_2018-07.xz.deduped.txt:28231 - https://theintercept.com/2018/07/03/family-separation-ice-brazilian-boys-fathers-lawsuit/

RS_2018-07.xz.deduped.txt:28832 - https://theintercept.com/2018/07/03/bronx-local-politicians-alexandria-ocasio-cortez/

RS_2018-07.xz.deduped.txt:32810 - https://theintercept.com/2018/07/04/july-4th-alexandria-ocasio-cortez/

RS_2018-07.xz.deduped.txt:33267 - https://theintercept.com/2018/07/04/how-democracy-ends-david-runciman-review/

RS_2018-07.xz.deduped.txt:34238 - https://theintercept.com/2018/07/04/guantanamo-bay-cuba/

RS_2018-07.xz.deduped.txt:34728 - https://theintercept.com/2018/07/04/criticas-neymar-copa-mexico/

RS_2018-07.xz.deduped.txt:38801 - https://theintercept.com/2018/07/04/temer-diesel-internet-caminhoneiros/

RS_2018-07.xz.deduped.txt:38862 - https://theintercept.com/2018/07/04/two-people-poisoned-russian-nerve-agent-used-attack-ex-spy-police-say/

RS_2018-07.xz.deduped.txt:39782 - https://theintercept.com/2018/07/02/soda-tax-ban-california/?comments=1#comments

RS_2018-07.xz.deduped.txt:42532 - https://theintercept.com/2018/07/05/donald-trump-law-enforcement-appointees-previously-worked-for-ice-contractors/

RS_2018-07.xz.deduped.txt:43828 - https://theintercept.com/2018/07/05/climate-change-left-politics-policy/

RS_2018-07.xz.deduped.txt:54934 - https://theintercept.com/2018/07/06/epa-scott-pruitt-resignation-andrew-wheeler/

RS_2018-07.xz.deduped.txt:56417 - https://theintercept.com/2018/07/06/nancy-pelosi-democratic-socialism/

RS_2018-07.xz.deduped.txt:63884 - https://theintercept.com/2018/07/07/dupont-carneys-point-chambers-works-chemours/

RS_2018-07.xz.deduped.txt:64311 - https://theintercept.com/2018/07/07/eliza-griswold-book-excerpt/

RS_2018-07.xz.deduped.txt:70062 - https://theintercept.com/2018/07/08/msnbc-does-not-merely-permit-fabrications-against-democratic-party-critics-it-encourages-and-rewards-them/

RS_2018-07.xz.deduped.txt:72033 - https://theintercept.com/2018/07/08/syria-books-kassem-eid-marwan-hisham-molly-crabapple/

RS_2018-07.xz.deduped.txt:75062 - https://theintercept.com/2018/07/08/msnbc-does-not-merely-permit-fabrications-against-democratic-party-critics-it-encourages-and-rewards-them/?dg

RS_2018-07.xz.deduped.txt:75196 - https://theintercept.com/2018/07/08/tentativa-hc-habeas-soltar-lula-hoje/

RS_2018-07.xz.deduped.txt:79615 - https://theintercept.com/2018/07/09/orange-county-justice-system-prosecutorial-misconduct-unlikely-allies/

RS_2018-07.xz.deduped.txt:80693 - https://theintercept.com/2018/07/08/ethiopia-garment-industry/

RS_2018-07.xz.deduped.txt:86879 - https://theintercept.com/2018/07/09/brett-kavanaugh-supreme-court-fight/

RS_2018-07.xz.deduped.txt:92181 - https://theintercept.com/2018/07/10/separated-families-reunited-zero-tolerance/

RS_2018-07.xz.deduped.txt:94675 - https://theintercept.com/2018/07/10/dianne-feinstein-california-kevin-de-leon/

RS_2018-07.xz.deduped.txt:95618 - https://theintercept.com/2018/07/10/abolish-ice-movement-democrats/

RS_2018-07.xz.deduped.txt:102880 - https://theintercept.com/2018/07/11/trump-stuns-nato-leaders-claiming-germany-totally-controlled-russia/

RS_2018-07.xz.deduped.txt:105623 - https://theintercept.com/2018/07/11/shri-thanedar-michigan-single-payer-health-care/

RS_2018-07.xz.deduped.txt:105784 - https://theintercept.com/2018/07/11/brexit-trump-populism/

RS_2018-07.xz.deduped.txt:107481 - https://theintercept.com/2018/07/10/fiscal-agrotoxicos-intoxicacao/

RS_2018-07.xz.deduped.txt:109383 - https://theintercept.com/2018/07/11/bolsonaro-eleicoes-copa/

RS_2018-07.xz.deduped.txt:113053 - https://theintercept.com/2018/07/12/brett-kavanaugh-supreme-court-donor-disclosure/

RS_2018-07.xz.deduped.txt:113909 - https://theintercept.com/2018/07/11/folha-politica-fake-news-prtb-boatos/

RS_2018-07.xz.deduped.txt:114323 - https://theintercept.com/2018/07/12/soltar-presos-flagrante-crime/

RS_2018-07.xz.deduped.txt:115574 - https://theintercept.com/2018/07/12/separated-children-alex-azar-generosity/

RS_2018-07.xz.deduped.txt:116464 - https://theintercept.com/2018/07/12/tom-carper-delaware-senate-primary-features-working-class-challenger-kerri-harris-against-corporate-funded-incumbent-tom-carper/

RS_2018-07.xz.deduped.txt:116465 - https://theintercept.com/2018/07/12/andrew-cuomo-donations-ice/

RS_2018-07.xz.deduped.txt:118149 - https://theintercept.com/2018/07/12/trump-guantanamo-detainees-release/

RS_2018-07.xz.deduped.txt:120018 - http://www.theintercept.com/2018/07/12/tom-carper-delaware-senate-primary-features-working-class-challenger-kerri-harris-against-corporate-funded-incumbent-tom-carper/

RS_2018-07.xz.deduped.txt:120104 - https://theintercept.com/document/2014/02/24/art-deception-training-new-generation-online-covert-operations/

RS_2018-07.xz.deduped.txt:125698 - https://theintercept.com/2018/07/13/j20-charges-dropped-prosecutorial-misconduct/

RS_2018-07.xz.deduped.txt:128199 - https://theintercept.com/2018/07/11/a-judicial-coup-the-carceral-state-and-the-war-against-us-all/

RS_2018-07.xz.deduped.txt:128703 - https://theintercept.com/2018/07/13/separated-children-hunger-strike-immigrant-detention/
RS_2018-07.xz.deduped.txt:128883 - https://theintercept.com/2018/07/13/standing-rock-red-fawn-fallis-sentencing/
RS_2018-07.xz.deduped.txt:129957 - https://theintercept.com/2018/07/13/a-swing-state-election-vendor-repeatedly-denied-being-hacked-by-russians-new-mueller-indictment-says-otherwise/
RS_2018-07.xz.deduped.txt:132231 - https://theintercept.com/2018/07/13/proposition-8-california-democratic-party/
RS_2018-07.xz.deduped.txt:132918 - https://theintercept.com/2018/07/13/indictment-of-russian-intelligence-operatives-should-quell-harebrained-conspiracy-theories-on-dnc-hack/
RS_2018-07.xz.deduped.txt:134408 - https://theintercept.com/2018/07/13/trump-russia-investigation-republicans-congress/
RS_2018-07.xz.deduped.txt:135311 - https://theintercept.com/2018/07/14/inauguration-protest-prosecutions/
RS_2018-07.xz.deduped.txt:135869 - https://theintercept.com/2018/07/14/colin-kaepernick-nfl-500-days/
RS_2018-07.xz.deduped.txt:136529 - https://theintercept.com/2018/07/14/estranha-concorrencia-dividas-bb/
RS_2018-07.xz.deduped.txt:138096 - https://theintercept.com/2018/07/14/immigration-raid-ice-postville-iowa/
RS_2018-07.xz.deduped.txt:141998 - https://theintercept.com/2018/07/15/kevin-de-leon-stuns-dianne-feinstein-wins-california-democratic-party-endorsement-in-a-landslide/
RS_2018-07.xz.deduped.txt:142226 - https://theintercept.com/2018/07/14/para-retratar-gays-como-pedofilos-carlos-bolsonaro-posta-no-twitter-cartaz-falso-ha-muito-desmascarado-como-fraude/
RS_2018-07.xz.deduped.txt:142688 - https://theintercept.com/2018/07/15/ali-watkins-new-york-times-leak-indictment/
RS_2018-07.xz.deduped.txt:144425 - https://theintercept.com/2018/07/15/how-twitter-degrades-discourse-and-encourages-distortions-illustrated-by-ex-pentagon-official-and-nyu-law-professor-ryan-goodman/
RS_2018-07.xz.deduped.txt:144737 - https://theintercept.com/2018/07/14/son-of-jair-bolsonaro-fascist-leading-brazils-presidential-poll-tweets-fake-poster-linking-lgbts-to-pedophiles/
RS_2018-07.xz.deduped.txt:145703 - https://theintercept.com/2018/07/15/death-penalty-mental-illness/
RS_2018-07.xz.deduped.txt:146949 - https://theintercept.com/2018/07/15/barbara-lee-ro-khanna-says-hell-rally-support-for-barbara-lee-if-she-makes-bid-for-democratic-leadership/
RS_2018-07.xz.deduped.txt:149092 - https://theintercept.com/2018/07/16/ocasio-cortez-floats-a-sub-caucus-of-progressives-willing-to-vote-together-as-a-bloc/
RS_2018-07.xz.deduped.txt:150684 - https://theintercept.com/2018/07/16/o-lucrativo-exercito-de-seguranca-privada-comandado-por-militares-milicianos-e-amigos-de-eduardo-cunha-no-rio/
RS_2018-07.xz.deduped.txt:152489 - https://theintercept.com/2018/07/16/chicago-universal-basic-income-ubi/
RS_2018-07.xz.deduped.txt:153329 - https://theintercept.com/2018/07/16/a-spirited-substantive-debate-on-the-trumpputin-summit-russia-and-us-politics/

RS_2018-07.xz.deduped.txt:154811 - https://theintercept.com/2018/07/16/zephyr-teachout-attorney-general/

RS_2018-07.xz.deduped.txt:154825 - https://theintercept.com/2018/07/16/alexandria-ocasio-cortez-msnbc-joe-crowley/

RS_2018-07.xz.deduped.txt:156236 - https://theintercept.com/2018/07/16/live-trump-and-putin-meet-in-helsinkis-hall-of-mirrors/

RS_2018-07.xz.deduped.txt:156903 - https://theintercept.com/2018/07/16/trump-putin-summit-helsinki/

RS_2018-07.xz.deduped.txt:161355 - https://theintercept.com/2018/07/17/brett-kavanaugh-supreme-court-rand-paul/

RS_2018-07.xz.deduped.txt:162670 - https://theintercept.com/2018/07/17/lei-de-dados-pessoais-governo/

RS_2018-07.xz.deduped.txt:164703 - https://theintercept.com/2018/07/17/brett-kavanaugh-supreme-court-cia/

RS_2018-07.xz.deduped.txt:165609 - https://theintercept.com/2018/07/17/justice-democrats-primary-endorsements/

RS_2018-07.xz.deduped.txt:166918 - https://theintercept.com/2018/07/17/trans-mountain-pipeline-tar-sands-canada-us-kinder-morgan/

RS_2018-07.xz.deduped.txt:170333 - https://theintercept.com/2018/07/17/brent-welder-kansas-primary-3rd-district-ocasio-cortez-bernie-sanders/

RS_2018-07.xz.deduped.txt:175036 - https://theintercept.com/2018/07/18/stf-vladimir-herzog/

RS_2018-07.xz.deduped.txt:176505 - https://theintercept.com/2018/07/18/prosecutors-misconduct-death-penalty/

RS_2018-07.xz.deduped.txt:178024 - https://theintercept.com/2018/07/18/michigan-governor-race-gretchen-whitmer-blue-cross/

RS_2018-07.xz.deduped.txt:178265 - https://theintercept.com/2018/07/18/trump-putin-meeting-betrayal-black-america/

RS_2018-07.xz.deduped.txt:178564 - https://theintercept.com/2018/07/18/putin-says-misspoke-withdrawing-claim-clinton-got-millions-stolen-russia/

RS_2018-07.xz.deduped.txt:181186 - https://theintercept.com/2018/07/18/mueller-indictment-russian-hackers/

RS_2018-07.xz.deduped.txt:186742 - https://theintercept.com/2018/07/19/fbi-russia-clinton-email-inspector-general/

RS_2018-07.xz.deduped.txt:186753 - https://theintercept.com/2018/07/19/moroni-utah-turkey-farm-workers-norbest/

RS_2018-07.xz.deduped.txt:187768 - https://theintercept.com/2018/07/19/family-reunification-ice-immigration/

RS_2018-07.xz.deduped.txt:189451 - https://theintercept.com/2018/07/19/tahirah-amatul-wadud-congress-massachusetts-richard-neal/

RS_2018-07.xz.deduped.txt:190737 - https://theintercept.com/2018/07/18/laqueaduras-emergencia-dispararam/

RS_2018-07.xz.deduped.txt:191944 - https://theintercept.com/2018/07/19/cfpb-director-nominee-kathy-kraninger/

RS_2018-07.xz.deduped.txt:202045 - https://theintercept.com/2018/07/20/sixth-amendment-right-to-counsel-lawsuit-california/

RS_2018-07.xz.deduped.txt:202220 - https://theintercept.com/2018/07/20/trump-conventional-arms-transfer-policy/
RS_2018-07.xz.deduped.txt:209866 - https://theintercept.com/2018/07/21/bernie-sanders-alexandria-ocasio-cortez-kansas-james-thompson-brent-welder/
RS_2018-07.xz.deduped.txt:210786 - https://theintercept.com/2018/07/21/maria-butina-indictment-russia-investigation/
RS_2018-07.xz.deduped.txt:210790 - https://theintercept.com/2018/07/21/ecuador-will-imminently-withdraw-asylum-for-julian-assange-and-hand-him-over-to-the-uk-what-comes-next/
RS_2018-07.xz.deduped.txt:216041 - https://theintercept.com/2018/07/22/google-westexec-pentagon-defense-contracts/
RS_2018-07.xz.deduped.txt:216258 - https://theintercept.com/2018/07/22/como-os-reacionarios-conseguiram-pautar-as-redes-sociais-com-uma-falsa-polemica-na-ultima-semana/
RS_2018-07.xz.deduped.txt:217098 - https://theintercept.com/2018/07/21/datena-atea-ateus-deus/
RS_2018-07.xz.deduped.txt:217740 - https://static.theintercept.com/amp/ecuador-will-imminently-withdraw-asylum-for-julian-assange-and-hand-him-over-to-the-uk-what-comes-next.html
RS_2018-07.xz.deduped.txt:219872 - https://theintercept.com/2018/07/22/trump-el-salvador-migrants-asylum/
RS_2018-07.xz.deduped.txt:225348 - https://theintercept.com/2018/07/23/tim-ryan-presidential-run-2020/
RS_2018-07.xz.deduped.txt:225478 - https://theintercept.com/2018/07/23/ice-raids-in-new-york/
RS_2018-07.xz.deduped.txt:228385 - https://theintercept.com/2018/07/23/project-veritas-lawsuit-american-federation-of-teachers/
RS_2018-07.xz.deduped.txt:237669 - https://theintercept.com/2018/07/23/chacinas-jovens-candelaria-vigario/
RS_2018-07.xz.deduped.txt:241139 - https://theintercept.com/2018/07/24/conservative-network-says-fake-interview-alexandria-ocasio-cortez-satire/
RS_2018-07.xz.deduped.txt:247772 - https://theintercept.com/2018/07/25/sorry-to-bother-you-review-boots-riley/
RS_2018-07.xz.deduped.txt:249951 - https://theintercept.com/2018/07/25/doutor-bumbum-denis-furtado/
RS_2018-07.xz.deduped.txt:250110 - https://theintercept.com/2018/07/25/puerto-rico-debt-cancellation-bill/
RS_2018-07.xz.deduped.txt:252097 - https://theintercept.com/2018/07/25/bernie-sanders-money-bail/
RS_2018-07.xz.deduped.txt:256009 - https://theintercept.com/2018/07/25/andrew-cuomo-tells-stonewall-democrats-he-never-backed-idc-or-anti-lgbt-candidates-which-is-preposterous/
RS_2018-07.xz.deduped.txt:256106 - https://theintercept.com/2018/07/25/bernie-sanders-endorses-abdul-el-sayed-for-governor-of-michigan/
RS_2018-07.xz.deduped.txt:260282 - https://theintercept.com/2018/07/26/cameroon-executions-us-ally/
RS_2018-07.xz.deduped.txt:263326 - https://theintercept.com/2018/07/26/mueller-investigation-police-brutality/

RS_2018-07.xz.deduped.txt:264186 - https://theintercept.com/2018/07/26/us-special-operations-africa-green-berets-navy-seals/

RS_2018-07.xz.deduped.txt:271447 - https://theintercept.com/2018/07/27/immigrant-detention-suicides-ice-corecivic/

RS_2018-07.xz.deduped.txt:274403 - https://theintercept.com/2018/07/27/puerto-rico-energy-sources-prepa-republicans/

RS_2018-07.xz.deduped.txt:276040 - https://theintercept.com/2018/07/27/mick-mulvaney-consumer-protection-corporate-fines/

RS_2018-07.xz.deduped.txt:278696 - https://theintercept.com/2018/07/27/bolsonaro-app-fake-news/

RS_2018-07.xz.deduped.txt:282183 - https://theintercept.com/2018/07/28/fbi-muslim-surveillance-abdel-azim-el-siddig/

RS_2018-07.xz.deduped.txt:282631 - https://theintercept.com/2018/07/28/family-reunification-separated-children-immigrant-mothers/

RS_2018-07.xz.deduped.txt:285196 - https://theintercept.com/2018/07/28/kaiowaa-maes-filhos/

RS_2018-07.xz.deduped.txt:287055 - https://theintercept.com/2015/06/11/russian-oligarch-wanted-turn-joke-reality/

RS_2018-07.xz.deduped.txt:289601 - https://theintercept.com/2018/07/29/firstnet-att-surveillance/

RS_2018-07.xz.deduped.txt:289701 - https://theintercept.com/2018/07/29/david-garcia-governor-race-arizona/

RS_2018-07.xz.deduped.txt:296655 - https://theintercept.com/2018/07/30/photo-of-kissing-gay-couple-sparks-controversy-at-one-of-brazils-most-important-and-iconic-tourist-sites/

RS_2018-07.xz.deduped.txt:301601 - https://theintercept.com/2018/07/30/foto-de-casal-gay-se-beijando-gera-polemica-em-um-dos-pontos-turisticos-mais-importantes-do-brasil/

RS_2018-07.xz.deduped.txt:302313 - https://theintercept.com/2018/07/30/amazon-facial-recognition-police-military/

RS_2018-07.xz.deduped.txt:303908 - https://theintercept.com/2018/07/30/medicare-for-all-cost-health-care-wages/

RS_2018-07.xz.deduped.txt:306802 - https://theintercept.com/2018/07/30/afghanistan-peace-talks-taliban-trump/

RS_2018-07.xz.deduped.txt:308252 - https://theintercept.com/2018/07/31/ahed-tamimi-released-palestine-child-prisoners/

RS_2018-07.xz.deduped.txt:308654 - https://theintercept.com/2018/07/31/operacoes-intervencao-custaram-46-milhoes/

RS_2018-07.xz.deduped.txt:311817 - https://theintercept.com/2018/07/31/3m-pfas-minnesota-pfoa-pfos/

RS_2016-06.bz2.deduped.txt:3589 - https://theintercept.com/2016/06/01/pentagon-special-ops-killing-of-pregnant-afghan-women-was-appropriate-use-of-force/

RS_2016-06.bz2.deduped.txt:5556 - https://theintercept.com/2016/06/01/va-gov-terry-mcauliffe-took-120k-from-a-chinese-billionaire-but-the-crime-is-that-it-was-legal/

RS_2016-06.bz2.deduped.txt:5948 - https://theintercept.com/2016/06/01/amid-a-growing-movement-to-close-rikers-one-prisoner-approaches-six-years-without-trial/

RS_2016-06.bz2.deduped.txt:7367 - https://theintercept.com/2016/06/01/inside-the-perilous-journey-out-of-syria/

RS_2016-06.bz2.deduped.txt:9443 - https://theintercept.com/2016/06/01/the-fbi-wants-to-exempt-massive-biometric-database-from-the-privacy-act/

RS_2016-06.bz2.deduped.txt:19218 - https://theintercept.com/2016/06/02/obama-wanted-to-cut-social-security-then-bernie-sanders-happened/

RS_2016-06.bz2.deduped.txt:21549 - https://theintercept.com/2016/06/02/fbi-kept-demanding-email-records-despite-doj-saying-it-needed-a-warrant/

RS_2016-06.bz2.deduped.txt:26641 - https://theintercept.com/2016/06/03/credibility-of-brazils-interim-president-collapses-receives-8-year-ban-on-running/

RS_2016-06.bz2.deduped.txt:28573 - https://theintercept.com/2016/06/03/the-u-s-is-the-only-country-that-routinely-sentences-children-to-life-in-prison-without-parole/

RS_2016-06.bz2.deduped.txt:29163 - https://theintercept.com/2016/06/03/kerry-gives-saudis-a-big-pass-on-indiscriminate-bombing-of-civilians-in-yemen/

RS_2016-06.bz2.deduped.txt:30443 - https://theintercept.com/2016/06/03/heather-podesta/

RS_2016-06.bz2.deduped.txt:34576 - https://theintercept.com/2015/01/28/how-to-leak-to-the-intercept/

RS_2016-06.bz2.deduped.txt:44321 - https://theintercept.com/2016/01/21/the-seven-stages-of-establishment-backlash-corbynsanders-edition/?comments=1#comments

RS_2016-06.bz2.deduped.txt:45428 - https://theintercept.com/2016/01/21/the-seven-stages-of-establishment-backlash-corbynsanders-edition

RS_2016-06.bz2.deduped.txt:51220 - https://theintercept.com/2016/06/04/fatal-migrations/

RS_2016-06.bz2.deduped.txt:51904 - https://theintercept.com/2016/06/06/media-execs-trump/

RS_2016-06.bz2.deduped.txt:53163 - https://theintercept.com/2016/06/06/andrew-cuomo-and-other-democrats-launch-severe-attack-on-free-speech-to-protect-israel/

RS_2016-06.bz2.deduped.txt:53780 - https://theintercept.com/2016/06/06/in-1971-muhammad-ali-helped-undermine-the-fbis-illegal-spying-on-americans/

RS_2016-06.bz2.deduped.txt:54454 - https://theintercept.com/2016/06/06/the-difference-between-how-the-u-s-treats-brazil-and-venezula-in-one-video/

RS_2016-06.bz2.deduped.txt:59510 - https://theintercept.com/2016/06/07/mi5-gchq-digint-surveillance-data-deluge/

RS_2016-06.bz2.deduped.txt:60545 - https://theintercept.com/2016/06/07/perfect-end-to-democratic-primary-anonymous-super-delegates-declare-winner-through-media/

RS_2016-06.bz2.deduped.txt:61380 - https://theintercept.com/2016/06/07/perfect-end-to-democratic-primary-anonymous-super-delegates-declare-winner-through-media/?comments=1#comments

RS_2016-06.bz2.deduped.txt:61413 - https://theintercept.com/2016/06/07/perfect-end-to-democratic-primary-anonymous-super-delegates-declare-winner-through-media

RS_2016-06.bz2.deduped.txt:61448 - https://theintercept.com/2016/06/07/u-n-quickly-removes-saudi-led-coalition-from-its-list-of-child-killers/

RS_2016-06.bz2.deduped.txt:62330 - https://theintercept.com/2016/06/07/a-diferenca-entre-como-os-eua-tratam-o-brasil-e-a-venezuela-em-um-video/

RS_2016-06.bz2.deduped.txt:62906 - https://theintercept.com/2016/06/07/tased-in-the-chest-for-23-seconds-dead-for-8-minutes-now-facing-a-lifetime-of-recovery/

RS_2016-06.bz2.deduped.txt:63117 - https://theintercept.com/2016/06/06/how-arabic-translator-got-caught-net-terror-gang-leaders/

RS_2016-06.bz2.deduped.txt:66177 - http://theintercept.com/2016/06/07/perfect-end-to-democratic-primary-anonymous-super-delegates-declare-winner-through-media/

RS_2016-06.bz2.deduped.txt:66226 - https://theintercept.com/2016/07/new-intelligence-bill-gives-fbi-more-secret-surveillance-power/
RS_2016-06.bz2.deduped.txt:67913 - https://theintercept.com/2016/07/heres-paul-ryan-calling-donald-trump-racist-urging-people-vote-anyway/
RS_2016-06.bz2.deduped.txt:73090 - https://theintercept.com/2016/06/08/newseum-honors-slain-journalists-then-hosts-israeli-official-who-justified-killing-some/
RS_2016-06.bz2.deduped.txt:76083 - https://theintercept.com/2016/06/08/pfizer-trump-clinton/
RS_2016-06.bz2.deduped.txt:77010 - https://theintercept.com/2016/06/08/european-parliament-calls-for-investigation-of-secret-cia-torture-sites/
RS_2016-06.bz2.deduped.txt:80880 - https://theintercept.com/2015/08/15/fbi-spy-james-baldwin/
RS_2016-06.bz2.deduped.txt:82007 - https://theintercept.com/2016/06/09/hillary-clintons-state-department-gave-south-sudans-military-a-pass-for-its-child-soldiers/
RS_2016-06.bz2.deduped.txt:83226 - https://theintercept.com/2016/06/09/facebook-outreach-tool-ignores-black-lives-matter/
RS_2016-06.bz2.deduped.txt:84082 - https://theintercept.com/2016/06/09/local-jails-profit-from-warehousing-state-prisoners/
RS_2016-06.bz2.deduped.txt:85859 - https://theintercept.com/2016/06/09/senator-tells-funny-j-edgar-hoover-story-to-warn-against-expanded-fbi-surveillance-power/
RS_2016-06.bz2.deduped.txt:86313 - https://theintercept.com/2016/06/09/u-n-chief-admits-he-removed-saudi-arabia-from-child-killer-list-due-to-extortion/
RS_2016-06.bz2.deduped.txt:88642 - https://theintercept.com/2016/06/09/a-year-after-cops-fired-44-rounds-at-keith-davis-his-case-still-raises-questions-about-justice-in-baltimore/
RS_2016-06.bz2.deduped.txt:93424 - https://theintercept.com/2016/06/10/we-can-assassinate-you-at-any-time-journalists-face-abduction-and-murder-in-south-sudan/
RS_2016-06.bz2.deduped.txt:94956 - https://theintercept.com/2016/06/10/hillary-clinton-used-leadership-pac-as-slush-fund-in-2008-09/
RS_2016-06.bz2.deduped.txt:96578 - https://theintercept.com/2016/06/10/as-brasilias-corruption-is-exposed-lawmakers-try-to-criminalize-dissent/
RS_2016-06.bz2.deduped.txt:97080 - https://theintercept.com/2016/06/10/nsa-looking-to-exploit-internet-of-things-including-biomedical-devices-official-says/
RS_2016-06.bz2.deduped.txt:103425 - https://theintercept.com/2014/08/28/elizabeth-warren-speaks-israelgaza-sounds-like-netanyahu/
RS_2016-06.bz2.deduped.txt:103501 - https://theintercept.com/2016/06/10/donald-trump-has-no-platform-paul-ryan-isnt-helping/
RS_2016-06.bz2.deduped.txt:108086 - https://theintercept.com/2016/06/09/hillary-clintons-state-department-gave-south-sudans-military-a-pass-for-its-child-soldiers
RS_2016-06.bz2.deduped.txt:110284 - https://theintercept.com/2016/06/10/nsa-looking-to-exploit-internet-of-things-including-biomedical-devices-official-says
RS_2016-06.bz2.deduped.txt:112155 - https://theintercept.com/2016/06/12/before-nightclub-shooting-fbi-pursued-questionable-florida-terror-suspects/
RS_2016-06.bz2.deduped.txt:119028 - https://theintercept.com/2016/06/13/election-gun-sales/
RS_2016-06.bz2.deduped.txt:120236 - https://theintercept.com/2015/06/09/abu-taubah-case/
RS_2016-06.bz2.deduped.txt:120406 - https://theintercept.com/2016/06/13/donald-trump-calls-obama-complicit-in-orlando-shooting-escalating-years-of-anti-muslim-rhetoric/

RS_2016-06.bz2.deduped.txt:121716 - https://theintercept.com/2016/06/13/stop-exploiting-lgbt-issues-to-demonize-islam-and-justify-anti-muslim-policies/
RS_2016-06.bz2.deduped.txt:121914 - https://theintercept.com/2016/06/13/was-orlando-shooters-domestic-violence-history-a-missed-warning-sign/
RS_2016-06.bz2.deduped.txt:122554 - https://theintercept.com/2016/06/13/new-plans-and-new-faces-at-the-intercept/
RS_2016-06.bz2.deduped.txt:128037 - https://theintercept.com/2016/06/13/hillary-clinton-and-donald-trump-call-for-more-airstrikes-on-isis-after-orlando-massacre-that-isis-didnt-direct/
RS_2016-06.bz2.deduped.txt:130722 - https://theintercept.com/2016/06/14/how-the-fbis-pursue-every-lead-policy-allowed-the-orlando-shooting/
RS_2016-06.bz2.deduped.txt:131536 - https://theintercept.com/2016/06/14/orlando-shooter-wasnt-the-first-murderer-employed-by-global-mercenary-firm/
RS_2016-06.bz2.deduped.txt:132819 - https://theintercept.com/2016/06/14/shifting-frame-around-orlando-massacre-isis-repressed-sexuality/
RS_2016-06.bz2.deduped.txt:142081 - https://theintercept.com/2016/06/15/will-the-supreme-court-crack-down-on-louisianas-rogue-prosecutors/
RS_2016-06.bz2.deduped.txt:142556 - https://theintercept.com/2016/06/15/dupont-may-dodge-toxic-lawsuits-by-pulling-a-disappearing-act/
RS_2016-06.bz2.deduped.txt:143731 - https://theintercept.com/2016/06/15/top-republicans-pretend-donald-trump-didnt-just-say-u-s-muslims-shield-terrorists/
RS_2016-06.bz2.deduped.txt:144183 - https://theintercept.com/2016/06/15/snowden-scottish-recording-centre-parliament-milkwhite/
RS_2016-06.bz2.deduped.txt:144566 - https://theintercept.com/2016/06/15/congressman-cites-orlando-tragedy-as-reason-to-fight-surveillance-reform/
RS_2016-06.bz2.deduped.txt:146119 - https://theintercept.com/2016/06/15/democrats-embrace-secretive-flawed-terror-watchlist-in-fight-against-gun-violence/
RS_2016-06.bz2.deduped.txt:149843 - https://theintercept.com/2016/06/15/campaign-britain-leave-europe-descends-anti-immigrant-hysteria-farce-trump-way/
RS_2016-06.bz2.deduped.txt:151942 - https://theintercept.com/2016/06/16/national-media-donald-trump/
RS_2016-06.bz2.deduped.txt:153432 - https://theintercept.com/2016/06/16/its-absolutely-stupid-fifth-trial-planned-in-bite-mark-murder-case/
RS_2016-06.bz2.deduped.txt:153986 - https://theintercept.com/2016/06/16/as-corruption-engulfs-brazils-interim-president-mask-has-fallen-off-protest-movement/
RS_2016-06.bz2.deduped.txt:155224 - https://theintercept.com/2016/06/16/audit-criticizes-fbi-facial-recognitions-poor-privacy-protections-accuracy/
RS_2016-06.bz2.deduped.txt:155364 - https://theintercept.com/2016/06/15/florida-man-falsely-connected-by-fox-news-to-orlando-shooter-receives-death-threats/
RS_2016-06.bz2.deduped.txt:155655 - https://theintercept.com/2016/06/16/enquanto-a-corrupcao-assombra-o-temer-caem-as-mascaras-dos-movimentos-pro-impeachment/
RS_2016-06.bz2.deduped.txt:156266 - https://theintercept.com/2016/06/16/worried-about-stigmatizing-cluster-bombs-house-approves-more-sales-to-saudi-arabia/
RS_2016-06.bz2.deduped.txt:156682 - https://theintercept.com/2016/06/16/cia-director-owes-answers-on-accountability-for-torture/
RS_2016-06.bz2.deduped.txt:159554 - https://theintercept.com/2016/06/15/snowden-scottish-recording-centre-parliament-milkwhite/?comments=1#comments

RS_2016-06.bz2.deduped.txt:162812 - https://theintercept.com/2016/06/17/mortgage-companies-seek-time-travelers-to-find-missing-documents/
RS_2016-06.bz2.deduped.txt:163281 - https://theintercept.com/2016/06/17/why-is-the-killer-of-british-mp-jo-cox-not-being-called-a-terrorist/
RS_2016-06.bz2.deduped.txt:163677 - https://theintercept.com/2016/06/17/nine-lost-souls-the-fbi-charged-as-terrorists-while-letting-the-orlando-shooter-go/
RS_2016-06.bz2.deduped.txt:164290 - https://theintercept.com/2016/06/17/donald-trump-and-hillary-clinton-would-be-equally-good-for-finance-industry-says-top-ceo/
RS_2016-06.bz2.deduped.txt:164402 - https://theintercept.com/2014/10/15/obama-knew-arming-rebels-useless-anyway/
RS_2016-06.bz2.deduped.txt:165594 - https://theintercept.com/2015/03/12/murderinvegas/
RS_2016-06.bz2.deduped.txt:166142 - https://theintercept.com/2016/06/17/ex-white-house-officials-criticize-vague-rules-around-disclosure-of-hacking-tools/
RS_2016-06.bz2.deduped.txt:167398 - https://theintercept.com/2016/06/17/far-right-britain-first-party-tries-avoid-blame-lawmakers-assassination/
RS_2016-06.bz2.deduped.txt:170493 - https://theintercept.com/2016/06/17/mortgage-companies-seek-time-travelers-to-find-missing-documents
RS_2016-06.bz2.deduped.txt:175738 - https://theintercept.com/2016/06/18/ben-ehrenreichs-new-palestine-book-explores-life-on-planet-hebron/
RS_2016-06.bz2.deduped.txt:183887 - https://theintercept.com/2016/06/20/in-the-battle-over-nebraskas-death-penalty-victims-families-refuse-to-be-political-pawns/
RS_2016-06.bz2.deduped.txt:185846 - https://theintercept.com/2016/06/20/fbi-releases-partial-redacted-transcript-orlando-gunmans-911-calls-attack/
RS_2016-06.bz2.deduped.txt:187654 - https://theintercept.com/2016/06/20/leaked-guide-shows-clinton-staffers-how-to-solicit-for-super-pac-without-breaking-pesky-rules/
RS_2016-06.bz2.deduped.txt:187794 - https://theintercept.com/2016/06/20/donald-trump-calls-for-israeli-style-racial-profiling-but-profiling-is-a-disaster/
RS_2016-06.bz2.deduped.txt:193976 - https://theintercept.com/2016/06/21/anonymous-quote-warren/
RS_2016-06.bz2.deduped.txt:194175 - https://theintercept.com/2016/06/21/democrats-war-on-due-process-and-terrorist-fear-mongering-long-pre-dates-orlando/
RS_2016-06.bz2.deduped.txt:194177 - https://theintercept.com/2016/06/21/tech-companies-fight-back-after-years-of-being-deluged-with-secret-fbi-requests/
RS_2016-06.bz2.deduped.txt:198700 - https://theintercept.com/2016/06/21/long-awaited-domestic-drone-rules-wont-stop-peeping-drones/
RS_2016-06.bz2.deduped.txt:204617 - https://theintercept.com/2016/06/22/hillary-clintons-likely-pentagon-chief-already-advocating-for-more-bombing-and-intervention/
RS_2016-06.bz2.deduped.txt:205327 - https://theintercept.com/2016/06/22/cleveland-gears-up-for-republican-convention-with-restrictions-on-speech-but-not-on-guns/
RS_2016-06.bz2.deduped.txt:207315 - https://theintercept.com/2016/06/22/battle-of-the-secure-messaging-apps-how-signal-beats-whatsapp/
RS_2016-06.bz2.deduped.txt:207483 - https://theintercept.com/2016/06/22/senate-narrowly-rejects-controversial-fbi-surveillance-expansion-for-now/
RS_2016-06.bz2.deduped.txt:208008 - https://theintercept.com/2016/06/22/leader-brexit-campaign-apologizes-comparing-pro-eu-experts-nazis/

RS_2016-06.bz2.deduped.txt:209302 - https://theintercept.com/2016/06/22/hillary-clinton-adopts-the-shorthand-of-the-deficit-fearmongers/
RS_2016-06.bz2.deduped.txt:209753 - https://theintercept.com/2016/06/22/dramatic-house-sit-in-on-guns-is-undercut-by-focus-on-secret-racist-watchlist/
RS_2016-06.bz2.deduped.txt:215339 - https://theintercept.com/2016/06/23/confessions-of-a-payday-lender-i-felt-like-a-modern-day-gangster/
RS_2016-06.bz2.deduped.txt:216974 - https://theintercept.com/2016/06/23/state-department-turns-blind-eye-to-evidence-of-honduran-militarys-activist-kill-list/
RS_2016-06.bz2.deduped.txt:216982 - https://theintercept.com/2016/06/23/students-in-california-might-face-criminal-investigation-for-protesting-film-on-israeli-army/
RS_2016-06.bz2.deduped.txt:217994 - https://theintercept.com/2016/06/23/as-house-sit-in-ends-paul-ryan-embraces-aclus-opposition-to-democrats-watchlist-gun-proposal/
RS_2016-06.bz2.deduped.txt:219119 - https://theintercept.com/2016/06/23/fbi-and-police-are-knocking-on-activists-doors-ahead-of-republican-national-convention/
RS_2016-06.bz2.deduped.txt:223919 - https://theintercept.com/2016/06/24/brexit-vote-could-unravel-not-just-the-european-union-but-the-united-kingdom-too/
RS_2016-06.bz2.deduped.txt:234033 - https://theintercept.com/2016/06/25/fbis-secret-surveillance-tech-budget-is-hundreds-of-millions/
RS_2016-06.bz2.deduped.txt:234400 - https://theintercept.com/2016/06/25/brexit-is-only-the-latest-proof-of-the-insularity-and-failure-of-western-establishment-institutions/
RS_2016-06.bz2.deduped.txt:234488 - https://theintercept.com/2016/06/24/british-exit-eu-still-not-inevitable-despite-referendum/
RS_2016-06.bz2.deduped.txt:240500 - https://theintercept.com/2016/06/25/brexit-is-only-the-latest-proof-of-the-insularity-and-failure-of-western-establishment-institutions?r=xbhka
RS_2016-06.bz2.deduped.txt:247552 - https://theintercept.com/2016/06/27/hillary-clinton-hints-at-giant-trump-like-giveaway-to-corporate-america/
RS_2016-06.bz2.deduped.txt:248765 - https://theintercept.com/2016/06/27/dnc-platform-leaves-door-open-for-no-fly-zone-in-syria-refuses-to-call-for-end-to-israeli-occupation/
RS_2016-06.bz2.deduped.txt:250085 - https://theintercept.com/2016/06/27/private-prison-trump-clinton/
RS_2016-06.bz2.deduped.txt:256521 - https://theintercept.com/fieldofvision/like/
RS_2016-06.bz2.deduped.txt:257780 - https://theintercept.com/2016/06/28/he-was-a-hacker-for-the-nsa-and-he-was-willing-to-talk-i-was-willing-to-listen/
RS_2016-06.bz2.deduped.txt:260300 - https://theintercept.com/2016/06/28/white-supremacist-rallies-met-rocks-sacramento-scorn-newcastle/
RS_2016-06.bz2.deduped.txt:262799 - https://theintercept.com/2016/06/28/gop-senator-mark-kirk-immediately-politicizes-istanbul-terror-attack-to-smear-syrian-refugees/
RS_2016-06.bz2.deduped.txt:266475 - https://theintercept.com/2016/06/28/apples-tim-cook-has-billions-of-reasons-to-raise-money-for-the-gop/
RS_2016-06.bz2.deduped.txt:267879 - https://theintercept.com/2016/06/29/lime-grower-uprising-against-mexico-drug-cartel/
RS_2016-06.bz2.deduped.txt:268266 - https://theintercept.com/2016/06/29/trump-team-tpp/
RS_2016-06.bz2.deduped.txt:268910 - https://theintercept.com/2016/06/29/after-uprising-in-mexico-return-of-narco-warlords/
RS_2016-06.bz2.deduped.txt:270657 - https://theintercept.com/2016/06/29/where-are-the-drone-casualty-figures-the-white-house-promised-months-ago/

RS_2016-06.bz2.deduped.txt:271079 - https://theintercept.com/2016/06/29/ted-cruz-brings-anti-muslim-conspiracy-theorist-to-testify-at-senate-hearing/
RS_2016-06.bz2.deduped.txt:271997 - https://theintercept.com/2016/06/29/supreme-court-eliminates-political-corruption-by-defining-it-out-of-existence/
RS_2016-06.bz2.deduped.txt:278980 - https://theintercept.com/2016/06/30/razils-globo-protects-huge-olympic-payday-by-attacking-police-protest-over-unpaid-wages/
RS_2016-06.bz2.deduped.txt:279604 - https://theintercept.com/2016/06/30/official-tally-of-wiretaps-belies-government-scare-stories-about-encryption/
RS_2016-06.bz2.deduped.txt:282144 - https://theintercept.com/2016/06/30/secret-rules-make-it-pretty-easy-for-the-fbi-to-spy-on-journalists/
RS_2016-06.bz2.deduped.txt:282483 - https://theintercept.com/2016/06/30/major-new-brazil-events-expose-the-fraud-of-dilmas-impeachment-and-temers-corruption/
RS_2017-10.bz2.deduped.txt:2790 - https://theintercept.com/2017/10/01/immigrants-helped-prosecutors-after-escaping-death-in-a-smugglers-truck-now-theyre-being-deported/
RS_2017-10.bz2.deduped.txt:2848 - https://theintercept.com/2017/10/01/anti-monopoly-candidates-are-testing-a-new-politics-in-the-midterms/
RS_2017-10.bz2.deduped.txt:3311 - https://theintercept.com/2017/10/01/kansas-wouldnt-expand-medicaid-denying-a-lifeline-to-rural-hospitals-and-patients/
RS_2017-10.bz2.deduped.txt:3671 - https://theintercept.com/2017/10/01/onda-reacionaria-aponta-futuro-sombrio-para-o-pais/
RS_2017-10.bz2.deduped.txt:6520 - https://theintercept.com/2017/10/01/spanish-police-beat-catalan-voters-deepening-divide-threatens-spain/
RS_2017-10.bz2.deduped.txt:7516 - https://static.theintercept.com/amp/immigrants-helped-prosecutors-after-escaping-death-in-a-smugglers-truck-now-theyre-being-deported.html
RS_2017-10.bz2.deduped.txt:11647 - https://theintercept.com/2017/10/02/upcoming-aipac-visit-promises-to-renew-focus-on-israel-anti-boycott-bill/
RS_2017-10.bz2.deduped.txt:13093 - https://theintercept.com/2017/10/02/using-an-arcane-maneuver-bipartisan-group-plans-to-force-congressional-vote-on-yemen-war/
RS_2017-10.bz2.deduped.txt:13509 - https://theintercept.com/2017/10/02/las-vegas-shooting-gofundme-health-care/
RS_2017-10.bz2.deduped.txt:14835 - https://theintercept.com/2017/10/02/congress-threatens-to-take-health-insurance-away-from-9-million-kids-just-because/
RS_2017-10.bz2.deduped.txt:14991 - https://theintercept.com/2017/10/02/vereador-e-bispo-da-universal-faz-camara-do-rio-ter-dia-de-igreja-evangelica/
RS_2017-10.bz2.deduped.txt:15009 - https://theintercept.com/2017/10/02/brasileiros-querem-lula-preso-e-tambem-lula-presidente/
RS_2017-10.bz2.deduped.txt:16392 - https://theintercept.com/2017/10/02/las-vegas-shooting-gofundme-health-care/?comments=1#comments
RS_2017-10.bz2.deduped.txt:16599 - https://theintercept.com/2017/10/02/mix-hope-fear-anger-catalonia-millions-vote-independence-spain/
RS_2017-10.bz2.deduped.txt:17282 - https://theintercept.com/2017/10/02/lone-wolf-white-privlege-las-vegas-stephen-paddock/
RS_2017-10.bz2.deduped.txt:18224 - https://theintercept.com/2017/10/02/lone-wolf-white-privlege-las-vegas-stephen-paddock/?comments=1#comments
RS_2017-10.bz2.deduped.txt:21494 - https://theintercept.com/2017/10/03/epa-nominee-michael-dourson-toxic-chemicals/

RS_2017-10.bz2.deduped.txt:23015 - https://theintercept.com/2017/10/03/us-election-2016-state-voting-systems/

RS_2017-10.bz2.deduped.txt:26982 - https://theintercept.com/2017/10/03/massive-protests-catalonia-general-strike-observed/

RS_2017-10.bz2.deduped.txt:27274 - https://theintercept.com/2017/10/03/wells-fargo-senate-tim-sloane-elizabeth-warren/

RS_2017-10.bz2.deduped.txt:28319 - https://theintercept.com/2017/10/03/donald-trumps-disgusting-remark-on-puerto-rico-is-more-revealing-than-he-knows/

RS_2017-10.bz2.deduped.txt:28391 - https://theintercept.com/2017/10/03/the-u-s-voted-against-a-u-n-resolution-condemning-death-penalty-for-lgbtq-people/

RS_2017-10.bz2.deduped.txt:28487 - https://theintercept.com/2017/10/03/facebook-twitter-google-internet-fake-news/

RS_2017-10.bz2.deduped.txt:28561 - https://theintercept.com/2017/10/03/we-can-finally-identify-one-of-the-largest-holders-of-puerto-rican-debt/

RS_2017-10.bz2.deduped.txt:29939 - https://theintercept.com/2017/10/03/populists-are-on-the-march-in-the-south-bernie-backed-insurgent-randall-woodfin-defeats-birminghams-incumbent-mayor/

RS_2017-10.bz2.deduped.txt:29951 - https://theintercept.com/2017/10/03/populists-are-on-the-march-in-the-south-bernie-backed-insurgent-randall-woodfin-defeats-birminghams-incumbent-mayor/?utm_source=feedburner&utm_medium=twitter&utm_campaign=Feed%3A+theintercepts+%28The+Intercept%29

RS_2017-10.bz2.deduped.txt:32247 - https://theintercept.com/2017/10/04/intercepted-podcast-guns-before-country/

RS_2017-10.bz2.deduped.txt:34060 - https://theintercept.com/2017/10/04/pranks-coughs-and-gags-about-dead-libyans-disarray-in-the-uk-as-brexit-looms/

RS_2017-10.bz2.deduped.txt:37100 - https://theintercept.com/2017/10/04/senate-budget-tax-cuts-medicare-medicaid-health-care/

RS_2017-10.bz2.deduped.txt:37137 - https://theintercept.com/2017/10/04/egypt-lobbying-uae-otaiba-trump-sisi/

RS_2017-10.bz2.deduped.txt:37698 - https://theintercept.com/2017/10/04/ice-raids-trump-immigration-deportation/

RS_2017-10.bz2.deduped.txt:37970 - https://theintercept.com/2017/10/04/egypt-lobbying-uae-otaiba-trump-sisi/?comments=1#comments

RS_2017-10.bz2.deduped.txt:40768 - https://theintercept.com/2017/10/04/masquerading-hackers-are-forcing-a-rethink-of-how-attacks-are-traced/

RS_2017-10.bz2.deduped.txt:42560 - https://theintercept.com/podcasts/donate/

RS_2017-10.bz2.deduped.txt:44900 - https://theintercept.com/2017/10/05/columbus-ohio-elections-democratic-party/

RS_2017-10.bz2.deduped.txt:49247 - https://theintercept.com/2017/10/05/factory-farms-fbi-missing-piglets-animal-rights-glenn-greenwald/

RS_2017-10.bz2.deduped.txt:50411 - https://theintercept.com/2017/10/05/colin-kaepernick-national-anthem-protest-trump-nfl/

RS_2017-10.bz2.deduped.txt:50582 - https://theintercept.com/2017/10/05/brazil-reactionary-politics-election-bolsonaro/

RS_2017-10.bz2.deduped.txt:51894 - https://theintercept.com/2017/10/05/callista-gingrich-us-ambassador-vatican/

RS_2017-10.bz2.deduped.txt:55867 - https://theintercept.com/2017/10/06/consumer-protection-arbitration-rule-lawsuit-equifax-wells-fargo/
RS_2017-10.bz2.deduped.txt:58095 - https://theintercept.com/2017/10/06/watch-a-top-epa-nominee-embarrass-himself-with-feigned-ignorance-of-basic-facts/
RS_2017-10.bz2.deduped.txt:62062 - https://theintercept.com/2017/09/30/caiua-a-ong-de-r-2-bilhoes-que-se-tornou-dona-da-saude-indigena-no-brasil/
RS_2017-10.bz2.deduped.txt:62354 - https://theintercept.com/2017/10/06/nsa-reality-winner-judge-denies-bail/
RS_2017-10.bz2.deduped.txt:64943 - https://theintercept.com/2017/10/06/watch-a-top-epa-nominee-embarrass-himself-with-feigned-ignorance-of-basic-facts/?comments=1#comments
RS_2017-10.bz2.deduped.txt:66776 - https://theintercept.com/2017/10/07/puerto-rico-debt-donald-trump-bernie-sanders/
RS_2017-10.bz2.deduped.txt:66933 - https://theintercept.com/2017/10/07/pat-tillman-nfl-protests-intercepted-podcast/
RS_2017-10.bz2.deduped.txt:67161 - https://theintercept.com/2017/10/07/worried-about-trumps-mental-stability-the-worst-is-yet-to-come/
RS_2017-10.bz2.deduped.txt:67402 - https://theintercept.com/2017/10/07/brazil-election-jair-bolsonaro-us-tour/
RS_2017-10.bz2.deduped.txt:67756 - https://theintercept.com/2017/10/07/jair-bolsonaro-eua-doadores/
RS_2017-10.bz2.deduped.txt:68215 - https://static.theintercept.com/amp/harvey-weinstein-urged-clinton-campaign-to-silence-sanderss-black-lives-matter-message.html
RS_2017-10.bz2.deduped.txt:68628 - https://theintercept.com/2017/10/07/a-sick-country-filled-with-guns/
RS_2017-10.bz2.deduped.txt:73527 - https://theintercept.com/series/trial-and-terror/
RS_2017-10.bz2.deduped.txt:74714 - https://theintercept.com/2017/10/08/the-sanitizing-of-martin-luther-king-and-rosa-parks/
RS_2017-10.bz2.deduped.txt:74919 - https://theintercept.com/2017/10/08/healthcare-democrats-public-private-markets/
RS_2017-10.bz2.deduped.txt:76364 - https://theintercept.com/2017/10/05/aclu-challenges-detention-of-u-s-citizen-accused-of-fighting-for-isis/
RS_2017-10.bz2.deduped.txt:76825 - https://theintercept.com/2017/10/05/columbus-ohio-elections-democratic-party/?link_id=5&can_id=3dc42e4fb30e9d1ca29bb5c2792bbd37&source=email-political-support-growing-to-wipe-out-puerto-ricos-debt-climate-denier-embarrasses-himself-on-capitol-hill-fight-for-the-democratic-party-comes-to-columbus&email_referrer=email_244326&email_subject=political-support-growing-to-wipe-out-puerto-ricos-debt-climate-denier-embarrasses-himself-on-capitol-hill-fight-for-the-democratic-party-comes-to-columbus
RS_2017-10.bz2.deduped.txt:78558 - https://theintercept.com/2017/09/21/trumps-failure-to-tackle-opioid-crisis-is-costing-lives-house-democrats-say/
RS_2017-10.bz2.deduped.txt:84023 - https://theintercept.com/2017/10/09/new-medicare-recipients-bernie-sanders-health-care/
RS_2017-10.bz2.deduped.txt:87031 - https://theintercept.com/2017/10/09/an-al-jazeera-reporter-went-undercover-with-the-pro-israel-lobby-in-washington/

RS_2017-10.bz2.deduped.txt:87984 - https://theintercept.com/2017/10/06/guerrilha-do-mbl-mira-arte-e-sexo-espalha-o-caos-e-quer-vender-a-solucao/
RS_2017-10.bz2.deduped.txt:89263 - https://theintercept.com/2017/10/09/enquanto-demite-em-massa-senac-rj-investe-em-publicidade-e-palestras-de-jornalistas-do-grupo-globo/
RS_2017-10.bz2.deduped.txt:93523 - https://theintercept.com/2017/10/09/ice-detainers-travis-county-texas-sheriff-sally-hernandez/
RS_2017-10.bz2.deduped.txt:94481 - https://theintercept.com/2017/10/10/tax-plan-lobbyists-chamber-commerce-koch-brothers/
RS_2017-10.bz2.deduped.txt:95077 - https://theintercept.com/2017/10/10/recordings-capture-brutal-fbi-tactics-to-recruit-potential-informant/
RS_2017-10.bz2.deduped.txt:96681 - https://theintercept.com/2017/10/10/its-not-regulation-that-is-a-threat-to-jobs-its-climate-change/
RS_2017-10.bz2.deduped.txt:97704 - https://theintercept.com/2017/10/10/as-texas-prepares-to-kill-robert-pruett-he-leaves-behind-a-literary-indictment-of-us-all/
RS_2017-10.bz2.deduped.txt:97830 - https://theintercept.com/2017/10/10/donald-trump-nfl-owners-national-anthem-protests/
RS_2017-10.bz2.deduped.txt:97988 - https://theintercept.com/2017/10/10/ice-immigrant-detainee-solitary-confinement-work-stoppage/
RS_2017-10.bz2.deduped.txt:98348 - https://theintercept.com/2017/10/10/jair-bolsonaro-eua-policia-matar/
RS_2017-10.bz2.deduped.txt:100606 - https://theintercept.com/2017/10/08/the-sanitizing-of-martin-luther-king-and-rosa-parks/?comments=1#comments
RS_2017-10.bz2.deduped.txt:101679 - https://theintercept.com/2017/10/10/escola-sem-partido-quer-apagar-paulo-freire-da-educacao-brasileira/
RS_2017-10.bz2.deduped.txt:105210 - https://theintercept.com/2017/10/11/new-jersey-election-njea-fran-grenier-steve-sweeney/
RS_2017-10.bz2.deduped.txt:107770 - https://theintercept.com/2017/10/11/puerto-rico-relief-bill-cancels-16-billion-in-debt-but-not-for-puerto-rico/
RS_2017-10.bz2.deduped.txt:109659 - https://theintercept.com/2017/10/11/donald-trump-nfl-owners-national-anthem-law/
RS_2017-10.bz2.deduped.txt:110298 - https://theintercept.com/2017/10/11/tax-plan-trump-chamber-of-commerce-small-business-lobby-cisco/
RS_2017-10.bz2.deduped.txt:111207 - https://theintercept.com/2017/10/11/congress-war-hawkish-policies-study/
RS_2017-10.bz2.deduped.txt:111208 - https://theintercept.com/2017/10/11/terrorist-donald-trump-airport-bomber-estes-asheville/
RS_2017-10.bz2.deduped.txt:111507 - https://theintercept.com/2017/10/11/alec-conference-trump-hotel/
RS_2017-10.bz2.deduped.txt:113471 - https://theintercept.com/2017/10/11/terrorist-donald-trump-airport-bomber-estes-asheville/?utm_source=fark&utm_medium=website&utm_content=link&ICID=ref_fark
RS_2017-10.bz2.deduped.txt:114676 - https://static.theintercept.com/amp/puerto-rico-relief-bill-cancels-16-billion-in-debt-but-not-for-puerto-rico.html
RS_2017-10.bz2.deduped.txt:117665 - https://theintercept.com/2017/10/11/intercepted-podcast-the-white-stuff/

RS_2017-10.bz2.deduped.txt:118468 - https://theintercept.com/2017/10/11/general-que-comanda-a-abin-fala-em-vazio-de-liderancas-e-elogia-feitos-da-ditadura/
RS_2017-10.bz2.deduped.txt:118921 - https://theintercept.com/2017/10/12/before-charlottesville-was-in-the-spotlight-police-arrested-their-most-prominent-critic-in-the-middle-of-the-night/
RS_2017-10.bz2.deduped.txt:120622 - https://theintercept.com/2017/10/11/the-ritual-of-silence-in-an-age-of-mass-shootings/
RS_2017-10.bz2.deduped.txt:121759 - https://theintercept.com/2017/10/12/joe-arpaio-pardon-arizona-trump-unconstituional-racial-profiling/
RS_2017-10.bz2.deduped.txt:122915 - https://theintercept.com/2017/10/12/catalonia-referendum-independence-secret-vote-spain/
RS_2017-10.bz2.deduped.txt:123252 - https://theintercept.com/2017/10/12/minneapolis-mayor-race-raymond-dehn/
RS_2017-10.bz2.deduped.txt:124111 - https://theintercept.com/2017/10/12/california-gender-pay-gap-lobbying/
RS_2017-10.bz2.deduped.txt:125040 - https://theintercept.com/2017/10/10/recordings-capture-brutal-fbi-tactics-to-recruit-potential-informant/?comments=1#comments
RS_2017-10.bz2.deduped.txt:127785 - https://theintercept.com/2017/10/11/terrorist-donald-trump-airport-bomber-estes-asheville/?comments=1#comments
RS_2017-10.bz2.deduped.txt:128766 - https://theintercept.com/2017/10/13/ice-hsi-asset-forfeiture-handbook/
RS_2017-10.bz2.deduped.txt:130052 - https://theintercept.com/2017/10/13/guarda-municipal-imigrantes-rio/
RS_2017-10.bz2.deduped.txt:130784 - https://theintercept.com/2017/10/13/issa-amro-palestine-israel-congress-bernie-sanders/
RS_2017-10.bz2.deduped.txt:130798 - https://theintercept.com/2017/10/13/kansas-israel-boycott-bds-mennonite-church/
RS_2017-10.bz2.deduped.txt:134199 - https://theintercept.com/2017/10/13/koch-brothers-internal-strategy-memo-on-selling-tax-cuts-ignore-the-deficit/
RS_2017-10.bz2.deduped.txt:136234 - https://theintercept.com/2017/10/13/freedom-caucus-chair-warns-congress-not-to-bail-out-puerto-rico/
RS_2017-10.bz2.deduped.txt:137131 - https://theintercept.com/2017/10/13/kansas-israel-boycott-bds-mennonite-church/?comments=1#comments
RS_2017-10.bz2.deduped.txt:139155 - https://theintercept.com/2017/10/14/tropic-of-kansas-american-war-el-akkad-book-review/
RS_2017-10.bz2.deduped.txt:139294 - https://theintercept.com/2017/10/14/drexel-professor-ciccariello-maher-free-speech/
RS_2017-10.bz2.deduped.txt:141493 - https://theintercept.com/2017/10/14/ai-weiwei-explores-the-human-flow-of-refugees-and-sees-an-america-that-lost-its-conscience/
RS_2017-10.bz2.deduped.txt:147039 - https://theintercept.com/2017/10/15/alex-vitale-interview-the-end-of-policing/
RS_2017-10.bz2.deduped.txt:150427 - https://theintercept.com/2017/10/15/nfip-debt-forgiveness-reform/
RS_2017-10.bz2.deduped.txt:157268 - https://theintercept.com/2017/10/16/keith-noreika-occ-banking-senate-democrats/

RS_2017-10.bz2.deduped.txt:158877 - https://theintercept.com/2017/10/16/top-trump-official-john-kelly-ordered-ice-to-portray-immigrants-as-criminals-to-justify-raids/
RS_2017-10.bz2.deduped.txt:164013 - https://theintercept.com/2017/10/16/tennessee-national-anthem-protest-man-fired/
RS_2017-10.bz2.deduped.txt:167174 - https://theintercept.com/2017/10/17/ta-nehisi-coates-unplugged/
RS_2017-10.bz2.deduped.txt:170721 - https://theintercept.com/2017/10/17/google-search-drug-use-opioid-epidemic/
RS_2017-10.bz2.deduped.txt:174743 - https://theintercept.com/2017/10/17/gregg-popovich-trump-white-privledge-race-kaepernick/
RS_2017-10.bz2.deduped.txt:179774 - https://theintercept.com/2017/10/18/is-there-a-more-dangerous-member-of-congress-than-tom-cotton/
RS_2017-10.bz2.deduped.txt:181913 - https://theintercept.com/2017/10/18/palestinian-american-killed-israel-mahmoud-shaalan/
RS_2017-10.bz2.deduped.txt:182176 - https://theintercept.com/2017/10/18/foster-care-children-deaths-mentor-network/
RS_2017-10.bz2.deduped.txt:183137 - https://theintercept.com/2017/10/18/germany-neo-nazi-murder-trial-forensic-architecture/
RS_2017-10.bz2.deduped.txt:187076 - https://theintercept.com/2017/10/18/intercepted-podcast-canada-is-racist-too/
RS_2017-10.bz2.deduped.txt:187242 - https://theintercept.com/2017/10/18/foster-care-children-deaths-mentor-network/?link_id=3&can_id=281e99bf5a26752550f22aab3d33fdc7&source=email-children-in-the-for-profit-foster-care-system-are-dying-at-alarming-rates&email_referrer=email_250306&email_subject=children-in-the-for-profit-foster-care-system-are-dying-at-alarming-rates
RS_2017-10.bz2.deduped.txt:190441 - https://theintercept.com/2017/10/18/comissao-de-combate-ao-crime-organizado-da-camara-se-reune-para-discutir-exposicoes-de-arte/
RS_2017-10.bz2.deduped.txt:196308 - https://theintercept.com/2017/10/19/to-get-hurricane-rebuilding-money-in-texas-contractors-must-promise-they-wont-boycott-israel/
RS_2017-10.bz2.deduped.txt:198854 - https://theintercept.com/2017/10/19/in-new-ruling-federal-judge-refuses-to-erase-joe-arpaios-conviction/
RS_2017-10.bz2.deduped.txt:200681 - https://theintercept.com/2017/10/17/kentucky-last-abortion-clinic-emw/
RS_2017-10.bz2.deduped.txt:202338 - https://theintercept.com/2017/10/20/puerto-rico-hurricane-debt-relief/
RS_2017-10.bz2.deduped.txt:203832 - https://theintercept.com/2017/10/20/kaspersky-software-russia-nsa/
RS_2017-10.bz2.deduped.txt:205654 - https://theintercept.com/2017/10/20/democratic-party-drama-puts-deputy-chair-keith-ellison-in-a-tough-spot/
RS_2017-10.bz2.deduped.txt:206145 - https://theintercept.com/2017/10/20/bofa-downgrades-chipotle-complaining-it-pays-workers-too-much-chipotle-says-thats-bunk/
RS_2017-10.bz2.deduped.txt:206655 - https://theintercept.com/2017/10/20/brooklyn-teen-police-rape-consent/
RS_2017-10.bz2.deduped.txt:209036 - https://theintercept.com/2017/10/20/sob-aplausos-do-mercado-financeiro-empresarios-ja-lucram-com-reforma-do-ensino-medio/

RS_2017-10.bz2.deduped.txt:212184 - https://theintercept.com/2017/10/18/foster-care-children-deaths-mentor-network

RS_2017-10.bz2.deduped.txt:213325 - https://theintercept.com/2017/10/21/john-kelly-trump-black-women-frederica-wilson-myeshia-johnson/

RS_2017-10.bz2.deduped.txt:214113 - https://theintercept.com/2017/10/21/it-didnt-just-start-now-john-kelly-has-always-been-a-hard-right-bully/

RS_2017-10.bz2.deduped.txt:219169 - https://theintercept.com/2017/10/22/opioid-lobbyist-left-a-digital-fingerprint-on-a-campaign-by-patient-advocates/

RS_2017-10.bz2.deduped.txt:220296 - https://theintercept.com/2017/10/22/the-u-s-will-invade-west-africa-in-2023-after-an-attack-in-new-york-according-to-pentagon-war-game/

RS_2017-10.bz2.deduped.txt:223621 - https://static.theintercept.com/amp/it-didnt-just-start-now-john-kelly-has-always-been-a-hard-right-bully.html

RS_2017-10.bz2.deduped.txt:224620 - https://theintercept.com/2017/10/20/bofa-downgrades-chipotle-complaining-it-pays-workers-too-much-chipotle-says-thats-bunk/?comments=1#comments

RS_2017-10.bz2.deduped.txt:226184 - https://theintercept.com/2017/10/23/accused-of-spying-russian-security-firm-will-show-its-code-and-operations-to-outsiders/

RS_2017-10.bz2.deduped.txt:226214 - https://theintercept.com/2017/10/21/toronto-police-carding-desmond-cole-intercepted/

RS_2017-10.bz2.deduped.txt:227096 - https://theintercept.com/2017/10/23/democrats-are-letting-the-climate-crisis-go-to-waste/

RS_2017-10.bz2.deduped.txt:229769 - https://theintercept.com/2017/10/23/sams-torture-prisons-ccr-extreme-isolation-accountability/

RS_2017-10.bz2.deduped.txt:229924 - https://theintercept.com/2017/10/23/ben-carson-hud-lawsuit-section-8-vouchers-fmr-naacp/

RS_2017-10.bz2.deduped.txt:230373 - https://theintercept.com/2017/10/23/donald-trump-refugee-ban-expire/

RS_2017-10.bz2.deduped.txt:231463 - https://theintercept.com/2017/10/23/barry-jones-arizona-death-row-rachel-gray/

RS_2017-10.bz2.deduped.txt:235505 - https://theintercept.com/2017/10/23/acusado-de-explorar-trabalhadores-presidente-da-riachuelo-denuncia-plano-comunista-no-brasil/

RS_2017-10.bz2.deduped.txt:238895 - https://theintercept.com/2017/10/24/executive-branch-at-war-treasury-department-launches-attack-on-the-consumer-financial-protection-bureau/

RS_2017-10.bz2.deduped.txt:240512 - https://theintercept.com/2017/10/24/syria-rebels-nsa-saudi-prince-assad/

RS_2017-10.bz2.deduped.txt:242311 - https://theintercept.com/2017/10/24/how-to-shop-for-health-insurance-on-november-1-and-why-you-shouldnt-have-to/

RS_2017-10.bz2.deduped.txt:243157 - https://theintercept.com/2017/10/24/protester-ryan-clayton-throws-russian-flags-at-trump-and-mcconnell-in-capitol/

RS_2017-10.bz2.deduped.txt:244063 - https://theintercept.com/2017/10/24/why-we-reinstalled-securedrop/

RS_2017-10.bz2.deduped.txt:244107 - https://theintercept.com/2017/10/24/puerto-rico-net-neutrality-repeal/

RS_2017-10.bz2.deduped.txt:247612 - https://theintercept.com/2017/10/24/after-day-of-feuding-jeff-flake-and-bob-corker-join-trump-to-upend-a-major-consumer-protection/

RS_2017-10.bz2.deduped.txt:247649 - https://theintercept.com/2017/10/24/syria-rebels-nsa-saudi-prince-assad/?comments=1#comments

RS_2017-10.bz2.deduped.txt:250246 - https://theintercept.com/2017/10/25/intercepted-podcast-mike-pence-is-the-koch-brothers-manchurian-candidate/

RS_2017-10.bz2.deduped.txt:254478 - https://theintercept.com/2017/10/25/syria-iran-afghan-refugees/

RS_2017-10.bz2.deduped.txt:254547 - https://theintercept.com/2017/10/23/barry-jones-arizona-death-row-rachel-gray/?comments=1#comments

RS_2017-10.bz2.deduped.txt:254891 - https://theintercept.com/2017/10/25/jfk-assassination-files-nsa-cuba/

RS_2017-10.bz2.deduped.txt:255590 - https://theintercept.com/2017/10/25/trump-inauguration-protest-j20-trial/

RS_2017-10.bz2.deduped.txt:256254 - https://theintercept.com/2017/10/25/epa-michael-dourson-senate-vote/

RS_2017-10.bz2.deduped.txt:256301 - https://theintercept.com/2017/10/25/kirstin-lobato-murder-trial-las-vegas/

RS_2017-10.bz2.deduped.txt:256368 - https://theintercept.com/2017/10/25/dsa-single-payer-health-care-don-beyer/

RS_2017-10.bz2.deduped.txt:257686 - https://theintercept.com/2017/10/25/steve-bannon-hudson-institute-qatar/

RS_2017-10.bz2.deduped.txt:258460 - https://theintercept.com/2017/10/25/nsa-workers-software-piracy-may-have-exposed-him-to-russian-spies/

RS_2017-10.bz2.deduped.txt:262733 - https://theintercept.com/2017/10/26/minneapolis-city-council-socialist-ginger-jentzen/

RS_2017-10.bz2.deduped.txt:265334 - https://theintercept.com/2017/10/26/disaster-capitalists-take-big-step-toward-privatizing-puerto-ricos-electric-grid/

RS_2017-10.bz2.deduped.txt:265990 - https://theintercept.com/2017/10/26/minneapolis-city-council-socialist-ginger-jentzen/?comments=1#comments

RS_2017-10.bz2.deduped.txt:267698 - https://theintercept.com/2017/10/25/fcc-media-ownership-repeal-local-stations/

RS_2017-10.bz2.deduped.txt:267879 - https://theintercept.com/2017/10/26/its-not-just-niger-u-s-military-activity-is-a-recruiting-tool-for-terror-groups-across-west-africa/

RS_2017-10.bz2.deduped.txt:268754 - https://theintercept.com/2017/10/26/russian-bank-accused-of-trump-connection-tries-to-clear-name-by-pressuring-u-s-computer-researcher/

RS_2017-10.bz2.deduped.txt:275168 - https://theintercept.com/2017/10/27/elizabeth-warren-says-campus-free-speech-means-no-censorship-or-violence/

RS_2017-10.bz2.deduped.txt:276668 - https://theintercept.com/2017/10/27/trump-opioid-crisis-public-health-emergency/

RS_2017-10.bz2.deduped.txt:277514 - https://theintercept.com/2017/10/27/bernie-sanders-puerto-rico-trip/

RS_2017-10.bz2.deduped.txt:279168 - https://theintercept.com/2017/10/27/david-kautter-trumps-irs-chief-oversaw-accounting-firm-fined-for-illicitly-helping-wealthy-avoid-taxes/

RS_2017-10.bz2.deduped.txt:282556 - https://theintercept.com/2017/10/27/law-enforcement-descended-on-standing-rock-a-year-ago-and-changed-the-dapl-fight-forever/

RS_2017-10.bz2.deduped.txt:284573 - https://theintercept.com/2017/10/28/josh-walker-anarchist-cookbook-terrorism-act-uk/

RS_2017-10.bz2.deduped.txt:284667 - https://theintercept.com/2017/10/27/daily-stormer-anguilla-web-domain/
RS_2017-10.bz2.deduped.txt:285478 - https://theintercept.com/2017/10/28/renegotiate-iran-deal-harvard-harris-poll-mark-penn/
RS_2017-10.bz2.deduped.txt:285754 - https://theintercept.com/2017/10/28/anti-bds-campaigner-nominated-for-top-civil-rights-job-at-department-of-education/
RS_2017-10.bz2.deduped.txt:288819 - https://theintercept.com/2017/10/28/bernie-sanders-in-puerto-rico-calls-for-nullification-of-whitefish-contract/
RS_2017-10.bz2.deduped.txt:293647 - https://theintercept.com/2017/10/29/rohingya-crisis-myanmar-photos/
RS_2017-10.bz2.deduped.txt:296632 - https://theintercept.com/2017/10/29/a-night-at-the-garden-is-the-most-terrifying-movie-you-can-watch-this-halloween/
RS_2017-10.bz2.deduped.txt:300581 - https://theintercept.com/2017/10/30/com-orcamento-em-queda-funai-gasta-apenas-r-12-por-indio-em-2017/
RS_2017-10.bz2.deduped.txt:302053 - https://theintercept.com/2017/10/30/paul-manafort-money-laundering-scheme-was-identified-months-ago/
RS_2017-10.bz2.deduped.txt:304393 - https://theintercept.com/2017/10/30/mueller-trump-campaign-adviser-george-papadopoulos-hunted-for-dirt-in-thousands-of-emails/
RS_2017-10.bz2.deduped.txt:306824 - https://theintercept.com/2017/10/30/jeff-sessions-indictment-bad-news-for-attorney-general/
RS_2017-10.bz2.deduped.txt:309029 - https://theintercept.com/2017/10/30/jeff-sessions-indictment-bad-news-for-attorney-general/?link_id=1&can_id=4639f1698091b555d44d67849aa99f50&source=email-todays-indictment-is-very-very-bad-news-for-jeff-sessions&email_referrer=email_255144&email_subject=todays-indictment-is-very-very-bad-news-for-jeff-sessions
RS_2017-10.bz2.deduped.txt:311830 - https://theintercept.com/2017/10/31/yemen-war-us-military-house-resolution/
RS_2017-10.bz2.deduped.txt:313018 - https://theintercept.com/2017/10/31/trump-consumer-product-safety-commission-dana-baiocco/
RS_2017-10.bz2.deduped.txt:316098 - https://theintercept.com/2017/10/31/puerto-rico-electric-contract-cobra/
RS_2017-05.bz2.deduped.txt:4488 - https://theintercept.com/2017/05/01/barack-obama-is-using-his-presidency-to-cash-in-but-harry-truman-and-jimmy-carter-refused/
RS_2017-05.bz2.deduped.txt:4864 - https://theintercept.com/2017/05/01/cybersecurity-for-the-people-how-to-keep-your-chats-truly-private-with-signal/
RS_2017-05.bz2.deduped.txt:14371 - https://theintercept.com/staff/naomilachance/
RS_2017-05.bz2.deduped.txt:16476 - https://theintercept.com/2017/05/02/texas-prosecutor-in-junk-science-execution-case-stands-trial-for-misconduct/
RS_2017-05.bz2.deduped.txt:17112 - https://theintercept.com/2017/05/02/le-pen-aides-claim-lifting-words-defeated-rivals-speech-not-plagiarism/
RS_2017-05.bz2.deduped.txt:18332 - https://theintercept.com/2017/05/02/trumps-support-and-praise-of-despots-is-central-to-the-u-s-tradition-not-a-deviation-from-it/
RS_2017-05.bz2.deduped.txt:18615 - https://theintercept.com/2017/05/02/nypd-refuses-to-disclose-information-about-its-face-recognition-program-so-privacy-researchers-are-suing/

RS_2017-05.bz2.deduped.txt:20128 - https://theintercept.com/2017/05/02/private-prison-corporation-wrote-texas-bill-extending-how-long-immigrant-children-can-be-detained/
RS_2017-05.bz2.deduped.txt:26173 - https://theintercept.com/2017/05/03/why-do-north-koreans-hate-us-one-reason-they-remember-the-korean-war/
RS_2017-05.bz2.deduped.txt:34353 - https://theintercept.com/2017/04/28/how-a-professional-climate-change-denier-discovered-the-lies-and-decided-to-fight-for-science/?comments=1#comments
RS_2017-05.bz2.deduped.txt:34379 - https://theintercept.com/2017/05/03/trump-says-we-dont-have-to-let-you-in-report-says-u-s-border-officials-are-turning-away-asylum-seekers/
RS_2017-05.bz2.deduped.txt:37478 - https://theintercept.com/2017/04/29/photo-essay-a-new-pipeline-encroaches-on-floridas-fragile-everglades
RS_2017-05.bz2.deduped.txt:38660 - https://theintercept.com/2017/05/04/how-much-does-a-politician-cost-a-groundbreaking-study-reveals-the-influence-of-money-in-politics/
RS_2017-05.bz2.deduped.txt:42181 - https://theintercept.com/2017/05/04/theres-nothing-apples-ceo-cares-about-more-than-not-paying-taxes/
RS_2017-05.bz2.deduped.txt:42971 - https://theintercept.com/2015/06/11/secret-power-nsa-darchicourt-art-denny/
RS_2017-05.bz2.deduped.txt:43216 - https://theintercept.com/2017/05/04/killer-cop-conviction-is-an-exception-dont-expect-justice-from-the-sessions-doj/
RS_2017-05.bz2.deduped.txt:43259 - https://theintercept.com/2017/05/04/house-gop-just-voted-to-slash-medicaid-which-pays-for-60-percent-of-people-in-nursing-homes/
RS_2017-05.bz2.deduped.txt:45430 - https://theintercept.com/2017/05/04/protesto-de-terroristas-motivou-agressao-a-estudante-em-goias-diz-militar/
RS_2017-05.bz2.deduped.txt:46365 - https://theintercept.com/2017/05/04/house-gop-just-voted-to-slash-medicaid-which-pays-for-60-percent-of-people-in-nursing-homes/?comments=1#comments
RS_2017-05.bz2.deduped.txt:46900 - https://theintercept.com/2017/05/03/por-que-os-norte-coreanos-nos-odeiam-por-um-motivo-eles-se-lembram-muito-bem-da-guerra-da-coreia/
RS_2017-05.bz2.deduped.txt:47305 - https://theintercept.com/2017/05/03/why-do-north-koreans-hate-us-one-reason-they-remember-the-korean-war/?comments=1#comments
RS_2017-05.bz2.deduped.txt:48680 - https://theintercept.com/2017/05/04/as-uber-probes-sexual-harassment-at-its-offices-it-overlooks-hundreds-of-thousands-of-female-drivers/
RS_2017-05.bz2.deduped.txt:52360 - https://theintercept.com/snowden-sidtoday/3675980-hover-hammer-the-steerable-airship/
RS_2017-05.bz2.deduped.txt:53382 - https://theintercept.com/2017/05/05/france-doesnt-know-what-to-do-with-the-17000-people-it-labels-potential-terrorists/
RS_2017-05.bz2.deduped.txt:54859 - https://theintercept.com/2017/05/05/trump-administration-fights-in-court-to-prevent-top-cia-official-from-testifying-on-torture/
RS_2017-05.bz2.deduped.txt:56101 - https://theintercept.com/2017/05/05/trump-administration-fights-in-court-to-prevent-top-cia-official-from-testifying-on-torture/?comments=1#comments
RS_2017-05.bz2.deduped.txt:56592 - https://theintercept.com/2017/05/05/the-forgotten-history-of-cinco-de-mayo-its-not-about-beer-its-about-rich-countries-strangling-poor-ones/
RS_2017-05.bz2.deduped.txt:60831 - https://theintercept.com/2017/05/06/oklahoma-governor-signs-anti-protest-law-imposing-huge-fines-on-conspirator-organizations/
RS_2017-05.bz2.deduped.txt:62803 - https://theintercept.com/2017/05/06/no-macron-leaks-politically-motivated-hacking-not-whistleblowing/

RS_2017-05.bz2.deduped.txt:64544 - https://theintercept.com/2017/05/06/paul-ryans-spokesperson-cant-be-bothered-coordinating-her-lies-about-trumpcare-with-the-white-houses-lies/
RS_2017-05.bz2.deduped.txt:68156 - https://theintercept.com/2017/05/07/white-fear-in-the-white-house-young-bannon-disciple-julia-hahn-is-a-case-study-in-extremism/
RS_2017-05.bz2.deduped.txt:69393 - https://theintercept.com/2017/05/07/a-cruzada-de-um-prefeito-mimado-contra-seus-criticos/
RS_2017-05.bz2.deduped.txt:69604 - https://static.theintercept.com/amp/white-fear-in-the-white-house-young-bannon-disciple-julia-hahn-is-a-case-study-in-extremism.html
RS_2017-05.bz2.deduped.txt:70885 - https://theintercept.com/2017/05/07/macron-trounces-le-pen-halting-advance-far-right-france/
RS_2017-05.bz2.deduped.txt:76396 - https://theintercept.com/2017/05/08/six-ways-the-new-york-times-could-genuinely-make-its-op-ed-page-more-representative-of-america/
RS_2017-05.bz2.deduped.txt:76636 - https://theintercept.com/2017/05/08/aclu-sues-trump-administration-for-files-on-botched-seal-raid-in-yemen/
RS_2017-05.bz2.deduped.txt:78211 - https://theintercept.com/2017/05/08/why-donald-trump-is-scared-of-sally-yates/
RS_2017-05.bz2.deduped.txt:79068 - https://theintercept.com/2017/05/08/police-in-georgia-are-turning-traffic-stops-into-the-first-step-toward-deportation/
RS_2017-05.bz2.deduped.txt:83143 - https://theintercept.com/2017/05/08/sally-yates-testimony-shows-white-house-lied-about-michael-flynn/
RS_2017-05.bz2.deduped.txt:87657 - https://theintercept.com/2017/05/09/puerto-ricos-123-billion-bankruptcy-is-the-cost-of-u-s-colonialism/
RS_2017-05.bz2.deduped.txt:88178 - https://theintercept.com/2017/05/09/jimmy-carter-and-bernie-sanders-explain-how-inequality-breeds-authoritarianism/
RS_2017-05.bz2.deduped.txt:91694 - https://theintercept.com/2017/05/09/donald-trump-may-escalate-the-afghanistan-war-he-spent-years-calling-a-terrible-mistake/
RS_2017-05.bz2.deduped.txt:94345 - https://theintercept.com/2017/05/09/pressure-on-democrats-pays-off-as-chuck-schumer-picks-consumer-advocate-for-ftc-nominee/
RS_2017-05.bz2.deduped.txt:94963 - https://theintercept.com/2017/05/09/our-democracy-is-in-danger-key-reactions-to-donald-trumps-firing-of-fbi-director-james-comey/
RS_2017-05.bz2.deduped.txt:98210 - https://theintercept.com/2017/05/10/intercepted-podcast-james-comey-chelsea-manning-and-the-secrets-america-keeps/
RS_2017-05.bz2.deduped.txt:99960 - https://theintercept.com/2017/05/09/a-degradacao-do-estado-de-direito-por-tras-do-embate-moro-x-lula/
RS_2017-05.bz2.deduped.txt:100941 - https://theintercept.com/2017/05/10/after-james-comeys-firing-who-will-stop-trumps-tinpot-dictatorship/
RS_2017-05.bz2.deduped.txt:101010 - https://theintercept.com/2017/05/10/why-was-james-comey-fired-donald-trump-cant-find-the-words/
RS_2017-05.bz2.deduped.txt:101281 - https://theintercept.com/2017/05/10/a-divida-de-123-bilhoes-de-dolares-de-porto-rico-e-o-custo-do-colonialismo-americano/
RS_2017-05.bz2.deduped.txt:102729 - https://theintercept.com/2017/05/10/john-mccain-may-have-killed-an-anti-environment-bill-out-of-spite-over-the-comey-firing/
RS_2017-05.bz2.deduped.txt:103079 - https://theintercept.com/2017/05/10/no-dia-do-embate-entre-lula-e-moro-mais-dificil-que-escolher-seu-lado-e-admitir-que-ambos-erram/

RS_2017-05.bz2.deduped.txt:103184 - https://theintercept.com/2017/05/10/russias-top-diplomat-mines-comey-drama-laughs/
RS_2017-05.bz2.deduped.txt:113264 - https://theintercept.com/2017/05/11/nyu-accidentally-exposed-military-code-breaking-computer-project-to-entire-internet/
RS_2017-05.bz2.deduped.txt:113333 - https://theintercept.com/2017/05/11/with-james-comey-gone-these-three-fbi-and-doj-officials-are-running-the-russia-trump-probe/
RS_2017-05.bz2.deduped.txt:116687 - https://theintercept.com/2017/05/11/tk-worldwide-threats-hearing-thursday/
RS_2017-05.bz2.deduped.txt:123565 - https://theintercept.com/2017/05/12/o-papel-da-imprensa-no-julgamento-de-lula/
RS_2017-05.bz2.deduped.txt:126036 - https://theintercept.com/2017/05/12/trump-threatens-comey-secretly-recorded-tapes-conversations/
RS_2017-05.bz2.deduped.txt:128447 - https://theintercept.com/2017/05/12/the-nsas-lost-digital-weapon-is-helping-hijack-computers-around-the-world/
RS_2017-05.bz2.deduped.txt:135037 - https://theintercept.com/2017/05/13/misunderstanding-terrorism-how-the-us-vs-them-mentality-will-never-stop-attacks/
RS_2017-05.bz2.deduped.txt:141315 - https://theintercept.com/2017/05/12/em-pleno-seculo-xxi-quilombolas-ainda-tem-que-lutar-por-direitos-basicos/
RS_2017-05.bz2.deduped.txt:141568 - https://theintercept.com/2017/05/14/mothers-day-in-an-ice-detention-center/
RS_2017-05.bz2.deduped.txt:150936 - https://theintercept.com/2017/05/15/will-freshman-congressman-ro-khanna-chart-a-new-course-for-democrats/
RS_2017-05.bz2.deduped.txt:151424 - https://theintercept.com/2017/05/15/obamas-deportation-policy-was-even-worse-than-we-thought/
RS_2017-05.bz2.deduped.txt:153576 - https://theintercept.com/2017/05/15/can-the-anti-trump-resistance-take-philadelphias-da-office/
RS_2017-05.bz2.deduped.txt:158978 - https://theintercept.com/2017/05/15/charlottesville-vigil-hate-outdraws-white-supremacist-rally/
RS_2017-05.bz2.deduped.txt:162812 - https://theintercept.com/2017/05/16/trump-says-divulged-intelligence-russians-hes-great-guy/
RS_2017-05.bz2.deduped.txt:164344 - https://theintercept.com/2017/05/16/the-bizarre-story-behind-the-fbis-fake-documentary-about-the-bundy-family/
RS_2017-05.bz2.deduped.txt:164536 - https://theintercept.com/2017/05/16/how-an-undercover-fbi-agent-ended-up-in-jail-after-pretending-to-be-a-journalist/
RS_2017-05.bz2.deduped.txt:165185 - https://theintercept.com/2017/05/16/mike-pence-speaks-to-religious-group-next-day-they-banquet-at-trump-hotel/
RS_2017-05.bz2.deduped.txt:168096 - https://theintercept.com/2017/05/16/the-real-roots-of-the-worldwide-ransomware-outbreak-militarism-and-greed/
RS_2017-05.bz2.deduped.txt:168568 - https://theintercept.com/2017/05/16/steve-mnuchins-old-company-just-settled-for-89-million-for-ripping-off-the-government-on-dodgy-loans/
RS_2017-05.bz2.deduped.txt:168649 - https://theintercept.com/2017/05/16/meet-philadelphias-progressive-candidate-for-da-an-interview-with-larry-krasner/
RS_2017-05.bz2.deduped.txt:173467 - https://theintercept.com/2017/05/16/steve-mnuchins-old-company-just-settled-for-89-million-for-ripping-off-the-government-on-dodgy-loans/?comments=1#comments

RS_2017-05.bz2.deduped.txt:174861 - https://theintercept.com/2017/05/17/chelsea-manning-is-a-free-woman-her-heroism-has-expanded-beyond-her-initial-whistle-blowing/
RS_2017-05.bz2.deduped.txt:175662 - https://theintercept.com/2017/05/17/for-donald-trump-a-short-history-of-presidential-obstruction-of-justice/
RS_2017-05.bz2.deduped.txt:176918 - https://theintercept.com/2017/05/17/trump-praises-erdogan-whose-bodyguards-assault-protesters-washington/
RS_2017-05.bz2.deduped.txt:177197 - https://theintercept.com/2017/05/17/intercepted-podcast-donald-trump-and-the-terrible-horrible-no-good-very-bad-presidency/
RS_2017-05.bz2.deduped.txt:180333 - https://theintercept.com/2017/05/17/dont-lionize-james-comey-the-fbi-did-some-terrible-things-under-him/
RS_2017-05.bz2.deduped.txt:186227 - https://theintercept.com/2017/05/18/donald-trump-said-saudi-arabia-was-behind-911-now-hes-going-there-on-his-first-foreign-trip/
RS_2017-05.bz2.deduped.txt:189097 - https://theintercept.com/2017/05/18/activist-accepts-sen-joe-manchins-challenge-to-find-somebody-who-can-beat-me/
RS_2017-05.bz2.deduped.txt:189198 - https://theintercept.com/2017/05/18/after-latest-bombshells-only-michel-temers-removal-and-new-elections-can-save-brazils-democracy/
RS_2017-05.bz2.deduped.txt:193258 - https://theintercept.com/2017/05/18/better-call-bob-mueller-is-the-lawyer-for-politically-toxic-situations/
RS_2017-05.bz2.deduped.txt:197082 - https://theintercept.com/2017/05/18/republican-immigration-bill-threatens-to-turn-millions-of-people-into-criminals-overnight/
RS_2017-05.bz2.deduped.txt:198940 - https://theintercept.com/2017/05/19/sweden-withdraws-arrest-warrant-for-julian-assange-but-he-still-faces-serious-legal-jeopardy/
RS_2017-05.bz2.deduped.txt:201963 - https://theintercept.com/2017/05/19/u-s-drone-strike-in-yemen-killed-men-who-had-nothing-to-do-with-al-qaeda-according-to-relatives/
RS_2017-05.bz2.deduped.txt:202189 - https://theintercept.com/2017/05/19/sweden-halts-assange-rape-investigation-wikileaks-founder-still-faces-arrest-uk/?comments=1#comments
RS_2017-05.bz2.deduped.txt:202282 - https://theintercept.com/2017/05/19/sweden-halts-assange-rape-investigation-wikileaks-founder-still-faces-arrest-uk/
RS_2017-05.bz2.deduped.txt:203225 - https://theintercept.com/2017/05/18/apenas-a-saida-de-temer-e-eleicoes-diretas-podem-salvar-a-democracia-brasileira/
RS_2017-05.bz2.deduped.txt:203375 - https://theintercept.com/2017/05/19/meet-the-pastor-running-as-a-progressive-republican-to-get-big-money-out-of-politics/
RS_2017-05.bz2.deduped.txt:203575 - https://theintercept.com/2017/05/19/as-trump-travels-to-saudi-arabia-the-kingdoms-d-c-lobbying-surge-is-paying-off/
RS_2017-05.bz2.deduped.txt:204917 - https://theintercept.com/2017/05/19/feds-used-secretive-phone-tracking-tool-to-hunt-down-undocumented-immigrant/
RS_2017-05.bz2.deduped.txt:209519 - https://theintercept.com/2017/05/20/congressman-lamar-smith-of-texas-has-a-problem-with-science-and-with-voters/
RS_2017-05.bz2.deduped.txt:218858 - https://theintercept.com/2017/05/21/deported-to-el-salvador-trapped-between-the-gangs-and-trump/
RS_2017-05.bz2.deduped.txt:220637 - https://theintercept.com/2017/05/21/landslide-win-irans-reformists-doesnt-fit-trumps-script-ignores/
RS_2017-05.bz2.deduped.txt:227442 - https://theintercept.com/2017/05/22/jeff-sessions-wants-to-put-more-people-in-prison-his-home-state-of-alabama-is-doing-the-opposite/
RS_2017-05.bz2.deduped.txt:228403 - https://static.theintercept.com/amp/key-democratic-officials-now-warning-base-not-to-expect-evidence-of-trumprussia-collusion.html

RS_2017-05.bz2.deduped.txt:228478 - https://theintercept.com/2017/05/22/facebook-wont-say-if-theyll-use-your-brain-activity-for-advertisements/
RS_2017-05.bz2.deduped.txt:231653 - https://theintercept.com/2017/05/22/vendido-como-mocinho-pela-irma-aecio-garantiu-blindagem-da-imprensa-por-30-anos/
RS_2017-05.bz2.deduped.txt:232785 - https://theintercept.com/2017/05/22/para-sustentar-temer-bancada-evangelica-usa-igrejas-e-rebanhos-em-meio-aos-caos/
RS_2017-05.bz2.deduped.txt:234102 - https://theintercept.com/2017/05/22/white-house-blames-exhaustion-for-donald-trumps-islamic-terrorism-dog-whistle-in-saudi-arabia/
RS_2017-05.bz2.deduped.txt:238077 - https://theintercept.com/2017/05/23/net-neutrality-ncta/
RS_2017-05.bz2.deduped.txt:239445 - https://theintercept.com/2017/05/23/homeland-security-hires-anti-islam-activist-katharine-gorka-as-trump-makes-overtures-to-muslim-states/
RS_2017-05.bz2.deduped.txt:241859 - https://theintercept.com/2017/05/18/steven-mnuchin-goes-through-the-looking-glass-steagall-in-strange-exchange-with-elizabeth-warren/
RS_2017-05.bz2.deduped.txt:243125 - https://theintercept.com/2017/05/23/british-intelligence-warned-tony-blair-of-manchester-like-terrorism-if-the-west-invaded-iraq/
RS_2017-05.bz2.deduped.txt:243187 - https://theintercept.com/2017/05/23/media-falsely-claim-white-house-budget-spares-social-security-from-cuts/
RS_2017-05.bz2.deduped.txt:244014 - https://theintercept.com/2017/05/23/trump-called-rodrigo-duterte-to-congratulate-him-on-his-murderous-drug-war-you-are-doing-an-amazing-job/
RS_2017-05.bz2.deduped.txt:244102 - https://theintercept.com/2017/05/23/read-the-full-transcript-of-trumps-call-with-philippine-president-rodrigo-duterte/
RS_2017-05.bz2.deduped.txt:244207 - https://theintercept.com/2017/05/23/what-trump-and-duterte-said-privately-about-north-korean-nuclear-threat/
RS_2017-05.bz2.deduped.txt:244676 - https://theintercept.com/2017/05/23/read-the-full-transcript-of-trumps-call-with-philippine-president-rodrigo-duterte/?
RS_2017-05.bz2.deduped.txt:244847 - https://theintercept.com/2017/05/23/british-intelligence-warned-tony-blair-of-manchester-like-terrorism-if-the-west-invaded-iraq/?comments=1#comments
RS_2017-05.bz2.deduped.txt:244924 - https://theintercept.com/2017/05/23/read-the-full-transcript-of-trumps-call-with-philippine-president-rodrigo-duterte
RS_2017-05.bz2.deduped.txt:245801 - https://theintercept.com/2017/05/23/read-the-full-transcript-of-trumps-call-with-philippine-president-rodrigo-duterte//
RS_2017-05.bz2.deduped.txt:248788 - https://theintercept.com/2017/05/24/intercepted-podcast-donald-trump-and-his-league-of-extraordinary-despots/
RS_2017-05.bz2.deduped.txt:249307 - https://theintercept.com/2017/05/24/donald-trumps-pick-for-epa-enforcement-office-was-a-lobbyist-for-superfund-polluters/
RS_2017-05.bz2.deduped.txt:251170 - https://theintercept.com/2017/05/24/reactions-to-manchester-bombing-show-how-anti-muslim-bigots-are-useful-idiots-for-isis/
RS_2017-05.bz2.deduped.txt:251755 - http://theintercept.com/2016/04/21/listen-to-an-fbi-honeypot-on-the-job/
RS_2017-05.bz2.deduped.txt:253052 - https://theintercept.com/2017/05/24/dea-lied-to-congress-about-deadly-raid-that-killed-four-hondurans-government-report-says/
RS_2017-05.bz2.deduped.txt:254130 - https://theintercept.com/2017/05/24/lindsey-graham-on-trump-ally-rodrigo-duterte-this-is-not-a-guy-we-want-to-empower/
RS_2017-05.bz2.deduped.txt:257871 - https://theintercept.com/2017/05/24/a-chain-of-corporate-newspapers-could-make-the-difference-in-montanas-special-election/

RS_2017-05.bz2.deduped.txt:259887 - https://theintercept.com/2017/05/23/to-deepen-our-investigative-journalism-were-asking-for-reader-support/

RS_2017-05.bz2.deduped.txt:262225 - https://theintercept.com/2017/05/25/trump-admin-disclosures/

RS_2017-05.bz2.deduped.txt:263668 - https://theintercept.com/2017/05/25/anti-muslim-conspiracy-theorist-trained-senior-u-s-marshal-national-guard-members-documents-show/

RS_2017-05.bz2.deduped.txt:264381 - https://theintercept.com/2017/05/25/senators-from-both-parties-blast-outrageous-trump-call-praising-duterte-for-anti-drug-killing-spree/

RS_2017-05.bz2.deduped.txt:270065 - https://theintercept.com/2017/05/25/in-montana-race-rob-quist-had-to-fight-off-both-the-republicans-and-the-gop-aligned-local-media/

RS_2017-05.bz2.deduped.txt:270241 - https://theintercept.com/2017/05/25/russia-is-on-tv-but-health-care-was-the-central-issue-in-montanas-election/

RS_2017-05.bz2.deduped.txt:279219 - https://theintercept.com/2017/05/26/malta-files-revelations-25-million-oil-tanker-gifted-to-erdogans-family/

RS_2017-05.bz2.deduped.txt:283094 - https://theintercept.com/2017/05/27/leaked-documents-reveal-security-firms-counterterrorism-tactics-at-standing-rock-to-defeat-pipeline-insurgencies/

RS_2017-05.bz2.deduped.txt:284407 - https://theintercept.com/2017/05/27/trumps-america-first-infrastructure-plan-let-saudi-arabia-and-blackstone-take-care-of-it/

RS_2017-05.bz2.deduped.txt:284709 - https://theintercept.com/2017/05/27/leaked-documents-reveal-security-firms-counterterrorism-tactics-at-standing-rock-to-defeat-pipeline-insurgencies/?alpha_omega

RS_2017-05.bz2.deduped.txt:290616 - https://theintercept.com/2017/05/28/donald-trumps-war-on-journalism-has-begun-but-journalists-are-not-his-main-target/

RS_2017-05.bz2.deduped.txt:291085 - https://theintercept.com/2017/05/28/villagers-say-yemeni-child-was-shot-as-he-tried-to-flee-navy-seal-raid/

RS_2017-05.bz2.deduped.txt:297996 - https://theintercept.com/2017/05/29/bethune-cookman-actually-had-a-reason-to-invite-betsy-devos-to-give-that-calamatous-commencement-speech/

RS_2017-05.bz2.deduped.txt:298396 - https://theintercept.com/2017/05/29/we-need-memorial-day-to-obscure-the-unbearable-truth-about-war/

RS_2017-05.bz2.deduped.txt:298413 - https://theintercept.com/2017/05/29/bethune-cookman-actually-had-a-reason-to-invite-betsy-devos-to-give-that-calamatous-commencement-speech/?comments=1#comments

RS_2017-05.bz2.deduped.txt:300232 - https://theintercept.com/2017/05/29/the-democratic-campaign-for-georgia-governor-is-being-fought-over-free-college/

RS_2017-05.bz2.deduped.txt:301172 - https://theintercept.com/2017/05/29/pm-que-chamou-manifestante-de-terrorista-em-goias-e-acusado-de-execucao-ameacar-juiz-e-mais/

RS_2017-05.bz2.deduped.txt:303720 - https://theintercept.com/2017/05/29/putin-looks-macron-says-russian-state-news-channels-spread-lies/

RS_2017-05.bz2.deduped.txt:309233 - https://theintercept.com/2017/05/30/the-u-s-has-ramped-up-airstrikes-against-isis-in-raqqa-and-syrian-civilians-are-paying-the-price/

RS_2017-05.bz2.deduped.txt:309442 - https://theintercept.com/2017/05/30/gun-rights-group-takes-a-shot-at-elizabeth-warren-over-effort-to-make-hearing-aids-cheaper/

RS_2017-05.bz2.deduped.txt:310344 - https://theintercept.com/2017/05/27/leaked-documents-reveal-security-firms-counterterrorism-tactics-at-standing-rock-to-defeat-pipeline-insurgencies/?comments=1#comments

RS_2017-05.bz2.deduped.txt:317778 - https://theintercept.com/2017/05/30/the-u-s-has-released-417-alleged-terrorists-since-911-the-latest-owned-an-islamic-bookstore/
RS_2017-05.bz2.deduped.txt:319063 - https://theintercept.com/2017/05/31/intercepted-podcast-theres-something-about-jared/
RS_2017-05.bz2.deduped.txt:321227 - https://theintercept.com/2015/06/17/hayden-mocks-extent-post-snowden-surveillance-reform-2-years-cool/
RS_2017-05.bz2.deduped.txt:324001 - https://theintercept.com/2017/05/31/the-numbers-dont-lie-white-far-right-terrorists-pose-a-clear-danger-to-us-all/
RS_2017-05.bz2.deduped.txt:326351 - https://theintercept.com/2017/05/31/uk-polls-tighten-jeremy-corbyn-mocks-theresa-may-refusing-attend-debate/
RS_2017-01.bz2.deduped.txt:9409 - https://theintercept.com/2017/01/02/i-dont-think-were-free-in-america-an-interview-with-bryan-stevenson/
RS_2017-01.bz2.deduped.txt:17526 - http://theintercept.com/2014/02/24/jtrig-manipulation/
RS_2017-01.bz2.deduped.txt:21999 - https://theintercept.com/2017/01/03/treasury-nominee-steve-mnuchins-bank-accused-of-widespread-misconduct-in-leaked-memo/
RS_2017-01.bz2.deduped.txt:28917 - https://theintercept.com/2017/01/04/washpost-is-richly-rewarded-for-false-news-about-russia-threat-while-public-is-deceived/
RS_2017-01.bz2.deduped.txt:30756 - https://theintercept.com/2017/01/04/washpost-is-richly-rewarded-for-false-news-about-russia-threat-while-public-is-deceived/?comments=1#comments
RS_2017-01.bz2.deduped.txt:31715 - http://theintercept.com/2017/01/04/washpost-is-richly-rewarded-for-false-news-about-russia-threat-while-public-is-deceived/
RS_2017-01.bz2.deduped.txt:32366 - https://theintercept.com/2017/01/04/the-u-s-government-thinks-thousands-of-russian-hackers-are-reading-my-blog-they-arent/
RS_2017-01.bz2.deduped.txt:33836 - https://theintercept.com/2017/01/04/senators-threaten-to-cut-worldwide-embassy-security-if-u-s-doesnt-move-its-israeli-embassy-to-jerusalem/
RS_2017-01.bz2.deduped.txt:38206 - https://theintercept.com/2017/01/04/the-u-s-government-thinks-thousands-of-russian-hackers-are-reading-my-blog-they-arent
RS_2017-01.bz2.deduped.txt:38353 - https://theintercept.com/2017/01/04/washpost-is-richly-rewarded-for-false-news-about-russia-threat-while-public-is-deceived
RS_2017-01.bz2.deduped.txt:40828 - https://theintercept.com/2017/01/05/corporations-prepare-to-gorge-on-tax-cuts-trump-claims-will-create-jobs/
RS_2017-01.bz2.deduped.txt:41057 - https://theintercept.com/2017/01/05/realidade-virtual-possibilita-vigilancia-digital-ainda-mais-intima-e-detalhada/
RS_2017-01.bz2.deduped.txt:43815 - https://theintercept.com/2017/01/05/alleged-target-of-drone-strike-that-killed-american-teenager-is-alive-according-to-state-department/
RS_2017-01.bz2.deduped.txt:45011 - https://theintercept.com/2017/01/05/kamala-harris-fails-to-explain-why-she-didnt-prosecute-steven-mnuchins-bank/
RS_2017-01.bz2.deduped.txt:47117 - https://theintercept.com/2017/01/05/israelis-want-soldier-executed-wounded-palestinian-suspect-camera-go-free/
RS_2017-01.bz2.deduped.txt:52516 - https://theintercept.com/2017/01/06/paul-ryan-lobbyist/
RS_2017-01.bz2.deduped.txt:54962 - https://theintercept.com/2017/01/06/facebooks-new-head-of-news-partnerships-campbell-brown-has-deep-ties-to-trump-nominee/
RS_2017-01.bz2.deduped.txt:56566 - https://theintercept.com/2017/01/06/paul-ryan-lobbyist
RS_2017-01.bz2.deduped.txt:56579 - https://theintercept.com/2017/01/05/alleged-target-of-drone-strike-that-killed-american-teenager-is-alive-according-to-state-department

RS_2017-01.bz2.deduped.txt:56599 - https://theintercept.com/2017/01/05/israelis-want-soldier-executed-wounded-palestinian-suspect-camera-go-free

RS_2017-01.bz2.deduped.txt:57615 - https://theintercept.com/2017/01/06/trump-already-demanding-leak-investigation-and-hes-not-even-president-yet/

RS_2017-01.bz2.deduped.txt:57692 - https://theintercept.com/2017/01/06/underwhelming-intel-report-shows-need-for-congressional-investigation-of-dnc-hack/

RS_2017-01.bz2.deduped.txt:58014 - https://theintercept.com/2017/01/06/facebooks-new-head-of-news-partnerships-campbell-brown-has-deep-ties-to-trump-nominee

RS_2017-01.bz2.deduped.txt:58132 - http://theintercept.com/2017/01/06/paul-ryan-lobbyist

RS_2017-01.bz2.deduped.txt:58255 - https://theintercept.com/2016/12/31/russia-hysteria-infects-washpost-again-false-story-about-hacking-u-s-electric-grid

RS_2017-01.bz2.deduped.txt:61625 - https://theintercept.com/2017/01/04/the-u-s-government-thinks-thousands-of-russian-hackers-are-reading-my-blog-they-arent//

RS_2017-01.bz2.deduped.txt:62221 - https://theintercept.com/2017/01/07/gop-2017-business/

RS_2017-01.bz2.deduped.txt:62499 - https://theintercept.com/2017/01/07/donald-trumps-pick-for-spy-chief-took-hard-line-on-snowden-guantanamo-and-torture/

RS_2017-01.bz2.deduped.txt:66559 - https://theintercept.com/2017/01/07/gop-2017-business

RS_2017-01.bz2.deduped.txt:68611 - https://theintercept.com/2014/08/12/nprs-dina-temple-raston-passed-cia-funded-nsa-contractor-independent-fear-monger-snowden-reporting/

RS_2017-01.bz2.deduped.txt:68797 - https://theintercept.com/2017/01/08/as-families-in-charleston-share-stories-and-pain-dylann-roof-shows-no-remorse/

RS_2017-01.bz2.deduped.txt:72906 - http://theintercept.com/2017/01/04/the-u-s-government-thinks-thousands-of-russian-hackers-are-reading-my-blog-they-arent/

RS_2017-01.bz2.deduped.txt:81727 - https://theintercept.com/2017/01/09/the-law-says-a-civilian-must-run-the-pentagon-does-gen-mattis-deserve-an-exception/

RS_2017-01.bz2.deduped.txt:82674 - https://theintercept.com/2017/01/09/u-s-decline-to-banana-republic-accelerates-as-trump-places-son-in-law-jared-kushner-in-white-house/

RS_2017-01.bz2.deduped.txt:82683 - https://theintercept.com/2017/01/09/trumps-lie-watching-celebrations-911-lurks-beneath-mockery-reporter/

RS_2017-01.bz2.deduped.txt:86622 - https://theintercept.com/2017/01/10/rikers-island-strip-search-new-york-city-jails-visitors/

RS_2017-01.bz2.deduped.txt:87086 - https://theintercept.com/2017/01/10/agronegocio-na-amazonia-logistica-e-tecnologia-sustentam-modelo-colonialista/

RS_2017-01.bz2.deduped.txt:87199 - https://theintercept.com/2017/01/10/the-crimes-of-seal-team-6/

RS_2017-01.bz2.deduped.txt:87343 - https://theintercept.com/2017/01/10/watch-how-casually-false-claims-are-published-nyt-and-nicholas-lemann-edition/

RS_2017-01.bz2.deduped.txt:89189 - https://theintercept.com/2017/01/10/as-attorney-general-jeff-sessions-would-destroy-the-dojs-crown-jewel/

RS_2017-01.bz2.deduped.txt:92402 - https://theintercept.com/2017/01/10/would-dylann-roofs-execution-bring-justice-families-of-victims-grapple-with-forgiveness-and-death/

RS_2017-01.bz2.deduped.txt:92684 - https://theintercept.com/liveblogs/hearings/homeland-security-nominee-gen-john-kelly-has-been-quietly-working-for-a-major-defense-contractor/

RS_2017-01.bz2.deduped.txt:93451 - https://theintercept.com/liveblogs/hearings/how-sessions-feels-about-being-called-a-racist-is-irrelevant/

RS_2017-01.bz2.deduped.txt:94310 - https://theintercept.com/2017/01/10/trump-names-anti-vaccine-activist-robert-kennedy-jr-lead-panel-vaccine-safety/
RS_2017-01.bz2.deduped.txt:99736 - https://theintercept.com/2017/01/11/after-15-years-prisoners-at-guantanamo-face-more-uncertainty-than-ever/
RS_2017-01.bz2.deduped.txt:100358 - https://theintercept.com/2017/01/11/the-deep-state-goes-to-war-with-president-elect-using-unverified-claims-as-dems-cheer/
RS_2017-01.bz2.deduped.txt:100903 - https://theintercept.com/2017/01/11/the-deep-state-goes-to-war-with-president-elect-using-unverified-claims-as-dems-cheer/?comments=1#comments
RS_2017-01.bz2.deduped.txt:101051 - http://theintercept.com/2017/01/11/the-deep-state-goes-to-war-with-president-elect-using-unverified-claims-as-dems-cheer/
RS_2017-01.bz2.deduped.txt:102416 - https://theintercept.com/2017/01/11/pharma-and-lockheed-martin-stocks-tumble-after-trump-criticizes-waste-and-sweetheart-deals/
RS_2017-01.bz2.deduped.txt:104662 - https://theintercept.com/2017/01/11/donald-trump-wont-give-up-his-brand-to-be-president/
RS_2017-01.bz2.deduped.txt:105639 - https://theintercept.com/2017/01/11/donald-trump-contradicts-himself-and-reality-at-press-conference/
RS_2017-01.bz2.deduped.txt:108637 - https://theintercept.com/2017/01/12/trump-kelly-disclosure/
RS_2017-01.bz2.deduped.txt:114123 - https://theintercept.com/2017/01/12/rex-tillerson-wants-to-provide-saudi-arabia-with-more-help-to-bomb-yemen/
RS_2017-01.bz2.deduped.txt:116689 - https://theintercept.com/leak/
RS_2017-01.bz2.deduped.txt:117148 - https://theintercept.com/2017/01/12/rex-tillerson-doesnt-sound-like-a-climate-denier-but-he-acts-like-one/
RS_2017-01.bz2.deduped.txt:117280 - https://theintercept.com/2017/01/12/cory-booker-joins-senate-republicans-to-kill-measure-to-import-cheaper-medicine-from-canada/
RS_2017-01.bz2.deduped.txt:117335 - https://theintercept.com/2017/01/12/pompeo-goes-dark-in-cia-nomination-hearing/
RS_2017-01.bz2.deduped.txt:126675 - https://theintercept.com/2017/01/13/obama-opens-nsas-vast-trove-of-warrantless-data-to-entire-intelligence-community-just-in-time-for-trump/
RS_2017-01.bz2.deduped.txt:127414 - https://theintercept.com/2017/01/13/down-to-the-wire-obamas-doj-issues-scathing-report-on-systemic-abuse-within-chicago-police/
RS_2017-01.bz2.deduped.txt:130458 - https://theintercept.com/liveblogs/hearings/
RS_2017-01.bz2.deduped.txt:130965 - https://static.theintercept.com/amp/cory-booker-joins-senate-republicans-to-kill-measure-to-import-cheaper-medicine-from-canada.html
RS_2017-01.bz2.deduped.txt:133488 - https://theintercept.com/2017/01/14/dow-chemical-wants-farmers-to-keep-using-a-pesticide-linked-to-autism-and-adhd/
RS_2017-01.bz2.deduped.txt:134474 - https://theintercept.com/2017/01/14/complaints-describes-border-agents-interrogating-muslim-americans-asking-for-social-media-accounts/
RS_2017-01.bz2.deduped.txt:137721 - https://theintercept.com/2017/01/11/ministerio-publico-pede-indenizacao-r-10-milhoes-para-vitimas-da-operacao-eldorado/
RS_2017-01.bz2.deduped.txt:140885 - https://theintercept.com/2017/01/13/obama-opens-nsas-vast-trove-of-warrantless-data-to-entire-intelligence-community-just-in-time-for-trump//
RS_2017-01.bz2.deduped.txt:141589 - https://theintercept.com/2017/01/15/the-horror-of-the-iraq-war-one-hundred-years-from-now/
RS_2017-01.bz2.deduped.txt:142022 - http://m.theintercept.com/2017/01/13/obama-opens-nsas-vast-trove-of-warrantless-data-to-entire-intelligence-community-just-in-time-for-trump/

RS_2017-01.bz2.deduped.txt:144729 - https://theintercept.com/2017/01/13/obama-opens-nsas-vast-trove-of-warrantless-data-to-entire-intelligence-community-just-in-time-for-trump

RS_2017-01.bz2.deduped.txt:149461 - https://theintercept.com/2017/01/16/jeremy-corbyn-accused-of-being-russian-collaborator-for-questioning-nato-troop-build-up-on-border/

RS_2017-01.bz2.deduped.txt:149840 - https://theintercept.com/2017/01/16/the-real-reason-any-russian-meddling-is-an-emergency/

RS_2017-01.bz2.deduped.txt:149970 - https://theintercept.com/2017/01/16/what-the-santa-clausification-of-martin-luther-king-jr-leaves-out/

RS_2017-01.bz2.deduped.txt:153632 - https://theintercept.com/2017/01/16/regime-de-seguranca-maxima-nao-limita-o-poder-dos-lideres-do-trafico/

RS_2017-01.bz2.deduped.txt:160160 - https://theintercept.com/2017/01/17/exxonmobil-state-department/

RS_2017-01.bz2.deduped.txt:163239 - https://theintercept.com/2017/01/17/epa-under-scott-pruitt-could-cost-the-u-s-billions-in-additional-health-care-costs/

RS_2017-01.bz2.deduped.txt:163742 - https://theintercept.com/2017/01/17/chao-trump-wellsfargo/

RS_2017-01.bz2.deduped.txt:165175 - https://theintercept.com/2017/01/17/notorious-mercenary-erik-prince-is-advising-trump-from-the-shadows/

RS_2017-01.bz2.deduped.txt:166080 - https://theintercept.com/2017/01/17/homeland-security-pick-gen-john-kelly-fails-to-disclose-ties-to-defense-contractors/

RS_2017-01.bz2.deduped.txt:166382 - https://theintercept.com/2017/01/17/chelsea-manning-will-be-free-in-may/

RS_2017-01.bz2.deduped.txt:168441 - https://theintercept.com/2017/01/17/betsy-devos-an-heiress-bashes-tuition-free-college-theres-nothing-in-life-thats-truly-free/

RS_2017-01.bz2.deduped.txt:169479 - https://theintercept.com/2017/01/17/ministro-de-temer-diz-que-solucao-para-violencia-e-seguir-projeto-falido-de-conselheiro-de-trump/

RS_2017-01.bz2.deduped.txt:169534 - https://theintercept.com/2016/12/06/disinformation-not-fake-news-got-trump-elected

RS_2017-01.bz2.deduped.txt:171970 - https://theintercept.com/2017/01/17/notorious-mercenary-erik-prince-is-advising-trump-from-the-shadows/??

RS_2017-01.bz2.deduped.txt:172317 - https://theintercept.com/2017/01/18/why-donald-trumps-pro-assad-stance-wont-end-syrias-turmoil/

RS_2017-01.bz2.deduped.txt:173528 - https://theintercept.com/2017/01/18/seal-team-6-responds-to-the-intercepts-investigation-of-its-war-crimes/

RS_2017-01.bz2.deduped.txt:174425 - https://theintercept.com/2017/01/18/tom-perez-dnc/

RS_2017-01.bz2.deduped.txt:175177 - https://theintercept.com/2017/01/18/interior-pick-ryan-zinke-vows-to-review-obamas-safeguards-against-fossil-fuel-extraction/

RS_2017-01.bz2.deduped.txt:175334 - https://theintercept.com/2017/01/17/massacres-em-prisoes-sao-resultados-da-politica-de-seguranca-esperada-pela-sociedade/

RS_2017-01.bz2.deduped.txt:175637 - http://theintercept.com/2017/01/18/tom-perez-dnc/

RS_2017-01.bz2.deduped.txt:175711 - https://theintercept.com/2017/01/18/trump-education-nominee-betsy-devos-lied-to-the-senate/

RS_2017-01.bz2.deduped.txt:176523 - https://theintercept.com/2017/01/18/obamas-pardon-of-gen-james-cartwright-is-a-new-twist-in-the-war-on-leaks/

RS_2017-01.bz2.deduped.txt:177187 - https://theintercept.com/2017/01/18/russia-allows-edward-snowden-to-remain-through-2020/

RS_2017-01.bz2.deduped.txt:179342 - https://theintercept.com/2017/01/18/wikileaks-founders-fate-uncertain-following-manning-commutation/
RS_2017-01.bz2.deduped.txt:184409 - https://theintercept.com/2017/01/19/republican-lawmakers-in-five-states-propose-bills-to-criminalize-peaceful-protest/
RS_2017-01.bz2.deduped.txt:186133 - https://theintercept.com/2017/01/19/trump-dhs-surveillance/
RS_2017-01.bz2.deduped.txt:186235 - https://theintercept.com/2017/01/19/treasury-pick-steve-mnuchin-denies-it-but-victims-describe-his-bank-as-a-foreclosure-machine/
RS_2017-01.bz2.deduped.txt:186897 - https://theintercept.com/2017/01/19/trump-inauguration-parties/
RS_2017-01.bz2.deduped.txt:188407 - https://theintercept.com/2017/01/18/seal-team-6-responds-to-the-intercepts-investigation-of-its-war-crimes/?comments=1#comments
RS_2017-01.bz2.deduped.txt:191557 - https://theintercept.com/2017/01/19/major-fake-news-operation-tracked-back-republican-operative/
RS_2017-01.bz2.deduped.txt:191712 - https://theintercept.com/2017/01/19/rudy-giuliani-kicks-off-inauguration-lunch-with-911-sex-joke/
RS_2017-01.bz2.deduped.txt:191845 - https://theintercept.com/2017/01/19/israeli-lawmakers-celebrate-the-new-king-of-the-united-states-with-evangelicals/
RS_2017-01.bz2.deduped.txt:192286 - https://theintercept.com/podcasts/
RS_2017-01.bz2.deduped.txt:196083 - https://theintercept.com/2017/01/20/small-plane-crash-that-killed-brazils-key-corruption-judge-demands-investigation-and-protection-from-temer/
RS_2017-01.bz2.deduped.txt:197345 - https://theintercept.com/2017/01/20/welcome-to-the-united-states-of-emergency/
RS_2017-01.bz2.deduped.txt:199118 - https://theintercept.com/2017/01/20/encrypted-email-service-once-used-by-edward-snowden-to-relaunch/
RS_2017-01.bz2.deduped.txt:199182 - https://theintercept.com/2017/01/20/washington-post-reporter-thrown-to-the-ground-by-d-c-police-at-violent-protest/
RS_2017-01.bz2.deduped.txt:199612 - https://theintercept.com/2017/01/20/donald-trump-preaches-angry-nationalism-while-practicing-goldman-sachs-capitalism/
RS_2017-01.bz2.deduped.txt:200973 - https://theintercept.com/2017/01/20/on-his-first-day-in-office-trump-raises-taxes-on-middle-class-homebuyers/
RS_2017-01.bz2.deduped.txt:201229 - https://theintercept.com/2017/01/20/donald-trump-is-president-this-is-what-we-do-next/
RS_2017-01.bz2.deduped.txt:201875 - https://theintercept.com/2017/01/20/internal-list-shows-president-trump-was-sworn-in-next-to-his-vip-donors/
RS_2017-01.bz2.deduped.txt:205835 - https://theintercept.com/2017/01/21/carnificina-em-cadeias-mostra-que-jeitinho-das-autoridades-para-lidar-com-massa-carceraria-tem-limite/
RS_2017-01.bz2.deduped.txt:206530 - https://theintercept.com/2017/01/21/anything-at-all-can-happen-in-the-age-of-trump/
RS_2017-01.bz2.deduped.txt:207126 - https://theintercept.com/2017/01/21/popular-selfie-app-sending-user-data-to-china-researchers-say/
RS_2017-01.bz2.deduped.txt:207499 - https://theintercept.com/2017/01/21/women-march-washington-cities-defy-trump/
RS_2017-01.bz2.deduped.txt:208454 - https://theintercept.com/2017/01/21/identify-trump-donors/

RS_2017-01.bz2.deduped.txt:210364 - https://theintercept.com/2017/01/21/welcome-to-your-first-day-we-wont-go-away-scenes-from-the-womens-march-in-d-c/
RS_2017-01.bz2.deduped.txt:211077 - https://theintercept.com/2017/01/21/faces-from-the-womens-march-on-washington/
RS_2017-01.bz2.deduped.txt:213643 - https://theintercept.com/2017/01/22/kentuckys-new-fetal-pain-law-like-most-abortion-restrictions-is-based-on-junk-science/
RS_2017-01.bz2.deduped.txt:215999 - https://theintercept.com/2017/01/22/cia-nominee-leaves-door-open-to-torture-making-senate-vote-a-test-of-principles/
RS_2017-01.bz2.deduped.txt:218482 - https://theintercept.com/2017/01/22/observable-reality-1-trump-white-house-0/
RS_2017-01.bz2.deduped.txt:225149 - https://theintercept.com/2017/01/23/lawmakers-in-eight-states-have-proposed-laws-criminalizing-peaceful-protest/
RS_2017-01.bz2.deduped.txt:228260 - https://theintercept.com/2017/01/22/o-caso-de-racismo-contra-ludmilla-e-a-midia-reacionaria/
RS_2017-01.bz2.deduped.txt:228591 - https://theintercept.com/2017/01/23/donald-trumps-public-inaugural-balls-divided-high-dollar-low-dollar-donors-documents-show/
RS_2017-01.bz2.deduped.txt:230419 - https://theintercept.com/2017/01/23/14-senate-democrats-fall-in-line-behind-trump-cia-pick-who-left-door-open-to-torture/
RS_2017-01.bz2.deduped.txt:236327 - https://theintercept.com/2017/01/24/malnourished-prisoners-death-reveals-horrific-conditions-in-a-texas-prison/
RS_2017-01.bz2.deduped.txt:238341 - https://theintercept.com/2017/01/24/get-ready-for-the-first-shocks-of-trumps-disaster-capitalism/
RS_2017-01.bz2.deduped.txt:239113 - https://theintercept.com/2017/01/24/trump-doj-gerrymander/
RS_2017-01.bz2.deduped.txt:240082 - http://theintercept.com/2017/01/23/14-senate-democrats-fall-in-line-behind-trump-cia-pick-who-left-door-open-to-torture/
RS_2017-01.bz2.deduped.txt:240377 - https://theintercept.com/2017/01/23/14-senate-democrats-fall-in-line-behind-trump-cia-pick-who-left-door-open-to-torture/?comments=1#comments
RS_2017-01.bz2.deduped.txt:247507 - https://theintercept.com/2017/01/24/get-ready-for-the-first-shocks-of-trumps-disaster-capitalism
RS_2017-01.bz2.deduped.txt:248285 - https://theintercept.com/2017/01/25/seymour-hersh-blasts-media-for-uncritically-promoting-russian-hacking-story/
RS_2017-01.bz2.deduped.txt:249049 - https://theintercept.com/2017/01/25/demissao-em-massa-no-conselho-nacional-de-politica-criminal-e-penitenciaria-do-ministerio-da-justica/
RS_2017-01.bz2.deduped.txt:249795 - https://theintercept.com/2017/01/25/mnuchin-lied-about-his-banks-history-of-robo-signing-foreclosure-documents/
RS_2017-01.bz2.deduped.txt:250579 - https://theintercept.com/2017/01/25/intercepted-podcast-the-clock-strikes-13-and-donald-trump-is-president/
RS_2017-01.bz2.deduped.txt:253985 - https://theintercept.com/2017/01/25/trumps-muslim-immigration-executive-order-if-we-bombed-you-we-ban-you/
RS_2017-01.bz2.deduped.txt:254037 - https://theintercept.com/2017/01/25/draft-executive-order-on-secret-cia-prisons-signals-a-return-to-the-darkness-of-the-post-911-period/
RS_2017-01.bz2.deduped.txt:255919 - https://theintercept.com/2017/01/25/intel-panel-member-calls-for-911-style-joint-investigation-into-russian-hacking/
RS_2017-01.bz2.deduped.txt:256278 - https://theintercept.com/2017/01/25/just-5-clicks-internet-survey-inspired-trumps-claim-millions-voted-illegally/

RS_2017-01.bz2.deduped.txt:258672 - https://theintercept.com/2017/01/26/prepare-se-para-o-capitalismo-do-desastre-de-trump/
RS_2017-01.bz2.deduped.txt:261814 - https://theintercept.com/2017/01/26/government-scientists-at-u-s-climate-conference-terrified-to-speak-with-the-press/
RS_2017-01.bz2.deduped.txt:262845 - https://theintercept.com/2017/01/25/um-funeral-para-a-universidade-publica-de-qualidade/
RS_2017-01.bz2.deduped.txt:263419 - https://theintercept.com/2017/01/26/donald-trump-is-using-a-private-gmail-account-to-secure-the-most-powerful-twitter-account-in-the-world/
RS_2017-01.bz2.deduped.txt:263648 - https://theintercept.com/2017/01/26/a-hostile-act-mexico-braces-for-trumps-border-wall/
RS_2017-01.bz2.deduped.txt:263725 - https://theintercept.com/2017/01/26/trumps-obsession-with-faux-election-fraud-sets-the-stage-for-federal-voter-suppression/
RS_2017-01.bz2.deduped.txt:263784 - https://theintercept.com/2017/01/26/senator-demands-treasury-nominee-steve-mnuchin-tell-the-truth-about-robo-signing/
RS_2017-01.bz2.deduped.txt:264671 - https://theintercept.com/2017/01/26/executive-orders-are-normal-trumps-are-only-appalling-because-of-what-they-say/
RS_2017-01.bz2.deduped.txt:273847 - https://theintercept.com/2017/01/27/u-s-seeks-to-double-video-surveillance-towers-along-mexican-border/
RS_2017-01.bz2.deduped.txt:274269 - https://theintercept.com/2017/01/27/federal-reserve-bankers-mocked-unemployed-americans-behind-closed-doors/
RS_2017-01.bz2.deduped.txt:275256 - https://theintercept.com/2017/01/27/texas-is-leading-the-right-wing-crusade-against-planned-parenthood/
RS_2017-01.bz2.deduped.txt:276885 - https://theintercept.com/2017/01/27/coal-doj-trump/
RS_2017-01.bz2.deduped.txt:278077 - https://theintercept.com/2017/01/27/the-president-of-the-united-states-explicitly-endorses-torture-a-crime-against-humanity/
RS_2017-01.bz2.deduped.txt:279346 - https://theintercept.com/2017/01/27/a-coalition-of-scientists-keeps-watch-on-the-u-s-governments-climate-data/
RS_2017-01.bz2.deduped.txt:282809 - https://theintercept.com/2017/01/28/trumps-muslim-ban-is-culmination-of-war-on-terror-mentality-but-still-uniquely-shameful/
RS_2017-01.bz2.deduped.txt:282901 - https://theintercept.com/2017/01/28/deported-mothers-separated-from-their-children-wait-in-limbo-at-the-border/
RS_2017-01.bz2.deduped.txt:285456 - https://theintercept.com/2017/01/28/protesters-demand-release-refugees-jfk-trumps-muslim-ban-sows-chaos/
RS_2017-01.bz2.deduped.txt:286910 - https://theintercept.com/2017/01/28/trumps-muslim-ban-is-culmination-of-war-on-terror-mentality-but-still-uniquely-shameful
RS_2017-01.bz2.deduped.txt:289777 - https://theintercept.com/2017/01/29/trumps-muslim-ban-triggers-chaos-heartbreak-and-resistance/
RS_2017-01.bz2.deduped.txt:291206 - https://theintercept.com/2017/01/29/should-officials-resign-when-the-government-goes-crazy/
RS_2017-01.bz2.deduped.txt:293853 - https://theintercept.com/2017/01/29/silicon-valley-is-letting-trump-get-away-with-it/
RS_2017-01.bz2.deduped.txt:297472 - https://theintercept.com/2017/01/29/trumps-executive-order-no-longer-bars-green-card-holders/
RS_2017-01.bz2.deduped.txt:299735 - https://theintercept.com/2017/01/30/obama-killed-a-16-year-old-american-in-yemen-trump-just-killed-his-8-year-old-sister/

RS_2017-01.bz2.deduped.txt:300296 - https://theintercept.com/2017/01/30/obama-killed-a-16-year-old-american-in-yemen-trump-just-killed-his-8-year-old-sister/?comments=1#comments
RS_2017-01.bz2.deduped.txt:302304 - https://theintercept.com/2017/01/30/iranians-in-u-s-can-never-feel-safe-anymore-after-muslim-ban/
RS_2017-01.bz2.deduped.txt:302918 - https://theintercept.com/2017/01/30/protesters-grill-democratic-senator-about-his-vote-for-trumps-cia-chief/
RS_2017-01.bz2.deduped.txt:303599 - https://theintercept.com/2017/01/10/the-crimes-of-seal-team-6/?/
RS_2017-01.bz2.deduped.txt:303666 - https://theintercept.com/2017/01/30/o-ataque-aos-bancos-publicos-brasileiros-serve-para-justificar-o-retorno-das-privatizacoes/
RS_2017-01.bz2.deduped.txt:304854 - https://theintercept.com/2017/01/30/suspect-in-quebec-mosque-attack-quickly-depicted-as-a-moroccan-muslim-hes-a-white-nationalist/
RS_2017-01.bz2.deduped.txt:305586 - https://theintercept.com/2017/01/30/suspect-in-quebec-mosque-attack-quickly-depicted-as-a-moroccan-muslim-hes-a-white-nationalist/?comments=1#comments
RS_2017-01.bz2.deduped.txt:306971 - https://theintercept.com/2017/01/30/obama-killed-a-16-year-old-american-in-yemen-trump-just-killed-his-8-year-old-sister/?
RS_2017-01.bz2.deduped.txt:307512 - https://theintercept.com/2017/01/30/mnuchin-again-denies-robo-signing-despite-yet-more-evidence-he-is-lying/
RS_2017-01.bz2.deduped.txt:307675 - https://theintercept.com/2017/01/30/americas-deportation-agents-love-trumps-ban-rely-breitbart-news/
RS_2017-01.bz2.deduped.txt:308280 - https://theintercept.com/2017/01/30/asylum-officials-and-state-department-in-turmoil-there-are-people-literally-crying-in-the-office-here/
RS_2017-01.bz2.deduped.txt:312289 - https://theintercept.com/2017/01/31/secret-rules-make-it-pretty-easy-for-the-fbi-to-spy-on-journalists-2/
RS_2017-01.bz2.deduped.txt:312538 - https://theintercept.com/2017/01/31/undercover-fbi-agents-swarm-the-internet-seeking-contact-with-terrorists/
RS_2017-01.bz2.deduped.txt:312539 - https://theintercept.com/2017/01/31/the-fbi-has-quietly-investigated-white-supremacist-infiltration-of-law-enforcement/
RS_2017-01.bz2.deduped.txt:312557 - https://theintercept.com/2017/01/31/in-secret-battle-surveillance-court-reined-in-fbi-use-of-information-obtained-from-phone-calls-2/
RS_2017-01.bz2.deduped.txt:312558 - https://theintercept.com/2017/01/31/despite-anti-profiling-rules-the-fbi-uses-race-and-religion-when-deciding-who-to-target/
RS_2017-01.bz2.deduped.txt:312559 - https://theintercept.com/2017/01/31/national-security-letters-demand-data-that-companies-arent-obligated-to-provide/
RS_2017-01.bz2.deduped.txt:312560 - https://theintercept.com/2017/01/31/hidden-loopholes-allow-fbi-agents-to-infiltrate-political-and-religious-groups/
RS_2017-01.bz2.deduped.txt:312561 - https://theintercept.com/2017/01/31/based-on-a-vague-tip-the-feds-can-surveil-anyone/
RS_2017-01.bz2.deduped.txt:312562 - https://theintercept.com/2017/01/31/how-the-fbi-conceals-its-payments-to-confidential-sources/
RS_2017-01.bz2.deduped.txt:312563 - https://theintercept.com/2017/01/31/when-informants-are-no-longer-useful-the-fbi-can-help-deport-them/
RS_2017-01.bz2.deduped.txt:312564 - https://theintercept.com/2017/01/31/the-fbi-gives-itself-lots-of-rope-to-pull-in-informants/
RS_2017-01.bz2.deduped.txt:312622 - https://theintercept.com/series/the-fbis-secret-rules/

RS_2017-01.bz2.deduped.txt:312822 - https://theintercept.com/2017/01/31/secret-docs-reveal-president-trump-has-inherited-an-fbi-with-vast-hidden-powers/
RS_2017-01.bz2.deduped.txt:314577 - https://theintercept.com/series/the-fbis-secret-rules/?utm_source=digg&utm_medium=email
RS_2017-01.bz2.deduped.txt:318138 - https://theintercept.com/2017/01/31/senate-democrats-citing-lies-stall-votes-on-trumps-nominations-of-mnuchin-and-price/
RS_2017-01.bz2.deduped.txt:318340 - https://theintercept.com/2017/01/31/new-state-department-dissent-memo-by-the-time-the-ban-is-lifted-my-son-is-going-to-be-dead-from-cancer/
RS_2017-01.bz2.deduped.txt:318501 - https://theintercept.com/2017/01/31/secret-docs-reveal-president-trump-has-inherited-an-fbi-with-vast-hidden-powers/?hn
RS_2017-01.bz2.deduped.txt:319704 - https://theintercept.com/2017/01/31/in-just-10-days-president-trump-has-split-the-government-into-warring-factions/
RS_2017-09.bz2.deduped.txt:1289 - https://theintercept.com/2017/08/31/new-america-google-open-markets-barry-lynn-anne-marie-slaughter/
RS_2017-09.bz2.deduped.txt:5205 - https://theintercept.com/2017/09/01/charlie-hebdo-may-now-be-criticized-because-they-mocked-white-texans-rather-than-muslims/
RS_2017-09.bz2.deduped.txt:6125 - https://theintercept.com/2017/09/01/reality-winner-miranda-rights-trial-confession-nsa-leaker/
RS_2017-09.bz2.deduped.txt:6718 - https://theintercept.com/2017/09/01/charlie-hebdo-may-now-be-criticized-because-they-mocked-white-texans-rather-than-muslims/?comments=1#comments
RS_2017-09.bz2.deduped.txt:7481 - https://theintercept.com/2017/09/01/illinois-democrat-picks-democratic-socialist-as-running-mate-for-gubernatorial-run/
RS_2017-09.bz2.deduped.txt:10874 - https://theintercept.com/2017/08/30/esquerda-norte-americana-quer-criminalizar-o-discurso-de-odio-mas-historico-europeu-mostra-que-o-feitico-pode-se-virar-contra-o-feiticeiro/
RS_2017-09.bz2.deduped.txt:10960 - https://theintercept.com/2017/09/01/policia-investiga-massacre-de-indios-isolados-enquanto-ruralistas-avancam-sobre-a-amazonia/
RS_2017-09.bz2.deduped.txt:11600 - https://theintercept.com/2017/09/01/charlie-hebdo-may-now-be-criticized-because-they-mocked-white-texans-rather-than-muslims
RS_2017-09.bz2.deduped.txt:13994 - https://theintercept.com/2017/09/02/memphis-wants-to-remove-statue-honoring-kkk-grand-wizard-nathan-bedford-forrest/
RS_2017-09.bz2.deduped.txt:14641 - https://static.theintercept.com/amp/google-funded-think-tank-fired-google-critics-after-they-dared-criticize-google.html
RS_2017-09.bz2.deduped.txt:16450 - https://theintercept.com/2017/09/02/harvey-texas-congress-prague-castle-john-carter-henry-cuellar/
RS_2017-09.bz2.deduped.txt:21524 - https://theintercept.com/2017/09/03/the-fbi-pressured-a-lonely-young-man-into-a-bomb-plot-he-tried-to-back-out-now-hes-serving-life-in-prison/
RS_2017-09.bz2.deduped.txt:30541 - https://theintercept.com/2017/09/04/undercover-in-north-korea-all-paths-lead-to-catastrophe/
RS_2017-09.bz2.deduped.txt:32931 - https://theintercept.com/2017/09/04/com-almoco-desmentido-e-cobica-pelo-planalto-doria-se-revela-cada-vez-mais-politico-puro-sangue/
RS_2017-09.bz2.deduped.txt:40478 - https://theintercept.com/2017/09/05/donald-trump-end-daca-immigration-deportation-congress/

RS_2017-09.bz2.deduped.txt:41218 - https://theintercept.com/2017/09/05/decades-ago-paul-manafort-played-a-leading-role-in-a-pioneering-operation-to-secretly-funnel-foreign-money-into-u-s-politics/
RS_2017-09.bz2.deduped.txt:43733 - https://theintercept.com/2017/09/05/north-korea-says-it-might-negotiate-on-nuclear-weapons-but-the-washington-post-isnt-reporting-that/
RS_2017-09.bz2.deduped.txt:52880 - https://theintercept.com/2017/09/06/jon-tester-and-joe-manchin-key-democratic-senators-wobbly-on-dream-act/
RS_2017-09.bz2.deduped.txt:53518 - https://theintercept.com/2017/09/06/aca-obamacare-failing-rural-hospital-monopolies/
RS_2017-09.bz2.deduped.txt:56165 - https://theintercept.com/2017/09/06/how-right-wing-extremists-stalk-dox-and-harass-their-enemies/
RS_2017-09.bz2.deduped.txt:56388 - https://theintercept.com/2017/09/06/here-are-the-10-state-attorneys-general-who-went-after-800000-dreamers/
RS_2017-09.bz2.deduped.txt:57166 - https://theintercept.com/2017/09/06/socialist-forced-off-democratic-campaign-for-criticism-of-israel/
RS_2017-09.bz2.deduped.txt:61801 - https://theintercept.com/2017/09/07/three-years-after-43-students-disappeared-in-mexico-a-new-visualization-reveals-the-cracks-in-the-governments-story/
RS_2017-09.bz2.deduped.txt:66773 - https://theintercept.com/2017/09/07/elizabeth-warren-jumps-on-board-bernie-sanders-medicare-for-all-bill/
RS_2017-09.bz2.deduped.txt:68701 - https://theintercept.com/2017/09/07/richard-spencer-national-policy-institute-leader-evan-mclaren/
RS_2017-09.bz2.deduped.txt:73728 - https://theintercept.com/2017/09/06/texas-abortion-ban-that-would-require-doctors-to-experiment-on-women-is-temporarily-blocked/
RS_2017-09.bz2.deduped.txt:77195 - https://theintercept.com/2017/09/08/syria-why-white-nationalists-love-bashar-al-assad-charlottesville/
RS_2017-09.bz2.deduped.txt:78660 - https://theintercept.com/2017/09/08/equifax-is-proving-why-forced-arbitration-clauses-ought-to-be-banned-just-like-the-cfpb-wants-to-do/
RS_2017-09.bz2.deduped.txt:79237 - https://theintercept.com/2017/04/13/burmese-nobel-prize-winner-aung-san-suu-kyi-has-turned-into-an-apologist-for-genocide-against-muslims/?comments=1#comments
RS_2017-09.bz2.deduped.txt:80338 - https://theintercept.com/2017/09/08/saldao-do-temer-ate-quem-e-favoravel-as-privatizacoes-critica-liquidacao-anunciada-pelo-governo/
RS_2017-09.bz2.deduped.txt:83374 - https://theintercept.com/2017/09/09/florida-risks-more-irma-devastation-because-gov-rick-scott-lifted-wetland-protections/
RS_2017-09.bz2.deduped.txt:83557 - https://theintercept.com/2017/09/07/jornalistas-da-ebc-relatam-constrangimento-medo-e-censura-no-governo-temer/
RS_2017-09.bz2.deduped.txt:83597 - https://theintercept.com/2017/09/09/in-a-summer-of-wildfires-and-hurricanes-my-son-asks-why-is-everything-going-wrong/
RS_2017-09.bz2.deduped.txt:90802 - https://theintercept.com/2017/09/10/iran-deal-donald-trump-nikki-haley-nuclear/
RS_2017-09.bz2.deduped.txt:99813 - https://theintercept.com/2017/09/11/irma-donald-trump-tax-cuts-climate-change-republican-ideology-capitalism/
RS_2017-09.bz2.deduped.txt:100259 - https://theintercept.com/2017/09/11/berkeley-republicans-hope-more-left-wing-riots-will-create-pedestal-for-conservative-movement/

RS_2017-09.bz2.deduped.txt:101453 - https://theintercept.com/2017/09/11/make-mark-zuckerberg-testify/
RS_2017-09.bz2.deduped.txt:102265 - https://theintercept.com/2017/09/07/prefeitura-do-rio-faz-convenio-com-banco-ligado-a-edir-macedo/
RS_2017-09.bz2.deduped.txt:108972 - https://theintercept.com/2017/09/12/in-wake-of-hurricane-irma-vultures-eye-puerto-ricos-electric-grid-for-privatization/
RS_2017-09.bz2.deduped.txt:112447 - https://theintercept.com/2017/09/12/a-top-bank-regulator-is-in-his-job-illegally-watchdog-argues/
RS_2017-09.bz2.deduped.txt:115847 - https://theintercept.com/2017/09/12/in-surprise-vote-house-passes-amendment-to-restrict-asset-forfeiture/
RS_2017-09.bz2.deduped.txt:116650 - https://theintercept.com/2017/09/12/in-new-york-and-mississippi-upstart-candidates-surge-in-todays-elections/
RS_2017-09.bz2.deduped.txt:120305 - https://theintercept.com/2017/09/13/intercepted-podcast-the-super-bowl-of-racism/
RS_2017-09.bz2.deduped.txt:120682 - https://theintercept.com/2017/09/13/pharma-ceo-worries-americans-will-say-enough-is-enough-and-embrace-bernie-sanders-single-payer-plan/
RS_2017-09.bz2.deduped.txt:121733 - https://theintercept.com/2017/09/13/midia-brasileira-esconde-os-verdadeiros-culpados-pelo-trafico-de-drogas-diz-carl-hart/
RS_2017-09.bz2.deduped.txt:121770 - https://theintercept.com/2017/09/13/obamacare-over-single-payer-medicare-for-all-bernie-sanders/
RS_2017-09.bz2.deduped.txt:121937 - https://theintercept.com/2017/09/13/bernie-sanders-medicare-for-all-grassroots-organizations-coalition-millions-members-single-payer/
RS_2017-09.bz2.deduped.txt:123099 - https://theintercept.com/2017/09/13/the-trump-administration-was-ordered-to-disclose-the-legal-basis-for-its-syria-strike-it-handed-over-squat/
RS_2017-09.bz2.deduped.txt:124451 - https://theintercept.com/2017/09/13/the-clinton-book-tour-is-largely-ignoring-the-vital-role-of-endless-war-in-the-2016-election-result/
RS_2017-09.bz2.deduped.txt:124979 - https://theintercept.com/2017/09/13/the-trump-administration-was-ordered-to-disclose-the-legal-basis-for-its-syria-strike-it-handed-over-squat/?comments=1#comments
RS_2017-09.bz2.deduped.txt:126363 - https://theintercept.com/2017/09/13/nsa-broke-the-encryption-on-file-sharing-apps-kazaa-and-edonkey/
RS_2017-09.bz2.deduped.txt:126365 - https://theintercept.com/2017/09/13/digby-uk-nsa-gchq-surveillance/
RS_2017-09.bz2.deduped.txt:126366 - https://theintercept.com/2017/09/13/nsa-ethiopia-surveillance-human-rights/
RS_2017-09.bz2.deduped.txt:126459 - https://theintercept.com/2017/09/13/sloppy-u-s-spies-misused-covert-network-for-personal-shopping-and-other-stories-from-internal-nsa-documents/
RS_2017-09.bz2.deduped.txt:127962 - https://static.theintercept.com/amp/donald-trump-and-the-coming-fall-of-american-empire.html
RS_2017-09.bz2.deduped.txt:128127 - https://theintercept.com/2017/09/13/rand-pauls-aumf-amendment-endless-war/
RS_2017-09.bz2.deduped.txt:128638 - https://theintercept.com/snowden-sidtoday/update-reports/
RS_2017-09.bz2.deduped.txt:134372 - https://theintercept.com/2017/09/14/fcc-net-neutrality-ajit-pai-diversity-chair-julia-johnson/

RS_2017-09.bz2.deduped.txt:137170 - https://theintercept.com/2017/09/14/trump-international-hotel-dc-mining-lobbyists-ryan-zinke/
RS_2017-09.bz2.deduped.txt:138793 - https://theintercept.com/2017/09/14/judge-in-joe-arpaio-case-wants-to-hear-arguments-before-vacating-conviction/
RS_2017-09.bz2.deduped.txt:144140 - https://theintercept.com/2017/09/15/whole-foods-free-range-chicken-animal-rights/
RS_2017-09.bz2.deduped.txt:144741 - https://theintercept.com/2017/09/15/police-israel-cops-training-adl-human-rights-abuses-dc-washington/
RS_2017-09.bz2.deduped.txt:147290 - https://theintercept.com/2017/09/15/refugees-were-devastated-by-travel-ban-u-s-diplomats-told-bosses-detailing-despair/
RS_2017-09.bz2.deduped.txt:150379 - https://theintercept.com/2017/09/15/well-that-settles-it-insurance-and-drug-lobbyists-say-medicare-for-all-cannot-work/
RS_2017-09.bz2.deduped.txt:150775 - https://theintercept.com/2017/09/15/trump-adviser-spent-a-decade-using-street-gang-ms-13-to-justify-anti-immigrant-agenda-now-its-happening/
RS_2017-09.bz2.deduped.txt:153980 - https://theintercept.com/2017/08/15/donald-trump-has-been-a-racist-all-his-life-and-he-isnt-going-to-change-after-charlottesville/?comments=1#comments
RS_2017-09.bz2.deduped.txt:155587 - https://theintercept.com/2017/09/16/hillary-clinton-doesnt-understand-why-the-corporate-media-is-so-bad/
RS_2017-09.bz2.deduped.txt:158119 - https://theintercept.com/2017/09/16/pop-culture-is-far-ahead-of-washington-when-it-comes-to-monopoly-politics/
RS_2017-09.bz2.deduped.txt:160909 - https://theintercept.com/2017/09/15/saudi-arabia-cracks-down-on-dissenting-clerics-amid-rumors-of-crown-princes-rise-to-throne/
RS_2017-09.bz2.deduped.txt:162577 - https://theintercept.com/2017/09/17/goldman-sachs-gary-cohn-donald-trump-administration/
RS_2017-09.bz2.deduped.txt:163040 - https://theintercept.com/2017/09/17/intercepted-shaun-king-trump-kaepernick/
RS_2017-09.bz2.deduped.txt:169933 - https://theintercept.com/2017/09/18/sean-spicer-is-honored-because-as-bush-officials-showed-dc-elites-always-thrive/
RS_2017-09.bz2.deduped.txt:173412 - https://theintercept.com/2017/09/18/atlanta-mayor-vincent-fort-bernie-sanders/
RS_2017-09.bz2.deduped.txt:176936 - https://theintercept.com/2017/09/18/atlanta-mayor-vincent-fort-bernie-sanders
RS_2017-09.bz2.deduped.txt:179044 - https://theintercept.com/2017/09/18/the-senates-military-spending-increase-alone-is-enough-to-make-public-college-free/
RS_2017-09.bz2.deduped.txt:184263 - https://theintercept.com/2017/09/19/gay-ghana-asylum-us-immigration-ice-deportation/
RS_2017-09.bz2.deduped.txt:185147 - https://theintercept.com/2017/09/18/the-u-s-military-cant-keep-track-of-which-missions-its-fueling-in-yemen-war/
RS_2017-09.bz2.deduped.txt:186756 - https://theintercept.com/2017/09/18/the-senates-military-spending-increase-alone-is-enough-to-make-public-college-free/?comments=1#comments
RS_2017-09.bz2.deduped.txt:187768 - https://theintercept.com/2017/09/19/so-much-for-states-rights-gop-senator-wants-to-ban-state-single-payer-in-new-health-care-bill/
RS_2017-09.bz2.deduped.txt:193886 - https://theintercept.com/2017/09/20/oab-rj-entra-com-acao-pedindo-que-crivella-suspenda-convenio-com-banco-de-edir-macedo/

RS_2017-09.bz2.deduped.txt:193954 - https://theintercept.com/2017/09/20/ataques-a-religioes-de-matriz-africana-fazem-parte-da-nova-dinamica-do-trafico-no-rio/
RS_2017-09.bz2.deduped.txt:196055 - https://www.theintercept.com/2017/09/18/the-senates-military-spending-increase-alone-is-enough-to-make-public-college-free/
RS_2017-09.bz2.deduped.txt:196400 - https://theintercept.com/2017/09/20/john-brennan-fordham-cia-torture-chelsea-manning-harvard/
RS_2017-09.bz2.deduped.txt:198167 - https://theintercept.com/2017/09/20/mortes-racha-entre-faccoes-e-policias-as-cegas-so-mais-um-fim-de-semana-no-rio-de-janeiro/
RS_2017-09.bz2.deduped.txt:198519 - https://theintercept.com/2017/09/20/aetna-bernie-sanders-single-payer-medicare-for-all-health-care/
RS_2017-09.bz2.deduped.txt:198793 - https://theintercept.com/2017/09/20/donald-trump-un-speech-north-korea/
RS_2017-09.bz2.deduped.txt:198918 - https://theintercept.com/2017/09/20/paris-agreement-climate-change-trump-epa/
RS_2017-09.bz2.deduped.txt:199306 - https://theintercept.com/2017/09/19/autora-da-acao-da-cura-gay-tem-cargo-em-gabinete-de-deputado-evangelico/
RS_2017-09.bz2.deduped.txt:200517 - https://theintercept.com/2017/09/20/intercepted-podcast-merican-psycho/
RS_2017-09.bz2.deduped.txt:206820 - https://theintercept.com/2017/09/20/lisa-murkowski-vote-cassidy-graham-obamacare-repeal/
RS_2017-09.bz2.deduped.txt:208506 - https://theintercept.com/2017/09/21/on-heels-of-progressive-wave-rhode-island-expands-sick-leave-to-100000-workers/
RS_2017-09.bz2.deduped.txt:208528 - https://theintercept.com/2017/09/21/free-college-tuition-republicans-bernie-sanders/
RS_2017-09.bz2.deduped.txt:209160 - https://theintercept.com/2017/09/21/bernie-sanders-interview-saudi-arabia-iran-trump/
RS_2017-09.bz2.deduped.txt:209598 - https://theintercept.com/2017/09/21/shaun-king-intercept-vanessa-gezari-maryam-saleh-aida-chavez-kate-aronoff-rachel-m-cohen/
RS_2017-09.bz2.deduped.txt:210570 - https://theintercept.com/2017/09/21/gavin-mcinnes-alt-right-proud-boys-richard-spencer-charlottesville/
RS_2017-09.bz2.deduped.txt:211817 - https://theintercept.com/2017/09/21/chelsea-manning-harvard-fellowship-sean-spicer/
RS_2017-09.bz2.deduped.txt:214426 - https://theintercept.com/2017/09/21/taser-wants-to-build-an-army-of-smartphone-informants/
RS_2017-09.bz2.deduped.txt:214543 - https://theintercept.com/2017/09/21/estigmatizados-manifestantes-monitorados-por-militar-infiltrado-vao-a-julgamento-em-sao-paulo/
RS_2017-09.bz2.deduped.txt:217252 - https://theintercept.com/2017/09/21/jornal-ingles-cita-bolsonaro-como-favorito-para-2018-e-coloca-o-dedo-em-ferida-que-ninguem-quer-ver/
RS_2017-09.bz2.deduped.txt:218805 - https://theintercept.com/2017/09/22/epa-science-exxon-mobil-climate-change/
RS_2017-09.bz2.deduped.txt:219924 - https://theintercept.com/2017/09/22/german-election-afd-gatestone-institute/
RS_2017-09.bz2.deduped.txt:221796 - https://theintercept.com/2017/09/22/bernie-sanders-interview-foreign-policy/
RS_2017-09.bz2.deduped.txt:227912 - https://theintercept.com/2017/09/23/police-schedule-7-uk-rabbani-gchq-passwords/

RS_2017-09.bz2.deduped.txt:230319 - https://theintercept.com/document/2017/09/23/phantom-parrot-gchq/

RS_2017-09.bz2.deduped.txt:232719 - https://theintercept.com/2017/09/23/in-iraqi-kurdistan-voting-on-independence-and-bracing-for-violence/

RS_2017-09.bz2.deduped.txt:235013 - https://theintercept.com/2017/09/24/poet-aja-monet-white-folks-have-to-face-who-trump-is/

RS_2017-09.bz2.deduped.txt:235100 - https://theintercept.com/2017/09/24/decline-american-empire-donald-trump/

RS_2017-09.bz2.deduped.txt:235275 - https://theintercept.com/2017/09/24/ken-burns-vietnam-war-decent-people-good-faith-afghanistan-soviets/

RS_2017-09.bz2.deduped.txt:236570 - https://theintercept.com/2017/09/24/decline-american-empire-donald-trump

RS_2017-09.bz2.deduped.txt:236793 - https://theintercept.com/2017/09/24/a-promiscuidade-entre-prefeitura-de-sp-e-a-empresa-da-familia-doria/

RS_2017-09.bz2.deduped.txt:238535 - https://theintercept.com/2017/09/24/michigan-governor-unleashes-citizens-united-on-steroids/

RS_2017-09.bz2.deduped.txt:241155 - https://theintercept.com/2017/09/25/syria-us-airstrike-civilian-death-hrw-tabqa/

RS_2017-09.bz2.deduped.txt:241188 - https://theintercept.com/2017/09/24/decline-american-empire-donald-trump/?comments=1#comments

RS_2017-09.bz2.deduped.txt:245410 - https://theintercept.com/2017/09/25/texas-dna-testing-larry-swearingen-execution/

RS_2017-09.bz2.deduped.txt:246382 - https://theintercept.com/2017/09/25/chelsea-manning-denied-entry-to-canada-whose-government-cites-treason-law/

RS_2017-09.bz2.deduped.txt:247045 - https://theintercept.com/2017/09/25/colin-kaepernick-nfl-national-anthem-protest-donald-trump/

RS_2017-09.bz2.deduped.txt:248376 - https://theintercept.com/2017/09/25/muhammad-rabbani-guilty-of-terror-offense-for-not-giving-passwords-to-uk-police/

RS_2017-09.bz2.deduped.txt:252033 - https://theintercept.com/2017/09/25/under-cover-of-graham-cassidy-senate-gop-moving-to-gut-major-cfpb-rule/

RS_2017-09.bz2.deduped.txt:252088 - https://theintercept.com/2017/09/25/sudan-trump-travel-ban-uae-yemen/

RS_2017-09.bz2.deduped.txt:255417 - https://theintercept.com/2017/09/26/north-korea-donald-trump-kim-jong-un/

RS_2017-09.bz2.deduped.txt:256890 - https://theintercept.com/2017/09/26/brazils-latest-outbreak-of-drug-gang-violence-highlights-the-real-culprit-the-war-on-drugs/

RS_2017-09.bz2.deduped.txt:262089 - https://theintercept.com/2017/09/26/jeff-sessions-free-speech-college-campuses/

RS_2017-09.bz2.deduped.txt:262639 - https://theintercept.com/2017/09/26/bernie-sanders-health-care-debate-planned-parenthood/

RS_2017-09.bz2.deduped.txt:262662 - https://theintercept.com/2017/09/26/nfl-national-anthem-pittsburgh-steelers-mike-tomlin-pennsylvania-fire-chief-donald-trump/

RS_2017-09.bz2.deduped.txt:263693 - https://theintercept.com/2017/09/26/mapeamento-inedito-mostra-que-doacoes-legais-da-odebrecht-beneficiaram-1-087-candidatos-desde-2002/

RS_2017-09.bz2.deduped.txt:268410 - https://theintercept.com/2017/09/27/puerto-rican-debt-holders-respond-to-catastrophic-hurricane-by-offering-puerto-rico-more-debt/

RS_2017-09.bz2.deduped.txt:272858 - https://theintercept.com/2017/09/27/la-school-board-ref-rodriguez-money-laundering-charter-schools/
RS_2017-09.bz2.deduped.txt:274212 - https://theintercept.com/2017/09/27/lindsey-graham-on-obamacare-repeal-i-had-no-idea-what-i-was-doing/
RS_2017-09.bz2.deduped.txt:274399 - https://theintercept.com/2017/09/27/family-farmer-trump-cites-to-cut-estate-tax-is-a-multi-millionaire-who-got-millions-in-farm-subsidies/
RS_2017-09.bz2.deduped.txt:279928 - https://theintercept.com/2017/09/28/the-ken-burns-vietnam-war-documentary-glosses-over-devastating-civilian-toll/
RS_2017-09.bz2.deduped.txt:281046 - https://theintercept.com/2017/09/28/pat-tillman-nfl-protest-death-army-disgrace/
RS_2017-09.bz2.deduped.txt:282789 - https://theintercept.com/2017/09/28/yet-another-major-russia-story-falls-apart-is-skepticism-permissible-yet/
RS_2017-09.bz2.deduped.txt:284411 - https://theintercept.com/2017/09/28/signal-tutorial-second-phone-number/
RS_2017-09.bz2.deduped.txt:284952 - https://theintercept.com/2017/09/28/alabama-senate-race-doug-jones-roy-moore/
RS_2017-09.bz2.deduped.txt:286953 - https://theintercept.com/2017/09/28/u-s-shipping-lobby-letting-foreign-ships-bring-goods-to-puerto-rico-could-endanger-national-security/
RS_2017-09.bz2.deduped.txt:287604 - http://theintercept.com/2017/09/28/yet-another-major-russia-story-falls-apart-is-skepticism-permissible-yet/
RS_2017-09.bz2.deduped.txt:288094 - https://theintercept.com/2017/09/28/puerto-rico-rejects-loan-offers-accusing-hedge-funds-of-trying-to-profit-off-hurricanes/
RS_2017-09.bz2.deduped.txt:292021 - https://theintercept.com/2017/09/28/yet-another-major-russia-story-falls-apart-is-skepticism-permissible-yet/?comments=1#comments
RS_2017-09.bz2.deduped.txt:294077 - https://theintercept.com/2017/09/29/standing-rock-dakota-access-pipeline-dapl-no-fly-zone-drones-tigerswan/
RS_2017-09.bz2.deduped.txt:294195 - https://theintercept.com/2017/09/29/trump-administration-lobbying-hard-for-sweeping-surveillance-law/
RS_2017-09.bz2.deduped.txt:294935 - https://theintercept.com/2017/09/27/intercepted-podcast-for-whom-the-trump-trolls/
RS_2017-09.bz2.deduped.txt:295071 - https://theintercept.com/2017/09/29/catalans-defy-court-order-barring-independence-referendum/
RS_2017-09.bz2.deduped.txt:297915 - https://theintercept.com/2017/09/29/james-okeefe-project-veritas-michigan-judge-block/
RS_2017-09.bz2.deduped.txt:303085 - https://theintercept.com/2017/09/30/how-arnold-mesches-turned-his-fbi-surveillance-files-into-eerily-prescient-works-of-art/
RS_2017-09.bz2.deduped.txt:303213 - https://theintercept.com/2017/09/29/nsa-leaker-reality-winner-judge-delay-postpone-release-bond-bail/
RS_2017-09.bz2.deduped.txt:303224 - https://theintercept.com/2017/09/30/catalonia-cia-report-mossos-el-periodico/
RS_2017-09.bz2.deduped.txt:304741 - https://theintercept.com/2017/09/30/the-americans-who-fought-fascism-before-wwii/
RS_2015-10.bz2.deduped.txt:1572 - https://theintercept.com/2015/10/01/richard-glossip-execution-halted/
RS_2015-10.bz2.deduped.txt:4285 - https://theintercept.com/2015/09/28/death-athens-rogue-nsa-operation/?curator=MediaREDEF

RS_2015-10.bz2.deduped.txt:6185 - https://theintercept.com/2015/09/30/coal-mining-ceo-defends-financing-harassment-of-climate-scientists/
RS_2015-10.bz2.deduped.txt:6996 - https://theintercept.com/2015/10/01/guantanamo-prisoner-given-voice-and-shape-in-laurie-anderson-show/
RS_2015-10.bz2.deduped.txt:9244 - https://theintercept.com/2015/10/01/u-s-senators-hem-and-haw-on-saudi-arabias-human-rights-abuses/
RS_2015-10.bz2.deduped.txt:21838 - https://theintercept.com/2015/10/03/one-day-after-warning-russia-of-civilian-casualties-the-u-s-bombs-a-hospital-in-the-war-obama-ended/
RS_2015-10.bz2.deduped.txt:22098 - https://theintercept.com/2015/10/03/from-inside-rikers-island-a-harrowing-look-at-the-torture-of-solitary-confinement/
RS_2015-10.bz2.deduped.txt:23862 - https://theintercept.com/2015/10/03/all-executions-on-hold-in-oklahoma-following-last-minute-stay-for-richard-glossip/
RS_2015-10.bz2.deduped.txt:34913 - https://theintercept.com/2015/10/05/cnn-and-the-nyt-are-deliberately-obscuring-who-perpetrated-the-afghan-hospital-attack/
RS_2015-10.bz2.deduped.txt:36188 - https://theintercept.com/2015/10/05/the-radically-changing-story-of-the-u-s-airstrike-on-afghan-hospital-from-mistake-to-justification/
RS_2015-10.bz2.deduped.txt:36780 - https://theintercept.com/2015/10/05/how-scientists-search-the-cosmos-for-alien-signals-even-encrypted-ones/
RS_2015-10.bz2.deduped.txt:37228 - https://theintercept.com/2015/10/05/saudi-arabia-continues-hire-politically-connected-american-lobbyists-public-relation-firms/
RS_2015-10.bz2.deduped.txt:39100 - https://theintercept.com/2015/10/05/drone-flies-over-nsa-complex-in-germany-dropping-pamphlets/
RS_2015-10.bz2.deduped.txt:40455 - https://theintercept.com/2015/10/05/joe-biden-in-1974-on-begging-for-contributions-the-most-degrading-thing-in-the-world/
RS_2015-10.bz2.deduped.txt:40997 - https://theintercept.com/2015/10/05/the-radically-changing-story-of-the-u-s-airstrike-on-afghan-hospital-from-mistake-to-justification
RS_2015-10.bz2.deduped.txt:41112 - https://theintercept.com/2014/02/24/jtrig-manipulation/
RS_2015-10.bz2.deduped.txt:41644 - https://theintercept.com/2015/10/05/dissent-on-israel-not-permitted-at-bernie-sanders-event/
RS_2015-10.bz2.deduped.txt:46504 - https://theintercept.com/2015/10/06/stop-sending-jonathan-franzen-novels/
RS_2015-10.bz2.deduped.txt:48852 - https://theintercept.com/2015/10/06/top-european-court-rules-that-nsa-spying-makes-u-s-unsafe-for-data/
RS_2015-10.bz2.deduped.txt:49492 - https://theintercept.com/2015/10/06/why-bombing-kunduz-hospital-was-probably-a-war-crime/
RS_2015-10.bz2.deduped.txt:50620 - https://theintercept.com/2015/10/06/bernanke-talks-tough-but-was-weak-when-it-mattered/
RS_2015-10.bz2.deduped.txt:54352 - https://theintercept.com/fieldofvision/the-above
RS_2015-10.bz2.deduped.txt:56451 - https://theintercept.com/2015/10/07/why-is-u-s-refusing-an-independent-investigation-if-its-so-clear-its-hospital-airstrike-was-an-accident/
RS_2015-10.bz2.deduped.txt:58788 - https://theintercept.com/2015/10/07/a-short-history-of-u-s-bombing-of-civilian-facilities/
RS_2015-10.bz2.deduped.txt:62091 - https://theintercept.com/2015/04/15/religious-fanaticism-huge-factor-americans-support-israel/
RS_2015-10.bz2.deduped.txt:72330 - https://theintercept.com/2015/10/08/government-likens-ending-bulk-surveillance-to-opening-prison-gates/

RS_2015-10.bz2.deduped.txt:73188 - https://theintercept.com/2015/10/08/dupont-found-liable-in-c8-trial/

RS_2015-10.bz2.deduped.txt:95897 - https://theintercept.com/2015/10/09/nobel-peace-prize-celebrating-tunisian-democracy-could-be-premature/

RS_2015-10.bz2.deduped.txt:97705 - https://theintercept.com/2015/10/12/columbus-day-is-the-most-important-day-of-every-year/

RS_2015-10.bz2.deduped.txt:106758 - https://theintercept.com/2015/10/13/former-u-s-detainees-sue-psychologists-responsible-for-cia-torture-program/

RS_2015-10.bz2.deduped.txt:113136 - https://theintercept.com/2014/02/10/the-nsas-secret-role/

RS_2015-10.bz2.deduped.txt:117781 - https://theintercept.com/2015/10/13/dogs-forge-a-bond-with-rios-homeless-that-is-life-saving/

RS_2015-10.bz2.deduped.txt:117863 - https://theintercept.com/2015/10/14/what-did-clinton-mean-when-she-said-snowden-files-fell-into-the-wrong-hands/

RS_2015-10.bz2.deduped.txt:118090 - https://theintercept.com/2015/10/14/detroits-hidden-crack-casualties-2/

RS_2015-10.bz2.deduped.txt:118836 - https://theintercept.com/2015/10/13/talk-of-criminally-prosecuting-corporations-up-actual-prosecutions-down/

RS_2015-10.bz2.deduped.txt:119835 - https://theintercept.com/2015/10/13/martin-omalley-accepted-campaign-cash-from-the-nra/

RS_2015-10.bz2.deduped.txt:120942 - https://theintercept.com/2015/10/14/cable-news-edits-out-rousing-sanders-attack-on-vapid-media-coverage/

RS_2015-10.bz2.deduped.txt:122032 - https://theintercept.com/2015/10/14/cable-news-edits-out-rousing-sanders-attack-on-vapid-media-coverage/?comments=1#comments

RS_2015-10.bz2.deduped.txt:122682 - http://www.theintercept.com/2015/10/14/what-did-clinton-mean-when-she-said-snowden-files-fell-into-the-wrong-hands/

RS_2015-10.bz2.deduped.txt:123464 - https://theintercept.com/2015/10/14/juvenile-lifers-will-supreme-court-act/

RS_2015-10.bz2.deduped.txt:126905 - https://theintercept.com/drone-papers

RS_2015-10.bz2.deduped.txt:127018 - https://theintercept.com/drone-papers/the-assassination-complex/

RS_2015-10.bz2.deduped.txt:127535 - https://theintercept.com/drone-papers/target-africa/

RS_2015-10.bz2.deduped.txt:127546 - https://theintercept.com/drone-papers/the-kill-chain/

RS_2015-10.bz2.deduped.txt:127596 - https://theintercept.com/drone-papers/

RS_2015-10.bz2.deduped.txt:127878 - https://theintercept.com/drone-papers/the-life-and-death-of-objective-peckham/

RS_2015-10.bz2.deduped.txt:128186 - https://theintercept.com/drone-papers/a-visual-glossary/

RS_2015-10.bz2.deduped.txt:129122 - https://theintercept.com/drone-papers/manhunting-in-the-hindu-kush/

RS_2015-10.bz2.deduped.txt:129270 - https://theintercept.com/drone-papers//

RS_2015-10.bz2.deduped.txt:130335 - https://theintercept.com/2015/10/15/robert-califf-fda/

RS_2015-10.bz2.deduped.txt:130401 - https://theintercept.com/drone-papers/find-fix-finish/

RS_2015-10.bz2.deduped.txt:130412 - https://theintercept.com/drone-papers/firing-blind/

RS_2015-10.bz2.deduped.txt:132794 - https://theintercept.com/2015/10/15/civil-liberties-groups-call-for-congressional-inquiry-into-assassination-program/

RS_2015-10.bz2.deduped.txt:134804 - https://theintercept.com/

RS_2015-10.bz2.deduped.txt:137988 - https://theintercept.com/2015/10/15/holder-too-late-calls-for-transparency-on-doj-torture-investigation/
RS_2015-10.bz2.deduped.txt:138205 - https://theintercept.com/2015/10/16/donor-refugee-backlash/
RS_2015-10.bz2.deduped.txt:142488 - https://theintercept.com/2015/10/16/snowden-says-hillary-clintons-bogus-statements-show-a-lack-of-political-courage/
RS_2015-10.bz2.deduped.txt:142849 - https://theintercept.com/2015/07/30/jimmy-carter-u-s-oligarchy-unlimited-political-bribery/
RS_2015-10.bz2.deduped.txt:143125 - https://theintercept.com/2015/10/16/holder-defends-record-of-not-prosecuting-financial-fraud/
RS_2015-10.bz2.deduped.txt:143349 - https://theintercept.com/2015/05/13/prisoners-family/
RS_2015-10.bz2.deduped.txt:143856 - https://theintercept.com/2015/07/23/private-prison-lobbyists-raising-cash-hillary-clinton/%C2%A0%E2%80%A6
RS_2015-10.bz2.deduped.txt:148385 - https://theintercept.com/2015/08/12/hillary-clinton-sanctity-protecting-classified-information/
RS_2015-10.bz2.deduped.txt:163097 - https://theintercept.com/2015/08/11/dupont-chemistry-deception/
RS_2015-10.bz2.deduped.txt:164036 - https://theintercept.com/2015/10/19/obama-has-threatened-vetoes-over-guantanamo-before-and-caved-in-every-time/
RS_2015-10.bz2.deduped.txt:174590 - https://theintercept.com/2015/10/20/right-wing-think-tank-shills-for-payday-lenders-on-new-york-fed-website/
RS_2015-10.bz2.deduped.txt:174591 - https://theintercept.com/2015/10/20/professor-hopes-to-return-after-being-fired-for-disrespectful-tweets-against-israel/
RS_2015-10.bz2.deduped.txt:174592 - https://theintercept.com/2015/10/20/obama-names-lisa-fairfax-to-sec-a-vote-for-wall-street-reform/
RS_2015-10.bz2.deduped.txt:180075 - https://theintercept.com/2015/10/21/stealth-expansion-of-secret-us-drone-base-in-africa/
RS_2015-10.bz2.deduped.txt:186085 - https://theintercept.com/2015/10/21/clinton-takes-her-advisers-side-attacking-big-banks-but-not-blackrock/
RS_2015-10.bz2.deduped.txt:186254 - https://theintercept.com/2015/10/21/nsa-pushing-its-deadline-for-ending-bulk-collection-of-u-s-phone-call-metadata/
RS_2015-10.bz2.deduped.txt:186766 - https://theintercept.com/2015/01/19/cia-agent-jailed-john-kiriakous-long-road-era-torture/
RS_2015-10.bz2.deduped.txt:189692 - https://theintercept.com/2015/10/22/israel-calls-a-man-its-soldiers-killed-a-terrorist-until-they-realized-he-was-an-israeli-jew/
RS_2015-10.bz2.deduped.txt:190139 - https://theintercept.com/2015/10/22/lawsuit-challenges-mississippi-debtors-prison/
RS_2015-10.bz2.deduped.txt:199784 - https://theintercept.com/2015/10/23/drones-ibm-and-the-big-data-of-death/
RS_2015-10.bz2.deduped.txt:200110 - https://theintercept.com/2015/10/23/rare-obama-veto-keeps-his-options-open-for-closing-gitmo/
RS_2015-10.bz2.deduped.txt:201200 - https://theintercept.com/2015/10/23/u-n-report-calls-on-governments-to-protect-whistleblowers-like-snowden-not-prosecute-them/
RS_2015-10.bz2.deduped.txt:202018 - https://theintercept.com/2015/10/23/saudi-arabia-boeing-lockheed-martin/

RS_2015-10.bz2.deduped.txt:203421 - https://theintercept.com/2015/10/23/clinton-intercept-story-prisons/

RS_2015-10.bz2.deduped.txt:220148 - https://theintercept.com/2015/10/26/bbc-protects-uks-close-ally-saudi-arabia-with-incredibly-dishonest-and-biased-editing/

RS_2015-10.bz2.deduped.txt:220288 - https://theintercept.com/2015/10/26/paul-ryan-chief-of-staff/

RS_2015-10.bz2.deduped.txt:221332 - https://theintercept.com/2015/10/23/congressman-calls-for-more-oversight-after-drone-papers-revelations/

RS_2015-10.bz2.deduped.txt:221559 - https://theintercept.com/2015/10/26/pentagon-missionary-spies-christian-ngo-front-for-north-korea-espionage/

RS_2015-10.bz2.deduped.txt:223573 - https://theintercept.com/2015/10/26/paul-ryan-chief-of-staff/?comments=1#comments

RS_2015-10.bz2.deduped.txt:227347 - https://theintercept.com/2015/04/30/emails-show-close-relationship-psychology-group-cia/

RS_2015-10.bz2.deduped.txt:231152 - https://theintercept.com/2015/10/27/criminalization-of-anti-israel-activism-escalates-this-time-in-the-land-of-the-charlie-hebdo-free-speech-march/

RS_2015-10.bz2.deduped.txt:231462 - https://theintercept.com/2015/10/27/george-w-bush-was-awol-but-whats-truth-got-to-do-with-it/

RS_2015-10.bz2.deduped.txt:231827 - https://theintercept.com/2015/10/27/two-aclu-defeats-highlight-judiciarys-lopsided-deference-to-executive-branch-secrecy/

RS_2015-10.bz2.deduped.txt:232709 - https://theintercept.com/2015/10/27/field-notes-michael-palmieri-donal-mosher-directors-peace-in-the-valley/

RS_2015-10.bz2.deduped.txt:234677 - https://theintercept.com/drone-papers/a-visual-glossary

RS_2015-10.bz2.deduped.txt:235044 - https://theintercept.com/2015/10/27/tech-companies-and-civil-liberties-groups-force-obama-to-weigh-in-on-encryption-debate/

RS_2015-10.bz2.deduped.txt:244844 - https://theintercept.com/2014/12/17/billion-dollar-surveillance-blimp-launch-maryland/

RS_2015-10.bz2.deduped.txt:245720 - https://theintercept.com/2015/10/28/military-blimps-rampage-deflates-raytheons-hopes-to-sell-more/

RS_2015-10.bz2.deduped.txt:246440 - https://theintercept.com/2015/10/28/how-one-air-force-captain-saved-the-world-from-accidental-nuclear-war-53-years-ago-today/

RS_2015-10.bz2.deduped.txt:248268 - https://theintercept.com/2015/10/28/boehnerland-lobbyists-win-right-to-bombard-student-borrowers-with-robocalls/

RS_2015-10.bz2.deduped.txt:250871 - https://theintercept.com/2015/10/28/transparency-international-mideast-and-north-african-military-corruption-critical/

RS_2015-10.bz2.deduped.txt:251253 - https://theintercept.com/2015/10/29/american-drone-assassinations-may-violate-international-law-experts-say/

RS_2015-10.bz2.deduped.txt:253106 - https://theintercept.com/2015/10/29/european-parliament-says-snowden-should-be-welcomed-in-europe/

RS_2015-10.bz2.deduped.txt:253508 - https://theintercept.com/2015/10/29/media-fundraisers-presidential/

RS_2015-10.bz2.deduped.txt:253761 - https://theintercept.com/2015/10/29/attacks-on-the-press-escalate-ahead-of-turkish-elections/

RS_2015-10.bz2.deduped.txt:254336 - https://theintercept.com/2015/10/29/court-rejects-aclus-plea-to-end-collection-of-telephone-data-early/

RS_2015-10.bz2.deduped.txt:255116 - https://theintercept.com/2015/10/29/why-is-sam-charles-hamad-the-daily-beasts-russia-critic-silent-about-so-many-hideous-abuses/
RS_2015-10.bz2.deduped.txt:262668 - https://theintercept.com/2015/10/29/media-fundraisers-presidential/?dg
RS_2015-10.bz2.deduped.txt:263045 - https://theintercept.com/2015/10/30/days-before-runaway-military-blimp-another-blimp-accident-in-kabul-killed-five/
RS_2015-10.bz2.deduped.txt:263708 - https://theintercept.com/2015/10/30/last-british-detainee-at-guantanamo-goes-home-eight-years-after-being-cleared-for-release/
RS_2015-10.bz2.deduped.txt:265367 - https://theintercept.com/2015/10/30/us-to-send-special-operations-forces-to-syria/
RS_2015-10.bz2.deduped.txt:266938 - https://theintercept.com/2015/10/29/privacy-groups-challenge-director-of-national-intelligence-to-uphold-transparency-promise/
RS_2017-07.bz2.deduped.txt:3160 - https://theintercept.com/2017/06/30/ciberseguranca-para-todos-como-proteger-sua-privacidade-em-uma-manifestacao/
RS_2017-07.bz2.deduped.txt:3445 - https://theintercept.com/2017/07/01/in-texas-the-bodies-of-migrants-who-perished-in-the-desert-provide-clues-to-the-living/
RS_2017-07.bz2.deduped.txt:4180 - https://theintercept.com/2017/07/01/dick-gephardt-single-payer-health-insurance-lobbyists/
RS_2017-07.bz2.deduped.txt:7516 - https://theintercept.com/2017/07/01/dick-gephardt-single-payer-health-insurance-lobbyists/?md=an&src=st
RS_2017-07.bz2.deduped.txt:10679 - https://theintercept.com/2017/07/02/how-the-pentagon-uses-jeopardy-to-train-its-special-operations-forces/
RS_2017-07.bz2.deduped.txt:19220 - https://theintercept.com/2017/07/03/born-in-the-united-states-learning-to-live-in-mexico/
RS_2017-07.bz2.deduped.txt:22278 - https://theintercept.com/2017/07/03/jacob-barata-e-a-maldicao-dos-casamentos-no-copacabana-palace/
RS_2017-07.bz2.deduped.txt:28337 - https://theintercept.com/2017/07/04/how-to-love-this-freaky-country/
RS_2017-07.bz2.deduped.txt:32512 - https://theintercept.com/2017/07/04/religiosos-lutam-para-libertar-orixas-da-policia/
RS_2017-07.bz2.deduped.txt:39787 - https://theintercept.com/2017/07/05/cnn-anonymous-critic-trump-wrestling-gif-reddit-user/
RS_2017-07.bz2.deduped.txt:40287 - https://theintercept.com/2017/07/05/new-house-bill-would-kill-gerrymandering-and-could-move-america-away-from-two-party-dominance/
RS_2017-07.bz2.deduped.txt:40584 - https://theintercept.com/2017/07/05/cnn-anonymous-critic-trump-wrestling-gif-reddit-user/?comments=1#comments
RS_2017-07.bz2.deduped.txt:40755 - https://theintercept.com/2017/07/05/republican-congressman-clay-higgins-rebuked-filming-political-diatribe-auschwitz/
RS_2017-07.bz2.deduped.txt:41113 - https://theintercept.com/2017/07/04/ciberseguranca-para-todos-como-proteger-a-privacidade-de-suas-conversas-com-o-signal/?comments=1#comments
RS_2017-07.bz2.deduped.txt:49016 - https://theintercept.com/2017/07/06/canada-guantanamo-torture-omar-khadr-pay-10-million-us/
RS_2017-07.bz2.deduped.txt:50285 - https://theintercept.com/2017/07/06/paid-fbi-informant-leading-counterterror-case-ran-wire-fraud-scams-on-the-side/
RS_2017-07.bz2.deduped.txt:51900 - https://theintercept.com/2017/07/06/donald-trump-keeps-missing-his-own-deadlines/

RS_2017-07.bz2.deduped.txt:54592 - https://theintercept.com/2017/07/06/mark-penn-centrist-neoliberal-democrats-profits-donald-trump-republicans/
RS_2017-07.bz2.deduped.txt:54753 - https://theintercept.com/2017/07/06/republican-lawmakers-buy-health-insurance-stocks-as-repeal-effort-moves-forward/
RS_2017-07.bz2.deduped.txt:54999 - https://theintercept.com/2017/07/06/facebooks-tough-on-terror-talk-overlooks-white-extremists/
RS_2017-07.bz2.deduped.txt:60017 - https://theintercept.com/2017/07/07/mek-iran-rajavi-cult-saudi-gingrich-terrorists-trump/
RS_2017-07.bz2.deduped.txt:61994 - https://theintercept.com/2017/07/07/nypd-surveillance-post-act-lies-misinformation-transparency/
RS_2017-07.bz2.deduped.txt:64040 - https://theintercept.com/2017/07/07/rachel-maddows-exclusive-scoop-about-a-fake-nsa-document-raises-several-key-questions/
RS_2017-07.bz2.deduped.txt:65393 - https://theintercept.com/2017/07/07/russia-disputes-u-s-claim-trump-pressed-putin-election-hacking/
RS_2017-07.bz2.deduped.txt:65965 - https://theintercept.com/2017/07/07/rodrigo-maia-o-tuiteiro-na-rede-presidente-da-camara-comeca-a-botar-as-asas-de-fora/
RS_2017-07.bz2.deduped.txt:70306 - https://theintercept.com/2017/07/08/border-sheriffs-iris-surveillance-biometrics/
RS_2017-07.bz2.deduped.txt:71909 - https://theintercept.com/2017/07/08/gets-worse-ivanka-trump-takes-fathers-seat-meeting-world-leaders/
RS_2017-07.bz2.deduped.txt:72530 - https://theintercept.com/2017/07/08/trump-treasury-ripped-its-tax-cut-recommendations-straight-from-the-chamber-of-commerce/
RS_2017-07.bz2.deduped.txt:72594 - https://theintercept.com/2017/07/08/trumps-new-cdc-chief-championed-partnership-with-coca-cola-to-solve-childhood-obesity/?comments=1#comments
RS_2017-07.bz2.deduped.txt:72648 - https://theintercept.com/2017/07/08/trumps-new-cdc-chief-championed-partnership-with-coca-cola-to-solve-childhood-obesity/
RS_2017-07.bz2.deduped.txt:78056 - https://theintercept.com/2017/07/09/apoiada-pela-grande-imprensa-reforma-trabalhista-reduzira-o-poder-do-trabalhador/
RS_2017-07.bz2.deduped.txt:79139 - https://theintercept.com/2017/07/09/donald-trump-cant-decide-if-hes-destroying-cutting-or-boosting-entitlements/
RS_2017-07.bz2.deduped.txt:84741 - https://theintercept.com/2017/07/10/josh-walker-isis-uk-terrorism-charge-ypg-syria/
RS_2017-07.bz2.deduped.txt:87395 - https://theintercept.com/2017/07/10/study-finds-relationship-between-high-military-casualties-and-votes-for-trump-over-clinton/
RS_2017-07.bz2.deduped.txt:87973 - https://theintercept.com/2017/07/10/jared-kushner-tried-and-failed-to-get-a-half-billion-dollar-bailout-from-qatar/
RS_2017-07.bz2.deduped.txt:90470 - https://theintercept.com/2017/07/10/pollin-why-single-payer-now-is-for-real/
RS_2017-07.bz2.deduped.txt:94730 - https://theintercept.com/2017/07/10/relator-da-denuncia-contra-temer-na-camara-desmonta-argumentos-usados-pela-defesa-do-presidente/
RS_2017-07.bz2.deduped.txt:105965 - https://theintercept.com/2017/07/11/russian-oligarch-plotted-aid-trump-named-private-intelligence-dossier/
RS_2017-07.bz2.deduped.txt:106548 - https://theintercept.com/2017/07/11/first-look-to-support-defense-of-reality-winner-in-espionage-act-prosecution/

RS_2017-07.bz2.deduped.txt:107092 - https://theintercept.com/2017/07/11/russian-oligarch-plotted-aid-trump-named-private-intelligence-dossier/?comments=1#comments
RS_2017-07.bz2.deduped.txt:108548 - https://theintercept.com/2017/07/11/documenting-life-amid-the-battle-for-mosul/
RS_2017-07.bz2.deduped.txt:108767 - https://theintercept.com/2017/07/12/intercepted-podcast-dumb-dumber-and-don-jr/
RS_2017-07.bz2.deduped.txt:109754 - https://theintercept.com/2017/07/12/the-coalition-pushing-for-single-payer-in-california-is-fracturing/
RS_2017-07.bz2.deduped.txt:111566 - https://theintercept.com/2017/07/12/trump-dropped-the-ball-on-paperwork-to-officially-resign-from-several-businesses/
RS_2017-07.bz2.deduped.txt:115961 - https://theintercept.com/2017/07/12/emboldened-by-trump-u-s-border-officials-are-lying-to-asylum-seekers-and-turning-them-away/
RS_2017-07.bz2.deduped.txt:116099 - https://theintercept.com/2017/07/12/as-momentum-grows-to-remove-brazils-president-new-pressure-campaign-sparks-rage/
RS_2017-07.bz2.deduped.txt:117112 - https://theintercept.com/2017/07/10/jared-kushner-tried-and-failed-to-get-a-half-billion-dollar-bailout-from-qatar//
RS_2017-07.bz2.deduped.txt:125414 - https://theintercept.com/2017/07/13/u-s-doubled-fuel-support-for-saudi-bombing-campaign-in-yemen-after-deadly-strike-on-funeral/
RS_2017-07.bz2.deduped.txt:125484 - https://theintercept.com/2017/07/13/video-naomi-klein-and-jeremy-corbyn-discuss-how-to-get-the-world-we-want/
RS_2017-07.bz2.deduped.txt:126312 - https://theintercept.com/2017/07/13/thanks-to-state-department-cables-a-torture-victim-won-a-rare-10-million-settlement/
RS_2017-07.bz2.deduped.txt:127524 - https://theintercept.com/2017/07/13/taser-lobbyist-quietly-appointed-to-top-immigration-enforcement-job/
RS_2017-07.bz2.deduped.txt:128261 - http://theintercept.com/2017/07/11/russian-oligarch-plotted-aid-trump-named-private-intelligence-dossier/
RS_2017-07.bz2.deduped.txt:130880 - https://theintercept.com/2017/07/13/democrat-beto-orourke-takes-bernie-sanders-fundraising-model-local-in-run-at-ted-cruz/
RS_2017-07.bz2.deduped.txt:137188 - https://theintercept.com/2017/07/14/congress-trying-to-sneak-through-major-giveaway-to-defense-contractors/
RS_2017-07.bz2.deduped.txt:137702 - https://theintercept.com/2017/07/14/just-six-days-after-trump-jr-s-meeting-guccifer-2-0-emailed-me-but-there-was-one-key-difference/
RS_2017-07.bz2.deduped.txt:138493 - https://theintercept.com/2017/07/14/russian-american-lobbyist-paid-fight-sanctions-2016-trump-tower-meeting/
RS_2017-07.bz2.deduped.txt:143826 - https://theintercept.com/2017/07/15/trumps-team-overseeing-wall-street-brings-in-more-goldman-sachs-alumni-docs-reveal/
RS_2017-07.bz2.deduped.txt:150306 - https://theintercept.com/2017/01/31/the-fbi-has-quietly-investigated-white-supremacist-infiltration-of-law-enforcement/?comments=1#comments
RS_2017-07.bz2.deduped.txt:151659 - https://theintercept.com/2017/07/16/a-condenacao-de-lula-e-a-imparcialidade-de-moro/
RS_2017-07.bz2.deduped.txt:151845 - https://theintercept.com/2017/07/16/financial-advisers-want-to-rip-off-small-investors-trump-wants-to-help-them-do-it/
RS_2017-07.bz2.deduped.txt:160824 - https://theintercept.com/2017/07/17/with-new-d-c-policy-group-dems-continue-to-rehabilitate-and-unify-with-bush-era-neocons/
RS_2017-07.bz2.deduped.txt:161504 - https://theintercept.com/2017/07/17/the-incredible-lost-history-of-how-civil-rights-plus-full-employment-equals-freedom/

RS_2017-07.bz2.deduped.txt:165881 - https://theintercept.com/2017/07/17/with-new-d-c-policy-group-dems-continue-to-rehabilitate-and-unify-with-bush-era-neocons/?comments=1#comments
RS_2017-07.bz2.deduped.txt:168016 - https://theintercept.com/2014/12/11/misogynistic-hateful-elected-official-democacratic-world-brazils-jair-bolsonaro/
RS_2017-07.bz2.deduped.txt:170286 - https://theintercept.com/2017/07/18/its-not-the-avocado-toast-federal-reserve-finds-student-debt-reducing-millennial-home-ownership/
RS_2017-07.bz2.deduped.txt:170313 - https://static.theintercept.com/amp/kamala-harris-fails-to-explain-why-she-didnt-prosecute-steven-mnuchins-bank.html
RS_2017-07.bz2.deduped.txt:172530 - https://theintercept.com/2017/07/17/with-new-d-c-policy-group-dems-continue-to-rehabilitate-and-unify-with-bush-era-neocon
RS_2017-07.bz2.deduped.txt:172878 - https://theintercept.com/2017/07/18/mexican-journalist-carmen-aristegui-slams-government-spyware-targeting-her-teenage-son/
RS_2017-07.bz2.deduped.txt:177174 - https://theintercept.com/2017/07/18/mitch-mcconnell-has-run-out-of-excuses-for-not-accomplishing-anything/
RS_2017-07.bz2.deduped.txt:178580 - https://theintercept.com/2017/07/18/surpresa-de-secretario-de-seguranca-do-rio-com-violencia-reflete-falta-de-planejamento-historico-da-pasta/
RS_2017-07.bz2.deduped.txt:184300 - https://theintercept.com/2017/07/19/trumpcare-is-dead-single-payer-is-the-only-real-answer-says-medicare-architect/
RS_2017-07.bz2.deduped.txt:185409 - https://theintercept.com/2017/07/19/u-s-lawmakers-seek-to-criminally-outlaw-support-for-boycott-campaign-against-israel/
RS_2017-07.bz2.deduped.txt:187195 - https://theintercept.com/2017/07/19/u-s-lawmakers-seek-to-criminally-outlaw-support-for-boycott-campaign-against-israel/?comments=1#comments
RS_2017-07.bz2.deduped.txt:187232 - https://theintercept.com/2017/07/19/netanyahu-tells-european-leaders-concern-palestinian-rights-crazy/
RS_2017-07.bz2.deduped.txt:187548 - https://theintercept.com/2017/07/19/u-s-lawmakers-seek-to-criminally-outlaw-support-for-boycott-campaign-against-israel/?comments=1%23comments
RS_2017-07.bz2.deduped.txt:187981 - http://theintercept.com/2017/07/19/u-s-lawmakers-seek-to-criminally-outlaw-support-for-boycott-campaign-against-israel/
RS_2017-07.bz2.deduped.txt:188957 - https://theintercept.com/2017/07/19/revenge-attacks-on-families-of-isis-members-could-start-a-new-cycle-of-violence-in-iraq/
RS_2017-07.bz2.deduped.txt:193363 - https://theintercept.com/2017/07/17/maryland-democrat-running-for-governor-wants-investors-to-fund-childcare-experts-are-skeptical/
RS_2017-07.bz2.deduped.txt:195863 - https://theintercept.com/2017/07/20/more-trump-populism-hiring-a-bank-lawyer-to-attack-cfpb-bank-rules/
RS_2017-07.bz2.deduped.txt:196320 - https://theintercept.com/2017/07/20/jeff-sessions-wants-to-make-legalized-theft-great-again/
RS_2017-07.bz2.deduped.txt:196443 - https://theintercept.com/2017/07/20/cameroonian-troops-tortured-and-killed-prisoners-at-base-used-for-u-s-drone-surveillance/
RS_2017-07.bz2.deduped.txt:201630 - https://theintercept.com/2017/07/20/ate-preso-eduardo-cunha-e-um-dos-beneficiados-pelo-pacote-de-bondades-de-temer/
RS_2017-07.bz2.deduped.txt:202072 - https://static.theintercept.com/amp/notorious-mercenary-erik-prince-is-advising-trump-from-the-shadows.html
RS_2017-07.bz2.deduped.txt:207768 - https://theintercept.com/2017/07/21/now-its-time-for-tax-cuts-and-republicans-are-more-divided-than-ever/
RS_2017-07.bz2.deduped.txt:209541 - https://theintercept.com/2017/07/20/j-street-a-reliable-foe-of-bds-urges-congress-to-oppose-israel-anti-boycott-act-for-now/

RS_2017-07.bz2.deduped.txt:210647 - https://theintercept.com/2017/07/21/justice-departments-demand-for-extreme-secrecy-in-reality-winner-trial-contested-by-defense/
RS_2017-07.bz2.deduped.txt:211062 - https://theintercept.com/2017/07/21/trumps-epa-chemical-safety-nominee-was-in-the-business-of-blessing-pollution/
RS_2017-07.bz2.deduped.txt:212828 - https://theintercept.com/2017/07/21/aumento-de-impostos-escancara-contradicao-de-henrique-meirelles/
RS_2017-07.bz2.deduped.txt:217195 - https://theintercept.com/2017/07/21/anthony-scaramucci-trumps-new-communications-director-said-citizens-united-made-possible-a-sleeper-cell-of-hedge-fund-managers/
RS_2017-07.bz2.deduped.txt:217903 - https://theintercept.com/2017/07/22/donald-trump-and-the-coming-fall-of-american-empire/
RS_2017-07.bz2.deduped.txt:225159 - https://theintercept.com/2017/07/23/por-tras-da-guerra-entre-globo-e-record/
RS_2017-07.bz2.deduped.txt:231705 - https://theintercept.com/2017/07/19/u-s-lawmakers-seek-to-criminally-outlaw-support-for-boycott-campaign-against-israel?rp
RS_2017-07.bz2.deduped.txt:233792 - https://theintercept.com/2017/07/24/single-payer-meet-all-payer-the-surprising-state-that-is-quietly-revolutionizing-healthcare/
RS_2017-07.bz2.deduped.txt:238589 - https://theintercept.com/2017/07/24/claire-mccaskill-sigar-afghanistan-army-uniform-pentagon-waste-28-million/
RS_2017-07.bz2.deduped.txt:244723 - https://theintercept.com/2017/07/25/cardin-amend-israel-boycott-bill-bds/
RS_2017-07.bz2.deduped.txt:247089 - https://theintercept.com/2017/07/25/anthony-scaramucci-dreams-state-run-tv-lets-see-thats-working-poland/
RS_2017-07.bz2.deduped.txt:249840 - https://theintercept.com/2017/07/25/jeff-merkley-jam-up-aca-obamacare-repeal-amendments-vote-o-rama/
RS_2017-07.bz2.deduped.txt:250410 - https://theintercept.com/2017/07/24/cantor-na-festa-de-um-ano-da-gestao-temer-sergio-reis-e-o-lider-em-emendas-pagas-pelo-governo/
RS_2017-07.bz2.deduped.txt:250783 - https://theintercept.com/2017/07/25/senate-aca-obamacare-repeal-vote-mccain-thune-mcconnell/
RS_2017-07.bz2.deduped.txt:253958 - https://theintercept.com/2017/07/26/intercepted-podcast/
RS_2017-07.bz2.deduped.txt:254818 - https://theintercept.com/2017/07/26/koch-brothers-tax-reform-plan-grassroots-document/
RS_2017-07.bz2.deduped.txt:256760 - https://theintercept.com/2017/07/26/chemical-industry-herbicide-poison-papers/
RS_2017-07.bz2.deduped.txt:260064 - https://theintercept.com/2017/07/26/trump-bans-transgender-soldiers-twitter-decree-echoes-evangelical-meme/
RS_2017-07.bz2.deduped.txt:260955 - https://theintercept.com/2017/07/26/steve-bannon-pushing-for-44-percent-marginal-tax-rate-on-the-very-rich/
RS_2017-07.bz2.deduped.txt:268667 - https://theintercept.com/2017/07/27/john-mccain-fake-maverick-horrible-record/
RS_2017-07.bz2.deduped.txt:270351 - https://theintercept.com/2017/07/27/steve-bannon-wants-facebook-and-google-regulated-like-utilities/
RS_2017-07.bz2.deduped.txt:270750 - https://theintercept.com/2017/07/26/chemical-industry-herbicide-poison-papers/?comments=1#comments
RS_2017-07.bz2.deduped.txt:275412 - https://theintercept.com/2017/07/27/with-the-european-union-livid-congress-pushes-forward-on-sanctions-against-russia-iran-and-north-korea/

RS_2017-07.bz2.deduped.txt:277774 - https://theintercept.com/2017/07/28/republicans-got-good-at-symbolic-repeals-of-obamacare-but-flinched-when-faced-with-reality/

RS_2017-07.bz2.deduped.txt:279125 - https://theintercept.com/2017/07/28/newt-gingrich-health-care-repeal-blue-cross-blue-shield/

RS_2017-07.bz2.deduped.txt:285714 - https://theintercept.com/2017/07/28/a-monster-payday-in-argentina-shows-a-flaw-in-trumps-nafta-renegotiation/

RS_2017-07.bz2.deduped.txt:290103 - https://theintercept.com/2017/07/29/duterte-hell-philippines-drug-war-goodman-liwanag-field-of-vision/

RS_2017-07.bz2.deduped.txt:290837 - https://theintercept.com/2017/07/29/dan-coats-north-korea-nukes-nuclear-libya-regime-change/

RS_2017-07.bz2.deduped.txt:297174 - https://theintercept.com/2017/07/30/uae-yousef-otaiba-cnas-american-progress-michele-flournoy-drone/

RS_2017-07.bz2.deduped.txt:297427 - https://theintercept.com/2017/07/30/conluio-de-elites-sufoca-a-democracia-em-sao-paulo/

RS_2017-07.bz2.deduped.txt:304588 - https://theintercept.com/2017/07/31/pentagon-cameroon-torture-salak-state-department/

RS_2017-07.bz2.deduped.txt:305129 - https://theintercept.com/2017/07/31/coreia-do-norte-aprendeu-com-libia-a-nunca-entregar-suas-armas-nucleares-diz-chefe-de-inteligencia/

RS_2016-12.bz2.deduped.txt:6153 - https://theintercept.com/2016/12/01/a-rumor-put-kirstin-lobato-in-prison-for-murder-now-shell-get-a-new-hearing/

RS_2016-12.bz2.deduped.txt:7821 - https://theintercept.com/2016/12/01/can-gen-james-mattis-a-soldiers-soldier-teach-a-draft-dodging-tax-cheat-about-war/

RS_2016-12.bz2.deduped.txt:8445 - https://theintercept.com/2016/12/01/expanded-federal-hacking-authority-goes-into-effect-despite-last-minute-efforts-in-senate/

RS_2016-12.bz2.deduped.txt:8559 - https://theintercept.com/2016/12/01/potential-dnc-leader-keith-ellisons-controversial-law-school-columns-show-anger-not-bigotry/

RS_2016-12.bz2.deduped.txt:9008 - https://theintercept.com/2016/12/01/global-warming-research-in-danger-as-trump-appoints-climate-skeptic-to-nasa-team/

RS_2016-12.bz2.deduped.txt:9183 - https://theintercept.com/2016/12/01/new-report-exposes-patient-advocacy-groups-as-a-big-pharma-scam/

RS_2016-12.bz2.deduped.txt:9739 - https://theintercept.com/2016/12/01/internet-archive-fends-off-secret-fbi-order-in-latest-victory-against-nsls/

RS_2016-12.bz2.deduped.txt:16237 - https://theintercept.com/2016/12/02/the-intercept-brasil-welcomes-ana-maria-goncalves-as-a-columnist-on-race-politics-and-culture/

RS_2016-12.bz2.deduped.txt:18697 - https://theintercept.com/2016/12/02/senate-responds-to-post-trump-anti-semitism-by-targeting-students-who-criticize-israel/

RS_2016-12.bz2.deduped.txt:19427 - https://theintercept.com/2016/12/02/of-8-tech-companies-only-twitter-says-it-would-refuse-to-help-build-muslim-registry-for-trump/

RS_2016-12.bz2.deduped.txt:20490 - https://theintercept.com/2016/12/02/hillary-clintons-corrupt-establishment-is-now-advising-donald-trump/

RS_2016-12.bz2.deduped.txt:28042 - https://theintercept.com/2016/12/03/man-who-claimed-to-be-cia-asset-sentenced-to-ten-years-in-prison-in-arms-deal-sting/

RS_2016-12.bz2.deduped.txt:33938 - https://theintercept.com/2016/12/04/the-smear-campaign-against-keith-ellison-is-repugnant-but-reveals-much-about-washington/

RS_2016-12.bz2.deduped.txt:34173 - https://theintercept.com/2016/12/04/donald-trumps-general-counsel-is-proud-architect-of-americas-corrupt-big-money-politics/

RS_2016-12.bz2.deduped.txt:34869 - https://theintercept.com/2016/12/02/o-ministerio-da-educacao-como-exemplo-da-guerra-interna-pelo-poder-entre-governo-e-psdb/
RS_2016-12.bz2.deduped.txt:38915 - https://theintercept.com/series/the-teflon-toxin/
RS_2016-12.bz2.deduped.txt:40622 - https://theintercept.com/2016/12/05/abin-tem-megabanco-de-dados-sobre-movimentos-sociais/
RS_2016-12.bz2.deduped.txt:42305 - https://theintercept.com/2016/12/05/trump-adviser-kris-kobach-harassed-kansas-voters-in-his-failed-quest-for-mass-election-fraud/
RS_2016-12.bz2.deduped.txt:43702 - https://theintercept.com/2016/12/05/iraq-was-a-mistake-said-gen-james-mattis-trumps-defense-pick/
RS_2016-12.bz2.deduped.txt:45655 - https://theintercept.com/2016/12/05/private-prisons-are-really-bad-but-good-enough-for-immigrants-concludes-homeland-security-report/
RS_2016-12.bz2.deduped.txt:47341 - https://theintercept.com/2016/12/02/hillary-clintons-corrupt-establishment-is-now-advising-donald-trump/?comments=1#comments
RS_2016-12.bz2.deduped.txt:53636 - https://theintercept.com/2016/12/06/after-8-years-of-expanding-them-obama-insists-that-presidential-war-powers-are-limited/
RS_2016-12.bz2.deduped.txt:55189 - https://theintercept.com/2016/12/06/turistas-podem-ser-escravocratas-por-um-dia-em-fazenda-sem-racismo/
RS_2016-12.bz2.deduped.txt:57249 - https://theintercept.com/2016/12/06/privacy-watchdog-panel-getting-muzzled-by-congress/
RS_2016-12.bz2.deduped.txt:57435 - https://theintercept.com/2016/12/06/senado-desafia-judiciario-e-leva-crise-institucional-ao-extremo/
RS_2016-12.bz2.deduped.txt:57812 - https://theintercept.com/2016/12/06/defense-companies-trump/
RS_2016-12.bz2.deduped.txt:58265 - https://theintercept.com/2016/12/06/member-of-trumps-labor-department-transition-team-specializes-in-recruiting-cheap-foreign-labor/
RS_2016-12.bz2.deduped.txt:58977 - https://theintercept.com/2016/12/06/breakfast-of-torturers-a-former-cia-psychologist-promotes-his-memoir/
RS_2016-12.bz2.deduped.txt:59690 - https://theintercept.com/2016/12/06/disinformation-not-fake-news-got-trump-elected/
RS_2016-12.bz2.deduped.txt:63720 - https://theintercept.com/2016/12/07/american-and-british-spy-agencies-targeted-in-flight-mobile-phone-use/
RS_2016-12.bz2.deduped.txt:68090 - https://theintercept.com/2016/12/07/drowning-in-information-nsa-revelations-from-262-spy-documents/
RS_2016-12.bz2.deduped.txt:68091 - https://theintercept.com/2016/12/07/reagan-administration-cavalierly-leaked-nsa-signals-intelligence-apparently-without-informing-the-agency/
RS_2016-12.bz2.deduped.txt:68547 - https://theintercept.com/snowden-sidtoday/3233150-insider-s-view-of-history-desert-one-the-iranian/
RS_2016-12.bz2.deduped.txt:70502 - https://theintercept.com/2016/12/07/donald-trumps-epa-team-will-be-run-by-fossil-fuel-industry-advocates/
RS_2016-12.bz2.deduped.txt:70731 - https://theintercept.com/2016/12/07/america-belongs-white-men-alt-right-founder-says/
RS_2016-12.bz2.deduped.txt:71081 - https://theintercept.com/2016/12/07/americans-have-fewer-privacy-rights-when-emailing-people-overseas-court-rules/
RS_2016-12.bz2.deduped.txt:75651 - https://theintercept.com/2016/12/08/estudantes-federais-tem-desempenho-coreano-em-ciencias-mas-mec-ignora/

RS_2016-12.bz2.deduped.txt:77567 - https://theintercept.com/2016/12/08/gchq-africa-wto-corporations-surveillance/
RS_2016-12.bz2.deduped.txt:79472 - https://theintercept.com/2016/12/08/new-evidence-deputies-committed-perjury-in-orange-county-snitch-scandal/
RS_2016-12.bz2.deduped.txt:81367 - https://theintercept.com/2016/12/08/phone-cracking-cellebrite-software-used-to-prosecute-tortured-dissident/
RS_2016-12.bz2.deduped.txt:82156 - https://theintercept.com/2016/12/08/pentagon-slams-colin-kaepernick-in-pearl-harbor-tweet-then-deletes-it/
RS_2016-12.bz2.deduped.txt:83022 - https://theintercept.com/2016/12/08/trump-transition-team-announces-a-hire-then-denies-it-ever-happened/
RS_2016-12.bz2.deduped.txt:83102 - https://theintercept.com/2016/12/08/donald-trumps-labor-secretary-pick-wants-more-cheap-immigrants-in-american-jobs/
RS_2016-12.bz2.deduped.txt:88374 - https://theintercept.com/2016/12/09/a-clinton-fan-manufactured-fake-news-that-msnbc-personalities-spread-to-discredit-wikileaks-docs/
RS_2016-12.bz2.deduped.txt:90303 - https://theintercept.com/2016/12/09/top-national-security-figures-want-trump-to-cancel-the-michael-flynn-clown-show/
RS_2016-12.bz2.deduped.txt:91152 - https://theintercept.com/2016/12/09/operacao-cortina-de-fumaca/
RS_2016-12.bz2.deduped.txt:91467 - https://theintercept.com/2016/12/09/david-schnare-trump/
RS_2016-12.bz2.deduped.txt:94284 - https://theintercept.com/2016/12/09/trump-makes-america-goldmans-again-maga/
RS_2016-12.bz2.deduped.txt:94777 - https://theintercept.com/2016/12/09/donald-trumps-picks-for-epa-and-interior-could-doom-u-s-water/
RS_2016-12.bz2.deduped.txt:95545 - https://theintercept.com/2016/12/09/intelligence-chief-publishes-new-training-guide-to-teach-whistleblower-rights/
RS_2016-12.bz2.deduped.txt:97888 - https://theintercept.com/2016/12/10/anonymous-leaks-to-the-washpost-about-the-cias-russia-beliefs-are-no-substitute-for-evidence/
RS_2016-12.bz2.deduped.txt:105398 - https://theintercept.com/2016/12/11/sergio-moro-temer-e-tucanos-confraternizam-em-clima-de-festa-de-firma/
RS_2016-12.bz2.deduped.txt:109303 - https://theintercept.com/2016/12/10/anonymous-leaks-to-the-washpost-about-the-cias-russia-beliefs-are-no-substitute-for-evidence/?utm_campaign=whitepower1488&utm_content=whitepower1488&utm_medium=whitepower1488&utm_source=whitepower1488
RS_2016-12.bz2.deduped.txt:110482 - https://theintercept.com/2016/12/09/conviction-for-racist-speech-could-help-make-geert-wilders-dutch-prime-minister/
RS_2016-12.bz2.deduped.txt:110731 - https://theintercept.com/2015/08/26/way-gchq-obliterated-guardians-laptops-revealed-intended/
RS_2016-12.bz2.deduped.txt:115543 - https://theintercept.com/?
RS_2016-12.bz2.deduped.txt:116677 - https://theintercept.com/2016/12/12/transition-adviser-peter-thiel-would-directly-profit-from-mass-deportations/
RS_2016-12.bz2.deduped.txt:117880 - https://theintercept.com/2016/12/12/trump-transition-team-picks-up-yet-another-promoter-of-cheap-foreign-labor/
RS_2016-12.bz2.deduped.txt:117979 - https://theintercept.com/2016/12/12/obama-must-declassify-evidence-of-russian-hacking/
RS_2016-12.bz2.deduped.txt:117980 - https://theintercept.com/2016/12/12/obama-must-declassify-evidence-of-russian-hacking

RS_2016-12.bz2.deduped.txt:118121 - https://theintercept.com/2016/12/12/todo-mundo-vai-perder-com-a-reforma-da-previdencia/
RS_2016-12.bz2.deduped.txt:119300 - https://theintercept.com/2016/12/12/obama-will-preserve-senate-torture-report-in-his-presidential-library/
RS_2016-12.bz2.deduped.txt:119347 - https://theintercept.com/2016/12/12/following-intercept-report-22-organizations-urge-tech-firms-to-reject-muslim-registry/
RS_2016-12.bz2.deduped.txt:125465 - https://theintercept.com/2016/12/13/a-mother-and-child-trapped-in-obamas-brutal-family-deportation-system/
RS_2016-12.bz2.deduped.txt:125764 - https://theintercept.com/2016/12/10/anonymous-leaks-to-the-washpost-about-the-cias-russia-beliefs-are-no-substitute-for-evidence/?comments=1#comments
RS_2016-12.bz2.deduped.txt:125842 - https://theintercept.com/2016/12/13/mae-e-filha-sao-abandonadas-por-autoridades-brasileiras-e-americanas-em-centro-para-deportados-nos-eua/
RS_2016-12.bz2.deduped.txt:127002 - https://theintercept.com/2016/12/13/matt-bors-cartoon-how-a-democracy-gets-hacked/
RS_2016-12.bz2.deduped.txt:127527 - https://theintercept.com/2016/12/13/government-watchdog-conducting-new-investigation-into-pentagon-whistleblower-retaliation/
RS_2016-12.bz2.deduped.txt:127960 - https://theintercept.com/2016/12/13/dhs-trump-deportation/
RS_2016-12.bz2.deduped.txt:129070 - https://theintercept.com/2016/12/13/google-publishes-eight-secret-fbi-requests/
RS_2016-12.bz2.deduped.txt:135042 - https://theintercept.com/2016/12/14/edward-snowden-whistleblowing-nao-e-apenas-vazamento-de-informacoes-e-um-ato-de-resistencia-politica/
RS_2016-12.bz2.deduped.txt:137699 - https://theintercept.com/2016/12/14/banned-by-119-countries-u-s-cluster-bombs-continue-to-orphan-yemeni-children/
RS_2016-12.bz2.deduped.txt:138776 - https://theintercept.com/2016/12/14/heres-the-public-evidence-russia-hacked-the-dnc-its-not-enough/
RS_2016-12.bz2.deduped.txt:140570 - https://theintercept.com/2016/12/14/facebook-finally-says-it-will-not-help-build-muslim-registry/
RS_2016-12.bz2.deduped.txt:146393 - https://theintercept.com/2016/12/15/james-clapper-has-a-classified-blog-it-is-called-intercept/
RS_2016-12.bz2.deduped.txt:147311 - https://theintercept.com/2014/09/04/former-l-times-reporter-cleared-stories-cia-publication/
RS_2016-12.bz2.deduped.txt:149798 - https://theintercept.com/2016/10/18/20-anos-de-congelamento-de-gastos-nao-tem-paralelo-no-mundo/
RS_2016-12.bz2.deduped.txt:150659 - https://theintercept.com/2016/12/15/whistleblower-vindicated-massive-trading-firm-knight-capital-charged-with-abusing-naked-shorts/
RS_2016-12.bz2.deduped.txt:152823 - https://theintercept.com/2016/12/06/tourists-visit-plantation-in-brazil-and-are-served-by-black-slaves/
RS_2016-12.bz2.deduped.txt:152953 - https://theintercept.com/2016/12/15/if-donald-trump-is-so-upset-about-iraq-wmd-lies-why-is-he-hiring-john-bolton/
RS_2016-12.bz2.deduped.txt:154300 - https://theintercept.com/2016/12/15/apple-google-and-others-at-trump-tech-summit-have-stashed-560-billion-in-profits-overseas/
RS_2016-12.bz2.deduped.txt:156609 - https://theintercept.com/2016/12/15/if-donald-trump-is-so-upset-about-iraq-wmd-lies-why-is-he-hiring-john-bolton

RS_2016-12.bz2.deduped.txt:160139 - https://theintercept.com/2016/12/16/if-you-want-to-see-how-donald-trump-will-destroy-the-environment-read-this-legislative-roadmap/
RS_2016-12.bz2.deduped.txt:161309 - https://theintercept.com/2016/12/16/justice-department-finally-opens-investigation-of-orange-county-jailhouse-snitch-scandal/
RS_2016-12.bz2.deduped.txt:162235 - https://theintercept.com/2016/12/16/wells-fargo-is-on-a-losing-streak-but-still-has-some-trump-cards/
RS_2016-12.bz2.deduped.txt:172081 - https://theintercept.com/2016/12/17/inside-the-deadly-mississippi-riot-that-pushed-the-justice-department-to-rein-in-private-prisons/
RS_2016-12.bz2.deduped.txt:176864 - https://theintercept.com/2016/12/18/how-many-children-were-shot-dead-today-an-interview-with-gary-younge/
RS_2016-12.bz2.deduped.txt:178670 - https://theintercept.com/2016/12/16/os-dois-lados-da-proposta-de-reforma-da-previdencia/
RS_2016-12.bz2.deduped.txt:181196 - https://theintercept.com/2016/12/18/what-president-obama-should-have-said-at-his-last-press-conference/
RS_2016-12.bz2.deduped.txt:185274 - https://theintercept.com/2016/12/19/factory-near-carrier-sends-jobs-to-mexico-but-trump-just-tweets/
RS_2016-12.bz2.deduped.txt:186925 - https://theintercept.com/2016/12/19/ibm-employees-launch-petition-protesting-cooperation-with-donald-trump/
RS_2016-12.bz2.deduped.txt:193963 - https://theintercept.com/2016/12/20/brasilia-comecara-2017-arrastando-correntes-de-2016/
RS_2016-12.bz2.deduped.txt:197588 - https://theintercept.com/2016/12/20/trumps-pick-for-interior-secretary-was-caught-in-pattern-of-fraud-at-seal-team-6/
RS_2016-12.bz2.deduped.txt:198123 - https://theintercept.com/2016/12/20/exxonmobil-is-fighting-to-keep-its-dangerous-chemicals-in-childrens-toys/
RS_2016-12.bz2.deduped.txt:206357 - https://theintercept.com/2016/12/21/officer-involved-reprise-2016/
RS_2016-12.bz2.deduped.txt:210030 - https://theintercept.com/2016/12/21/in-major-privacy-victory-top-eu-court-rules-against-mass-surveillance/
RS_2016-12.bz2.deduped.txt:217294 - https://theintercept.com/2016/12/22/apple-ceo-tim-cook-met-with-trump-to-engage-on-gigantic-corporate-tax-cut/
RS_2016-12.bz2.deduped.txt:218056 - https://theintercept.com/2016/12/22/um-conto-de-natal/
RS_2016-12.bz2.deduped.txt:220636 - https://theintercept.com/2016/12/22/a-quarter-of-floridas-black-citizens-cant-vote-a-new-referendum-could-change-that/
RS_2016-12.bz2.deduped.txt:220649 - https://theintercept.com/2016/12/22/governo-temer-atende-bancada-ruralista-e-pretende-arrasar-agenda-socioambiental/
RS_2016-12.bz2.deduped.txt:222859 - https://theintercept.com/2016/06/14/orlando-shooter-wasnt-the-first-murderer-employed-by-global-mercenary-firm/??
RS_2016-12.bz2.deduped.txt:227395 - https://theintercept.com/2016/12/23/virtual-reality-allows-the-most-detailed-intimate-digital-surveillance-yet/
RS_2016-12.bz2.deduped.txt:228360 - https://theintercept.com/2016/12/23/a-nova-missao-de-alexandre-de-moraes-erradicar-a-maconha-do-continente/
RS_2016-12.bz2.deduped.txt:228502 - https://theintercept.com/2016/12/23/the-apprentice-employees-feared-professional-reprisal-over-leaks/
RS_2016-12.bz2.deduped.txt:230750 - https://theintercept.com/2016/12/23/obama-allows-toothless-un-resolution-against-israeli-settlements-to-pass/

RS_2016-12.bz2.deduped.txt:231527 - https://theintercept.com/2016/12/23/newly-declassified-house-intel-report-on-snowden-is-rifled-with-obvious-falsehoods/

RS_2016-12.bz2.deduped.txt:235465 - https://theintercept.com/2016/12/24/obamas-clemency-problem-and-ours/

RS_2016-12.bz2.deduped.txt:245196 - https://theintercept.com/2016/12/26/2016-em-12-publicacoes-do-the-intercept-brasil/

RS_2016-12.bz2.deduped.txt:250551 - https://theintercept.com/2016/12/10/anonymous-leaks-to-the-washpost-about-the-cias-russia-beliefs-are-no-substitute-for-evidence

RS_2016-12.bz2.deduped.txt:251853 - https://theintercept.com/2016/12/27/como-a-amizade-entre-um-morador-de-rua-e-seu-cachorro-pode-salvar-a-vida-de-ambos/

RS_2016-12.bz2.deduped.txt:252938 - https://theintercept.com/2016/12/27/19-states-passed-60-new-abortion-restrictions-in-2016/

RS_2016-12.bz2.deduped.txt:253892 - https://theintercept.com/2016/12/27/trumps-homeland-security-pick-falsely-claimed-narcoterrorism-has-killed-500000-americans/

RS_2016-12.bz2.deduped.txt:260015 - https://theintercept.com/2016/12/28/karollyne-e-o-abrigo-de-caes-mantido-por-moradores-de-rua/

RS_2016-12.bz2.deduped.txt:262537 - https://theintercept.com/2016/12/28/california-blames-incarcerated-workers-for-unsafe-conditions-and-amputations/

RS_2016-12.bz2.deduped.txt:268948 - https://theintercept.com/2016/12/29/senhas-faceis-para-voce-memorizar-e-que-nem-a-nsa-nao-consegue-desvendar/

RS_2016-12.bz2.deduped.txt:270371 - https://theintercept.com/2016/12/29/the-guardians-summary-of-julian-assanges-interview-went-viral-and-was-completely-false/

RS_2016-12.bz2.deduped.txt:271340 - https://theintercept.com/2016/12/29/top-secret-snowden-document-reveals-what-the-nsa-knew-about-previous-russian-hacking/

RS_2016-12.bz2.deduped.txt:272467 - https://theintercept.com/2016/12/29/twelve-must-reads-from-the-intercept-in-2016/

RS_2016-12.bz2.deduped.txt:278354 - http://theintercept.com/2016/07/31/as-israel-prospers-obama-set-to-give-billions-more-in-aid-while-netanyahu-demands-more/

RS_2016-12.bz2.deduped.txt:279767 - https://theintercept.com/2016/12/30/code-of-silence-revisited-an-update-on-the-watts-investigation/

RS_2016-12.bz2.deduped.txt:279988 - https://theintercept.com/2016/12/29/senhas-faceis-para-voce-memorizar-e-que-nem-a-nsa-nao-consegue-desvendar

RS_2016-12.bz2.deduped.txt:280625 - https://theintercept.com/2016/12/30/barack-obama-wasnt-nearly-as-tough-on-israel-as-republican-presidents/

RS_2016-12.bz2.deduped.txt:287324 - https://theintercept.com/2016/12/31/russia-hysteria-infects-washpost-again-false-story-about-hacking-u-s-electric-grid/

RS_2016-12.bz2.deduped.txt:287942 - https://theintercept.com/2016/12/31/u-s-special-operations-numbers-surge-in-africas-shadow-wars/

RS_2016-12.bz2.deduped.txt:288728 - https://theintercept.com/2016/12/31/russia-hysteria-infects-washpost-again-false-story-about-hacking-u-s-electric-grid/?comments=1#comments

RS_2016-12.bz2.deduped.txt:289810 - https://theintercept.com/privacy-policy/

RS_2018-08.xz.deduped.txt:3107 - https://theintercept.com/2018/08/01/google-china-search-engine-censorship/

RS_2018-08.xz.deduped.txt:3834 - https://theintercept.com/2018/08/01/rex-tillerson-qatar-saudi-uae/

RS_2018-08.xz.deduped.txt:8905 - https://theintercept.com/2018/08/01/anuncio-boticario-racismo-redes/

RS_2018-08.xz.deduped.txt:13929 - https://theintercept.com/2018/08/01/ailton-benedito-fake-news-aborto/

RS_2018-08.xz.deduped.txt:15226 - https://theintercept.com/2018/08/02/healthcare-medicare-for-all-hawaii/

RS_2018-08.xz.deduped.txt:18066 - https://theintercept.com/2018/08/02/saudi-airstrikes-yemen-war-laws/

RS_2018-08.xz.deduped.txt:21698 - https://theintercept.com/2018/08/02/immigrant-prison-abuse-california/

RS_2018-08.xz.deduped.txt:30699 - https://theintercept.com/2018/08/03/climate-change-new-york-times-magazine/

RS_2018-08.xz.deduped.txt:31969 - https://theintercept.com/2018/08/03/tulsi-gabbard-primary-challengers-hawaii/

RS_2018-08.xz.deduped.txt:32178 - https://theintercept.com/2018/08/03/google-search-engine-china-censorship-backlash/

RS_2018-08.xz.deduped.txt:33911 - https://theintercept.com/2018/08/03/abdul-el-sayed-bernie-sanders-michigan/

RS_2018-08.xz.deduped.txt:33957 - https://theintercept.com/2018/08/03/zero-tolerance-family-separations-trump-immigration-family-separation/

RS_2018-08.xz.deduped.txt:39343 - https://theintercept.com/2018/08/03/sorry-to-bother-you-anticapitalismo/

RS_2018-08.xz.deduped.txt:39447 - https://theintercept.com/2018/08/03/bolsas-capes-doutorado-mestrado/

RS_2018-08.xz.deduped.txt:40896 - https://theintercept.com/2018/08/04/lawmakers-pressure-google-over-deeply-troubling-china-censorship-dragonfly/

RS_2018-08.xz.deduped.txt:42858 - https://theintercept.com/2018/08/04/abdul-el-sayed-michigan-governor/

RS_2018-08.xz.deduped.txt:43225 - https://theintercept.com/2018/08/03/google-search-engine-china-censorship-backlash/?utm_campaign=Revue%20newsletter&utm_medium=Newsletter&utm_source=The%20Interface

RS_2018-08.xz.deduped.txt:46002 - https://theintercept.com/2018/08/05/atencao-eleitor-nao-caia-no-engodo-chamado-ranking-dos-politicos/

RS_2018-08.xz.deduped.txt:46036 - https://theintercept.com/2018/08/05/holy-land-foundation-trial-palestine-israel/

RS_2018-08.xz.deduped.txt:46493 - https://theintercept.com/2018/08/04/senators-pressure-google-china-censorship-dragonfly/

RS_2018-08.xz.deduped.txt:46789 - https://theintercept.com/2018/08/05/death-penalty-lethal-injection-trial-tennessee/

RS_2018-08.xz.deduped.txt:49716 - https://theintercept.com/2018/08/05/a-uniao-alckmin-e-pp-mostra-que-bolsonaro-e-so-um-sintoma-da-verdadeira-doenca-a-midia-oligarquica-e-as-elites/

RS_2018-08.xz.deduped.txt:50695 - https://theintercept.com/2018/08/05/brazils-disastrous-2018-presidential-race-teaches-key-lesson-for-all-demagogues-thrive-only-when-establishments-fail/

RS_2018-08.xz.deduped.txt:58010 - https://theintercept.com/2018/08/06/net-neutrality-repeal-republican-districts/
RS_2018-08.xz.deduped.txt:60436 - https://theintercept.com/2018/08/06/lori-swanson-minnesota-attorney-general-governor-race/
RS_2018-08.xz.deduped.txt:64724 - https://theintercept.com/2018/08/06/family-separation-deported-parents/
RS_2018-08.xz.deduped.txt:65264 - https://theintercept.com/2018/08/07/fbi-undercover-journalist-documentary-bundy-longbow-chill/
RS_2018-08.xz.deduped.txt:67964 - https://theintercept.com/2018/08/06/lori-swanson-minnesota-attorney-general-governor-race/?comments=1
RS_2018-08.xz.deduped.txt:71232 - https://theintercept.com/2018/08/07/saudi-arabia-canada-tweet/
RS_2018-08.xz.deduped.txt:71498 - https://theintercept.com/2018/08/07/cory-booker-israel-palestine/
RS_2018-08.xz.deduped.txt:71535 - https://theintercept.com/2018/08/07/fbi-pressed-detained-anti-ice-activist-for-information-on-protests-offering-immigration-help/
RS_2018-08.xz.deduped.txt:72611 - https://theintercept.com/2018/08/07/cori-bush-lacy-clay-missouri/
RS_2018-08.xz.deduped.txt:74912 - https://theintercept.com/2018/08/07/saudi-arabia-canada-tweet/?comments=1#comments
RS_2018-08.xz.deduped.txt:74924 - https://theintercept.com/2018/08/08/primary-results-kansas-michigan-missouri/
RS_2018-08.xz.deduped.txt:80286 - https://theintercept.com/2018/08/08/google-censorship-china-blacklist/
RS_2018-08.xz.deduped.txt:87853 - https://theintercept.com/2018/08/09/koch-brothers-health-care-free-college/
RS_2018-08.xz.deduped.txt:91975 - https://theintercept.com/2018/08/09/alckmin-bolsonaro-btg-pactual/
RS_2018-08.xz.deduped.txt:94994 - https://theintercept.com/2018/08/09/zimbabwe-election-protests-mnangagwa/
RS_2018-08.xz.deduped.txt:95009 - https://theintercept.com/2018/08/09/guantanamo-bay-psychology-torture/
RS_2018-08.xz.deduped.txt:95772 - https://theintercept.com/2018/08/09/lori-swanson-minnesota-attorney-general/
RS_2018-08.xz.deduped.txt:96443 - https://theintercept.com/2018/08/09/matt-morgan-jack-bergman-michigan-1st-congressional-district/
RS_2018-08.xz.deduped.txt:100049 - https://theintercept.com/2018/08/10/ohio-special-election-ranked-choice-voting/
RS_2018-08.xz.deduped.txt:101113 - https://theintercept.com/2018/08/10/nathaniel-rich-mudancas-climaticas-capitalismo/
RS_2018-08.xz.deduped.txt:101395 - https://theintercept.com/2018/08/10/whatsapp-facebook-gratis-fake-news/
RS_2018-08.xz.deduped.txt:103523 - https://theintercept.com/2018/08/10/minnesota-primary-ilhan-omar-margaret-kelliher-patricia-torres-ray/
RS_2018-08.xz.deduped.txt:105202 - https://theintercept.com/2018/08/10/google-censorship-plan-is-not-right-and-stupid-says-former-google-head-of-free-expression/

RS_2018-08.xz.deduped.txt:105280 - https://theintercept.com/2018/08/09/bob-mcculoch-union-backing-bob-mcculloch-ferguson/
RS_2018-08.xz.deduped.txt:109842 - https://theintercept.com/2018/08/11/israel-palestine-drone-strike-operation-protective-edge/
RS_2018-08.xz.deduped.txt:111082 - https://theintercept.com/2018/08/11/kerri-harris-tom-carper-debate/
RS_2018-08.xz.deduped.txt:117229 - https://theintercept.com/2018/08/11/amazon-inteligencia-artificial-policia-militares/
RS_2018-08.xz.deduped.txt:117857 - https://theintercept.com/2018/08/12/uscis-undocumented-adoptee-immigration-status-adoption-deported/
RS_2018-08.xz.deduped.txt:118883 - https://theintercept.com/2018/08/12/las-vegas-fbi-sting-diet-clinics-money-laundering/
RS_2018-08.xz.deduped.txt:124834 - https://theintercept.com/2018/08/13/khan-al-ahmar-palestinian-bedouin-village-israel-demolition/
RS_2018-08.xz.deduped.txt:128476 - https://theintercept.com/2018/08/13/dnc-fossil-fuel-donations-climate-change/
RS_2018-08.xz.deduped.txt:129309 - https://theintercept.com/2018/08/11/israel-palestine-drone-strike-operation-protective-edge/?cmp
RS_2018-08.xz.deduped.txt:130770 - https://theintercept.com/2018/08/13/china-muslims-uighur-detention/
RS_2018-08.xz.deduped.txt:135926 - https://theintercept.com/2018/08/13/vale-quilombos-maranhao/
RS_2018-08.xz.deduped.txt:136076 - https://theintercept.com/2018/07/30/telegrama-inedito-bolsonaro-pediu-a-embaixada-elogio-a-ditador-acusado-de-trafico/
RS_2018-08.xz.deduped.txt:136631 - https://theintercept.com/2018/08/13/china-muslims-uighur-detention/?comments=1#comments
RS_2018-08.xz.deduped.txt:139927 - https://theintercept.com/2018/08/14/hothouse-earth-climate-change-neoliberal-economics/
RS_2018-08.xz.deduped.txt:140500 - https://theintercept.com/2018/08/14/police-unions-prison-reform/
RS_2018-08.xz.deduped.txt:142583 - https://theintercept.com/2018/08/14/elizabeth-warren-yemen-bombing-us-military/
RS_2018-08.xz.deduped.txt:145507 - https://theintercept.com/2018/08/14/ilhan-omar-keith-ellison-tim-walz-lori-swanson/
RS_2018-08.xz.deduped.txt:150410 - https://theintercept.com/2018/08/15/tennessee-restarts-executions-billy-ray-irick-death-penalty/
RS_2018-08.xz.deduped.txt:150822 - https://theintercept.com/2018/08/15/alex-jones-twitter-infowars-ban-free-speech/
RS_2018-08.xz.deduped.txt:152388 - https://theintercept.com/2018/08/15/nsa-edward-snowden-whistleblower-document-leaks/
RS_2018-08.xz.deduped.txt:152389 - https://theintercept.com/2018/08/15/nsa-snowden-documents-climate-change/
RS_2018-08.xz.deduped.txt:152390 - https://theintercept.com/2018/08/15/nsa-vpn-hack-al-jazeera-sidtoday/
RS_2018-08.xz.deduped.txt:152437 - https://theintercept.com/2018/08/15/donald-trump-refugee-resettlement-quota/

RS_2018-08.xz.deduped.txt:152854 - https://theintercept.com/2018/08/15/nsa-sigint-curmudgeon-sidtoday/
RS_2018-08.xz.deduped.txt:153553 - https://theintercept.com/2018/08/15/randy-bryce-david-clarke-richard-schmidt/
RS_2018-08.xz.deduped.txt:154845 - https://theintercept.com/2018/08/14/connecticut-primary-mary-glassman-moveon-chamber-of-commerce/
RS_2018-08.xz.deduped.txt:158814 - https://theintercept.com/2018/08/16/jeff-greene-florida-puerto-rico-debt/
RS_2018-08.xz.deduped.txt:160273 - https://theintercept.com/2018/08/16/invisible-institute-chicago-police-data/
RS_2018-08.xz.deduped.txt:160274 - https://theintercept.com/2018/08/16/chicago-police-department-officer-involved-shooting/
RS_2018-08.xz.deduped.txt:162590 - https://theintercept.com/2018/08/16/chicago-police-misconduct-racial-disparity/
RS_2018-08.xz.deduped.txt:162601 - https://theintercept.com/2018/08/16/chicago-police-misconduct-social-network/
RS_2018-08.xz.deduped.txt:163180 - https://theintercept.com/2018/08/16/haitianos-coiotes-chile-brasil/
RS_2018-08.xz.deduped.txt:163252 - https://theintercept.com/2018/08/16/brett-kavanaugh-susan-collins-ady-barkan/
RS_2018-08.xz.deduped.txt:163963 - https://theintercept.com/2018/08/16/trello-board-uk-canada/
RS_2018-08.xz.deduped.txt:164477 - https://theintercept.com/2018/08/16/google-china-crisis-staff-dragonfly/
RS_2018-08.xz.deduped.txt:166212 - https://theintercept.com/2018/08/16/donald-trump-media-enemy-of-the-people/
RS_2018-08.xz.deduped.txt:172198 - https://theintercept.com/2018/08/17/julia-salazar-sex-workers-rights/
RS_2018-08.xz.deduped.txt:172711 - https://theintercept.com/2018/08/17/internal-meeting-reveals-how-google-bosses-misled-staff-on-their-china-censorship-plan-here-are-the-questions-they-must-answer/
RS_2018-08.xz.deduped.txt:175757 - https://static.theintercept.com/amp/medicare-for-all-cost-health-care-wages.html
RS_2018-08.xz.deduped.txt:180813 - https://theintercept.com/2018/08/18/mike-capuano-ayanna-pressley-massachusetts-primary/
RS_2018-08.xz.deduped.txt:182408 - https://theintercept.com/2018/08/18/ryan-zinke-wildfires-timber-industry/
RS_2018-08.xz.deduped.txt:183024 - https://theintercept.com/2018/08/17/china-uigur-muculmanos/
RS_2018-08.xz.deduped.txt:188670 - https://theintercept.com/2018/08/19/democratic-party-criminal-justice-reform/
RS_2018-08.xz.deduped.txt:189477 - https://theintercept.com/2018/08/19/candidato-do-novo-incita-crime-contra-a-esquerda-em-propaganda-eleitoral/
RS_2018-08.xz.deduped.txt:196142 - https://theintercept.com/2018/08/20/ravi-ragbir-immigration-first-amendment/

RS_2018-08.xz.deduped.txt:197605 - https://theintercept.com/2018/08/20/facebook-suspended-a-latin-american-news-network-and-gave-three-different-reasons-why/

RS_2018-08.xz.deduped.txt:199753 - https://static.theintercept.com/amp/trump-white-house-weighing-plans-for-private-spies-to-counter-deep-state-enemies.html?__twitter_impression=true

RS_2018-08.xz.deduped.txt:200910 - https://theintercept.com/2018/08/20/dodd-frank-rollback-banking-bill/

RS_2018-08.xz.deduped.txt:201282 - https://theintercept.com/2018/08/15/cni-acabar-aprendizes/

RS_2018-08.xz.deduped.txt:201413 - https://theintercept.com/2018/08/20/ben-carson-housing-segregation-lawsuit/

RS_2018-08.xz.deduped.txt:207935 - https://theintercept.com/2018/08/18/ryan-zinke-wildfires-timber-industry/?utm_source=EHN&utm_campaign=03d1427247-RSS_EMAIL_CAMPAIGN&utm_medium=email&utm_term=0_8573f35474-03d1427247-99389085

RS_2018-08.xz.deduped.txt:208672 - https://theintercept.com/2018/08/21/elizabeth-warren-unveils-radical-anti-corruption-platform/

RS_2018-08.xz.deduped.txt:208789 - https://theintercept.com/2018/08/21/james-mattis-resignation-trump/

RS_2018-08.xz.deduped.txt:209487 - https://theintercept.com/2018/08/20/mrv-engenharia-lucro/

RS_2018-08.xz.deduped.txt:209616 - https://theintercept.com/2018/08/21/greve-funcionarios-mundial/

RS_2018-08.xz.deduped.txt:210723 - https://static.theintercept.com/amp/elizabeth-warren-unveils-radical-anti-corruption-platform.html

RS_2018-08.xz.deduped.txt:211917 - https://theintercept.com/2018/08/21/us-drone-base-niger-africa/

RS_2018-08.xz.deduped.txt:214169 - https://theintercept.com/2018/08/21/fox-news-violates-polands-holocaust-law-reference-polish-death-camp/

RS_2018-08.xz.deduped.txt:218698 - https://static.theintercept.com/amp/us-drone-base-niger-africa.html

RS_2018-08.xz.deduped.txt:218783 - https://theintercept.com/2018/08/22/voto-feminino-bolsonaro/

RS_2018-08.xz.deduped.txt:218821 - https://theintercept.com/2018/08/21/facebook-telesur-redes-sociais/

RS_2018-08.xz.deduped.txt:218996 - https://theintercept.com/2018/08/21/sec-mandatory-arbitration-shareholders/

RS_2018-08.xz.deduped.txt:221216 - https://theintercept.com/2018/08/21/prison-strike-2018-attica/

RS_2018-08.xz.deduped.txt:221612 - https://theintercept.com/2018/08/22/trump-cohen-plea-deal-manafort/

RS_2018-08.xz.deduped.txt:224736 - https://theintercept.com/2018/08/22/donald-trump-couldve-paid-off-stormy-daniels-legally-if-michael-cohen-were-a-better-lawyer/

RS_2018-08.xz.deduped.txt:225113 - https://theintercept.com/2018/08/22/ammar-campa-najjar-a-working-class-progressive-gets-a-boost-from-indictment-of-duncan-hunter/

RS_2018-08.xz.deduped.txt:225325 - https://theintercept.com/2017/08/29/in-europe-hate-speech-laws-are-often-used-to-suppress-and-punish-left-wing-viewpoints/?comments=1#comments

RS_2018-08.xz.deduped.txt:227390 - https://theintercept.com/2018/08/22/tom-carper-delaware-primary-banks/

RS_2018-08.xz.deduped.txt:227495 - https://theintercept.com/2018/08/22/recent-arrests-under-new-anti-protest-law-spotlight-risks-that-off-duty-cops-pose-to-pipeline-opponents/

RS_2018-08.xz.deduped.txt:232034 - https://theintercept.com/2018/08/23/levante-pelo-sus/

RS_2018-08.xz.deduped.txt:232098 - https://theintercept.com/2018/08/22/brasil-pais-rico-boulos/

RS_2018-08.xz.deduped.txt:233224 - https://theintercept.com/2018/08/23/reality-winner-sentenced-nsa-russia-election-hacking/

RS_2018-08.xz.deduped.txt:234248 - https://theintercept.com/2018/08/22/aumento-assassinatos-maconha-uruguai/

RS_2018-08.xz.deduped.txt:234398 - https://theintercept.com/2018/08/23/benjamin-netanyahu-anti-semitic/

RS_2018-08.xz.deduped.txt:235115 - https://theintercept.com/2018/08/23/reality-winner-sentenced-leak-election-hacking/

RS_2018-08.xz.deduped.txt:236114 - https://theintercept.com/2018/08/23/exe-bolsonaro/

RS_2018-08.xz.deduped.txt:242824 - https://theintercept.com/2018/08/24/marinha-homofobia/

RS_2018-08.xz.deduped.txt:245707 - https://theintercept.com/2018/08/24/yemen-airstrikes-saudi-us-coalition/

RS_2018-08.xz.deduped.txt:249081 - https://theintercept.com/2018/08/24/tom-carper-delaware-primary-environment/

RS_2018-08.xz.deduped.txt:253346 - https://theintercept.com/2018/08/25/chemours-epa-coolant-refrigerant-dupont/

RS_2018-08.xz.deduped.txt:254118 - https://theintercept.com/2018/08/25/zephyr-teachout-attorney-general-new-york-times-endorsement/

RS_2018-08.xz.deduped.txt:256477 - https://theintercept.com/2018/08/25/otavio-frias-filho-folha-jornalismo/

RS_2018-08.xz.deduped.txt:258995 - https://theintercept.com/2017/07/27/john-mccain-fake-maverick-horrible-record

RS_2018-08.xz.deduped.txt:260803 - https://theintercept.com/2018/08/26/licoes-de-como-enfrentar-bolsonaro-e-a-extrema-direita-sem-fortalece-los/

RS_2018-08.xz.deduped.txt:260871 - https://theintercept.com/2018/08/26/beware-the-race-reductionist/

RS_2018-08.xz.deduped.txt:261865 - https://theintercept.com/2018/08/26/children-separated-under-trumps-zero-tolerance-policy-say-their-trauma-continues/

RS_2018-08.xz.deduped.txt:272104 - https://theintercept.com/2018/08/27/kerri-harris-tom-carper-delaware-campaign-video/

RS_2018-08.xz.deduped.txt:273213 - https://theintercept.com/2018/08/27/hold-the-plaudits-john-mccains-2008-campaign-paved-the-way-for-donald-trump/

RS_2018-08.xz.deduped.txt:273550 - https://theintercept.com/2018/08/27/pt-compra-tuiteiros/

RS_2018-08.xz.deduped.txt:279814 - https://theintercept.com/2018/08/28/cnn-credibly-accused-of-lying-to-its-audience-about-a-key-claim-in-its-blockbuster-cohen-story-refuses-to-comment/

RS_2018-08.xz.deduped.txt:283104 - https://theintercept.com/2018/08/28/social-wealth-fund-united-states/

RS_2018-08.xz.deduped.txt:283621 - https://theintercept.com/2018/08/28/2018-primaries-teachers-strikes-red-states/

RS_2018-08.xz.deduped.txt:283779 - https://static.theintercept.com/amp/mitch-mcconnell-elaine-chao-offshore-paradise-papers.html

RS_2018-08.xz.deduped.txt:285121 - https://theintercept.com/2018/08/28/cnn-credibly-accused-of-lying-to-its-audience-about-a-key-claim-in-its-blockbuster-cohen-story-refuses-to-comment/?menu=1

RS_2018-08.xz.deduped.txt:287753 - https://theintercept.com/2018/08/28/andrew-gillum-brings-it-home-tallahassee-mayors-upset-is-latest-insurgent-victory/

RS_2018-08.xz.deduped.txt:290166 - https://theintercept.com/2018/08/28/indicacoes-politicas-estatais-voltar/

RS_2018-08.xz.deduped.txt:290720 - https://theintercept.com/2018/08/28/amoedo-desigualdade-pobreza/

RS_2018-08.xz.deduped.txt:290762 - https://theintercept.com/2018/08/27/horario-eleitoral-gratuito-custa-r-864-mi-e-o-governo-se-recusa-a-mostrar-quem-recebe-a-grana/

RS_2018-08.xz.deduped.txt:296277 - https://theintercept.com/2018/08/29/new-york-attorney-general-debate-zephyr-teachout/

RS_2018-08.xz.deduped.txt:296586 - https://theintercept.com/2018/08/28/aecio-lancamento-candidatura-20-eleitores/

RS_2018-08.xz.deduped.txt:296721 - https://theintercept.com/2018/08/29/tom-carper-delaware-way-kerri-harris/

RS_2018-08.xz.deduped.txt:297776 - https://theintercept.com/2018/08/29/oklahoma-arizona-primary-teachers/

RS_2018-08.xz.deduped.txt:302126 - https://theintercept.com/2018/08/28/google-china-censorship-plan-human-rights/

RS_2018-08.xz.deduped.txt:303742 - https://theintercept.com/2018/08/29/getulio-vargas-votos-lula/

RS_2018-08.xz.deduped.txt:306489 - https://theintercept.com/2018/08/30/trump-palestine-peace-plan-israel/

RS_2018-08.xz.deduped.txt:306642 - https://theintercept.com/2018/08/30/julia-salazar-dsa-colombia-immigrant/

RS_2018-08.xz.deduped.txt:307113 - https://theintercept.com/2018/08/29/andrew-gillum-stacey-abrams-ben-jealous-black-governors/

RS_2018-08.xz.deduped.txt:309866 - https://theintercept.com/2018/08/30/ciro-gomes-entrevista/

RS_2018-08.xz.deduped.txt:313835 - https://theintercept.com/2018/08/31/ftc-andrew-smith-conflict-of-interest/

RS_2018-08.xz.deduped.txt:314713 - https://theintercept.com/2018/08/30/conceicao-evaristo-escritora-negra-eleicao-abl/

RS_2018-08.xz.deduped.txt:316422 - https://theintercept.com/2018/08/31/watch-interview-with-one-of-brazils-leading-presidential-candidates-ciro-gomes/

RS_2018-08.xz.deduped.txt:316569 - https://theintercept.com/2018/08/30/german-neo-nazis-rally-chemnitz-time-without-hitler-salutes-mob-violence/

RS_2018-08.xz.deduped.txt:318517 - https://theintercept.com/2018/08/31/cameroon-video-execution-boko-haram/

RS_2017-02.bz2.deduped.txt:3100 - https://theintercept.com/document/2017/01/31/confidential-human-source-assessing-aid/#page-4

RS_2017-02.bz2.deduped.txt:5075 - https://theintercept.com/2017/02/01/former-senior-fbi-counterterrorism-agent-slams-trump-on-torture-and-muslim-ban/

RS_2017-02.bz2.deduped.txt:5447 - https://theintercept.com/document/2017/01/31/confidential-human-source-assessing-aid/#page-6

RS_2017-02.bz2.deduped.txt:7036 - https://theintercept.com/2017/02/01/how-scientists-can-protect-their-data-from-the-trump-administration/

RS_2017-02.bz2.deduped.txt:7478 - https://theintercept.com/2017/02/01/supreme-court-nominee-neil-gorsuch-is-a-down-payment-on-trumps-promise-to-overturn-roe-v-wade/

RS_2017-02.bz2.deduped.txt:8561 - https://theintercept.com/2017/02/01/billionaire-trump-adviser-peter-thiel-bought-his-new-zealand-citizenship-documents-show/

RS_2017-02.bz2.deduped.txt:9013 - https://theintercept.com/2017/02/01/trump-executive-order-threatens-foreign-students-how-will-their-universities-respond/

RS_2017-02.bz2.deduped.txt:10160 - https://theintercept.com/2017/02/01/trumps-muslim-ban-galvanizes-civil-rights-activists-across-the-american-south/

RS_2017-02.bz2.deduped.txt:10444 - https://theintercept.com/2017/02/01/intercepted-podcast-trump-week-two-the-rise-of-chief-yookeroo/

RS_2017-02.bz2.deduped.txt:10945 - https://theintercept.com/2017/02/01/homeland-security-inspector-general-opens-investigation-of-muslim-ban-rollout-orders-document-preservation/

RS_2017-02.bz2.deduped.txt:12048 - https://theintercept.com/2017/02/01/four-democratic-defectors-join-gop-to-confirm-exxon-ceo-as-secretary-of-state/

RS_2017-02.bz2.deduped.txt:12645 - https://theintercept.com/2017/02/01/supreme-court-nominee-neil-gorsuch-is-a-donald-trump-style-authoritarian/

RS_2017-02.bz2.deduped.txt:12691 - https://theintercept.com/2017/02/01/in-response-to-steve-bannons-appointment-bill-aims-to-get-politics-out-of-national-security-council/

RS_2017-02.bz2.deduped.txt:15723 - https://theintercept.com/series/the-fbis-secret-rules

RS_2017-02.bz2.deduped.txt:18855 - https://theintercept.com/2017/02/02/chicago-needs-police-reform-not-trumps-national-guard-an-interview-with-jamie-kalven/

RS_2017-02.bz2.deduped.txt:22229 - https://theintercept.com/2017/02/02/press-secretary-sean-spicer-falsely-accuses-iran-of-attacking-u-s-navy-vessel-an-act-of-war/

RS_2017-02.bz2.deduped.txt:22395 - https://theintercept.com/2017/02/02/egyptian-rights-activists-are-targeted-by-sophisticated-hacking-attacks/

RS_2017-02.bz2.deduped.txt:23461 - https://theintercept.com/2017/02/02/federal-judge-has-blocked-texas-rule-requiring-women-to-cremate-and-bury-their-aborted-fetuses/

RS_2017-02.bz2.deduped.txt:23845 - https://theintercept.com/2017/02/02/trumps-cia-chief-selects-major-torture-operative-to-be-agencys-deputy-director/

RS_2017-02.bz2.deduped.txt:23882 - https://theintercept.com/2017/02/02/trump-denounced-broken-system-of-big-money-politics-neil-gorsuch-could-make-it-worse/

RS_2017-02.bz2.deduped.txt:24975 - https://theintercept.com/2017/02/02/what-the-russian-technology-sanction-shift-really-means/

RS_2017-02.bz2.deduped.txt:31523 - https://theintercept.com/2017/02/03/novo-relator-da-lava-jato-fachin-e-opcao-mais-proxima-de-teori/

RS_2017-02.bz2.deduped.txt:32821 - https://theintercept.com/2017/02/03/let-the-leaking-begin-longtime-nasa-watchdog-welcomes-new-rogue-agency-tweeters/

RS_2017-02.bz2.deduped.txt:33640 - https://theintercept.com/2017/02/03/california-moves-to-become-a-sanctuary-state-as-texas-takes-a-hard-line/

RS_2017-02.bz2.deduped.txt:34099 - https://theintercept.com/2017/02/03/texas-governor-goes-to-war-with-austin-over-immigration-enforcement/

RS_2017-02.bz2.deduped.txt:35168 - https://theintercept.com/2017/02/03/trump-muslim-ban-executive-order-violated-executive-order-about-executive-orders/
RS_2017-02.bz2.deduped.txt:35452 - https://theintercept.com/2017/02/02/yemeni-americans-rally-brooklyn-protest-trumps-muslim-ban/
RS_2017-02.bz2.deduped.txt:42309 - https://theintercept.com/2017/02/04/the-fbi-is-building-a-national-watchlist-that-gives-companies-real-time-updates-on-employees/
RS_2017-02.bz2.deduped.txt:44354 - https://theintercept.com/2017/02/02/eike-cabral-e-nem-do-quarteto-do-rio-olimpico-so-falta-um/
RS_2017-02.bz2.deduped.txt:44356 - https://theintercept.com/2017/01/31/agentes-disfarcados-do-fbi-inundam-a-internet-em-busca-de-contato-com-terroristas/
RS_2017-02.bz2.deduped.txt:46765 - https://theintercept.com/2017/02/04/amid-chaos-berkeley-grinning-face-covered-blood/
RS_2017-02.bz2.deduped.txt:49947 - https://theintercept.com/2017/02/05/republicans-want-to-make-the-epa-great-again-by-gutting-health-regulations/
RS_2017-02.bz2.deduped.txt:53803 - https://theintercept.com/2017/02/03/trump-is-following-obama-administrations-lead-on-sanctions-against-iran/
RS_2017-02.bz2.deduped.txt:54841 - https://theintercept.com/2017/02/03/dhs-walks-back-immigration-directives-as-muslim-ban-chaos-continues/
RS_2017-02.bz2.deduped.txt:54978 - https://theintercept.com/2017/02/05/as-peripecias-de-aecio-neves-no-propinoduto-da-cidade-administrativa/
RS_2017-02.bz2.deduped.txt:59545 - https://theintercept.com/2017/02/06/desenvolvimento-chega-a-mato-grosso-com-bala-e-devastacao/
RS_2017-02.bz2.deduped.txt:60741 - https://theintercept.com/2017/02/06/donald-trumps-executive-order-will-let-private-equity-funds-drain-your-401k/
RS_2017-02.bz2.deduped.txt:61511 - https://theintercept.com/2017/02/06/john-yoo-thinks-presidents-can-legally-torture-children-even-he-has-grave-concerns-about-donald-trump/
RS_2017-02.bz2.deduped.txt:65039 - https://theintercept.com/2017/02/06/more-than-150-former-federal-prosecutors-have-denounced-trumps-muslim-ban/
RS_2017-02.bz2.deduped.txt:65380 - https://theintercept.com/document/2017/02/06/statement-of-former-prosecutors-on-muslim-ban/
RS_2017-02.bz2.deduped.txt:70505 - https://theintercept.com/2017/02/07/como-um-pai-de-familia-assalariado-foi-parar-em-uma-cela-do-pcc/
RS_2017-02.bz2.deduped.txt:73282 - https://theintercept.com/2017/02/07/forca-nacional-nao-garante-seguranca-na-greve-da-pm-do-espirito-santo/
RS_2017-02.bz2.deduped.txt:73459 - https://theintercept.com/2017/02/07/what-slobodan-milosevic-taught-me-about-donald-trump/
RS_2017-02.bz2.deduped.txt:77307 - https://theintercept.com/2017/02/07/barrett-brown-defense-fund-accuses-justice-department-of-illegally-surveilling-its-donors/
RS_2017-02.bz2.deduped.txt:83026 - https://theintercept.com/2017/02/08/tsas-own-files-show-doubtful-science-behind-its-behavior-screening-program/
RS_2017-02.bz2.deduped.txt:83545 - https://theintercept.com/2017/02/08/trumps-rhetoric-on-radical-islam-undermines-counter-extremism-programs-in-u-s/
RS_2017-02.bz2.deduped.txt:83857 - https://theintercept.com/2017/02/08/activists-plan-emergency-actions-in-18-states-to-protest-approval-of-dakota-access-pipeline/
RS_2017-02.bz2.deduped.txt:85569 - https://theintercept.com/2017/02/08/intercepted-podcast-president-trumps-cabinet-of-killers-and-why-orange-is-the-new-anti-black/

RS_2017-02.bz2.deduped.txt:88445 - https://theintercept.com/2017/02/08/leaked-memo-trump-conflict-minerals/
RS_2017-02.bz2.deduped.txt:95520 - https://theintercept.com/2017/02/09/tom-perez-apologizes-for-telling-the-truth-showing-why-democrats-flaws-urgently-need-attention/
RS_2017-02.bz2.deduped.txt:96347 - https://theintercept.com/2017/02/09/tom-perez-apologizes-for-telling-the-truth-showing-why-democrats-flaws-urgently-need-attention/?comments=1#comments
RS_2017-02.bz2.deduped.txt:96568 - https://theintercept.com/2017/02/09/trump-administration-prepares-to-execute-vicious-executive-order-on-deportations/
RS_2017-02.bz2.deduped.txt:97474 - https://theintercept.com/2017/02/09/scenes-of-red-state-resistance/
RS_2017-02.bz2.deduped.txt:102837 - https://theintercept.com/2017/02/09/airline-competition-trump/
RS_2017-02.bz2.deduped.txt:103838 - https://theintercept.com/2017/02/09/o-silencio-das-panelas/
RS_2017-02.bz2.deduped.txt:110115 - https://theintercept.com/2017/02/10/sen-joni-ernst-puts-planned-parenthood-and-access-to-birth-control-on-the-chopping-block/
RS_2017-02.bz2.deduped.txt:112008 - https://theintercept.com/2017/02/10/trump-intends-to-follow-up-botched-yemen-military-raid-by-helping-saudis-target-civilians/
RS_2017-02.bz2.deduped.txt:112345 - https://theintercept.com/2017/02/10/o-estado-esta-negando-os-direitos-humanos-dos-policiais/
RS_2017-02.bz2.deduped.txt:112717 - https://theintercept.com/2017/02/10/o-que-slobodan-milosevic-me-ensinou-sobre-donald-trump/
RS_2017-02.bz2.deduped.txt:112718 - https://theintercept.com/2017/02/10/former-cia-analyst-sues-defense-department-to-vindicate-nsa-whistleblowers/
RS_2017-02.bz2.deduped.txt:113062 - https://theintercept.com/2017/02/09/airline-competition-trump/v
RS_2017-02.bz2.deduped.txt:119815 - https://theintercept.com/2017/02/11/as-tensions-rise-steve-bannon-and-isis-get-closer-to-their-common-goal-civilizational-war/
RS_2017-02.bz2.deduped.txt:126783 - https://theintercept.com/2017/02/12/grandes-jornais-apoiam-escolha-de-moraes-para-o-stf/
RS_2017-02.bz2.deduped.txt:127856 - https://theintercept.com/2017/02/12/dark-essays-by-white-house-staffer-are-the-intellectual-source-code-of-trumpism/
RS_2017-02.bz2.deduped.txt:136378 - https://theintercept.com/2017/02/13/oklahoma-lawmakers-want-men-to-approve-all-abortions/
RS_2017-02.bz2.deduped.txt:137952 - https://theintercept.com/2017/02/13/48-questions-the-fbi-uses-to-determine-if-someone-is-a-likely-terrorist/
RS_2017-02.bz2.deduped.txt:138291 - https://theintercept.com/2017/02/13/naomi-klein-to-cover-shocks-of-trump-era-for-the-intercept/
RS_2017-02.bz2.deduped.txt:140632 - https://theintercept.com/2017/02/13/brazils-two-largest-newspapers-forced-by-president-and-judge-to-delete-reporting-we-publish-it-here/
RS_2017-02.bz2.deduped.txt:140777 - https://theintercept.com/2017/02/13/globo-e-folha-sofrem-censura-de-temer-e-juiz-e-apagam-reportagens-nos-publicamos-o-que-foi-proibido/
RS_2017-02.bz2.deduped.txt:141683 - https://theintercept.com/2017/02/13/naacp-trump-netneutrality/

RS_2017-02.bz2.deduped.txt:142555 - https://theintercept.com/2017/02/13/spies-must-bored-easy-trump-makes-jobs/
RS_2017-02.bz2.deduped.txt:143111 - https://theintercept.com/2017/02/13/brazils-two-largest-newspapers-forced-by-president-and-judge-to-delete-reporting-we-publish-it-here/?comments=1#comments
RS_2017-02.bz2.deduped.txt:148466 - https://theintercept.com/2017/02/14/soja-destroi-a-amazonia-e-chantageia-o-pais/
RS_2017-02.bz2.deduped.txt:148980 - https://theintercept.com/2017/02/14/financial-backers-of-epa-pick-scott-pruitt-have-faced-hundreds-of-pollution-actions/
RS_2017-02.bz2.deduped.txt:150847 - https://theintercept.com/2017/02/14/trump-know-flynns-talks-russia-know/
RS_2017-02.bz2.deduped.txt:151209 - https://theintercept.com/2017/02/14/ice-arrested-nearly-700-people-last-week-advocates-are-bracing-for-more-to-come/
RS_2017-02.bz2.deduped.txt:152146 - https://theintercept.com/2017/02/14/the-leakers-who-exposed-gen-flynns-lie-committed-serious-and-wholly-justified-felonies/
RS_2017-02.bz2.deduped.txt:153537 - https://theintercept.com/2017/02/14/the-leakers-who-exposed-gen-flynns-lie-committed-serious-and-wholly-justified-felonies/?comments=1#comments
RS_2017-02.bz2.deduped.txt:154309 - https://theintercept.com/2017/02/11/ali-vayeghan-was-deported-under-trumps-executive-order-now-hes-back-in-the-u-s/
RS_2017-02.bz2.deduped.txt:162332 - https://theintercept.com/2016/08/25/why-did-the-saudi-regime-and-other-gulf-tyrannies-donate-millions-to-the-clinton-foundation/?spaz=cuck
RS_2017-02.bz2.deduped.txt:163233 - https://theintercept.com/2017/02/15/intercepted-podcast-we-are-all-in-trumps-hunger-games-now/
RS_2017-02.bz2.deduped.txt:163559 - https://theintercept.com/2017/02/15/text-describing-federal-fracking-rule-disappears-from-interior-department-website/
RS_2017-02.bz2.deduped.txt:164917 - https://theintercept.com/2017/02/15/labor-pick-andy-puzder-is-already-in-jeopardy-now-hes-being-sued-for-wage-fixing/
RS_2017-02.bz2.deduped.txt:165298 - https://theintercept.com/2017/02/15/after-michael-flynns-resignation-surveillance-defenders-suddenly-care-about-wiretap-abuse/
RS_2017-02.bz2.deduped.txt:165925 - https://theintercept.com/2017/02/15/trump-has-the-power-to-declassify-whatever-he-wants-including-the-russian-intercepts/
RS_2017-02.bz2.deduped.txt:165926 - https://theintercept.com/2017/02/15/trump-says-palestinian-statehood-isnt-necessary-for-peace-netanyahu-calls-him-the-greatest/
RS_2017-02.bz2.deduped.txt:167054 - https://theintercept.com/2017/02/15/hispanic-caucus-on-trumps-deportations-were-creating-an-immigration-police-state/
RS_2017-02.bz2.deduped.txt:169580 - https://theintercept.com/2017/02/15/carter-page-at-center-of-trump-russian-investigation-writes-bizarre-letter-to-doj-blaming-hillary-clinton/
RS_2017-02.bz2.deduped.txt:175869 - https://theintercept.com/2017/02/16/trump-official-obsessed-over-nuclear-apocalypse-mens-style-fine-wines-in-40000-posts-on-fashion-site/
RS_2017-02.bz2.deduped.txt:175945 - https://theintercept.com/2017/02/15/na-polemica-sobre-turbantes-e-a-branquitude-que-nao-quer-assumir-seu-racismo/
RS_2017-02.bz2.deduped.txt:180785 - https://theintercept.com/2017/02/16/trumps-cybersecurity-plan-is-a-big-no-show-at-key-event/
RS_2017-02.bz2.deduped.txt:181371 - https://theintercept.com/2017/02/16/donald-trump-rants-raves-press-donald-trump-says-accurately/

RS_2017-02.bz2.deduped.txt:181877 - https://theintercept.com/2017/02/16/donald-trump-rants-raves-press-donald-trump-says-accurately/?comments=1#comments

RS_2017-02.bz2.deduped.txt:186810 - https://theintercept.com/2017/02/17/after-advancing-scott-pruitt-confirmation-senator-heads-right-over-to-energy-lobbyist-fundraiser/

RS_2017-02.bz2.deduped.txt:188356 - https://theintercept.com/2017/02/17/muslim-refugee-rosenwald/

RS_2017-02.bz2.deduped.txt:190883 - https://theintercept.com/2017/02/17/as-senate-rushes-to-install-scott-pruitt-at-epa-exiled-climate-scientists-survey-the-damage/

RS_2017-02.bz2.deduped.txt:191947 - https://theintercept.com/2017/02/17/a-corporate-defender-at-heart-former-sec-chair-mary-jo-white-returns-to-her-happy-place/

RS_2017-02.bz2.deduped.txt:193636 - https://theintercept.com/2017/02/17/loose-classification-rules-give-ice-broad-authority-to-classify-immigrants-as-gang-members/

RS_2017-02.bz2.deduped.txt:197207 - https://theintercept.com/2017/02/17/nsa-split-from-cyberwar-command-inevitable-says-former-official/

RS_2017-02.bz2.deduped.txt:197675 - https://theintercept.com/2017/02/18/why-do-so-many-americans-fear-muslims-decades-of-denial-about-americas-role-in-the-world/

RS_2017-02.bz2.deduped.txt:198390 - https://theintercept.com/2016/02/17/hedge-fund-billionaires-fund-super-pac-ad-against-bernie-sanders-and-minimum-wage-hike

RS_2017-02.bz2.deduped.txt:205520 - https://theintercept.com/2017/02/17/white-brazilians-dont-want-to-accept-their-racism-in-controversy-over-african-head-wraps/

RS_2017-02.bz2.deduped.txt:205635 - https://theintercept.com/2017/02/19/as-construction-near-standing-rock-restarts-pipeline-fights-flare-across-the-u-s/

RS_2017-02.bz2.deduped.txt:214664 - https://theintercept.com/2017/02/20/how-to-run-a-rogue-government-twitter-account-with-an-anonymous-email-address-and-a-burner-phone/

RS_2017-02.bz2.deduped.txt:216197 - https://theintercept.com/2017/02/20/por-que-tantos-americanos-temem-muculmanos-decadas-de-negacao-sobre-o-papel-dos-eua-no-mundo/

RS_2017-02.bz2.deduped.txt:218912 - https://theintercept.com/2014/02/24/jtrig-manipulation/??c

RS_2017-02.bz2.deduped.txt:225531 - https://theintercept.com/2017/02/21/video-last-stand-at-standing-rock-as-police-prepare-to-evict-pipeline-opponents/

RS_2017-02.bz2.deduped.txt:230298 - https://theintercept.com/2017/02/21/in-trumps-america-mother-of-four-fears-being-deported-and-leaving-children-with-abusive-husband/

RS_2017-02.bz2.deduped.txt:232471 - https://theintercept.com/2017/02/21/h-r-mcmaster-isnt-a-bigot-making-him-an-outlier-on-trumps-national-security-team/

RS_2017-02.bz2.deduped.txt:236475 - https://theintercept.com/2017/02/22/how-peter-thiels-palantir-helped-the-nsa-spy-on-the-whole-world/

RS_2017-02.bz2.deduped.txt:236960 - https://theintercept.com/2017/02/21/sabatina-de-alexandre-de-moraes-escancara-o-modus-operandi-do-teatro-da-politica-brasileira/

RS_2017-02.bz2.deduped.txt:236971 - https://theintercept.com/2017/02/10/alexandre-de-moraes-um-indicado-a-altura-do-momento-de-destruicao-de-direitos-e-protecao-a-corrupcao/

RS_2017-02.bz2.deduped.txt:238824 - https://theintercept.com/2017/02/22/dnc-chair-candidate-tom-perezs-bank-friendly-record-could-kneecap-the-democratic-party/

RS_2017-02.bz2.deduped.txt:239941 - https://theintercept.com/2017/02/06/donald-trumps-executive-order-will-let-private-equity-funds-drain-your-401k/?comments=1#comments

RS_2017-02.bz2.deduped.txt:242095 - https://theintercept.com/2017/02/22/geo-group-trump/

RS_2017-02.bz2.deduped.txt:244182 - https://theintercept.com/2017/02/22/trumps-first-terror-arrest-a-broke-stoner-the-fbi-threatened-at-knifepoint/
RS_2017-02.bz2.deduped.txt:249436 - https://theintercept.com/2017/02/22/intercepted-podcast-the-undisciplined-authoritarian/
RS_2017-02.bz2.deduped.txt:249565 - https://theintercept.com/2017/02/22/emails-reveal-epa-chief-scott-pruitts-dirty-dealings-with-oil-and-gas-industry/
RS_2017-02.bz2.deduped.txt:252509 - https://theintercept.com/2017/02/23/the-increasingly-unhinged-russia-rhetoric-comes-from-a-long-standing-u-s-playbook/
RS_2017-02.bz2.deduped.txt:252829 - https://theintercept.com/2017/02/23/tom-cotton-endorses-myth-protesters-paid-seeming-dismiss/
RS_2017-02.bz2.deduped.txt:254510 - https://theintercept.com/2017/02/23/donald-trump-plans-to-bypass-the-courts-to-deport-as-many-people-as-possible/
RS_2017-02.bz2.deduped.txt:256645 - https://theintercept.com/2017/02/23/white-house-defers-to-states-rights-on-transgender-protections-but-not-on-legalizing-marijuana/
RS_2017-02.bz2.deduped.txt:257020 - https://theintercept.com/2017/02/23/donald-trumps-remarks-signal-he-could-start-a-new-nuclear-arms-race/
RS_2017-02.bz2.deduped.txt:261448 - https://theintercept.com/2017/02/23/o-mdma-virou-o-lanca-perfume-do-carnaval-moderno/
RS_2017-02.bz2.deduped.txt:261941 - https://theintercept.com/2017/02/24/escolas-de-samba-sempre-deram-jeitinho-na-crise-economica/
RS_2017-02.bz2.deduped.txt:263225 - https://theintercept.com/2017/02/24/key-question-about-dnc-race-why-did-white-house-recruit-perez-to-run-against-ellison/
RS_2017-02.bz2.deduped.txt:264435 - https://theintercept.com/2017/02/24/someone-please-ask-donald-trump-this-simple-question-about-russia/
RS_2017-02.bz2.deduped.txt:264545 - https://theintercept.com/2017/02/24/com-pmdb-envolvido-na-lava-jato-temer-escolhe-ex-aliado-de-cunha-para-ministerio-da-justica/
RS_2017-02.bz2.deduped.txt:264943 - https://theintercept.com/2017/02/24/former-trump-campaign-manager-paul-manafort-took-out-19-million-in-puzzling-real-estate-loans/
RS_2017-02.bz2.deduped.txt:265828 - https://theintercept.com/2017/02/23/the-increasingly-unhinged-russia-rhetoric-comes-from-a-long-standing-u-s-playbook/?comments=1#comments
RS_2017-02.bz2.deduped.txt:265969 - https://theintercept.com/2017/02/24/town-hall-meeting/
RS_2017-02.bz2.deduped.txt:266987 - https://theintercept.com/2017/02/24/mayor-paris-trolls-donald-trump-friend-jim/
RS_2017-02.bz2.deduped.txt:267869 - https://theintercept.com/2017/02/24/americas-greatest-political-rhetoric-rewritten-using-paul-ryans-definition-of-freedom/
RS_2017-02.bz2.deduped.txt:269210 - https://theintercept.com/2017/02/24/cbs-fcc-trump/
RS_2017-02.bz2.deduped.txt:273060 - https://theintercept.com/2017/02/25/video-a-closing-prayer-for-standing-rocks-oceti-sakowin/
RS_2017-02.bz2.deduped.txt:274361 - https://theintercept.com/2017/02/25/fox-news-interview-fake-expert-sweden-baffles-swedes/
RS_2017-02.bz2.deduped.txt:277043 - https://theintercept.com/2017/02/25/keith-ellison-loses-dnc-race-after-heated-campaign-targeting-him-for-his-views-on-palestine/
RS_2017-02.bz2.deduped.txt:281010 - https://theintercept.com/2017/02/24/apesar-dos-spoilers-o-grande-acordo-nacional-segue-causando-espanto/
RS_2017-02.bz2.deduped.txt:281250 - https://theintercept.com/2017/02/26/the-long-history-of-deportation-scare-tactics-at-the-u-s-mexico-border/

RS_2017-02.bz2.deduped.txt:289464 - https://theintercept.com/2017/02/27/los-angeles-mayor-flirts-with-sanctuary-movement-while-collaborating-with-ice/
RS_2017-02.bz2.deduped.txt:292624 - https://theintercept.com/2017/02/27/after-ice-stakes-out-a-church-homeless-shelter-charities-worry-immigrants-will-fear-getting-help/
RS_2017-02.bz2.deduped.txt:295653 - https://theintercept.com/2017/02/27/trumps-proposed-increase-in-u-s-defense-spending-would-be-80-percent-of-russias-entire-military-budget/
RS_2017-02.bz2.deduped.txt:302288 - https://theintercept.com/2017/02/28/the-new-yorkers-big-cover-story-reveals-five-uncomfortable-truths-about-u-s-and-russia/
RS_2017-02.bz2.deduped.txt:303347 - https://theintercept.com/2017/02/28/congress-may-lack-technical-expertise-to-properly-investigate-russian-hacking/
RS_2017-02.bz2.deduped.txt:304251 - http://theintercept.com/2017/02/28/the-new-yorkers-big-cover-story-reveals-five-uncomfortable-truths-about-u-s-and-russia/
RS_2017-02.bz2.deduped.txt:305219 - https://theintercept.com/2017/02/28/trump-surrogate-suggests-democrats-could-be-behind-bomb-threats-against-jews/
RS_2017-02.bz2.deduped.txt:307962 - https://theintercept.com/2017/02/28/donald-trumps-economic-policy-team-is-stacked-with-lobbyists-and-conflicts-of-interest/