UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- X
                                                   :
THE INTERCEPT MEDIA, INC.,                         :   Case No. 1:24-cv-01515-JSR-JLC
                         Plaintiff,                :
                                                   :
             v.                                    :
                                                   :
OPENAI, INC., OPENAI GP, LLC,                      :
OPENAI, LLC, OPENAI OPCO LLC,                      :
OPENAI GLOBAL LLC, OAI                             :
CORPORATION, LLC, OPENAI                           :
HOLDINGS, LLC, and MICROSOFT                       :
CORPORATION,                                       :
                                                   :
                         Defendants.               :
                                                   :
-------------------------------------------------- X
```

## OPENAI DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports OpenAI's pending Motion to Dismiss (Dkt. 52).

In *Andersen, et al. v. Stability AI Ltd., et al.*, No. 23-cv-00201 (N.D. Cal.), the plaintiffs alleged that several defendants "directly copied [plaintiffs' works] and used [them] as training data" for artificial intelligence models, and that the "training process [for those models] is designed to remove or alter CMI from the training images" in violation of Section 1202(b)(1) of the Digital Millenium Copyright Act ("DMCA"). *See* First Amended Complaint, *Andersen*, No. 23-cv-00201, Dkt. 129 ¶¶ 245, 300, 367 (attached hereto as Exhibit 1). On August 12, 2024, the United States District Court for the Northern District of California dismissed each of the Section 1202(b)

1

claims with prejudice.  *See* Order Granting in Part and Denying in Part Motions to Dismiss First Amended Complaint, *Andersen*, No. 23-cv-00201, Dkt. 223 at 11–13 & n.13 (attached hereto as Exhibit 2).  In so doing, the Court endorsed the defendants' argument that "there can be no liability for any removal of CMI that occurred during the training process" when "the output images are [] not *identical* to the Training Images," holding that the Section 1202(b) claims failed "[b]ecause there are no allegations that any output from [the models] was identical to a plaintiff's work."  *Id.*

Dated:  August 22, 2024                                  Respectfully Submitted,

By: /s/ *Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
  Andrew M. Gass (*pro hac vice*)
   *andrew.gass@lw.com*
  Joseph R. Wetzel
   *joseph.wetzel@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: 415.391.0600

  Sarang V. Damle
   *sy.damle@lw.com*
  Elana Nightingale Dawson (*pro hac vice*)
   *elana.nightingaledawson@lw.com*
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  Telephone: 202.637.2200

  Allison L. Stillman
   *alli.stillman@lw.com*
  Luke A. Budiardjo
   *luke.budiardjo@lw.com*
  Yijun Zhong
   *elaine.zhong@lw.com*
  1271 Avenue of the Americas
  New York, NY 10020
  Telephone: 212.906.1200


By: /s/ *Allyson R. Bennett*

**MORRISON & FOERSTER LLP**
  Joseph C. Gratz (*pro hac vice*)
   *jgratz@mofo.com*
  Andrew L. Perito (*pro hac vice*)
   *aperito@mofo.com*
  Vera Ranieri (*pro hac vice*)
   *vranieri@mofo.com*
  425 Market Street
  San Francisco, CA 94105
  Telephone: 415.258.7522

  Allyson R. Bennett (*pro hac vice*)*
   *abennett@mofo.com*
  Rose S. Lee (*pro hac vice*)
   *roselee@mofo.com*

3

707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

Eric K. Nikolaides
  enikolaides@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
  Robert A. Van Nest (*pro hac vice*)
    rvannest@keker.com
  Paven Malhotra (*pro hac vice*)[*]
    pmalhotra@keker.com
  Michelle S. Ybarra (*pro hac vice*)
    mybarra@keker.com
  R. James Slaughter (*pro hac vice*)
    rslaughter@keker.com
  Nicholas S. Goldberg (*pro hac vice*)
    ngoldberg@keker.com
  Thomas E. Gorman (*pro hac vice*)
    tgorman@keker.com
  Katie Lynn Joyce (*pro hac vice*)
    kjoyce@keker.com
  Christopher S. Sun (*pro hac vice*)
    csun@keker.com
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.