**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                  Defendants. | Civil Action No. 1:24-cv-01515-JSR<br><br>Hon. Jed S. Rakoff<br><br>**NOTICE OF APPEARANCE OF ANDREW S. BRUNS** |

2815482

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Andrew S. Bruns of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC in the above-captioned matter. He is admitted or otherwise authorized to practice in this Court. His address, telephone, facsimile, and email are as follows:

> Andrew S. Bruns
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: abruns@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: November 6 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ Andrew S. Bruns
ANDREW S. BRUNS (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
abruns@keker.com

Attorneys for Defendants OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

2815482