UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE INTERCEPT MEDIA, INC.,

          Plaintiff,

      v.

OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI
HOLDINGS, LLC, and MICROSOFT
CORPORATION,

          Defendants.

------------------------------------------------------- X

Case No. 1:24-cv-01515-JSR-HJR

## OPENAI DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

    Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, the "OpenAI Defendants"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports OpenAI's pending Motion to Dismiss (Dkt. 52).

    In *Raw Story Media, et al. v. OpenAI, Inc., et al.*, No. 24-cv-01514 (S.D.N.Y.) (McMahon, J.), plaintiffs alleged that the OpenAI Defendants violated Section 1202 of the Digital Millennium Copyright Act by "creat[ing] copies of Plaintiffs' works of journalism with [certain CMI] removed and includ[ing] them in training sets used to train ChatGPT." *See* Complaint, *Raw Story Media*, No. 24-cv-01514, Dkt. 1 ¶¶ 49–51 (attached hereto as Exhibit 1).  On November 7, 2024, the United States District Court for the Southern District of New York dismissed the complaint in its entirety for lack of subject matter jurisdiction.  *See* Order, *Raw Story Media*, No.

1

24-cv-01514, Dkt. 117 ("MTD Order") (attached hereto as Exhibit 2); *see also id.* at 9–10 (inviting plaintiffs to "explain[] [] why [any] proposed amendment would not be futile" notwithstanding the Court's "skeptic[ism] about Plaintiffs' ability to allege a cognizable injury"). The Court held, *inter alia*, that (1) plaintiffs had failed to "allege that a copy of their work from which the CMI has been removed has been disseminated by ChatGPT," *id.* at 6; and (2) plaintiffs had "not plausibly alleged that there is a substantial risk that the *current* version of ChatGPT will generate a response plagiarizing one of *Plaintiffs'* articles," *id.* at 9 (internal citation marks omitted) (emphasis in original). In so doing, the Court stated that it was "not convinced that the mere removal of identifying information from a copyrighted work—absent dissemination—has *any* historical or common-law analogue." *Id.* at 6–7 (emphasis in original). The MTD Order addresses issues discussed at the recent November 1, 2024 hearing before this Court on the pending motions to dismiss filed by the OpenAI Defendants and Microsoft. *See* Tr. of Oral Arg. at 3:13–13:18, 20:19–23:4 (attached hereto as Exhibit 3).

Dated:  November 11, 2024                    Respectfully Submitted,

By: /s/ *Joseph C. Gratz*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
  jgratz@mofo.com
Andrew L. Perito (*pro hac vice*)
  aperito@mofo.com
Vera Ranieri (*pro hac vice*)
  vranieri@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Rose S. Lee (*pro hac vice*)
  roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

Carolyn M. Homer (*pro hac vice*)*
  cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 650-4597

Emily Claire Wood
  ewood@mofo.com
Eric K. Nikolaides
  enikolaides@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

*Attorneys for OpenAI Defendants*

3

Dated:  November 11, 2024

By: */s/ Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
Michael A. David
 michael.david@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Rachel Renee Blitzer
 rachel.blitzer@lw.com
Herman Heng Yue
 herman.yue@lw.com
Luke Budiardjo
 luke.budiardjo@lw.com
Yijun Zhong
 elaine.zhong@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

*Attorneys for OpenAI Defendants*

Dated:  November 11, 2024

By: */s/ Thomas E. Gorman*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 rvannest@keker.com
Paven Malhotra (*pro hac vice*)*
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com
Andrew S. Bruns (*pro hac vice*)
 abruns@keker.com
Andrew Dawson (*pro hac vice*)
 adawson@keker.com
Edward A. Bayley (*pro hac vice*)
 ebayley@keker.com
R. James Slaughter (*pro hac vice*)
 rslaughter@keker.com
Nicholas S. Goldberg (*pro hac vice*)
 ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
 tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
 kjoyce@keker.com
Christopher S. Sun (*pro hac vice*)
 csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

* All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.