# Exhibit 1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAW STORY MEDIA, INC., ALTERNET MEDIA, INC., <br><br> Plaintiffs, <br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC, <br><br> Defendants. | Case No. 1:24-cv-01514-CM |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS

Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (hereinafter, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports Defendants' pending Motion to Dismiss ("Motion") (Dkt. 67).

On June 3, 2024, in *The Intercept Media, Inc. v. OpenAI, Inc. et al*, No. 24-cv-01515 (S.D.N.Y.) (Rakoff, J.), the United States District Court for the Southern District of New York held a motion hearing on OpenAI's and Microsoft's motion to dismiss the complaint, attached hereto as Exhibit A, which asserted virtually identical claims based on almost identical allegations to those at issue in this case. Transcript of Oral Argument, *The Intercept Media*, No. 24-cv-01515 (attached hereto as Exhibit B). On June 6, 2024, the United States District Court for the Southern District of New York ordered the plaintiff to file an amended complaint "to rectify some of the seeming lack of specificity in its current complaint, provided it is done promptly." Order on Def's Motion to Dismiss, *The Intercept Media*, No. 24-cv-01515, Dkt. 81 (attached hereto as Exhibit C). The Court required plaintiff to file its amended complaint by June 21, 2024,

1

Case 1:24-cv-01515-JSR  Document 81  Filed 06/11/24  Page 3 of 5

2

and permitted defendants to then file a supplemental brief in support of their motions to dismiss by July 8, 2024, stating that it "will treat defendants' already filed motions as aimed at the amended complaint." *See* Ex. C at 1.

Dated: June 10, 2024   Respectfully Submitted,

By: /s/ *Joseph R. Wetzel*

**LATHAM & WATKINS LLP**
   Andrew M. Gass (*pro hac vice*)
    andrew.gass@lw.com
   Joseph R. Wetzel
    joseph.wetzel@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Telephone: 415.391.0600

   Sarang V. Damle
    sy.damle@lw.com
   Elana Nightingale Dawson (*pro hac vice*)
    elana.nightingaledawson@lw.com
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004
   Telephone: 202.637.2200

   Allison L. Stillman
    alli.stillman@lw.com
   Luke A. Budiardjo
    luke.budiardjo@lw.com
   Yijun Zhong
    elaine.zhong@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: 212.751.4864

By: /s/ *Allyson R. Bennett*

**MORRISON & FOERSTER LLP**
   Joseph C. Gratz (*pro hac vice*)[*]
    jgratz@mofo.com
   Vera Ranieri (*pro hac vice*)
    vranieri@mofo.com
   425 Market Street
   San Francisco, CA 94105
   Telephone: 415.268.7522

   Allyson R. Bennett (*pro hac vice*)*
    abennett@mofo.com
   Rose S. Lee (*pro hac vice*)
    roselee@mofo.com
   707 Wilshire Boulevard, Suite 6000
   Los Angeles, CA 90017-3543
   Telephone: 213.892.5454

Case 1:24-cv-01515-JSR Document 78 Filed 06/10/24 Page 3 of 5

    Eric Nikolaides
     *enikolaides@mofo.com*
    250 W 55th Street
    New York, NY 10019
    Telephone: 212.468.8000

By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
    Robert A. Van Nest (*pro hac vice*)
     *rvannest@keker.com*
    Paven Malhotra (*pro hac vice*)*
     *pmalhotra@keker.com*
    Michelle S. Ybarra (*pro hac vice*)
     *mybarra@keker.com*
    Nicholas S. Goldberg (*pro hac vice*)
     *ngoldberg@keker.com*
    Thomas E. Gorman (*pro hac vice*)
     *tgorman@keker.com*
    Katie Lynn Joyce (*pro hac vice*)
     *kjoyce@keker.com*
    R. James Slaughter *(pro hac vice)*
     *rslaughter@keker.com*
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone: 415.391.5400

    *Attorneys for OpenAI*

---

* All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.

4