MEMO ENDORSED
Pg. 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION | Case No. 1-25-md-03143 (SHS) (OTW) |
| This Document Relates To:<br><br>1:24-cv-01514-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:25-cv-04315-SHS-OTW<br>1-25-md-03143 (SHS) (OTW) | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation (collectively "OpenAI Defendants") move this Court for an order in compliance with Local Rule 1.4 permitting the withdrawal in the above-captioned action of the following attorney:

Yijun Zhong
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: elaine.zhong@lw.com

[Signature page to follow]

Dated: May 8, 2026
      New York, NY

**SO ORDERED:**

Application **GRANTED.**

_____
**Ona T. Wang**        7/16/26
United States Magistrate Judge

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Yijun Zhong
Yijun Zhong
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: elaine.zhong@lw.com

*Attorneys for Defendants OpenAI, Inc.,*
*OpenAI GP, LLC, OpenAI, LLC, OpenAI*
*OpCo LLC, OpenAI Global LLC, OpenAI*
*LP, OpenAI Holdings, LLC, OpenAI Startup*
*Fund I LP, OpenAI Startup Fund GP I LLC,*
*OpenAI Startup Fund Management LLC,*
*and OAI Corporation*