AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPEN AI, INC. COPYRIGHT INFRINGEMENT LITIGATION | 1:25-md-03143-SHS |
| | Hon. Sidney H. Stein |
| | Hon. Ona T. Wang |
| THIS DOCUMENT RELATES TO: | |
| All Actions. | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants OpenAI Inc.; OpenAI LLC; OAI Corporation LLC; OpenAI Global LLC; OpenAI GP LLC; OpenAI Holdings LLC; OpenAI LP; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund Management LLC

Date: May 5, 2025

/s/ *Drew Alan Hillier*
*Attorney's signature*

Drew Alan Hillier (DH8134)
*Printed name and bar number*

12531 High Bluff Drive
Suite 100
San Diego, CA 92130
*Address*

DHillier@mofo.com
*E-mail address*

858.720.5100
*Telephone number*

858.720.5125
*FAX number*