UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br>No. 1:24-cv-01515 (SHS) (OTW) | No. 1:25-md-03143 (SHS) (OTW) |

**DECLARATION OF DAVID BRALOW IN SUPPORT OF NEWS PLAINTIFFS' STATEMENT IN SUPPORT OF MAINTAINING UNDER SEAL PORTIONS OF DEFENDANTS' SUMMARY JUDGMENT BRIEFS AND RULE 56.1 STATEMENTS**

I, David Bralow, declare and state as follows:

1. I am over the age of 18.

2. I make this declaration on behalf of The Intercept Media, Inc. ("The Intercept") in the above-captioned case. I make the following statements based on my personal knowledge. If called to testify, I could and would competently testify thereto.

3. I have been chief legal advisor for The Intercept publication for nine years. During that time, I was employed by First Look Institute, Inc., or its predecessor until February 2023 and then as the General Counsel of The Intercept Media, Inc. until now.

4. I submit this declaration in support of The Intercept's request that the Court maintain certain redactions in OpenAI's Statement of Undisputed Material Facts in Support of its Motions for Summary Judgment (the "OpenAI SUMF").

5. Specifically, The Intercept requests that paragraphs 265 and 266 of the OpenAI SUMF remain sealed because these paragraphs contain statements from The Intercept's confidential Board materials regarding the company's financial forecasts (i.e., fundraising efforts, donations) that The Intercept does not publicly disclose and treats as highly confidential. If the confidential information in these paragraphs was revealed, it would cause The Intercept substantial business harm in that it would contribute to inaccurate speculation in the public about The Intercept's financial position.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2026.

/s/ David Bralow
David Bralow