UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| IN RE: | : |
| OPEN AI, INC., | : |
| COPYRIGHT INFRINGEMENT LITIGATION | : No. 25-md-03143 (SHS) (OTW) |
| | : |
| This Document Relates To: | : |
| | : |
| All Actions | : |

# NOTICE OF WITHDRAWAL OF ALEXANDER J. SWEATMAN
## AS ATTORNEY OF RECORD

TO THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder and Jacqueline hereby respectfully move this Court for an Order permitting the withdrawal of the appearance of Alexander J. Sweatman in the above-captioned action. Mr. Sweatman is no longer associated with the law firm of Cafferty Clobes Meriwether & Sprengel LLP and attorneys at Cafferty Clobes Meriwether & Sprengel LLP continue to be counsel of record for Plaintiffs. This withdrawal will not affect any deadlines or cause any delay in this matter.

Accordingly, Plaintiffs requests that Alexander J. Sweatman be withdrawn as counsel of record and removed from this action's electronic case filing (ECF) service list.

Dated: June 19, 2025

/s/ *Bryan L. Clobes*
Bryan L. Clobes (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
 & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com

**CERTIFICATE OF SERVICE**

I hereby certify this 19th day of June 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

                                                    _s/     Bryan L. Clobes_
                                                    Bryan L. Clobes

Upon consideration of the Notice of Withdrawal filed by Attorneys of Defendants TDK Corporation, Magnecomp Precision Technology Public Co., Ltd., SAE Magnetics (H.K.) Ltd., Headway Technologies, Inc., Hutchison Technology Inc., and Magnecomp Corporation ("TDK Defendants"), it is HEREBY ORDERED that Jordan Mundell is withdrawn as counsel of record for the TDK Defendants. The Clerk of Court is directed to remove Jordan Mundell from the record and from the

Court's ECF system for this case.