July 23, 2025 **VIA ECF**

Hon. Ona T. Wang
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: ***Status of Protective Order,***
*In re OpenAI, Inc. Copyright Infringement Litigation*, No.1:25-md-03143;
This Document Relates To: All Actions

Pursuant to the Court's July 16, 2025 Order (ECF 344), OpenAI and News Plaintiffs have resolved their dispute regarding the provision under the Protective Order related to AEO-designated documents that may not be shown to the identified News Executives.

Concurrent herewith, the parties have filed an amended Stipulated Protective Order—signed by all parties—that reflects the agreed-upon procedure in Paragraph 24(b).

Sincerely,

| */s/ Tiffany Cheung* | */s/ Davida Brook* |
|---|---|
| Tiffany Cheung (*pro hac vice*) | Davida Brook (*pro hac vice*) |
| Morrison & Foerster LLP | Susman Godfrey L.L.P. |
| Counsel for OpenAI Defendants | Liaison Counsel for News Plaintiffs |